1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC., a Delaware corporation,

        Plaintiff,

   v.

AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,

        Defendants.

No. 2:21-cv-00811

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule Western District of Washington LCR 7.1, plaintiff Bungie, Inc. ("Bungie") states that it is a corporation, and that NetEase Corporation owns 10% or more interest in Bungie's stock. No other publicly held corporation owns 10% or more interest in Bungie's stock.

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT –1

152732649.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| DATED: June 15, 2021 | By: */s/William C. Rava*<br>William C. Rava, WSBA No. 29948<br>Jacob P. Dini, WSBA No. 54115<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Telephone:  206.359.8000<br>Facsimile:  206.359.9000<br>Email:   WRava@perkinscoie.com<br>             JDini@perkinscoie.com<br><br>*Attorneys for Plaintiff Bungie, Inc.* |

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT (No. ) –2

152732649.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000