UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　Plaintiff(s),<br>Vs.<br><br>AIMJUNKIES.COM, a business of unknown classification; et al.,<br><br>　　　　　　　　　　　　Defendant(s). | NO. 2:21-CV-00811-TSZ<br><br>AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION TO JEFFREY CONWAY; COMPLAINT WITH JURY DEMAND (WITH EXHIBITS); CIVIL COVER SHEET; PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT. |

STATE OF ARIZONA　　　　)
　　　　　　　　　　　　) ss.
COUNTY OF MARICOPA　　)

The undersigned, being first duly sworn, on oath states:

　　　That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Arizona, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

　　　That at 11:50 A.M. on June 22nd, 2021, at 7931 East Hubbell Street, Scottsdale, Arizona, I duly served the above-described documents in the above-described matter upon Jeffrey Conway, by then and there personally delivering a true and correct copy thereof by leaving the same with Robin Conway, wife and co-resident, being a Caucasian female, approximately 50 to 55 years old, 5'3, 250lbs, and with brown hair, who confirmed that she resides here with the defendant.

1

*Cheryl Anderson*
CHERYL ANDERSON     MARICOPA CO. # 8597

Service Fees:
Travel:          SUBSCRIBED AND SWORN to before me on: 6/28/21
SSA:
Trace:
Bad Address:
Aff./Notary Fee:
Special Fee:
Wait:
                 NOTARY PUBLIC in and for the State
                 of Arizona residing at: 6393 N 90rst #121
    TOTAL  $     My commission expires: 12/15/24



OFFICIAL SEAL
CRAIG PODGURSKI JR.
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM # 593983
My Comm. Expires 12/15/2024

2