UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC., a Delaware corporation,

                Plaintiff(s),

Vs.

AIMJUNKIES.COM, a business of unknown classification; et al.,

                Defendant(s).

NO. 2:21-CV-00811-TSZ

NARRATIVE AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY DEMAND WITH EXHIBITS; CIVIL COVER SHEET; PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT.

STATE OF OREGON     )
                             ) ss.
COUNTY OF MULTNOMAH )

The undersigned, being first duly sworn, on oath states:

      That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Oregon, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

      That at 6:05 P.M. on June 22nd, 2021, at 2839 Southwest Dickinson Street, Portland, Oregon, I duly served the above-described documents in the above-described matter upon Jordan Green, by then and there personally delivering a true and correct copy thereof by leaving the same with Dan Green, resident therein and Jordan's father, in the following manner:

      At the time of service, I knocked on the door and the defendant's father, Dan Green, came to the door, looked through the window, and stated, "I don't want whatever it is that you have." I replied that I had legal documents for Jordan, and he responded that he was Dan, and not Jordan.

      Dan began to walk away at which point I stated that I can leave the documents with him. Dan then stepped back to the door and became hostile, stating that he is Dan, he was not going to open the door and to get off his porch.

      I told Dan that I was leaving the documents on the porch and left them on the mat in front of the door. Dan did not respond, and he watched me set the papers down, and walk away.



GABE SCHOMUS

| | |
|---|---|
| Service Fees: | |
| Travel: | SUBSCRIBED AND SWORN to before me on: 6.29.21 |
| SSA: | |
| Trace: | |
| Bad Address: |  OFFICIAL STAMP |
| Aff./Notary Fee: | LISA MARIE CARTER |
| Special Fee: | NOTARY PUBLIC - OREGON |
| | COMMISSION NO. 963884 — Lisa M Carter |
| Wait: | MY COMMISSION EXPIRES JULY 05, 2021 — NOTARY PUBLIC in and for the State of Oregon residing at: Washington County |
| TOTAL $ | My commission expires: 7-5-21 |

2