**PerkinsCoie**

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

T. +1.206.359.8000
F. +1.206.359.9000
PerkinsCoie.com

July 6, 2021

Jacob P. Dini
JDini@perkinscoie.com
D. +1.206.359.3832
F. +1.206.359.4832

**VIA OVERNIGHT MAIL**



U.S. District Court Clerk's Office
Attn: Mike Williams
700 Stewart Street, Suite 2310
Seattle, WA 98101

Re:   *Bungie, Inc. v. AimJunkies.com, et al.*, No. 2:21-cv-811-TSZ (W.D. Wash.)
      **Service of Process Pursuant to Ohio Civil Rule 4.1(A)(1)(b)**

Dear Sir or Madam:

We are counsel to Bungie, Inc. ("Bungie") in the above-referenced matter. Pursuant to Ohio Civil Rule 4.1(A)(1)(b), we provide the following instructions and attached documents for service of process on Defendant James May, who resides in Dayton, Ohio, by commercial carrier.

Ohio Civil Rule 4.1(A)(1)(b) provides that "the clerk may make service of any process by a commercial carrier service utilizing any form of delivery requiring a signed receipt. The clerk shall deliver a copy of the process and complaint or other document to be served to a commercial carrier service for delivery at the address set forth in the caption or at the address set forth in written instructions furnished to the clerk, with instructions to the carrier to return a signed receipt showing to whom delivered, date of delivery, and address where delivered."

Accompanying this letter, we provide prepaid, preaddressed means to deliver the following documents filed in this matter to Mr. May:

1. Summons for Defendant James May (Dkt. No. 4-4)
2. Complaint (Dkt. No. 1)
3. Exhibits to Complaint (Dkt. No. 1-1)
4. Civil Cover Sheet (Dkt. No. 1-2)
5. Corporate Disclosure Statement (Dkt. No. 2)
6. Report on the Filing or Determination of an Action Regarding a Patent or Trademark (Dkt. No. 5)
7. Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (Dkt. No. 6)

These documents are to be delivered via UPS Next Day Air, (which we have prepaid) to Mr. May, with signature requested showing to whom the documents were delivered, the date of

152984171.2
Perkins Coie LLP

U.S. District Court Clerk's Office
July 6, 2021
Page 2

delivery, and the address where delivered. The signed receipt will be returned electronically to Perkins Coie.

Ohio Civil Rule 4.1(a)(2) provides that "[t]he clerk shall enter on the appearance docket . . . the fact of delivery to a specified commercial carrier service for delivery, and make a similar entry when the return receipt is received." Therefore, upon delivery, we respectfully request that the clerk make a corresponding entry on the docket. Upon receiving the signed receipt, we will file it on the docket for this matter.

Please contact me directly if you have any questions.

Respectfully,

*[signature]*

Jacob P. Dini

JPD


Enclosures