THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>        Defendants. | No. 2:21-cv-811-TSZ<br><br>NOTICE REGARDING SERVICE OF COMPLAINT ON DEFENDANTS PHOENIX DIGITAL GROUP LLC, DAVID SCHAEFER, AND JAMES MAY AND UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND FOR ALL DEFENDANTS |

Plaintiff, Bungie, Inc. ("Bungie" or "Plaintiff"), files (1) this Notice to inform the Court that Bungie served its Complaint on Defendants Phoenix Digital Group LLC, David Schaefer, and James May on July 26, 2021, and (2) the combined Unopposed Motion to extend the deadline for Defendants Phoenix Digital Group LLC, Jeffrey Conway, David Schaefer, Jordan Green, and James May (collectively, "Defendants") to answer or otherwise respond to Bungie's complaint to August 31, 2021. Bungie further states as follows:

1. On July 23, 2021, counsel for all Defendants, Kevin Martin of Martin APC who has not yet appeared in this matter, confirmed that he would accept service of the Complaint on behalf of Defendants Phoenix Digital Group LLC, David Schaefer, and James May.

NOTICE RE SERVICE AND UNOPPOSED
MOT. TO EXTEND DEADLINE TO
RESPOND (No. 2:21-cv-811-TSZ)–1

153536937.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

2. On Saturday, July 24, 2021, copies of the Complaint (Dkt. No. 1) and the Summonses for Phoenix Digital Group LLC, David Schaefer, and James May (Dkt. Nos. 4, 4-3, and 4-4) were delivered to Mr. Martin's offices.

3. On August 18, 2021, the parties agreed to an extension of the deadline for all Defendants to answer or otherwise respond to Bungie's Complaint to August 31, 2021. The parties intend to use that time to further explore resolution of this matter without further submission to the Court, and therefore good cause exists to grant this unopposed motion.

4. Wherefore, the parties agree that service of Bungie's Complaint on Phoenix Digital Group LLC, David Schaefer, and James May was effective as of July 26, 2021, and that all Defendants' deadline to answer or otherwise respond is August 31, 2021.

DATED: August 20, 2021

*s/ William C. Rava*
William C. Rava, WSBA No. 29948
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: WRava@perkinscoie.com
JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

NOTICE RE SERVICE AND UNOPPOSED
MOT. TO EXTEND DEADLINE TO
RESPOND (No. 2:21-cv-811-TSZ) –2

153536937.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that they served a copy of the foregoing Notice Regarding Service of Complaint on Defendants Phoenix Digital Group LLC, David Schaefer, and James May and Unopposed Motion to Extend Deadline to Answer or Otherwise Respond for All Defendants to the following via U.S. Mail, postage prepaid, before the hour of 5:00 pm, on August 20, 2021.  A courtesy copy has also been sent to the email address below:

> Kevin Martin
> Martin APC
> 4200 Park Blvd. #656
> Oakland, CA 94602
> kevin@martinapc.com

DATED:  August 20, 2021

*s/ William C. Rava*
William C. Rava, WSBA No. 29948

CERTIFICATE OF SERVICE
(No. 2:21-cv-811-TSZ) – 1

153536937.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000