THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>           Defendants. | No. 2:21-cv-811-TSZ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>August 20, 2021 |

Based on Plaintiff's Notice Regarding Service of Complaint on Defendants Phoenix Digital Group LLC, David Schaefer, and James May and Unopposed Motion to Extend Deadline to Answer or Otherwise Respond for All Defendants, IT IS HEREBY ORDERED that:

All Defendants shall have until August 31, 2021 to answer or otherwise respond to the Complaint.

DATED this _____ day of August, 2021.

 

_____
Honorable Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

153537742.2

1
2  Presented by:
3  *s/ William C. Rava*
   William C. Rava, WSBA No. 29948
4  Jacob P. Dini, WSBA No. 54115
   **Perkins Coie LLP**
5  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
6  Telephone: 206.359.8000
   Facsimile: 206.359.9000
7  Email:      WRava@perkinscoie.com
8              JDini@perkinscoie.com

9  *Attorneys for Plaintiff Bungie, Inc.*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

153537742.2