THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | No. 2:21-cv-811-TSZ<br><br>UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND FOR DEFENDANTS<br><br>**NOTE ON MOTION CALENDAR:**<br><br>September 10, 2021 |

Plaintiff Bungie, Inc. ("Plaintiff") hereby submits this unopposed motion to extend the deadline for Defendants Phoenix Digital Group LLC, Jeffrey Conway, David Schaefer, Jordan Green, and James May (collectively "Defendants") time to answer or otherwise respond to Plaintiff's Complaint by an additional thirty (30) days to September 30, 2021.

The parties are currently involved in constructive settlement discussions, have made material progress in those discussions over the last several weeks, and therefore believe that some additional time could allow them to finalize an agreement.

UNOPPOSED MOTION TO EXTEND
DEADLINE TO ANSWER
(No. 2:21-cv-811-TSZ)–1

153766603.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 10, 2021 | *s/ William C. Rava* |
| 3 | | William C. Rava, WSBA No. 29948 |
| | | Jacob P. Dini, WSBA No. 54115 |
| 4 | | **Perkins Coie LLP** |
| | | 1201 Third Avenue, Suite 4900 |
| 5 | | Seattle, WA  98101-3099 |
| 6 | | Telephone:  206.359.8000 |
| | | Facsimile:  206.359.9000 |
| 7 | | Email:   WRava@perkinscoie.com |
| | | JDini@perkinscoie.com |
| 8 | | |
| | | *Attorneys for Plaintiff Bungie, Inc.* |

UNOPPOSED MOTION TO EXTEND
DEADLINE TO ANSWER
(No. 2:21-cv-811-TSZ) –2

153766603.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that they served a copy of the foregoing UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND FOR DEFENDANTS to the following via U.S. Mail, postage prepaid, before the hour of 5:00 pm, on September 10, 2021. A courtesy copy has also been sent to the email address below:

Kevin Martin
Martin APC
4200 Park Blvd. #656
Oakland, CA 94602
kevin@martinapc.com


DATED: September 10, 2021

*s/ William C. Rava*
William C. Rava, WSBA No. 29948

CERTIFICATE OF SERVICE
(No. 2:21-cv-811-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

153766603.3