THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>    Defendants. | No. 2:21-cv-811-TSZ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>September 10, 2021 |

    Based on Plaintiff's Unopposed Motion to Extend Deadline to Answer or Otherwise Respond for Defendants, IT IS HEREBY ORDERED that:

    All Defendants shall have until September 30, 2021 to answer or otherwise respond to the Complaint.

    DATED this _____ day of September, 2021.

_____
Honorable Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

153811252.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

*s/ William C. Rava*
William C. Rava, WSBA No. 29948
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:      WRava@perkinscoie.com
            JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) –2

153811252.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000