UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>VETERANCHEATS.COM, a business of unknown classification; DOE 1 a/k/a BLAZE, an individual; DOE 2, a/k/a KNORR, an individual; DOE 3 a/k/a JOHN MCBERG, an individual, and DOES 4-10,<br><br>                    Defendants. | No. 2:21-cv-811<br><br>NOTICE OF APPEARANCE OF CHRISTIAN HAWTHORNE |

PLEASE TAKE NOTICE that Christian Hawthorne herby files a notice of appearance in the above-titled matter as attorney for Bungie, Inc. All further papers and pleadings herein, except original process, should, in addition to existing counsel of record, also be served upon Christian Hawthorne at the address below stated.

Christian Hawthorne (WA Bar No. 53094)
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
chawthorne@kilpatricktownsend.com

**Kilpatrick Townsend & Stockton, LLP**
1420 Fifth Avenue, Suite 3700, Seattle, Washington 98101
Phone: 206.467.9600

1

DATED: September 13, 2021          Respectfully Submitted,

2

**KILPATRICK TOWNSEND & STOCKTON**
**LLP**

3

4

*s/ Christian Hawthorne*

Christopher Varas (WA Bar No. 32875)

5

Christian Hawthorne (WA Bar No. 53094)
Kilpatrick Townsend & Stockton LLP

6

1420 Fifth Avenue, Suite 3700
Seattle, WA 98101

7

Telephone: 206.516.3088

8

Facsimile: 206.623.6793
cvaras@kilpatricktownsend.com

9

chawthorne@kilpatricktownsend.com

10

*Pro Hac Vice Application Forthcoming*:

11

Crystal Genteman
1100 Peachtree Street NE, Suite 2800

12

Atlanta, GA 30309
Telephone: 404.815.6500

13

cgenteman@kilpatricktownsend.com

14

15

*Attorneys for Plaintiff Bungie, Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

28