THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | No. 2:21-cv-811-TSZ<br><br>UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND FOR DEFENDANTS<br><br>**NOTE ON MOTION CALENDAR:**<br><br>October 1, 2021 |

Plaintiff Bungie, Inc. ("Plaintiff") hereby submits this unopposed motion to extend the deadline for Defendants Phoenix Digital Group LLC, Jeffrey Conway, David Schaefer, Jordan Green, and James May (collectively "Defendants") time to answer or otherwise respond to Plaintiff's Complaint by an additional fifteen (15) days to October 15, 2021.

This is the third request to extend the deadline. There is good cause to grant the extension. The parties have been and are currently involved in constructive settlement discussions, have made material progress in those discussions over the last several weeks, and therefore believe that some additional time could allow them to finalize an agreement.

UNOPPOSED MOTION TO EXTEND
DEADLINE TO ANSWER
(No. 2:21-cv-811-TSZ)–1

154112430.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1
2  DATED: October 1, 2021

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*s/ William C. Rava*
William C. Rava, WSBA No. 29948
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  WRava@perkinscoie.com
            JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

UNOPPOSED MOTION TO EXTEND
DEADLINE TO ANSWER
(No. 2:21-cv-811-TSZ) –2

154112430.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that they served a copy of the foregoing UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND FOR DEFENDANTS to the following via U.S. Mail, postage prepaid, before the hour of 5:00 pm, on October 1, 2021.  A courtesy copy has also been sent to the email address below:

Kevin Martin
Martin APC
4200 Park Blvd. #656
Oakland, CA 94602
kevin@martinapc.com

DATED:  October 1, 2021

*s/ William C. Rava*
William C. Rava, WSBA No. 29948

CERTIFICATE OF SERVICE
(No. 2:21-cv-811-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

154112430.1