UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

                Plaintiff,

    v.

AIMJUNKIES.COM, et al.,

                Defendants.

C21-811 TSZ

MINUTE ORDER

       The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

       (1)    Plaintiff's unopposed motion, docket no. 15, to extend deadline to answer or otherwise respond for Defendants is GRANTED. All Defendants shall have until October 15, 2021 to answer or otherwise respond to Plaintiff's complaint, docket no. 1.

       (2)    The deadline to conduct a Rule 26(f) conference is sua sponte EXTENDED from August 2, 2021, to November 5, 2021.

       (3)    The deadline for exchanging initial disclosures pursuant to Rule 26(a)(1) and the deadline for filing a Joint Status Report and Discovery Plan in the form set forth in the Order entered June 16, 2021, docket no. 7, are both sua sponte EXTENDED from August 16, 2021, to November 19, 2021.

       (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 1

Dated this 5th day of October, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2