THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>    Defendants. | No. 2:21-cv-811-TSZ<br><br>UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND FOR DEFENDANTS<br><br>**NOTE ON MOTION CALENDAR:**<br><br>October 12, 2021 |

    Plaintiff Bungie, Inc. ("Plaintiff") hereby submits this unopposed motion to extend the deadline for Defendants Phoenix Digital Group LLC, Jeffrey Conway, David Schaefer, Jordan Green, and James May (collectively "Defendants") time to answer or otherwise respond to Plaintiff's Complaint by an additional thirty-one (31) days to November 15, 2021.

    This is the fourth request to extend the deadline. There is good cause to grant the extension. The parties have been and are currently involved in constructive settlement discussions, have made progress reducing those discussions to writing, and therefore believe that some additional time could allow them to finalize an agreement. In addition, the defendant most involved in the negotiations has been unavailable for several weeks on a multi-week backpacking trip in Canada.

UNOPPOSED MOTION TO EXTEND
DEADLINE TO ANSWER
(No. 2:21-cv-811-TSZ)–1

154201168.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1
2
3   DATED: October 12, 2021

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

s/ William C. Rava
William C. Rava, WSBA No. 29948
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  WRava@perkinscoie.com
            JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

UNOPPOSED MOTION TO EXTEND
DEADLINE TO ANSWER
(No. 2:21-cv-811-TSZ) –2

154201168.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that they electronically filed the foregoing UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND FOR DEFENDANTS and that I caused the foregoing document to be served on the person(s) listed below in the manner shown:

| | |
|---|---|
| Kevin Martin<br>Martin APC<br>4200 Park Blvd. #656<br>Oakland, CA 94602<br>kevin@martinapc.com | ☐ Hand Delivery<br>☐ First Class U.S. Mail (postage-prepaid)<br>☐ Email<br>☒ U.S. Mail<br>☐ Via Facsimile |

DATED: October 12, 2021

*s/ William C. Rava*
William C. Rava, WSBA No. 29948

CERTIFICATE OF SERVICE
(No. 2:21-cv-811-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154201168.1