THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., A DELAWARE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, A BUSINESS OF UNKNOWN CLASSIFICATION; PHOENIX DIGITAL GROUP LLC, AN ARIZONA LIMITED LIABILITY COMPANY; JEFFREY CONWAY, AN INDIVIDUAL; DAVID SCHAEFER, AN INDIVIDUAL; JORDAN GREEN, AN INDIVIDUAL; AND JAMES MAY, AN INDIVIDUAL,<br><br>    Defendants. | No. 2:21-cv-811-TSZ<br><br>PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS PHOENIX DIGITAL GROUP LLC, JEFFREY CONWAY, DAVID SCHAEFER, JORDAN GREEN, AND JAMES MAY<br><br>NOTE FOR MOTION CALENDAR: NOVEMBER 19, 2021 |

TO:    Clerk of the United States District Court,
          Western District of Washington at Seattle;

Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff") hereby moves the Clerk of Court to enter default against defendants Phoenix Digital Group LLC ("Phoenix Digital"), Jeffrey Conway, David Schaefer, Jordan Green, and James May ("Defendants") for failure to plead or otherwise respond to Plaintiff's Complaint. This Request is based on Federal Rule of Civil Procedure 55(a),

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
(No. 2:21-cv-811-TSZ) – 1

153080686.4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  W.D. Wash. Local Civil Rule 55(a), and the Declaration of William C. Rava in Support of
2  Plaintiff's Motion for Entry of Default filed herewith.
3      A proposed order for entry of default accompanies this motion.

5  Dated: November 19, 2021

By: *s/ William C. Rava*
William C. Rava (SBN WA 29948
Jacob P. Dini (SBN WA 54115)
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: WRava@perkinscoie.com
JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
(No. 2:21-cv-811-TSZ) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

153080686.4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that they electronically filed the foregoing Motion and that I caused the foregoing document to be served on the person(s) listed below in the manner shown:

| | |
|---|---|
| Kevin Martin<br>Martin APC<br>4200 Park Blvd. #656<br>Oakland, CA 94602<br>kevin@martinapc.com | ☐ Hand Delivery<br>☐ First Class U.S. Mail (postage-prepaid)<br>☒ Email<br>☒ U.S. Mail<br>☐ Via Facsimile |

DATED:  November 19, 2021

_[signature]_
Jackie Slavik

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
(No. 2:21-cv-811-TSZ) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

153080686.4