THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., A DELAWARE CORPORATION,<br><br>           Plaintiff,<br><br>    v.<br><br>AIMJUNKIES.COM, A BUSINESS OF UNKNOWN CLASSIFICATION; PHOENIX DIGITAL GROUP LLC, AN ARIZONA LIMITED LIABILITY COMPANY; JEFFREY CONWAY, AN INDIVIDUAL; DAVID SCHAEFER, AN INDIVIDUAL; JORDAN GREEN, AN INDIVIDUAL; AND JAMES MAY, AN INDIVIDUAL,<br><br>           Defendants. | No. 2:21-cv-811-TSZ<br><br>ORDER OF DEFAULT<br><br>[PROPOSED] |

The Clerk of the Court, having reviewed plaintiff Bungie, Inc.'s Motion for Entry of Default and the supporting papers on file herein, finds as follows:

(1) Defendants Phoenix Digital Group LLC, Jeffrey Conway, David Schaefer, Jordan Green, and James May ("Defendants") were properly served with a copy of plaintiff's complaint and a summons;

(2) Defendants have not appeared in this matter; and

(3) Defendants have neither answered nor otherwise responded to plaintiff's complaint within the time permitted by the Federal Rules of Civil Procedure.

ORDER OF DEFAULT [PROPOSED]
(No. 2:21-cv-811-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1     Now, therefore, it is hereby

2     ORDERED that default be, and the same hereby is, entered against defendants Phoenix Digital Group, LLC, Jeffrey Conway, David Schaefer, Jordan Green, and James May.

5     DATED this _____ day of _____, 2021.

                                          _____
                                          Clerk, United States District Court for the
                                          Western District of Washington at Seattle

Presented by:

*s/ William C. Rava*
William C. Rava (SBN WA 29948)
Jacob P. Dini (SBN WA 54115)
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: WRava@perkinscoie.com
       JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

ORDER OF DEFAULT [PROPOSED]
(No. 2:21-cv-811-TSZ) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000