THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., A DELAWARE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | No. 2:21-cv-811-TSZ<br><br>DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS PHOENIX DIGITAL GROUP LLC, JEFFREY CONWAY, DAVID SCHAEFER, JORDAN GREEN, AND JAMES MAY |

I, William C. Rava, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am a partner at Perkins Coie LLP, and counsel in this action for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Plaintiff's Motion for Entry of Default Against Defendants Phoenix Digital Group LLC ("Phoenix Digital"), Jeffrey Conway, David Schaefer, Jordan Green, and James May (collectively, "Defendants"). I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

RAVA DECL. ISO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
(No. 2:21-cv-811-TSZ) – 1

153080698.4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

2. The Complaint initiating this action was filed with the Clerk of the United States District Court for the Western District of Washington at Seattle on June 15, 2021.

3. The Complaint was served on defendant Jeffrey Conway, together with a summons, by leaving a copy of each at Mr. Conway's dwelling or usual place of abode with someone of suitable age and discretion who resides there on June 22, 2021. A copy of the Affidavit of Service for Jeffrey Conway (Dkt. No. 8) is attached hereto as Exhibit A.

4. The Complaint was served on defendant Jordan Green, together with a summons, by leaving a copy of each at Mr. Green's dwelling or usual place of abode with someone of suitable age and discretion who resides there on June 22, 2021. A copy of the Affidavit of Service for Jordan Green (Dkt. No. 9) is attached hereto as Exhibit B.

5. On July 23, 2021, counsel for all Defendants, Kevin Martin of Martin APC, confirmed that Mr. Martin would accept service of the Complaint on behalf of Defendants Phoenix Digital Group LLC, David Schaefer, and James May.

6. On August 20, 2021, Plaintiff filed a NOTICE REGARDING SERVICE OF COMPLAINT ON DEFENDANTS PHOENIX DIGITAL GROUP LLC, DAVID SCHAEFER, AND JAMES MAY AND UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND FOR ALL DEFENDANTS (Dkt. No. 11), in which it recounted many of the service facts recited above and confirmed that the Complaint and other papers had been delivered to Mr. Martin, counsel for Defendants. That Notice also stated that "the parties agree that service of Bungie's Complaint on Phoenix Digital Group LLC, David Schaefer, and James May was effective as of July 26, 2021, and that all Defendants' deadline to answer or otherwise respond is August 31, 2021." (Dkt. No. 11 ¶ 4.) A copy of the Notice (Dkt. No. 11) is attached hereto as Exhibit C.

7. Again by agreement, the parties extended the August 31, 2021 deadline twice more. (Dkt. Nos. 12 and 15.)

RAVA DECL. ISO PLAINTIFF'S MOTION FOR
ENTRY OF DEFAULT
(No. 2:21-cv-811-TSZ) –2

153080698.4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

8. Pursuant to the Court's October 12, 2021 Order, Defendants had until November 15, 2021 to answer or otherwise respond to the Complaint. The time for answering the Complaint has now expired, and Defendants have not appeared or answered or otherwise responded to the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19th day of November, 2021.

*s/ William C. Rava*
William C. Rava

RAVA DECL. ISO PLAINTIFF'S MOTION FOR
ENTRY OF DEFAULT
(No. 2:21-cv-811-TSZ) –3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

153080698.4

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　Plaintiff(s),<br>Vs.<br><br>AIMJUNKIES.COM, a business of unknown classification; et al.,<br><br>　　　　　　　　　　　　Defendant(s). | NO. 2:21-CV-00811-TSZ<br><br>AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION TO JEFFREY CONWAY; COMPLAINT WITH JURY DEMAND (WITH EXHIBITS); CIVIL COVER SHEET; PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT. |

STATE OF ARIZONA　　　　　)
　　　　　　　　　　　　　 ) ss.
COUNTY OF MARICOPA　　　)

The undersigned, being first duly sworn, on oath states:

　　　That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Arizona, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

　　　That at 11:50 A.M. on June 22nd, 2021, at 7931 East Hubbell Street, Scottsdale, Arizona, I duly served the above-described documents in the above-described matter upon Jeffrey Conway, by then and there personally delivering a true and correct copy thereof by leaving the same with Robin Conway, wife and co-resident, being a Caucasian female, approximately 50 to 55 years old, 5'3, 250lbs, and with brown hair, who confirmed that she resides here with the defendant.

1

_Cheryl Anderson_
CHERYL ANDERSON       MARICOPA CO. # 8597

Service Fees:
Travel:              SUBSCRIBED AND SWORN to before me on: 6/28/21
SSA:
Trace:
Bad Address:
Aff./Notary Fee:
Special Fee:
Wait:
                     NOTARY PUBLIC in and for the State
                     of Arizona residing at: 6393 N 90rst #121
  TOTAL   $          My commission expires: 12/15/24



OFFICIAL SEAL
CRAIG PODGURSKI JR.
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM # 593983
My Comm. Expires 12/15/2024

2

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff(s),<br><br>Vs.<br><br>AIMJUNKIES.COM, a business of unknown classification; et al.,<br><br>Defendant(s). | NO. 2:21-CV-00811-TSZ<br><br>NARRATIVE AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY DEMAND WITH EXHIBITS; CIVIL COVER SHEET; PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT. |

STATE OF OREGON    )
                                 ) ss.
COUNTY OF MULTNOMAH )

The undersigned, being first duly sworn, on oath states:

    That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Oregon, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

    That at 6:05 P.M. on June 22nd, 2021, at 2839 Southwest Dickinson Street, Portland, Oregon, I duly served the above-described documents in the above-described matter upon Jordan Green, by then and there personally delivering a true and correct copy thereof by leaving the same with Dan Green, resident therein and Jordan's father, in the following manner:

    At the time of service, I knocked on the door and the defendant's father, Dan Green, came to the door, looked through the window, and stated, "I don't want whatever it is that you have." I replied that I had legal documents for Jordan, and he responded that he was Dan, and not Jordan.

    Dan began to walk away at which point I stated that I can leave the documents with him. Dan then stepped back to the door and became hostile, stating that he is Dan, he was not going to open the door and to get off his porch.

    I told Dan that I was leaving the documents on the porch and left them on the mat in front of the door. Dan did not respond, and he watched me set the papers down, and walk away.

1



GABE SCHOMUS

Service Fees:
Travel:  SUBSCRIBED AND SWORN to before me on: 6.29.21
SSA:
Trace:
Bad Address:   OFFICIAL STAMP
Aff./Notary Fee:  LISA MARIE CARTER
Special Fee:  NOTARY PUBLIC - OREGON
Wait:  COMMISSION NO. 963884
MY COMMISSION EXPIRES JULY 05, 2021

Lisa M Carter
NOTARY PUBLIC in and for the State
of Oregon residing at: Washington County
My commission expires: 7-5-21

TOTAL $

# EXHIBIT C

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | No. 2:21-cv-811-TSZ<br><br>NOTICE REGARDING SERVICE OF COMPLAINT ON DEFENDANTS PHOENIX DIGITAL GROUP LLC, DAVID SCHAEFER, AND JAMES MAY AND UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND FOR ALL DEFENDANTS |

Plaintiff, Bungie, Inc. ("Bungie" or "Plaintiff"), files (1) this Notice to inform the Court that Bungie served its Complaint on Defendants Phoenix Digital Group LLC, David Schaefer, and James May on July 26, 2021, and (2) the combined Unopposed Motion to extend the deadline for Defendants Phoenix Digital Group LLC, Jeffrey Conway, David Schaefer, Jordan Green, and James May (collectively, "Defendants") to answer or otherwise respond to Bungie's complaint to August 31, 2021. Bungie further states as follows:

1. On July 23, 2021, counsel for all Defendants, Kevin Martin of Martin APC who has not yet appeared in this matter, confirmed that he would accept service of the Complaint on behalf of Defendants Phoenix Digital Group LLC, David Schaefer, and James May.

NOTICE RE SERVICE AND UNOPPOSED
MOT. TO EXTEND DEADLINE TO
RESPOND (No. 2:21-cv-811-TSZ)–1

153536937.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

2. On Saturday, July 24, 2021, copies of the Complaint (Dkt. No. 1) and the Summonses for Phoenix Digital Group LLC, David Schaefer, and James May (Dkt. Nos. 4, 4-3, and 4-4) were delivered to Mr. Martin's offices.

3. On August 18, 2021, the parties agreed to an extension of the deadline for all Defendants to answer or otherwise respond to Bungie's Complaint to August 31, 2021. The parties intend to use that time to further explore resolution of this matter without further submission to the Court, and therefore good cause exists to grant this unopposed motion.

4. Wherefore, the parties agree that service of Bungie's Complaint on Phoenix Digital Group LLC, David Schaefer, and James May was effective as of July 26, 2021, and that all Defendants' deadline to answer or otherwise respond is August 31, 2021.

DATED: August 20, 2021

*s/ William C. Rava*
William C. Rava, WSBA No. 29948
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: WRava@perkinscoie.com
JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

NOTICE RE SERVICE AND UNOPPOSED
MOT. TO EXTEND DEADLINE TO
RESPOND (No. 2:21-cv-811-TSZ) –2

153536937.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that they served a copy of the foregoing Notice Regarding Service of Complaint on Defendants Phoenix Digital Group LLC, David Schaefer, and James May and Unopposed Motion to Extend Deadline to Answer or Otherwise Respond for All Defendants to the following via U.S. Mail, postage prepaid, before the hour of 5:00 pm, on August 20, 2021.  A courtesy copy has also been sent to the email address below:

    Kevin Martin
    Martin APC
    4200 Park Blvd. #656
    Oakland, CA 94602
    kevin@martinapc.com

DATED:  August 20, 2021

    *s/ William C. Rava*
    William C. Rava, WSBA No. 29948

CERTIFICATE OF SERVICE
(No. 2:21-cv-811-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

153536937.2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that they electronically filed the foregoing Declaration and that I caused the foregoing document to be served on the person(s) listed below in the manner shown:

Kevin Martin
Martin APC
4200 Park Blvd. #656
Oakland, CA 94602
kevin@martinapc.com

☐ Hand Delivery
☐ First Class U.S. Mail (postage-prepaid)
☐ Email
☒ U.S. Mail
☐ Via Facsimile

DATED: November 19, 2021

_Jackie Slavik_
Jackie Slavik

CERTIFICATE OF SERVICE
(No. 2:21-cv-811-TSZ) – 1

153080698.4