IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

BUNGIE, INC. a Delaware Corporation

Plaintiff,

v.

AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual;

Defendants.

Case No.: 2:21-cv-811-TSZ

**NOTICE OF OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT AND REQUEST FOR ADDITIONAL TIME TO SECURE COUNSEL AND RESPOND TO COMPLAINT**

Defendants AIMJUNKIES.COM, PHOENIX DIGITAL GROUP LLC, JEFFREY CONWAY, DAVID SCHAEFER, JORDAN GREEN, and JAMES MAY (collectively "Defendants") file this Notice of Opposition To Plaintiff's Motion for Default and Request for Additional Time to Secure Counsel and Respond to Complaint:

1. Defendants have been in active, good faith negotiations with Plaintiff Bungie, Inc. with respect to this matter since at least July 2021. Together, the parties have submitted several joint motions to extend the time for Defendants' responses to the Complaint with the latest calling for response by Defendants to be made on November 15, 2021. The latest settlement terms were exchanged between the parties on November 16, 2021, including a viable monetary component addressing Plaintiff's alleged "damages", but

still Plaintiff saw fit, just three days later and without notice, to attempt a default against Defendants in this Court.

2. These sharp practices by Bungie, Inc. and its counsel should not be countenanced by the Court. Because Defendants and Plaintiff were in active ongoing settlement discussions, Defendants had not yet secured counsel to represent them in this action before the United States District Court, District of Washington at the time Bungie, Inc. moved forward with its claim of default.

3. Defendants have now identified counsel licensed to practice before this Court and are in process of negotiating her retention and securing representation with respect to this litigation. Defendants intend to respond to the Complaint in this matter, including asserting their respective defenses against the claims alleged and potential cross-complaint, but need additional time for counsel to acquaint herself with the pleadings at issue.

4. Defendants respectfully request additional time of 21 days from the date of this filing to respond to the Complaint.

Dated: November 26, 2021

David Schaefer
/s/ Jordan Green
Jordan Green
/s/ Jeff Conway
Jeff Conway
/s/ James May
James May

David Schaefer for AIMJUNKIES.COM

David Schaefer for PHOENIX DIGITAL GROUP, LLC

## PROOF OF SERVICE

I, David Schaefer, declare:

On the date set forth below, I served the within:

**NOTICE OF OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT AND REQUEST FOR ADDITIONAL TIME TO SECURE COUNSEL AND RESPOND TO COMPLAINT**

on the parties in this action as listed below:

| | |
|---|---|
| William C. Rava<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington  98101-2099<br>WRava@perkinscoie.com | |

[X]  (By Mail)  I enclosed the document in an envelope addressed to the persons at the addresses listed above and placed it in the regular mail for regular daily pickup by the United States Postal Service at my place of business.

[]  (By CM/ECF)  I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the parties identified above as recipients of such filing.

[X] (By Email)   I sent a copy of the attached pleading by email to the persons at the email address listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **November 26, 2021**, at Oakland, California.

David Schaefer