UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

            Plaintiff,

    v.

AIMJUNKIES.COM, et al.,

            Defendants.

C21-811 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Having reviewed the Defendants' notice, docket no. 23, of opposition to Plaintiff's motion for entry of default, docket no. 18, the Court sua sponte EXTENDS the deadline for Defendants to answer or otherwise respond to Plaintiff's complaint, docket no. 1. All Defendants shall have until December 21, 2021 to answer or otherwise respond to Plaintiff's complaint.

(2)    The Defendants are DIRECTED to review Local Civil Rule ("LCR") 83.2(b)(4), which provides that "[a] business entity, except a sole proprietorship, must be represented by counsel."

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of November, 2021.

                                                        Ravi Subramanian
                                                        Clerk

                                                        s/Gail Glass
                                                        Deputy Clerk

MINUTE ORDER - 1