

# U.S. DISTRICT COURT
## Western District of Washington
### Pro Se Registration Form
### For the Electronic Case Filing System (CM/ECF)

Please complete a form for *each case* you have before the Court.
*All fields are required.*

**Check One:**

○ Please register me to **receive service** of documents and notice of electronic filings to my email* via the Court's electronic filing system (CM/ECF). This option does *not* allow me to file documents electronically. I will continue to file documents in paper with the Court.

○ Please register me to **file documents** electronically** and **receive service** of documents and notice of electronic filings to my email* via the Court's electronic filing system (CM/ECF). By signing the agreement to file your documents electronically through CM/ECF, you waive your ability to file your documents in paper form over the counter or through the mail.

Name: _____   Case No: _____

E-mail Address: _____   Phone no: _____

Address: _____

Signature: *Jeffery Rory Conway*
Signature (Type an "s/" and your name, or print and sign)   Date signed: _____

* By registering for electronic service, you waive your right to receive service of documents by first class mail, according to [Federal Rule Civil Procedure 5(b)(2)(E)](). You will be sent a Notice of Electronic Filing via e-mail. Upon receipt of this notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number. **The one "free look" will expire 15 days from the date the notice was sent.** After the "free look" is used or expires, the document can only be accessed through PACER (Public Access to Court Electronic Records). It is required that you establish a **PACER – Case Search Only** account, by visiting the [PACER website](). PACER is an automated system that allows an individual to view, print, and download documents for a nominal fee.

**By registering for electronic filing, you must familiarize yourself with and follow rules and procedures of the Court, such as the [Federal Rules](), [Local Rules](), and the [Electronic Filing Procedures]().

**To Email This Form:** Save a copy of this form to your computer and then send it as an attachment to: **cmecfreg@wawd.uscourts.gov.**

**To Mail This Form:** Print and mail to: **Clerk, U.S. District Court, Western District of Washington, ATTN: ECF Registration, 700 Stewart Street, Suite 2310, Seattle, WA, 98101**.

**PACER Registration:** You are also required to request CM/ECF access via pacer.gov. Review the [Pro Se Registration Instructions]() for step-by-step guidance. You will receive email confirmation of your registration when it is processed.

For assistance, please contact the **CM/ECF Support** at **(206)370-8440, then press Option 2** (Seattle area), **(866)323-9293, then press Option 2** (Outside Seattle area) or email us at: **cmecf@wawd.uscourts.gov.**