THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Note on Motion Calendar: December 20, 2021** |

Defendants, by and through their undersigned counsel, hereby move to extend the time for answering or otherwise responding to the Complaint in this action to **January 10, 2022.** Counsel for Plaintiff have graciously indicated that they will not oppose this motion.

This extension is respectfully requested in order (1) to permit undersigned counsel, who only just recently was retained by Defendants, time to review and become familiar with the facts and issues in this matter, and (2) to permit the resumption of meaningful settlement talks in the hope of resolving the matter amicably and without further Court involvement.

In view of the foregoing, Defendants respectfully request that the deadline for responding to the Complaint be extended from December 21, 2021 to and including **January 10, 2022.** Such action by the Court is respectfully requested.

Dated December 20, 2021

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240

Unopposed Motion to Extend Time
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

|   |   |
|---|---|
| 1 | Bainbridge Island, Washington  98110 |
| 2 | Phone (206) 436-0900 |
|   | phil@mannlawgroup.com |
| 3 | Attorneys for Defendants |

Unopposed Motion to Extend Time
Cause No. 21-CV-0811-TSZ                     Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

## **CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED:  December 20, 2021                 /s/ *Philip P. Mann*

Unopposed Motion to Extend Time
Cause No. 21-CV-0811-TSZ                    Page 3

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900