THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-811 TSZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Note on Motion Calendar: December 20, 2021** |

This Court, having received and reviewed the Unopposed Motion To Extend Time To Respond To Complaint filed by Defendants, it is HEREBY ORDERED that the time for Defendants to answer or otherwise respond to the Complaint in this action is extended to and including **January 10, 2021.**

Dated this __ day of December, 2021.

_____

Hon. Thomas S. Zilly

Presented by:

MANN LAW GROUP PLLC

Attorneys for Defendants

---

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

1  By:
2  */Philip P. Mann*                  _____

3  Philip P. Mann, WSBA # 28860
   Mann Law Group PLLC
4  403 Madison Ave. N. Ste. 240
   Bainbridge Island, WA 98110
5  (206) 436-0900
6  phil@mannlawgroup.com

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ                    Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

## **CERTIFICATE OF SERVICE**

2  I hereby certify on the date indicated below, I electronically filed the foregoing
3  with the Clerk of the Court using the CM/ECF system which will send notification of such
4  filing to all parties who have appeared in this matter.

5

6  DATED: December 20, 2021                /s/ *Philip P. Mann*

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ
Page 3

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900