THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC., a Delaware corporation,

Plaintiff

v.

AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,

Defendants.

Cause No. 2:21-cv-0811 TSZ

**DECLARATION OF PHILIP P. MANN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND/OR REFER TO MANDATORY ARBITRATION**

**Note on Motion Calendar: February 4, 2022**

**Oral Argument Requested**

I, Philip P. Mann, under penalty of perjury under the laws of the United States, state and declare as follows:

1.  I am counsel for all Defendants in the above captioned matter.

2.  Attached as Exhibit A is a true and correct copy of the May 29, 2021 ORDER ON DEFENDANTS' MOTION TO DISMISS issued by U.S. Magistrate Judge David W. Christel of the United States District Court for the Western District of Washington at Tacoma in connection with *Enterprise Management, et al. v Construx Software, et al.*, Case No. 2:19-cv-1458-DWC.

3.  Attached as Exhibit B is a true and correct copy of the initial Complaint filed in *Enterprise Management, et al. v Construx Software, et al.*

Mann Declaration
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

1    4.    Attached as Exhibit C is a true and correct copy of the First Amended

2    Complaint filed in *Enterprise Management, et al. v Construx Software, et al.*

3    Dated January 10, 2022.

4                                          */s/  Philip P. Mann*

5                                          Philip P. Mann

Mann Declaration
Cause No. 21-CV-0811-TSZ                    Page 2

Mᴀɴɴ Lᴀᴡ Gʀᴏᴜᴘ ᴘʟʟᴄ
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900