THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**STIPULATED REQUEST TO RENOTE DEFENDANTS' MOTION TO DISMISS AND/OR REFER TO MANDATORY ARBITRATION** |

**AGREED REQUEST TO RENOTE MOTION**

Subject to approval of this Court, all Defendants and Plaintiff Bungie, Inc., hereby agree and request that defendants' Motion To Dismiss And/Or Refer To Mandatory Arbitration (Docket No. 28) be re-noted from February 4, 2022 to February 18, 2022.  The parties have agreed that Plaintiff's opposition to the motion will be filed on or before February 10, 2022, and that Defendants shall have up to and including February 18, 2022, to file their Reply in Support.

This request to re-note the motion is made in accordance with such agreement among Defendants' and Plaintiff's counsel and is not made for purposes of delay or any other

//
//
//
//
//

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

1   improper purpose.

2        Dated January 24, 2022.

3                                        */s/ Philip P. Mann*

4                                        Philip P. Mann, WSBA No: 28860
                                         **Mann Law Group PLLC**
5                                        403 Madison Ave. N. Ste. 240
                                         Bainbridge Island, Washington  98110
6                                        Phone (206) 436-0900
7                                        phil@mannlawgroup.com
                                         Attorneys for Defendants
8

9                                        */s/William C. Rava*
10                                       William C. Rava, WSBA No. 29948
                                         */s/Jacob P. Dini*
11                                       Jacob P. Dini, WSBA No. 54115
                                         **Perkins Coie LLP**
12                                       1201 Third Avenue, Suite 4900
13                                       Seattle, WA 98101-3099
                                         Telephone: 206.359.8000
14                                       Facsimile: 206.359.9000
                                         Email: WRava@perkinscoie.com
15                                       JDini@perkinscoie.com
16
                                         Attorneys for Plaintiff Bungie, Inc.
17

18

19

20

21

22

23

24

25

26

27

28