THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; JEFFREY CONWAY; DAVID SCHAEFER; JORDAN GREEN; AND JAMES MAY, <br><br> Defendants. | No. 2:21-cv-811-TSZ <br><br> DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR REFER TO MANDATORY ARBITRATION |

I, William C. Rava, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss and/or Refer to Mandatory Arbitration. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. On February 10, 2022, Bungie submitted a demand for arbitration with JAMS in connection with its fourth through ninth causes of action in this matter.

3. Attached hereto as Exhibit A is a true and correct copy of Bungie's Limited Software License Agreement ("LSLA") last updated on March 6, 2020 available at

RAVA DECL. ISO PLAINTIFF'S OPP'N
TO DEFENDANTS' MOTION TO DISMISS
(No. 2:21-cv-811-TSZ) – 1

155818070.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

https://assets.contentstack.io/v3/assets/blte410e3b15535c144/blt9597f6b19732f1a1/611447c95780ae139064381e/SLA_Bungie.net.pdf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of February, 2022.

/s/William C. Rava
William C. Rava

RAVA DECL. ISO PLAINTIFF'S OPP'N
TO DEFENDANTS' MOTION TO DISMISS
(No. 2:21-cv-811-TSZ)  –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

155818070.2