THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY, <br><br> Defendants. | No. 2:21-cv-811-TSZ <br><br> DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

I, William C. Rava, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Attached hereto as Exhibit 1 are true and correct copies of Bungie's United States copyright registration certificates for Bungie's computer software and audiovisual works in *Destiny 2* and *Destiny 2: Beyond Light*.

RAVA DECL. ISO PLAINTIFF'S MOT. FOR PRELIM. INJ.
(No. 2:21-cv-811-TSZ) – 1

156906527.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3.      Attached hereto as Exhibit 2 is a true and correct screenshot of the website located at https://forum.aimjunkies.com/f124/destiny-2-cheat-information-120587/, captured on December 2, 2020.

4.      Attached hereto as Exhibit 3 is a true and correct screenshot of the website located at https://twitter.com/AimJunkies, captured on December 2, 2020.

5.      Attached hereto as Exhibit 4 is a true and correct screenshot of the website located at https://forum.aimjunkies.com/paid_subscriptions.php?subid=256, captured on December 2, 2020.

6.      Attached hereto as Exhibit 5 is a true and correct screenshot of the website located at https://torrentfreak.com/court-dismisses-bungies-copyright-claims-against-cheat-seller-aimjunkies-for-now-220528/, captured on May 16, 2022.

7.      Attached hereto as Exhibit 6 is a true and correct copy of an email that I sent to Defendants' counsel of record on May 11, 2022.  As of the date of this declaration, Defendants have not responded.

8.      Attached hereto as Exhibit 7 is a true and correct screenshot of the website located at https://www.aimjunkies.com/unrealbot-acquired, captured on December 2, 2020.

9.      Attached hereto as Exhibit 8 is a true and correct copy of an email sent by Defendant David Schaefer to Bungie's CEO, Pete Parsons, on August 26, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of May, 2022.

                                        */s/William C. Rava*
                                        William C. Rava

RAVA DECL. ISO PLAINTIFF'S MOT.
FOR PRELIM. INJ.
(No. 2:21-cv-811-TSZ) – 2

156906527.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000