# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# TX 8-933-655

**Effective Date of Registration:**
February 09, 2021
**Registration Decision Date:**
February 10, 2021

## Title _____

|  |  |
|---|---|
| **Title of Work:** | Destiny 2 |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | September 09, 2017 |
| **Nation of 1st Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | Bungie, Inc. |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| • **Author:** | Activision Publishing, Inc. |
| **Author Created:** | computer program, contributions to computer code |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Bungie, Inc. |
|  | 550 106th Ave NE, Suite 207, Bellevue, WA, 98004, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim _____

|  |  |
|---|---|
| **Material excluded from this claim:** | computer program, previously published and third-party contributions to the computer code |
| **Previous registration and year:** | TX0008047244, 2015 |
| **New material included in claim:** | computer program, new and revised computer code |

Page 1 of 2

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Bungie Legal Department, Bungie, Inc. |
| **Email:** | legal@bungie.com |
| **Address:** | 550 106th Ave NE |
|  | Suite 207 |
|  | Bellevue, WA 98004 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Patchen M. Haggerty |
| **Date:** | February 09, 2021 |
| **Applicant's Tracking Number:** | 139303-6000.US01 |

|  |  |
|---|---|
| **Correspondence:** | Yes |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-282-670

**Effective Date of Registration:**
March 23, 2021
**Registration Decision Date:**
March 24, 2021

## Title

**Title of Work:** Destiny 2

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 09, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Bungie, Inc
  **Author Created:** audiovisual material including music and sounds
  **Work made for hire:** Yes
  **Citizen of:** United States

- **Author:** Activision Publishing, Inc
  **Author Created:** contributions to audiovisual material
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bungie, Inc
550 106th Ave NE, Suite 207, Bellevue, WA, 98004, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** preexisting audiovisual material from prior "Destiny" videogame

**New material included in claim:** audiovisual material including musical compositions and sounds

## Rights and Permissions

**Organization Name:**  Bungie Legal Department, Bungie, Inc
**Email:**  legal@bungie com
**Address:**  550 106th Ave NE
Suite 207
Bellevue  WA 98004 United States

## Certification

**Name:**  Patchen M  Haggerty
**Date:**  March 23, 2021
**Applicant's Tracking Number:**  139303-6000 US03

**Correspondence:**  Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-933-658

**Effective Date of Registration:**
February 09, 2021
**Registration Decision Date:**
February 10, 2021

## Title

      **Title of Work:**  Destiny 2: Beyond Light

## Completion/Publication

      **Year of Completion:**  2020
    **Date of 1st Publication:**  November 10, 2020
  **Nation of 1st Publication:**  United States

## Author

-       **Author:**  Bungie, Inc.
    **Author Created:**  computer program
  **Work made for hire:**  Yes
      **Citizen of:**  United States

-       **Author:**  Activision Publishing, Inc.
    **Author Created:**  computer program, contributions to computer code
  **Work made for hire:**  Yes
      **Citizen of:**  United States

## Copyright Claimant

  **Copyright Claimant:**  Bungie, Inc.
      550 106th Ave NE, Suite 207, Bellevue, WA, 98004, United States
    **Transfer statement:**  By written agreement

## Limitation of copyright claim

  **Material excluded from this claim:**  computer program, previously published and third-party contributions to the computer code
  **Previous registration and year:**  TX0008047244, 2015

  **New material included in claim:**  computer program, new and revised computer code

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Bungie Legal Department, Bungie, Inc. |
| **Email:** | legal@bungie.com |
| **Address:** | 550 106th Ave NE |
| | Suite 207 |
| | Bellevue, WA 98004 United States |

## Certification

| | |
|---|---|
| **Name:** | Patchen M. Haggerty |
| **Date:** | February 09, 2021 |
| **Applicant's Tracking Number:** | 139303-6000.US02 |

| | |
|---|---|
| **Correspondence:** | Yes |

**Registration #:**   PA0002280030
**Service Request #:**   1-10156210289

## Mail Certificate

Perkins Coie LLP
Patchen M. Haggerty
P.O. Box 2608
Seattle, WA 98111 United States

**Priority:**   Special Handling          **Application Date:**   February 10, 2021
**Note to C.O.:** Copyright application is for the multimedia elements of a videogame. Deposit materials include a written synopsis of the videogame, sound recordings, a video of gameplay, and a series of pictorial images to represent the audiovisual elements. The artwork in the deposit is collective as a whole of the videogame.

## Correspondent

**Organization Name:**   Perkins Coie LLP
**Name:**   Patchen M. Haggerty
**Email:**   pctrademarks@perkinscoie.com
**Telephone:**   (206)359-8000
**Fax:**   (206)359-9000
**Address:**   1201 Third Avenue, Suite 4900
Seattle, WA 98101 United States

**Registration Number**

# PA 2-280-030

**Effective Date of Registration:**
February 10, 2021
**Registration Decision Date:**
March 05, 2021

## Title

| | |
|---|---|
| **Title of Work:** | Destiny 2: Beyond Light |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | November 10, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** Bungie, Inc.
  **Author Created:** audiovisual material including music and sounds
  **Work made for hire:** Yes
  **Citizen of:** United States

- **Author:** Activision Publishing, Inc.
  **Author Created:** contributions to audiovisual material
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bungie, Inc. |
| | 550 106th Ave NE, Suite 207, Bellevue, WA, 98004, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting audiovisual material, music compositions and sound recordings from previous versions of "Destiny 2" videogame |
| **New material included in claim:** | audiovisual material including musical compositions and sounds |

## Rights and Permissions

**Organization Name:** Bungie Legal Department, Bungie, Inc.
**Email:** legal@bungie.com
**Address:** 550 106th Ave NE
Suite 207
Bellevue, WA 98004 United States

## Certification

**Name:** Patchen M. Haggerty
**Date:** February 10, 2021
**Applicant's Tracking Number:** 139303-6000.US04

**Correspondence:** Yes

# EXHIBIT 2



Welcome, eLIBusiL   Notifications ⌄   My Profile   Settings   Log Out

Home   Forums   Purchase   Download   Cheats ⌄   Status   TeamSpeak

New Posts   Private Messages   FAQ   Calendar   Community ⌄   Forum Actions ⌄   Quick Links ⌄

🏠 Forum   ◆   Sales   ◆   Available Cheats and Purchase Information   ◆   Destiny 2 - Cheat Information

🟡 Thanks: 57

Results 1 to 1 of 1

## Thread: Destiny 2 - Cheat Information

Thread Tools ⌄   Search Thread ⌄   Display ⌄

▢ 09-30-2019, 03:37 PM   #1

**SSJason** •

Join Date: Apr 2014
Location: Kanyabayonga, Congo
Posts: 27,384
Thanks (Given): 283
Thanks (Received): 4470

**Destiny 2 - Cheat Information**

**Information:**

   **Game Engine:**
   - Bungie Engine
   **Game Version:**
   - Latest Version
   **Status:**
   - Click Here
**Operating systems:**

**Windows** 10

**Prices:**

   - 1 month - $34.95

**Features:**

AIMBOT
-Aim At Players
-Aim At Npc's
-Custom Aim Fov
-Custom Aim Key
-Show Fov Circle

ESP
-Player Name Esp
-Player Box Esp
-Player Distance Esp
-Player Snapline Esp
-Npc Name Esp
-Npc Box Esp
-Npc Distance Esp
-Npc Snapline Esp
-Npc View Distance Slider
-Player View Distance Slider

COLORS
-Custom Player Esp Color Sliders

-Custom NPC Esp Color Sliders

TELEPORT
-Teleport to other players
-Teleport to other Npc's

OPK
-Teleport Npc's to your crosshair

MISC
-Custom Crosshair

SETTINGS
-Save
-Load

**Anti Cheats**
- Custom



Screenshots:



**Videos:**

Last edited by Silent; 03-20-2020 at 10:56 AM.



Post Thanks / Like - 57 Thanks

Mythicals, Ole, fireballs, Naterion, Marquez, tribal386, Arkitec, Studevery, blackweed, TheGreatKai, Keanu777, d2only, turnloy, m3rrcy, oumaxs, FrozenSkies, KingGeesta, Occupay, McTadger, ayo2000, BigDoggo, yorkypoo, crimas194, RoGProX, spazim90, wzb824, RamenX, tomm27, maxi, Ikoridoto, Prismatic, Vitaly88, rEy, smufi, nolifegamer, Herpjerp, Swiito, Keule81, zdx5232, r4zorr1tch, tata01, Viruxx, Rare, ibadger, billy1970, zmfpdlwl144, JuiceSword, deezhax, Scromb, DruidDeng, Homebrew King, Ir3x, shou, DigDug503, mxdtty, Monstar7, Shadez thanked for this post

Thank for this post

Quick Navigation    ▽ Available Cheats and Purchase Information    Top

## Tags for this Thread

cheats, engine, game, information, version
View Tag Cloud

## Posting Permissions

You may not post new threads       **BB code** is On
You may not post replies           **Smilies** are On
You may not post attachments       **[IMG]** code is On
You may not edit your posts        **[VIDEO]** code is On
                                   **HTML code** is Off

                                   Forum Rules

– AJ                                              AimJunkies   Archive   Top

Powered by vBulletin®
Copyright © 2020 vBulletin Solutions, Inc. All rights reserved.

Parts of this site powered by vBulletin Mods & Addons from DragonByte Technologies Ltd. (Details)
© 2020 Aimjunkies

https://forum.aimjunkies.com/f124/destiny-2-cheat-information-120587/
2:43:58 PM 12/2/2020
POUND

# EXHIBIT 3



AimJunkies @AimJunkies · Nov 11    ○○○
#destiny2 🐢 back online for the expansion :)

AimJunkies @AimJunkies · Nov 11    ○○○
What if Lockdown Browser wasn't so locked anymore? #lockdownbroswer

https://twitter.com/AimJunkies    POUND
1:34:51 PM 12/2/2020

# EXHIBIT 4



**AIMJUNKIES**

Home    Forums    **Purchase**    Download    Cheats ⌄    Status    TeamSpeak    🔍

🏠 Settings ◆ Paid Subscriptions ◆ Destiny 2 VIP Access

### My Messages

📁 Inbox
📁 Sent Items
Send New Message
Track Messages
Edit Folders

### My Subscriptions

📁 Subscriptions
Edit Folders

### My Settings

👤 My Profile
Edit Profile
Edit Avatar
Edit Signature
Profile Privacy
🔒 My Account
Edit Email & Password
General Settings
Edit Ignore List
Paid Subscriptions
👥 Networking
Contacts
Event Reminders
📷 Miscellaneous
Attachments
🔒 Shoutbox
Shoutbox Settings
Ignore List
Custom Commands

## Subscription Information - Destiny 2 VIP Access

Destiny 2 VIP Access

Includes:
**Destiny 2 Cheat**

**\*\*CHEAT DOES NOT WORK ON SHADOW PCS!!!**

## Subscription Option

Select a subscription price and time:

🔘 US$ 34.95 - 1 Month

## Payment Method

Select a payment method:

⚪ Bitcoin
⚪ Local Payment Methods (Paymentwall)
⚪ Alipay (Payssion)
⚪ QIWI (Payssion)
⚪ WebMoney (Payssion)
⚪ eCheck

## Coupon

If you have a coupon, enter it here and press Apply.

[                    ] Apply

## Gift

If you want to purchase this subscription for another user, enter their name here.

If you want to purchase this for yourself and NOT for someone else, DO NOT enter anything here.

[                    ]

## Order

☐ I have read, and agree to abide by the Terms of Serivce.

Order



All times are GMT -7. The time now is 02:46 PM.

Powered by vBulletin®
Copyright © 2020 vBulletin Solutions, Inc. All rights reserved.

Parts of this site powered by vBulletin Mods & Addons from DragonByte Technologies Ltd. (Details)
© 2020 AimJunkies

https://forum.aimjunkies.com/paid_subscriptions.php?subid=256    POUND

2:46:46 PM 12/2/2020

# EXHIBIT 5



NEWS    CONTACT    SUBSCRIBE

Search    Enter Search Term and Press Enter

## Court Dismisses Bungie's Copyright Claims Against Cheat Seller AimJunkies, For Now

April 28, 2022    by    Ernesto Van der Sar

HOME ▸ LAWSUITS ▸ APPS AND SITES ▸

A federal court in Seattle has dismissed Bungie's copyright infringement claims against cheat seller AimJunkies.com. While it's not disputed that 'Destiny 2 Hacks' were offered for sale, the court is not convinced that these are copyright infringing. The trademark claims are intact, however, so the case is far from resolved.

Over the past several years a wave of copyright infringement lawsuits has targeted alleged cheaters and cheat makers.

Several game companies including Take-Two Interactive and Epic Games, have taken cheaters to court. More recently, American video game developer Bungie joined in on the action.

SPONSORS

Verified, No Logging
VPN Service Provider
private internet access

Don't download
without protection.
ExpressVPN

Anonymity taken
seriously
NordVPN

POPULAR POSTS

## URL

https://torrentfreak.com/court-dismisses-bungies-copyright-claims-against-cheat-seller-aimjunkies-for-now-220528/

## Timestamp

Mon May 16 2022 10:49:43 GMT-0700 (Pacific Daylight Time)

Bungie is known for the Halo and Destiny series, which have millions of fans around the world. The popularity of these games also attracts cheaters, including those who used the 'Destiny 2 Hacks' suite that was offered for sale at AimJunkies.com.

Bungie Sued AimJunkies

In a complaint filed at a Seattle federal court last June, Bungie accused AimJunkies.com of copyright and trademark infringement, among other things. The same accusations were also made against Phoenix Digital Group, the alleged creators of the software.

Initially, the parties entered settlement discussions. AimJunkies has already removed the Destiny 2 cheats from its site and was willing to negotiate. However, when Bungie moved for a default judgment, reportedly without prior warning, tensions rose.

Earlier this year, AimJunkies hit back with a motion to dismiss. According to the cheat seller, no law prohibits cheating. In addition, the company denied Bungie's copyright infringement allegations.

Among other things, AimJunkies countered that Bungie's allegations are vague and not specific enough to allege a plausible claim. The cheat software itself certainly isn't a copy of Bungie's work, they argued.

Bungie also accused AimJunkies of a variety of other wrongdoings, including breach of contract, tortious interference, and unjust enrichment.

These claims don't belong in federal court either, according to the cheat maker, since Bungie's own License Agreement (LSLA) prescribes that, aside from copyright and trademark issues, all disputes should be resolved by mandatory arbitration.

Court Dismisses Copyright Claims

After reviewing the positions from both sides, U.S. District Court Judge Thomas Zilly has



**URL**

https://torrentfreak.com/court-dismisses-bungies-copyright-claims-against-cheat-seller-aimjunkies-for-now-220528/

**Timestamp**

Mon May 16 2022 10:49:43 GMT-0700 (Pacific Daylight Time)

now ruled on the matter. Judge Zilly dismisses the copyright claims as Bungie failed to show that AimJunkies copied its work.

"Notably, Bungie has not pleaded any facts explaining how the cheat software constitutes an unauthorized copy of any of the copyrighted works identified in the complaint. Bungie's complaint must contain more than a 'formulaic recitation of the elements of a cause of action'," Judge Zilly writes.

The court does leave room for Bungie to fix this issue in an amended complaint, but for now, it's dismissed.

> Bungie, however, has not pleaded sufficient facts to plausibly allege that AimJunkies and
> Phoenix Digital copied constituent elements of Bungie's work. Bungie relies on
> conclusory allegations that the "cheat software infringes Bungie's Destiny Copyrights by
> copying, producing, preparing unauthorized derivative works from, distributing and/or
> displaying Destiny 2 publicly all without Bungie's permission." Compl. at ¶ 70, and the
> "copies, reproductions, derivative works, and/or displays are identical or substantially
> similar to the copyrighted works." *Id.* at ¶ 71. Notably, Bungie has not pleaded any facts
> explaining how the cheat software constitutes an unauthorized copy of any of the
> copyrighted works identified in the complaint. Bungie's complaint must contain more
> than a "formulaic recitation of the elements of a cause of action." *See Twombly*, 550 U.S.
> at 555.

Judge Zilly also agrees to refer the non-copyright and trademark-related claims to arbitration, as AimJunkies requested. This is in line with Bungie's own license agreement and both parties are encouraged to resolve these issues outside of court.

## Not Over Yet

Not all of Bungie's claims were dismissed or referred. Judge Zilly concludes that Bungie's trademark infringement accusations are sufficiently pled, which means that the case can go ahead based on that allegation. The same is true for the "false origin" claim



**URL**

https://torrentfreak.com/court-dismisses-bungies-copyright-claims-against-cheat-seller-aimjunkies-for-now-220528/

**Timestamp**

Mon May 16 2022 10:49:43 GMT-0700 (Pacific Daylight Time)

which is closely related to trademark infringement.

AimJunkies booked an initial victory with the dismissal of the copyright infringement claims but they're not celebrating yet. Bungie can still refile these claims with additional evidence and the trademark accusations remain.

Responding to the order, the cheat seller informed us that it's not commenting on the matter just yet. However, it did stress that they are in the final stages of selling the AimJunkies websites to a Ukrainian group of investors.

—

*A copy of U.S. District Court Judge Thomas Zilly's order on the motion to dismiss/refer is available [here (pdf)](here (pdf))*



❮ Next Post                                    Previous Post ❯

Tagged In:

aimjunkies  bungie

You Might Also Like:

| | | |
|---|---|---|
| LAWSUITS | LAWSUITS | LAWSUITS |
| Bungie vs Fake DMCA Notices: Google Refuses to Hand Over User Data | Bungie Files Lawsuit to Punish Senders of Fake Destiny DMCA Notices | AimJunkies Returns Fire in Destiny 2 Copyright Lawsuit: 'Cheating Isn't Against the Law' |

**URL**

https://torrentfreak.com/court-dismisses-bungies-copyright-claims-against-cheat-seller-aimjunkies-for-now-220528/

**Timestamp**

Mon May 16 2022 10:49:43 GMT-0700 (Pacific Daylight Time)



The comments are turned off. Thanks for all your contributions in the past.

Submit a correction or tip.

TorrentFreak Stats

**13768**
BREAKING NEWS STORIES

**179k**
SOCIAL MEDIA FOLLOWERS

**19.9k**
RSS SUBSCRIBERS

Copyright · Privacy Policy · VPN Providers · About TorrentFreak

**URL**

https://torrentfreak.com/court-dismisses-bungies-copyright-claims-against-cheat-seller-aimjunkies-for-now-220528/

**Timestamp**

Mon May 16 2022 10:49:43 GMT-0700 (Pacific Daylight Time)

# EXHIBIT 6

| | |
|---|---|
| **From:** | Rava, William C. (SEA) |
| **To:** | Phil Mann |
| **Cc:** | Dini, Jacob (SEA); Marcelo, Christian W. (SEA) |
| **Subject:** | Bungie v. AimJunkies -- sale of AimJunkies? |
| **Date:** | Wednesday, May 11, 2022 3:41:17 PM |

Phil,

Bungie recently saw an article (https://torrentfreak.com/court-dismisses-bungies-copyright-claims-against-cheat-seller-aimjunkies-for-now-220528/) in which it was reported that your clients said that "they are in the final stages of selling the AimJunkies websites to a Ukrainian group of investors."  Bungie is extremely concerned that such a sale will include transfer of the AimJunkies Destiny 2 cheat software, including the source code for the cheat, to an unknown foreign group that is outside any US court's jurisdiction and against which Bungie might be unable to enforce its intellectual property rights.  Bungie is also concerned that such a sale could lead to the destruction or removal of relevant evidence or records related to this case.

No later than **May 13, 2022**, please confirm (a) whether the sale has been completed and (b) whether your clients have included/will be including the AimJunkies Destiny 2 cheat software in the sale of the AimJunkies websites.

Please note that destruction or deletion of any evidence relevant to this matter could have serious legal consequences.  Bungie therefore requests that Defendants take all appropriate steps to preserve any documents or other evidence relating to this matter, whatever the status of the sale of the AimJunkies websites.

Best,

Will

**William Rava | Perkins Coie LLP**
PARTNER
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.6338
F. +1.206.359.7338
E. WRava@perkinscoie.com

# EXHIBIT 7



Home    Forums    Cheats    Packages ⌄    Purchase ⌄    🔍

# uNrEaL BoT has been acquired by Phoenix Digital Group Network

Welcome to the PDG network! uNrEaL has made the decision to step away from the cheating scene. He has worked with PDG for quite some time, so we decided to extend a welcoming hand to former uNrEaL customers and staff.



For a limited time, uNrEaL BoT users can use coupon code "uNrEaL" at checkout at the above sites for 30% off any subscription, excluding premium packages.

© 2020 AimJunkies

# EXHIBIT 8

| | |
|---|---|
| **From:** | Dave Ricky-Bobby |
| **To:** | Pete Parsons |
| **Subject:** | Will Rave /Perkins Coie |
| **Date:** | Thursday, August 26, 2021 7:23:03 AM |

---

**CAUTION:** This email originated from outside of Bungie. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Pete:

My name is David Schaefer I'm being litigated along with my partners as a group by Will Rava @ Perkins Coie. I understand Mr. Rava is a fine young man and very motivated to do right for his client "Yourself". What Mr. Rava does not understand is there is repercussions to what he is doing.

We were served with a cease-and-desist last year for your product. We complied with the order but did not respond to him that it was accomplished. We have ALWAYS every single time we have been served, complied.

Last month we were served with a lawsuit and at that point provided documentation to him we stopped selling the cheat and financials for it. That seems too not be enough for him now. It seems he wants to for lack of better terms push our face in the mud over this. We are not a wealthy company. In fact, we have been upside down for the last 18 mos. and have not drawn a salary. Only making payroll. I have people who support their families here. So, there is no corporate money here to be had or personal monies from us as individuals in a settlement.

It is one thing to ask us to remove your product from our shelves but it is another to attempt to financially destroy us. What he does not comprehend is that we were making game cheats when he was in high school, we are not new to this. We will be producing cheats long after he's gone. All you are going to do by pushing this further is driving us back underground. It is a fool's folly to believe you can end cheating in your games, and you have the mud on your face when you spend the money you're spending on litigation to eventually find out cheaters are still there.

We 100% agree to not sell your product anymore but beyond that we cannot agree to his outrageous terms. We can bend over and take it from him if need be but In doing so it motivates us.

In the old days sites would put the source code on public forums for every 14yo to get and make a hack for your game. Most of the time when they do it they make it a free public cheat accessible to everyone. Imagine players having access to cheats for free? I don't think anyone wants to go back to those days. The net net would be you would have more cheaters in your game then before the crusader came in.  Is that what you're looking for in your game?

Please for both of ours benefit call your crusader off.

If you want to talk i would take your call

David Schaefer 8312470741