THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-811 TSZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**<br><br>**Note on Motion Calendar: June 3, 2022** |

This Court, having received and reviewed Defendants' Motion For Extension of Time To Respond To Plaintiff's Amended Complaint:

IT IS HEREBY ORDERED that Defendants' Motion is Granted: Defendants Shall Have to and Including June 17, 2022 to respond to the Amended Complaint.

Dated this __ day of June, 2022.

_____

Hon. Thomas S. Zilly

Presented by:

MANN LAW GROUP PLLC

Attorneys for Defendants

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

1
2  By:
3  */Philip P. Mann* _____
4  Philip P. Mann, WSBA # 28860
   Mann Law Group PLLC
5  403 Madison Ave. N. Ste. 240
   Bainbridge Island, WA 98110
6  (206) 436-0900
   phil@mannlawgroup.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ

Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900