THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DECLARATION OF DAVID SCHAEFER IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Note on Motion Calendar: June 10, 2022** |

I, David Schaefer, under penalty of perjury under the laws of the United States, state and declare as follows:

1. I am an Officer and Director of Defendant Phoenix Digital Group LLC as well as one of the individual Defendants in the above captioned matter and have knowledge of the facts stated herein.

2. Phoenix Digital Group LLC is a Delaware Limited Liability Company that once operated a website known as "Aimjunkies.com."

3. Phoenix Digital Group LLC was engaged, in part, in making available to others software programs that enable others to gain certain advantages in playing various computer games. These advantages, which include such things as making visible "hidden" opponents and improving the accuracy of aimed

Schaefer Declaration
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

"gunfire" are what Plaintiff Bungie, Inc., refers to in this action as "Cheat Software."

4. After receiving a cease and desist letter from Bungie on or about November 4, 2020, Phoenix Digital made the decision to cease further distribution of what Bungie calls the "Cheat Software" and de-listed the software from the "Aimjunkies.com" website by December, 2020.  Neither I, nor Phoenix Digital or any of the other individual Defendants have made any distribution of these products since December, 2020.

5. The supposed "Cheat Software" that Bungie complains of in this action is not developed by Phoenix Digital but, instead, is developed by unknown third party developers who make there products available for distribution through the Aimjunkies.com website.  When a potential customer places an order with Aimjunkies.com, upon payment of an agreed price, Aimjunkies.com allows the customer to access the third-party developer's computer server and download the software directly from the third-party developer.

6. Neither I, nor Phoenix Digital or any of the other named defendants, ever had or has possession of, or even access to, the source code and/or object code of the supposed "Cheat Software."

7. Neither I, nor Phoenix Digital or any of the other named defendants ever has possession of or even access to the source code and/or object code of the any game, including but not limited to "Destiny 2," developed or otherwise owned by Bungie.

8. Attached as Exhibit A is a true and correct copy of a letter dated June  , 2021 from our attorney,    Martin to counsel for Bungie addressing this lawsuit and explaining, among other things, that Phoenix Digital was in the process of selling the Aimjunkies.com website.  Accordingly, Bungie has known since at

Schaefer Declaration
Cause No. 21-CV-0811-TSZ
Page 2
Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1 least as early as June , 2021 that Phoenix Digital was seeking to sell the Aimjunkies.com website.

9. On May 5, 2022 the Aimjunkies.com website was sold to a purchaser in Ukraine. During the course of this sale, no source code or object code of the alleged "Cheat Software" was transferred to the new owners. Nor could they be, given that they were in never in the possession or, or accessible to, the Defendants herein.

Dated June 6, 2022.

_____
David Schaefer

Schaefer Declaration
Cause No. 21-CV-0811-TSZ
Page 3

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

least as early as June , 2021 that Phoenix Digital was seeking to sell the Aimjunkies.com website.

9. On May 5, 2022 the Aimjunkies.com website was sold to a purchaser in Ukraine. During the course of this sale, no source code or object code of the alleged "Cheat Software" was transferred to the new owners. Nor could they be, given that they were in never in the possession or, or accessible to, the Defendants herein.

Dated June 6, 2022.

_____
David Schaefer

Schaefer Declaration
Cause No. 21-CV-0811-TSZ

Page 3

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900