THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DECLARATION OF JEFFREY CONWAY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>**Note on Motion Calendar: July 1, 2022**<br><br>**Oral Argument Requested** |

I, Jeffrey Conway, under penalty of perjury under the laws of the United States, state and declare as follows:

1. I am one of the individual Defendants in the above captioned matter and have knowledge of the facts stated herein.

2. Prior to March 7, 2021, I was an Officer and Director of Defendant Phoenix Digital Group LLC. At present, I have no connection with, or interest in, Phoenix Digital Group LLC.

3. I have never accessed any website owned, operated or controlled by Plaintiff Bungie, Inc.

4. I have never played or otherwise participated in any computer game offered or otherwise made available by Bungie Inc., including "Destiny 2."

Conway Declaration
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

5. I have never downloaded, reviewed, read, "accepted," "clicked-on" or otherwise agreed to the "Limited Software License Agreement" that Plaintiff Bungie Inc. asserts in this action.

6. I have never consented to be bound by the terms of the "Limited Software License Agreement" that Plaintiff Bungie Inc. asserts in this action.

7. I do not personally design, develop write or otherwise create software for providing advantages in playing computer games, otherwise referred to by Bungie as "cheat software."

8. I have never personally designed, developed writen or otherwise created software for providing advantages in playing computer games, otherwise referred to by Bungie as "cheat software."

9. I do not own property in the State of Washington, nor do I have any personal or business accounts in the State of Washington. I conduct no business in the State of Washington.

Dated June 9, 2022.

_____
Jeffrey Conway

Conway Declaration
Cause No. 21-CV-0811-TSZ

Page 2

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

5. I have never downloaded, reviewed, read, "accepted," "clicked-on" or otherwise agreed to the "Limited Software License Agreement" that Plaintiff Bungie Inc. asserts in this action.

6. I have never consented to be bound by the terms of the "Limited Software License Agreement" that Plaintiff Bungie Inc. asserts in this action.

7. I do not personally design, develop write or otherwise create software for providing advantages in playing computer games, otherwise referred to by Bungie as "cheat software."

8. I have never personally designed, developed writen or otherwise created software for providing advantages in playing computer games, otherwise referred to by Bungie as "cheat software."

9. I do not own property in the State of Washington, nor do I have any personal or business accounts in the State of Washington. I conduct no business in the State of Washington.

Dated June 9, 2022.

*Jeffrey Conway*

Conway Declaration
Cause No. 21-CV-0811-TSZ

Page 2

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900