THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC., a Delaware corporation,

Plaintiff

v.

AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,

Defendants.

Cause No. 2:21-cv-0811 TSZ

**DECLARATION OF JORDAN GREEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

**Note on Motion Calendar: July 1, 2022**

**Oral Argument Requested**

I, Jordan Green, under penalty of perjury under the laws of the United States, state and declare as follows:

1. I am an Officer and Director of Defendant Phoenix Digital Group LLC as well as one of the individual Defendants in the above captioned matter and have knowledge of the facts stated herein.

2. I have never downloaded, reviewed, read, "accepted," "clicked-on" or otherwise agreed to the "Limited Software License Agreement" that Plaintiff Bungie Inc. asserts in this action.

3. I have never consented to be bound by the terms of the "Limited Software License Agreement" that Plaintiff Bungie Inc. asserts in this action.

Green Declaration
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

4.      I do not personally design, develop write or otherwise create software for providing advantages in playing computer games, otherwise referred to by Bungie as "cheat software."

5.      I have never personally designed, developed written or otherwise created software for providing advantages in playing the "Destiny 2" computer game.

6.      I do not own property in the State of Washington, nor do I have any personal or business accounts in the State of Washington.  I conduct no business in the State of Washington.


Dated June 9, 2022.


_____

         Jordan Green

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

4.    I do not personally design, develop write or otherwise create software for

2     providing advantages in playing computer games, otherwise referred to by

3     Bungie as "cheat software."

4

5.    I have never personally designed, developed written or otherwise created

5     software for providing advantages in playing the "Destiny 2" computer game.

6

6.    I do not own property in the State of Washington, nor do I have any personal

7     or business accounts in the State of Washington.  I conduct no business in the

8     State of Washington.

9

10    Dated June 9, 2022.

11

12                                                                 Jordan Green

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900