THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DECLARATION OF JAMES MAY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>**Note on Motion Calendar: July 1, 2022**<br><br>**Oral Argument Requested** |

I, James May, under penalty of perjury under the laws of the United States, state and declare as follows:

1. I am one of the individual Defendants in the above captioned matter and have knowledge of the facts stated herein.

2. I am neither an officer, director, owner or employee of Phoenix Digital Group LLC.

3. I have no control over Phoenix Digital Group LLC, nor do I have any power to direct or otherwise control the actions of Phoenix Digital Group LLC.

May Declaration
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

4. I do not own property in the State of Washington, nor do I have any personal or business accounts in the State of Washington. I conduct no business in the State of Washington.

Dated June 9, 2022.

_____
James May

May Declaration
Cause No. 21-CV-0811-TSZ

Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

4. I do not own property in the State of Washington, nor do I have any personal or business accounts in the State of Washington. I conduct no business in the State of Washington.

Dated June 9, 2022.



James May