THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DECLARATION OF PHILIP P. MANN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>**Note on Motion Calendar: July 1, 2022**<br><br>**Oral Argument Requested** |

I, Philip P. Mann, under penalty of perjury under the laws of the United States, state and declare as follows:

1. I am counsel for all Defendants in the above captioned matter.

2. Attached as Exhibit A is a true and correct copy of a March 3, 2022 letter I sent to JAMS in connection with the co-pending arbitration, denying all claims asserted therein and preserving Respondents' (i.e., Defendants') rights "to submit a response, affirmative defenses, jurisdictional challenges" and preserving their "rights to submit procedural and substantive motions when necessary.

Dated June 9, 2022.

*/s/ Philip P. Mann*
Philip P. Mann

Mann Declaration
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

# EXHIBIT A

## Case No. 21-CV-0817-TSZ

**(Exhibit A to Declaration of Philip P. Mann)**



March 3, 2022

VIA JAMS ACCESS

Ms. Michele Wilson
Case Manager
JAMS

Re: Bungie, Inc vs. Aimjunkies.com, et al.  Ref #5160000075

Dear Ms. Wilson,

We are counsel to the Respondents in the above-identified matter.  Respondents have received the Demand for Arbitration and deny all claims asserted therein.

In addition, Respondents challenge Claimant's indication that this is a matter to be administered under the JAMS Comprehensive Arbitration Rules and Procedures, and further challenge Claimant's indication that Respondents are obligated to pay the full filing fee.

Pursuant to JAMS Rules 9 and 11 and as otherwise provided, Respondents reserve their right to submit a response, affirmative defenses, jurisdictional challenges and, if appropriate, counterclaims when an arbitrator is assigned to this matter or when otherwise necessary.  Respondents further reserve all rights to submit procedural and substantive motions when necessary.

Very truly yours,

Philip P. Mann
Counsel to Claimants

cc: Claimant's Counsel (via JAMS ACCESS)

PPM/ast