THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-811 TSZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S AMENDED COMPLAINT**<br><br>**Note on Motion Calendar: July 1, 2022**<br><br>**Oral Argument Requested** |

This Court, having received and reviewed Defendants' Motion For Partial Dismissal Of Plaintiff's Amended Complaint:

IT IS HEREBY ORDERED that Defendants' Motion is Granted:

Defendants Conway, Schaefer, Green and May are dismissed from this case entirely without leave to refile.

Dated this __ day of July, 2022.

_____

Hon. Thomas S. Zilly

Presented by:

MANN LAW GROUP PLLC

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1  Attorneys for Defendants

2

3  By:

4  */Philip P. Mann*

5  Philip P. Mann, WSBA # 28860
   Mann Law Group PLLC
6  403 Madison Ave. N. Ste. 240
   Bainbridge Island, WA 98110
7  (206) 436-0900
   phil@mannlawgroup.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ                    Page 2

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900