THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,<br><br>                    Defendants. | No. 2:21-cv-811-TSZ<br><br>DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION |

I, William C. Rava, declare as follows:

1.      I am an attorney licensed to practice law before the courts of the State of Washington.  I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff").  I submit this declaration in support of Plaintiff's Reply In Support of Its Motion for Preliminary Injunction.  I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2.      Attached hereto as Exhibit 1 are true and correct copies of letters sent on November 4 and 9, 2020 from Bungie's counsel to Defendants Jeffrey Conway and David Schaefer.

3.      Attached hereto as Exhibit 2 is a true and correct copy of a letter sent on November 20, 2020 by Mr. Conway to Bungie's counsel.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    4.    Attached hereto as Exhibit 3 is a true and correct copy of a letter sent on December

2  11, 2020 by Bungie's counsel to Mr. Conway.

3    5.    Attached hereto as Exhibit 4 are true and correct screenshots of the website located

4  at  https://torrentfreak.com/bungie-takes-another-shot-a-cheat-seller-aimjunkies-in-court-220523/

5  and the press release linked within that article (located at https://torrentfreak.com/images/BME-

6  to-Acquire-.pdf), captured on June 9, 2022.

7    6.    Attached hereto as Exhibit 5 is a true and correct screenshot of the website located

8  at https://www.sie.com/en/corporate/release/2022/220201.html, captured on June 9, 2022.

9    7.    Attached hereto as Exhibit 6 is a true and correct screenshot of the metadata

10  associated with the .pdf file located at  https://torrentfreak.com/images/BME-to-Acquire-.pdf,

11  captured on June 9, 2022.

12

13    I declare under penalty of perjury under the laws of the United States that the foregoing is

14  true and correct.

15

16    Executed this 10th day of June, 2022.

17                                      /s/William C. Rava
                                        William C. Rava
18

19

20

21

22

23

24

25

26

RAVA DECL. ISO PLAINTIFF'S REPLY
ISO MOT. FOR PRELIM. INJ.
(No. 2:21-cv-811-TSZ) – 2

157159360.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000