UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

                Plaintiff,

   v.

AIMJUNKIES.COM, et al.,

                Defendants.

C21-811 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court finds this case is appropriate for mediation under Local Civil Rule 39.1. The parties are directed to conduct mediation upon completion of discovery as hereinafter provided.

(2) A settlement conference pursuant to Local Civil Rule 39.1(c)(2) must be completed by February 22, 2023. Mediation shall be completed no later than March 24, 2023, and a letter of compliance shall be filed with the Court no later than March 31, 2023.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of June, 2022.

                                        Ravi Subramanian
                                        Clerk

                                        s/Gail Glass
                                        Deputy Clerk

MINUTE ORDER - 1