THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**Note on Motion Calendar: June 17, 2022** |

Responsive to Plaintiff's Opposition (Dkt#46). Defendants state as follows:

1. Contrary to Plaintiff's claim that "Defendants offer no persuasive reason for their failure to either adhere to the Court's deadline or timely seek an extension," Defendants' motion expressly states that Defendants' undersigned counsel had undergone ankle replacement surgery (which took place five days before this Court issued its April 27, 2022 Order (Dkt# 33) partially granting Defendants' Motion to Dismiss and setting further dates). Given that that order set a deadline of May 27, 2022 for Bungie to file an Amended Complaint, with Defendants' response due fourteen days later, Defendants' counsel (who was under the influence of powerful pain killers at the time) mistakenly docketed Defendants' response for June 10, 2022, not realizing Bungie would file its Amended Complaint more than one week earlier.

2. In any event, Defendants have not only timely responded to Bungie's Motion for Preliminary Injunction (Dkt# 39) on June 6, 2022, but, on June 9, 2022 responded to the

Reply in Support of Motion for Extension of Time
Cause No. 21-CV-0811-TSZ                    Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

Amended Complaint with a Motion for Partial Dismissal (Dkt# 40). Accordingly, Defendants' response to the Amended Complaint is already filed, and the "delay" in getting it filed is only one week from the response date triggered by Bungies' filing of its Amended Complaint earlier than expected.

3. Importantly, Bungie has not identified any prejudice that it has or might suffer as a result of the one week delay of Defendants' response to the Amended Complaint. Bungie's Motion for Preliminary Injunction is not delayed at all and is proceeding on schedule, while any prejudice or harm that might result from a one-week delay in a case that has been pending for over one and one-half years is difficult, if not impossible to see. The parties have timely completed their Rule 26(f) conference and submitted their Joint Report (Dkt# 41) on the date specified by the Court. Again, there is absolutely no delay in the progress of this case and any purported "prejudice" to Bungie, other than potentially having to give up the possibility of getting their opponent over a barrel, has not been identified.

4. Finally, if Bungie's opposition to the request for a short extension is to provide grounds for opposing Defendants' Motion for Partial Dismiss on the basis of untimeliness, such action is short sighted. Defendants' motion, if granted, will not dispose of the case in its entirety but, rather, will greatly simplify the case and foster prompt settlement by dismissing four individual defendants who are not properly before the Court and whose continued participation will only cause needless expense and complication. That motion should be decided by the Court with full knowledge and consideration of the facts and law, and should not be disregarded on the basis of a one week delay from an artificial deadline having no bearing on the substantive merits of the case.

For all the foregoing reasons, this Court should grant the requested extension and accept Defendants' Motion for partial dismissal as being timely filed.

Such action by this Court is respectfully requested.

Dated June 17, 2022.

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110

Reply in Support of Motion for Extension of Time
Cause No. 21-CV-0811-TSZ                    Page 2

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

Reply in Support of Motion for Extension of Time
Cause No. 21-CV-0811-TSZ    Page 3

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900