UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

                    Plaintiff,

          v.

AIMJUNKIES.COM, et al.,

                    Defendants.

C21-811 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Defendants' motion, docket no. 38, for extension of time to respond to Plaintiff's amended complaint is GRANTED, and the Court will consider Defendants' second motion to dismiss, filed on June 9, 2022, at docket no. 40.

(2)     Defendants' second motion to dismiss, docket no. 40, is RENOTED to July 15, 2022.  Any response shall be filed by July 11, 2022, and any reply shall be filed no later than the noting date.  *See* LCR 7(d)(3).

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of June, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1