THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-811 TSZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>**Note on Motion Calendar: July 8, 2022** |

This Court, having received and reviewed Defendants' Motion For Protective Order:

IT IS HEREBY ORDERED that Defendants' Motion is Granted:

1. The subpoena dated June 23, 2022 directed to PayPal Inc., is hereby held in abeyance pending further order of the Court;

2. Disclosure by PayPal pursuant to the June 23, 2022 subpoena shall be limited solely to the following:

Dated this ___ day of July, 2022.

_____
Hon. Thomas S. Zilly

Presented by:

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

1  MANN LAW GROUP PLLC

2  Attorneys for Defendants

3

4  By:

   */Philip P. Mann*
5
   Philip P. Mann, WSBA # 28860
6  Mann Law Group PLLC
   403 Madison Ave. N. Ste. 240
7  Bainbridge Island, WA 98110
   (206) 436-0900
8  phil@mannlawgroup.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER  
Cause No. 21-CV-0811-TSZ     Page 2

Mann Law Group pllc  
403 Madison Ave. N. Ste. 240  
Seattle, WA 98110  
Phone: 206.436.0900