THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,<br><br>        Defendants. | No. 2:21-cv-811-TSZ<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND GRANTING PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES |

THIS MATTER came before the Court for hearing on Defendants' AimJunkies.com, Phoenix Digital Group LLC, David Schaefer, Jordan Green, Jeffrey Conway, and James May (collectively, "Defendants") Motion for Protective Order (Dkt. No. 49 (the "Motion")) and Plaintiff Bungie, Inc.'s ("Plaintiff") request for attorneys' fees incurred responding to the Motion. Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, it is hereby ORDERED as follows:

    1.    Defendants' Motion for Protective Order is DENIED.

    2.    Plaintiff's request for attorneys' fees is GRANTED.

    3.    Plaintiff is entitled to $_____ in reasonable attorneys' fees to be paid by Defendants within 30 days of the entry of this order.

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

157430435.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this _____ day of _____, 2022.

_____
Honorable Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ William C. Rava*
William C. Rava, WSBA No. 29948
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:     WRava@perkinscoie.com
           JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 2

157430435.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000