THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY, <br><br> Defendants. | No. 2:21-cv-811-TSZ <br><br> DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER |

I, William C. Rava, declare as follows:

1.  I am an attorney licensed to practice law before the courts of the State of Washington. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion for Protective Order. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the June 23, 2022 email to Defendants notifying Defendants of Bungie's subpoena to PayPal, Inc. with its attachment.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Service of: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Cover Letter Dated June 23rd, 2022.

RAVA DECL. ISO PLAINTIFF'S OPP'N
TO DEFENDANTS' MOT. FOR P.O.
(No. 2:21-cv-811-TSZ) – 1

157417151.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. Attached hereto as Exhibit 3 is a true and correct copy of the June 30, 2022 email from Defendants. Bungie did not receive any further communication from Defendants prior to Defendants' filing of their Motion for Protective Order, which was filed before Bungie responded to Defendants' June 30, 2022 email.

5. Attached hereto as Exhibits 4 & 5 are true and correct copies of emails between the parties' counsel, including among other emails, Bungie's July 1, 2022 email to Defendants regarding the PayPal Subpoena (and reflecting my call earlier that day with Defendants' counsel on this topic) and Defendants' responses on July 5, 2022. On July 5, 2022, Defendants provided a list of four email addresses in the PayPal Subpoena they represented belonged to "family members who are not engaged in the operation or action of Phoenix Digital or Aimjunkies" and "have no information relevant to any of the issues in the case." Bungie agreed to revise the PayPal Subpoena to remove those four accounts.

6. On June 30, 2022, Bungie sent Defendants a draft of a proposed protective order. On July 5, 2022, Defendants responded with an alternative proposed protective order. The parties are currently negotiating a protective order applicable to this matter.

7. Attached hereto as Exhibit 6 is a true and correct copy of a January 3, 2020 PayPal receipt for the purchase of Defendants' Destiny 2 cheat software (which I mentioned on my July 1 call with Defendants' counsel and in my follow up email, which is Exhibit 4).

8. Bungie's counsel collectively spent roughly 15 hours, amounting to over $10,000 in legal fees, reviewing Defendants' Motion for Protective Order, researching the relevant law, and preparing its opposition and supporting documents. If the Court requires additional documentation, Bungie can provide more details on specific timekeepers, hours, and rates.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

RAVA DECL. ISO PLAINTIFF'S OPP'N
TO DEFENDANTS' MOT. FOR P.O.
(No. 2:21-cv-811-TSZ) – 2

157417151.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Executed this 6th day of July, 2022.

*/s/ William C. Rava*
William C. Rava

RAVA DECL. ISO PLAINTIFF'S OPP'N
TO DEFENDANTS' MOT. FOR P.O.
(No. 2:21-cv-811-TSZ) – 3

157417151.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000