THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP, LLC; DAVID SCHAEFER; JORDAN GREEN, JEFFREY CONWAY; AND JAMES MAY, <br><br> Defendants. | No. 2:21-cv-811-TSZ <br><br> **PLAINTIFF BUNGIE, INC.'S NOTICE OF INTENT TO FILE SURREPLY PURSUANT TO LOCAL RULES W.D. WASH. LCR 7(g)** |

Please take notice that Plaintiff Bungie, Inc. intends to file a surreply pursuant to Local Rules W.D. Wash. LCR 7(g) "to strike material contained in" Defendants' AimJunkies.com, Phoenix Digital Group, LLC, David Schaefer, Jordan Green, Jeffrey Conway, and James May Reply in Support of Defendants' Motion for Partial Dismissal of Plaintiff's First Amended Complaint (Dkt. No. 56).

PLAINTIFF'S NOTICE OF
INTENT TO FILE SURREPLY
(No. 2:21-cv-811-TSZ) –1

157552538.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  Dated: July 15, 2022

By: /s/ William C. Rava

William C. Rava, Bar No. 29948
Jacob P. Dini, Bar No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
WRava@perkinscoie.com
JDini@perkinscoie.com

PLAINTIFF'S NOTICE OF
INTENT TO FILE SURREPLY
(No. 2:21-cv-811-TSZ) –2
157552538.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000