THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>     v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, a Delaware limited liability company; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; JEFFREY CONWAY, an individual; and JAMES MAY, an individual,<br><br>                Defendants. | No. 2:21-cv-811-TSZ<br><br>NOTICE OF APPEARANCE |

**TO:** All Parties and Their Counsel of Record

PLEASE TAKE NOTICE of the appearance in this litigation of Christian W. Marcelo of Perkins Coie LLP on behalf of Plaintiff Bungie, Inc. Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel in addition to all counsel who previously have appeared of record on behalf of plaintiff Bungie, Inc.

NOTICE OF APPEARANCE
(NO. 2:21-CV-811-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

157938989.1

| | | |
|---|---|---|
| | DATED this 23 day of August, 2022. | By: *s/ Christian W. Marcelo*<br>Christian W. Marcelo, WSBA No. 51193<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Telephone:  206.359.8000<br>Facsimile:  206.359.9000<br>Email:  CMarcelo@perkinscoie.com<br><br>William C. Rava, WSBA No. 29948<br>Jacob P. Dini, WSBA No. 54115<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Telephone:  206.359.8000<br>Facsimile:  206.359.9000<br>Email:  CMarcelo@perkinscoie.com<br>WRava@perkinscoie.com<br>JDini@perkinscoie.com<br><br>*Attorneys for Plaintiff Bungie, Inc.* |

NOTICE OF APPEARANCE
(NO. 2:21-CV-811-TSZ) – 2

157938989.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on August 23, 2022, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record:

> Philip P. Mann
> Mann Law Group PLLC
> 403 Madison Ave. N. Ste. 240
> Bainbridge Island, WA 98110
> phil@mannlawgroup.com
> *Attorney for Defendants*

DATED this 23 day of August, 2022.

By: *s/ Christian W. Marcelo*
Christian W. Marcelo, WSBA No. 51193
Attorney for Plaintiff Bungie, Inc.
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: CMarcelo@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 2:21-CV-811-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

157938989.1