# COUNTERCLAIM EXHIBIT B

# Case No. 2:21-cv-0811 TSZ

| Column1 | Column2 |
| --- | --- |
| AccountId | Description |
| 4611686018489747288 | Reverse Engineering Tool Attached |
| 4611686018492287262 | Reverse Engineering Tool Attached |
| 4611686018492533333 | Reverse Engineering Tool Attached |
| 4611686018492633712 | Played on soft banned device |
| 4611686018492641557 | Played on soft banned device |
| 4611686018492641557 | Reverse Engineering Tool Attached |
| 4611686018492887002 | Played on soft banned device |
| 4611686018492887002 | Reverse Engineering Tool Attached |
| 4611686018492957059 | Played on soft banned device |
| 4611686018493059627 | Reverse Engineering Tool Attached |
| 4611686018493077722 | Played on soft banned device |
| 4611686018493084226 | Played on soft banned device |
| 4611686018493089147 | Played on soft banned device |
| 4611686018493089147 | Reverse Engineering Tool Attached |
| 4611686018493137319 | Played on soft banned device |
| 4611686018493137319 | Reverse Engineering Tool Attached |
| 4611686018493168821 | Reverse Engineering Tool Attached |
| 4611686018493223399 | Played on soft banned device |
| 4611686018493659725 | Played on soft banned device |
| 4611686018493717398 | Played on soft banned device |
| 4611686018493729046 | Played on soft banned device |
| 4611686018496674221 | Played on soft banned device |
| 4611686018496674221 | Reverse Engineering Tool Attached |
| 4611686018496692792 | Played on soft banned device |
| 4611686018496756613 | Played on soft banned device |
| 4611686018496759033 | Played on soft banned device |
| 4611686018496766601 | Played on soft banned device |
| 4611686018496769019 | Played on soft banned device |
| 4611686018496775818 | Played on soft banned device |
| 4611686018496775818 | Reverse Engineering Tool Attached |
| 4611686018496777696 | Reverse Engineering Tool Attached |
| 4611686018496777696 | Played on soft banned device |
| 4611686018496811247 | Played on soft banned device |
| 4611686018496816978 | Played on soft banned device |
| 4611686018496862882 | Played on soft banned device |
| 4611686018496946496 | Played on soft banned device |
| 4611686018496950450 | Played on soft banned device |
| 4611686018496957418 | Played on soft banned device |
| 4611686018496960184 | Played on soft banned device |
| 4611686018496994114 | Played on soft banned device |
| 4611686018496997497 | Played on soft banned device |
| 4611686018497000009 | Played on soft banned device |
| 4611686018497003700 | Played on soft banned device |

| | |
|---|---|
| 4611686018497007001 | GameCheats.AimJunkies binary found |
| 4611686018497030021 | Played on soft banned device |
| 4611686018497039107 | Played on soft banned device |
| 4611686018497067752 | Played on soft banned device |
| 4611686018497071115 | Played on soft banned device |
| 4611686018497074765 | Played on soft banned device |
| 4611686018497078336 | Played on soft banned device |
| 4611686018498080495 | GameCheats.AimJunkies binary found |
| 4611686018498083507 | Ban Evasion |
| 4611686018498187281 | Ban Evasion |
| 4611686018498189735 | Ban Evasion |
| 4611686018498190646 | Ban Evasion |
| 4611686018498223179 | Ban Evasion |
| 4611686018498245097 | Ban Evasion |
| 4611686018498285340 | Ban Evasion |
| 4611686018500552040 | GameCheats.AimJunkies binary found |
| 4611686018500552040 | Reverse Engineering Tool Attached |
| 4611686018500556439 | GameCheats.AimJunkies binary found |
| 4611686018506275939 | AimJunkies binary found |
| 4611686018506305298 | AimJunkies binary found |
| 4611686018506332946 | AimJunkies binary found |
| 4611686018506342576 | AimJunkies binary found |
| 4611686018506487694 | Played on soft banned device |
| 4611686018509182098 | AimJunkies binary found |
| 4611686018509182098 | Reverse Engineering Tool Attached |
| 4611686018509183407 | Played on soft banned device |
| 4611686018509183407 | AimJunkies binary found |
| 4611686018509184525 | Played on soft banned device |
| 4611686018509184525 | AimJunkies binary found |
| 4611686018509204329 | Reverse Engineering Tool Attached |
| 4611686018509204329 | Cheat Engine Attached |
| 4611686018509204329 | Played on soft banned device |
| 4611686018509204329 | AimJunkies binary found |
| 4611686018509206618 | AimJunkies binary found |
| 4611686018509209406 | Played on soft banned device |
| 4611686018509209406 | AimJunkies binary found |
| 4611686018509220524 | Played on soft banned device |
| 4611686018509220524 | AimJunkies binary found |
| 4611686018512407923 | AimJunkies binary found |
| 4611686018512407923 | AimJunkies binary found |
| 4611686018512409000 | AimJunkies binary found |
| 4611686018512409000 | AimJunkies binary found |
| 4611686018512411450 | AimJunkies binary found |
| 4611686018512412684 | AimJunkies binary found |
| 4611686018512430464 | AimJunkies binary found |

| | |
|---|---|
| 4611686018512658043 | AimJunkies binary found |
| 4611686018512659109 | AimJunkies binary found |
| 4611686018512680599 | AimJunkies binary found |
| 4611686018512680599 | AimJunkies binary found |
| 4611686018512681840 | AimJunkies binary found |
| 4611686018512736520 | AimJunkies binary found |
| 4611686018512749374 | AimJunkies binary found |
| 4611686018512750184 | AimJunkies binary found |
| 4611686018512850281 | AimJunkies binary found |
| 4611686018512851748 | AimJunkies binary found |
| 4611686018512853457 | AimJunkies binary found |
| 4611686018512854352 | repeated ban evasion |
| 4611686018514677605 | Played on soft banned device |
| 4611686018515012622 | Played on soft banned device |

83 Total Accounts (Some Duplicates)

Column3

Evidence

c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3)
c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3)
c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3)
Swifty's Reverse Engineering Machine (rule 19)
c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3)
Swifty's Reverse Engineering Machine (rule 19)
c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3)
Swifty's Reverse Engineering Machine (rule 19)
c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3)
c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
g:\work files\reclass\x64\renamedreclass.exe (360B1FE16603C1106CD8DEF992846B1B)
g:\work files\reclass\x64\renamedreclass.exe (360B1FE16603C1106CD8DEF992846B1B)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)

\??\c:\anobx14.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
Swifty's Reverse Engineering Machine (rule 19)
\??\c:\9w3x5pps7bsvyi.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
Sw1fty dev
Alt of 4611686018498083507
Sw1fty Dev Box
sw1fty dev box
Sw1fty dev box
Sw1fty dev box
Sw1fty dev box
\??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206)
g:\work files\reclass\x64\renamedreclass.exe (360B1FE16603C1106CD8DEF992846B1B)
\??\c:\ydhtxrue.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
\??\c:\21pvaokvimh4e9.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
\??\c:\jmryvv9hcu.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
\??\c:\ph1jonb5hyg8.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
\??\c:\o44n8.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
Repeated Ban Evasion Sw1fty box (rule 388)
\??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206)
g:\work files\reclass\x64\reclass.net.exe (360B1FE16603C1106CD8DEF992846B1B)
Repeated Ban Evasion Sw1fty box (rule 388)
\??\c:\m4az3h6x42w7.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
Repeated Ban Evasion Sw1fty box (rule 388)
\??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206)
c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3)
c:\program files\cheat engine 6.8.3\cheatengine-x86_64.exe (07DD6163D84ED70969EA55A2CECD7
Repeated Ban Evasion Sw1fty box (rule 388)
\??\c:\y2qiexp1.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
\??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206)
Repeated Ban Evasion Sw1fty box (rule 388)
\??\c:\0658wqvm144y38.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
Repeated Ban Evasion Sw1fty box (rule 388)
\??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206)
\??\c:\s513d1q822.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
\??\c:\s513d1q822.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
\??\c:\5d6tiw05.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
\??\c:\5d6tiw05.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
\??\c:\nfenyu2umjoq.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
\??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206)
\??\c:\sbohr4.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)

\??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206)
\??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206)
\??\c:\jhpqfd52h8r4.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
\??\c:\jhpqfd52h8r4.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
\??\c:\3cm1qeirrpwo.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
\??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206)
\??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206)
\??\c:\nsd0lol1k.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
\??\c:\wdia5a3d.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
\??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206)
\??\c:\2wqkirh8x5ow4ai.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04)
swifty box - many aimjunkies account bans_x000D_

Repeated Ban Evasion (rule 417)
Repeated Ban Evasion (rule 417)

| Column4 | Column5 |
| --- | --- |
| DateInfractionDetected | DateInfractionOccurred |
| 2019-10-02 23:44:11.937 | 2019-10-02 23:37:10.013 |
| 2019-10-16 12:22:11.800 | 2019-10-14 20:21:02.553 |
| 2019-10-16 21:42:29.103 | 2019-10-16 16:32:09.140 |
| 2019-10-17 19:48:17.493 | 2019-10-17 19:48:17.427 |
| 2019-10-17 21:48:19.567 | 2019-10-17 21:48:19.520 |
| 2019-10-17 21:49:28.757 | 2019-10-17 21:30:56.767 |
| 2019-10-20 02:56:35.483 | 2019-10-20 02:56:35.423 |
| 2019-10-20 03:00:07.350 | 2019-10-20 02:41:13.607 |
| 2019-10-20 16:09:29.003 | 2019-10-20 16:09:28.943 |
| 2019-10-21 19:04:54.133 | 2019-10-21 17:52:34.837 |
| 2019-10-21 22:22:19.980 | 2019-10-21 22:22:19.923 |
| 2019-10-21 23:39:58.117 | 2019-10-21 23:39:58.070 |
| 2019-10-22 00:59:36.877 | 2019-10-22 00:59:36.667 |
| 2019-10-22 01:00:44.603 | 2019-10-22 00:57:00.783 |
| 2019-10-22 20:44:47.643 | 2019-10-22 20:44:47.570 |
| 2019-10-22 21:04:42.607 | 2019-10-22 21:03:37.427 |
| 2019-10-23 02:02:06.590 | 2019-10-23 01:22:40.183 |
| 2019-10-28 18:14:34.183 | 2019-10-28 18:14:33.950 |
| 2019-10-28 21:54:35.040 | 2019-10-28 21:54:34.970 |
| 2019-10-29 20:55:25.653 | 2019-10-29 20:55:25.580 |
| 2019-10-30 17:15:44.713 | 2019-10-30 17:15:44.583 |
| 2019-12-10 22:15:23.623 | 2019-12-10 22:14:52.953 |
| 2019-12-10 22:16:09.613 | 2019-12-10 21:57:13.673 |
| 2019-12-11 04:15:15.267 | 2019-12-11 03:57:25.127 |
| 2019-12-12 17:03:11.263 | 2019-12-12 17:02:35.917 |
| 2019-12-12 18:22:46.190 | 2019-12-12 18:15:37.820 |
| 2019-12-12 21:42:51.693 | 2019-12-12 21:32:50.903 |
| 2019-12-12 22:42:50.537 | 2019-12-12 22:41:15.953 |
| 2019-12-13 01:42:49.917 | 2019-12-13 01:26:17.977 |
| 2019-12-13 01:43:49.417 | 2019-12-13 01:33:57.580 |
| 2019-12-13 17:43:28.150 | 2019-12-13 17:40:11.400 |
| 2019-12-13 19:02:47.807 | 2019-12-13 19:00:15.267 |
| 2019-12-13 20:02:55.677 | 2019-12-13 19:54:31.650 |
| 2019-12-13 22:02:48.560 | 2019-12-13 21:58:37.170 |
| 2019-12-15 19:03:13.757 | 2019-12-15 18:49:25.353 |
| 2019-12-15 20:43:09.617 | 2019-12-15 20:23:13.113 |
| 2019-12-15 23:22:57.583 | 2019-12-15 23:18:24.607 |
| 2019-12-16 00:42:59.443 | 2019-12-16 00:40:28.607 |
| 2019-12-16 19:42:58.557 | 2019-12-16 19:41:45.220 |
| 2019-12-16 21:03:04.000 | 2019-12-16 21:00:12.850 |
| 2019-12-16 22:43:00.293 | 2019-12-16 22:38:17.347 |
| 2019-12-16 23:42:54.323 | 2019-12-16 23:37:02.397 |
| 2019-12-17 01:02:54.590 | 2019-12-17 00:59:35.603 |

| | |
|---|---|
| 2020-01-03 23:24:01.700 | 2019-12-17 02:37:28.413 |
| 2019-12-17 18:22:52.537 | 2019-12-17 18:17:29.427 |
| 2019-12-17 22:23:15.980 | 2019-12-17 22:06:44.493 |
| 2019-12-18 17:02:59.437 | 2019-12-18 16:57:51.760 |
| 2019-12-18 18:23:16.457 | 2019-12-18 18:06:01.643 |
| 2019-12-18 21:03:20.287 | 2019-12-18 20:46:09.050 |
| 2019-12-19 15:23:17.483 | 2019-12-19 15:08:53.197 |
| 2020-01-04 18:24:19.933 | 2020-01-04 18:12:54.867 |
| 2020-01-06 00:00:00.000 | 2020-01-06 00:00:00.000 |
| 2020-01-06 00:00:00.000 | 2020-01-06 00:00:00.000 |
| 2020-01-06 00:00:00.000 | 2020-01-06 00:00:00.000 |
| 2020-01-06 00:00:00.000 | 2020-01-06 00:00:00.000 |
| 2020-01-07 00:00:00.000 | 2020-01-07 00:00:00.000 |
| 2020-01-08 00:00:00.000 | 2020-01-08 00:00:00.000 |
| 2020-01-09 00:00:00.000 | 2020-01-09 00:00:00.000 |
| 2020-03-10 18:41:46.317 | 2020-03-10 18:26:32.940 |
| 2020-03-10 18:45:03.527 | 2020-03-10 18:30:46.920 |
| 2020-03-10 22:40:44.983 | 2020-03-10 22:24:23.337 |
| 2020-08-05 17:26:59.550 | 2020-08-05 17:11:42.770 |
| 2020-08-06 16:27:08.193 | 2020-08-06 16:13:14.213 |
| 2020-08-06 22:26:54.307 | 2020-08-06 22:02:08.137 |
| 2020-08-07 01:06:56.573 | 2020-08-07 00:36:27.013 |
| 2020-08-11 17:08:24.460 | 2020-08-11 17:04:34.737 |
| 2020-11-11 04:47:27.237 | 2020-11-11 04:30:28.810 |
| 2020-11-11 04:47:56.237 | 2020-11-11 04:29:53.170 |
| 2020-11-11 05:26:11.203 | 2020-11-11 05:23:24.387 |
| 2020-11-11 05:27:16.013 | 2020-11-11 05:08:46.957 |
| 2020-11-11 06:07:37.930 | 2020-11-11 05:54:34.160 |
| 2020-11-11 06:09:16.953 | 2020-11-11 05:50:23.333 |
| 2020-11-11 16:27:50.740 | 2020-11-11 16:17:23.097 |
| 2020-11-11 16:44:55.317 | 2020-11-11 16:36:18.977 |
| 2020-11-11 16:46:45.350 | 2020-11-11 16:36:54.270 |
| 2020-11-11 16:48:58.940 | 2020-11-11 16:21:34.840 |
| 2020-11-11 17:47:51.770 | 2020-11-11 17:29:22.493 |
| 2020-11-11 21:28:35.333 | 2020-11-11 21:15:18.827 |
| 2020-11-11 22:08:59.803 | 2020-11-11 21:50:20.157 |
| 2020-11-11 22:46:21.237 | 2020-11-11 22:28:21.583 |
| 2020-11-11 23:09:03.870 | 2020-11-11 22:29:30.173 |
| 2021-02-09 20:08:29.820 | 2021-02-09 19:49:29.727 |
| 2021-02-09 20:28:44.247 | 2021-02-09 20:06:51.103 |
| 2021-02-09 21:09:15.733 | 2021-02-09 20:48:53.973 |
| 2021-02-09 21:27:54.673 | 2021-02-09 20:48:08.213 |
| 2021-02-10 00:27:29.200 | 2021-02-09 23:57:54.680 |
| 2021-02-10 01:47:15.503 | 2021-02-10 00:33:59.667 |
| 2021-02-10 18:47:26.030 | 2021-02-10 18:31:55.210 |

| | |
|---|---|
| 2021-02-17 23:56:39.540 | 2021-02-17 23:15:38.397 |
| 2021-02-18 00:36:38.857 | 2021-02-18 00:07:49.410 |
| 2021-02-18 19:37:37.123 | 2021-02-18 19:21:16.733 |
| 2021-02-18 20:09:23.680 | 2021-02-18 19:15:50.467 |
| 2021-02-18 20:57:07.517 | 2021-02-18 20:42:33.230 |
| 2021-02-21 00:03:21.547 | 2021-02-20 23:46:15.003 |
| 2021-02-21 00:45:20.917 | 2021-02-21 00:20:22.897 |
| 2021-02-21 17:03:33.590 | 2021-02-21 16:47:46.057 |
| 2021-02-24 20:02:58.550 | 2021-02-24 19:40:42.320 |
| 2021-02-24 21:43:00.987 | 2021-02-24 20:53:35.793 |
| 2021-02-24 22:42:52.763 | 2021-02-24 22:15:49.073 |
| 2021-02-24 00:00:00.000 | 2021-02-24 00:00:00.000 |
| 2021-05-12 23:27:17.010 | 2021-05-12 23:24:40.830 |
| 2021-05-25 23:14:37.500 | 2021-05-25 23:09:15.807 |

| Column6 | Column7 |
| --- | --- |
| EvidenceHash | IPAddress |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |

| | |
|---|---|
| GameCheats.AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| NULL | 174.97.110.18 |
| GameCheats.AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 174.97.110.18 |
| NULL | NULL |
| NULL | NULL |
| NULL | NULL |
| NULL | NULL |
| NULL | NULL |
| NULL | NULL |
| NULL | NULL |
| GameCheats.AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| NULL | 174.97.110.18 |
| GameCheats.AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 67.219.146.74 |
| AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 67.219.146.76 |
| AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 67.219.146.74 |
| AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 174.97.110.18 |
| NULL | 67.219.146.73 |
| AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 67.219.146.77 |
| NULL | 67.219.146.77 |
| NULL | 174.97.110.18 |
| AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 174.97.110.18 |
| NULL | 174.97.110.18 |
| AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| NULL | 174.97.110.18 |
| MD5 or Certificate match Cheat Engine | 174.97.110.18 |
| NULL | 174.97.110.18 |
| AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 174.97.110.18 |
| AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| NULL | 67.219.146.72 |
| AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 67.219.146.72 |
| NULL | 67.219.146.74 |
| AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 67.219.146.74 |
| AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 68.235.33.133 |
| AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 68.235.33.133 |
| AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 68.235.38.237 |
| AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 68.235.38.237 |
| AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 68.235.38.251 |
| AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 68.235.38.242 |
| AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 68.235.33.171 |

| | |
|---|---|
| AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 38.101.74.24 |
| AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 38.101.74.27 |
| AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 38.101.74.27 |
| AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 38.101.74.27 |
| AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 174.97.110.18 |
| AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 174.97.110.18 |
| AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 174.97.110.18 |
| NULL | NULL |
| NULL | 38.101.74.28 |
| NULL | 38.101.74.29 |