THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,<br><br>    Defendants. | No. 2:21-cv-811-TSZ<br><br>DECLARATION OF JACOB DINI IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS PHOENIX DIGITAL GROUP, LLC'S AND JAMES MAY'S COUNTERCLAIMS WITH PREJUDICE |

I, Jacob Dini, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am an attorney at Perkins Coie LLP, and counsel in this action for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Plaintiff's Motion to Dismiss Phoenix Digital Group, LLC's and James May's Counterclaims with Prejudice. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email I sent to counsel for Defendants on September 8, 2022 and counsel for Defendants' response.

DINI DECL. ISO PLAINTIFF'S MOTION TO DISMISS
(No. 2:21-cv-811-TSZ) – 1

158510672.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. On September 30, 2022, I had a conference with counsel for Defendants. Attached hereto as **Exhibit 2** is a true and correct copy of an email exchange summarizing that conference. Defendants' counsel has not responded.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a screenshot taken from 2:05 minute mark of the video located at https://www.youtube.com/watch?v=2aQeBeXuj5s, captured on October 5, 2022. The email referenced in this video has not been produced by Defendants in discovery.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of October, 2022.

/s/Jacob Dini
Jacob Dini

DINI DECL. ISO PLAINTIFF'S MOTION
TO DISMISS
(No. 2:21-cv-811-TSZ) – 2

158510672.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000