# EXHIBIT 1

| | |
|---|---|
| **From:** | Phil Mann |
| **To:** | Dini, Jacob (SEA) |
| **Cc:** | Marcelo, Christian W. (SEA); Rava, William C. (SEA) |
| **Subject:** | Re: Bungie v. AimJunkies -- Defendants" Answer |
| **Date:** | Thursday, September 8, 2022 1:15:17 PM |

We will file our answer no later than September 16, 2022.

Regards,

Phil


On 9/8/22 1:05 PM, Dini, Jacob (SEA) wrote:

> Phil,
>
> Defendants' deadline to file an answer to the Amended Complaint was September 1, 2022.  We have not seen an answer filed on the docket.  Please confirm whether and when Defendants will be filing their answer.
>
> Best,
>
> **Jacob Dini | Perkins Coie LLP**
> ASSOCIATE
> 1201 Third Avenue Suite 4900
> Seattle, WA 98101-3099
> D. +1.206.359.3832
> F. +1.206.359.4832
> E. JDini@perkinscoie.com
>
> ---
>
> NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.