# EXHIBIT 3

Richard:

I found your pod really entertaining. Even a top flight law firm such as yours provided such an unbiased report as to the status of the lawsuit. NOT! At least Torrentfreak is unbiased. But hey we got run from you!

Yes you are right, on the surface if you look at their pleading it looks like a slam dunk and we should just fold and give them $13M and kiss the ring and bow as we step back. Right?

Wrong.....

Re read the filing and note the words by Perkins they use "On information and belief" When you see that it is code for "its not true but were going to throw this out there and see if it sticks with the judge".
That's why I'm embracing "On information and belief" They can get away with what they say in a filing that they cant say in public because its slanderous. Explain that to your fans...

1. This is Perkins Coie, they are a top 5 law firm in the country and they cant get an initial pleading right? Explain that away in your pod.... You glossed that over.

2. Yes you are correct it is a short but sweet filing. But even thou on the surface it looks like its that slam dunk did you every consider they might have 90% of the facts wrong in the case? And yes on the surface it seems the other 10% could be legal issues to be explored. Dig deeper.....

3. Contrary to the Court filing you quoted. If you read my sworn statement to the court I NEVER in my life ever produced a cheat. Phoenix Digital has NEVER in their existence produced a cheat. I never in my life ever advertised in our forums looking for engineers they are simply all incorrect assertions by Perkins?Bungie in the refile. I was not even a registered user on the site to post there. And to be honest there are COUNTLESS irregularities in the filing that not being on the inside you would not know. So explain how they got that all wrong in their filing? This is


