THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; AND JAMES MAY,<br><br>　　　　　Defendants. | No. 2:21-cv-811-TSZ<br><br>DECLARATION OF EDWARD KAISER IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS PHOENIX DIGITAL GROUP, LLC'S AND JAMES MAY'S COUNTERCLAIMS WITH PREJUDICE |

I, Edward Kaiser, declare as follows:

1. I am an Engineering Lead for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. The document attached as Exhibit B to Defendants' Counterclaims, Bates numbered Bungie_WDWA_0000409, is a copy of an excel spreadsheet that shows a ban history of accounts linked to Defendant James May. This history shows metadata (including file paths) of processes that May connected to the *Destiny 2* process, such as tools for reverse engineering. These metadata were obtained because the tools attempted to inject code into or modify the *Destiny 2* process while it was running.

KAISER DECL. ISO PLAINTIFF'S MOT.
TO DISMISS
(No. 2:21-cv-811-TSZ) – 1

158491776.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. Attached hereto as **Exhibit 1** is a true and correct copy of Bungie's January 1, 2020 Privacy Policy that was in effect until April 16, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of October, 2022.

*/s/ Edward Kaiser*
Edward Kaiser

KAISER DECL. ISO PLAINTIFF'S MOT. TO DISMISS
(No. 2:21-cv-811-TSZ) –2

158491776.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000