THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC., a Delaware corporation,

Plaintiff

v.

AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,

Defendants.

Cause No. 2:21-cv-0811 TSZ

**DECLARATION OF JAMES MAY IN OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS**

**Note on Motion Calendar: October 28, 2022**

**Oral Argument Requested**

I, James May, under penalty of perjury under the laws of the United States, state and declare as follows:

1. I am one of the individual Defendants in the above captioned matter, one of the Counter-Claimants in the above captioned matter, and have knowledge of the facts stated herein.

2. I have technical training in both the operation of computers and the structure and operation of computer software and am familiar with the technical issues in this matter.

May Declaration
Cause No. 21-CV-0811-TSZ
Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

3. At all relevant times, I have owned and operated a personal computer at my residence that I use for a variety of both business and private matters. On this personal computer, I maintain a number of files and other data that are personal, confidential and that I do not share with others. I am the author of these personal and confidential files and claim copyrights in them.

4. To protect against unauthorized access to my personal and confidential files and data, I use various passwords known only to me. In addition, I use a firewall to protect against unauthorized access to my personal and confidential computer files and data that is intended to and does function to deter attempts by third parties to access my computer via the Internet.

5. I have reviewed "Exhibit B" (Dkt#63-2) to my counter-claim which I understand is a document provided by Bungie during discovery in this matter and that bears Bungie's document production control number, "BUNGIE_WDWA-0000409XLXS." The data in "Column3" of this Bungie document lists several computer file paths that I recognize as being files on my own computer and that contain my personal and confidential records and and data.

6. In particular, Exhibit B (i.e., "BUNGIE_WDWA_0000409.XLSX") shows that on December 17, 2019, file "g:\work files\reclass\x64\plugins\reclasskernel64.sys" was identified by Bungie as an AimJunkies related binary. The file described by Bungie is a file that exists on an external hard drive attached to my personal computer.

7. The file "reclasskernel64.sys" is described in the document (BUNGIE_WDWA_0000367) dated 2018 and shows a file path (C:\Users\james\Desktop\ReClass.NET-KerneIPlugin-master\bin\ReClassKernel64.pdb) which is another file on my personal computer and this file is associated with the creation of, but is not necessary in the regular use of (reclasskernel64.sys).

May Declaration
Cause No. 21-CV-0811-TSZ
Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

    A .pdb file describes the specifics of a program's structure which are useful for analysis and debugging but unnecessary for the program to be run by the computer.

8. Another document produced by Bungie in this matter, namely "BUNGIE_WDWA_0000367", a true and correct copy of which is attached hereto as Exhibit A, also shows that the file (reclasskernel64.sys) was signed by Phoenix Digital Group LLC. The digital signature for a signed file is stored within the file that is signed.  This demonstrates that Bungie was accessing files related to Phoenix Digital Group LLC resident on my computer.

9. I observed and heard, the deposition taken by my counsel on October 4 and 5, 2022 of Bungie's Engineering Lead, Dr. Edward Kaiser, who has previously filed a Declaration on Bungie's behalf in this matter (Dkt#36).

10. During the course of the deposition, Dr. Kaiser testified that Bungie obtained additional information from my computer and described the nature of files known to VirusTotal by using VirusTotal's search feature to crosscheck files using hashes obtained from metadata available within the Destiny 2 process. The file (reclasskernel64.sys) Bungie claims to have crosschecked with VirusTotal was first uploaded to VirusTotal on March 8, 2022.  However, as March 8, 2022 is significantly after December 17, 2019 when Bungie first accessed my personal computer, no "crosscheck" with VirusTotal could have been made at that time.

11. Bungie could have only obtained this string for the pdb file path by obtaining access to, opening and copying the contents of the file ("reclasskernel64.sys") themselves. When a .pdb file is generated, the original path to it is stored within the resulting binary (.sys) file.  Bungie claims they can access file hashes and file paths from a process that attaches to their process. However, the file on my computer at the location "C:\Users\james\Desktop\

May Declaration
Cause No. 21-CV-0811-TSZ
Page 3
Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

ReClass.NET-KerneIPlugin-master\bin\ReClassKernel64.pdb", which appears in Exhibit B to my counterclaim, never attaches to the Destiny 2 process at any time, and cannot possibly be started as a Windows process.  This is because as a .pdb file, it is not executable.  Accordingly, Bungie could not have obtained this information without directly opening and accessing the contents of the file "reclasskernel64.sys" which is a private file resident on my personal computer.

12. In addition, the specifics of the digital signature for file "reclasskernel64.sys" could only have been available to Bungie if Bungie had accessed the contents of the file directly on my computer, or if Bungie had employed methods to query information about other programs running on the system not directly available from within the Destiny 2 process.  I was not aware of this possibility of information gathering when I agreed to the terms of the LSLA, nor, to my knowledge, had Bungie ever provided me with fair warning or notice that it would be doing this.

13. I am familiar with Bungie's Terms of Service ("LSLA") as well as the "(privacy policy)" referenced therein.  After reading these documents, I reasonably understood that the data to be collected by Bungie would my ip address, hardware information, username, playtime, rank, score, experience per match, how long I played, dates and times played, platform used (namely, "PC,Playstation,XBOX").  Never did i think I would have to worry about Bungie digging into my personal, work related, and proprietary files and reading file information not readily available to anyone else other than myself.  Nor did Bungie ever notify me or otherwise give me fair notice that it would do such things.

14. In addition to the foregoing, and as shown by Bungie's document "BUNGIE_WDWA_0000409.XLSX," Bungie also accessed information from my private work folder on my external drive.  This is evident from reference in

May Declaration
Cause No. 21-CV-0811-TSZ

Page 4

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

that document to the file path "g:\work files\", which directs my external drive and which contains proprietary technology and trade secrets known only to me.

15. Another instance of Bungie collecting data without my authorization occurs in the same document, "BUNGIE_WDWA_0000409.XLSX" with the file path "c:\users\james\desktop\reclass\blah64.exe." This filepath is the location of a file on my personal computer representing the default desktop in the Windows operating system for my user "james" which contains personal and proprietary files. The randomly named .sys files, such as "c:\anobx14.sys" in document "BUNGIE_WDWA_0000409.XLSX produced by Bungie, are in the root directory of drive C:\ on my computer and share the same file hash (6E73A01E5DFC8D8DEA4D8A99E9273A04).  These files in no way attach to or manipulate the Destiny 2 process and have nothing to do with Destiny 2 in any shape or form.  Again, Bungie provided no notice that it would be accessing such personal files on my personal computer, and again, such files are none of Bungie's concern as they have absolutely nothing to do with the Destiny 2 game that is the subject of this action.

16. As a result of this breach of security by Bungie, I have been forced to purchase a new computer to ensure any traces of the invasive malware that was used without my consent has been completely removed.  I have spent in excess of $2702 purchasing new computers and drives, and I have spent in excess of 40 hours reviewing files for indication of compromise, cleaning such files when detected,  and getting the new computer set up and ready for work.  As the fair value of my time is approximately $75 per hour, my direct monetary damage as a result of Bungie's improper accessing of my computer and files contained thereon exceeds $5000.  I incurred these expenses between May 28, 2022 and June 15, 2022.  This does not include the additional time and expense incurred in defending myself against Bungie's false accusation that I created, developed

May Declaration
Cause No. 21-CV-0811-TSZ

Page 5

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

or otherwise assisted in producing the "cheat software" at issue in this matter, which I did not.

Dated October 24, 2022.

_____
James May

May Declaration
Cause No. 21-CV-0811-TSZ

Page 6

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

in defending myself against Bungie's false accusation that I created, developed or otherwise assisted in producing the "cheat software" at issue in this matter, which I did not.

Dated October 24, 2022.

James May

# EXHIBIT A

## Case No. 21-CV-0817-TSZ

(Exhibit A to Declaration of James May)

# Swifty (AimJunkies)
Friday, September 21, 2018    8:23 AM

## Identification

| | |
|---|---|
| Real Name | James May |
| Aliases | Swifty, Sw1fty<br>jjmay899<br>Sycore, sy¢σrε |
| Username | james |
| Computer | DESKTOP-14RNIQL |
| Location | Dayton, Ohio |
| Address | (tied via email via https://www.usphonebook.com/james-may/UUzMzYTO4czN1gjN3gjMzETN3MzR)<br><br>2217 Polo Park Dr<br>Dayton, OH<br>45439-3268 |
| DOB | |
| Emails | james.q3abc@gmail.com (verified) |

## Tags
- 

## Activities
- Reverse Engineering
- Cheat Engine
- IDA
- Cheat Development

## Media Profiles
- https://myspace.com/swiftlovesnappy

## Profile Images

| site | |
|---|---|
| [img] | |

## Recent IPs
- 67.219.146.74
- 67.219.146.72
- 174.97.110.18
- 67.219.146.77

## Active Accounts

| Account ID | Tag | Ban Reason | Email | Notes |
|---|---|---|---|---|
| | | | | |

## Banned Accounts

| Account ID | Tag | Ban Reason | Email | Notes |
|---|---|---|---|---|
| 4611686018498316514 | Sw1fty | | james.q3abc@gmail.com | |

## Device IDs

```
--  AAAAAAAAAAAAAAAAAAAAAAAAAAAAAA  BBBBBBBBBBBBBBBBBBBBBBBBBBBBBBBB  CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC  DDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDD  EEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEE
02  C8BF42A465A84ABE9FFB725F09880AFD  2ECCABCCCA73BADC8EF3C7F7D01F2528  383343ED06E7418890591C03DA07D9B2  55F8B25CDA0711E9B5E26045CB9A545B  F8CC98CB772EFD79BAA71915E9A0F976
02  C8BF42A465A84ABE9FFB725F09880AFD  E4C75AEE914F37B1C13AA3A2E01C3DC7  383343ED06E7418890591C03DA07D9B2  55F8B25CDA0711E9B5E26045CB9A545B  F8CC98CB772EFD79BAA71915E9A0F976
02  C8BF42A465A84ABE9FFB725F09880AFD  F7FD31D1A4AC7B121805F3F8E4F471FF  383343ED06E7418890591C03DA07D9B2  55F8B25CDA0711E9B5E26045CB9A545B  F8CC98CB772EFD79BAA71915E9A0F976
02  C8BF42A465A84ABE9FFB725F09880AFD  6B5F7C138EEA11E9AAE7806E6F6E6963  383343ED06E7418890591C03DA07D9B2  55F8B25CDA0711E9B5E26045CB9A545B  F8CC98CB772EFD79BAA71915E9A0F976
```

## Tickets
- TT Machines: 8A83A649CDD44D, 77BB0F03802519
- http://tickettrack/Ticket/Ticket.aspx?db=Tiger&id=118663444 (overlay)

## Notes

Shows additional proof Swifty and James are tied:
https://steamidfinder.com/lookup/76561198003342345/

Running reclasskernel64.sys
C:\Users\james\Desktop\ReClass.NET-KernelPlugin-master\bin\ReClassKernel64.pdb
Signed by "Phoenix Digital Group LLC" which is associated with AimJunkies

COD cheat development tied via email:
https://forum.mombotcheats.com/archive/index.php?t-215.html&__cf_chl_jschl_tk__=af5d679acc38520eda51385166644850c5279d9e-1614637127-0-AcIZ1WhW75M3SNhwG7EB3KdjhFcjIiv9CwaeBlR5RdOcLt3sg7ANU9X_Yyh7KbnPuPd6Cfet0ZotKJuFM_GwxxqDbFbd54ImOm4j8PrxfMEvn1pWx_x1QLDrYE_rIMHcsqDmc8ICSIQawIDtzE0nf_siBPoVENAswUKUhTpF1O_ssbIFFlzFg1rHEsHdpNkR2kF_lelbZaCia_GOAA-eHtl0S_sLJIsLus-FsuLbUv5WjXbq1mbH34diaJEuH82d95iG5D6ozWIffvFQ-0ncGJxepV7OcH53u7BbepuuROOGLrn4Je-uHxL1BcfJeEHqXNEUpNN2TW2mRrvYJ8Oex2A

Above post references this youtube channel (which appears to belong to associate or alternate persona "berisko" which also posted in the above thread):
  - https://www.youtube.com/user/berisko01/videos
  - Video description references to AimJunkies

BUNGIE_WDWA_0000367