THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DECLARATION OF DAVID SCHAEFER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>**Note on Motion Calendar: July 1, 2022**<br><br>**Oral Argument Requested** |

I, David Schaefer, under penalty of perjury under the laws of the United States, state and declare as follows:

1. I am an Officer and Director of Defendant Phoenix Digital Group LLC, one of the Counter-Claimants in the above captioned matter, as well as one of the individual Defendants in the above captioned matter and have knowledge of the facts stated herein.

2. Since at least a early as 2017, Phoenix Digital Group LLC has required its customers and subscribers to its services to agree to the terms of Phoenix Digital Group LLC's "Terms of Service," a copy of which is attached to Defendants' Answer and Counterclaim (Dkt#63) as "Exhibit C." These Terms of Service were in effect as early as 2017, were in effect on January 3, 2020,

Schaefer Declaration
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

and were in effect up until the sale of the aimjunkies.com website on May 5, 2022.

3. Phoenix Digital Group LLC is the owner of software, known as "cheat loader" software, that Phoenix Digital uses to facilitate the transfer of programs developed by others to subscribers to Phoenix Digital's services. Phoenix Digital claims, owns and enjoys copyright protection for its "cheat loader" software.

4. Phoenix Digital uses technological measures to prevent unauthorized access to its protected cheat loader software. In particular, the Phoenix Digital cheat loader software is protected against reverse engineering by means of a commercially available tool called "Themida." This tool obfuscates and protects the software code so that the process of reverse engineering is extremely slowed or entirely stopped. Themida employs their proprietary SecureEngine technology to add anti-cracking techniques to the executable, adding protection to prevent analysis and modification of the protected software. A feature list for the Themida software can be found at this URL: https://www.oreans.com/Themida.php.

5. Phoenix Digital has suffered damages as a result of Bungie's breach of the Phoenix Digital Terms of Service. As a result of the allegations made in this lawsuit, and in particular the various allegations made by Bungie "on information and belief" regarding the products distributed by Phoenix Digital, Phoenix Digital reasonably believed and continues to believe that Bungie has compromised the security of the Phoenix Digital cheat loader. This forced Phoenix Digital to redesign and re-write the cheat loader, at significant cost and effort to Phoenix Digital.

6. Phoenix Digital has suffered further damages as a result of Bungie's breach of the Phoenix Digital Terms of Service. In particular, Phoenix Digital has been

Schaefer Declaration
Cause No. 21-CV-0811-TSZ
Page 2
Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

damaged by the adverse publicity and loss of market share caused by Bungie's baseless claims that Phoenix Digital "copied" Bungie's materials. Bungie's false claims are based, at least in part, on Bungie's unauthorized reverse engineering of the Phoenix Digital cheat loader software in violation of the Phoenix Digital Terms of Service. In particular, in mid 2021 before this lawsuit was filed, Phoenix Digital was in discussions with others concerning sale of the AimJunkies website. Following the filing of this lawsuit and the adverse publicity that resulted, the sale did not take place then. Eventually, the AimJunkies website was sold in May, 2022 at a greatly reduced price compared to what the website could have been sold for absent the baseless and abusive lawsuit filed by Bungie, which Bungie bases on its unauthorized analysis of the Pheonix Digital cheat loader software, in breach of the Phoenix Digital Terms of Service.

Dated October 24, 2022.

_____
David Schaefer

Schaefer Declaration
Cause No. 21-CV-0811-TSZ
Page 3

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

damaged by the adverse publicity and loss of market share caused by Bungie's baseless claims that Phoenix Digital "copied" Bungie's materials. Bungie's false claims are based, at least in part, on Bungie's unauthorized reverse engineering of the Phoenix Digital cheat loader software in violation of the Phoenix Digital Terms of Service. In particular, in mid 2021 before this lawsuit was filed, Phoenix Digital was in discussions with others concerning sale of the AimJunkies website. Following the filing of this lawsuit and the adverse publicity that resulted, the sale did not take place then. Eventually, the AimJunkies website was sold in May, 2022 at a greatly reduced price compared to what the website could have been sold for absent the baseless and abusive lawsuit filed by Bungie, which Bungie bases on its unauthorized analysis of the Pheonix Digital cheat loader software, in breach of the Phoenix Digital Terms of Service.

Dated October 24, 2022.

*/s/ David Schaefer*

David Schaefer

Schaefer Declaration
Cause No. 21-CV-0811-TSZ

Page 3

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900