# Declaration of Philip P. Mann

# Case No. 21-CV-0817-TSZ

### ( Filed Under Seal)