THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANTS' MOTION TO SEAL**<br><br>**Note On Motion Calendar: October 24, 2022** |

Pursuant to LCR 5(g) and Section 4.4 of the applicable Protective Order, dated July 20, 2022 (see Dkt#60) (the "Protective Order"), Defendants by and through their counsel, respectfully request that the Court seal Exhibit A of the Declaration of Philip P. Mann ("Mann Decl.") filed in connection with Defendants' Opposition to Plaintiff's Motion to Dismiss Counter-Claims filed contemporaneously herewith.

The Exhibit consists of a document produced to Defendants on July 6, 2022 that has been marked by Plaintiff as "Highly Confidential" under the Protective Order. The purpose of this motion is to respect and protect the "Highly Confidential" designation made by Plaintiff.

In addition, Defendants respectfully request that an un-redacted version of their be filed under seal in that it includes quotations from the highly confidential document.

Motion to Seal
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1  The parties are entitled to file these documents under seal pursuant to LCR 5(g)(2)(A) because this Court issued a prior Protective Order, authorizing the parties to file confidential documents under seal. Dkt. 39. The private interests of the parties in protecting their confidential and proprietary business records outweigh any interest that the public may have in knowing the contents of these exhibits. See LCR 5(g)(3)(B). Additionally, there is no less restrictive alternative for protecting the contents of these exhibits because the confidential information contained within them needs to be placed before the Court for proper consideration of the pending motions.

In accordance with LCR 5(g)(1)(A) and 5(g)(3)(A), counsel for the parties previously met and conferred in connection with this Motion to Seal on October 24, 2022.  Plaintiff graciously indicated that it does not oppose the motion.

Dated October 24, 2022.

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

Motion to Seal
Cause No. 21-CV-0811-TSZ
Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900