# COUNTERCLAIM EXHIBIT D

## Case No. 2:21-cv-0811 TSZ

# Swifty (AimJunkies)
Friday, September 21, 2018    8:23 AM

## Identification

| | |
|---|---|
| Real Name | James May |
| Aliases | Swifty, Sw1fty<br>jjmay899<br>Sycore, sy¢oʀᴇ |
| Username | james |
| Computer | DESKTOP-14RNIQL |
| Location | Dayton, Ohio |
| Address | (tied via email via<br>https://www.usphonebook.com/james-may/UUzMzYTO4czN1gjN3gjMzETN3MzR)<br><br>2217 Polo Park Dr<br>Dayton, OH<br>45439-3268 |
| DOB | |
| Emails | james.q3abc@gmail.com (verified) |

## Tags
- 

## Activities
- Reverse Engineering
- Cheat Engine
- IDA
- Cheat Development

## Media Profiles
- https://myspace.com/swiftlovesnappy

## Profile Images

| site | |
|---|---|
| [img] | |

## Recent IPs
- 67.219.146.74
- 67.219.146.72
- 174.97.110.18
- 67.219.146.77

## Active Accounts

| Account ID | Tag | Ban Reason | Email | Notes |
|---|---|---|---|---|
| | | | | |

## Banned Accounts

| Account ID | Tag | Ban Reason | Email | Notes |
|---|---|---|---|---|
| 4611686018498316514 | Sw1fty | | james.q3abc@gmail.com | |

## Device IDs

```
-- AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA BBBBBBBBBBBBBBBBBBBBBBBBBBBBBBBB CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC DDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDD EEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEE
02 C8BF42A465A84ABE9FFB725F09880AFD 2ECCABCCCA73BADC8EF3C7F7D01F2528 383343ED06E7418890591C03DA07D9B2 55F8B25CDA0711E9B5E26045CB9A545B F8CC98CB772EFD79BAA71915E9A0F976
02 C8BF42A465A84ABE9FFB725F09880AFD E4C75AEE914F37B1C13AA3A2E01C3DC7 383343ED06E7418890591C03DA07D9B2 55F8B25CDA0711E9B5E26045CB9A545B F8CC98CB772EFD79BAA71915E9A0F976
02 C8BF42A465A84ABE9FFB725F09880AFD F7FD31D1A4AC7B121805F3F8E4F471FF 383343ED06E7418890591C03DA07D9B2 55F8B25CDA0711E9B5E26045CB9A545B F8CC98CB772EFD79BAA71915E9A0F976
02 C8BF42A465A84ABE9FFB725F09880AFD 6B5F7C138EEA11E9AAE7806E6F6E6963 383343ED06E7418890591C03DA07D9B2 55F8B25CDA0711E9B5E26045CB9A545B F8CC98CB772EFD79BAA71915E9A0F976
```

## Tickets
- TT Machines: 8A83A649CDD44D, 77BB0F03802519
- http://tickettrack/Ticket/Ticket.aspx?db=Tiger&id=118663444 (overlay)

## Notes

Shows additional proof Swifty and James are tied:
    https://steamidfinder.com/lookup/76561198003342345/

Running reclasskernel64.sys
    C:\Users\james\Desktop\ReClass.NET-KernelPlugin-master\bin\ReClassKernel64.pdb
    Signed by "Phoenix Digital Group LLC" which is associated with AimJunkies

COD cheat development tied via email:
    https://forum.mombotcheats.com/archive/index.php?t-215.html&__cf_chl_jschl_tk__=af5d679acc38520eda51385166644850c5279d9e-1614637127-0-AcIZ1WhW75M3SNhwG7EB3KdjhFcjIiv9CwaeBIR5RdOcLt3sg7ANU9X_Yyh7KbnPuPd6Cfet0ZotKJuFM_GwxxqDbFbd54ImOm4j8PrxfMEvn1pWx_x1QLDrYE_rIMHcsqDmc8ICSIQawIDtzE0nf_siBPoVENAswUKUhTpF1O_ssbIFFIzFg1rHEsHdpNkR2kF_IelbZaCia_GOAA-eHtl0S_sLJlsLus-FsuLbUv5WjXbq1mbH34diajEuH82d95iG5D6ozWIffvFQ-0ncGJxepV7OcH53u7BbepuuROOGLrn4Je-uHxL1BcfJeEHqXNEUpNN2TW2mRrvYJ8Oex2A

Above post references this youtube channel (which appears to belong to associate or alternate persona "berisko" which also posted in the above thread):
- https://www.youtube.com/user/berisko01/videos
  - Video description references to AimJunkies

BUNGIE_WDWA_0000367