THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC.,

                    Plaintiff,

v.

AIMJUNKIES.COM; PHOENIX
DIGITAL GROUP LLC; DAVID
SCHAEFER; JORDAN GREEN;
JEFFREY CONWAY; and JAMES MAY,

                    Defendants.

No. 2:21-cv-811-TSZ

**[PROPOSED] ORDER GRANTING
PLAINTIFF BUNGIE, INC.'S MOTION
TO UNOPPOSED MOTION TO SEAL**

THIS MATTER came before the Court for consideration on Plaintiff Bungie, Inc.'s ("Bungie") Unopposed Motion to Seal (the "Motion").  Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, it is hereby ORDERED as follows:

Bungie's Motion is GRANTED.  Bungie is permitted to file under seal Exhibits 3 and 4 to the Declaration of William C. Rava in Support of Bungie's Motion to Dismiss Phoenix Digital's and James May's Amended Counterclaims with Prejudice ("Rava Declaration"), and the accompanying references to these exhibits and information in Bungie's Motion to Dismiss Phoenix Digital's and James May's Amended Counterclaims with Prejudice and the Rava Declaration.

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

159368081.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED this _____ day of _____, 2022.

_____
Honorable Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ William C. Rava
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:        WRava@perkinscoie.com
                CMarcelo@perkinscoie.com
                JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 2

159368081.1