THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,<br><br>          Defendants. | No. 2:21-cv-811-TSZ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S MOTION TO DISMISS PHOENIX DIGITAL GROUP LLC'S AND JAMES MAY'S COUNTERCLAIMS WITH PREJUDICE** |

THIS MATTER came before the Court for hearing on Plaintiff Bungie, Inc.'s ("Bungie") Motion to Dismiss Phoenix Digital Group, LLC's and James May's Amended Counterclaims with Prejudice (the "Motion"). Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, it is hereby ORDERED as follows:

Bungie's Motion is GRANTED. Phoenix Digital Group, LLC's and James May's counterclaims are hereby DISMISSED WITH PREJUDICE.

DATED this _____ day of _____, 2022.

                                                                  _____
                                                                  Honorable Thomas S. Zilly
                                                                UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

159368196.1

Presented by:

*/s/ William C. Rava*
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:        WRava@perkinscoie.com
                  CMarcelo@perkinscoie.com
                  JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 2

159368196.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000