THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY, <br><br> Defendants. | No. 2:21-cv-811-TSZ <br><br> **DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS PHOENIX DIGITAL GROUP, LLC'S AND JAMES MAY'S AMENDED COUNTERCLAIMS WITH PREJUDICE** |

I, William C. Rava, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Plaintiff's Motion to Dismiss Phoenix Digital Group, LLC's and James May's Amended Counterclaims with Prejudice. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the October 4, 2022 deposition transcript of Dr. Edward Kaiser.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the October 5, 2022 deposition transcript of Bungie's Rule 30(b)(6) witness, Dr. Edward Kaiser.

RAVA DECL. ISO PLAINTIFF'S MOT. TO DISMISS
(No. 2:21-cv-811-TSZ) – 1

159361943.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4.   Attached hereto as **Exhibit 3** is a true and correct copy of ██████████████████████████████████████████████████████████████████████████████████████████.

5.   Attached hereto as **Exhibit 4** is a true and correct copy of ██████████████████████████████████████████████████████████████████████████████████████████.

6.   Attached hereto as **Exhibit 5** is a true and correct copy of an email sent by Bungie's counsel to counsel for Defendants on November 8, 2022, and counsel for Defendants' November 9, 2022 response.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of December, 2022.

/s/William C. Rava
William C. Rava

RAVA DECL. ISO PLAINTIFF'S MOT. TO DISMISS
(No. 2:21-cv-811-TSZ) – 2

159361943.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000