THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; JAMES MAY, <br><br> Defendants. | No. 2:21-cv-811-TSZ <br><br> **JOINT STATUS REPORT REGARDING CLAIMS REFERRED TO ARBITRATION** |

Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff") and Defendants AimJunkies.com, Phoenix Digital Group ("Phoenix Digital"), David Schaefer, Jordan Green, Jeffrey Conway, and James May (collectively, "Defendants") hereby submit this Joint Status Report pursuant to the Court's Order Regarding Defendants' First Motion to Dismiss (Dkt. No. 33), entered on April 27, 2022.

The arbitration regarding the fourth, fifth, sixth, seventh, eighth, and ninth causes of action in Bungie's original complaint (Dkt. No. 1) is scheduled from December 19 to December 22, 2022, and a decision is expected thereafter.

JOINT STATUS REPORT RE ARBITRATION
(No. 2:21-cv-811-TSZ) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

159533789

DATED: December 15, 2022

| | |
|---|---|
| By:   */s/William C. Rava* <br> William C. Rava, WSBA No. 29948 <br> Christian W. Marcelo, WSBA No. 51193 <br> Jacob P. Dini, WSBA No. 54115 <br> **Perkins Coie LLP** <br> 1201 Third Avenue, Suite 4900 <br> Seattle, WA 98101-3099 <br> Telephone: 206.359.8000 <br> Facsimile: 206.359.9000 <br> Email: WRava@perkinscoie.com <br> Email: JDini@perkinscoie.com <br><br> *Attorneys for Plaintiff Bungie, Inc.* | By:   */s/Philip P. Mann* <br> Philip P. Mann, WSBA No. 28860 <br> Mann Law Group PLLC <br> 403 Madison Ave. N. <br> Suite 240 <br> Bainbridge Island, WA 98110 <br> Telephone: 206.855.8839 <br> Facsimile: 866.341.5140 <br> Email: phil@mannlawgroup.com <br><br> *Attorney for Defendants* |

JOINT STATUS REPORT RE ARBITRATION
(No. 2:21-cv-811-TSZ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

159533789