THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AMEND CASE SCHEDULE AND JURY TRIAL DATE**<br><br>**Note on Motion Calendar:<br>January 13, 2023** |

In response to Plaintiff's Motion to Amend Case Schedule And Jury Trial Date, Defendants state as follows:

1. Although Defendants do not oppose extending the various pre-trial dates as proposed by Plaintiff, scheduling the trial for August 14, 2023 as proposed will cause scheduling conflicts with Defendants' counsel.

2. In particular, Defendants' counsel is currently scheduled for extended overseas travel beginning in early September, 2023. Given the likelihood that extensive post-trial briefing will be filed by both parties regardless of what the outcome of the trial is, it is unlikely that there will be sufficient time between the end of the trial and counsel's plans to permit effective briefing.

3. Based on the foregoing, Defendants propose that the trial be scheduled for completion no later than July 31, 2023 and that pretrial dates be adjusted accordingly.

Response to Motion To Amend
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

4. In all other respects, Defendants do not oppose Plaintiff's request to amend the case schedule and reset appropriate dates.

Dated January 11, 2023.

                                      */s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

Response to Motion To Amend
Cause No. 21-CV-0811-TSZ      Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900