THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIMJUNKIES.COM, et al.<br><br>　　　　　Defendants. | No. 2:21-cv-811<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO AMEND CASE SCHEDULE AND JURY TRIAL DATE**<br><br>**WITHOUT ORAL ARGUMENT**<br><br>**NOTED: JANUARY 13, 2022** |

PLAINTIFF'S REPLY ISO MOTION TO AMEND
CASE SCHEDULE

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

160029643.2

## I. ARGUMENT

After Defendants submitted their response (Dkt. 82) to Bungie's Motion to Amend Case Schedule and Jury Trial Date (Dkt. 80), the parties conferred again and agree to the below revised case schedule, subject to the Court's approval, which represents a middle-ground between the parties' respective previous positions:

|  | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| **JURY TRIAL DATE** | **June 12, 2023** | **July 31, 2023** |
| Length of Trial | 3 to 4 days | 3 to 4 days |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | January 12, 2023 | March 9, 2023 |
| Discovery completed by | February 21, 2023 | April 7, 2023 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | March 23, 2023 | May 8, 2023 |
| All motions related to expert witnesses (*e.g.*, a Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | March 30, 2023 | May 15, 2023 |
| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference (See LCR 7(d)(4)) | May 11, 2023 | June 26, 2023 |
| Agreed Pretrial Order due | May 26, 2023 | July 10, 2023 |

PLAINTIFF'S REPLY ISO MOTION TO AMEND
CASE SCHEDULE

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

160029643.2

| | | |
|---|---|---|
| Trial Briefs, proposed voir dire questions, and jury instructions due | May 26, 2023 | July 10, 2023 |
| Pretrial conference to be held at **10:00 AM** on | June 2, 2023 | July 17, 2023 |

## II. CONCLUSION

For the reasons provided, the parties respectfully request that the Court amend the case schedule consistent with the proposed order submitted with this Reply.

Dated: January 13, 2023

By: */s/William C. Rava*
William C. Rava, Bar No. 29948
Christian W. Marcelo, Bar No. 51193
Jacob P. Dini, Bar No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
WRava@perkinscoie.com
CMarcelo@perkinscoie.com
JDini@perkinscoie.com

*Attorneys for Plaintiff*

PLAINTIFF'S REPLY ISO MOTION TO AMEND CASE SCHEDULE
(No.  2:21-cv-811) –3
160029643.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000