THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY, <br><br> Defendants. | No. 2:21-cv-811-TSZ <br><br> **SECOND [PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S MOTION TO AMEND CASE SCHEDULE AND JURY TRIAL DATE** |

THIS MATTER came before the Court for hearing on Plaintiff Bungie, Inc.'s ("Bungie") Motion to Amend Case Schedule and Jury Trial Date (the "Motion"). Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, it is hereby ORDERED as follows:

Bungie's Motion is GRANTED. The schedule for the case shall be as follows:

| | |
|---|---|
| **JURY TRIAL DATE** | **July 31, 2023** |
| Length of Trial | 3 to 4 days |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | March 9, 2023 |
| Discovery completed by | April 7, 2023 |

SECOND [PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

160030546.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | May 8, 2023 |
| 2 | All motions related to expert witnesses (*e.g.*, a Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | May 15, 2023 |
| 3 | All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference (See LCR 7(d)(4)) | June 26, 2023 |
| 4 | Agreed Pretrial Order due | July 10, 2023 |
| 5 | Trial Briefs, proposed voir dire questions, and jury instructions due | July 10, 2023 |
| 6 | Pretrial conference to be held at **10:00 AM** on | July 17, 2023 |

DATED this _____ day of _____, 2023.

_____
Honorable Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

SECOND [PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 2

160030546.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Presented by:

*/s/ William C. Rava*
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:         WRava@perkinscoie.com
                   CMarcelo@perkinscoie.com
                   JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

SECOND [PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

160030546.1