THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM, et al. <br><br> Defendants. | No. 2:21-cv-811 <br><br> **JOINT STATUS REPORT** |

JOINT STATUS REPORT

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

160633627.2

Further to the Court's February 3, 2023 minute order (Dkt. 84), the parties conferred about their availability for a jury trial later this year, as well as several other scheduling matters but were unable to come to an agreement.

Plaintiff proposes a trial date of December 4, 2023.[1]  Plaintiff proposes the below schedule which gives ample time for any remaining required discovery while maintaining as timely and efficient a schedule as possible.

Given that Defendants' counsel will be overseas for the period of September 1 through October 10, 2023[2] and unable to devote time to this case during that period, and given that he will be unable to meet some of the deadlines in the schedule proposed below, Defendants request that the Court set a trial date for early 2024 and that the various deadlines be adjusted in accordance with that date.  Furthermore, as this Court only just recently permitted Defendants' counterclaims to proceed, the proposed schedule does not afford sufficient time for Defendants (and perhaps Plaintiff as well) to complete discovery on these counterclaims.

Also, in its motion to amend the case schedule (Dkt. 80), Bungie did not include dates for mediation and related activities, which this Court ordered be completed after the close of discovery (Dkt. 45).  The parties propose adjusting those dates consistent with any new schedule.[3]

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **JURY TRIAL DATE** | **June 12, 2023** | **December 4, 2023** |
| Length of Trial | 3 to 4 days | 3 to 4 days |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | January 12, 2023 | March 13, 2023 |

---

[1] Plaintiff is also available in November except 11/20 - 11/24.

[2] Indeed, Defendants' counsel scheduled his overseas travel in reliance that this matter would be tried June 12-16, 2023 as set by this Court's June 14, 2022 Scheduling Order (Dkt#44).

[3] The parties are discussing an earlier mediation.

JOINT STATUS REPORT

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

160633627.2

| | | |
|---|---|---|
| Discovery completed by | February 21, 2023 | April 21, 2023 |
| Settlement conference under LCR 39.1(c)(2), per Dkt. 45 | February 22, 2023 | April 28, 2023 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | March 23, 2023 | May 22, 2023 |
| Mediation completed, per Dkt. 45 | March 24, 2023 | June 30, 2023 |
| Mediation letter of compliance, per Dkt. 45 | March 31, 2023 | July 7, 2023 |
| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference (See LCR 7(d)(4)) | May 11, 2023 | October 23, 2023 |
| Agreed Pretrial Order due | May 26, 2023 | November 3, 2023 |
| Trial Briefs, proposed voir dire questions, and jury instructions due | May 26, 2023 | November 13, 2023 |
| Pretrial conference to be held at **10:00 AM** on | June 2, 2023 | November 20, 2023 |

JOINT STATUS REPORT
(No. 2:21-cv-811) –3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

160633627.2

| | |
|---|---|
| Dated: February 13, 2023 | By: */s/William C. Rava*<br>William C. Rava, Bar No. 29948<br>Christian W. Marcelo, Bar No. 51193<br>Jacob P. Dini, Bar No. 54115<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000<br>Facsimile: +1.206.359.9000<br>WRava@perkinscoie.com<br>CMarcelo@perkinscoie.com<br>JDini@perkinscoie.com<br><br>*Attorneys for Plaintiff*<br><br>By: */s/Philip P. Mann*<br>Philip P. Mann, WSBA No. 28860<br>Mann Law Group PLLC<br>403 Madison Ave. N.<br>Suite 240<br>Bainbridge Island, WA 98110<br>Telephone: 206.855.8839<br>Facsimile: 866.341.5140<br>Email: phil@mannlawgroup.com<br><br>*Attorney for Defendants* |

JOINT STATUS REPORT
(No. 2:21-cv-811) –4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

160633627.2