UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

        Plaintiff,

v.

AIMJUNKIES.COM, et al.,

        Defendants.

C21-0811 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 85, the Court issues the following amended case schedule:

| | |
|---|---|
| **JURY TRIAL** set for **9:00 AM** on | **December 4, 2023** |
| Length of Trial | 3 to 4 days |
| All motions related to discovery must be filed by<br>  and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | March 13, 2023 |
| Discovery completed by | April 21, 2023 |
| Settlement conference pursuant to LCR 39.1 must be completed by | April 28, 2023 |

MINUTE ORDER - 1

| | |
|---|---|
| Dispositive Motions must be filed by and noted on the motions calendar no later than the fourth Friday thereafter (see LCR 7(d)) | May 22, 2023 |
| Motions related to expert witnesses (e.g., Daubert motion) must be filed by and noted on the motions calendar no later than the third Friday thereafter (see LCR 7(d)) | May 30, 2023 |
| Mediation shall be completed by | June 30, 2023 |
| Letter of mediation compliance shall be filed with the Court no later than | July 7, 2023 |
| Motions in Limine due by and noted on the motions calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | October 23, 2023 |
| Pretrial Order due[1] by | November 3, 2023 |
| Trial Briefs to be submitted by | November 13, 2023 |
| Proposed Voir Dire/Jury Instructions due by | November 13, 2023 |
| Pretrial Conference set for **10:00 AM on** | November 27, 2023 |

    Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

    The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Laurie Cuaresma, who can be reached at laurie_cuaresma @wawd.uscourts.gov or (206) 370−8521, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

---

[1] For further details concerning the Pretrial Order and the exhibit list contained therein, refer to the Minute Order Setting Trial and Related Dates entered on June 14, 2022, docket no. 44.

MINUTE ORDER - 2

Each exhibit shall be clearly marked.  Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of February, 2023.

Ravi Subramanian  
Clerk

s/Laurie Cuaresma  
Deputy Clerk

MINUTE ORDER - 3