THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-811 TSZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DISCOVERY CUTOFF AND DISCOVERY MOTION DATES**<br><br>**Note on Motion Calendar:<br>March 3, 2023** |

This Court, having received and reviewed Defendants' Motion To Extend Discovery Cutoff And Discovery Motion Dates:

IT IS HEREBY ORDERED that Defendants' Motion is Granted:

1. The Parties shall complete discovery by June 23, 2023;

2. All Discovery Motions shall be filed no later than May 25, 2023;

3. Remaining discovery in this case shall be limited to maters reasonably related to Defendants' Counterclaims.

Dated this __ day of March, 2023.

_____

Hon. Thomas S. Zilly

Presented by:

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

| | |
|---|---|
| 1 | MANN LAW GROUP PLLC |
| 2 | Attorneys for Defendants |
| 3 | |
| 4 | By: |
| | */Philip P. Mann*                     |
| 5 | Philip P. Mann, WSBA # 28860 |
| 6 | Mann Law Group PLLC |
| | 403 Madison Ave. N. Ste. 240 |
| 7 | Bainbridge Island, WA 98110 |
| 8 | (206) 436-0900 |
| | phil@mannlawgroup.com |

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ                    Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900