THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC.,

        Plaintiff,

v.

AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,

        Defendants.

No. 2:21-cv-811-TSZ

**[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S MOTION TO CONFIRM ARBITRATION AWARD AND DIRECT ENTRY OF JUDGMENT**

THIS MATTER came before the Court for hearing on Plaintiff Bungie, Inc.'s ("Bungie") Motion to Confirm Arbitration Award and Direct Entry of Judgment (the "Motion"). Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, and having determined that the Court has jurisdiction over this request, both because it originally had and retained jurisdiction over the causes of action that were arbitrated and pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000, exclusive of interest and costs, and there is diversity of citizenship insofar as this action is between citizens of different states, it is hereby:

ORDERED that Bungie's Motion is GRANTED, and it is further

ORDERED that the Final Award dated February 1, 2023 and Permanent Injunction dated January 31, 2023 in the arbitration proceeding between Bungie and Defendants, copies of which are attached hereto as Exhibits A and B, be, and the same hereby are, CONFIRMED.

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

160563742.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this _____ day of _____, 2023.

_____
Honorable Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ William C. Rava*
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:         WRava@perkinscoie.com
                    CMarcelo@perkinscoie.com
                    JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

160563742.2