THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,<br><br>        Defendants. | No. 2:21-cv-811-TSZ<br><br>**[PROPOSED] FINAL JUDGMENT ON ARBITRATION AWARD** |

    This action was filed by Plaintiff Bungie, Inc. ("Bungie") against defendants AimJunkies.com, Phoenix Digital Group LLC, David Schaefer, Jordan Green, Jeffrey Conway, and James May (collectively, the "Defendants"). After certain of Bungie's causes of action were referred to arbitration, the parties thereafter arbitrated those claims before JAMS-appointed arbitrator Judge Ronald Cox (Ret.). This Court confirmed the arbitrator's January 31, 2023 Permanent Injunction and February 1, 2023 Final Award. A copy of the Final Award is attached as Exhibit A; a copy of the Permanent Injunction is attached as Exhibit B.

    This Court has subject matter jurisdiction over this matter because (a) it had subject matter jurisdiction over the arbitrated claims when they were originally filed and this Court then stayed those claims, thus retaining jurisdiction to confirm the award; and (b) pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000, exclusive of interest and

[PROPOSED] FINAL JUDGMENT ON
ARBITRATION AWARD
(No. 2:21-cv-811-TSZ) – 1

160723775.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

costs, and there is complete diversity of citizenship insofar as this action is between citizens of different states.

Consistent with the Final Award and Permanent Injunction, and as confirmed by Order of this Court, the Court enters Judgment as follows:

Bungie is awarded judgment against Defendants AimJunkies.com, Phoenix Digital Group, LLC, David Schaefer, Jordan Green, Jeffrey Conway, and James May, jointly and severally, in the amount of $4,396,222, which consists of

1. $3,657,500 in statutory damages;
2. $598,641 in attorneys' fees;
3. $101,800 in expert witness fees; and
4. $38,281 in other expenses.

The Final Award and Permanent Injunction of the arbitrator are, in accordance with the agreements between the parties, final and binding upon them. The Court accepts the Final Award and Permanent Injunction as its own, rules that they are final and binding upon the parties, and enters Judgment accordingly.

DATED this _____ day of _____, 2023.

_____
Honorable Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

[PROPOSED] FINAL JUDGMENT ON
ARBITRATION AWARD
(No. 2:21-cv-811-TSZ) – 2

160723775.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

/s/ William C. Rava
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:        WRava@perkinscoie.com
                  CMarcelo@perkinscoie.com
                  JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] FINAL JUDGMENT ON ARBITRATION AWARD
(No. 2:21-cv-811-TSZ) – 3

160723775.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000