THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., <br><br>　　　　　　Plaintiff, <br><br>v. <br><br>AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY, <br><br>　　　　　　Defendants. | No. 2:21-cv-811-TSZ <br><br>**DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF PLAINTIFF'S MOTION TO CONFIRM ARBITRATION AWARD AND DIRECT ENTRY OF JUDGMENT** |

I, William C. Rava, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am a Partner at Perkins Coie LLP, and counsel in this action and the parallel arbitration proceeding for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Plaintiff's Motion to Confirm Arbitration Award and Direct Entry of Judgment. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Final Award of Judge Ronald E. Cox (Ret.), issued on February 1, 2023.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Permanent Injunction awarded by Judge Ronald E. Cox (Ret.), issued on January 31, 2023.

RAVA DECL. ISO PLAINTIFF'S MOT. TO CONFIRM ARB. AWARD
(No. 2:21-cv-811-TSZ) – 1

160563682.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

4. Neither the Final Award nor Permanent Injunction have been vacated, modified, or corrected.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of February, 2023.

/s/ *William C. Rava*
William C. Rava

RAVA DECL. ISO PLAINTIFF'S MOT. TO
CONFIRM ARB. AWARD
(No. 2:21-cv-811-TSZ) – 2

160563682.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000