# EXHIBIT B

THE HONORABLE RONALD E. COX (RET.)

**ARBITRATION BEFORE JAMS**

| | |
|---|---|
| BUNGIE, INC., | No. 5160000075 |
| Claimant, | [PROPOSED] PERMANENT INJUNCTION |
| v. | |
| AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY, | |
| Respondents. | |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

**INJUNCTION**

For the reasons identified in the Final Award, Respondents AimJunkies.com, Phoenix Digital Group LLC, David Schaefer, Jordan Green, Jeffrey Conway, and James May (collectively, "Respondents"), and their officers, agents, representatives, servants, employees, heirs, successors, and assigns, and all others in active concert or participation with Respondents are hereby permanently enjoined from:

1. Creating, writing, developing, advertising, promoting, and/or offering for sale or otherwise distributing any technology that circumvents any technological measure that effectively controls access to any Bungie work protected under title 17 of the

[PROPOSED] PERMANENT INJUNCTION (NO. 5160000075) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

160137081.4

United States Code or effectively protects a right of Bungie under title 17 of the United States Code in a work or a portion thereof;

2. Creating, writing, developing, advertising, promoting, and/or offering for sale or otherwise distributing cheat software that bypasses, evades, or avoids detection by technological measures that Bungie employs to prevent the use of cheat software within any Bungie product;

3. Descrambling, decrypting, avoiding, bypassing, removing, deactivating, or impairing a technological measure that controls access to Bungie's work under title 17 of the United States Code;

4. Reverse engineering, attempting to reverse engineer, or attaching reverse-engineering software to a process in memory of any Bungie product that contains technological measures that Bungie employs to prevent reverse engineering;

5. Manufacturing, importing, offering to the public, providing, or otherwise trafficking in any technology, product, service, device, component, or part thereof that (A) is primarily designed or produced for the purpose of circumventing a technological measure that effectively controls access to a Bungie work protected under title 17 of the United States Code; (B) has only limited commercially significant purpose or use other than to circumvent a technological measure that effectively controls access to a Bungie work protected under title 17 of the United States Code; or (C) is marketed by Respondents or another acting in concert with Respondents with any of Respondents' knowledge for use in circumventing a technological measure that effectively controls access to a Bungie work protected under title 17 of the United States Code;

6. Manufacturing, importing, offering to the public, providing, or otherwise trafficking in any technology, product, service, device, component, or part thereof that (A) is primarily designed or produced for the purpose of circumventing

[PROPOSED] PERMANENT INJUNCTION
(NO. 5160000075) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

160137081.4

protection afforded by a technological measure that effectively protects a right of Bungie under title 17 of the United States Code in a work or a portion thereof; (B) has only limited commercially significant purpose or use other than to circumvent protection afforded by a technological measure that effectively protects a right of Bungie under title 17 of the United States Code in a work or a portion thereof; or (C) is marketed by Respondents or another acting in concert with any of Respondents' knowledge for use in circumventing protection afforded by a technological measure that effective protects a right of Bungie under title 17 of the United States Code in a work or a portion thereof;

7. Manufacturing, importing, offering to the public, providing, or otherwise trafficking in any technology, produce, service, device, component, or part thereof that is marketed by Respondents or another acting in concert with Respondents with any of Respondents' knowledge as cheat software that is undetectable or evades anti-cheat for any Bungie product;

8. Downloading, installing, and/or using any of Bungie's copyrighted works, including but not limited to *Destiny 2* or any derivative work thereof, including but not limited to any of its expansions, or any other downloadable content associated with *Destiny 2* offered by Bungie;

9. Reverse engineering, deriving source code, modifying, decompiling, disassembling, and/or creating derivative works of any of Bungie's copyrighted works, including but not limited to *Destiny 2*, in whole or in part;

10. Hacking or modifying any of Bungie's copyrighted works, including but not limited to *Destiny 2*;

11. Creating, developing, modifying, distributing, or using any unauthorized software programs to gain advantage in any online or multiplayer game modes in any of Bungie's products; and

[PROPOSED] PERMANENT INJUNCTION
(NO. 5160000075) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

160137081.4

12. Aiding, assisting, or inducing another person or entity in any of the activities described in 1–11, or directly benefiting from another person or entity engaging in any such activities.

Respondents and their officers, agents, representatives, servants, employees, heirs, successors, and assigns, and all others in active concert or participation with Respondents are further ordered to:

13. Destroy all copies of Bungie's copyrighted works, including but not limited to *Destiny 2* or any derivative work thereof, including but not limited to any of its expansions, or any other downloadable content associated with *Destiny 2* offered by Bungie; and

14. Upon final adjudication of the federal court case captioned *Bungie, Inc. v. AimJunkies.com, et al.*, No. 2:21-cv-811 (W.D. Wash.) between Bungie and Respondents, destroy all copies of any cheat software for Bungie's copyrighted works, including but not limited to *Destiny 2* or any derivative work thereof, including but not limited to any of its expansions, or any other downloadable content associated with *Destiny 2* offered by Bungie.

## BINDING EFFECT

IT IS FURTHER ORDERED that this Permanent Injunction shall be binding upon and inure to the benefit of the parties and all successors, assigns, parent entities, subsidiaries, officers, directors, members, shareholders, distributors, agents, affiliates, and all other persons who are in active concert or participation with anyone described herein, who receive actual notice of this Permanent Injunction by personal service or otherwise.

**IT IS SO ORDERED**

[PROPOSED] PERMANENT INJUNCTION
(NO. 5160000075) – 4

160137081.4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED January 31, 2023.

_____
THE HONORABLE RONALD E. COX (RET.)
JAMS

[PROPOSED] PERMANENT INJUNCTION
(NO. 5160000075) – 5

160137081.4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that they served a true and correct copy of the foregoing [PROPOSED] PERMANENT INJUNCTION to the following via the email address below:

Philip P. Mann
Mann Law Group PLLC
403 Madison Ave. N.
Suite 240
Bainbridge Island, WA 98110
Telephone: 206.855.8839
Facsimile: 866.341.5140
Email: phil@mannlawgroup.com

*Attorney for Respondents*

**I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

EXECUTED this 23rd day of January, 2023.

By: /s/Christian W. Marcelo
Christian W. Marcelo
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: cmarcelo@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 5160000075) – 1

160137081.4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000