THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>　　　　　Plaintiff-Counterdefendant,<br><br>　　v.<br><br>AIMJUNKIES.COM, a business of unknown classification; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; JEFFREY CONWAY, an individual; and JAMES MAY, an individual,<br><br>　　　　　Defendants,<br><br>　　and,<br><br>PHOENIX DIGITAL GROUP LLC, a Delaware limited liability company; and JAMES MAY, an individual<br><br>　　　　　Defendants-Counterclaimants | No. 2:21-cv-811-TSZ<br><br>PLAINTIFF-COUNTERDEFENDANT BUNGIE, INC.'S ANSWER TO AMENDED COUNTERCLAIMS AND AFFIRMATIVE DEFENSES |

　　　　Plaintiff and Counterdefendant Bungie, Inc. ("Bungie"), by and through its undersigned attorneys, submits this answer and affirmative defenses in response to Defendants and Counterclaimants Phoenix Digital Group, LLC's ("Phoenix Digital") and James May's Amended

ANSWER TO AMENDED COUNTERCLAIMS
(No. 2:21-CV-811-TSZ) –1

160748765.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Counterclaims. Bungie denies, except where expressly admitted, each allegation in the Amended Counterclaims. Bungie includes the headings used in the Amended Counterclaims solely for convenience and ease of reference and denies any allegations, assertions, or inferences contained therein.

### First Amended Counterclaim of James May for Unauthorized Access With Intent to Defraud 18 U.S.C. § 1030(a)(4)

1. Bungie lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies the allegations therein.

2. Bungie lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies the allegations therein.

3. Bungie lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies the allegations therein.

4. Bungie lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies the allegations therein.

5. Bungie lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies the allegations therein.

6. Bungie admits that May accepted the terms of the Limited Software License Agreement in at least October and November 2019.

7. Bungie admits that Exhibit 6 to the Amended Complaint (Dkt. No. 34-1 p. 18–27) and Exhibit A to the Amended Counterclaims is a copy of Bungie's Limited Software License Agreement ("LSLA"). Bungie denies any remaining allegations in this paragraph.

8. Bungie admits that the LSLA references and incorporates a "Privacy Policy." Bungie admits that a document titled "Bungie Privacy Statement" is attached to the Amended Counterclaim as Exhibit B. Exhibit B speaks for itself. Bungie denies any remaining allegations in this paragraph.

ANSWER TO AMENDED COUNTERCLAIMS
(No. 2:21-CV-811-TSZ) –2

160748765.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

9. Paragraph 9 calls for a legal conclusion to which no response is required. The content of the LSLA speaks for itself. To the extent a response is required, Bungie denies the allegations in this paragraph.

10. Paragraph 10 calls for a legal conclusion to which no response is required. The content of the Privacy Policy speaks for itself. To the extent a response is required, Bungie admits that Section 2(a) of the Privacy Policy is entitled "Information We Collect," and Bungie denies any remaining allegations in this paragraph.

11. Bungie denies the allegations in this paragraph.

12. Bungie admits it produced a document bearing Bates number BUNGIE_WDWA_0000409 on or about July 25, 2022. Bungie lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and on that basis denies the allegations therein.

13. The deposition transcript speaks for itself. Bungie denies the characterization of the testimony as alleged in this paragraph.

14. Bungie denies the allegations in this paragraph.

15. Bungie denies the allegations in this paragraph.

16. Bungie admits that document Bates numbered BUNGIE_WDWA_0000409 contains some file identifiers. Bungie denies that May owns and holds copyrights to the identified file. Bungie lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and on that basis denies the allegations herein.

17. Bungie denies the allegations in this paragraph.

18. Bungie denies that May holds copyrights to the identified file. Bungie lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and on that basis denies the allegations therein.

19. Bungie lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies the allegations therein.

ANSWER TO AMENDED COUNTERCLAIMS
(No. 2:21-CV-811-TSZ) –3

160748765.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

20. Bungie admits that Exhibit D is a document Bungie produced bearing Bates No. BUNGIE_WDWA0000367 and was produced by Bungie on or about July 25, 2022.  Bungie lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and on that basis denies the allegations therein.

21. Bungie denies that Exhibit D demonstrates it collected data from May without May's authorization and denies that May holds copyrights to the identified file.  Bungie lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and on that basis denies the allegations therein.

22. Exhibit D speaks for itself.  Bungie admits that May used files signed by Phoenix Digital Group LLC in connection with reverse engineering *Destiny 2*.  Bungie denies the remaining allegations in this paragraph.

23. Bungie denies the allegations in this paragraph.

24. Bungie denies the allegations in this paragraph.

25. Bungie denies the allegations in this paragraph.

26. Bungie lacks knowledge or information sufficient to form a belief about the contents of the "reclasskerney64.pbd" file and on that basis denies the allegations regarding that file.  Bungie denies the remaining allegations in this paragraph.

27. Bungie denies the allegations in this paragraph.

28. Exhibit D speaks for itself.  Bungie denies Defendants' characterization of the document and what it "demonstrates."  Bungie lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies the allegations therein.

29. Bungie denies the allegations in this paragraph.

30. Bungie denies the allegations in this paragraph.

ANSWER TO AMENDED
COUNTERCLAIMS
(No. 2:21-CV-811-TSZ) –4

160748765.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

31. Bungie admits that May agreed to the LSLA and Privacy Policy on at least 102 occasions. Bungie lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and on that basis denies the allegations therein.

32. Bungie denies the allegations in this paragraph.

33. Bungie denies the allegations in this paragraph.

34. Bungie denies that it brought fraudulent and meritless claims against Defendants, and as found in the Arbitrator's February 1, 2023 Final Award, Defendants are liable for several causes of action, including breach of contract, tortious interference, and circumvention of technological measures and trafficking in circumvention devices in violation of the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201(a) and 1201(b)(1), resulting in an award of $3,657,500 in statutory damages to Bungie, and Bungie's attorneys' fees and costs, including for spoliation. *See* Dkt. No. 88. Bungie also denies the remaining allegations in this paragraph.

35. Bungie denies the allegations in this paragraph.

36. Bungie denies the allegations in this paragraph.

37. Bungie denies the allegations in this paragraph.

38. Bungie denies the allegations in this paragraph.

39. Bungie denies the allegations in this paragraph.

**Second Amended Counterclaim of James May For Theft of Computer Data**
**18 U.S.C. § 1030(a)(2)(C)**

40. Bungie incorporates its responses to the foregoing paragraphs as if fully set forth herein.

41. Bungie lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies the allegations therein.

42. Bungie denies the allegations in this paragraph.

43. Bungie denies the allegations in this paragraph.

44. Bungie denies the allegations in this paragraph.

45. Bungie denies the allegations in this paragraph.

ANSWER TO AMENDED
COUNTERCLAIMS
(No. 2:21-CV-811-TSZ) –5

160748765.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

46. Bungie denies the allegations in this paragraph.

**Third Amended Counterclaim of James May For Unauthorized Access**
**18 U.S.C. § 1030(a)(5)(C)**

47. Bungie incorporates its responses to the foregoing paragraphs as if fully set forth herein.

48. Bungie lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies the allegations therein.

49. Bungie denies the allegation in this paragraph.

50. Bungie denies the allegations in this paragraph.

51. Bungie denies the allegations in this paragraph.

52. Bungie denies the allegations in this paragraph.

53. Bungie denies the allegations in this paragraph.

**Fourth Amended Counterclaim of James May For**
**Circumvention of Technological Measures**
**17 U.S.C. § 1201(a)**

54. Bungie incorporates its responses to the foregoing paragraphs as if fully set forth herein.

55. Bungie lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies the allegations therein.

56. Bungie denies the allegations in this paragraph.

57. Bungie denies the allegations in this paragraph.

58. Bungie denies the allegations in this paragraph.

59. Bungie denies the allegations in this paragraph.

60. Bungie denies the allegations in this paragraph.

**First Amended Counterclaim of Phoenix Digital Group LLC**
**For Breach of Contract**

61. Paragraph 61 does not set forth factual allegations to which a response is required.

ANSWER TO AMENDED COUNTERCLAIMS
(No. 2:21-CV-811-TSZ) –6

160748765.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

62. Bungie incorporates its responses to the foregoing paragraphs as if fully set forth herein.

63. Bungie lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies the allegations therein.

64. Bungie lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies the allegations therein.

65. The referenced Terms of Service speaks for itself.

66. The referenced Terms of Service speaks for itself.

67. The referenced Terms of Service speaks for itself.

68. The referenced Terms of Service speaks for itself.

69. Bungie admits that obtained access to the "cheat software" on or about January 2020 with a purchaser using the name Martin Zeniu. Bungie lacks knowledge or information sufficient to form a belief about the truth of any remaining allegations in this paragraph, and on that basis denies the remaining allegations therein.

70. Bungie admits the allegations in this paragraph.

71. Bungie denies the allegations in this paragraph.

72. Bungie denies the allegations in this paragraph.

73. Bungie denies the allegations in this paragraph.

74. Bungie denies the allegations in this paragraph.

75. Bungie denies the allegations in this paragraph.

**Second Amended Counterclaim of Phoenix Digital For
Circumvention of Technological Measures
17 U.S.C. § 1201(a)**

Phoenix Digital's Second Amended Counterclaim was dismissed with prejudice pursuant to the Court's February 3, 2023 Order (Dkt. No. 84). Therefore, Bungie is not required to answer the remaining paragraphs 76 through 82, which relate solely to that claim. To the extent any response to these paragraphs is required, Bungie denies the allegations therein.

ANSWER TO AMENDED
COUNTERCLAIMS
(No. 2:21-CV-811-TSZ) –7

160748765.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**AFFIRMATIVE DEFENSES**

By raising the following defenses, Bungie does not assume the burden of proof of any issue that, as a matter of law, is Counterclaimants' burden to prove. Bungie further does not admit any allegation of the Counterclaims not otherwise admitted and expressly incorporates the admissions and denials in each and every paragraph above. Bungie reserves the right to amend or augment these defenses based on further investigation and discovery.

1. Counterclaimants fail to state a claim upon which relief can be granted.

2. By accepting Bungie's Limited Software License Agreement ("LSLA") and Privacy Policy, May authorized Bungie to collect information about his use of the Bungie Services, actions taken within the Bungie Services, and his device, including his computer. The information that May alleges Bungie collected from May's device(s) is the type of information that May authorized Bungie to collect. May consented to Bungie's alleged access of May's computer(s), file(s), information, data, and/or copyrighted work(s).

3. By accepting Bungie's Limited Software License Agreement ("LSLA") and Privacy Policy, May authorized Bungie to collect information about his use of the Bungie Services, actions taken within the Bungie Services, and his device, including his computer. The information that May alleges Bungie collected from May's device(s) is the type of information that May authorized Bungie to collect by accepting Bungie's LSLA and Privacy Policy. May granted Bungie a license to access May's computer(s), file(s), information, data, and/or copyrighted work(s).

4. In the Arbitrator's Final Award, Counterclaimants were found to have violated the Digital Millennium Copyright Act (17 U.S.C. §§ 1201(a), 1201(b)(1)) ("DMCA") and Washington Consumer Protection Act (RCW 19.86.020), and were found liable for breach of contract and tortious interference with a contract in connection with their development, sale, and distribution of Defendants' cheat software for Bungie's *Destiny 2* video game. The actions that form the basis of Counterclaimants' Amended Counterclaims—including May's surreptitious

ANSWER TO AMENDED COUNTERCLAIMS
(No. 2:21-CV-811-TSZ) –8

160748765.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

attempts to reverse engineer *Destiny 2* using reverse engineering tools provided and signed by Phoenix Digital, and Phoenix Digital's trafficking in an illegal circumvention device—arise from Counterclaimants' development, sale, and distribution of Defendants' cheat software for *Destiny 2*, and Bungie's subsequent investigation of Counterclaimants' unlawful conduct. Counterclaimants' Amended Counterclaims are barred by the doctrine of unclean hands.

5.   As found in the arbitration Final Award between Bungie and Counterclaimants, Defendants' *Destiny 2* cheat software sold by Phoenix Digital is an illegal circumvention device that violates the DMCA, was developed through the unlawful circumvention of technological measures (also in violation of the DMCA and Bungie's LSLA), and tortiously interferes with Bungie's LSLAs with users of the cheat software that play *Destiny 2*. Phoenix Digital's Terms of Service, which apply to the sale/license of Defendants' *Destiny 2* cheat software, are void because they are in violation of public policy and/or illegal.

6.   On information and belief, Phoenix Digital's Terms of Service did not exist at the time Bungie acquired Defendants' *Destiny 2* cheat software from the AimJunkies.com website. Alternatively, Phoenix Digital's Terms of Service were not presented to Bungie at the time of the purchase. Bungie did not agree or consent to the Phoenix Digital Terms of Service, and if such consent was obtained, it was obtained fraudulently.

7.   Counterclaimants have failed to mitigate damages.

8.   Counterclaimants' alleged damages arise from Bungie's filing and prosecution of this action and the parallel arbitration to protect its intellectual property and other rights. To the extent Counterclaimants' damages arise from that litigation-related conduct and/or statements, Bungie is immune from liability for some or all of the conduct alleged in the Amended Counterclaims under the litigation privilege.

9.   Phoenix Digital lacks standing because Phoenix Digital does not claim to own the *Destiny 2* cheat software or the loader software used to distribute the cheat software that it alleges Bungie analyzed in violation of the Phoenix Digital Terms of Service.

ANSWER TO AMENDED COUNTERCLAIMS
(No. 2:21-CV-811-TSZ) –9

160748765.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**PRAYER FOR RELIEF**

WHEREFORE, Bungie prays for the following relief:

A. Dismissal of the Amended Counterclaims with prejudice;

B. That all remedies sought by Counterclaimants be denied;

C. For the relief prayed for in Bungie's Amended Complaint;

D. Bungie's costs of the suit, including reasonable attorneys' fees; and

E. Such other relief as the Court may deem just and proper.

DATED this 17th day of February, 2023

By: /s/William C. Rava
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No.
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: WRava@perkinscoie.com
JDini@perkinscoie.com

*Attorneys for Plaintiff-Counterdefendant Bungie, Inc.*

ANSWER TO AMENDED COUNTERCLAIMS
(No. 2:21-CV-811-TSZ) –10

160748765.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000