THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC.,

Plaintiff,

v.

AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,

Defendants.

No. 2:21-cv-811-TSZ

**DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXTEND DISCOVERY CUTOFF AND DISCOVERY MOTION DATES**

I, William C. Rava, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am a Partner at Perkins Coie LLP, and counsel in this action and the parallel arbitration proceeding for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Extend Discovery Cutoff and Discovery Motion Dates. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Defendants have not served any discovery requests on Bungie since filing their original answer and counterclaims (Dkt. No. 63).

3. Attached hereto as **Exhibit A** are Bungie's December 9, 2023 and January 20, 2023 discovery requests served on Defendants.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1

2     I declare under penalty of perjury under the laws of the United States that the foregoing is

3  true and correct.

4

5     Executed this 27th day of February, 2023.

6                                              *s/William C. Rava*
                                               William C. Rava
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

RAVA DECL. ISO PLAINTIFF'S OPP'N
TO MOT. TO EXTEND
(No. 2:21-cv-811-TSZ) – 2

161132562.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000