THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**REPLY IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND DISCOVERY CUTOFF AND DISCOVERY MOTION DATES**<br><br>**Note on Motion Calendar: March 3, 2023** |

Responsive to Bungie's Opposition (Dkt#91) and in further support of their Motion to Extend Discovery Cutoff and Discovery Motion Dates, Defendants reply as follows:

In a transparent "straw man" strategy, Bungie bizarrely claims that Defendants' motion is really an "apparent motion for a protective order," and then wastes time arguing against a motion Defendants have not yet made. Defendants' motion is simply what it states on its face. Defendants simply request that the dates for the filing of discovery related motions and for completing discovery be extended. This Court has both inherent and statutory authority under Rule 26(b), Fed.R.Civ.P. to control its docket and to issue orders related to discovery, whether "on motion or on its own." Fed.R.Civ.P. 26(b)(20(c). Bungie's claim that this Court somehow does not have the authority to provide the requested relief because Defendants did not specifically point out this Court's inherent and statutory authority to control its own docket is preposterous.

Reply in Support of Motion for Extension of Time
Cause No. 21-CV-0811-TSZ
Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

The various cases Bungie cites in its opposition demonstrate only that the court does not abuse its discretion in *denying* requests to extend discovery when it concludes such is unneeded. *None* of these cases stands for the proposition that a court, such as this Court, *cannot* extend discovery or other dates in its own discretion and for reasons of its own. Defendants are aware of no case holding that a district court errs in granting more time for discovery or otherwise modifying its own schedule.

Bungie's claim that Defendants have been dilatory in discovery is false. In its July 25, response to Defendants' document requests, (true and correct copy attached as Exhibit A), Bungie, in response to several requests related to the counterclaims now pending, objected on various grounds including that they were "seeking documents neither relevant to the claim or defense of any party nor reasonably proportional to the needs of the case." (See, e.g., response to Requests Nos. 13-20 that seek, in part, records related to Defendants' counterclaims.) In a "meet and confer" session conducted September 6, 2022, Bungie continued to insist that Defendants' discovery requests were still "irrelevant" and "not reasonably proportional" to the claims and defenses which, at that time, did not include the counterclaims.[1]

It was not until February 3, 2023 that this Court largely denied Bungie's motion to dismiss Defendants' amended counterclaims and permitted all but one of those counterclaims to proceed. At that time, it was impossible under the then applicable scheduling order (Dkt#44) to serve and complete discovery related to the counterclaims (which would no longer be subject to Bungie's claim that they are, "neither relevant to the claim or defense of any party nor reasonably proportional to the needs of the case") as the discovery cutoff date (February 21, 2023) did not permit the 30 days needed for response. Again Bungie could simply thumb its nose at Defendants' requests, secure in the knowledge that Defendants would be left with no remedy against such tactics.

Again, Defendants' motion simple requests adequate time to conduct discovery into the counterclaims, which counterclaims were not formally permitted to proceed until February 3, 2023, just one month ago. Bungie has not and cannot show any prejudice in permitting

---

[1] At that time Defendants served their document requests and Bungie raised its relevancy objections, Defendants' Motion to Dismiss Bungie's Amended Complaint had not yet been decided and no Answer and Counterclaim had yet been filed.

Reply in Support of Motion for Extension of Time
Cause No. 21-CV-0811-TSZ    Page 2

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

proper discovery, considering trial is not scheduled until December 4, 2023 and more than sufficient time remains.

Finally, Bungie's characterization of Defendants' motion as one for a protective order and its demand for fees are baseless. Defendants simply seek this Court's input and direction to avoid needless waste and argument over matters that ordinarily should be worked out among counsel. Given that Bungie refuses to consider limitations on the depositions it seeks to take and cannot identify what additional information, beyond that reasonably related to the counterclaims, it could not have obtained before despite at least five days of depositions of each defendant, Defendants will be requesting a telephonic motion pursuant to LCR 7(i) to address the scheduling and scope of Bungie's now noticed depositions, set for the week of March 6, 2023.

For all the foregoing reasons, Defendants' request that the dates for filing motions related to discovery and completing discovery of the counterclaim issues be extended to May 25 2023, and June 23, 2023, respectively.

Such action by this Court is respectfully requested.

Dated March 3, 2023.

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

Reply in Support of Motion for Extension of Time
Cause No. 21-CV-0811-TSZ            Page 3

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900