THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,<br><br>        Defendants. | No. 2:21-cv-811-TSZ<br><br>**[PROPOSED] ORDER [GRANTING/DENYING] PLAINTIFF BUNGIE, INC.'S UNOPPOSED MOTION TO SEAL** |

THIS MATTER came before the Court for consideration on Plaintiff Bungie, Inc.'s ("Bungie") Unopposed Motion to Seal (the "Motion"). Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, it is hereby ORDERED as follows:

Bungie's Motion is _____. Exhibits E, F, and H to the Declaration of Christian W. Marcelo in Support of Bungie's Motion for Discovery Sanctions and to Compel Discovery Responses, and the accompanying references to these exhibits and information in Bungie's Motion for Discovery Sanctions and to Compel Discovery Responses [may / may not] be filed under seal.

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

161658560.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this _____ day of _____, 2023.

                                          Honorable Thomas S. Zilly
                                        UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Christian W. Marcelo*
Christian W. Marcelo, WSBA No. 51193
William C. Rava, WSBA No. 29948
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:      WRava@perkinscoie.com
                CMarcelo@perkinscoie.com
                JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 2

161658560.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000