|   |   |
|---|---|
|   | THE HONORABLE THOMAS S. ZILLY |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DECLARATION OF PHILIP P. MANN IN OPPOSITION TO PLAINTIFF'S MOTION FOR DISCOVERY SANCTIONS AND TO COMPEL DISCOVERY**<br><br>**Note on Motion Calendar: April 14, 2023**<br><br>**Oral Argument Requested** |

I, Philip P. Mann, under penalty of perjury under the laws of the United States, state and declare as follows:

1. I am counsel for all Defendants in the above captioned matter.

2. Attached as Group Exhibit A are true and correct copies of the at least eighteen responses Defendants have served in response to Bungie's various discovery requests in this matter. In no instance have Defendants refused to provide documents that exist and/or over which they exercise custody and control.

3. Attached as Exhibit B is a true and correct copy of the Expert Report submitted by Bungie's damages expert, Mr. Drew Voth, in this matter. (Please note that

//

Mann Declaration
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

1 Bungie by prior agreement has waived "confidentiality" as to this report.)

Dated April 10, 2023.

>   */s/ Philip P. Mann*
>   Philip P. Mann

Mann Declaration
Cause No. 21-CV-0811-TSZ

Page 2

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900