# EXHIBIT A

## Case No. 21-CV-0817-TSZ

**(Exhibit A to Declaration of Philip P. Mann)**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

               Plaintiff,

    v.

AIMJUNKIES.COM; PHOENIX
DIGITAL GROUP LLC; DAVID
SCHAEFER; JORDAN GREEN;
JEFFREY CONWAY; JAMES MAY,,

               Defendants.

No. 2:21-cv-811-TSZ

BUNGIE, INC.'S OBJECTIONS AND
RESPONSES TO DEFENDANT
PHOENIX DIGITAL GROUP LLC'S
FIRST SET OF REQUESTS FOR
PRODUCTION

## PRELIMINARY STATEMENT

The objections and responses set forth below are based upon such information that is presently available to Bungie. Bungie provides these objections and responses without prejudice to its right to assert additional objections and amend or supplement any or all of the information contained in its responses as additional facts are ascertained, analyses are made, and research is completed. These objections and responses are made without waiving or intending to waive, but on the contrary preserving:

    a.     all assertions as to competency, relevancy, materiality, privilege, and admissibility as evidence for any purpose of the responses or subject matter thereof, in any proceeding in this action, including trial, or in any other action;

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF RFPS – 1
(No. 2:21-cv-811-TSZ)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157460769.4

1      b.      the right to object on any ground to the use of said responses, or the subject matter

2    thereof, in any proceeding in this action, including trial, or in any other action; and

3      c.      the right to object on any ground at any time to additional Requests,

4    interrogatories, or other discovery procedures involving or relating to the subject matter of these

5    Requests.

6      A partial answer to any Request that has been objected to, in whole or in part, is not

7    intended to be a waiver of the objection.

8      In responding to the Requests, Bungie does not concede the competency, relevancy,

9    materiality, or admissibility of the subject matter of the Request.  Nothing contained in its

10    objections and responses is to be construed as an admission by Bungie concerning:

11      a.      the existence of any information or document;

12      b.      the relevance or admissibility of any information or document; or

13      c.      the truth or accuracy of any information, document, statement, construction, or

14    characterization.

15      Any information conveyed in conjunction with Bungie's objections and responses is not

16    to be construed as an admission as to the competency, relevancy, materiality, or admissibility as

17    evidence for any purpose in this action or in any other proceeding.  Bungie will respond to each

18    Request, to the extent that no objection is made, based upon its interpretation and understanding

19    of the Request.

20      **<u>GENERAL OBJECTIONS</u>**

21      The following objections apply to each and every Request propounded by Defendant

22    Phoenix Digital Group LLC ("Phoenix Digital") and are incorporated into each of the following

23    specific responses by reference as if set forth in full in response to each individual Request.  Any

24    repetition is for emphasis only and not to the exclusion of any other General Objection.

25      1.      Bungie objects to the Requests to the extent they call for information that is

26    protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF RFPS – 2
(No. 2:21-cv-811-TSZ)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157460769.4

1    any other privilege, protection, or immunity provided by law ("Privileged Information").  Any

2    response should be construed to exclude Privileged Information.  Inadvertent disclosure of

3    Privileged Information shall not constitute a waiver of, nor signify intent to waive, the applicable

4    privilege, either as to the information or documents inadvertently disclosed or as to any other

5    information or documents.  Nothing contained in Bungie's responses or the documents produced

6    is intended to be or should be considered a waiver by Bungie of any applicable protection.

7           2.      Bungie objects to the Requests to the extent they are vague and ambiguous, use

8    terms that are not defined or understood, seek information that is not relevant to the subject

9    matter of this action or proportional to the needs of the case, and are unduly burdensome or

10   oppressive.

11          3.      Bungie objects to the Requests to the extent they call for legal conclusions.

12          4.      Bungie objects to the Requests to the extent they are premature.  Discovery is

13   continuing in this action and Bungie has not completed its factual investigation.  These responses

14   are made in good faith and after diligent inquiry into the facts and information now known to

15   Bungie as well as its present analysis of the case.  However, documents that may be responsive

16   to the Requests may not yet have been discovered.  Accordingly, without asserting an obligation

17   to do so, and without waiving the objections asserted herein, Bungie reserves the right to amend

18   and/or supplement its responses as and when additional information is discovered.  Additionally,

19   because Bungie's responses are based on information that it has identified to date, they do not

20   preclude Bungie from relying on facts or documents discovered or generated pursuant to

21   subsequent investigation and discovery.

22          5.      Bungie objects to the Requests to the extent they seek information of a third party

23   that is in Bungie's possession, custody, or control but is subject to an obligation of

24   confidentiality and/or nondisclosure to the third party.  Bungie will provide such information and

25   documents or things only to the extent it can do so consistent with the Stipulated Protective

26   Order entered in this case (Dkt. No. 60).

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF RFPS – 3
(No. 2:21-cv-811-TSZ)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157460769.4

6.     Bungie objects to the Requests to the extent they seek documents or things not within Bungie's possession, custody, or control, or not maintained by Bungie in its ordinary course of business.  Bungie will provide only relevant, non-privileged documents that are presently within Bungie's possession, custody, or control and that it is able to locate after a reasonable investigation.

7.     Bungie objects to the Requests to the extent they seek documents or things in Phoenix Digital's possession and/or available to Phoenix Digital from public sources.

8.     Bungie objects to the Requests to the extent they seek documents or things more efficiently and appropriately obtained through some other form of discovery.

9.     Bungie objects to the Requests to the extent they seek disclosure of confidential, proprietary, and trade secret information or information that is otherwise commercially sensitive, and will only produce those documents consistent with the Stipulated Protective Order entered in this case (Dkt. No. 60).

10.    Bungie objects to the Requests, and their Definitions, to the extent they purport to impose any requirement or discovery obligation on Bungie greater or different than those imposed by the Federal Rules of Civil Procedure and the applicable rules and orders of this Court.  Bungie will respond to the Requests in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

11.    Bungie objects to Definitions 1 and 2 of Phoenix Digital's Requests on the grounds that they are vague and ambiguous, specifically as to the term "Plaintiff" because it has been given two different definitions.  For purposes of these objections and responses, Bungie interprets "Plaintiff" to refer to Bungie, Inc.

12.    Bungie further objects to Definition 2 of Phoenix Digital's Requests on the grounds that it is vague and ambiguous, specifically as to the meaning of the term "indirectly." For purposes of these objections and responses, Bungie interprets this definition to encompass only legal entities owned directly by Bungie.

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF RFPS – 4
(No. 2:21-cv-811-TSZ)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157460769.4

1

<u>**RESPONSES**</u>

2

<u>**REQUEST FOR PRODUCTION NO. 1:**</u>

3     A true and correct copy of the source code for the "Destiny 2" work identified in Copyright

4     Registration No. TX 8-933-655.

5     <u>**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**</u>

6     Subject to and without waiving its General Objections, Bungie will produce non-privileged

7     documents responsive to this Request that are in Bungie's possession, custody, or control, if any,

8     that are located after a reasonably diligent search.

9

10    <u>**REQUEST FOR PRODUCTION NO. 2:**</u>

11    A true and correct copy of the source code for the "Destiny 2: Beyond Light" work

12    identified in Copyright Registration No. TX 8-933-658

13    <u>**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**</u>

14    Subject to and without waiving its General Objections, Bungie will produce non-privileged

15    documents responsive to this Request that are in Bungie's possession, custody, or control, if any,

16    that are located after a reasonably diligent search.

17

18    <u>**REQUEST FOR PRODUCTION NO. 3:**</u>

19    To the extent not provided in response to Request No. 1 above, a true and correct copy of

20    the source code for the "Destiny 2" audiovisual work identified in Copyright Registration

21    No. PA 2-282-670.

22    <u>**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**</u>

23    In addition to its General Objections, Bungie objects to this Request as vague and

24    ambiguous, specifically as to the meaning of "source code" in connection with an "audiovisual

25    work."

26

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF RFPS – 5
(No. 2:21-cv-811-TSZ)

157460769.4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1   Subject to and without waiving these objections, Bungie offers to meet and confer

2   regarding this Request.

3

4   **REQUEST FOR PRODUCTION NO. 4:**

5   To the extent not provided in response to Request No. 2 above, a true and correct copy of

6   the source code for the "Destiny 2: Beyond Light" audiovisual work identified in Copyright

7   Registration No. PA 2-280-030.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

9   In addition to its General Objections, Bungie objects to this Request as vague and

10  ambiguous, specifically as to the meaning of "source code" in connection with an "audiovisual

11  work."

12  Subject to and without waiving these objections, Bungie offers to meet and confer

13  regarding this Request.

14

15  **REQUEST FOR PRODUCTION NO. 5:**

16  All documents that refer or relate to Phoenix Digital Group LLC.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

18  In addition to its General Objections, Bungie objects to this request for "[a]ll documents"

19  as overly broad and unduly burdensome and is therefore not proportional to the needs of the case.

20  Bungie further objects to this Request as seeking documents protected by the attorney-client

21  privilege and/or attorney work product doctrine, as well as any other applicable immunity from

22  disclosure.

23  Subject to and without waiving these objections, Bungie will produce non-privileged

24  documents responsive to this Request that are in Bungie's possession, custody, or control, if any,

25  that are located after a reasonably diligent search.

26

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF RFPS – 6
(No. 2:21-cv-811-TSZ)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157460769.4

1  **REQUEST FOR PRODUCTION NO. 6:**

2      All documents that refer or relate to Aimjunkies.com.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

4      In addition to its General Objections, Bungie objects to this request for "[a]ll documents"

5  as overly broad and unduly burdensome and is therefore not proportional to the needs of the case.

6  Bungie further objects to this Request as seeking documents protected by the attorney-client

7  privilege and/or attorney work product doctrine, as well as any other applicable immunity from

8  disclosure.

9      Subject to and without waiving these objections, Bungie will produce non-privileged

10  documents responsive to this Request that are in Bungie's possession, custody, or control, if any,

11  that are located after a reasonably diligent search.

12

13  **REQUEST FOR PRODUCTION NO. 7:**

14      All documents that refer or relate to Jeffrey Conway.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

16      In addition to its General Objections, Bungie objects to this request for "[a]ll documents"

17  as overly broad and unduly burdensome and is therefore not proportional to the needs of the case.

18  Bungie further objects to this Request as seeking documents protected by the attorney-client

19  privilege and/or attorney work product doctrine, as well as any other applicable immunity from

20  disclosure.

21      Subject to and without waiving these objections, Bungie will produce non-privileged

22  documents responsive to this Request that are in Bungie's possession, custody, or control, if any,

23  that are located after a reasonably diligent search.

24

25  **REQUEST FOR PRODUCTION NO. 8:**

26      All documents that refer or relate to David Schaefer.

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF RFPS – 7
(No. 2:21-cv-811-TSZ)

157460769.4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

2        In addition to its General Objections, Bungie objects to this request for "[a]ll documents"

3  as overly broad and unduly burdensome and is therefore not proportional to the needs of the case.

4  Bungie further objects to this Request as seeking documents protected by the attorney-client

5  privilege and/or attorney work product doctrine, as well as any other applicable immunity from

6  disclosure.

7        Subject to and without waiving these objections, Bungie will produce non-privileged

8  documents responsive to this Request that are in Bungie's possession, custody, or control, if any,

9  that are located after a reasonably diligent search.

10

11  **REQUEST FOR PRODUCTION NO. 9:**

12        All documents that refer or relate to Jordan Green.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

14        In addition to its General Objections, Bungie objects to this request for "[a]ll documents"

15  as overly broad and unduly burdensome and is therefore not proportional to the needs of the case.

16  Bungie further objects to this Request as seeking documents protected by the attorney-client

17  privilege and/or attorney work product doctrine, as well as any other applicable immunity from

18  disclosure.

19        Subject to and without waiving these objections, Bungie will produce non-privileged

20  documents responsive to this Request that are in Bungie's possession, custody, or control, if any,

21  that are located after a reasonably diligent search.

22

23  **REQUEST FOR PRODUCTION NO. 10:**

24        All documents that refer or relate to James May.

25

26

---

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF RFPS – 8
(No. 2:21-cv-811-TSZ)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157460769.4

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

2         In addition to its General Objections, Bungie objects to this request for "[a]ll documents"

3  as overly broad and unduly burdensome and is therefore not proportional to the needs of the case.

4  Bungie further objects to this Request as seeking documents protected by the attorney-client

5  privilege and/or attorney work product doctrine, as well as any other applicable immunity from

6  disclosure.

7         Subject to and without waiving these objections, Bungie will produce non-privileged

8  documents responsive to this Request that are in Bungie's possession, custody, or control, if any,

9  that are located after a reasonably diligent search.

10

11  **REQUEST FOR PRODUCTION NO. 11:**

12         All documents that you contend show misuse or infringement by Phoenix Digital Group

13  LLC of any Trademark referenced in your Amended Complaint.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

15         In addition to its General Objections, Bungie objects to this Request as vague and

16  ambiguous, specifically as to the meaning of "misuse." For purposes of responding to this Request,

17  Bungie interprets "misuse" to mean "infringement."

18         Subject to and without waiving these objections, Bungie will produce non-privileged

19  documents responsive to this Request that are in Bungie's possession, custody, or control, if any,

20  that are located after a reasonably diligent search.

21

22  **REQUEST FOR PRODUCTION NO. 12:**

23         All records referring or relating to any of Defendants' accounts on Steam/Bungie that refer

24  or relate to Destiny 2.

25

26

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF RFPS – 9
(No. 2:21-cv-811-TSZ)

157460769.4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1 **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

2     In addition to its General Objections, Bungie objects to this request for "[a]ll documents"

3 as overly broad and unduly burdensome and is therefore not proportional to the needs of the case.

4 Bungie further objects to this Request to the extent it is vague and ambiguous, specifically as to

5 the meaning of "accounts on Steam/Bungie." Bungie also objects to this Request to the extent it

6 seeks documents or things not within Bungie's possession, custody, or control.

7     Subject to and without waiving these objections, Bungie will produce non-privileged

8 documents responsive to this Request that are in Bungie's possession, custody, or control, if any,

9 that are located after a reasonably diligent search.

10

11 **REQUEST FOR PRODUCTION NO. 13:**

12     Any and all information collected by Bungie regarding all players computer operating

13 environments, including but not limited to logs of running processes, Windows kernel level

14 information, game memory, browser history and records relating to running processes.

15 **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

16     In addition to its General Objections, Bungie objects to this request for "[a]ny and all

17 information" collected by Bungie regarding "all players" as overly broad and unduly burdensome

18 and is therefore not proportional to the needs of the case. Bungie further objects to this Request

19 as seeking documents neither relevant to the claim or defense of any party nor reasonably

20 proportional to the needs of the case. "Any and all information" collected by Bungie regarding

21 "all players," regardless of their involvement in the issues in this case, is not relevant to this case.

22 Bungie also objects to this Request as seeking proprietary, high-security information, and

23 irrelevant information that Bungie reasonably believes could be used in furtherance of unlawful

24 conduct.

25     Subject to and without waiving these objections, Bungie intends to withhold documents

26 based on each of these objections.

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF RFPS – 10
(No. 2:21-cv-811-TSZ)

157460769.4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1    **REQUEST FOR PRODUCTION NO. 14:**

2        All communications including emails, phone calls, Discord or any other method of

3    electronic communication including communications from internal company data engineers

4    specifically hired in July 2021 specializing in anticheating methods.

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

6        In addition to its General Objections, Bungie objects to this request for "[a]ll

7    communications" as overly broad and unduly burdensome and is therefore not proportional to the

8    needs of the case.  Bungie further objects to this Request as seeking documents neither relevant to

9    the claim or defense of any party nor reasonably proportional to the needs of the case.  "All

10   communications" from "internal company data engineers specifically hired in July 2021

11   specializing in anticheating methods" unspecified in subject matter or time period are not relevant

12   to this case.  Bungie further objects to this Request as vague and ambiguous to the extent it requests

13   the production of "phone calls."  Bungie also objects to this Request to the extent that disclosure

14   of responsive documents exposes Bungie employees to risk of physical harm from third parties.

15       Subject to and without waiving these objections, Bungie intends to withhold documents

16   based on each of these objections.

17

18   **REQUEST FOR PRODUCTION NO. 15:**

19       All information in your possession or control collected by Steam regarding players

20   computer operating environments, including but not limited to logs of running processes, Windows

21   kernel level information, game memory, browser history and records relating to running processes

22   shared with Bungie.  Communications including emails, phone calls, Discord or any other method

23   of electronic communication.

24   **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

25       In addition to its General Objections, Bungie objects to this request for "[a]ll information"

26   as overly broad and unduly burdensome and is therefore not proportional to the needs of the case.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  Bungie further objects to this Request as seeking documents neither relevant to the claim or

2  defense of any party nor reasonably proportional to the needs of the case.    The

3  "information…collected by Steam regarding players computer operating environments" is not

4  relevant to this case.  Bungie also objects to this Request as vague, ambiguous, and confusing,

5  specifically as to the meaning of the sentence "Communications including emails, phone calls,

6  Discord or any other method of electronic communication." Bungie also objects to this Request as

7  seeking proprietary, high-security information, and irrelevant information that Bungie reasonably

8  believes could be used in furtherance of unlawful conduct.

9       Subject to and without waiving these objections, Bungie responds that it does not have

10  documents responsive to this Request in its possession, custody, or control

11

12  **REQUEST FOR PRODUCTION NO. 16:**

13       All information collected by Batteleye regarding players computer operating

14  environments, including but not limited to logs of running processes, Windows kernel level

15  information, game memory, browser history and records relating to running processes shared with

16  Bungie.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

18       In addition to its General Objections, Bungie objects to this request for "[a]ll information"

19  as overly broad and unduly burdensome and is therefore not proportional to the needs of the case.

20  Bungie further objects to this Request as seeking documents neither relevant to the claim or

21  defense of any party nor reasonably proportional to the needs of the case.  "All information"

22  collected by Battleye regarding "players computer operating environments" is not relevant to this

23  case.  Bungie also objects to this Request as seeking proprietary, high-security information, and

24  irrelevant information that Bungie reasonably believes could be used in furtherance of unlawful

25  conduct.

26

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF RFPS – 12
(No. 2:21-cv-811-TSZ)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157460769.4

1    Subject to and without waiving these objections, Bungie intends to withhold documents

2  based on each of these objections.

3

4  **REQUEST FOR PRODUCTION NO. 17:**

5    All communications including emails, phone calls, Discord or any other method of

6  electronic communication.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

8    In addition to its General Objections, Bungie objects to this request for "[a]ll

9  communications" unqualified by subject matter, time period, or person(s) as overly broad, unduly

10  burdensome, and seeking documents neither relevant to the claim or defense of any party nor

11  reasonably proportional to the needs of the case.  Bungie further objects to this Request as vague

12  and ambiguous to the extent it requests the production of "phone calls."  Bungie further objects to

13  this Request as seeking documents protected by the attorney-client privilege and/or attorney work

14  product doctrine, as well as any other applicable immunity from disclosure.

15    Subject to and without waiving these objections, Bungie intends to withhold documents

16  based on each of these objections.

17

18  **REQUEST FOR PRODUCTION NO. 18:**

19    All information collected by Bungie/Steam/Battleye regarding any of David Schaefer,

20  Jordan Green, Jeff Conway, James May or Phoenix Digital Group's computers operating

21  environments, including but not limited to logs of running processes, kernel level information,

22  game memory, browser history and records relating to running processes.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

24    In addition to its General Objections, Bungie objects to this request for "[a]ll information"

25  as overly broad and unduly burdensome and is therefore not proportional to the needs of the case.

26  Bungie further objects to this request as vague and ambiguous as it seeks documents regarding

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF RFPS – 13
(No. 2:21-cv-811-TSZ)

157460769.4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  certain computers without sufficiently identifying those computers, including, for instance, by

2  providing the IP address of the devices.  Bungie further objects to this Request as seeking

3  documents neither relevant to the claim or defense of any party nor reasonably proportional to the

4  needs of the case. "All information," if any, collected by Bungie, Steam, or Battleye regarding the

5  Defendants is not relevant to this matter.  Bungie also objects to this Request as seeking

6  proprietary, high-security information, and irrelevant information that Bungie reasonably believes

7  could be used in furtherance of unlawful conduct.

8      Subject to and without waiving these objections, Bungie intends to withhold documents

9  based on each of these objections.

10

11  **REQUEST FOR PRODUCTION NO. 19:**

12      All communications including emails, phone calls, Discord or any other method of

13  electronic communication relating to any of David Schaefer, Jordan Green, Jeff Conway, James

14  May or Phoenix Digital Group.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

16      In addition to its General Objections, Bungie objects to this request for "[a]ll

17  communications" as overly broad and unduly burdensome and is therefore not proportional to the

18  needs of the case.  Bungie further objects to this Request as vague and ambiguous to the extent it

19  requests the production of "phone calls."  Bungie further objects to this Request to the extent it is

20  duplicative of Request Nos. 5–10.

21      Subject to and without waiving these objections, Bungie will produce non-privileged

22  documents responsive to this Request that are in Bungie's possession, custody, or control, if any,

23  that are located after a reasonably diligent search.

24

25

26

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF RFPS – 14
(No. 2:21-cv-811-TSZ)

157460769.4

**REQUEST FOR PRODUCTION NO. 20:**

Any and all records, emails or any other electronic communications, regarding Bungies claimed acquisition of Aimjunkies Destiny 2 cheat product.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

In addition to its General Objections, Bungie objects to this request for "[a]ny and all records, emails or any other electronic communications" as overly broad and unduly burdensome and is therefore not proportional to the needs of the case.  Bungie further objects to this Request to the extent it seeks documents protected by the attorney-client privilege and/or attorney work product doctrine, as well as any other applicable immunity from disclosure.

Subject to and without waiving these objections, Bungie will produce non-privileged documents responsive to this Request that are in Bungie's possession, custody, or control, if any, that are located after a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 21:**

Any and all records of information that has been shared by Bungie or Perkins/Coie with Mitchell Silbereg & Knupp LLP and/or Badgley Mullins Turner PLLC, and/or Davis Wright Tremaine LLP regarding any of David Schaefer, Jordan Green, Jeff Conway, James May or Phoenix Digital Group,

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

In addition to its General Objections, Bungie objects to this request for "[a]ny and all records of information" as overly broad and unduly burdensome and is therefore not proportional to the needs of the case.  Bungie further objects to this Request as seeking documents neither relevant to the claim or defense of any party nor reasonably proportional to the needs of the case. Information shared by Bungie with its outside legal counsel regarding Defendants is not relevant to any issues in this case.  Bungie further objects to this Request to as seeking documents protected

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF RFPS – 15
(No. 2:21-cv-811-TSZ)

157460769.4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1    by the attorney-client privilege and/or attorney work product doctrine, as well as any other

2    applicable immunity from disclosure.

3        Subject to and without waiving these objections, Bungie intends to withhold documents

4    based on each of these objections.

5

6    Dated: July 25, 2022                    By: /s/ Jacob P. Dini
                                                  William C. Rava, Bar No. 29948
7                                                 Jacob P. Dini, Bar No. 54115
                                                  **Perkins Coie LLP**
8                                                 1201 Third Avenue, Suite 4900
                                                  Seattle, Washington 98101-3099
9                                                 Telephone: +1.206.359.8000
                                                  Facsimile: +1.206.359.9000
10                                                WRava@perkinscoie.com
                                                  JDini@perkinscoie.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF RFPS – 16
(No. 2:21-cv-811-TSZ)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157460769.4

1

**CERTIFICATE OF SERVICE**

2   The undersigned hereby certifies that they served a copy of the foregoing Bungie, Inc.'s

3 Objections and Responses to Defendant Phoenix Digital Group LLC's First Set of Requests for

4 Production to the following on July 25, 2022, via email at the address below:

5

   Philip P. Mann, WSBA No. 28860
6   Mann Law Group PLLC
   403 Madison Ave. N.
7   Suite 240
   Bainbridge Island, WA 98110
8   Email: phil@mannlawgroup.com

9

10   Dated: July 25, 2022

11                 */s/ Jacob P. Dini*
                  Jacob P. Dini
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(No. 2:21-cv-811-TSZ)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157460769.4

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANT JEFFREY CONWAY'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORY NO. 1** |

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant Jeffrey Conway ("Mr. Conway") hereby responds to Plaintiff Bungie, Inc.'s First Interrogatory No. 1 as follows:

## GENERAL OBJECTIONS

Jeffrey Conway makes the following objections to Plaintiff's First Set of Requests For Production of Documents:

1.     To the extent Plaintiff's definitions and instructions are inconsistent with the appropriate Federal Rules of Civil Procedure, such as Fed. R. Civ. P. 26 and 34, Mr. Conway will rely upon the Federal Rules of Civil Procedure, the Local Rules and governing case law with respect to the subject definitions and instructions and responses.

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

2.      Where an interrogatory includes words or concepts indicative of a legal conclusion, Mr. Conway does not represent or concede that such legal conclusions or concepts apply.

3.      In those instances where the responses to Plaintiff's interrogatories can be derived from the records of Mr. Conway or from an examination, audit or inspection of such records, and the burden of deriving or ascertaining the response is substantially the same for Plaintiff and Mr. Conway, Mr. Conway will specify the records from which a complete response may be ascertained and afford Plaintiff's counsel a reasonable opportunity to audit, inspect and copy such records or provide categorized copies of such records in accordance with Federal Rules of Civil Procedure 33(c).

4.      The absence of Mr. Conway's standing on objections should not be construed as agreement that particular documents exist or will be produced.   (Colloquially: "The absence of 'no' does not mean 'yes.'").

5.      Certain categories are premature since they request Mr. Conway to produce documents it does not necessarily have right now, but may or will have in the future (e.g., documents on which Mr. Conway will rely for particular issues, exhibits Mr. Conway will use, witnesses and witness lists, documents relating to damages, etc.).   Mr. Conway will comply with such requests through seasonal supplementation of its document production or through reliance on documents produced by others.

6.      To the extent any interrogatory calls for documents or things that are governed by contractual confidentiality provisions against disclosure, Mr. Conway objects to providing any such documents or things in any manner that would contravene Mr. Conway's obligations absent a Court order.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## RESPONSE TO INTERROGATORY

**INTERROGATORY NO. 1**:

Identify all methods and modes of communication you use or have used to communicate regarding Destiny 2, the Cheat Software or this Action including but not limited to by providing for all such communications, all e-mail addresses used, user handles or aliases on social media or other platforms used, account or server names or identifiers for any instant/direct messaging platforms (e.g., Whatsapp, Slack, Telegram, Teamspeak) used, text messaging services or phone numbers, and/or any other form of communication.

**RESPONSE:**

The answer to this Interrogatory may be ascertained by reference to documents and records available to Bungie and, in particular, the documents produced by Phoenix Digital in this matter as well as those produced by the recipients of Bungie's subpoenas in this matter, as well as social media accounts accessible to Bungie.

Dated October 10, 2022.

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

Conway Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ

Page 3

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**Verification**

**AS TO RESPONSES TO INTERROGATORIES:**

Jeffrey Conway, being duly sworn, deposes and says that he is the President of Phoenix Digital Group LLC, Defendant in the above-captioned action, that he has read the foregoing responses by him subscribed, that said responses were prepared with the assistance of counsel upon which he has relied and is based on his experiences and knowledge, and that subject to said limitations, the responses are true, correct and complete to the best of his information and belief.

DATED this 10th day of October, 2022.


_____
Jeffrey Conway

**AS TO OBJECTIONS:**


*/s/ Philip P. Mann*
Philip P. Mann

Conway Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 4

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2022, I caused the foregoing document to be electronically mailed to counsel of record as follows:

WRava@perkinscoie.com

JDini@perkinscoie.com

CMarcelo@perkinscoie.com

*s/ Philip P. Mann*

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC., a Delaware corporation,

Plaintiff

v.

AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,

Defendants.

Cause No. 2:21-cv-0811 TSZ

**DEFENDANT JEFFREY CONWAY'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION NOS.  1-22**

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant Jeffrey Conway ("Mr. Conway") hereby responds to Plaintiff Bungie, Inc.'s  First Set of Requests for Production as follows:

**GENERAL OBJECTIONS**

Jeffrey Conway makes the following objections to Plaintiff's Second First Set of Requests For Production of Documents:

1.      To the extent Plaintiff's definitions and instructions are inconsistent with the appropriate Federal Rules of Civil Procedure, such as Fed. R. Civ. P. 26 and 34, Mr. Conway will rely upon the Federal Rules of Civil Procedure, the Local Rules and governing case law with respect to the subject definitions and instructions and responses.

Mᴀɴɴ Lᴀᴡ Gʀᴏᴜᴘ ᴘʟʟᴄ
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

2.      Where a request includes words or concepts indicative of a legal conclusion, Mr. Conway does not represent or concede that such legal conclusions or concepts apply.

3.      In those instances where the responses to Plaintiff's document requests can be derived from the records of Mr. Conway or from an examination, audit or inspection of such records, and the burden of deriving or ascertaining the response is substantially the same for Plaintiff and Mr. Conway, Mr. Conway will specify the records from which a complete response may be ascertained and afford Plaintiff's counsel a reasonable opportunity to audit, inspect and copy such records or provide categorized copies of such records in accordance with Federal Rules of Civil Procedure 33(c).

4.      The absence of Mr. Conway's standing on objections should not be construed as agreement that particular documents exist or will be produced.   (Colloquially: "The absence of 'no' does not mean 'yes.'").

5.      Certain categories are premature since they request Mr. Conway to produce documents it does not necessarily have right now, but may or will have in the future (e.g., documents on which Mr. Conway will rely for particular issues, exhibits Mr. Conway will use, witnesses and witness lists, documents relating to damages, etc.).   Mr. Conway will comply with such requests through seasonal supplementation of its document production or through reliance on documents produced by others.

6.      To the extent any document request calls for documents or things that are governed by contractual confidentiality provisions against disclosure, Mr. Conway objects to providing any such documents or things in any manner that would contravene Mr. Conway's obligations absent a Court order.

Conway Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                    Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

## RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1**:

Produce copies of all versions, including the most recent version, of the Cheat Software, including but not limited to the source code and object code for the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**REQUEST FOR PRODUCTION NO. 2**:

Produce all documents referring or relating to the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**REQUEST FOR PRODUCTION NO. 3**:

Produce all documents referring or relating to Destiny 2.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**REQUEST FOR PRODUCTION NO. 4**:

Produce all communications relating to or referencing or mentioning Destiny 2.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**REQUEST FOR PRODUCTION NO. 5**:

Produce all communications relating to or referencing or mentioning the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**REQUEST FOR PRODUCTION NO. 6**:

Produce all communications relating to or referencing or mentioning Bungie.

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**<u>REQUEST FOR PRODUCTION NO. 7</u>:**

Produce all communications referencing or mentioning the Action.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**<u>REQUEST FOR PRODUCTION NO. 8</u>:**

Produce all communications relating to the creation, development, modification, updating, and/or patching of the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**<u>REQUEST FOR PRODUCTION NO. 9</u>:**

Produce all documents and communications sent to or from, or referring or relating to Andreas Banek.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**<u>REQUEST FOR PRODUCTION NO. 10</u>:**

Produce all documents and communications sent to or from, or referring or relating to Jason Hahn, Alexandria Fajardo, and/or the AimJunkies.com forum account(s) named "SSJason" in connection with the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**<u>REQUEST FOR PRODUCTION NO. 11</u>:**

Produce all documents and communications regarding any of your efforts to recruit, hire, contract with, retain, and/or compensate any person(s) for the creation, development, modification, updating, and/or patching of the Cheat Software.

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**REQUEST FOR PRODUCTION NO. 12**:

Produce documents sufficient to identify the name(s) of any account(s) on the AimJunkies.com forums that you, Robin Conway, Rory Conway, or any other member of your family have used and/or controlled.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**REQUEST FOR PRODUCTION NO. 13**:

Produce documents sufficient to show any distributions or other payments made by Phoenix Digital to you, Robin Conway, Rory Conway, and/or any other member of your family, including but not limited to documents sufficient to show the date of the payment, the accounts from which the payment was sent and to which it was received, and the purpose of the payment.

**RESPONSE:**

Mr. Conway is unable to respond to this request in that he does not have possession or control of documents relating to non-parties Robin Conway, Rory Conway, "and/or any other member of [his] family.  Mr. Conway objects to this request to the extent it apparently seeks "any distribution or other payments" that are unrelated to the "Cheat Software" at issue here and, therefore, requests private financial information unrelated to any issue in this matter.

**REQUEST FOR PRODUCTION NO. 14**:

Produce all communications with James May.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**REQUEST FOR PRODUCTION NO. 15**:

Produce all communications with Defendants and/or Warren Apenzeller relating to the Cheat Software and/or the Action.

Conway Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                          Page 5

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**REQUEST FOR PRODUCTION NO. 16**:

Produce documents sufficient to identify any Bungie and/or Destiny 2 account(s) created and/or controlled by you.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.  Answering further, Mr. Conway states he never had any "Bungie and/or Destiny 2 account(s).

**REQUEST FOR PRODUCTION NO. 17**:

Produce documents sufficient to identify any Steam, Xbox Live, and/or PlayStation Plus account(s) created and/or controlled by you.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**REQUEST FOR PRODUCTION NO. 18**:

Produce all documents and communications relating to the sale of AimJunkies.com to any person or entity, including but not limited to Blome Entertainment.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**REQUEST FOR PRODUCTION NO. 19**:

Produce all documents and communications relating to the press release issued on or about May 23, 2022, concerning the purported sale of AimJunkies.com to Blome Entertainment, including but not limited documents and communications related to the creation and drafting of the press release, and documents and communications relating to and sufficient to identify Andreas Banek and Warren Apenzeller.

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.  Answering further, no press release concerning a "purported" sale of AimJunkies.com to Blome Entertainment," was ever "issued."

**REQUEST FOR PRODUCTION NO. 20**:

Produce all documents referring or relating to your management of Phoenix Digital finances, including but not limited to all payments made by you or under your direction related to the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**REQUEST FOR PRODUCTION NO. 21**:

Produce all documents and communications relating to your departure from Phoenix0 Digital, including but not limited to any communications with the other Defendants regarding your decision, documents related to any formal steps taken by you or Phoenix Digital to leave the company, and/or documents related any transfer of ownership of Phoenix Digital's bank accounts, payment processor accounts, or any other financial accounts owned or controlled by you while a member of Phoenix Digital.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

**REQUEST FOR PRODUCTION NO. 22**:

Produce all documents related to any bank accounts, financial accounts, payment processor accounts, or any other source(s) of funds or accounts owned by you that are or have been used to process and or store funds related to the sale of the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Conway.

Dated October 10, 2022.

/s/ Philip P. Mann

Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

Conway Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ

Page 8

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 10, 2022, I caused the foregoing document to be electronically mailed to counsel of record as follows:

WRava@perkinscoie.com

JDini@perkinscoie.com

CMarcelo@perkinscoie.com

<em>s/ Philip P. Mann</em>

Conway Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ

Page 9

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

THE HONORABLE THOMAS S. ZILLY

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

7

BUNGIE, INC., a Delaware corporation,

8

Plaintiff

9

10                           v.

11

AIMJUNKIES.COM, a business of unknown
classification; PHOENIX DIGITAL GROUP
LLC, an Arizona limited liability company;
JEFFREY CONWAY, an individual; DAVID
SCHAEFER, an individual; JORDAN GREEN,
an individual; and JAMES MAY, an individual,

Defendants.

Cause No. 2:21-cv-0811 TSZ

**DEFENDANT DAVID
SCHAEFER'S  RESPONSES
TO PLAINTIFF'S FIRST SET
OF INTERROGATORIES NOS.
1-3**

16
17
18
19

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant David

Schaefer ("Mr. Schaefer") hereby responds to Plaintiff Bungie, Inc.'s First Set of

Interrogatories Nos. 1-3 as follows:

20                           **<u>GENERAL OBJECTIONS</u>**

21            Mr. Schaefer makes the following objections to Plaintiff's First Set of Requests For

22       Production of Documents:

23            1.       To the extent Plaintiff's definitions and instructions are inconsistent with the

24       appropriate Federal Rules of Civil Procedure, such as Fed. R. Civ. P. 26 and 34, Mr. Schaefer

25       will rely upon the Federal Rules of Civil Procedure, the Local Rules and governing case law

26       with respect to the subject definitions and instructions and responses.

27
28

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

2.      Where an interrogatory includes words or concepts indicative of a legal conclusion, Mr. Schaefer does not represent or concede that such legal conclusions or concepts apply.

3.      In those instances where the responses to Plaintiff's interrogatories can be derived from the records of Mr. Schaefer or from an examination, audit or inspection of such records, and the burden of deriving or ascertaining the response is substantially the same for Plaintiff and Mr. Schaefer, Mr. Schaefer will specify the records from which a complete response may be ascertained and afford Plaintiff's counsel a reasonable opportunity to audit, inspect and copy such records or provide categorized copies of such records in accordance with Federal Rules of Civil Procedure 33(c).

4.      The absence of Mr. Schaefer's standing on objections should not be construed as agreement that particular documents exist or will be produced.   (Colloquially: "The absence of 'no' does not mean 'yes.'").

5.      Certain categories are premature since they request Mr. Schaefer to produce documents it does not necessarily have right now, but may or will have in the future (e.g., documents on which Mr. Schaefer will rely for particular issues, exhibits Mr. Schaefer will use, witnesses and witness lists, documents relating to damages, etc.).   Mr. Schaefer will comply with such requests through seasonal supplementation of its document production or through reliance on documents produced by others.

6.      To the extent any interrogatory calls for documents or things that are governed by contractual confidentiality provisions against disclosure, Mr. Schaefer objects to providing any such documents or things in any manner that would contravene Mr. Schaefer's obligations absent a Court order.

Schaefer Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

## RESPONSE TO INTERROGATORY

**INTERROGATORY NO. 1**:

Describe all facts relating to your knowledge of the Cheat Software, including but not limited to the date on which you first learned of it, with whom you communicated with about the Cheat Software, and when you first acquired the Cheat Software.

**RESPONSE:**

See Phoenix Digital's responses, served July 25, 2022, to Bungie's First Set of Interrogatories to Phoenix Digital.  Answering further: On or about October 1, 2019; Andreas Banek.  Mr. Schaefer never "acquired" the Cheat Software.

**INTERROGATORY NO. 2**:

Describe all facts relating to your responsibilities and activities as a member of Phoenix Digital, including as they relate to the marketing, sale, and distribution of the Cheat Software, and your decision to market, sell, and distribute the Cheat Software.

**RESPONSE:**

See Response to Interrogatory No. 1 above.  Responsibilities and activities are those associated with a Chief Executive Officer.

**INTERROGATORY NO. 3**:

Identify all methods and modes of communication you use or have used to communicate regarding Destiny 2, the Cheat Software or this Action including but not limited to by providing for all such communications, all e-mail addresses used, user handles or aliases on social media or other platforms used, account or server names or identifiers for any instant/direct messaging platforms (e.g., Whatsapp, Slack, Telegram, Teamspeak) used, text messaging services or phone numbers, and/or any other form of communication.

Schaefer Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ

Page 3

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSE:**

The answer to this Interrogatory may be ascertained by reference to documents and records available to Bungie and, in particular, the documents produced by Phoenix Digital in this matter as well as those produced by the recipients of Bungie's subpoenas in this matter, as well as social media accounts accessible to Bungie.

Dated October 10, 2022.

/s/ Philip P. Mann
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

Schaefer Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 4

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

**Verification**

**AS TO RESPONSES TO INTERROGATORIES:**

David Schaefer, being duly sworn, deposes and says that he is the President of Phoenix Digital Group LLC, Defendant in the above-captioned action, that he has read the foregoing responses by him subscribed, that said responses were prepared with the assistance of counsel upon which he has relied and is based on his experiences and knowledge, and that subject to said limitations, the responses are true, correct and complete to the best of his information and belief.

DATED this 10th day of October, 2022.


_____
David Schaefer

**AS TO OBJECTIONS:**


_/s/ Philip P. Mann_
Philip P. Mann

Schaefer Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ

Page 5

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98109
Phone:  206.436.0900

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on October 10, 2022, I caused the foregoing document to be electronically mailed to counsel of record as follows:

WRava@perkinscoie.com

JDini@perkinscoie.com

CMarcelo@perkinscoie.com

<em>s/ Philip P. Mann</em>_____

Schaefer Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ

Page 6

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation, <br><br> Plaintiff <br><br> v. <br><br> AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual, <br><br> Defendants. | Cause No. 2:21-cv-0811 TSZ <br><br> **DEFENDANT DAVID SCHAEFER'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION NOS. 1-25** |

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant David Schaefer ("Mr. Schaefer") hereby responds to Plaintiff Bungie, Inc.'s First Set of Requests for Production as follows:

**GENERAL OBJECTIONS**

David Schaefer makes the following objections to Plaintiff's Second First Set of Requests For Production of Documents:

1.      To the extent Plaintiff's definitions and instructions are inconsistent with the appropriate Federal Rules of Civil Procedure, such as Fed. R. Civ. P. 26 and 34, Mr. Schaefer will rely upon the Federal Rules of Civil Procedure, the Local Rules and governing case law with respect to the subject definitions and instructions and responses.

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

2.     Where a request includes words or concepts indicative of a legal conclusion, Mr. Schaefer does not represent or concede that such legal conclusions or concepts apply.

3.     In those instances where the responses to Plaintiff's document requests can be derived from the records of Mr. Schaefer or from an examination, audit or inspection of such records, and the burden of deriving or ascertaining the response is substantially the same for Plaintiff and Mr. Schaefer, Mr. Schaefer will specify the records from which a complete response may be ascertained and afford Plaintiff's counsel a reasonable opportunity to audit, inspect and copy such records or provide categorized copies of such records in accordance with Federal Rules of Civil Procedure 33(c).

4.     The absence of Mr. Schaefer's standing on objections should not be construed as agreement that particular documents exist or will be produced.   (Colloquially: "The absence of 'no' does not mean 'yes.'").

5.     Certain categories are premature since they request Mr. Schaefer to produce documents it does not necessarily have right now, but may or will have in the future (e.g., documents on which Mr. Schaefer will rely for particular issues, exhibits Mr. Schaefer will use, witnesses and witness lists, documents relating to damages, etc.).   Mr. Schaefer will comply with such requests through seasonal supplementation of its document production or through reliance on documents produced by others.

6.     To the extent any document request calls for documents or things that are governed by contractual confidentiality provisions against disclosure, Mr. Schaefer objects to providing any such documents or things in any manner that would contravene Mr. Schaefer's obligations absent a Court order.

## RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1**:

Produce copies of all versions, including the most recent version, of the Cheat Software, including but not limited to the source code and object code for the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 2**:

Produce all documents referring or relating to the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 3**:

Produce all documents referring or relating to Destiny 2.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 4**:

Produce all communications relating to or referencing or mentioning Destiny 2.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 5**:

Produce all communications relating to or referencing or mentioning the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 6**:

Produce all communications relating to or referencing or mentioning Bungie.

Schaefer Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ

Page 3

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 7**:

Produce all communications referencing or mentioning the Action.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 8**:

Produce all communications relating to the creation, development, modification, updating, and/or patching of the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 9**:

Produce all documents and communications sent to or from, or referring or relating to Andreas Banek.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 10**:

Produce all documents and communications sent to or from, or referring or relating to Jason Hahn, Alexandria Fajardo, and/or the AimJunkies.com forum account(s) named "SSJason" in connection with the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 11**:

Produce all documents and communications regarding any of your efforts to recruit, hire, contract with, retain, and/or compensate any person(s) for the creation, development, modification, updating, and/or patching of the Cheat Software.

Schaefer Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                    Page 4

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 12**:

Produce all documents and communications referring or relating to your decision to offer the Cheat Software for sale and/or distribute the Cheat Software on AimJunkies.com, including documentation concerning advertisements of the Cheat Software, and particularly advertisements referencing Destiny 2.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 13**:

Produce all documents and communications related to the "third party developers" of the Cheat Software described in paragraph 5 of your declaration in Opposition to Plaintiff's Motion for Preliminary Injunction (Dkt. No. 39-1).

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 14**:

Produce documents sufficient to identify the name(s) of any account(s) on the AimJunkies.com forums that you, Lisa Holliday, or any other member of your family have used and/or controlled.

**RESPONSE:**

Mr. Schaefer is unable to respond to this request in that he does not have possession or control of documents relating to non-party Lisa Holliday.

**REQUEST FOR PRODUCTION NO. 15**:

Produce documents sufficient to show any distributions or other payments made by Phoenix Digital to you, Lisa Holliday, and/or any other member of your family, including but not limited to documents sufficient to show the date of the payment, the accounts from which the payment was sent and to which it was received, and the purpose of the payment.

Schaefer Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ

Page 5

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

**RESPONSE:**

Mr. Schaefer is unable to respond to this request in that he does not have possession or control of documents relating to non-party Lisa Holliday.

**REQUEST FOR PRODUCTION NO. 16**:

Produce all communications with James May relating to AimJunkies.com, the Cheat Software, Bungie or its games including Destiny 2, or this Action.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 17**:

Produce all communications with Jordan Green relating to AimJunkies.com, the Cheat Software, Bungie or its games including Destiny 2, or this Action.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 18**:

Produce all communications with Jeffrey Conway relating to AimJunkies.com, the Cheat Software, Bungie or its games including Destiny 2, or this Action.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 19**:

Produce all communications with Defendants and/or Warren Apenzeller relating to, Bungie, the Cheat Software and/or the Action.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 20**:

Produce documents sufficient to identify any Bungie and/or Destiny 2 account(s) created and/or controlled by you.

Schaefer Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                    Page 6

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.  Answering further, Mr. Schaefer states he never had any "Bungie and/or Destiny 2 account(s).

**REQUEST FOR PRODUCTION NO. 21**:

Produce documents sufficient to identify any Steam, Xbox Live, and/or PlayStation Plus account(s) created and/or controlled by you.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 22**:

Produce documents sufficient to identify each video game cheat ever made by you or provided by you to others.

**RESPONSE:**

Mr. Schaefer objects to this request as being unduly burdensome, irrelevant and not proportional to the needs of this action.  Answering further, no such documents are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 23**:

Produce all documents and communications relating to the sale of AimJunkies.com to any person or entity, including but not limited to Blome Entertainment.

**RESPONSE:**

Documents responsive to this request have already been produced by Phoenix Digital. Answering further, no additional documents responsive to this request are in the possession and/or control of Mr. Schaefer.

**REQUEST FOR PRODUCTION NO. 24**:

Produce all documents and communications relating to the press release issued on or about May 23, 2022, concerning the purported sale of AimJunkies.com to Blome Entertainment, including but not limited documents and communications related to the

Schaefer Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ

Page 7

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

creation and drafting of the press release, and documents and communications relating to and sufficient to identify Andreas Banek and Warren Apenzeller.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Schaefer.  Answering further, no press release concerning a "purported" sale of AimJunkies.com to Blome Entertainment," was ever "issued."

**REQUEST FOR PRODUCTION NO. 25**:

Produce all documents related to payment or funds you received in connection with the sale of the Cheat Software, including but not limited to documents showing such receipt for any bank accounts, financial accounts, payment processor accounts, or any other source(s) of funds or accounts owned by you that are or have been used to process such payments or funds.

**RESPONSE:**

Documents responsive to this request have already been produced by Phoenix Digital and or the recipients of Bungie's subpoenas.  Answering further, no additional documents responsive to this request are in the possession and/or control of Mr. Schaefer.

Dated October 10, 2022.

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0950
phil@mannlawgroup.com
Attorneys for Defendants

Schaefer Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                     Page 8

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

<u>**CERTIFICATE OF SERVICE**</u>

2

3       I hereby certify that on July 25, 2022, I caused the foregoing document to be

4   electronically mailed to counsel of record as follows:

5   WRava@perkinscoie.com

6

7   JDini@perkinscoie.com

8   CMarcelo@perkinscoie.com

9
                                          *s/ Philip P. Mann*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC., a Delaware corporation,

           Plaintiff

           v.

AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,

           Defendants.

Cause No. 2:21-cv-0811 TSZ

**DEFENDANT JORDAN GREEN'S RESPONSE TO PLAINTIFF'S FIRST INTERROGATORY NO. 1**

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant Jordan Green ("Mr. Green") hereby responds to Plaintiff Bungie, Inc.'s First Interrogatory No. 1 as follows:

**<u>GENERAL OBJECTIONS</u>**

Jordan Green makes the following objections to Plaintiff's First Set of Requests For Production of Documents:

1. To the extent Plaintiff's definitions and instructions are inconsistent with the appropriate Federal Rules of Civil Procedure, such as Fed. R. Civ. P. 26 and 34, Mr. Green will rely upon the Federal Rules of Civil Procedure, the Local Rules and governing case law with respect to the subject definitions and instructions and responses.

Green Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ

Page 1

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

2.      Where an interrogatory includes words or concepts indicative of a legal conclusion, Mr. Green does not represent or concede that such legal conclusions or concepts apply.

3.      In those instances where the responses to Plaintiff's interrogatories can be derived from the records of Mr. Green or from an examination, audit or inspection of such records, and the burden of deriving or ascertaining the response is substantially the same for Plaintiff and Mr. Green, Mr. Green will specify the records from which a complete response may be ascertained and afford Plaintiff's counsel a reasonable opportunity to audit, inspect and copy such records or provide categorized copies of such records in accordance with Federal Rules of Civil Procedure 33(c).

4.      The absence of Mr. Green's standing on objections should not be construed as agreement that particular documents exist or will be produced.  (Colloquially: "The absence of 'no' does not mean 'yes.'").

5.      Certain categories are premature since they request Mr. Green to produce documents it does not necessarily have right now, but may or will have in the future (e.g., documents on which Mr. Green will rely for particular issues, exhibits Mr. Green will use, witnesses and witness lists, documents relating to damages, etc.).  Mr. Green will comply with such requests through seasonal supplementation of its document production or through reliance on documents produced by others.

6.      To the extent any interrogatory calls for documents or things that are governed by contractual confidentiality provisions against disclosure, Mr. Green objects to providing any such documents or things in any manner that would contravene Mr. Green's obligations absent a Court order.

Green Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                                    Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

**RESPONSE TO INTERROGATORY**

2

**INTERROGATORY NO. 1**:

3

Identify all methods and modes of communication you use or have used to

4

communicate regarding Destiny 2, the Cheat Software or this Action including but not limited

5

to by providing for all such communications, all e-mail addresses used, user handles or aliases

6

on social media or other platforms used, account or server names or identifiers for any

7

instant/direct messaging platforms (e.g., Whatsapp, Slack, Telegram, Teamspeak) used, text

8

messaging services or phone numbers, and/or any other form of communication.

9

**RESPONSE:**

10

The answer to this Interrogatory may be ascertained by reference to documents and

11

records available to Bungie and, in particular, the documents produced by Phoenix Digital in

12

this matter as well as those produced by the recipients of Bungie's subpoenas in this matter, as

13

well as social media accounts accessible to Bungie.

14

Dated October 10, 2022.

15

*/s/ Philip P. Mann*

16

Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**

17

403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110

18

Phone (206) 436-0900
phil@mannlawgroup.com

19

Attorneys for Defendants

20

21

22

23

24

25

26

27

28

1

2

3

**Verification**

**AS TO RESPONSES TO INTERROGATORIES:**

4

5

6

7

8

9

10

Jordan Green, being duly sworn, deposes and says that he is the President of Phoenix Digital Group LLC, Defendant in the above-captioned action, that he has read the foregoing responses by him subscribed, that said responses were prepared with the assistance of counsel upon which he has relied and is based on his experiences and knowledge, and that subject to said limitations, the responses are true, correct and complete to the best of his information and belief.

11

DATED this 10th day of October, 2022.

12

13

14

_____

15

Jordan Green

**AS TO OBJECTIONS:**

16

17

_/s/ Philip P. Mann_

18

Philip P. Mann

19

20

21

22

23

24

25

26

27

28

Green Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 4

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 10, 2022, I caused the foregoing document to be electronically mailed to counsel of record as follows:

WRava@perkinscoie.com

JDini@perkinscoie.com

CMarcelo@perkinscoie.com

*s/ Philip P. Mann*_____

Green Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ

Page 5

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANT JORDAN GREEN'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION NOS. 1-20** |

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant Jordan Green ("Mr. Green") hereby responds to Plaintiff Bungie, Inc.'s First Set of Requests for Production as follows:

## GENERAL OBJECTIONS

Jordan Green makes the following objections to Plaintiff's Second First Set of Requests For Production of Documents:

1.       To the extent Plaintiff's definitions and instructions are inconsistent with the appropriate Federal Rules of Civil Procedure, such as Fed. R. Civ. P. 26 and 34, Mr. Green will rely upon the Federal Rules of Civil Procedure, the Local Rules and governing case law with respect to the subject definitions and instructions and responses.

2.      Where a request includes words or concepts indicative of a legal conclusion, Mr. Green does not represent or concede that such legal conclusions or concepts apply.

3.      In those instances where the responses to Plaintiff's document requests can be derived from the records of Mr. Green or from an examination, audit or inspection of such records, and the burden of deriving or ascertaining the response is substantially the same for Plaintiff and Mr. Green, Mr. Green will specify the records from which a complete response may be ascertained and afford Plaintiff's counsel a reasonable opportunity to audit, inspect and copy such records or provide categorized copies of such records in accordance with Federal Rules of Civil Procedure 33(c).

4.      The absence of Mr. Green's standing on objections should not be construed as agreement that particular documents exist or will be produced.  (Colloquially: "The absence of 'no' does not mean 'yes.'").

5.      Certain categories are premature since they request Mr. Green to produce documents it does not necessarily have right now, but may or will have in the future (e.g., documents on which Mr. Green will rely for particular issues, exhibits Mr. Green will use, witnesses and witness lists, documents relating to damages, etc.).  Mr. Green will comply with such requests through seasonal supplementation of its document production or through reliance on documents produced by others.

6.      To the extent any document request calls for documents or things that are governed by contractual confidentiality provisions against disclosure, Mr. Green objects to providing any such documents or things in any manner that would contravene Mr. Green's obligations absent a Court order.

Green Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                              Page 2

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSES TO REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1**:

Produce copies of all versions, including the most recent version, of the Cheat Software, including but not limited to the source code and object code for the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 2**:

Produce all documents referring or relating to the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 3**:

Produce all documents referring or relating to Destiny 2.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 4**:

Produce all communications relating to or referencing or mentioning Destiny 2.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 5**:

Produce all communications relating to or referencing or mentioning the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 6**:

Produce all communications relating to or referencing or mentioning Bungie.

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 7**:

Produce all communications referencing or mentioning the Action.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 8**:

Produce all communications relating to the creation, development, modification, updating, and/or patching of the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 9**:

Produce all documents and communications sent to or from, or referring or relating to Andreas Banek.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 10**:

Produce all documents and communications sent to or from, or referring or relating to Jason Hahn, Alexandria Fajardo, and/or the AimJunkies.com forum account(s) named "SSJason" in connection with the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 11**:

Produce all documents and communications regarding any of your efforts to recruit, hire, contract with, retain, and/or compensate any person(s) for the creation, development, modification, updating, and/or patching of the Cheat Software.

Green Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ

Page 4

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 12**:

Produce documents sufficient to identify the name(s) of any account(s) on the AimJunkies.com forums that you have used and/or controlled.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 13**:

Produce documents sufficient to show any distributions or other payments made by Phoenix Digital to you, including but not limited to documents sufficient to show the date of the payment, the accounts from which the payment was sent and to which it was received, and the purpose of the payment.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 14**:

Produce all communications with James May.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 15**:

Produce all communications with Defendants and/or Warren Apenzeller relating to the Cheat Software and/or the Action.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 16**:

Produce documents sufficient to identify any Bungie and/or Destiny 2 account(s) created and/or controlled by you.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 17**:

Produce documents sufficient to identify any Steam, Xbox Live, and/or PlayStation Plus account(s) created and/or controlled by you.

**RESPONSE:**

Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist.  At present, no such documents are in the possession and/or control of Phoenix Digital.

**REQUEST FOR PRODUCTION NO. 18**:

Produce all documents and communications relating to the sale of AimJunkies.com to any person or entity, including but not limited to Blome Entertainment.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 19**:

Produce all documents and communications relating to the press release issued on or about May 23, 2022, concerning the purported sale of AimJunkies.com to Blome Entertainment, including but not limited documents and communications related to the creation and drafting of the press release, and documents and communications relating to and sufficient to identify Andreas Banek and Warren Apenzeller.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. Green.

**REQUEST FOR PRODUCTION NO. 20**:

Produce all documents related to any bank accounts, financial accounts, payment processor accounts, or any other source(s) of funds or accounts owned by you that are or have been used to process and or store funds related to the sale of the Cheat Software, including but

Green Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ

Page 6

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1   not limited to the Cascade Vinyls PayPal account (Account Number:

2   1882464584753572728).

3   **RESPONSE:**

4   No such documents are in the possession and/or control of Mr. Green.

5   Dated October 10, 2022.

6                                                    */s/ Philip P. Mann*

7                                                    Philip P. Mann, WSBA No: 28860
                                                     **Mann Law Group PLLC**
8                                                    403 Madison Ave. N. Ste. 240
                                                     Bainbridge Island, Washington  98110
9                                                    Phone (206) 436-0900
                                                     phil@mannlawgroup.com
10                                                   Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 10, 2022, I caused the foregoing document to be electronically mailed to counsel of record as follows:

WRava@perkinscoie.com

JDini@perkinscoie.com

CMarcelo@perkinscoie.com

<i>s/ Philip P. Mann</i>

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANT JAMES MAY'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES NOS.  1-5** |

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant James May ("Mr. May") hereby responds to Plaintiff Bungie, Inc.'s First Set of Interrogatories Nos. 1-3 as follows:

## **GENERAL OBJECTIONS**

James May makes the following objections to Plaintiff's First Set of Requests For Production of Documents:

1.      To the extent Plaintiff's definitions and instructions are inconsistent with the appropriate Federal Rules of Civil Procedure, such as Fed. R. Civ. P. 26 and 34, Mr. May will rely upon the Federal Rules of Civil Procedure, the Local Rules and governing case law with respect to the subject definitions and instructions and responses.

May Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ
Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

2.      Where an interrogatory includes words or concepts indicative of a legal conclusion, Mr. May does not represent or concede that such legal conclusions or concepts apply.

3.      In those instances where the responses to Plaintiff's interrogatories can be derived from the records of Mr. May or from an examination, audit or inspection of such records, and the burden of deriving or ascertaining the response is substantially the same for Plaintiff and Mr. May, Mr. May will specify the records from which a complete response may be ascertained and afford Plaintiff's counsel a reasonable opportunity to audit, inspect and copy such records or provide categorized copies of such records in accordance with Federal Rules of Civil Procedure 33(c).

4.      The absence of Mr. May's standing on objections should not be construed as agreement that particular documents exist or will be produced.  (Colloquially: "The absence of 'no' does not mean 'yes.'").

5.      Certain categories are premature since they request Mr. May to produce documents it does not necessarily have right now, but may or will have in the future (e.g., documents on which Mr. May will rely for particular issues, exhibits Mr. May will use, witnesses and witness lists, documents relating to damages, etc.).  Mr. May will comply with such requests through seasonal supplementation of its document production or through reliance on documents produced by others.

6.      To the extent any interrogatory calls for documents or things that are governed by contractual confidentiality provisions against disclosure, Mr. May objects to providing any such documents or things in any manner that would contravene Mr. May's obligations absent a Court order.

May Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ
Page 2

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

## RESPONSE TO INTERROGATORY

**INTERROGATORY NO. 1**:

Describe all facts relating to your knowledge of the Cheat Software, including but not limited to the date on which you first learned of it, with whom you communicated with about the Cheat Software, and when you first acquired the Cheat Software.

**RESPONSE:**

Mr. May cannot understand this Interrogatory in that, "with whom you communicated with about" is ungrammatical and not understandable.  Subject to the foregoing, Mr. May answers: In or about October 2019; no one; in or about October 2019.

**INTERROGATORY NO. 2**:

Describe all facts relating to your relationship with Phoenix Digital and the Cheat Software.

**RESPONSE:**

Independent contractor.

**INTERROGATORY NO. 3**:

Describe all facts relating to your activities on Bungie's servers between October 3, 2019 and May 13, 2021, described in paragraph 74 of the Amended Complaint (Dkt. No. 34) in this Action.

**RESPONSE:**

Played "Destiny 2" on various dates within that time frame.  Any additional answer to this Interrogatory may be ascertained by reference to documents presently in the custody and control of Bungie, specifically server log records that are believed to be maintained by Bungie, as well as records improperly accessed and downloaded from Mr. May's personal computers.

**INTERROGATORY NO. 4**:

Identify all payments made by Defendants to you, including the date of each payment, the amount of each payment, and the purpose of each payment.

May Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 3

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSE:**

Payments made at various times for services rendered to Bungie as an independent contractor.  Purpose was compensation for work as independent contractor.  No compensation was received for Destiny 2.

**INTERROGATORY NO. 5**:

Identify all methods and modes of communication you use or have used to communicate regarding Destiny 2, the Cheat Software or this Action including but not limited to by providing for all such communications, all e-mail addresses used, user handles or aliases on social media or other platforms used, account or server names or identifiers for any instant/direct messaging platforms (e.g., Whatsapp, Slack, Telegram, Teamspeak) used, text messaging services or phone numbers, and/or any other form of communication.

**RESPONSE:**

The answer to this Interrogatory may be ascertained by reference to documents and records available to Bungie and, in particular, the documents produced by Phoenix Digital in this matter as well as those produced by the recipients of Bungie's subpoenas in this matter, as well as social media accounts accessible to Bungie.

Dated October 10, 2022.

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

1

**Verification**

2

3

**AS TO RESPONSES TO INTERROGATORIES:**

4

James May, being duly sworn, deposes and says that he is the President of Phoenix

5

Digital Group LLC, Defendant in the above-captioned action, that he has read the foregoing

6

responses by him subscribed, that said responses were prepared with the assistance of counsel

7

upon which he has relied and is based on his experiences and knowledge, and that subject to

8

said limitations, the responses are true, correct and complete to the best of his information and

9

belief.

10

DATED this 10th day of October, 2022.

11

12

13

14
_____

James May

15
**AS TO OBJECTIONS:**

16

17
/s/ Philip P. Mann

Philip P. Mann

18

19

20

21

22

23

24

25

26

27

28

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

1

## <u>CERTIFICATE OF SERVICE</u>

2

3   I hereby certify that on October 10, 2022, I caused the foregoing document to be

4   electronically mailed to counsel of record as follows:

5   WRava@perkinscoie.com

6

7   JDini@perkinscoie.com

8   CMarcelo@perkinscoie.com

9                                   *s/ Philip P. Mann*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

May Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 6

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANT JAMES MAY'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION NOS. 1-24** |

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant James May ("Mr. May") hereby responds to Plaintiff Bungie, Inc.'s First Set of Requests for Production as follows:

## **GENERAL OBJECTIONS**

James May makes the following objections to Plaintiff's Second First Set of Requests For Production of Documents:

1.      To the extent Plaintiff's definitions and instructions are inconsistent with the appropriate Federal Rules of Civil Procedure, such as Fed. R. Civ. P. 26 and 34, Mr. May will rely upon the Federal Rules of Civil Procedure, the Local Rules and governing case law with respect to the subject definitions and instructions and responses.

Mᴀɴɴ Lᴀᴡ Gʀᴏᴜᴘ ᴘʟʟᴄ
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

2.      Where a request includes words or concepts indicative of a legal conclusion, Mr. May does not represent or concede that such legal conclusions or concepts apply.

3.      In those instances where the responses to Plaintiff's document requests can be derived from the records of Mr. May or from an examination, audit or inspection of such records, and the burden of deriving or ascertaining the response is substantially the same for Plaintiff and Mr. May, Mr. May will specify the records from which a complete response may be ascertained and afford Plaintiff's counsel a reasonable opportunity to audit, inspect and copy such records or provide categorized copies of such records in accordance with Federal Rules of Civil Procedure 33(c).

4.      The absence of Mr. May's standing on objections should not be construed as agreement that particular documents exist or will be produced.  (Colloquially: "The absence of 'no' does not mean 'yes.'").

5.      Certain categories are premature since they request Mr. May to produce documents it does not necessarily have right now, but may or will have in the future (e.g., documents on which Mr. May will rely for particular issues, exhibits Mr. May will use, witnesses and witness lists, documents relating to damages, etc.).  Mr. May will comply with such requests through seasonal supplementation of its document production or through reliance on documents produced by others.

6.      To the extent any document request calls for documents or things that are governed by contractual confidentiality provisions against disclosure, Mr. May objects to providing any such documents or things in any manner that would contravene Mr. May's obligations absent a Court order.

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSES TO REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1**:

Produce copies of all versions, including the most recent version, of the Cheat Software, including but not limited to the source code and object code for the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 2**:

Produce all documents referring or relating to the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 3**:

Produce all documents referring or relating to Destiny 2.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 4**:

Produce all communications relating to or referencing or mentioning Destiny 2.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 5**:

Produce all communications relating to or referencing or mentioning the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 6**:

Produce all communications relating to or referencing or mentioning Bungie.

May Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                     Page 3

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 7**:

Produce all communications referencing or mentioning the Action.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 8**:

Produce all communications relating to the creation, development, modification, updating, and/or patching of the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 9**:

Produce all documents and communications sent to or from, or referring or relating to Andreas Banek.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 10**:

Produce all documents and communications sent to or from, or referring or relating to Jason Hahn, Alexandria Fajardo, and/or the AimJunkies.com forum account(s) named "SSJason" in connection with the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 11**:

Produce all documents and communications regarding any of your efforts to recruit, hire, contract with, retain, and/or compensate any person(s) for the creation, development, modification, updating, and/or patching of the Cheat Software.

May Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                              Page 4

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 12**:

Produce documents sufficient to identify the name(s) of any account(s) on the AimJunkies.com forums that you have used and/or controlled.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 13**:

Produce documents sufficient to show any distributions or other payments made by Phoenix Digital to you, including but not limited to documents sufficient to show the date of the payment, the accounts from which the payment was sent and to which it was received, and the purpose of the payment.

**RESPONSE:**

Mr. May objects to this request to the extent it apparently seeks "any distribution or other payments" that are unrelated to the "Cheat Software" at issue here and, therefore, requests private financial information unrelated to any issue in this matter.

**REQUEST FOR PRODUCTION NO. 14**:

Produce all communications with Defendants and/or Warren Apenzeller relating to the Cheat Software or the Action.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 15**:

Produce documents sufficient to identify any Bungie and/or Destiny 2 account(s) that have ever been controlled by you at any time, including any and all accounts ever controlled by you that you created or otherwise, and including any communications between you and another creator or controller of any such account.

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 16**:

Produce all documents and communications referring or relating to your activities on Bungie's servers between October 3, 2019 and May 13, 2021, described in paragraph 74 of the Amended Complaint (Dkt. No. 34) in this Action.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 17**:

Produce documents sufficient to identify any Steam, Xbox Live, and/or PlayStation Plus account(s) created and/or controlled by you.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 18**:

Produce all documents and communications relating to the sale of AimJunkies.com to any person or entity, including but not limited to Blome Entertainment.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 19**:

Produce all documents and communications relating to the press release issued on or about May 23, 2022, concerning the purported sale of AimJunkies.com to Blome Entertainment, including but not limited documents and communications related to the creation and drafting of the press release, and documents and communications relating to and sufficient to identify Andreas Banek and Warren Apenzeller.

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.   Answering further, no press release concerning a "purported" sale of AimJunkies.com to Blome Entertainment," was ever "issued."

**REQUEST FOR PRODUCTION NO. 20**:

Produce all documents related to any formal or informal contract or agreement between Phoenix Digital and you related to Destiny 2 and/or the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.

**REQUEST FOR PRODUCTION NO. 21**:

Produce all documents and communications related to your creation, development, testing, updating, patching, acquisition, or any other use of the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.   Answering further, Mr. May did not create, develop, test, update, patch, acquire or make use of the Cheat Software at issue here.

**REQUEST FOR PRODUCTION NO. 22**:

Produce all documents and communications related to any work performed by you on behalf of or at the request of Phoenix Digital related to the Cheat Software.

**RESPONSE:**

No such documents are in the possession and/or control of Mr. May.   Answering further, Mr. May did not perform any work on behalf of or at the request of Phoenix Digital related to the Cheat Software at issue here.

May Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                                    Page 7

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

**REQUEST FOR PRODUCTION NO. 23:**

2

Produce all documents and communications related to your sale of any video game

3

cheat software on AimJunkies.com, mombotcheats.com, and/or virtual-advantage.com.

4

**RESPONSE:**

5

No such documents are in the possession and/or control of Mr. May.

6

**REQUEST FOR PRODUCTION NO. 24:**

7

Produce all documents related to any bank accounts, financial accounts, payment

8

processor accounts, or any other source(s) of funds or accounts owned by you that are or have

9

been used to process and or store funds related to the sale of the Cheat Software.

10

**RESPONSE:**

11

No such documents are in the possession and/or control of Mr. May.

12

13

Dated October 10, 2022.

14

/s/ Philip P. Mann

15

Philip P. Mann, WSBA No: 28860

16

**Mann Law Group PLLC**

403 Madison Ave. N. Ste. 240

17

Bainbridge Island, Washington  98110

Phone (206) 436-0900

18

phil@mannlawgroup.com

Attorneys for Defendants

19

20

21

22

23

24

25

26

27

28

May Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ

Page 8

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 10, 2022, I caused the foregoing document to be electronically mailed to counsel of record as follows:

WRava@perkinscoie.com

JDini@perkinscoie.com

CMarcelo@perkinscoie.com

<u><em>s/ Philip P. Mann</em></u>

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANT PHOENIX DIGITAL GROUP LLC'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES NOS.  1-7** |

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant Phoenix Digital Group LLC ("Phoenix Digital") hereby responds to Plaintiff Bungie, Inc.'s First Set of Interrogatories Nos. 1-7 as follows:

## GENERAL OBJECTIONS

Phoenix Digital makes the following objections to Plaintiff's First Set of Requests For Production of Documents:

1.     To the extent Plaintiff's definitions and instructions are inconsistent with the appropriate Federal Rules of Civil Procedure, such as Fed. R. Civ. P. 26 and 34, Phoenix Digital will rely upon the Federal Rules of Civil Procedure, the Local Rules and governing case law with respect to the subject definitions and instructions and responses.

Mᴀɴɴ Lᴀᴡ Gʀᴏᴜᴘ ᴘʟʟᴄ
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

2.      Where a request includes words or concepts indicative of a legal conclusion, Phoenix Digital does not represent or concede that such legal conclusions or concepts apply.

3.      In those instances where the responses to Plaintiff's document requests can be derived from the records of Phoenix Digital or from an examination, audit or inspection of such records, and the burden of deriving or ascertaining the response is substantially the same for Plaintiff and Phoenix Digital, Phoenix Digital will specify the records from which a complete response may be ascertained and afford Plaintiff's counsel a reasonable opportunity to audit, inspect and copy such records or provide categorized copies of such records in accordance with Federal Rules of Civil Procedure 33(c).

4.      The absence of Phoenix Digital's standing on objections should not be construed as agreement that particular documents exist or will be produced.  (Colloquially: "The absence of 'no' does not mean 'yes.'").

5.      Certain categories are premature since they request Phoenix Digital to produce documents it does not necessarily have right now, but may or will have in the future (e.g., documents on which Phoenix Digital will rely for particular issues, exhibits Phoenix Digital will use, witnesses and witness lists, documents relating to damages, etc.).  Phoenix Digital will comply with such requests through seasonal supplementation of its document production or through reliance on documents produced by others.

6.      To the extent any document request calls for documents or things that are governed by contractual confidentiality provisions against disclosure, Phoenix Digital objects to providing any such documents or things in any manner that would contravenePhoenix Digital's obligations absent a Court order.

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 1**:

Identify all person(s) involved in the creation, development, modification, updating, and/or patching of the Cheat Software.

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                            Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSE:**

Andreas Banek; Communications through public (free channel) TeamSpeak; maxsso@bk.ru.

**INTERROGATORY NO. 2**:

Describe all facts concerning Phoenix Digital's decision to create, develop, and sell the Cheat Software, including but not limited to the person(s) involved in those decisions and the reason Phoenix Digital decided to sell the Cheat Software.

**RESPONSE:**

Phoenix Digital does not create, develop or sell the "Cheat Software" but instead distributes products created by others.  Answering further, Phoenix Digital identifies David Schaefer.

**INTERROGATORY NO. 3**:

Describe all facts relating to the creation, development, modification, updating, and/or patching of the Cheat Software.

**RESPONSE:**

See Responses to Interrogatories Nos. 1 and 2 above.  Answering further, Phoenix Digital does not create, develop, modify, update and/or patch the "Cheat Software."

**INTERROGATORY NO. 4**:

Describe all facts relating to how each feature of the Cheat Software functions, including but not limited to how the Cheat Software copies, modifies, or otherwise interacts with or affects the Destiny 2 software code.

**RESPONSE:**

The "Cheat Software" at issue here does not copy, modify, interact with or otherwise affect the Destiny 2 software code.  Furthermore, it is believed that the answer to this interrogatory can be ascertained from records and documents already in the possession of Bungie.

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                                     Page 3

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**INTERROGATORY NO. 5**:

Identify all methods through which Phoenix Digital distributed the Cheat Software, including but not limited to whether the Cheat Software was distributed through the Overdose Package or Overdose Premium Package on the AimJunkies.com website at any time.

**RESPONSE:**

Distribution through the AimJunkies.com website.  Distribution through the Virtual-Advantage.com website.  Phoenix Digital is unaware of any distributions through Overdose Package or Overdose Premium Package.

**INTERROGATORY NO. 6**:

Describe all facts relating to how Phoenix Digital "allows the customer to access the third-party developer's computer server and download the [Cheat Software] directly from the third-party developer," as described in paragraph 5 of the Declaration of David Schaefer in Opposition to Plaintiff's Motion for Preliminary Injunction (Dkt. No. 39-1), including but not limited information sufficient to identify and/or locate (e.g., IP address or website URL) each server where the Cheat Software is/was hosted, and how Phoenix Digital enabled the connection between the purchaser and third-party developers' computer servers.

**RESPONSE:**

After accessing the AimJunkies.com website, customers wishing to obtain a product will, after placing an order, be directed and connected with the third-party developers computer server, which then downloads the product directly to the customer's computer without passing through any Phoenix Digital computer.  Furthermore, it is believed that the answer to this interrogatory can be ascertained from records and documents already in the possession of Bungie.  To the extent this interrogatory requests, "information sufficient to identify and/or locate (e.g., IP address or website URL) each server where the Cheat Software is/was hosted," Phoenix Digital objects to this Interrogatory as being irrelevant to any of the issues before the Court in this case and as calling for personal information not relevant to any issue before the Court in this matter.

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**INTERROGATORY NO. 7**:

Identify all bank accounts, financial accounts, payment processor accounts, or any other source(s) of funds or accounts owned by Phoenix Digital that are or have been used to process  and/or store funds related the sale of the Cheat Software.

**RESPONSE:**

Phoenix Digital objects to this Interrogatory as being irrelevant to any of the issues before the Court in this case and as calling for personal information not relevant to any issue before the Court in this matter.

Dated July 25, 2022.

*/s/ Philip P. Mann*

Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 5

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**Verification**

**AS TO RESPONSES TO INTERROGATORIES:**

David Schaefer, being duly sworn, deposes and says that he is the President of Phoenix Digital Group LLC, Defendant in the above-captioned action, that he has read the foregoing responses by him subscribed, that said responses were prepared with the assistance of counsel upon which he has relied and is based on his experiences and knowledge, and that subject to said limitations, the responses are true, correct and complete to the best of his information and belief.

DATED this 25th day of July, 2022.


_____
David Schaefer

**AS TO OBJECTIONS:**


*/s/ Philip P. Mann*
Philip P. Mann

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 6

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

## Verification

2

3 ### AS TO RESPONSES TO INTERROGATORIES:

4      David Schaefer, being duly sworn, deposes and says that he is the President of

5 Phoenix Digital Group LLC, Defendant in the above-captioned action, that he has read the

6 foregoing responses by him subscribed, that said responses were prepared with the assistance

7 of counsel upon which he has relied and is based on his experiences and knowledge, and that

8 subject to said limitations, the responses are true, correct and complete to the best of his

9
information and belief.

10

11      DATED this 25th day of July, 2022.

12

13

14                                                                      David Schaefer

15 **AS TO OBJECTIONS:**

16

17                                              /s/ Philip P. Mann
                                               Philip P. Mann
18

19

20

21

22

23

24

25

26

27

28

Phoenix Digital Response to First Set of ROGS          Page 6          Mann Law Group PLLC
Cause No. 21-CV-0811-TSZ                                               403 Madison Ave. N. Ste. 240
                                                                       Seattle, WA  98110
                                                                       Phone:  206.436.0900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 25, 2022, I caused the foregoing document to be electronically mailed to counsel of record as follows:

WRava@perkinscoie.com

JDini@perkinscoie.com

CMarcelo@perkinscoie.com

*s/ Philip P. Mann*

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 7

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANT PHOENIX DIGITAL GROUP LLC'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION NOS. 1-8, 9-11, 12, 16, 17, 20, 23, 26, 27, 28 AND 30** |

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant Phoenix Digital Group LLC ("Phoenix Digital") hereby supplements its responses to Plaintiff Bungie, Inc.'s First Set of Requests for Production as follows:

## <u>GENERAL OBJECTIONS</u>

Phoenix Digital's General Objections set out in its RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION NOS. 1-30 served July 25, 2022 are incorporated as if set out fully herein.

Phoenix Digital Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

**RESPONSES TO REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1**:

Produce copies of all versions, including the most recent version, of the Cheat Software, including but not limited to the source code and object code for the Cheat Software.

**RESPONSE:**

Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist.  At present, no such documents are in the possession and/or control of Phoenix Digital.

**SUPPLEMENTAL RESPONSE:**

After a reasonably diligent search, no documents in Phoenix Digital's possession, custody or control responsive to this request have been found.

**REQUEST FOR PRODUCTION NO. 2**:

Produce all documents related to all persons involved in the creation, development, modification, updating, and/or patching of the Cheat Software, including but not limited to documents sufficient to identify all such persons, documents related to any formal or informal10 contract or agreement between Phoenix Digital and all such persons, and documents related to any payments made to all such persons by Phoenix Digital.

**RESPONSE:**

Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist.  At present, no such documents are in the possession and/or control of Phoenix Digital.

**SUPPLEMENTAL RESPONSE:**

After a reasonably diligent search, no documents in Phoenix Digital's possession, custody or control responsive to this request have been found.

Phoenix Digital Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                                    Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**REQUEST FOR PRODUCTION NO. 3**:

Produce all documents and communications related to any person that contacted Phoenix Digital about the Cheat Software in response to the December 2017 announcement on the AimJunkies.com website referenced in paragraph 65 of the Amended Complaint (Dkt. No. 34) (https://forum.aimjunkies.com/f5/looking-cheat-developers-100227/), or otherwise offered to develop and/or provide the Cheat Software to Phoenix Digital.

**RESPONSE:**

Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist.  At present, no such documents are in the possession and/or control of Phoenix Digital.

**SUPPLEMENTAL RESPONSE:**

After a reasonably diligent search, no documents in Phoenix Digital's possession, custody or control responsive to this request have been found.


**REQUEST FOR PRODUCTION NO. 4**:

Produce all documents and communications related to the "third party developers" of the Cheat Software described in paragraph 5 of David Schaefer's Declaration in Opposition to Plaintiff's Motion for Preliminary Injunction (Dkt. No. 39-1).

**RESPONSE:**

Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist.  At present, no such documents are in the possession and/or control of Phoenix Digital.

**SUPPLEMENTAL RESPONSE:**

After a reasonably diligent search, no documents in Phoenix Digital's possession, custody or control responsive to this request have been found.

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**REQUEST FOR PRODUCTION NO. 5**:

Produce documents sufficient to identify the location of the third-party developers' computer server(s) where the Cheat Software is hosted as described in paragraph 5 of David Schaefer's Declaration in Opposition to Plaintiff's Motion for Preliminary Injunction (Dkt. No.5 39-1), including but not limited to each server's IP address, any associated domain name(s), the hosting provider of the server, and/or any other information used by Phoenix Digital to locate the servers and connect purchasers of the Cheat Software to them.

**RESPONSE:**

Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist.  At present, no such documents are in the possession and/or control of Phoenix Digital.

**SUPPLEMENTAL RESPONSE:**

After a reasonably diligent search, no documents in Phoenix Digital's possession, custody or control responsive to this request have been found.

**REQUEST FOR PRODUCTION NO. 6**:

Produce all documents and communications relating to the creation, development, modification, updating, and/or patching of the Cheat Software.

**RESPONSE:**

Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist.  At present, no such documents are in the possession and/or control of Phoenix Digital.

**SUPPLEMENTAL RESPONSE:**

After a reasonably diligent search, no documents in Phoenix Digital's possession, custody or control responsive to this request have been found.

Phoenix Digital Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                    Page 4

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**REQUEST FOR PRODUCTION NO. 7**:

Produce documents sufficient to show all downloads of the Cheat Software distributed by Phoenix Digital, including but not limited to the number of downloads, the identity of the person(s) that downloaded the Cheat Software, and the date of each download.

**RESPONSE:**

Phoenix Digital objects to this request as being not relevant to the extent it seeks the identity of the person(s) who downloaded the "Cheat Software."   Subject to and without waiver of the above objection, Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist.   At present, no such documents are in the possession and/or control of Phoenix Digital.

**SUPPLEMENTAL RESPONSE:**

Records from PayPal reflecting information responsive to this request have now been produced by PayPal and are in Plaintiff's possession.  Records from Stripe responsive to this request are being produced contemporaneously herewith.

After a reasonably diligent search, no other documents in Phoenix Digital's possession, custody or control responsive to this request have been found.


**REQUEST FOR PRODUCTION NO. 8**:

Produce all documents and communications referring or relating to the Cheat Software.

**RESPONSE:**

Please see responses to Requests 1-7 above.   To the extent this Request requests documents beyond those requested in Requests 1-7 above, Phoenix Digital does not understand what further is being requested.

**SUPPLEMENTAL RESPONSE:**

In addition to its General Objections, Phoenix Digital objects to this request for "[a]ll documents" as overly broad and unduly burdensome and is therefore not proportional to the

Phoenix Digital Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                              Page 5

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

needs of the case.   Phoenix Digital further objects to this Request as seeking documents protected by the attorney-client privilege and/or attorney work product doctrine, as well as any other applicable immunity from disclosure.

Subject to and without waiving these objections, Bungie will produce non-privileged documents responsive to this Request that are in Phoenix Digital's possession, custody, or control, if any, that are located after a reasonably diligent search.

At present, no such documents are in the possession and/or control of Phoenix Digital.

**REQUEST FOR PRODUCTION NO. 9**:

Produce documents sufficient to show how the Cheat Software functions, including but not limited to how the Cheat Software performs the ESP, AIMBOT, and OPK features.

**RESPONSE:**

Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist.   At present, no such documents are in the possession and/or control of Phoenix Digital.   Furthermore, it is believed that documents responsive to this request are already in the possession of Bungie.

**SUPPLEMENTAL RESPONSE:**

After a reasonably diligent search, no documents in Phoenix Digital's possession, custody or control responsive to this request have been found.

**REQUEST FOR PRODUCTION NO. 10**:

Produce sufficient to show any portion(s) of the Destiny 2 video game software code copied and/or modified by Phoenix Digital or anyone employed by, hired by, or otherwise utilized by Phoenix Digital to create, develop, or otherwise modify the Cheat Software.

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSE:**

Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist.  At present, no such documents are in the possession and/or control of Phoenix Digital.  See answer to Interrogatory No. 1.

**SUPPLEMENTAL RESPONSE:**

After a reasonably diligent search, no documents in Phoenix Digital's possession, custody or control responsive to this request have been found.

**REQUEST FOR PRODUCTION NO. 11**:

Produce documents sufficient to show any changes, modifications, updates, and/or patches made to the Cheat Software to bring the Cheat Software back online on or about November 11, 2020.

**RESPONSE:**

Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist.  At present, no such documents are in the possession and/or control of Phoenix Digital.

**SUPPLEMENTAL RESPONSE:**

After a reasonably diligent search, no documents in Phoenix Digital's possession, custody or control responsive to this request have been found.

**REQUEST FOR PRODUCTION NO. 12**:

Produce all documents related to each sale or distribution of the Cheat Software, including but not limited to the date of the transaction, the payment amount for the transaction, the identity of the purchaser of the Cheat Software, and the payment processor used for the transaction.

Phoenix Digital Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                    Page 7

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

**RESPONSE:**

Phoenix Digital objects to this request as being not relevant to the extent it seeks the identity of the person(s) who downloaded the "Cheat Software."  Subject to and without waiver of the above objection, Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist.  Furthermore, it is believed that documents responsive to this request are already in the possession of Bungie.

**SUPPLEMENTAL RESPONSE:**

Records from PayPal reflecting information responsive to this request have now been produced by PayPal and are in Plaintiff's possession.  Records from Stripe responsive to this request are being produced contemporaneously herewith.

After a reasonably diligent search, no other documents in Phoenix Digital's possession, custody or control responsive to this request have been found.


**<u>REQUEST FOR PRODUCTION NO. 16</u>**:

Produce documents sufficient to show any payments made by Phoenix Digital to any person involved in the creation, development, modification, updating, and/or patching of the Cheat Software, including but not limited to the person to whom the payment was made, the amount of each payment, and the payment processor used to make the payment.

**RESPONSE:**

Phoenix Digital objects to this request as being not relevant to the extent it seeks the identity of the person(s) "to whom the payment was made."  Subject to and without waiver of the above objection, Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist.  At present, no such documents are in the possession and/or control of Phoenix Digital.

Phoenix Digital Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                          Page 8

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

**SUPPLEMENTAL RESPONSE:**

Records from PayPal reflecting information responsive to this request have now been produced by PayPal and are in Plaintiff's possession. Records from Stripe responsive to this request are being produced contemporaneously herewith.

After a reasonably diligent search, no other documents in Phoenix Digital's possession, custody or control responsive to this request have been found.

**REQUEST FOR PRODUCTION NO. 17**:

Produce copies of all versions of any webpage on the AimJunkies.com website on which the Cheat Software was advertised or sold.

**RESPONSE:**

Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist. At present, no such documents are in the possession and/or control of Phoenix Digital.

**SUPPLEMENTAL RESPONSE:**

After a reasonably diligent search, no documents in Phoenix Digital's possession, custody or control responsive to this request have been found.

**REQUEST FOR PRODUCTION NO. 20**:

Produce documents sufficient to identify the target consumers of the Cheat Software.

**RESPONSE:**

Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist. At present, no such documents are in the possession and/or control of Phoenix Digital.

**SUPPLEMENTAL RESPONSE:**

After a reasonably diligent search, no documents in Phoenix Digital's possession, custody or control responsive to this request have been found.

Phoenix Digital Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                    Page 9

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**REQUEST FOR PRODUCTION NO. 23**:

Produce all documents and communications relating to the press release issued on or about May 23, 2022, concerning the purported sale of AimJunkies.com to Blome Entertainment, including but not limited documents and communications related to the creation and drafting of the press release, and documents and communications relating to and sufficient to identify Andreas Banek and Warren Apenzeller.

**RESPONSE:**

Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist.  At present, no such documents are believed to exist.

**SUPPLEMENTAL RESPONSE:**

A copy of the May 23, 2022 press release will be produced.  All other copies of the press release are subject to the attorney-client privilege.

After a reasonably diligent search, no other unprivileged documents in Phoenix Digital's possession, custody or control responsive to this request have been found.

**REQUEST FOR PRODUCTION NO. 26**:

Produce documents sufficient to identify all current and past employees, independent contractors, or any other agent of Phoenix Digital.

**RESPONSE:**

Phoenix Digital objects to this request as being irrelevant to any issue in presently before the Court.

**SUPPLEMENTAL RESPONSE:**

Phoenix Digital does not have employees.  The answer to this interrogatory can be ascertained by reference to the documents produced by PayPal in response to the subpoena served by Bungie, Inc., which documents are in the possession of Bungie, Inc.

Phoenix Digital Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ                    Page 10

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**REQUEST FOR PRODUCTION NO. 27**:

Produce all communications with James May.

**RESPONSE:**

Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist. At present, no such documents are believed to exist.

**SUPPLEMENTAL RESPONSE:**

After a reasonably diligent search, no documents in Phoenix Digital's possession, custody or control responsive to this request have been found.

**REQUEST FOR PRODUCTION NO. 28**:

Produce documents sufficient to identify all bank accounts, financial accounts, payment processor accounts, or any other source(s) of funds or accounts owned by Phoenix Digital that are or have been used to process and/or store funds related to the sale of the Cheat Software.

**RESPONSE:**

Phoenix Digital objects to this request as being irrelevant to any issue in presently before the Court. Subject to and without waiver of the foregoing objection, certain records responsive to this request have already been made available to Plaintiff via PayPal and otherwise.

**SUPPLEMENTAL RESPONSE:**

Records from PayPal reflecting information responsive to this request have now been produced by PayPal and are in Plaintiff's possession. Records from Stripe responsive to this request are being produced contemporaneously herewith.

After a reasonably diligent search, no other documents in Phoenix Digital's possession, custody or control responsive to this request have been found.

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

1

**REQUEST FOR PRODUCTION NO. 30**:

2

Produce documents sufficient to show any email address(es), IP address(es), and

3

Internet Service Provider(s) ("ISP") used by Phoenix Digital, and anyone employed by, acting

4

at the direction of, or otherwise associated with Phoenix Digital, including but not limited to

5

David Schaefer, Jeffrey Conway, Jordan Green, Warren Apenzeller, and James May.

6

**RESPONSE:**

7

Phoenix Digital objects to this request as being irrelevant to any issue in presently

8

before the Court and as calling for personal information not relevant to any issue before this

9

Court.

10

**SUPPLEMENTAL RESPONSE:**

11

Records from PayPal reflecting information responsive to this request have now been

12

produced by PayPal and are in Plaintiff's possession.  Records from Stripe responsive to this

13

request are being produced contemporaneously herewith.

14

After a reasonably diligent search, no other documents in Phoenix Digital's

15

possession, custody or control responsive to this request have been found.

16

Dated September 2, 2022.

17

*/s/ Philip P. Mann*
                     

18

Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**

19

403 Madison Ave. N. Ste. 240

20

Bainbridge Island, Washington  98110
Phone (206) 436-0900

21

phil@mannlawgroup.com
Attorneys for Defendants

22

23

24

25

26

27

28

Phoenix Digital Response to First Set of RFPs
Cause No. 21-CV-0811-TSZ          Page 12

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

## <u>CERTIFICATE OF SERVICE</u>

2

3   I hereby certify that on September 2, 2022, I caused the foregoing document to be

4   electronically mailed to counsel of record as follows:

5   WRava@perkinscoie.com

6

7   JDini@perkinscoie.com

8   CMarcelo@perkinscoie.com

9                                         *s/ Philip P. Mann*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation, | Cause No. 2:21-cv-0811 TSZ |
| Plaintiff | **DEFENDANT PHOENIX DIGITAL GROUP LLC'S RESPONSES TO PLAINTIFF'S INTERROGATORIES NOS. 2, 6 AND 7** |
| v. | |
| AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant Phoenix Digital Group LLC ("Phoenix Digital") hereby supplements its responses to Plaintiff Bungie, Interrogatories Nos. 2, 6 and 7 as follows:

**GENERAL OBJECTIONS**

Phoenix Digital's General Objections set out in its RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES NOS. 1-7 served July 25, 2022 are incorporated as if set out fully herein.

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 1

Mᴀɴɴ Lᴀᴡ Gʀᴏᴜᴘ ᴘʟʟᴄ
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

## SUPPLEMENTAL RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 2**:

Describe all facts concerning Phoenix Digital's decision to create, develop, and sell the Cheat Software, including but not limited to the person(s) involved in those decisions and the reason Phoenix Digital decided to sell the Cheat Software.

**RESPONSE:**

Phoenix Digital does not create, develop or sell the "Cheat Software" but instead distributes products created by others.  Answering further, Phoenix Digital identifies David Schaefer.

**SUPPLEMENTAL RESPONSE:**

Phoenix Digital never made a decision to create, develop or sell the "Cheat Software." Instead, Phoenix Digital, through the Aimjunkies.com website, helps distribute the products developed, created, sold and delivered by others.

David Schaefer made the decision, on or about December 19, 2019, to help distribute the products at issue here.  David Schaefer made the decision, on or about November 12, 2020 to no longer help distribute the products at issue here.  The initial decision to help distribute the products at issue here was made to expand Phoenix Digital's line of offered products.  The decision to no longer help distribute the products at issue here was to voluntarily comply with Plaintiff Bungie, Inc.'s  November 4, 2020 demand (received by Phoenix Digital on or about November 10, 2020) that Phoenix Digital stop distributing the products at issue here.

**INTERROGATORY NO. 6**:

Describe all facts relating to how Phoenix Digital "allows the customer to access the third-party developer's computer server and download the [Cheat Software] directly from the third-party developer," as described in paragraph 5 of the Declaration of David Schaefer in Opposition to Plaintiff's Motion for Preliminary Injunction (Dkt. No. 39-1), including but not

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ
Page 2
Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

limited information sufficient to identify and/or locate (e.g., IP address or website URL) each server where the Cheat Software is/was hosted, and how Phoenix Digital enabled the connection between the purchaser and third-party developers' computer servers.

**RESPONSE:**

After accessing the AimJunkies.com website, customers wishing to obtain a product will, after placing an order, be directed and connected with the third-party developers computer server, which then downloads the product directly to the customer's computer without passing through any Phoenix Digital computer. Furthermore, it is believed that the answer to this interrogatory can be ascertained from records and documents already in the possession of Bungie. To the extent this interrogatory requests, "information sufficient to identify and/or locate (e.g., IP address or website URL) each server where the Cheat Software is/was hosted," Phoenix Digital objects to this Interrogatory as being irrelevant to any of the issues before the Court in this case and as calling for personal information not relevant to any issue before the Court in this matter.

**SUPPLEMENTAL RESPONSE:**

After further review, the answer above is slightly in error in that, after placing an order, the customer is directed and connected with the third-party developer's computer server, which then passes the product through a Phoenix Digital computer to the customer's computer.

As of May 5, 2022, Phoenix Digital no longer owns the Aimjunkics.com website and has no access to information regarding the identity or location of each server where the relevant products were hosted. Nor does Phoenix Digital have any records in this regard.

**INTERROGATORY NO. 7**:

Identify all bank accounts, financial accounts, payment processor accounts, or any other source(s) of funds or accounts owned by Phoenix Digital that are or have been used to process  and/or store funds related the sale of the Cheat Software.

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                                    Page 3

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

**RESPONSE:**

Phoenix Digital objects to this Interrogatory as being irrelevant to any of the issues before the Court in this case and as calling for personal information not relevant to any issue before the Court in this matter.

**SUPPLEMENTAL RESPONSE:**

The answer to this Interrogatory may be ascertained form the records produced by PayPal in response to Plaintiff Bungie, Inc.'s subpoena dated June 23, 2022 and from the Stripe records produced in Phoenix Digital's supplemental responses to Bungies Requests for Documents served contemporaneously herewith.  Answering further, Phonix Digital states:

PayPal.

Stripe.

Dated September 2, 2022.

/s/ Philip P. Mann
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 4

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

**Verification**

2

3          **AS TO SUPPLEMENTAL RESPONSES TO INTERROGATORIES 2, 6 AND 7:**

4          David Schaefer, being duly sworn, deposes and says that he is the President of

5   Phoenix Digital Group LLC, Defendant in the above-captioned action, that he has read the

6   foregoing responses by him subscribed, that said responses were prepared with the assistance

7   of counsel upon which he has relied and is based on his experiences and knowledge, and that

8   subject to said limitations, the responses are true, correct and complete to the best of his

9

10  information and belief.

11         DATED this 2nd day of September, 2022.

12

13

14                                                    _____

15                                                    David Schaefer

    **AS TO OBJECTIONS:**

16

17                                                    /s/ Philip P. Mann
                                                      Philip P. Mann
18

19

20

21

22

23

24

25

26

27

28

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

## **<u>CERTIFICATE OF SERVICE</u>**

2

3      I hereby certify that on September 2, 2022, I caused the foregoing document to be

4  electronically mailed to counsel of record as follows:

5  WRava@perkinscoie.com

6

7  JDini@perkinscoie.com

8  CMarcelo@perkinscoie.com

9
                                        *s/ Philip P. Mann*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                          Page 6

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation, | Cause No. 2:21-cv-0811 TSZ |
| Plaintiff | **DEFENDANT JAMES MAY'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES NOS. 6-8** |
| v. | |
| AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant James May ("Mr. May") hereby responds to Plaintiff Bungie, Inc.'s Second Set of Interrogatories Nos. 6-10 as follows:

### GENERAL OBJECTIONS

Mr. May makes the following objections to Plaintiff's Second Set of Interrogatories:

1.     To the extent Plaintiff's definitions and instructions are inconsistent with the appropriate Federal Rules of Civil Procedure, such as Fed. R. Civ. P. 26 and 34, Mr. May will rely upon the Federal Rules of Civil Procedure, the Local Rules and governing case law with respect to the subject definitions and instructions and responses.

2.     Where a request includes words or concepts indicative of a legal conclusion, Mr. May does not represent or concede that such legal conclusions or concepts apply.

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ
Page 1
MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

3.     In those instances where the responses to Plaintiff's document requests can be derived from the records of Mr. May or from an examination, audit or inspection of such records, and the burden of deriving or ascertaining the response is substantially the same for Plaintiff and Mr. May, Mr. May will specify the records from which a complete response may be ascertained and afford Plaintiff's counsel a reasonable opportunity to audit, inspect and copy such records or provide categorized copies of such records in accordance with Federal Rules of Civil Procedure 33(c).

4.     The absence of Mr. May's standing on objections should not be construed as agreement that particular documents exist or will be produced.  (Colloquially: "The absence of 'no' does not mean 'yes.'").

5.     Certain categories are premature since they request Mr. May to produce documents it does not necessarily have right now, but may or will have in the future (e.g., documents on which Mr. May will rely for particular issues, exhibits Mr. May will use, witnesses and witness lists, documents relating to damages, etc.).  Mr. May will comply with such requests through seasonal supplementation of its document production or through reliance on documents produced by others.

6.     To the extent any document request calls for documents or things that are governed by contractual confidentiality provisions against disclosure, Mr. May objects to providing any such documents or things in any manner that would contraveneMr. May's obligations absent a Court order.

## RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 6:

Identify and describe each and every technological measure that you allege Bungie circumvented to access any data and files generated and stored on your computer and/or external hard drive.

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ
Page 2
Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSE:**

Firewalls operating in conjunction with Mr. May's personal computer.

Passwords used by Mr. May to preclude unauthorized access to files stored on Mr. May's personal computer.

Mr. May reserves the right to supplement his response to this interrogatory as discovery continues and as more information regarding Bungie's unauthorized access comes to light.

**INTERROGATORY NO. 7**:

Identify each file that you allege Bungie downloaded or accessed on your computer, including but not limited to the author of each file and how you obtained the file.

**RESPONSE:**

The answer to this interrogatory may be ascertained by reference to Bungie production document BUNGIE_WDWA_0000409, and in particular, column "3" thereof.

A further answer to this interrogatory may also be ascertained by reference to Bungie production document BUNGIE_WDWA_0000367.

Mr. May reserves the right to supplement his response to this interrogatory as discovery continues and as more information regarding Bungie's unauthorized access comes to light.

**INTERROGATORY NO. 8**:

Calculate and provide the basis for each category of your alleged damages, specifying how you reached those calculations, including but not limited to the fair value of your time.

**RESPONSE:**

See paragraphs 35 and 36 of Mr. May's Amended Counterclaim filed November 21, 2022.

Dated March 3, 2023.

*/s/ Philip P. Mann*

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 3

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                      Page 4

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

**Verification**

2

3
**AS TO RESPONSES TO INTERROGATORIES:**

4
James May, being duly sworn, deposes and says that he is one of the Defendants in the

5
above-captioned action, that he has read the foregoing responses by him subscribed, that said

6
responses were prepared with the assistance of counsel upon which he has relied and is based

7
on his experiences and knowledge, and that subject to said limitations, the responses are true,

8
correct and complete to the best of his information and belief.

9

10
DATED this 3rd day of March, 2023.

11

12

13
_____
James May

14
**AS TO OBJECTIONS:**

15

16
_/s/ Philip P. Mann_
Philip P. Mann

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 3, 2023, I caused the foregoing document to be electronically mailed to counsel of record as follows:

WRava@perkinscoie.com

JDini@perkinscoie.com

CMarcelo@perkinscoie.com

<em><u>s/ Philip P. Mann</u>           </em>

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 6

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC., a Delaware corporation,

        Plaintiff

        v.

AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,

        Defendants.

Cause No. 2:21-cv-0811 TSZ

**DEFENDANT JAMES MAY'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INTERROGATORY NO. 8**

Pursuant to Federal Rule of Civil Procedure 26, 33 and 34, Defendant James May ("Mr. May") hereby supplements his response to Plaintiff Bungie's Interrogatory No.8 as follows:

## **GENERAL OBJECTIONS**

Mr. May's General Objections set out in his RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES NOS.  6-8 served March 3, 2023 are incorporated as if set out fully herein.

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

1

**SUPPLEMENTAL RESPONSE**

2

3

**INTERROGATORY NO. 8**:

4

Calculate and provide the basis for each category of your alleged damages, specifying

5

how you reached those calculations, including but not limited to the fair value of your time.

6

**RESPONSE:**

7

See paragraphs 35 and 36 of Mr. May's Amended Counterclaim filed November 21,

8

2022.

9

**SUPPLEMENTAL RESPONSE:**

10

Mr. May's damages suffered as a result of Bungie's unauthorized access to and

11

retrieval of Mr. May's confidential and private computer files include, but are not limited to,

12

his spending in excess of $2702 to purchase new computers and drives, and spending in

13

excess of 40 hours reviewing files for indication of compromise, cleaning such files when

14

detected,  and getting the new computer set up and ready for work, all incurred at the fair

15

value of his time of at least $75 per hour.   The value of Mr. May's time is based, in part, on a

16

survey of prices charged by computer technicians and consultants in the Dayton, Ohio area for

17

services rendered in setting up new computers, scanning for viruses and malware installed by

18

others and taking corrective action.  Mr. May has incurred further damages in an amount to be

19

determined at trial.  Mr. May may supplement this answer as discovery continues and more

20

information is brought to his attention.

21

Dated March 14, 2023.

22

*/s/ Philip P. Mann*

23

Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**

24

403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110

25

Phone (206) 436-0900

26

phil@mannlawgroup.com
Attorneys for Defendants

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Verification**

**AS TO SUPPLEMENTAL RESPONSE:**

James May, being duly sworn, deposes and says that he is one of the Defendants in the above-captioned action, that he has read the foregoing response by him subscribed, that said response was prepared with the assistance of counsel upon which he has relied and is based on his experiences and knowledge, and that subject to said limitations, the response is true, correct and complete to the best of his information and belief.

DATED this 14th day of March, 2023.

_____
James May

**AS TO OBJECTIONS:**

/s/ Philip P. Mann
Philip P. Mann

Phoenix Digital Response to First Set of ROGS                Page 4
Cause No. 21-CV-0811-TSZ

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 14, 2023, I caused the foregoing document to be electronically mailed to counsel of record as follows:

WRava@perkinscoie.com

JDini@perkinscoie.com

CMarcelo@perkinscoie.com

*s/ Philip P. Mann*

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ

Page 5

Mᴀɴɴ Lᴀᴡ Gʀᴏᴜᴘ ᴘʟʟᴄ
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation, | Cause No. 2:21-cv-0811 TSZ |
| Plaintiff | **DEFENDANT JAMES MAY'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES NOS.  6-8** |
| v. | |
| AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant James May ("Mr. May") hereby responds to Plaintiff Bungie, Inc.'s Second Set of Interrogatories Nos. 6-10 as follows:

**GENERAL OBJECTIONS**

Mr. May makes the following objections to Plaintiff's Second Set of Interrogatories:

1.      To the extent Plaintiff's definitions and instructions are inconsistent with the appropriate Federal Rules of Civil Procedure, such as Fed. R. Civ. P. 26 and 34, Mr. May will rely upon the Federal Rules of Civil Procedure, the Local Rules and governing case law with respect to the subject definitions and instructions and responses.

2.      Where a request includes words or concepts indicative of a legal conclusion, Mr. May does not represent or concede that such legal conclusions or concepts apply.

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

3.      In those instances where the responses to Plaintiff's document requests can be derived from the records of Mr. May or from an examination, audit or inspection of such records, and the burden of deriving or ascertaining the response is substantially the same for Plaintiff and Mr. May, Mr. May will specify the records from which a complete response may be ascertained and afford Plaintiff's counsel a reasonable opportunity to audit, inspect and copy such records or provide categorized copies of such records in accordance with Federal Rules of Civil Procedure 33(c).

4.      The absence of Mr. May's standing on objections should not be construed as agreement that particular documents exist or will be produced.  (Colloquially: "The absence of 'no' does not mean 'yes.'").

5.      Certain categories are premature since they request Mr. May to produce documents it does not necessarily have right now, but may or will have in the future (e.g., documents on which Mr. May will rely for particular issues, exhibits Mr. May will use, witnesses and witness lists, documents relating to damages, etc.).  Mr. May will comply with such requests through seasonal supplementation of its document production or through reliance on documents produced by others.

6.      To the extent any document request calls for documents or things that are governed by contractual confidentiality provisions against disclosure, Mr. May objects to providing any such documents or things in any manner that would contraveneMr. May's obligations absent a Court order.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 6**:

Identify and describe each and every technological measure that you allege Bungie circumvented to access any data and files generated and stored on your computer and/or external hard drive.

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ      Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSE:**

Firewalls operating in conjunction with Mr. May's personal computer.

Passwords used by Mr. May to preclude unauthorized access to files stored on Mr. May's personal computer.

Mr. May reserves the right to supplement his response to this interrogatory as discovery continues and as more information regarding Bungie's unauthorized access comes to light.

**INTERROGATORY NO. 7**:

Identify each file that you allege Bungie downloaded or accessed on your computer, including but not limited to the author of each file and how you obtained the file.

**RESPONSE:**

The answer to this interrogatory may be ascertained by reference to Bungie production document BUNGIE_WDWA_0000409, and in particular, column "3" thereof.

A further answer to this interrogatory may also be ascertained by reference to Bungie production document BUNGIE_WDWA_0000367.

Mr. May reserves the right to supplement his response to this interrogatory as discovery continues and as more information regarding Bungie's unauthorized access comes to light.

**INTERROGATORY NO. 8**:

Calculate and provide the basis for each category of your alleged damages, specifying how you reached those calculations, including but not limited to the fair value of your time.

**RESPONSE:**

See paragraphs 35 and 36 of Mr. May's Amended Counterclaim filed November 21, 2022.

Dated March 3, 2023.

*/s/ Philip P. Mann*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 4

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**Verification**

**AS TO RESPONSES TO INTERROGATORIES:**

James May, being duly sworn, deposes and says that he is one of the Defendants in the above-captioned action, that he has read the foregoing responses by him subscribed, that said responses were prepared with the assistance of counsel upon which he has relied and is based on his experiences and knowledge, and that subject to said limitations, the responses are true, correct and complete to the best of his information and belief.

DATED this 3rd day of March, 2023.

_____
James May

**AS TO OBJECTIONS:**

_/s/ Philip P. Mann_
Philip P. Mann

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                     Page 5

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 3, 2023, I caused the foregoing document to be electronically mailed to counsel of record as follows:

WRava@perkinscoie.com

JDini@perkinscoie.com

CMarcelo@perkinscoie.com

<em>s/ Philip P. Mann</em>

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 6

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANT JAMES MAY'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INTERROGATORY NO. 8** |

Pursuant to Federal Rule of Civil Procedure 26, 33 and 34, Defendant James May ("Mr. May") hereby supplements his response to Plaintiff Bungie's Interrogatory No.8 as follows:

**<u>GENERAL OBJECTIONS</u>**

Mr. May's General Objections set out in his RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES NOS.  6-8 served March 3, 2023 are incorporated as if set out fully herein.

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

1

**SUPPLEMENTAL RESPONSE**

2

3

**INTERROGATORY NO. 8**:

4

Calculate and provide the basis for each category of your alleged damages, specifying

5

how you reached those calculations, including but not limited to the fair value of your time.

6

**RESPONSE:**

7

See paragraphs 35 and 36 of Mr. May's Amended Counterclaim filed November 21,

8

2022.

9

**SUPPLEMENTAL RESPONSE:**

10

Mr. May's damages suffered as a result of Bungie's unauthorized access to and

11

retrieval of Mr. May's confidential and private computer files include, but are not limited to,

12

his spending in excess of $2702 to purchase new computers and drives, and spending in

13

excess of 40 hours reviewing files for indication of compromise, cleaning such files when

14

detected,  and getting the new computer set up and ready for work, all incurred at the fair

15

value of his time of at least $75 per hour.   The value of Mr. May's time is based, in part, on a

16

survey of prices charged by computer technicians and consultants in the Dayton, Ohio area for

17

services rendered in setting up new computers, scanning for viruses and malware installed by

18

others and taking corrective action.  Mr. May has incurred further damages in an amount to be

19

determined at trial.  Mr. May may supplement this answer as discovery continues and more

20

information is brought to his attention.

21

Dated March 14, 2023.

22

*/s/ Philip P. Mann*

23

Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**

24

403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110

25

Phone (206) 436-0900
phil@mannlawgroup.com

26

Attorneys for Defendants

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ

Page 3

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

**Verification**

2

3

**AS TO SUPPLEMENTAL RESPONSE:**

4

James May, being duly sworn, deposes and says that he is one of the Defendants in the

5

above-captioned action, that he has read the foregoing response by him subscribed, that said

6

response was prepared with the assistance of counsel upon which he has relied and is based

7

on his experiences and knowledge, and that subject to said limitations, the response is true,

8

correct and complete to the best of his information and belief.

9

DATED this 14th day of March, 2023.

10

11

12

_____

13

James May

14

**AS TO OBJECTIONS:**

15

16

*/s/ Philip P. Mann*
Philip P. Mann

17

18

19

20

21

22

23

24

25

26

27

28

Phoenix Digital Response to First Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 4

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

## <u>**CERTIFICATE OF SERVICE**</u>

2

3      I hereby certify that on March 14, 2023, I caused the foregoing document to be

4   electronically mailed to counsel of record as follows:

5   WRava@perkinscoie.com

6

7   JDini@perkinscoie.com

8   CMarcelo@perkinscoie.com

9                                        *s/ Philip P. Mann*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANT PHOENIX DIGITAL GROUP LLC'S RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION NOS. 31-43** |

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant Phoenix

Digital Group LLC ("Phoenix Digital") hereby responds to Plaintiff Bungie, Inc.'s  Second

Set of Requests for Production as follows:

**GENERAL OBJECTIONS**

The General Objections stated in Phoenix Digital's Response (served July 25, 2022)

to Plaintiff's First Set of Requests For Production are incorporated as if set forth fully herein.

Mᴀɴɴ Lᴀᴡ Gʀᴏᴜᴘ ᴘʟʟᴄ
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

## RESPONSES TO REQUESTS FOR PRODUCTION

2

3      **REQUEST FOR PRODUCTION NO. 31**:

4      Produce all documents and communications sent to or from, or that refer or relate to
Andreas Banek.

5

6      **RESPONSE:**

No such documents are in the possession and/or control of Phoenix Digital.

7      **REQUEST FOR PRODUCTION NO. 32**:

8      Produce all documents and communications sent to or from, or that refer or relate to

9  Jason Hahn, Alexandria Fajardo, and/or the AimJunkies.com forum account(s) named

10  "SSJason" in connection with the Cheat Software and/or Destiny 2.

11

12     **RESPONSE:**

No such documents are in the possession and/or control of Phoenix Digital.

13     **REQUEST FOR PRODUCTION NO. 33**:

14     Produce all documents and communications sent to or from, or that refer or relate to

15  the following individuals in connection with the Cheat Software and/or Destiny 2: (a) Aaron

16  Rusby, (b) Antun Berisic, (c) Aruneshwar Roychowdhury, (d) Chris Hebert, (e) David

17  Holmes, (f) Joshua Duran, (g) Kelly Spirit, (h) Laron McManus, (i) Lewis Richardson, (j)

18  Nicholas Fenske, (k) Robert Brown, (l) Samuel Picton, (m) Tobias Vogel, (n) Casey Bobo, (o)

19  Melissa Ferris, (p) Patricia Wilber, (q) Regan McManus, (r) Robert Brown, and (s) Robin

20  Conway.

21     **RESPONSE:**

22     No such documents are in the possession and/or control of Phoenix Digital.

23

24

25

26

27

28

**REQUEST FOR PRODUCTION NO. 34**:

Produce all documents and communications sent to or from, or that refer or relate to the following entities in connection with the Cheat Software and/or Destiny 2: (a) Arctic Frost LLC, (b) Burst Software, (c) Cascade Vinyls, (d) Lisa's Repair, and (e) Nysam LLC.

**RESPONSE:**

No such documents are in the possession and/or control of Phoenix Digital.

**REQUEST FOR PRODUCTION NO. 35**:

Produce all documents and communications referring or relating to all versions of the AimJunkies Terms of Service, including but not limited to copies of any such Terms of Service and documents sufficient to show the date on which Defendants first adopted the AimJunkies Terms of Service and every location (e.g., URL) where Defendants published the AimJunkies Terms of Service.

**RESPONSE:**

Phoenix Digital will produce relevant, non-privileged documents to the extent, any exist.

**REQUEST FOR PRODUCTION NO. 36**:

Produce all communications that mention or refer to this Action.

**RESPONSE:**

All responsive documents have previously been produced.

**REQUEST FOR PRODUCTION NO. 37**:

Produce all communications that mention or refer to Bungie.

**RESPONSE:**

All responsive documents have previously been produced.

**REQUEST FOR PRODUCTION NO. 38**:

Produce all communications that mention or refer to any Bungie games, including but not limited to Destiny 2.

**RESPONSE:**

All responsive documents have previously been produced.

**REQUEST FOR PRODUCTION NO. 39**:

Produce all communications that mention or refer to the Cheat Software.

**RESPONSE:**

All responsive documents have previously been produced.

**REQUEST FOR PRODUCTION NO. 40**:

Produce all communications found on the Aimjunkies.com website, including but not limited to the website's forums and restricted-access forums such as the VIP section, that refer to or mention Destiny 2, the Cheat Software, or the Action.

**RESPONSE:**

Responsive documents, if any, are available at the Aimjunkies.com website.  To the extent such documents are in the possession and/or control of Phoenix Digital, all responsive documents have previously been produced.

**REQUEST FOR PRODUCTION NO. 41**:

Produce    all    communications    sent    to    or    from    the    email    address <admin@aimjunkies.com> that references or mentions Destiny 2, Bungie, or the Cheat Software.

**RESPONSE:**

All responsive documents have previously been produced.

**REQUEST FOR PRODUCTION NO. 42**:

Produce all documents related to any Teamspeak server owned, operated, and/or used by Phoenix Digital in connection with AimJunkies.com, Destiny 2, and/or the Cheat Software, including but not limited to documents sufficient to identify the Teamspeak server(s) and all  members of the Teamspeak server(s) and all communications on or through that server regarding  Destiny 2 and/or the Cheat Software.

Phoenix Digital Response to Second Set of RFPs
Cause No. 21-CV-0811-TSZ                              Page 4

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

**RESPONSE:**

2

No such documents are in the possession and/or control of Phoenix Digital.

3

**REQUEST FOR PRODUCTION NO. 43**:

4

Produce all documents that Defendants intend to rely on in connection with this

5

Action.

6

**RESPONSE:**

7

Such documents to the extent they have been identified have been produced.

8

Discovery is ongoing and Phoenix Digital reserves the right to supplement its response to this

9

request.

10

Dated October 10, 2022.

11

*/s/ Philip P. Mann*

12

Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**

13

403 Madison Ave. N. Ste. 240

14

Bainbridge Island, Washington  98110
Phone (206) 436-0900

15

phil@mannlawgroup.com
Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

3      I hereby certify that on October 10, 2022, I caused the foregoing document to be

4   electronically mailed to counsel of record as follows:

5   WRava@perkinscoie.com

6

7   JDini@perkinscoie.com

8   CMarcelo@perkinscoie.com

9
                                               *s/ Philip P. Mann*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mᴀɴɴ Lᴀᴡ Gʀᴏᴜᴘ ᴘʟʟᴄ
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANT PHOENIX DIGITAL GROUP LLC'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES NOS. 8-10** |

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant Phoenix Digital Group LLC ("Phoenix Digital") hereby responds to Plaintiff Bungie, Inc.'s First Set of Interrogatories Nos. 1-7 as follows:

## **GENERAL OBJECTIONS**

Phoenix Digital makes the following objections to Plaintiff's First Set of Requests For Production of Documents:

1.      To the extent Plaintiff's definitions and instructions are inconsistent with the appropriate Federal Rules of Civil Procedure, such as Fed. R. Civ. P. 26 and 34, Phoenix Digital will rely upon the Federal Rules of Civil Procedure, the Local Rules and governing case law with respect to the subject definitions and instructions and responses.

Phoenix Digital Response to Second Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

2.     Where a request includes words or concepts indicative of a legal conclusion, Phoenix Digital does not represent or concede that such legal conclusions or concepts apply.

3.     In those instances where the responses to Plaintiff's document requests can be derived from the records of Phoenix Digital or from an examination, audit or inspection of such records, and the burden of deriving or ascertaining the response is substantially the same for Plaintiff and Phoenix Digital, Phoenix Digital will specify the records from which a complete response may be ascertained and afford Plaintiff's counsel a reasonable opportunity to audit, inspect and copy such records or provide categorized copies of such records in accordance with Federal Rules of Civil Procedure 33(c).

4.     The absence of Phoenix Digital's standing on objections should not be construed as agreement that particular documents exist or will be produced.  (Colloquially: "The absence of 'no' does not mean 'yes.'").

5.     Certain categories are premature since they request Phoenix Digital to produce documents it does not necessarily have right now, but may or will have in the future (e.g., documents on which Phoenix Digital will rely for particular issues, exhibits Phoenix Digital will use, witnesses and witness lists, documents relating to damages, etc.).  Phoenix Digital will comply with such requests through seasonal supplementation of its document production or through reliance on documents produced by others.

6.     To the extent any document request calls for documents or things that are governed by contractual confidentiality provisions against disclosure, Phoenix Digital objects to providing any such documents or things in any manner that would contravenePhoenix Digital's obligations absent a Court order.

Phoenix Digital Response to Second Set of ROGS
Cause No. 21-CV-0811-TSZ                     Page 2

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 8**:

Identify each and every Phoenix Digital program that Phoenix Digital alleges Bungie accessed through circumvention of technological measures, including but not limited to the author of each program and how Phoenix Digital obtained the program.

**RESPONSE:**

As Phoenix Digital's Second Amended Counterclaim for Circumvention of Technological Measures in violation of 17 U.S.C. § 1201(a), has been DISMISSED with prejudice, this interrogatory is not relevant to any issue remaining in the action.

**INTERROGATORY NO. 9**:

Identify and describe each and every technological measure that Phoenix Digital alleges Bungie circumvented to access any Phoenix Digital programs, including but not limited to the loader software.

**RESPONSE:**

As Phoenix Digital's Second Amended Counterclaim for Circumvention of Technological Measures in violation of 17 U.S.C. § 1201(a), has been DISMISSED with prejudice, this interrogatory is not relevant to any issue remaining in the action.

**INTERROGATORY NO. 10**:

Calculate and provide the basis for each category of Phoenix Digital's alleged damages, specifying how Phoenix Digital reached those calculations.

**RESPONSE:**

See Paragraph 75 of Phoenix Digital's of First Amended Counterclaim.  Phoenix Digital will supplement its answer to this interrogatory as more information becomes avaialabel.

Dated March 3, 2023.

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**

Phoenix Digital Response to Second Set of ROGS
Cause No. 21-CV-0811-TSZ          Page 3

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

Phoenix Digital Response to Second Set of ROGS
Cause No. 21-CV-0811-TSZ                    Page 4

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

2

3

**Verification**

**AS TO RESPONSES TO INTERROGATORIES:**

4

5

6

7

8

9

10

David Schaefer, being duly sworn, deposes and says that he is the President of Phoenix Digital Group LLC, Defendant in the above-captioned action, that he has read the foregoing responses by him subscribed, that said responses were prepared with the assistance of counsel upon which he has relied and is based on his experiences and knowledge, and that subject to said limitations, the responses are true, correct and complete to the best of his information and belief.

11

DATED this 3rd day of March, 2023.

12

13

14

15

16

_____
David Schaefer

**AS TO OBJECTIONS:**

17

18

*/s/ Philip P. Mann*
Philip P. Mann

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

3       I hereby certify that on March 3, 2023, I caused the foregoing document to be

4   electronically mailed to counsel of record as follows:

5
    WRava@perkinscoie.com
6

7   JDini@perkinscoie.com

8   CMarcelo@perkinscoie.com

9
                                            *s/ Philip P. Mann*_____
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC., a Delaware corporation,

Plaintiff

v.

AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,

Defendants.

Cause No. 2:21-cv-0811 TSZ

**DEFENDANT JAMES MAY'S RESPONSES TO PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION NOS. 27-33**

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant James May ("Mr. May") hereby responds to Plaintiff Bungie, Inc.'s Third Set of Requests for Production as follows:

## **GENERAL OBJECTIONS**

Mr. May makes the following objections to Plaintiff's Third Set of Requests For Production of Documents:

1. To the extent Plaintiff's definitions and instructions are inconsistent with the appropriate Federal Rules of Civil Procedure, such as Fed. R. Civ. P. 26 and 34, Mr. May will rely upon the Federal Rules of Civil Procedure, the Local Rules and governing case law with respect to the subject definitions and instructions and responses.

James May Response to Third Set of RFPs
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

2.      Where a request includes words or concepts indicative of a legal conclusion, Mr. May does not represent or concede that such legal conclusions or concepts apply.

3.      In those instances where the responses to Plaintiff's document requests can be derived from the records of Mr. May or from an examination, audit or inspection of such records, and the burden of deriving or ascertaining the response is substantially the same for Plaintiff and Mr. May, Mr. May will specify the records from which a complete response may be ascertained and afford Plaintiff's counsel a reasonable opportunity to audit, inspect and copy such records or provide categorized copies of such records in accordance with Federal Rules of Civil Procedure 33(c).

4.      The absence of Mr. May's standing on objections should not be construed as agreement that particular documents exist or will be produced.  (Colloquially: "The absence of 'no' does not mean 'yes.'").

5.      Certain categories are premature since they request Mr. May to produce documents it does not necessarily have right now, but may or will have in the future (e.g., documents on which Mr. May will rely for particular issues, exhibits Mr. May will use, witnesses and witness lists, documents relating to damages, etc.).  Mr. May willcomply with such requests through seasonal supplementation of its document production or through reliance on documents produced by others.

6.      To the extent any document request calls for documents or things that are governed by contractual confidentiality provisions against disclosure, Mr. May objects to providing any such documents or things in any manner that would contraveneMr. May's obligations absent a Court order.

**RESPONSES TO REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 27**:

All documents showing that Bungie downloaded any information from files on your personal computer and/or external hard drive.

James May Response to Third Set of RFPs
Cause No. 21-CV-0811-TSZ                                Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSE:**

Documents responsive to this request have already been produced (See in particular Bungie production documents BUNGIE_WDWA_0000409 and BUNGIE_WDWA_0000367.   See also Bungie's Limited Software License Agreement last updated March 6, 2020 as well as the Bungie Privacy Statement last updated January 1, 2020 referenced therein.

Mr. May will produce relevant, non-privileged documents if, and to the extent, any are discovered as discovery continues.

**REQUEST FOR PRODUCTION NO. 28**:

All documents relating to any expenses incurred purchasing new computers and drives as a result of Bungie's alleged access to your computer and/or external hard drive.

**RESPONSE:**

Mr. May will produce relevant, non-privileged documents if, and to the extent, any exist.

**REQUEST FOR PRODUCTION NO. 29**:

Copies of all data and files generated and stored on your personal computer and/or external hard drive that you claim were accessed by Bungie.

**RESPONSE:**

Mr. May objects to this request as being unduly burdensome and disproportionate in that such documents are already in the possession of Bungie as evidenced by Bungie production Documents BUNGIE_WDWA_0000409 and BUNGIE_WDWA_0000367.

**REQUEST FOR PRODUCTION NO. 30**:

All documents related to any technological measures that control access to your data and files on your personal computer and/or external hard drive that you claim were circumvented by Bungie.

James May Response to Third Set of RFPs
Cause No. 21-CV-0811-TSZ                    Page 3

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

**RESPONSE:**

Mr. May will produce relevant, non-privileged documents if, and to the extent, any exist.

**REQUEST FOR PRODUCTION NO. 31**:

All documents showing that Bungie accessed any files on your personal computer and/or external hard drive.

**RESPONSE:**

Mr. May will produce relevant, non-privileged documents if, and to the extent, any exist. Additional documents responsive to this request are in the possession of Bungie and will be produced following discovery thereof.

**REQUEST FOR PRODUCTION NO. 32**:

All documents related to any act of circumvention that you allege Bungie performed to access data and files on your personal computer and/or external hard drive.

**RESPONSE:**

Mr. May will produce relevant, non-privileged documents if, and to the extent, any exist.  Additional documents responsive to this request are in the possession of Bungie and will be produced following discovery thereof.

**REQUEST FOR PRODUCTION NO. 33**:

All documents relating to all damages claimed by you in this Action.

**RESPONSE:**

Mr. May will produce relevant, non-privileged documents if, and to the extent, any exist.

Dated March 3, 2023.

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110

James May Response to Third Set of RFPs
Cause No. 21-CV-0811-TSZ
Page 4
Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

James May Response to Third Set of RFPs
Cause No. 21-CV-0811-TSZ

Page 5

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

## <u>CERTIFICATE OF SERVICE</u>

2

3        I hereby certify that on March 3, 2023, I caused the foregoing document to be

4    electronically mailed to counsel of record as follows:

5    WRava@perkinscoie.com

6

7    JDini@perkinscoie.com

8    CMarcelo@perkinscoie.com

9                                                 *s/ Philip P. Mann*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED  STATES  DISTRICT  COURT
FOR THE WESTERN  DISTRICT  OF WASHINGTON

BUNGIE,  INC., a Delaware corporation,

         Plaintiff

         v.

AIMJUNKIES.COM,  a business of unknown
classification; PHOENIX DIGITAL  GROUP
LLC, an Arizona limited liability company;
JEFFREY CONWAY,  an individual; DAVID
SCHAEFER,  an individual; JORDAN GREEN,
an individual; and JAMES MAY, an individual,

         Defendants.

Cause No. 2:21-cv-0811 TSZ

**DEFENDANT  PHOENIX
DIGITAL GROUP LLC'S
SUPPLEMENTAL  RESPONSE
TO PLAINTIFF'S
INTERROGATORY  NO. 10**

Pursuant to Federal Rule of Civil Procedure 26, 33 and 34, Defendant Phoenix Digital

Group LLC ("Phoenix Digital") hereby supplements its response to Plaintiff Bungie, Inc.'s

Interrogatory No. 10  as follows:

## GENERAL OBJECTIONS

Phoenix Digital's General Objections set out in its RESPONSES TO PLAINTIFF'S

SECOND  SET  OF  INTERROGATORIES  NOS.   8-10  served  March  3, 2023  are

incorporated as if set out fully herein.

Phoenix Digital  Supplemental  Response to
Interrogatory No. 10                          Page 1
Cause No. 21-CV-0811-TSZ

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Bainbridge Island WA  98110
Phone:  206.436.0900

**SUPPLEMENTAL RESPONSE**

**INTERROGATORY NO. 10**:

Calculate and provide the basis for each category of Phoenix Digital's alleged damages, specifying how Phoenix Digital reached those calculations.

**RESPONSE:**

See Paragraph 75 of Phoenix Digital's of First Amended Counterclaim. Phoenix Digital will supplement its answer to this interrogatory as more information becomes avaialabel.

**SUPPLEMENTAL RESPONSE:**

Bungie's breach of the express terms of the Phoenix Digital Terms of Service has caused and is continuing to cause harm and damage to Phoenix Digital. Such damages include but are not limited to investigating and responding to inaccurate and factually baseless claims by Bungie, both in and outside of court, that Phoenix Digital has engaged in unlawful conduct when it has not, which accusations have diminished the fair market value of Phoenix Digital's "aimjunkies" website, resulting in Phoenix Digital's sale of the website at a price lower than that that would have been realized had Bungie not breached the applicable Terms of Service and not made false and harmful accusations against Phoenix Digital and its Officers and Directors.

Phoenix Digital' legal fees and expenses in defending the false accusations against it stand, at present, at at least $206,116.50 and are expected to climb as the case continues.

The value of the "aimjunkies.com" website declined from a high of $6,384,000 in 2019 before Bungie's lawsuit was filed to $1,920,000 in 2021 when the lawsuit was filed and Bungie's allegations against Phoenix Digital became public, ultimately falling to $7000 when the website was sold for that amount in May, 2022.

Dated March 15, 2023.

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110

Phoenix Digital Supplemental Response to
Interrogatory No. 10                    Page 2
Cause No. 21-CV-0811-TSZ

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island WA  98110
Phone:  206.436.0900

Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island WA  98110
Phone:  206.436.0900

1

**Verification**

2

3

**AS TO RESPONSES TO INTERROGATORIES:**

4

David Schaefer, being duly sworn, deposes and says that he is the President of Phoenix

5

Digital Group LLC, Defendant in the above-captioned action, that he has read the foregoing

6

response by him subscribed, that said response was prepared with the assistance of counsel

7

upon which he has relied and is based on his experiences and knowledge, and that subject to

8

said limitations, the response is are true, correct and complete to the best of his information and

9

belief.

10

DATED this 15th day of March, 2023.

11

12

13

14

_____
David Schaefer

15

**AS TO OBJECTIONS:**

16

17

/s/ Philip P. Mann
Philip P. Mann

18

19

20

21

22

23

24

25

26

27

28

Phoenix Digital Supplemental Response to
Interrogatory No. 10                                    Page 4
Cause No. 21-CV-0811-TSZ

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island WA  98110
Phone:  206.436.0900

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2023, I caused the foregoing document to be electronically mailed to counsel of record as follows:

WRava@perkinscoie.com

JDini@perkinscoie.com

CMarcelo@perkinscoie.com

<i>s/ Philip P. Mann</i>

Phoenix Digital Supplemental Response to
Interrogatory No. 10                                     Page 5
Cause No. 21-CV-0811-TSZ

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island WA  98110
Phone:  206.436.0900

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation, | Cause No. 2:21-cv-0811 TSZ |
| Plaintiff | **DEFENDANT PHOENIX DIGITAL GROUP LLC'S RESPONSES TO PLAINTIFF'S FOURTH SET OF REQUESTS FOR PRODUCTION NOS.  46-57** |
| v. | |
| AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendant Phoenix

Digital Group LLC ("Phoenix Digital") hereby responds to Plaintiff Bungie, Inc.'s  Fourth Set

of Requests for Production as follows:

**GENERAL OBJECTIONS**

Phoenix Digital makes the following objections to Plaintiff's First Set of Requests For

Production of Documents:

1.      To the extent Plaintiff's definitions and instructions are inconsistent with the

appropriate Federal Rules of Civil Procedure, such as Fed. R. Civ. P. 26 and 34, Phoenix

Digital will rely upon the Federal Rules of Civil Procedure, the Local Rules and governing

case law with respect to the subject definitions and instructions and responses.

Phoenix Digital Response to Fourth Set of RFPs
Cause No. 21-CV-0811-TSZ                    Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

2.     Where a request includes words or concepts indicative of a legal conclusion, Phoenix Digital does not represent or concede that such legal conclusions or concepts apply.

3.     In those instances where the responses to Plaintiff's document requests can be derived from the records of Phoenix Digital or from an examination, audit or inspection of such records, and the burden of deriving or ascertaining the response is substantially the same for Plaintiff and Phoenix Digital, Phoenix Digital will specify the records from which a complete response may be ascertained and afford Plaintiff's counsel a reasonable opportunity to audit, inspect and copy such records or provide categorized copies of such records in accordance with Federal Rules of Civil Procedure 33(c).

4.     The absence of Phoenix Digital's standing on objections should not be construed as agreement that particular documents exist or will be produced.  (Colloquially: "The absence of 'no' does not mean 'yes.'").

5.     Certain categories are premature since they request Phoenix Digital to produce documents it does not necessarily have right now, but may or will have in the future (e.g., documents on which Phoenix Digital will rely for particular issues, exhibits Phoenix Digital will use, witnesses and witness lists, documents relating to damages, etc.).  Phoenix Digital willcomply with such requests through seasonal supplementation of its document production or through reliance on documents produced by others.

6.     To the extent any document request calls for documents or things that are governed by contractual confidentiality provisions against disclosure, Phoenix Digital objects to providing any such documents or things in any manner that would contravenePhoenix Digital's obligations absent a Court order.

**RESPONSES TO REQUESTS FOR PRODUCTION**

Phoenix Digital Response to Fourth Set of RFPs
Cause No. 21-CV-0811-TSZ                          Page 2

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

**REQUEST FOR PRODUCTION NO. 46**:

All documents showing that the AimJunkies.com Terms of Service described in paragraph 64 of the Amended Counterclaims were put in place on July 22, 2015, and were in place on or about January 3, 2021

**RESPONSE:**

Documents responsive to this request have already been produced. In addition, see deposition testimony of Dr. Edward Kaiser, as well as arbitration hearing testimony of Dr. Kaiser and "YS." Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist. At present, no such documents are in the possession and/or control of Phoenix Digital.

**REQUEST FOR PRODUCTION NO. 47**:

All documents showing that Bungie tested, decompiled, reverse engineered, or otherwise inspected the internal workings of the Cheat Software and/or loader software.

**RESPONSE:**

Documents responsive to this request have already been produced. In addition, see deposition testimony of Dr. Edward Kaiser, as well as arbitration hearing testimony of Dr. Kaiser and "YS." Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist. At present, no such documents are in the possession and/or control of Phoenix Digital.

**REQUEST FOR PRODUCTION NO. 48**:

All documents relating to all damages claimed by you as a result of Bungie's alleged breach of the AimJunkies.com Terms of Service.

**RESPONSE:**

Phoenix Digital will produce relevant, non-privileged documents if, and to the extent, any exist. At present, no such documents are in the possession and/or control of Phoenix Digital.

**REQUEST FOR PRODUCTION NO. 49**:

Copies of all Phoenix Digital programs, including but not limited to the loader software, allegedly accessed by Bungie.

**RESPONSE:**

As Phoenix Digital's Second Amended Counterclaim for Circumvention of Technological Measures in violation of 17 U.S.C. § 1201(a), has been DISMISSED with prejudice, this request is not relevant to any issue remaining in the action.

**REQUEST FOR PRODUCTION NO. 50**:

All documents related to any technological measures that control access to Phoenix Digital's programs, including but not limited to the loader software, allegedly accessed by Bungie.

**RESPONSE:**

As Phoenix Digital's Second Amended Counterclaim for Circumvention of Technological Measures in violation of 17 U.S.C. § 1201(a), has been DISMISSED with prejudice, this request is not relevant to any issue remaining in the action.

**REQUEST FOR PRODUCTION NO. 51**:

All documents showing that Bungie accessed any Phoenix Digital programs, including but not limited to the loader software.

**RESPONSE:**

As Phoenix Digital's Second Amended Counterclaim for Circumvention of Technological Measures in violation of 17 U.S.C. § 1201(a), has been DISMISSED with prejudice, this request is not relevant to any issue remaining in the action.

**REQUEST FOR PRODUCTION NO. 52**:

All documents related to any act of circumvention that Phoenix Digital alleges Bungie performed to access Phoenix Digital programs, including but not limited to the loader software.

Phoenix Digital Response to Fourth Set of RFPs
Cause No. 21-CV-0811-TSZ

Page 4

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

**RESPONSE:**

As Phoenix Digital's Second Amended Counterclaim for Circumvention of Technological Measures in violation of 17 U.S.C. § 1201(a), has been DISMISSED with prejudice, this request is not relevant to any issue remaining in the action.

**REQUEST FOR PRODUCTION NO. 53**:

All documents related to Phoenix Digital's ownership of any programs that Bungie allegedly accessed, including but not limited to the loader software.

**RESPONSE:**

As Phoenix Digital's Second Amended Counterclaim for Circumvention of Technological Measures in violation of 17 U.S.C. § 1201(a), has been DISMISSED with prejudice, this request is not relevant to any issue remaining in the action.

**REQUEST FOR PRODUCTION NO. 54**:

All documents related to any transfer of ownership of any programs that Bungie accessed, including but not limited to the loader software, to Phoenix Digital.

**RESPONSE:**

As Phoenix Digital's Second Amended Counterclaim for Circumvention of Technological Measures in violation of 17 U.S.C. § 1201(a), has been DISMISSED with prejudice, this request is not relevant to any issue remaining in the action.

**REQUEST FOR PRODUCTION NO. 55**:

All communications with the creator and/or author of the loader software, including but not limited to Whitewater, about the loader software.

**RESPONSE:**

As Phoenix Digital's Second Amended Counterclaim for Circumvention of Technological Measures in violation of 17 U.S.C. § 1201(a), has been DISMISSED with prejudice, this request is not relevant to any issue remaining in the action.

**REQUEST FOR PRODUCTION NO. 56**:

All documents relating to all damages claimed by you in this Action.

Phoenix Digital Response to Fourth Set of RFPs
Cause No. 21-CV-0811-TSZ                    Page 5

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone: 206.436.0900

1    **RESPONSE:**

2    Phoenix Digital will produce relevant, non-privileged documents if, and to the extent,

3    any exist.

4    **REQUEST FOR PRODUCTION NO. 57**:

5    All documents relating to the fair market value of Phoenix Digital's AimJunkies.com

6    website both before and after the fair market value was allegedly harmed by Bungie's acts

7    alleged in the Amended Counterclaims.

8    **RESPONSE:**

9    Phoenix Digital will produce relevant, non-privileged documents if, and to the extent,

10   any exist.

11   Dated March 3, 2023.

12                                      /s/ Philip P. Mann
                                        _____
13                                      Philip P. Mann, WSBA No: 28860
                                        **Mann Law Group PLLC**
14                                      403 Madison Ave. N. Ste. 240
                                        Bainbridge Island, Washington  98110
15                                      Phone (206) 436-0900
                                        phil@mannlawgroup.com
16                                      Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

28

Phoenix Digital Response to Fourth Set of RFPs
Cause No. 21-CV-0811-TSZ                          Page 6

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1

## **<u>CERTIFICATE OF SERVICE</u>**

2

3      I hereby certify that on March 3, 2023, I caused the foregoing document to be

4   electronically mailed to counsel of record as follows:

5   WRava@perkinscoie.com

6

7   JDini@perkinscoie.com

8   CMarcelo@perkinscoie.com

9
                                        *s/ Philip P. Mann*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. C18-01274 TSZ<br><br>**DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION NOS. 1-24** |

Pursuant to Federal Rule of Civil Procedure 26, 33 AND 34, Defendants hereby responds to Plaintiff Bungie, Inc.'s ("Bungie") First Set of Requests for Admission as follows:

**GENERAL OBJECTIONS**

1.      Defendants expressly reserve the right to supplement, clarify, revise, or correct any or all of the responses and objections herein, and to assert additional objections or privileges, in one or more subsequent supplemental responses.

2.      To the extent Bungie's definitions and instructions are inconsistent with the appropriate Federal Rules of Civil Procedure, such as Fed. R. Civ. P. 26 and 36, Defendants

Mann Law Group pllc
107 Spring St.
Seattle, WA  98104
Phone: 206.436.8500

will rely upon the Federal Rules of Civil Procedure, the Local Rules and governing case law with respect to the subject definitions and instructions and responses.

3.      Where a request includes words or concepts indicative of a legal conclusion, Defendants does not represent or concede that such legal conclusions or concepts apply.

## RESPONSES TO REQUESTS FOR ADMISSION

### REQUEST FOR ADMISSION NO. 1:

Each document Phoenix Digital produced in response to Bungie's previously-served First Set of Requests for Production (Nos. 1-30) to Phoenix Digital is authentic for purposes of admission into evidence during trial in this Action.

**Response**: Denied.  As Phoenix Digital is not the author of several of the third-party documents that were produced, Phoenix Digital admits only that the documents produced are true and correct copies of the documents in its possession and control and can neither admit or deny the veracity of the information contained therein.

### REQUEST FOR ADMISSION NO. 2:

Each document Phoenix Digital produced in response to Bungie's previously-served First Set of Requests for Production (Nos. 1-30) to Phoenix Digital is genuine pursuant to Rule 36(a) of the Federal Rules of Civil Procedure.

**Response**: Denied.  As Phoenix Digital is not the author of several of the third-party documents that were produced, Phoenix Digital admits only that the documents produced are true and correct copies of the documents in its possession and control and can neither admit or deny the veracity of the information contained therein.

DEFENDANTS' RESPONSES TO BUNGIE'S FIRST
SET OF REQUESTS FOR ADMISSION                         Page 2
Cause No. C18-01274-TSZ

Mann Law Group pllc
107 Spring St.
Seattle, WA  98104
Phone:  206.436.8500

**REQUEST FOR ADMISSION NO. 3:**

Each document Phoenix Digital produced in response to Bungie's previously-served First Set of Interrogatories (Nos. 1-7) to Phoenix Digital is authentic for purposes of admission into evidence during trial in this Action.

**Response**: Denied.   As Phoenix Digital is not the author of several of the third-party documents that were produced, Phoenix Digital admits only that the documents produced are true and correct copies of the documents in its possession and control and can neither admit or deny the veracity of the information contained therein.

**REQUEST FOR ADMISSION NO. 4:**

Each document Phoenix Digital produced in response to Bungie's previously-served First Set of Interrogatories (Nos. 1-7) to Phoenix Digital is genuine pursuant to Rule 36(a) of the Federal Rules of Civil Procedure.

**Response**: Denied.   As Phoenix Digital is not the author of several of the third-party documents that were produced, Phoenix Digital admits only that the documents produced are true and correct copies of the documents in its possession and control and can neither admit or deny the veracity of the information contained therein.

**REQUEST FOR ADMISSION NO. 5:**

Each document James May produced in response to Bungie's previously-served First Set of Requests for Production (Nos. 1-24) to James May is authentic for purposes of admission into evidence during trial in this Action.

**Response**: Denied.  As Mr. May is not the author of several of the third-party documents that were produced, Mr. May admits only that the documents produced are true

DEFENDANTS' RESPONSES TO BUNGIE'S FIRST
SET OF REQUESTS FOR ADMISSION                    Page 3
Cause No. C18-01274-TSZ

Mann Law Group pllc
107 Spring St.
Seattle, WA  98104
Phone:  206.436.8500

and correct copies of the documents in his possession and control and can neither admit or deny the veracity of the information contained therein.

**REQUEST FOR ADMISSION NO. 6:**

Each document James May produced in response to Bungie's previously-served First Set of Requests for Production (Nos. 1-24) to James May is genuine pursuant to Rule 36(a) of the Federal Rules of Civil Procedure.

**Response**: Denied.  As Mr. May is not the author of several of the third-party documents that were produced, Mr. May admits only that the documents produced are true and correct copies of the documents in his possession and control and can neither admit or deny the veracity of the information contained therein.

**REQUEST FOR ADMISSION NO. 7:**

Each document James May produced in response to Bungie's previously-served First Set of Interrogatories (Nos. 1-5) to James May is authentic for purposes of admission into evidence during trial in this Action.

**Response**: Denied.  As Mr. May is not the author of several of the third-party documents that were produced, Mr. May admits only that the documents produced are true and correct copies of the documents in his possession and control and can neither admit or deny the veracity of the information contained therein.

**REQUEST FOR ADMISSION NO. 8**:

Each document James May produced in response to Bungie's previously-served First Set of Interrogatories (Nos. 1-5) to James May is genuine pursuant to Rule 36(a) of the Federal Rules of Civil Procedure.

DEFENDANTS' RESPONSES TO BUNGIE'S FIRST
SET OF REQUESTS FOR ADMISSION                    Page 4
Cause No. C18-01274-TSZ

MANN LAW GROUP PLLC
107 Spring St.
Seattle, WA  98104
Phone:  206.436.8500

**Response**: Denied.  As Mr. May is not the author of several of the third-party documents that were produced, Mr. May admits only that the documents produced are true and correct copies of the documents in his possession and control and can neither admit or deny the veracity of the information contained therein.

**REQUEST FOR ADMISSION NO. 9**:

Each document David Schaefer produced in response to Bungie's previously-served First Set of Requests for Production (Nos. 1-25) to David Schaefer is authentic for purposes of admission into evidence during trial in this Action.

**Response**: Denied.  As Mr. Schaefer is not the author of several of the third-party documents that were produced, Mr. Schaefer admits only that the documents produced are true and correct copies of the documents in his possession and control and can neither admit or deny the veracity of the information contained therein.

**REQUEST FOR ADMISSION NO. 10**:

Each document David Schaefer produced in response to Bungie's previously-served First Set of Requests for Production (Nos. 1-25) to David Schaefer is genuine pursuant to Rule 36(a) of the Federal Rules of Civil Procedure.

**Response**: Denied.  As Mr. Schaefer is not the author of several of the third-party documents that were produced, Mr. Schaefer admits only that the documents produced are true and correct copies of the documents in his possession and control and can neither admit or deny the veracity of the information contained therein.

DEFENDANTS' RESPONSES TO BUNGIE'S FIRST
SET OF REQUESTS FOR ADMISSION                    Page 5
Cause No. C18-01274-TSZ

Mann Law Group pllc
107 Spring St.
Seattle, WA  98104
Phone:  206.436.8500

**REQUEST FOR ADMISSION NO. 11**:

Each document David Schaefer produced in response to Bungie's previously-served First Set of Interrogatories (Nos. 1-3) to David Schaefer is authentic for purposes of admission into evidence during trial in this Action.

**Response**: Denied.  As Mr. Schaefer is not the author of several of the third-party documents that were produced, Mr. Schaefer admits only that the documents produced are true and correct copies of the documents in his possession and control and can neither admit or deny the veracity of the information contained therein.

**REQUEST FOR ADMISSION NO. 12**:

Each document David Schaefer produced in response to Bungie's previously-served First Set of Interrogatories (Nos. 1-3) to David Schaefer is genuine pursuant to Rule 36(a) of the Federal Rules of Civil Procedure.

**Response**: Denied.  As Mr. Schaefer is not the author of several of the third-party documents that were produced, Mr. Schaefer admits only that the documents produced are true and correct copies of the documents in his possession and control and can neither admit or deny the veracity of the information contained therein.

**REQUEST FOR ADMISSION NO. 13**:

Each document Jordan Green produced in response to Bungie's previously-served First Set of Requests for Production (Nos. 1-20) to Jordan Green is authentic for purposes of admission into evidence during trial in this Action.

**Response**: Denied.  As Mr. Green is not the author of several of the third-party documents that were produced, Mr. Green admits only that the documents produced are true

and correct copies of the documents in his possession and control and can neither admit or deny the veracity of the information contained therein.

**REQUEST FOR ADMISSION NO. 14**:

Each document Jordan Green produced in response to Bungie's previously-served First Set of Requests for Production (Nos. 1-20) to Jordan Green is genuine pursuant to Rule 36(a) of the Federal Rules of Civil Procedure.

**Response**: Denied.  As Mr. Green is not the author of several of the third-party documents that were produced, Mr. Green admits only that the documents produced are true and correct copies of the documents in his possession and control and can neither admit or deny the veracity of the information contained therein.

**REQUEST FOR ADMISSION NO. 15**:

Each document Jordan Green produced in response to Bungie's previously-served First Set of Interrogatories (No. 1) to Jordan Green is authentic for purposes of admission into evidence during trial in this Action.

**Response**: Denied.  As Mr. Green is not the author of several of the third-party documents that were produced, Mr. Green admits only that the documents produced are true and correct copies of the documents in his possession and control and can neither admit or deny the veracity of the information contained therein.

**REQUEST FOR ADMISSION NO. 16**:

Each document Jordan Green produced in response to Bungie's previously-served First Set of Interrogatories (No. 1) to Jordan Green is genuine pursuant to Rule 36(a) of the Federal Rules of Civil Procedure.

DEFENDANTS' RESPONSES TO BUNGIE'S FIRST
SET OF REQUESTS FOR ADMISSION                    Page 7
Cause No. C18-01274-TSZ

Mann Law Group pllc
107 Spring St.
Seattle, WA  98104
Phone: 206.436.8500

**Response**: Denied.  As Mr. Green is not the author of several of the third-party documents that were produced, Mr. Green admits only that the documents produced are true and correct copies of the documents in his possession and control and can neither admit or deny the veracity of the information contained therein.

<u>**REQUEST FOR ADMISSION NO. 17**</u>:

Each document Jeffrey Conway produced in response to Bungie's previously-served First Set of Requests for Production (Nos. 1-22) to Jeffrey Conway is authentic for purposes of admission into evidence during trial in this Action.

**Response**: Denied.  As Mr. Conway is not the author of several of the third-party documents that were produced, Mr. Conway admits only that the documents produced are true and correct copies of the documents in his possession and control and can neither admit or deny the veracity of the information contained therein.

<u>**REQUEST FOR ADMISSION NO. 18**</u>:

Each document Jeffrey Conway produced in response to Bungie's previously-served First Set of Requests for Production (Nos. 1-22) to Jeffrey Conway is genuine pursuant to Rule 36(a) of the Federal Rules of Civil Procedure.

**Response**: Denied.  As Mr. Conway is not the author of several of the third-party documents that were produced, Mr. Conway admits only that the documents produced are true and correct copies of the documents in his possession and control and can neither admit or deny the veracity of the information contained therein.

DEFENDANTS' RESPONSES TO BUNGIE'S FIRST
SET OF REQUESTS FOR ADMISSION                    Page 8
Cause No. C18-01274-TSZ

Mann Law Group pllc
107 Spring St.
Seattle, WA  98104
Phone:  206.436.8500

**REQUEST FOR ADMISSION NO. 19**:

Each document Jeffrey Conway produced in response to Bungie's previously-served First Set of Interrogatories (No. 1) to Jeffrey Conway is authentic for purposes of admission into evidence during trial in this Action.

**Response**: Denied.  As Mr. Conway is not the author of several of the third-party documents that were produced, Mr. Conway admits only that the documents produced are true and correct copies of the documents in his possession and control and can neither admit or deny the veracity of the information contained therein.

**REQUEST FOR ADMISSION NO. 20**:

Each document Jeffrey Conway produced in response to Bungie's previously-served First Set of Interrogatories (No. 1) to Jeffrey Conway is genuine pursuant to Rule 36(a) of the Federal Rules of Civil Procedure.

**Response**: Denied.  As Mr. Conway is not the author of several of the third-party documents that were produced, Mr. Conway admits only that the documents produced are true and correct copies of the documents in his possession and control and can neither admit or deny the veracity of the information contained therein.

**REQUEST FOR ADMISSION NO. 21:**

Each document Defendants produce in this Action, but which has not yet been produced by Defendants, is authentic for purposes of admission into evidence during trial in this Action.

**Response**: Denied.  As Mr. Conway is not the author of several of the third-party documents that were produced, Mr. Conway admits only that the documents produced are true

DEFENDANTS' RESPONSES TO BUNGIE'S FIRST
SET OF REQUESTS FOR ADMISSION                    Page 9
Cause No. C18-01274-TSZ

MANN LAW GROUP PLLC
107 Spring St.
Seattle, WA  98104
Phone:  206.436.8500

and correct copies of the documents in his possession and control and can neither admit or

deny the veracity of the information contained therein.

**REQUEST FOR ADMISSION NO. 22:**

Each document Defendants produce in this Action, but which has not yet been

produced by Defendants, is genuine pursuant to Rule 36(a) of the Federal Rules of Civil

Procedure.

**Response**: Denied.  Responding further, this request is unclear in that Defendants have

produced all unprivileged documents responsive to Bungie's requests and any document or

documents "Defendants produce in this Action, but which has not yet been produced by

Defendants," necessarily are documents not yet known to Defendants.  Defendants can neither

admit nor deny the authenticity of documents that are, at present, unknown to them.

**REQUEST FOR ADMISSION NO. 23:**

Each document Defendants produced in the Arbitration is authentic for purposes of

admission into evidence during trial in this Action.

**Response**: Denied.  Not all documents Defendants produced in the Arbitration were

admitted during the Arbitration hearing.  Answering further, documents produced by

Defendants in the Arbitration were third-party documents authored by parties other than

Defendants, and Defendants can neither admit or deny the veracity of the information

contained therein.

**REQUEST FOR ADMISSION NO. 24:**

Each document Defendants produced in the Arbitration is genuine pursuant to Rule

36(a) of the Federal Rules of Civil Procedure.

DEFENDANTS' RESPONSES TO BUNGIE'S FIRST
SET OF REQUESTS FOR ADMISSION                    Page 10
Cause No. C18-01274-TSZ

Mann Law Group pllc
107 Spring St.
Seattle, WA  98104
Phone:  206.436.8500

**Response**: Denied.  Not all documents Defendants produced in the Arbitration were admitted during the Arbitration hearing.  Answering further, documents produced by Defendants in the Arbitration were third-party documents authored by parties other than Defendants, and Defendants can neither admit or deny the veracity of the information contained therein.

Dated February 20, 2023                    Respectfully submitted,

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
107 Spring St.
Seattle, Washington  98104
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com
Attorneys for Plaintiff Defendants Inc.

DEFENDANTS' RESPONSES TO BUNGIE'S FIRST
SET OF REQUESTS FOR ADMISSION                    Page 11
Cause No. C18-01274-TSZ

Mann Law Group pllc
107 Spring St.
Seattle, WA  98104
Phone:  206.436.8500

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2023, I caused the foregoing document to be electronically mailed to counsel of record as follows:

WRava@perkinscoie.com

JDini@perkinscoie.com

CMarcelo@perkinscoie.com

*s/ Philip P. Mann*

DEFENDANTS' RESPONSES TO BUNGIE'S FIRST
SET OF REQUESTS FOR ADMISSION          Page 12
Cause No. C18-01274-TSZ

MANN LAW GROUP PLLC
107 Spring St.
Seattle, WA  98104
Phone:  206.436.8500

PHILIP P. MANN
Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone: 206-436-0900
e-mail: phil@mannlawgroup.com

**Representative of Respondents**

## JAMS CONSUMER ARBITRATION

| | |
|---|---|
| Bungie, Inc.,<br><br>          Claimant,<br><br>          v.<br><br>David Schaefer, Aimjunkies.com, Phoenix Digital Group LLC, Jordan Green, Jeffrey Conway, and James May,<br><br>          Respondents. | JAMS Reference #: 5160000075<br><br>**RESPONDENTS' RESPONSES TO CLAIMANT'S FIRST SET OF REQUESTS FOR PRODUCTION NOS. 1-8** |

### Respondent's Responses

1. Documents responsive to Request No. 1 have been produced in connection with Western District of Washington Case No. 2:21-cv-0811 TSZ.   Respondents do not have any versions of the Cheat Software, its source code and/or its object code.

2. All unprivileged documents responsive to Request No. 2 have been produced in connection with Western District of Washington Case No. 2:21-cv-0811 TSZ.

3. All documents responsive to Request No. 3 have been produced in connection with Western District of Washington Case No. 2:21-cv-0811 TSZ.

4. All documents responsive to Request No. 4 have been produced in connection with Western District of Washington Case No. 2:21-cv-0811 TSZ.

1

5.  All documents responsive to Request No. 5 have been produced in connection with Western District of Washington Case No. 2:21-cv-0811 TSZ.

6.  All documents responsive to Request No. 6 have been produced in connection with Western District of Washington Case No. 2:21-cv-0811 TSZ or have been obtained by Bungie via the subpoenas served in that case.

7.  All documents responsive to Request No. 7 have been produced in connection with Western District of Washington Case No. 2:21-cv-0811 TSZ.

8.   All documents responsive to Request No. 8 have been produced in connection with Western District of Washington Case No. 2:21-cv-0811 TSZ.


Dated this 10th Day of October, 2022.     PHILIP P. MANN
                                            **Mann Law Group PLLC**
                                            403 Madison Ave. N. Ste. 240
                                            Bainbridge Island, WA  98110
                                            Phone: 206-436-0900
                                            e-mail: phil@mannlawgroup.com

                                            **Representative of Respondents**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on the date indicated below, I served the foregoing on Claimant's counsel via email as follows:

<u>WRava@perkinscoie.com</u>

<u>JDini@perkinscoie.com</u>

CMarcelo@perkinscoie.com

DATED:  October 10, 2022.          <u>/s/ *Philip P. Mann*        </u>

3

PHILIP P. MANN
Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone: 206-436-0900
e-mail: phil@mannlawgroup.com

**Representative of Respondents**

## JAMS CONSUMER ARBITRATION

| | |
|---|---|
| Bungie, Inc.,<br><br>           Claimant,<br><br>       v.<br><br>David Schaefer, Aimjunkies.com, Phoenix Digital Group LLC, Jordan Green, Jeffrey Conway and James May,<br><br>          Respondents. | JAMS Reference #: 5160000075<br><br>**RESPONDENTS' RESPONSES TO CLAIMANT'S FIRST SET OF INTERROGATORIES NOS. 1-11** |

## <u>Respondents' Responses</u>

1. The answer to this Interrogatory may be ascertained by reference to Documents produced in connection with Western District of Washington Case No. 2:21-cv-0811 TSZ and, in particular, to the sales records produced in response to the subpoenas served by Bungie in that matter.

2. Respondents David Schaefer, Aimjunkies.com, Phoenix Digital Group LLC, Jeffrey Conway and Jordan Green, answer, "none."  Respondent James May answers, "See Mr. May's answer to Interrogatory No. 3 served October 10, 2022 in connection with Western District of Washington Case No. 2:21-cv-0811 TSZ.

3. See Phoenix Digital's July 25, 2022 and September 2, answers to Bungie's Interrogatory No. 6 provided in connection with Western District of Washington Case No. 2:21-cv-0811 TSZ.

1

4. See Phoenix Digital's July 25, 2022  answer to Bungie's Interrogatory No. 1 provided in connection with Western District of Washington Case No. 2:21-cv-0811 TSZ.

5. Respondents had no relationship with the person identified in response to interrogatory 4 above.

6. Respondents became aware in or about October 2019 when the person identified in Response 4 above offered to have Phoenix Digital distribute the product.

7. Aimjunkies.com is a website formerly operated by Phoenix Digital Group LLC. Respondents David Schaefer, and Jordan Green, answer they are current members of Phoenix Digital Group LLC. Respondent Jeffrey Conway answers that his was a former member of Phoenix Digital Group LLC.  Respondent James May answers that he is an independent contractor who has done work for Phoenix Digital Group LLC.

8. Respondents David Schaefer, Aimjunkies.com, Phoenix Digital Group LLC, Jeffrey Conway and Jordan Green, answer, "no."  Respondent James May answers, "yes" and that any further answer to this interrogatory may be ascertained by reference to server logs maintained by Bungie.

9. The answer to this Interrogatory may be ascertained by reference to Documents produced in connection with Western District of Washington Case No. 2:21-cv-0811 TSZ and, in particular, to the sales records produced in response to the subpoenas served by Bungie in that matter.

10. Respondents David Schaefer, Aimjunkies.com, Phoenix Digital Group LLC, Jeffrey Conway and Jordan Green, answer, "none."  Respondent James May answers that the answer to this interrogatory may be ascertained by reference to server logs maintained by Bungie.

11. Maintenance was performed by third parties believed to be Andreas Banek.

Dated this 10th Day of October, 2022.    PHILIP P. MANN
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone: 206-436-0900
e-mail: phil@mannlawgroup.com

**Representative of Respondents**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on the date indicated below, I served the foregoing on Claimant's counsel via email as follows:

<u>WRava@perkinscoie.com</u>

<u>JDini@perkinscoie.com</u>

CMarcelo@perkinscoie.com

DATED:  October 10, 2022.                    <u>/s/ *Philip P. Mann*_____</u>

3