THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DECLARATION OF DAVID SCHAEFER IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS AND TO COMPEL DISCOVERY**<br><br>**Note on Motion Calendar: April 14 2023** |

I, David Schaefer, under penalty of perjury under the laws of the United States, state and declare as follows:

1. I am an Officer and Director of Defendant Phoenix Digital Group LLC as well as one of the individual Defendants in the above captioned matter and have knowledge of the facts stated herein.

2. I have no animosity towards the Court or the legal system as a whole as implied by Plaintiff Bungie, Inc. ("Bungie"). I FULLY respect the Court and the court system. This is just another facet of Bungie smearing my reputation and legal position for its own benefit. I cannot and will not respect a company such as Bungie that brings this litigation forward as a result of a "Shakedown" that went wrong for them.

Schaefer Declaration
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

3. What I mean by "Shakedown" is this: Bungie has gone after and successfully accomplished the shutdown of several websites, such as ours, as a result of their intense bullying of site owners by leveraging the power of a lawsuit to intimidate and bully them into submission.

4. Bungie came to us and wanted $150K and copies of our software and our records to settle. We did not have $150K to be extorted from us and we did not make the software that is in question in their litigation. We have NEVER made any software used for Destiny 2. In fact, we don't make software we simply are and always have been a software reseller. My final statement on this is we did not settle because we did not feel we had broken any laws with the product we were selling so why would we give Bungie blood money we simply don't have?

5. Neither Phoenix Digital not any of the Defendants has copied any work of Bungie.  This is nothing more than a David and Goliath story of a huge company with a large contingent of lawyers trying to pressure the small guy with one lawyer into submission for selling accessories to their game. They want the whole market including aftermarket features for their game and they are willing to Lie, Cheat and Intimidate to get where they want to go. Including to this court.

6. Bungie would love to put forward a convincing argument that we destroyed documents intentionally. This is the furthest from the truth. We clearly stated in the deposition that the website automatically deletes transactions at the end of the customers subscription period as a matter of security for our customers. I don't know if you have ever had your personal banking information stolen from a website and maliciously used without your approval. It happens all the time. My ATM card was dumped from the Home Depot database and used maliciously several times. At the time when Phoenix Digital owned the

Schaefer Declaration
Cause No. 21-CV-0811-TSZ
Page 2
Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

websites our database was compromised several times and some user's information was compromised. We in turn as a security measure chose to auto delete via program in the site to remove user information on our database to protect our customers as best, we could. There is no grand conspiracy here, no intentional spoliation. It simply is good business security done by all websites now.

7. There is in place a redundancy for transaction records via our payment processors. We, as requested in discovery, provided a list of all functioning payment processors at the time in question. We also explained to Bungie that the transactional records were available to Bungie through the payment processors. We could not provide the transactional data because Mr. Conway controlled those accounts at the time in question. After Mr. Conway's departure from the company we closed down those accounts and created new ones where available. Some such as PayPal could not be reopened. We invited Bungie to subpoena all records of all payment processors and they chose only to subpoena records from PayPal. They ignored the rest! Afterwards come and tell this Court that we are destroying and hiding evidence.

8. Bungie has gone to PayPal and requested the person records of us and of our vendors as well as Mr. Conway's minor children. Bungie has even gone as far as acquiring the records of Mr. Conway's deceased 86-year-old mother-in-law. We asked the Court to limit the scope of the subpoena and the Court granted that, but Bungie's lawyers did not honor the Court's order and used the information attained in the subpoena against us and gave the information to Bungie.

9. I can cite many examples of where this case is simply misleading the Court and bullying the defendants.

Schaefer Declaration
Cause No. 21-CV-0811-TSZ
Page 3
Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

10. Bungie claims that Mr. May made the Aimjunkies cheat when in fact he did not. Mr. May only used a publicly available PDG file to create a cheat that Mr. May freely admits did not work, was never sold, and was never distributed by Phoenix Digital.

11. Bungie claims we made the offending software even though they have not presented one single shred of evidence we did.

12. Bungie claims we made a loader which their case as filed says nothing about. Also, we never made the loader in question. Again we do not make software, but merely distribute software made by 3rd parties.

13. Bungie's 30 (b6) representative, Dr. Kaiser, claims to have a Ph.D in computer science with a focus on network security. He testified in his deposition he has no idea what a .sys file is. In fact a .sys file "BEDaisy.sys" is a core component of Bungie's current anti-cheat in place on their game right now. Also .sys files are a major component of every windows installation.

14. Bungie's Rule 30 (b6) representative, Dr. Kaiser, also claims that Bungie did not open up or disassemble our software, while the exhibits presented to the Court clearly show they did.

15. We repeatedly informed Bungie of the actual engineer who created the cheat and they have made no attempt to make contact with him but continue to harass us for more information about him. Conversely, however, Bungie still claims Mr. May made the Aimjunkies cheat. Which is it?

16. Bungie presented in arbitration over 200 IP addresses used by the defendants to log into PayPal and claimed that we logged into their game and played. We showed the Arbitrator that only one single IP address of the 200 presented by Bungie was actually accurate. This was to an IP address used by Mr. Conway's children to legitimately play Destiny 2, not Mr. Conway's access to the game. Despite these facts, the Arbitrator still believed Bungie.

Schaefer Declaration
Cause No. 21-CV-0811-TSZ
Page 4

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

17. Bungie sent an "expert" witness, Mr. Guris, to the Aimjunkies.com website in September, 2022 to opine as to supposed illegal activities we are somehow doing 6 months after we sold the site and have ZERO control over its content. The arbitration judge found Mr. Guris to be "Very Credible".

18. Bungie asserts we made the offending software whereas in fact we have never made a single piece of cheating software offered on our sites.

19. Bungie asserts that we agreed to the terms of service to their game but they have not provided one single shred of evidence we even played the game. We have repeatedly testified we have never played Destiny 2 or ever agreed to Bungie's terms of service.

20. Bungie has also claimed in press accounts and arbitration that they had a legitimate software anti-cheat in place on their game. In the arbitration hearing Bungie presented a "Live Document" which is continually updated showing all the wonderful features of their anti-cheat software, where in fact the internal emails of the company during that time in question show they had no real anti-cheat in place. In the Bungie emails provided in discovery they outline in very plain English they were using player reports and player statistics and YouTube videos to ban players and not any form of software as claimed. The Arbitration judge believed their testimony, instead of the real company internal emails generated at the time.

21. Bungie coerced one of its newest employees to use his personal PayPal services in direct violation of PayPal terms of service by generating a fake PayPal account to surreptitiously purchase the aimjunkies cheat so Bungie could disassemble it. They also claim the aimjunkies terms of service were not in place when in fact it was always at www.aimjunkies.com/terms-of-service

//

Schaefer Declaration
Cause No. 21-CV-0811-TSZ
Page 5
Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900

1  and the user was required to agree to our terms of service before he was able to use
2  our products.

4  Dated April 10, 2023.

_____
David Schaefer

Schaefer Declaration
Cause No. 21-CV-0811-TSZ

Page 6

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900