THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANTS' NOTICE OF INTENT TO FILE SURREPLY PURSUANT TO LOCAL RULES LCR 7(g)** |

Please take notice that Defendants AimJunkies.com, Phoenix Digital Group, LLC, David Schaefer, Jordan Green, Jeffrey Conway, and James May intend to file a surreply pursuant to Local Rule LCR 7(g) to strike material contained in Plaintiff Bungie, Inc.'s "REPLY IN SUPPORT OF ITS MOTION FOR DISCOVERY SANCTIONS AND TO COMPEL DISCOVERY RESPONSES." (Dkt. No. 109.)

Dated April 17, 2023.

/s/ Philip P. Mann
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington 98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

Notice of Intent
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900

1  I certify that this memorandum contains 61 words, in compliance with the Local
2 Civil Rules.

Notice of Intent
Cause No. 21-CV-0811-TSZ

Page 2

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900