THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DECLARATION OF PHILIP P. MANN IN SUPPORT OF DEFENDANTS' MOTION TO SET ASIDE ARBITRATION AWARD OF JUDGE RONALD E. COX**<br><br>**Note on Motion Calendar: May 19, 2023**<br><br>**Oral Argument Requested** |

I, Philip P. Mann, under penalty of perjury under the laws of the United States, state and declare as follows:

1. I am counsel for all Defendants in the above captioned matter.

2. Attached as Exhibit A is a true and correct copy of the Demand for Arbitration filed by Bungie, Inc., on February 10, 2022.

3. Attached as Exhibit B is a true and correct copy of the "Commencement of Arbitration" materials issued by JAMS on March 4, 2022.

4. Attached as Exhibit C is a true and correct copy of the "Appointment of Arbitrator" materials issued by JAMS on March 18, 2022.



MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900

5. Attached as Exhibit D is a true and correct copy of the "Report of Preliminary Hearing And Scheduling Order No.1," issued by Judge Ronald E. Cox, Arbitrator, on June 20, 2022.

6. Attached as Exhibit E is a true and correct copy of email correspondence dated September 25, 2022 between Defendant's counsel and counsel for Plaintiff Bungie, inc.

7. Attached as Exhibit F is a true and correct copy of an excerpt from the transcript of the deposition of Dr. Edward Kaiser taken by Defendants on October 5, 2022.

8. Attached as Exhibit G is a true and correct copy of an excerpt from from the transcript of Arbitration hearing held December 19, 2022.

9. Attached as Exhibit H is a true and correct copy of a portion of the JAMS Comprehensive Arbitration Rules & Procedures Effective June 1, 2021 containing Rule 22(e) specifying that, "The Arbitrator shall receive and consider relevant deposition testimony recorded by transcript or videotape, provided that the other Parties have had the opportunity to attend and cross-examine."

10. Attached as Exhibit I is a true and correct copy of the Expert Report of Mr. Steven Guris submitted on behalf of Bungie in connection with the Arbitration.

11. Attached as Exhibit J is a true and correct copy of the September 20, 2022 Expert Report of Mr. Drew Voth submitted on behalf of Bungie in connection with the Arbitration.

Dated May 1, 2023.

*/s/ Philip P. Mann*
Philip P. Mann



MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900