# EXHIBIT E

# Case No. 21-CV-0817-TSZ

### (Exhibit E to Mann Declaration)

**Subject:** RE: Bungie, Inc. v. AimJunkies.com, et al., No. 2:21-cv-811-TSZ - Depositions (Hahn and Green)
**From:** "Marcelo, Christian W. (SEA)" <CMarcelo@perkinscoie.com>
**Date:** 9/26/22, 5:00 PM
**To:** Phil Mann <phil@mannlawgroup.com>
**CC:** "Rava, William C. (SEA)" <WRava@perkinscoie.com>, "Dini, Jacob (SEA)" <JDini@perkinscoie.com>

Phil,

Saw your earlier email, hope you feel better soon.

Following up on deposition availability as well. In addition to Mr. Green and Mr. Hahn, will you please provide each of the Defendants' availability for depositions in the next three weeks?

We also think in the interest of efficiency, the parties should agree to combine the arbitration and litigation depositions of the parties. We believe we can keep each of Defendants/Respondents depositions to one day that way, without the need to do repetitive depositions. Let us know if Defendants agree.

Best,

Christian

**Christian Marcelo | Perkins Coie LLP**
D. +1.206.359.3315

---

**From:** Marcelo, Christian W. (SEA)
**Sent:** Wednesday, September 21, 2022 10:23 AM
**To:** Phil Mann <phil@mannlawgroup.com>
**Cc:** Rava, William C. (SEA) <WRava@perkinscoie.com>; Dini, Jacob (SEA) <JDini@perkinscoie.com>
**Subject:** Bungie, Inc. v. AimJunkies.com, et al., No. 2:21-cv-811-TSZ - Depositions (Hahn and Green)

Phil,

We're planning to send out notice of depositions of Mr. Green and Mr. Hahn (who we understand you currently represent) shortly. Please let us know a few dates in the next few weeks they are available.

Thank you,

Christian

**Christian Marcelo | Perkins Coie LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3315
F. +1.206.359.4315
E. CMarcelo@perkinscoie.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.