# EXHIBIT G

# Case No. 21-CV-0817-TSZ

(Exhibit G to Mann Declaration)


```
 1                    ARBITRATION BEFORE JAMS

 2   _____

 3
     BUNGIE, INC.,                        )
 4                                        )
            Claimant,                     )         CERTIFIED COPY
 5                                        )
         v.                               )   No. 5160000075
 6                                        )
     AIMJUNKIES.COM; PHOENIX              )
 7   DIGITAL GROUP LLC; DAVID             )
     SCHAEFER; JORDAN GREEN;              )
 8   JEFFERY CONWAY; and JAMES MAY,       )
                                          )
 9          Respondents.                  )

10

11   _____

12
                  ARBITRATION PROCEEDINGS - EXCERPT
13
             BEFORE THE HONORABLE RONALD E. COX (RET)
14   _____

15

16                        December 19, 2022

17       (All participants appeared via videoconference.)

18

19

20

21

22

23

24

25      LAURA GJUKA, CCR #2057
```

Bungie, Inc. vs Aimjunkies.com                           Arbitration Excerpt - Confidential 12/19/2022

Page 2

```
 1            REMOTE APPEARANCES
 2
    FOR THE CLAIMANT (via videoconference):
 3
         WILLIAM RAVA
 4       JACOB P. DINI
         PERKINS COIE, LLP
 5       1201 THIRD AVENUE, SUITE 4900
         SEATTLE, WA 98101-3099
 6       JDini@perkinscoie.com
         WRava@perkinscoie.com
 7
 8  FOR THE RESPONDENTS (via videoconference):
 9       PHILIP P. MANN
         MANN LAW GROUP, PLLC
10       403 Madison Avenue North, Suite 240
         Bainbridge Island, WA 98110
11       phil@mannlawgroup.com
12
    MODERATOR:
13
         SARAH ANDERSON
14
    ALSO PRESENT:
15
         DAVID SCHAEFER
16       JAMES MAY
         JORDAN GREEN
17       HUNTER BLACKBURN
         REGINA CAHAN
18
19
20
21
22
23
24
25
```

Page 3

```
 1   Q.  (BY MR. MANN)  Okay.  Fine.  We will hear from
 2   James May in due course.
 3            Now, do you recall when I took your
 4   deposition on October 4 and October 5 of this year?
 5   A.  I believe the dates were October 5th and
 6   October 6th, but --
 7            (Simultaneous speaking.)
 8   Q.  (BY MR. MANN)  Whatever it is.  It's written
 9   down, but you do recall when I took your depositions?
10   A.  Yes.
11   Q.  I took the deposition of you both personally and
12   as a corporate representative for Bungie?
13   A.  Correct.
14   Q.  Do you recall when I asked you to identify all
15   the technological measures that Bungie contends were
16   compromised by Phoenix Digital?
17            MR. RAVA:  Object to the form of this
18   question.  Those depositions were taken in the federal
19   court litigation.  His 30(b)(6) testimony explicitly did
20   not include anything on the DNCA violation.
21            ARBITRATOR COX:  On the basis of the
22   representations, I'll sustain the objection.
23            Ask another question.
24            (End of excerpt.)
25
```

Page 4

```
 1            C E R T I F I C A T E
 2  STATE OF WASHINGTON    )
                           ) SS
 3  COUNTY OF PIERCE       )
         I, the undersigned Washington Certified Court
 4  Reporter, pursuant to RCW 5.28.010 authorized to
    administer oaths and affirmations in and for the State
 5  of Washington, do hereby certify:
 6       That the annexed and foregoing excerpt consisting
    of pages 1 through 3 of the testimony of each witness
 7  named herein was taken stenographically before me and
    reduced to typed format under my direction;
 8
         I further certify that according to CR 30(e) the
 9  witness was given the opportunity to examine, read and
    sign the deposition after the same was transcribed,
10  unless indicated in the record that the review was
    waived;
11
         I further certify that all objections made at the
12  time of said examination to my qualifications or the
    manner of taking the deposition or to the conduct of any
13  party have been noted by me upon each said deposition;
14
         I further certify that I am not a relative or
15  employee of any such attorney or counsel, and that I am
    not financially interested in the said action or the
16  outcome thereof;
17       I further certify that each witness before
    examination was by me duly sworn to testify the truth,
18  the whole truth and nothing but the truth.
19       I further certify that the deposition, as
    transcribed, is a full, true and correct transcript of
20  the testimony, including questions and answers, and all
    objections, motions, and exceptions of counsel made and
21  taken at the time of the foregoing examination and was
    prepared pursuant to Washington Administrative Code
22  308-14-135, the transcript preparation format
    guidelines;
23
         I further certify that I am sealing the
24  deposition in an envelope with the title of the above
    cause and name of the witness visible, and I am
25
```

Page 5

```
 1   delivering the same to the appropriate authority;
 2       I further advise you that as a matter of firm
     policy, the Stenographic notes of this transcript will
 3   be destroyed three years from the date appearing on this
     Certificate unless notice is received otherwise from any
 4   party or counsel thereto on or before said date;
 5       IN WITNESS WHEREOF, I have hereunto set my hand
     and affixed my official seal this 7th day of April 2023.
 6
 7
 8
 9   _____
     LAURA GJUKA, CCR
10   Washington State Certified Court
     Reporter License No. 2057
11
12
...
25
```