|   |   |
|---|---|
|   | THE HONORABLE THOMAS S. ZILLY |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-811 TSZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SET ASIDE FINAL ARBITRATION AWARD OF JUDGE RONALD E. COX**<br><br>**Note on Motion Calendar: May 19, 2023**<br><br>**Oral Argument Requested** |

This Court, having received and reviewed Defendants' Motion To Set Aside Final Arbitration Award Of Judge Ronald E. Cox:

IT IS HEREBY ORDERED that Defendants' Motion is Granted:

Dated this __ day of May, 2023.

_____

Hon. Thomas S. Zilly

Presented by:

MANN LAW GROUP PLLC

Attorneys for Defendants

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900

1 | By:
2 | /Philip P. Mann
3 | Philip P. Mann, WSBA # 28860
4 | Mann Law Group PLLC
   | 403 Madison Ave. N. Ste. 240
5 | Bainbridge Island, WA 98110
   | (206) 436-0900
6 | phil@mannlawgroup.com

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ

Page 2

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900