THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC., a Delaware corporation,

Plaintiff

v.

AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,

Defendants.

Cause No. 2:21-cv-0811 TSZ

**DEFENDANTS' REQUEST TO SUBSTITUTE CORRECTED EXHIBITS**

In Defendants Motion To Set Aside The Final Arbitration Award of Judge Ronald E. Cox filed earlier today (Dkt.# 123), Exhibits "I" (Dkt.# 123-10) and "J" (Dkt.# 123-11) to the Declaration of Philip P. Mann (Dkt.# 123-1) were incorrectly identified with cover sheets reflecting exhibit letters "H" and "I", respectively.

Attached hereto are corrected versions of Exhibits "I" and "J" with corrected cover sheets bearing the proper identifications.

To avoid confusion, Defendants respectfully request that these corrected exhibits "I" and "J" be substituted for those earlier filed.

Dated May 1, 2023.

*/s/ Philip P. Mann*

Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington 98110

Request To Correct Exhibits
Cause No. 21-CV-0811-TSZ

Page 1

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900

Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

I certify that this memorandum contains 91 words, in compliance with the Local Civil Rules.

Request To Correct Exhibits
Cause No. 21-CV-0811-TSZ

Page 2

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900