UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM, et al., <br><br> Defendants. | C21-0811 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants having filed a motion to vacate the arbitration award in this matter, docket no. 123, Plaintiff's motion to confirm the arbitration award, docket no. 88, is RENOTED to May 19, 2023, so that it may be considered in conjunction with Defendants' motion.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of May, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1