THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY, <br><br> Defendants. | No. 2:21-cv-811-TSZ <br><br> **ORDER GRANTING PLAINTIFF BUNGIE, INC.'S MOTION FOR PROTECTIVE ORDER** |

THIS MATTER came before the Court for hearing on Plaintiff Bungie, Inc.'s ("Bungie's") Motion for Protective Order, docket no. 116 (the "Motion"). Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, it is hereby ORDERED that Bungie's Motion is GRANTED.

It is further ORDERED that the real name and any other identifying information for the witness identified in the Motion as "John Doe" shall be designated "Highly Confidential" under the parties' Stipulated Protective Order, docket no. 60.

DATED this 2nd day of May, 2023.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER
(No. 2:21-cv-811-TSZ) – 1

161879002.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

*/s/ William C. Rava*
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:  WRava@perkinscoie.com
  CMarcelo@perkinscoie.com
  JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

ORDER
(No. 2:21-cv-811-TSZ) – 2

161879002.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000