THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC.,

    Plaintiff,

v.

AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,

    Defendants.

No. 2:21-cv-811-TSZ

**[PROPOSED] ORDER GRANTING BUNGIE, INC.'S MOTION TO FILE OVERLENGTH SUMMARY JUDGMENT BRIEF**

    THIS MATTER came before the Court for hearing on Plaintiff Bungie, Inc.'s ("Bungie") Motion to File Overlength Summary Judgment Brief (the "Motion"). Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, it is hereby ORDERED that Bungie's Motion is GRANTED.

    It is further ORDERED that Bungie's opening brief in support of its upcoming motion for summary judgment and Defendants' opposition brief thereto may not exceed 12,600 words each, and Bungie's reply may not exceed 6,300 words.

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

162064306.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this _____ day of _____, 2023.

                                                                               Honorable Thomas S. Zilly
                                                                               UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ William C. Rava*
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:      WRava@perkinscoie.com
              CMarcelo@perkinscoie.com
              JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 2

162064306.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000