THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,<br><br>          Defendants. | No. 2:21-cv-811-TSZ<br><br>DECLARATION OF CHRISTIAN MARCELO IN SUPPORT OF BUNGIE, INC.'S RESPONSE TO DEFENDANTS' MOTION FOR RELIEF FROM DEADLINE |

I, Christian Marcelo, declare as follows:

1.  I am an attorney licensed to practice law before the courts of the State of Washington. I am an attorney at Perkins Coie LLP, and counsel in this action for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Bungie, Inc.'s Response to Defendants' Motion for Relief from Deadline. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of an email exchange between myself and Defendants' counsel on November 8 and 9, 2022.

3.  Bungie served its expert reports on Defendants in accordance with the case schedule on November 21, 2022.

MARCELO DECL. ISO BUNGIE'S RESP. TO DEFS.'
MOTION FOR RELIEF FROM DEADLINE
(No. 2:21-cv-811-TSZ) – 1

162090145.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. Attached hereto as **Exhibit 2** are true and correct copies of excerpts from the March 20, 2023 30(b)(6) deposition of David Schaefer as the corporate representative of Phoenix Digital Group, LLC.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an email exchange between William Rava and Defendants' counsel from April 11 through April 17, 2023.

6. Defendants served written discovery requests in this matter on Bungie on June 23, 2022, August 12, 2022, March 14, 2023, and March 31, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of May, 2023.

*/s/ Christian W. Marcelo*
Christian W. Marcelo

MARCELO DECL. ISO BUNGIE'S RESP. TO DEFS.'
MOTION FOR RELIEF FROM DEADLINE
(No. 2:21-cv-811-TSZ) – 2

162090145.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000