# EXHIBIT 1

| | |
|---|---|
| **From:** | Phil Mann |
| **To:** | Marcelo, Christian W. (SEA) |
| **Cc:** | Rava, William C. (SEA); Dini, Jacob (SEA) |
| **Subject:** | Re: Bungie, Inc. v. AimJunkies.com, et al., No. 2:21-cv-811-TSZ - Expert Report Deadline |
| **Date:** | Wednesday, November 9, 2022 3:30:01 PM |

Thanks Christian,

We cannot agree to extend the expert disclosure deadline at this time, nor can we agree to any extension of discovery. This case has been pending for nearly one-and-one-half years, and its existence has had a profoundly deleterious effect on my clients' business and their personal lives. It needs to be resolved and brought to a conclusion as quickly as possible.

If Bungie is willing to engage in meaningful settlement negotiations to bring all matters to an end, we are more than willing to speak. However we cannot agree to have this cloud hang over the defendants' heads any longer than the current schedule allows.

All the best,

Phil


On 11/9/22 3:17 PM, Marcelo, Christian W. (SEA) wrote:

> Phil – bringing this to the top of your inbox. Let us know if Defendants agree to extending the expert report deadline.
>
> Thanks,
>
> Christian
>
> **Christian Marcelo** | **Perkins Coie LLP**
> D. +1.206.359.3315
>
> ---
>
> **From:** Marcelo, Christian W. (SEA)
> **Sent:** Tuesday, November 8, 2022 3:12 PM
> **To:** Phil Mann <phil@mannlawgroup.com>
> **Cc:** Rava, William C. (SEA) <WRava@perkinscoie.com>; Dini, Jacob (SEA) <JDini@perkinscoie.com>
> **Subject:** Bungie, Inc. v. AimJunkies.com, et al., No. 2:21-cv-811-TSZ - Expert Report Deadline
>
> Phil,
>
> We're writing regarding the upcoming deadline to exchange expert reports on November 21. Given the pending potential counterclaims which, if they remain, will

require expert analysis and reports, we propose agreeing to push the expert report deadline to 30 days after the pleadings are finalized (either after the motion is granted and no amendment is allowed, or after Bungie files its answer to any remaining or amended claims). Depending on the timing of Judge Zilly's ruling, the other discovery deadlines may need to be moved as well. We're happy to address those now, or wait to see if it's necessary based on the timing/substance of the order.

Given the pending deadline, please let us know by Thursday morning if Defendants agree to this extension.

Best,

Christian

**Christian Marcelo | Perkins Coie LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3315
F. +1.206.359.4315
E. CMarcelo@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.