THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY, <br><br> Defendants. | No. 2:21-cv-811-TSZ <br><br> DECLARATION OF CHRISTIAN MARCELO IN SUPPORT OF BUNGIE, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO SET ASIDE FINAL ARBITRATION AWARD OF JUDGE RONALD E. COX |

I, Christian Marcelo, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am an attorney at Perkins Coie LLP, and counsel in this action for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Bungie, Inc.'s Opposition to Defendants' Motion to Set Aside Final Arbitration Award of Judge Ronald E. Cox. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of the December 19, 2022 arbitration evidentiary hearing transcript.

MARCELO DECL. ISO PLAINTIFF'S OPP.
TO MOT. TO SET ASIDE ARB. AWARD
(No. 2:21-cv-811-TSZ) – 1

162150390.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of May, 2023.

*/s/ Christian W. Marcelo*
Christian W. Marcelo

MARCELO DECL. ISO PLAINTIFF'S OPP.
TO MOT. TO SET ASIDE ARB. AWARD
(No. 2:21-cv-811-TSZ) – 2

162150390.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000