# Exhibit 1

Page 1

ARBITRATION BEFORE JAMS

------------------------------------------------------------

BUNGIE, INC.,                              )
                                           )
        Claimant,                          )
                                           )
    v.                                     )   No. 5160000075
                                           )
AIMJUNKIES.COM; PHOENIX                    )
DIGITAL GROUP LLC; DAVID                   )
SCHAEFER; JORDAN GREEN;                    )
JEFFERY CONWAY; and JAMES MAY,             )
                                           )
        Respondents.                       )

------------------------------------------------------------

ARBITRATION PROCEEDINGS

BEFORE THE HONORABLE RONALD E. COX (RET)

------------------------------------------------------------

8:03 A.M.

December 19, 2022

(All participants appeared via videoconference.)

LAURA GJUKA, CCR #2057
JOB NO.: 940668-B

Page 2

```
 1                REMOTE APPEARANCES
 2
    FOR THE CLAIMANT (via videoconference):
 3
             WILLIAM RAVA
 4           JACOB P. DINI
             PERKINS COIE, LLP
 5           1201 THIRD AVENUE, SUITE 4900
             SEATTLE, WA 98101-3099
 6           JDini@perkinscoie.com
             WRava@perkinscoie.com
 7
 8  FOR THE RESPONDENTS (via videoconference):
 9           PHILIP P. MANN
             MANN LAW GROUP, PLLC
10           403 Madison Avenue North, Suite 240
             Bainbridge Island, WA 98110
11           phil@mannlawgroup.com
12
    MODERATOR:
13
             SARAH ANDERSON
14
    ALSO PRESENT:
15
             DAVID SCHAEFER
16           JAMES MAY
             JORDAN GREEN
17           HUNTER BLACKBURN
             REGINA CAHAN
18
19
20
21
22
23
24
25
```

Page 3

 1                       I N D E X

 2   OPENING ARGUMENT:                                         PAGE

 3   By Mr. Rava......................................    5

     By Mr. Mann......................................   11

 4

 5   EDWARD KAISER, MD

 6   Direct Examination by Mr. Rava...................   20

     Cross-Examination by Mr. Mann....................  143

 7

 8   STEVEN GURIS

 9   Direct Examination by Mr. Dini...................  218

     Cross-Examination by Mr. Mann....................  260

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 178

1   course.

2              Now, do you recall when I took your
3   deposition on October 4 and October 5 of this year?
4       A.   I believe the dates were October 5th and
5   October 6th, but --
6              (Simultaneous speaking.)
7       Q.   (BY MR. MANN)  Whatever it is.  It's written
8   down, but you do recall when I took your depositions?
9       A.   Yes.
10      Q.   I took the deposition of you both personally and
11  as a corporate representative for Bungie?
12      A.   Correct.
13      Q.   Do you recall when I asked you to identify all
14  the technological measures that Bungie contends were
15  compromised by Phoenix Digital?
16             MR. RAVA:  Object to the form of this
17  question.  Those depositions were taken in the federal
18  court litigation.  His 30(b)(6) testimony explicitly did
19  not include anything on the DNCA violation.
20             ARBITRATOR COX:  On the basis of the
21  representations, I'll sustain the objection.
22             Ask another question.
23      Q.   (BY MR. MANN)  Okay.  Let me put up Exhibit
24  BX100.  Okay.  Dr. Kaiser, do you have that document in
25  front of you?

```
 1                C E R T I F I C A T E
 2    STATE OF WASHINGTON       )
                                )
 3    COUNTY OF PIERCE           )
              I, the undersigned Washington Certified Court
 4    Reporter, pursuant to RCW 5.28.010 authorized to
      administer oaths and affirmations in and for the State
 5    of Washington, do hereby certify:
 6            That the annexed and foregoing deposition
      consisting of pages 1 through 280 of the testimony of
 7    each witness named herein was taken stenographically
      before me and reduced to typed format under my
 8    direction;
 9            I further certify that according to CR 30(e) the
      witness was given the opportunity to examine, read and
10    sign the deposition after the same was transcribed,
      unless indicated in the record that the review was
11    waived;
12            I further certify that all objections made at the
      time of said examination to my qualifications or the
13    manner of taking the deposition or to the conduct of any
      party have been noted by me upon each said deposition;
14
15            I further certify that I am not a relative or
      employee of any such attorney or counsel, and that I am
16    not financially interested in the said action or the
      outcome thereof;
17
              I further certify that each witness before
18    examination was by me duly sworn to testify the truth,
      the whole truth and nothing but the truth.
19
              I further certify that the deposition, as
20    transcribed, is a full, true and correct transcript of
      the testimony, including questions and answers, and all
21    objections, motions, and exceptions of counsel made and
      taken at the time of the foregoing examination and was
22    prepared pursuant to Washington Administrative Code
      308-14-135, the transcript preparation format
23    guidelines;
24            I further certify that I am sealing the
      deposition in an envelope with the title of the above
25    cause and name of the witness visible, and I am
```

1  delivering the same to the appropriate authority;
2         I further advise you that as a matter of firm policy, the Stenographic notes of this transcript will
3  be destroyed three years from the date appearing on this Certificate unless notice is received otherwise from any
4  party or counsel thereto on or before said date;
5         IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal this 11th day of April 2023.
6
7
8
9                                    _____
                                     LAURA GJUKA, CCR
10                                   Washington State Certified Court
                                     Reporter License No. 2057
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25