UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

        Plaintiff,

v.

AIMJUNKIES.COM, et al.,

        Defendants.

C21-0811 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendants' motion for relief from deadline for disclosure of expert testimony, docket no. 128, is DEFERRED and RENOTED to May 24, 2023.  On or before May 23, 2023, Defendants' Counsel shall file a signed declaration providing: (i) the names and addresses of the experts Defendants seek to disclose; (ii) a brief summary of the experts' qualifications and anticipated opinions; and (iii) whether Defendants contacted these experts before May 4, 2023, the date Defendants filed their motion for relief from the expert-disclosure deadline.

(2)    The Court sua sponte EXTENDS the following deadlines:  (i) dispositive motions must be filed by June 1, 2023, and noted on the motions calendar no later than the fourth Friday thereafter; and (ii) motions related to expert witnesses must be filed by June 8, 2023, and noted on the motions calendar no later than the third Friday thereafter. All terms and conditions, and all other dates and deadlines not inconsistent herewith, contained in the Minute Order entered February 14, 2023, docket no. 86, shall remain in full force and effect.

MINUTE ORDER - 1

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of May, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2