THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC., a Delaware corporation,

Plaintiff

v.

AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,

Defendants.

Cause No. 2:21-cv-0811 TSZ

**DECLARATION OF PHILIP P. MANN IN RESPONSE TO MINUTE ORDER OF MAY 16, 2023 (DKT #135)**

I, Philip P. Mann, under penalty of perjury under the laws of the United States, state and declare as follows:

1. I am counsel for all Defendants in the above captioned matter.

2. In compliance with this Court's Minute Order of May 16, 2023, Dkt# 135, I state a follows:

3. The the name and address of the expert Defendants seek to disclose is Scott A. Kraemer, 9793 W. Hedge Hog PL, Peoria AZ 85383.

4. Between 1990 and 1994, Mr. Kraemer was a member of the United States Marine Corps where he received technical training in computer systems and served as a dual MOS's 4034/4066 Mainframe and Small Systems specialist. From May, 2001 through the present, Mr. Kraemer has been a full time

Mann Declaration
Cause No. 21-CV-0811-TSZ
Page 1

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900

employee of Honeywell as an Information Technology Engineer. Between 2009-2017 Mr. Kraemer also owned and operated the Web Sites "Rentacheat.com" and "HackersAdavantage.com" where he was in the top 5 ranked Undetected Game Hacking Sites, with 10,000+ Users. During this time he was the sole programmer for the sites and reverse engineered game code, wrote c++ client DLL's, Client VIP Loaders and Code Injectors for the sites.

5. With respect to the Counter-Claim of Defendant Phoenix Digital Group LLC, Mr. Kraemer is expected to testify that, based on his review and analysis of several documents produced by Bungie in this action, including but not limited to Bungie production documents BUNGIE_WDWA_0000410, BUNGIE_WDWA_0000416, BUNGIE_WDWA_0000421 and BUNGIE_WDWA_0000368, these documents show and establish that Bungie reverse engineered the AimJunkies Cheat Loader and process flow, dumped crucial proprietary information on how the AimJunkies Cheat Loader and cheat injector work, and thereby learned the methods and IP addresses of the AimJunkies servers, all in violation of the applicable Terms of Service put in place by Defendant Phoenix Digital Group LLC.

6. With respect to the Counter-Claims of Defendant James May, Mr. Kraemer is expected to testify that, based on his review and analysis of several documents, including but not limited to Bungie production document BUNGIE_WDWA_0000409, Bungie conducted a review of Mr. May's computer files beyond the scope authorized by Bungie's Limited Software License Agreement and Privacy Policy. In particular, Mr. Kraemer is expected to testify, in part, that documents produced by Bungie in this action relating to Bungies "Findings of James Mays Files," show and establish that the category "GameCheats.AimJunkies binary found" was found outside the

Mann Declaration
Cause No. 21-CV-0811-TSZ
Page 2
Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900

games own directory by a process other than "Reverse Engineer Tool Attached," beyond the scope of the authorization granted by Mr. May

7. Defendants were in contact with Mr. Kraemer before May 4, 2023.

Dated May 23, 2023.

                                            */s/ Philip P. Mann*
                                            Philip P. Mann

Mann Declaration
Cause No. 21-CV-0811-TSZ
Page 3

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900