UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC.,<br><br>              Plaintiff,<br><br>   v.<br><br>AIMJUNKIES.COM, et al.,<br><br>              Defendants. | C21-0811 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion for relief from deadline for disclosure of expert testimony, docket no. 128, is GRANTED as follows. As provided in the Declaration of Philip Mann, docket no. 137, Defendants seek to disclose one expert, Scott Kraemer, to provide certain testimony regarding the remaining counterclaims in this action. Although Defendants could have brought this motion sooner, the Court finds good cause for the requested relief. *See* Fed. R. Civ. P. 16(b)(4). The Court did not rule on Plaintiff's motion to dismiss the amended counterclaims of defendants and counterclaimants James May and Phoenix Digital Group LLC until February 3, 2023, *see* Minute Order (docket no. 84), well after the November 21, 2022, deadline to disclose expert testimony in this action, *see* Minute Order (docket no. 44). Additionally, the Court has determined that granting the present motion will not affect the December 4, 2023, trial date. This motion, however, is not granted without limitation, and Mr. Kraemer's report shall be limited to the opinions described in Mr. Mann's declaration, docket no. 137.

(2) Having granted Defendants' motion for relief from deadline for disclosure of expert testimony, the Court issues the following amended case schedule:

MINUTE ORDER - 1

| | | |
|---|---|---|
| 1 | **JURY TRIAL** set for  **9:00 AM** on | **December 4, 2023** |
| 2 | Length of Trial | 3 to 4 days |
| 3 | Defendants' disclosure of Scott Kraemer's expert report is due by | June 12, 2023 |
| 4 5 | Limited discovery regarding Scott Kraemer's expert testimony must be completed by | July 14, 2023 |
| 6 | Settlement conference pursuant to LCR 39.1 must be completed by | July 14, 2023 |
| 7 8 | Dispositive Motions must be filed by   and noted on the motions calendar no later   than the fourth Friday thereafter (see LCR 7(d)) | July 20, 2023 |
| 9 10 | Motions related to expert witnesses (e.g., Daubert motion) must be filed by   and noted on the motions calendar no later   than the third Friday thereafter (see LCR 7(d)) | July 27, 2023 |
| 11 12 | Mediation shall be completed by | September 1, 2023 |
| 13 | Letter of mediation compliance shall be filed with the Court no later than | September 8, 2023 |
| 14 15 | Motions in Limine due by   and noted on the motions calendar no later   than the Friday before the Pretrial Conference   (see LCR 7(d)(4)) | October 26, 2023 |
| 16 | Pretrial Order due[1] by | November 9, 2023 |
| 17 | Trial Briefs to be submitted by | November 9, 2023 |
| 18 | Proposed Voir Dire/Jury Instructions due by | November 9, 2023 |
| 19 | Pretrial Conference set for  **10:00 AM on** | November 20, 2023 |

---

[1] For further details concerning the Pretrial Order and the exhibit list contained therein, refer to the Minute Order Setting Trial and Related Dates entered on June 14, 2022, docket no. 44.

MINUTE ORDER - 2

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2023.

                                          Ravi Subramanian
                                          Clerk

                                          s/Laurie Cuaresma
                                          Deputy Clerk

MINUTE ORDER - 3