# EXHIBIT 1



# Professional Biography



## WILLIAM CHEEVER RAVA  |  PARTNER

SEATTLE
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
+1.206.359.6338
WRava@perkinscoie.com

Will Rava helps clients resolve disputes involving trademarks, trade dress, domain names, copyrights, and trade secrets. He has successfully litigated such disputes in federal courts across the country, before arbitration panels under the UDRP and before the Trademark Trial and Appeal Board. Will also has extensive experience counseling clients in many industries on intellectual property and brand protection strategies, including securing, policing, investigating and enforcing their rights, investigating and removing from the market counterfeit and other unauthorized goods, and investigating related unlawful internet activities. Often these matters involve requests for temporary restraining orders or preliminary injunctions, an area in which he has deep experience.

In the last several years, for example, Will has helped an athletic equipment maker defeat a preliminary injunction motion, after which the plaintiff walked away, and prosecuted a preliminary injunction motion for an online financial services company, which settled favorably before a hearing. He also won summary judgment dismissal and an award of attorneys' fees in a hotly-contested copyright authorship dispute. In addition, Will has successfully represented food and food service, footwear, industrial product, and video game companies in trademark disputes; recovered dozens of domain names for various clients; and enforced trademark and related rights for clients in the food, video game, and online services industries, among others.

Will is named a leading trademark attorney in Washington in the *World Trademark Review*'s WTR 1000 rankings. Recognized for his success in the trademark enforcement space thanks to "constant vigilance and tech smarts," he is described as a "dyed-in-the-wool litigator who is remarkably efficient at pursuing and shutting down perpetrators of unlawful internet activities."

Will is actively involved in professional organizations and his community. He devotes a significant portion of his practice to public law, including election and political law and promoting and participating in pro bono representations on a wide variety of topics. He has represented numerous campaigns and candidates in recalls, recounts, contests, and other election litigation (including the 2004 Washington gubernatorial recount and contest, and the 2008 Minnesota U.S. Senate recount and contest), and Will regularly counsels campaigns, political parties, and political consultants on a variety of compliance issues. He sits on the boards of the Legal Foundation of Washington's Campaign for Equal Justice and environmental education nonprofit Islandwood; actively volunteers on INTA committee heading a task force on the Enforcement Committee; and serves on the firm's Seattle offices community service and Foundation committees.

## PROFESSIONAL RECOGNITION

- Recognized in the *World Trademark Review 1000—The World's Leading Trademark Professionals*, 2018 – 2022
  - Washington (Silver)
- Named *Best Lawyers*' Seattle " Litigation - Intellectual Property Lawyer of the Year," 2018

- Listed in *Best Lawyers in America*: Litigation - Intellectual Property, 2014 – 2023
- Recognized as an IP Star by *Managing IP,* 2013, 2014, 2016 – 2022
- Listed in *Super Lawyers Magazine*, "Super Lawyers," 2011 – 2021
- Volunteer of the Year, Newcomers Resource Project of the King County Bar Association, October 2007
- Listed in *Washington Law & Politics*, "Rising Stars of Washington Law," 2004 – 2008
- Community Legal Services Recognition for Legal Services to the Homeless from the King County Bar Association, May 2001
- Leadership Tomorrow, Class of 2008

## PROFESSIONAL LEADERSHIP

- Campaign for Equal Justice, Legal Foundation of Washington, Board Member, 2018 – present
- International Trademark Association (INTA)
  - U.S. Legislation Subcommittee, Member 2014 – 2017; Chair, 2016 – 2017
  - Enforcement Committee, Policy Advocacy Subcommittee, Member, 2018 – present
- King County Bar Association Community Legal Services Committee, Co-Chair, 2004 – 2006, Member, 2007 – 2010

## COMMUNITY INVOLVEMENT

- IslandWood, Board Member, 2015 – present
- Artist Trust, Board Member, 2007 – 2013; President, 2009 – 2011
- Ballard Youth Soccer Club, Coach, 2007 – 2016

## CLERKSHIPS

- Hon. Richard Cudahy, U.S. Court of Appeals for the Seventh Circuit, 1998 - 1999

## EXPERIENCE

### TRADEMARK AND TRADE DRESS LITIGATION

*Including Temporary Restraining Orders (TRO) and Preliminary Injunctions (PI)*

**LONDON COMPUTER SYS., INC. V. ZILLOW (PI)**
U.S. District Court for the Southern District of Ohio
After expedited discovery, defeated preliminary injunction motion in trademark infringement action involving RENTAL MANAGER trademark, resulting in settlement and dismissal.

**RICELAND FOODS, INC. V. WISMETTAC ASIAN FOODS, INC.**
U.S. District Court for the Western District of Washington
Defense of trademark infringement action involving RICELAND trademark used with rice. Settled.

**ORGANIC AROMAS LLC V. TWO SCENTS LLC**
U.S. District Court for the District of Idaho
Successful trademark infringement action involving ORGANIC AROMAS, NEBULIZING DIFFUSER, and RAINDROP trademarks used with oil diffusers. Settled.

**VERITY SOLUTIONS GROUP, INC. V. VERITY, INC.**
U.S. District Court for the Western District of Washington
Prosecuted successful trademark and unfair competition action involving VERITY mark. Settled after discovery closed.

**RAWLINGS V. EASTON (PI)**
U.S. District Court for the Eastern District of Missouri
Defended trademark infringement claim involving the 5150 mark. Case dismissed after defeating preliminary injunction motion.

**CAR FRESHNER CORP. V. CROCS**
U.S. District Court for the Northern District of New York
Defended trademark infringement claim involving Little Trees automotive air freshener shape. Settled.

**REDWEEK V. BELLO**
U.S. District Court for the Western District of Washington
Pursued successful trademark infringement action involving REDWEEK mark. Initially a Doe action, default judgment was entered.

**AJB ENTERPRISES V. BACKJOY**

U.S. District Court for the District of Connecticut
Defended a self-massager product design trade dress infringement claim. Settled after discovery.

**CENTERSTONE OF AMERICA, INC. V. CENTERSTONE OF SEATTLE**
U.S. District Court for the Western District of Washington
Defended a trademark infringement claim. Settled.

**SIMPLE TECHNOLOGY V. SIMPLE RTO (PI)**
U.S. District Court for the District of Oregon
Led trademark infringement action involving SIMPLE mark, which settled favorably after preliminary injunction motion filed.

**MICROBAN V. SKAGIT NORTHWEST HOLDINGS, INC.**
U.S. District Court for the Western District of Washington
Defended trademark infringement and breach of license agreement claims involving MICROBAN mark. Settled after cross-motions for summary judgment.

**HIKARI V. SPECTRUM BRANDS**
U.S. District Court for the Northern District of California
Led a successful trademark infringement action involving ALGAE WAFER mark, resolving in settlements with all defendants.

**PYLE AUDIO V. FLUKE**
U.S. District Court for the Eastern District of New York
Achieved favorable settlement in a successful product design trade dress infringement claim as counterclaim plaintiff.

**RIPL CORP. V. GOOGLE INC.**
U.S. District Court for the Western District of Washington
Defended successfully and obtained summary judgment in reverse confusion trademark infringement case, including summary judgment on abandonment counterclaim.

**CAPITOL AUTO V. MID VALLEY FORD (PI)**
Circuit Court of the State of Oregon for the County of Marion
Defended a trademark infringement claim, which settled following evidentiary preliminary injunction hearing.

**ALLIED OLD ENGLISH V. NISHIMOTO, ET AL.**
U.S. District Court for the Western District of Washington
U.S. District Court for the District of New Jersey
Defended trade dress infringement claims related to labels on various Asian food products. Settled on favorable terms.

**ARIEL PREFERRED RETAIL GROUP LLC, ET AL. V. CWCAPITAL ASSET MANAGEMENT AND THE WOODMONT COMPANY**
U.S. District Court for the Eastern District of Missouri
Obtained complete dismissal, on motions to dismiss and for summary judgment, of nine-count complaint alleging trademark infringement and breach of contract.

**CASCADE YARNS INC. V. CRAFTS AMERICANA GROUP INC. DBA KNIT PICKS**
U.S. District Court for the Western District of Washington
Defended trademark infringement action relating to keyword advertising. Settled.

**CENORIN LLC V. IMED TECHNOLOGY INC.**
U.S. District Court for the Western District of Washington
Obtained stipulated permanent injunction in trademark infringement action related to wound dressing products.

**NINTENDO OF AMERICA INC. V. NYKO TECHNOLOGIES INC.**
U.S. District Court for the Western District of Washington
Represented Nintendo in an action alleging patent and trademark infringement based upon the defendant's design, marketing and sale of a handheld game controller.

**CARPE VINUM INC. V. FREMONT WINE OUTLET LLC (PI)**
King County Superior Court (Washington)
Obtained preliminary and stipulated permanent injunction in trademark infringement action.

**CHIHULY INC. V. RUBINO, ET AL.**
U.S. District Court for the Western District of Washington
Represented plaintiff Chihuly in copyright, trademark, trade dress, unfair competition and copyright ownership. Settled.

**CLASSIC TENTS & EVENTS LLC V. CLASSIC PARTY RENTALS INC. (TRO)**
U.S. District Court for the Northern District of Georgia
Represented defendant in trademark infringement action. Defeated motion for TRO, and plaintiff voluntarily dismissed.

**COMMSCOPE INC. OF NORTH CAROLINA, ET AL. V. ELECTRO PRODUCTS INC., ET AL. (PI)**
U.S. District Court for the Western District of Washington
Led trademark enforcement action against importer/distributor of counterfeit wiring components, winning preliminary and permanent injunction.

**MELE DBA BLIZZARD RECORDS AND BLIZZARD RECORDS INC. V. DAVIDSON & ASSOCIATES INC.**
U.S. District Court for the Western District of New York
Led successful defense through trial of trademark infringement claim involving reverse confusion claim. Citation: WL2285111

**NINTENDO OF AMERICA INC. V. WHAT'S ON INC. ET AL. (TRO, PI)**
U.S. District Court for the Western District of Washington
Represented Nintendo in litigation alleging infringement of intellectual property rights in video game products. Successfully obtained TRO, preliminary and permanent injunctions.

**LACROSSE FOOTWEAR INC. V. MCCULLAR ENTERPRISES INC.**
U.S. District Court for the Middle District of Tennessee
Pursued trademark enforcement action against distributors of unauthorized footwear resulting in stipulated permanent injunction and return of products.

**OBAMA FOR AMERICA V. DEMSTORE.COM, ET AL. (PI)**
U.S. District Court for the District of Columbia
Prevailed in contested preliminary injunction hearing and then secured stipulated permanent injunction in trademark infringement action relating to Obama For America's Rising Sun Trademarks.

**TRADEMARK TRIAL AND APPEAL BOARD LITIGATION**
Represent numerous clients at TTAB, including Nintendo, 2Morrow and Healthkit.

## ADDITIONAL INTELLECTUAL PROPERTY LITIGATION

**ALLIED BIOSCIENCE, INC. V. GROSSMAN**
U.S. District Court for the Western District of Washington
Successful defense of trade secret misappropriation and breach of fiduciary duty action. Settled.

**VIDEO GAME DEVELOPMENT DISPUTE**
U.S. District Court for the Central District of California
Represented large video game studio in development dispute with sub-licensee. Favorably settled.

**FOREMAN V. JEPPESEN**
U.S. District Court for the District of Colorado
Defended a copyright infringement claim and settled the case.

**NORTHLAND COMMUNICATIONS CORPORATION, ET AL. V. MTV NETWORKS**
U.S. District Court for the Western District of Washington
Represented cable operator prosecuting contract claims and defending copyright infringement and Cable Act counterclaims.

**JUSTMED V. BYCE**
Trial of copyright issue relating to software involving work for hire doctrine.

**FOX NEWS NETWORK, LLC V. ROBIN CARNAHAN FOR SENATE INC.**
U.S. District Court for the Western District of Missouri
Defended and settled copyright infringement and right of publicity claims asserted by Fox News involving candidate's campaign advertising in election for U.S. Senate.

**TYPESETTER V. KENNEDY**
King County Superior Court (Washington)
Represented company in noncompetition agreement/trade secret dispute involving departing executive. Settled.

**WORLD CABLE V. LALON TV, ET AL.**
U.S. District Court for the Southern District of New York
Represented plaintiff IPTV service provider in successful resolution of noncompetition agreement/trade secret dispute involving departed employee.

## OTHER LITIGATION

**SOUND INFINITI INC. D/B/A INFINITI OF KIRKLAND EX REL. PISHEYAR V. SNYDER, ET AL. (PI)**

King County Superior Court (Washington)
Washington State Court of Appeals
Washington State Supreme Court
Defended company and shareholders in derivative litigation arising from reverse stock split transaction and related shareholder appraisal rights litigation. *Sound Infiniti Inc. ex rel. Pisheyar v. Snyder*, 169 Wn.2d 199, 237 P.3d 241 (2010)

**WASHINGTON MUTUAL INC. SECURITIES DERIVATIVE AND ERISA (EMPLOYEE RETIREMENT INCOME SECURITY ACT)**
U.S. District Court for the Western District of Washington
Defend all outside directors of Washington Mutual Inc. in 2004 derivative litigation.

## POLITICAL LAW

**WASHINGTON V. PURCELL**
Superior Court of Washington, Thurston County
Defend public disclosure/campaign finance complaint.

**IN RE CONLIN RECALL PETITION**
King County Superior Court (Washington)
Assisted in defense of attempt to recall City Council President. Defeated recall petition at sufficiency hearing. (2011)

**PUBLIC DISCLOSURE COMMISSION (PDC) V. MOXIE MEDIA**
Superior Court of Washington, Thurston County
Defended public disclosure complaint and related litigation. Settled. (2011)

**IN RE CONTEST OF GENERAL ELECTION HELD ON NOV. 4, 2008**
Supreme Court of Minnesota
Obtained a unanimous decision affirming that Al Franken had received the highest number of votes legally cast in the 2008 general election for United States Senator and therefore was entitled to receive the certificate of election. Perkins Coie also represented Franken during the election, a six-week recount involving nearly three million ballots—the largest in American history, a seven-week trial, and multiple appearances before the Minnesota Supreme Court. 767 N.W.2d 453 (Minn. 2009).

**IN RE PARNELL RECALL PETITION**
King County Superior Court (Washington)
Represented public hospital district in attempt to recall elected commissioner. Defeated recall petition at sufficiency hearing. (2011)

**LEGISLATIVE DISTRICT 25 2010 RECOUNT**
Represented candidate in recount.

**BORDERS, ET AL. V. KING COUNTY, ET AL. AND WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE**
Superior Court of Washington, Chelan County
Challenge by the Republican Party to the election of Washington State Governor Christine Gregoire, the closest gubernatorial election in United States history. After two-week trial, the court upheld the election results. No. 05-2-00027-3

**ELECTION CONTEST OF CODAY**
State Supreme Court of Washington
Obtained dismissal of four individual electors' contests of election of Governor of Washington on grounds of res judicata. 156 Wn. 2d 485, 130 P.3d 809 (Wash. 2006)

**LEGISLATIVE DISTRICT 6 2008 RECOUNT**
Represented Rep. Driscoll in recount and related litigation.

**CANTWELL 2000 RECOUNT**
Counsel to U.S. Senator Maria Cantwell's United States Senate recount.

**WASHINGTON STATE REPUBLICAN PARTY V. KING COUNTY DIVISION OF RECORDS, ELECTIONS AND LICENSING SERVICES, ET AL.**
State Supreme Court of Washington
Obtained ruling that county vote canvassing board was entitled to recanvass ballots that determined outcome of state gubernatorial election. 103 P.3d 725 (Wash. 2004)

**ABRAMOFF V. DCCC**
Secured complete defense victory in arbitration relating to registration of the jackabramoff.com domain name.

## NEWS

06.22.2023

*Perkins Coie Secures $4.4M Arbitration Award for Bungie in "Cheat Code" Software Case*

Press Releases
Perkins Coie is pleased to announce that a firm litigation team has secured a significant arbitration award of $4.4 million for client Bungie Inc., against several defendants related to the distribution of "cheat code" software for Bungie's popular online game Destiny 2.

02.10.2023

*Perkins Coie and 13 IP Lawyers Recognized as Leaders by World Trademark Review*
Press Releases
Perkins Coie is pleased to announce that 13 lawyers in its Trademark, Copyright, Internet & Advertising practice were recognized as leading trademark professionals in the United States and China by the *World Trademark Review* (WTR). The firm's number of recognized attorneys jumped from the nine recognized last year.

08.18.2022

*Best Lawyers® 2023 Recognizes 403 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 403 of its attorneys have been recognized by *Best Lawyers*® 2023. A total of 279 attorneys were selected by their peers for inclusion in the 2023 edition of *The Best Lawyers in America*® and 124 attorneys were selected for inclusion in the 2023 edition of *Best Lawyers: Ones to Watch*.

07.06.2022

*Perkins Coie Recognized as IP and Life Sciences Leader in US and China by Managing IP*
Press Releases
Perkins Coie is pleased to announce that it has again been ranked nationally in *Managing Intellectual Property*'s IP Stars guide, achieving recognition in five categories in 2022: Patent Contentious, Patent Prosecution, PTAB Litigation, Trademark Prosecution, and Life Sciences.

03.09.2022

*Perkins Coie and Nine of Its Attorneys Recognized as Leaders by World Trademark Review*
Press Releases
Perkins Coie is pleased to announce that nine attorneys in its Trademark, Copyright, Internet & Advertising practice were recognized as leading trademark professionals in the United States and China by the *World Trademark Review* (*WTR*).

10.07.2021

*Twelve Perkins Coie Attorneys Appointed to INTA Committees for 2022–2023*
Press Releases
Perkins Coie is proud to announce that 12 Trademark, Copyright, Internet & Advertising (TCIA) attorneys were appointed to International Trademark Association (INTA) Committees for 2022–2023.

08.26.2021

*Best Lawyers® 2022 Recognizes 367 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 367 of its attorneys were recognized by the 2022 *Best Lawyers*®. A total of 278 attorneys were selected by their peers for inclusion in the 2022 edition of *The Best Lawyers in America*® and 89 attorneys were selected for inclusion in the 2022 edition of *Best Lawyers: Ones to Watch*.

06.22.2021

*Perkins Coie Recognized as National Patent, Trademark, and Life Sciences Leader by Managing IP*
Press Releases
Perkins Coie is pleased to announce that it has again been ranked nationally in *Managing Intellectual Property*'s IP Stars guide, achieving 2021 recognition in five categories: Patent Contentious, Patent Prosecution, PTAB Litigation, Trademark Prosecution, and Life Sciences.

05.27.2021

*Perkins Coie Attorneys Mentioned in Reuters—Nintendo Wins Over $2 Million From Operator of Pirate Games Site*
General News
*Reuters*
Katherine Dugdale, William Rava, and Christian Marcelo were mentioned in "Nintendo Wins Over $2 Million From Operator of Pirate Games Site," an article in *Reuters*, regarding their representation of Nintendo in *Nintendo of America Inc. v. Storman*.

02.17.2021

*Perkins Coie and 11 Attorneys Recognized as Leaders by World Trademark Review*
Press Releases
Perkins Coie is pleased to announce that 11 attorneys in its Trademark, Copyright, Internet & Advertising (TCIA) practice group were recognized as leading trademark professionals in the United States and China by the *World Trademark Review* (*WTR*).

08.20.2020

*Best Lawyers® 2021 Recognizes 358 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 358 of its attorneys were recognized by *Best Lawyers®* 2021. A total of 290 attorneys were selected by their peers for inclusion in the 2021 edition of *The Best Lawyers in America*® and 68 attorneys were selected for inclusion in the inaugural edition of *Best Lawyers: Ones to Watch.*

05.22.2020

*Perkins Coie's Trademark Practice Ranked Tier Two Nationally by Managing IP*
Press Releases
Perkins Coie is pleased to announce that its trademark prosecution practice has jumped to Tier Two in the *Managing Intellectual Property* 2020 IP Stars rankings, marking the second year in a row that the practice has climbed a spot nationally. Five Perkins Coie Trademark, Copyright, Internet & Advertising (TCIA) attorneys were also recognized: Scott Palmer (China) and Lynne Graybeal, William Rava, Grace Han Stanton, and James Vana (United States: Washington).

02.19.2020

*Eleven Perkins Coie Attorneys Recognized by World Trademark Review; Firm Named a Trademark Leader across US and in China*
Press Releases
Perkins Coie is pleased to announce that 11 attorneys in its Trademark, Copyright, Internet & Advertising (TCIA) practice group were recognized as leading trademark professionals in the United States and China by the World Trademark Review (WTR).

08.15.2019

*Best Lawyers® 2020 Recognizes 283 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 282 of its attorneys were selected by their peers for inclusion in the 2020 edition of *The Best Lawyers in America*®.

06.18.2019

*Managing Intellectual Property Recognizes 26 Perkins Coie Attorneys as IP Stars and Two as Top 250 Women in IP*
Press Releases
Perkins Coie is pleased to announce that the firm and 26 of its intellectual property attorneys were recognized in *Managing Intellectual Property*'s (*MIP*) 2019 IP Stars list. Additionally, two women partners, Shannon Bloodworth, Firmwide Co-Chair of the Intellectual Property practice, and Grace Han Stanton again landed on the *MIP* Top 250 Women in IP list.

03.04.2019

*Nine Perkins Coie Attorneys Recognized by World Trademark Review; Firm Named a Trademark Leader*
Press Releases
Perkins Coie is pleased to announce that nine attorneys in its Trademark, Copyright, Internet & Advertising (TCIA) practice were recognized nationally and regionally as leading trademark professionals by the *World Trademark Review* (WTR) in its 2019 WTR 1000 - The World's Leading Trademark Professionals edition.

08.20.2018

*Best Lawyers® 2019 Recognizes 277 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 277 of its attorneys were selected by their peers for inclusion in the 2019 edition of *The Best Lawyers in America*®.

08.15.2017

*35 Perkins Coie Attorneys Named 2018 Lawyers of the Year by Best Lawyers®*
Press Releases
Perkins Coie is proud to announce that 35 of its attorneys have been named 2018 Lawyers of the Year by Best Lawyers®.

08.15.2017

*Best Lawyers® 2018 Recognizes 281 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 281 of its attorneys were selected by their peers for inclusion in the 2018 edition of *The Best Lawyers In America*®.

11.21.2016

*Perkins Coie Attorneys Mentioned in Law360 Article - Native American Groups Back Ban On Offensive Trademarks*
General News
*Law360*

Perkins Coie attorneys were mentioned in the *Law360* article noting legal efforts to urge the U.S. Supreme Court last week to uphold the federal government's ban on offensive trademarks in a case involving the same rule used to revoke the Washington Redskins' registration.

08.15.2016
*Best Lawyers® 2017 Recognizes 252 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 252 of its attorneys were selected by their peers for inclusion in the 2017 edition of *The Best Lawyers In America®*, the oldest and most respected peer-review publication in the legal profession.

08.17.2015
*Best Lawyers® 2016 Recognizes 245 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 245 of its attorneys were selected by their peers for inclusion in the 2016 edition of *The Best Lawyers In America®*, the oldest and most respected peer-review publication in the legal profession; a more than 10 percent increase over the 221 firm attorneys recognized by *Best Lawyers* in the 2015 edition.

08.18.2014
*Best Lawyers® 2015 Recognizes 221 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 221 of its attorneys were selected by their peers for inclusion in the 2015 edition of *The Best Lawyers In America®*, the oldest and most respected peer-review publication in the legal profession.

01.29.2014
*Perkins Coie Partner William Rava Quoted in Cincinnati.com Article*
General News
Perkins Coie Partner William Rava was recently quoted in a *Cincinnati.com* article titled, "Anti-tax group guilty of cybersquatting? Expert says no."

08.21.2013
*Best Lawyers 2014 Recognizes 206 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 206 of its attorneys were selected by their peers for inclusion in the 2014 edition of *The Best Lawyers In America®*.

01.23.2013
*Perkins Coie Files Petition On Behalf Of LGBT Video Game Players To Cancel "Gaymer" Trademark*
Press Releases
Perkins Coie, along with co-counsel Electronic Frontier Foundation (EFF), are representing a group of gaymers (individuals who self-identify with the lesbian, gay, bisexual, and transgendered community who have an active interest in video games) *pro bono* in a petition filed with the Trademark Office to cancel the "Gaymer" trademark registration.

## PUBLICATIONS

06.24.2022
*State AGs Call for Congressional Action on Copycat THC Edibles*
Blogs
Cannabis Legal Highlights: The 411 on 420
More than 20 state attorneys general (AGs) authored an open letter to congressional leaders calling for legislation that would regulate tetrahydrocannabinol (THC) edibles that mimic the packaging and names of popular products.

01.07.2021
*Trademark Modernization Act of 2020: Three New Year's Gifts for Brand Owners*
Updates
The Trademark Modernization Act of 2020 (TMA) was signed into law on December 27, 2020, making several changes to the Lanham Act that have important effects on trademark owners' brand protection programs.

10.29.2020
*How Cannabis Companies Can Protect Their Trademarks*
Articles
Bloomberg Law
The cannabis industry's rapid growth presents companies with the need to protect their brands from trademark infringement, and to avoid infringing on the trademarks of others.

11.17.2016

*Ninth Circuit Expands the Octane Fitness Attorneys' Fee Standard to the Lanham Act*
Updates
Following several other circuits as well as patent law precedent, in *SunEarth, Inc. v. Sun Earth Solar Power Co.*, the U.S. Court of Appeals for the Ninth Circuit recently made it easier for Lanham Act litigants to recover attorneys' fees.

03.27.2015

*Will Supreme Court Issue Preclusion Ruling Give TTAB Decisions More Bite?*
Updates
The Supreme Court addressed the preclusive effect of decisions of the USPTO's administrative court, the Trademark Trial and Appeal Board (TTAB), on district court trademark infringement proceedings in *B&B Hardware, Inc. v. Hargis Indus., Inc.* In its ruling this week, the Court held that a district court should give preclusive effect to a TTAB decision if the ordinary elements of issue preclusion are met.

09.10.2014

*Inside Views: The Perfect Package: A Checklist To Avoid Legal Challenges*
Articles
Intellectual Property Watch

07.09.2014

*The Perfect Package: A Checklist to Avoid Legal Challenges*
Updates
Your product teams surely have already finalized their lineup of holiday winners, the new gizmos and must-have widgets that you hope end up on everyone's wish lists.

09.13.2011

*Hidden IP: Take a 360º View of Retail and Consumer Product-Related Intellectual Property Risks and Opportunities This Holiday Season*
Articles
iPFrontline.com

08.23.2011

*Protecting Your Brand in the New .XXX Domain*
Updates
There have been many recent changes in the world of domain names.  This is the fourth in a series of updates on these issues.  It is intended to keep you informed about issues that are important to brand owners and any others with a significant web presence.

07.26.2011

*Hidden IP: Take a 360º View of Retail and Consumer Product-Related Intellectual Property Risks and Opportunities This Holiday Season*
Updates
All of the tools and tricks you will use this holiday season to catch consumers' eyes and capture their dollars will likely involve intellectual property (IP) rights. New products (patents? copyrights?) with catchy names (trademarks?) and bright packaging (trade dress?) supported by huge advertising campaigns (more copyrights?) are distributed through new channels to attract new customers (trade secrets?). You've registered your trademarks and copyrights and thought about whether you have any patentable inventions. But your IP rights are implicated in many other areas of your business, especially during the holiday season.

06.30.2011

*.Pepsi and .Soda: Are You Ready for the Coming Expansion of Domain Name Space? Legal and Practical Issues for In-House Counsel and Brand Managers*
Updates
In a matter of months, the amount of "Internet real estate"—which has been static for the past several years—will expand dramatically. Companies, organizations, cities and others will be able to apply to ICANN to launch new domain spaces using brand names (for example, .nike), generic terms (such as .shoes) and locations (such as .nyc).

10.08.2010

*Keyword Advertising Update – Navigating Unsettled Waters to Protect Your Mark and Promote Your Business*
Updates
When consumers type your brand names into an Internet search engine this holiday season, do you expect that your website or the stores that sell your product would be at the top of the results list?  They might.  But the first link could direct those consumers to your fiercest competitor's site.

10.01.2009

*Combating Counterfeiting, Piracy and Gray-Market Goods*

Updates

Remember the hype surrounding *Tickle Me Elmo* in 1996, Sony's *Playstation* in 1995 and, if you're old enough, the *Cabbage Patch Kids* in 1986?  Each holiday season features new "must-have" gifts—that toy your child just cannot live without or that next generation video game or console or that one special pair of boots.

## PRESENTATIONS

05.18.2022

*A Crash Course in Copyright and Trademark Protection*
Speaking Engagements
Panelist
American Herbal Products Association (AHPA) / Virtual

08.27.2019

*Overview of Critical Legal Issues for Video Game Startups*
Speaking Engagements
Panelist
PAX DEV / Seattle, WA

03.10.2017

*Trademark Enforcement in the Expanded gTLD Universe*
Speaking Engagements
WSBA Intellectual Property Section
22nd Annual Intellectual Property Institute / Seattle, WA

11.28.2016

*Slants, R-skins and the Lanham Act: Disparaging Trademarks and the 1st Amendment*
Speaking Engagements
Panelist
Microsoft CLE Symposium

10.2016

*Voter Protection Training*
Speaking Engagements
Seattle, WA

09.26.2015

*Endorsements and Testimonials*
Speaking Engagements
Panelist
McCarthy Symposium: Trademark Law and Its Challenges 2015 / San Francisco, CA

03.14.2014

*Trademark Law and the Regulation of Search: Tales from the Keyword Trenches*
Speaking Engagements
Panelist
McCarthy Symposium: The Regulation of Search / Oxford, U.K.

## TRADE SECRET TRACKER

**What Is a Trade Secret?**
A company looking to protect its own trade secrets or manage risk involving others' trade secrets must first consider whether company information qualifies as a trade secret. Often a threshold issue in litigation, this is also an important question for companies and people to consider when entrusted with access to the information of others. Most... Continue Reading...

## AREAS OF FOCUS

**PRACTICES**

- Trademark, Copyright, Internet & Advertising
- Securities Litigation
- Political Law
- Litigation

- IP Enforcement Programs
- Trade Secrets
- Intellectual Property Law
- Domain Names/Cybersquatting
- Brand Protection
- Class Action Defense

**INDUSTRIES**

- Interactive Entertainment
- Arts & Entertainment
- Retail & Consumer Products
- Food & Beverage
- Cannabis Law
- Immersive Technology
- Music, Film & Television
- Gaming
- Sports
- Digital Media & Entertainment, Gaming & Sports

# BAR AND COURT ADMISSIONS

- Washington
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court for the Eastern District of Washington
- U.S. District Court for the Western District of Washington

# EDUCATION

- Northwestern University Pritzker School of Law, J.D., *cum laude*, Order of the Coif, 1998, Note and Comment Editor, *Northwestern University Law Review*
- Harvard University, B.A., Government, *magna cum laude*, 1991

© 2023 Perkins Coie LLP



# Professional Biography



## CHRISTIAN W. MARCELO | COUNSEL

SEATTLE
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
+1.206.359.3315
CMarcelo@perkinscoie.com

Christian Marcelo is a litigator focused on intellectual property (IP) matters involving trade secrets, trademarks, copyrights, trade dress, domain name litigation, and contract disputes. Christian regularly represents plaintiffs and defendants in the technology, retail, and gaming industries in connection with claims of misappropriation or infringement. He has significant experience advising gaming companies and has secured several notable wins in this area.

As part of his IP practice, Christian has broad experience managing large-scale trademark and copyright enforcement programs, including a successful practice of litigating domain name claims before the Uniform Domain-Name Dispute-Resolution Policy (UDRP) arbitration panel. He helps clients protect their IP by thoroughly investigating frauds and scams, counseling clients on recommended enforcement strategies, quickly stopping infringement, and reaching favorable settlements for his clients.

Christian also maintains an active pro bono practice. His wide-ranging pro bono work has included leading roles in matters involving a dependency hearing, excessive force litigation, immigration and asylum, and seeking compassionate release, and assisting in a personal restraint petition that was brought before the Washington Supreme Court.



## Trade Secret Tracker
The Latest Updates in Trade Secret Law
VISIT THE TRADE SECRET TRACKER BLOG

### RELATED EMPLOYMENT

- Perkins Coie, Seattle, WA, Summer Associate, 2015

### EXPERIENCE

**London Computer Sys., Inc. v. Zillow**
U.S. District Court for the Southern District of Ohio
After expedited discovery, defeated preliminary injunction motion in trademark infringement action involving RENTAL MANAGER trademark, resulting in settlement and dismissal.

### NEWS

06.22.2023

*Perkins Coie Secures $4.4M Arbitration Award for Bungie in "Cheat Code" Software Case*
Press Releases
Perkins Coie is pleased to announce that a firm litigation team has secured a significant arbitration award of $4.4 million for client Bungie Inc., against several defendants related to the distribution of "cheat code" software for Bungie's popular online game Destiny 2.

11.30.2022

*Perkins Coie Announces 2023 Counsel Promotions*
Press Releases
Perkins Coie is pleased to announce that 53 attorneys have been promoted to the firm's counsel position, effective January 1, 2023.

05.27.2021

*Perkins Coie Attorneys Mentioned in Reuters—Nintendo Wins Over $2 Million From Operator of Pirate Games Site*
General News
*Reuters*
Katherine Dugdale, William Rava, and Christian Marcelo were mentioned in "Nintendo Wins Over $2 Million From Operator of Pirate Games Site," an article in *Reuters*, regarding their representation of Nintendo in *Nintendo of America Inc. v. Storman*.

08.11.2020

*Perkins Coie Launches New Trade Secret Tracker Blog*
Press Releases
Perkins Coie has launched its latest blog, the Trade Secret Tracker. This legal blog will highlight and analyze the latest legal developments in trade secret litigation, including court rulings, legal news, and trade secret best practices for companies and their legal departments.

## PRESENTATIONS

03.03.2023

*INTA North America Roundtable–Annual Case Law Review*
Speaking Engagements
Event
International Trademark Association (INTA) / Portland, OR
INTA's North American Roundtables have returned for Annual Case Law Review sessions in various cities across the United States.

## TRADE SECRET TRACKER

**Legal Services Firm Ordered to Produce Confidential Documents to Competitor in Trade Secret Dispute**
In trade secret litigation between two competing legal services firms, the United States District Court for the District of Connecticut recently ordered the plaintiff to produce documents without the attorneys'-eyes-only designation that the plaintiff believed was necessary. The plaintiff, Huseby, LLC, alleges that its former employee, Lee Bailey, went to work for a competitor in… Continue Reading…

**Former Part Owner of Hemp Company Sues for Misappropriation of Hemp-Based Trade Secrets Allegedly Valued at $3.8M**
A former part owner of a failed venture sued the venture's former CEO, Paul Smith, alleging he misappropriated trade-secret hemp strains, selling them to a Canadian cannabis company for nearly $4 million. In its September 21, 2020 complaint, Big Wuf Enterprises, LLC and its principal, W. John Short, allege their former venture, YCG Holdings LLC,… Continue Reading…

**Law Firm Accuses Departing Associate of Taking Firm Trade Secrets to In-House Position with Firm Client**
On September 10, 2020, San Diego law firm Slate Law Group filed suit after a former associate left the firm to become in-house counsel for a firm client, ClickUp.  Slate alleged that attorney Derek Dahlin misappropriated Slate's trade secrets by providing ClickUp with confidential business information including Slate's contract templates and work product. According to… Continue Reading…

**The Northern District of California Reminds Everyone How Serious Spoliation Sanctions Can Be**
Alleged spoliation of evidence is unfortunately a somewhat common feature of many trade secret misappropriation cases. A recent district court order out of the Northern District of California, WeRide Corp. v. Kun Huang, highlighted just how serious the penalty for spoliation can be. No. 5:18-CV-07233-EJD, 2020 WL 1967209 (N.D. Cal. Apr. 24, 2020). In WeRide, the defendant… Continue Reading…

## AREAS OF FOCUS

**PRACTICES**

- Trade Secrets
- Trademark, Copyright, Internet & Advertising

**INDUSTRIES**

- Digital Media & Entertainment, Gaming & Sports

## BAR AND COURT ADMISSIONS

- Washington
- U.S. District Court for the Western District of Washington

## EDUCATION

- UCLA School of Law, J.D., 2016
- Washington State University, B.A., *magna cum laude*, 2013

---

© 2023 Perkins Coie LLP



# Professional Biography



## JACOB P. DINI  |  ASSOCIATE

SEATTLE
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
+1.206.359.3832
JDini@perkinscoie.com

Jacob Dini focuses his practice on intellectual property matters involving trademarks, trade dress, copyrights, and trade secrets. Jacob regularly litigates trademark and copyright infringement matters in federal court, particularly in federal courts in Washington and California. He also has experience handling and managing trademark and copyright enforcement programs, including Digital Millennium Copyright Act (DMCA) takedown requests and domain name claims before the Uniform Domain-Name Dispute-Resolution Policy (UDRP) arbitration panel. Jacob often represents clients in the gaming, technology, and retail industries in their intellectual property matters. He also has experience in general commercial litigation matters, including breach of contract disputes.

Maintaining an active pro bono practice, Jacob has assisted clients with their asylum matters, advocating for clients in both state and federal court.



## Trade Secret Tracker
The Latest Updates in Trade Secret Law

VISIT THE TRADE SECRET TRACKER BLOG

## RELATED EMPLOYMENT

- Perkins Coie LLP, Seattle, WA, Summer Associate, 2017

## EXPERIENCE

**Video Game Development Dispute**
U.S. District Court for the Central District of California
Represented large video game studio in development dispute with sub-licensee. Favorably settled.

**London Computer Sys., Inc. v. Zillow**
U.S. District Court for the Southern District of Ohio
After expedited discovery, defeated preliminary injunction motion in trademark infringement action involving RENTAL MANAGER trademark, resulting in settlement and dismissal.

**Riceland Foods, Inc. v. Wismettac Asian Foods, Inc.**
U.S. District Court for the Western District of Washington
Defense of trademark infringement action involving RICELAND trademark used with rice. Settled.

**Organic Aromas LLC v. Two Scents LLC**
U.S. District Court for the District of Idaho
Successful trademark infringement action involving ORGANIC AROMAS, NEBULIZING DIFFUSER, and RAINDROP trademarks used with oil diffusers. Settled.

**Allied Bioscience, Inc. v. Grossman**
U.S. District Court for the Western District of Washington
Successful defense of trade secret misappropriation and breach of fiduciary duty action. Settled.

## NEWS

06.22.2023

*Perkins Coie Secures $4.4M Arbitration Award for Bungie in "Cheat Code" Software Case*
Press Releases
Perkins Coie is pleased to announce that a firm litigation team has secured a significant arbitration award of $4.4 million for client Bungie Inc., against several defendants related to the distribution of "cheat code" software for Bungie's popular online game Destiny 2.

08.11.2020

*Perkins Coie Launches New Trade Secret Tracker Blog*
Press Releases
Perkins Coie has launched its latest blog, the Trade Secret Tracker. This legal blog will highlight and analyze the latest legal developments in trade secret litigation, including court rulings, legal news, and trade secret best practices for companies and their legal departments.

## PUBLICATIONS

09.01.2020

*Brand Sustainability: Practical Considerations for Creating IP Enforcement Programs*
Updates
In this final issue of the Summer Sustainability Series, we address important considerations in designing and implementing an enforcement program.

## AREAS OF FOCUS

### PRACTICES
- Intellectual Property Law
- Trademark, Copyright, Internet & Advertising
- Trade Secrets

### INDUSTRIES
- Digital Media & Entertainment, Gaming & Sports
- Interactive Entertainment
- Immersive Technology
- Sports

## BAR AND COURT ADMISSIONS
- Washington

## EDUCATION
- University of Washington School of Law, J.D., with high honors, Order of the Coif, Order of the Barristers, 2018, Executive Articles Editor, *Washington Law Review*
- Gonzaga University, B.S., Economics, *magna cum laude*, 2015

© 2023 Perkins Coie LLP