# EXHIBIT  2

**SUMMARY OF ATTORNEYS' FEES & COSTS SOUGHT BY PLAINTIFF BUNGIE, INC.**

| Tkpr Name | Title | Date | Description of Work | Billed Hrs Seeking Recovery | Billing Rate | Billed Amount Seeking Recovery |
|---|---|---|---|---|---|---|
| Marcelo, Christian W. | Counsel | 3/15/2023 | Prepare for deposition of D. Schaefer; | 1.0 | $785.00 | $785.00 |
| Marcelo, Christian W. | Counsel | 3/16/2023 | Prepare for deposition of D. Schaefer; | 2.2 | $785.00 | $1,727.00 |
| Rava, William C. | Partner | 3/17/2023 | Conference with team regarding **[Redacted]** and Schaeffer deposition preparations and **[Redacted]** (1.1) | 0.5 | $1,145.00 | $572.50 |
| Marcelo, Christian W. | Counsel | 3/17/2023 | Prepare for deposition of D. Schaefer; | 0.2 | $785.00 | $157.00 |
| Marcelo, Christian W. | Counsel | 3/19/2023 | Prepare for Phoenix Digital and Schaefer depositions; | 5.2 | $785.00 | $4,082.00 |
| Rava, William C. | Partner | 3/20/2023 | Conferences with team and client regarding Schaefer deposition preparations and planning; | 0.6 | $1,145.00 | $687.00 |
| Marcelo, Christian W. | Counsel | 3/20/2023 | Prepare for and conduct deposition of Phoenix Digital (8.6); video conference with J. Barker, W. Rava and J. Dini regarding deposition strategy and preparation (.5); | 9.1 | $785.00 | $7,143.50 |
| Dini, Jacob P. | Associate | 3/20/2023 | Videoconference with J. Barker, W. Rava, and C. Marcelo regarding strategy for deposition of D. Schaefer; | 0.5 | $670.00 | $335.00 |
| **Total  Attorney Fees Seeking Recovery** | | | | **19.3** | | **$15,489.00** |

| Vendor | Invoice No. | Job Date | Description of Cost | Cost Seeking Recovery |
|---|---|---|---|---|
| Litigation Services and Technologies of Nevada, LLC | 1610706 | 3/20/2023 | 30(b)(6) Deposition of Phoenix Digital Group LLC (witness: David Schaefer) | $1,289.25 |
| Litigation Services and Technologies of Nevada, LLC | 1611140 | 3/20/2023 | Videography Services for the 30(b)(6) Deposition of Phoenix Digital Group LLC (witness: David Schaefer) | $700.00 |
| **Total Costs Seeking Recovery** | | | | **$1,989.25** |

1201 Third Avenue, Suite 4900          Email: clientacct@perkinscoie.com

Seattle, Washington 98101             Accounting: 206.359.3143

Phone: 206.359.8000                   Fax: 206.359.9000

# PERKINSCOIE

Bungie, Inc.
Attn:  Don McGowan
EMAIL INVOICES TO: invoices@bungie.com
550 106th Avenue NE, Suite 207
Bellevue, WA 98004

| | |
|---|---|
| Invoice No. | 6794967 |
| Matter No. | ■■■■■ |
| Bill Date | April 10, 2023 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re:**  ■■■■■■■■■■■■■■■■■■■■■■■■

For Professional Services rendered through March 31, 2023

| | |
|---|---|
| Services | ■■■■■ |
| Less Reduction of Services | ■■■■■ |
| Total Services | ■■■■■ |
| **Total Invoice Amount** | ■■■■■ |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number. ■■■■■

**Please identify your payment with the following: Perkins Coie Account No** ■■■■ **and Invoice 6794967**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | **Bank:  US Bank** |
| **Attn: Client Accounting** | **1420 Fifth Avenue** |
| **PO Box 24643** | **Seattle, WA** |
| **Seattle, WA 98124-0643** | **ABA # 125000105** |
| | **Swift Code # US BK US 44I MT** |
| | **Account Name: Perkins Coie LLP** |
| | **Account Number:** ■■■■■ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6794967
Bungie, Inc.

**PERKINSCOIE**

## Professional Services through 03/31/2023



Invoice No. 6794967
Bungie, Inc.
████████████████████████



| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 03/15/2023 | C. Marcelo | Prepare for deposition of D. Schaefer; | 1.00 |

Invoice No. 6794967
Bungie, Inc.

**PerKINSCOIe**

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| | | ███████████████████ | |
| 03/16/2023 | C. Marcelo | Prepare for deposition of D. Schaefer; | 2.20 |
| ████ | ████ | ██████████████████ | ██ |
| ████ | ████ | ██████████ | ██ |
| 03/17/2023 | W. Rava | ████████████████████ conference with team regarding ████ and Schaeffer deposition preparations and ████████████ (1.1); | ██ |
| 03/17/2023 | C. Marcelo | █████████ prepare for deposition of D. Schaefer (.2); | ██ |
| ████ | ████ | ███████████████ | ██ |
| 03/19/2023 | C. Marcelo | Prepare for Phoenix Digital and Schaefer depositions (5.2); | 5.20 |
| 03/20/2023 | W. Rava | Conferences with team and client regarding Schaefer deposition preparations and planning (.6); | ██ |
| 03/20/2023 | C. Marcelo | Prepare for and conduct deposition of Phoenix Digital (8.6); video conference with J. Barker, W. Rava and J. Dini regarding deposition strategy and preparation (.5); | 9.10 |
| 03/20/2023 | J. Dini | Videoconference with J. Barker, W. Rava, and C. Marcelo regarding strategy for deposition of D. Schaefer (.5); ████████ | ██ |
| ████ | ████ | ████████████ | ██ |
| ████ | ████ | █████████████ | ██ |
| ████ | ██ | █████████████ | ██ |
| ████ | ██ | ██████████ | ██ |
| ████ | ████ | ██████████████ | ██ |
| ████ | ████ | ██████████████ | ██ |

Invoice No. 6794967
Bungie, Inc.

██████████████████████████████

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| | | ██ | |
| ████████ | ██████ | ███████████████████████████████ | ███ |
| | | ████ | |
| █████ | ████ | ██████████████ | ███ |
| ████████ | ███████ | ███████████████████████████████ | ███ |
| | | ███ | |
| ██████ | ██████ | ███████████████████████████████ | ███ |
| | | ███████████████ | |
| █████ | ██████ | █████████████████████████ | ███ |
| | | ██████████████ | |
| █████ | ███ | █████████████████████████████████ | ███ |
| | | ██████████████████ | |
| ████████ | ████ | █████████████████████████████████ | ███ |
| | | ████████████████████████ | |
| | | ████████████████████████████ | |
| | | ██████████████ | |
| ████████ | ██████ | ██████████████████████████████████ | ███ |
| | | ███ | |
| ████████ | ██████ | █████████████████████████████████ | ███ |
| | | ███████ | |
| █████ | ████ | █████████████████████████████████ | ███ |
| | | ████████████████████████████ | |
| | | █████████ | |
| ████████ | ██████ | ███████████████████████████████ | ███ |
| | | ███ | |
| ████████ | ████ | █████████████████████████████████ | ███ |
| | | ████████████████████████ | |
| ████████ | ██████ | ███████████████████████████ | ███ |

Invoice No. 6794967
Bungie, Inc.



| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|

Invoice No. 6794967
Bungie, Inc.
███████████████████████

**PERKINS COIE**

**Less Reduction of Services**
████████

**Total Services**
████████

## Summary of Services through 03/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| W. Rava | Partner | ████ | 1,145.00 | ████ |
| ████ | ████ | ████ | ████ | ████ |
| C. Marcelo | Associate | ████ | 785.00 | ████ |
| J. Dini | Associate | ████ | 670.00 | ████ |
| ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ |
| **Total Services** | | ████ | | ████ |

**Total Invoice Amount**
████████

## Billing History
(Including this invoice)

| | Fees | Costs | Charges | Total |
|---|---|---|---|---|
| Year to Date Totals | ████ | ████ | ████ | ████ |
| Inception to Date Totals | ████ | ████ | ████ | ████ |