# EXHIBIT 3

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1610706 | 3/28/2023 | 971984 |
| Job Date | Case No. | |
| 3/20/2023 | 2:21-cv-811-TSZ | |
| Case Name | | |
| Bungie, Inc. vs. Aimjunkies.com, et al. | | |
| Payment Terms | | |
| Net 30 | | |

**Central Court Reporting & Video**
**LIT Litigation SERVICES**
Discovery | Depositions | Trial

Christian W. Marcelo, Esq.
Perkins Coie, LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101

Original and One Certified Copy of the Expedited Video Deposition of:

| | | | | |
|---|---|---|---|---|
| *Phoenix Digital Group LLC pursuant to FRCP 30(b)(6) / David Schaefer | 129.00 Pages | @ | 4.750 | 612.75 |
| Standard - 6 Day Expedite | | | | 290.25 |
| Hourly - After 5:00 pm | 3.50 | @ | 90.000 | 315.00 |
| Exhibits - B&W | 25.00 Pages | @ | 0.550 | 13.75 |
| Exhibits - Color | 10.00 Pages | @ | 0.550 | 5.50 |
| Digital Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Shipping | 1.00 | @ | 17.000 | 17.00 |

**TOTAL DUE   >>>**    **$1,289.25**
AFTER 4/27/2023  PAY          $1,418.18

Location of Job   : Remote Appearance - CentextLIVE (ZOOM)

**6-Day Expedite**

The LIT Group 079F

Please note, disputes or refunds will not be honored or issued after 30 days

**Tax ID:** 27-5114755

Please detach bottom portion and return with payment.

Christian W. Marcelo, Esq.
Perkins Coie, LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101

Job No.      : 971984            BU ID         : WA-CR
Case No.     : 2:21-cv-811-TSZ
Case Name    : Bungie, Inc. vs. Aimjunkies.com, et al.

Invoice No.  : 1610706           Invoice Date  : 3/28/2023
**Total Due**    : **$1,289.25**
AFTER 4/27/2023  PAY  $1,418.18

Remit To:  **Litigation Services and Technologies of Nevada, LLC**
P.O. Box 103091
Pasadena, CA 91189-3091

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                        Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1611140 | 3/29/2023 | 971986 |
| Job Date | Case No. | |
| 3/20/2023 | 2:21-cv-811-TSZ | |
| Case Name | | |
| Bungie, Inc. vs. Aimjunkies.com, et al. | | |
| Payment Terms | | |
| Net 30 | | |

**Central Litigation Services**
Discovery | Depositions | Trial

William C. Rava, Esq.
Perkins Coie, LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101

Videography Services for the Deposition of:
   Phoenix Digital Group LLC  pursuant to FRCP 30(b)(6) / David Schaefer

| | | | | |
|---|---|---|---|---|
| Videography Services - Before 8:00am/After 5:00pm | 3.50 | @ | 125.000 | 437.50 |
| Video/Text Synchronization | 3.50 | @ | 75.000 | 262.50 |

**TOTAL DUE   >>>**                                                     **$700.00**
AFTER 4/28/2023  PAY                                                      $770.00

Location of Job    : Remote Appearance - CentextLIVE (ZOOM)

The LIT Group 079F

Please note, disputes or refunds will not be honored or issued after 30 days

**Tax ID:** 27-5114755

*Please detach bottom portion and return with payment.*

William C. Rava, Esq.
Perkins Coie, LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101

Job No.       : 971986           BU ID        : WA-VID
Case No.      : 2:21-cv-811-TSZ
Case Name     : Bungie, Inc. vs. Aimjunkies.com, et al.

Invoice No.   : 1611140          Invoice Date : 3/29/2023
**Total Due**     : **$700.00**

AFTER 4/28/2023  PAY  $770.00

Remit To: **Litigation Services and Technologies of Nevada, LLC**
**P.O. Box 103091**
**Pasadena, CA 91189-3091**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: