THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,<br><br>　　　　　　Defendants. | No. 2:21-cv-811-TSZ<br><br>**[PROPOSED] ORDER [GRANTING/DENYING] PLAINTIFF BUNGIE, INC.'S UNOPPOSED MOTION TO SEAL** |

THIS MATTER came before the Court for consideration on Plaintiff Bungie, Inc.'s ("Bungie") Unopposed Motion to Seal (the "Motion"). Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, it is hereby ORDERED as follows:

Bungie's Motion is _____. References to Exhibits E and F to the Declaration of Christian W. Marcelo in Support of Bungie's Motion for Discovery Sanctions and to Compel Discovery Responses that are made in Bungie's Supplemental Briefing in Support of Spoliation Sanctions Under Fed. R. Civ. P. 37(e) [may / may not] be filed under seal.

DATED this _____ day of _____, 2023.

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

162904712.1

Honorable Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/William C. Rava*
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:       WRava@perkinscoie.com
             CMarcelo@perkinscoie.com
             JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

162904712.1