THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC.,

    Plaintiff,

v.

AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,

    Defendants.

No. 2:21-cv-811-TSZ

**[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S MOTION FOR SPOLIATION SANCTIONS UNDER FED. R. CIV. P. 37(E)**

THIS MATTER came before the Court for hearing on Plaintiff Bungie, Inc.'s ("Bungie") Motion for Discovery Sanctions and to Compel Discovery Responses (Dkt. No. 100) and Bungie's Supplemental Briefing in Support of Spoliation Sanctions Under Fed. R. Civ. P. 37(e) (collectively, the "Motion"). Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, it is hereby ORDERED that Bungie's Motion is GRANTED, it is further:

ORDERED that Bungie is awarded monetary sanctions for Defendants' spoliation to the extent not duplicative of those sanctions imposed in Arbitrator Cox's Final Award (Dkt. No. 89-1);

ORDERED that Bungie shall submit a declaration accounting for the attorneys' fees and other costs expended in connection with Defendants' spoliation, including Bungie's attorneys' fees and costs incurred in investigating and litigating Defendants' spoliation;

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

162898049.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

ORDERED that, because Defendants deleted relevant evidence with an intent to deprive Bungie of its use of the spoliated evidence after they had a duty to preserve such evidence, an adverse inference is entered regarding the content of and reason for deleting the following:

1. financial documents and data related to the AimJunkies.com website that would have shown how many copies of Defendants' *Destiny 2* cheat software (the "Cheat Software") were sold;

2. records relating to the Cheat Software, the Cheat Software loader, and the AimJunkies.com Terms of Service from the AimJunkies.com website;

3. marketing and promotional materials relating to the Cheat Software, including those featuring images from Bungie's *Destiny 2* video game; and

4. the C, D, F, and H drives from Mr. May's computer, which he alleges Bungie accessed.

ORDERED that, because Defendants deleted relevant evidence with the intent to deprive Bungie of its use of the spoliated evidence after they had a duty to preserve such evidence, the following counterclaims are DISMISSED with prejudice:

1. Phoenix Digital Group LLC's First Amended Counterclaim for breach of contract; and

2. James May's First, Second, and Third Amended Counterclaims under the Computer Fraud and Abuse Act (18 U.S.C. §§ 1030(a)(4), 1030(a)(2)(C), and 1030(a)(5)(C)) and Fourth Amended Counterclaim under the Digital Millennium Copyright Act (17 U.S.C. § 1201(a)), to the extent those claims rely on Bungie's alleged access of any files on the C, D, F, and H drives from Mr. May's computer.

**IT IS SO ORDERED**

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 2

162898049.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED this _____ day of _____, 2023.

_____
Honorable Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ William C. Rava*
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:       WRava@perkinscoie.com
             CMarcelo@perkinscoie.com
             JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

162898049.1