THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

Notice is hereby given that Defendants Aimjunkies.com, Phoenix Digital Group LLC, Jeffrey Conway, David Schaefer, Jordan Green and James May hereby appeal to the United States Court of Appeals for the Ninth Circuit from the following District Court Orders:

| Docket | Date | Order |
|---|---|---|
| 97 | 3/23/2023 | Minute Order. |
| 140 | 6/13/2023 | Order confirming arbitration award. |
| 141 | 6/23/2023 | Partial Judgment By Court in a Civil Case by Clerk of Court Ravi Subramanian. |

Dated July 11, 2023.

*/s/ Philip P. Mann*

Notice of Appeal
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA 98110
Phone: 206.436.0900

|   |   |
|---|---|
| 1 | Philip P. Mann, WSBA No: 28860 |
| 2 | **Mann Law Group PLLC** |
|   | 403 Madison Ave. N. Ste. 240 |
| 3 | Bainbridge Island, Washington  98110 |
|   | Phone (206) 436-0900 |
| 4 | phil@mannlawgroup.com |
|   | Attorneys for Defendants |

Notice of Appeal
Cause No. 21-CV-0811-TSZ
Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Seattle, WA  98110
Phone:  206.436.0900