# EXHIBIT B

# Case No. 21-CV-0811-TSZ

(Motion to Substitute Expert Witness)

**Subject:** Bungie Inc v. Aimjunkies.com et al -- W.D. WA Case No. 2:21-cv-00811-TSZ -- Request for telephonic hearing pursuant to W.D.WA LR 26(i)
**From:** John Du Wors <John@newmanlaw.com>
**Date:** 6/6/23, 5:16 PM
**To:** "zillyorders@wawd.uscourts.gov" <zillyorders@wawd.uscourts.gov>, "tklichter@gmail.com" <tklichter@gmail.com>
**CC:** "Rava, William C. (SEA)" <WRava@perkinscoie.com>, "Dini, Jacob (SEA)" <JDini@perkinscoie.com>, "Marcelo, Christian W. (SEA)" <CMarcelo@perkinscoie.com>, Phil Mann <phil@mannlawgroup.com>, Chy Eaton <chy@newmanlaw.com>, Alexis Brewer <alexis@newmanlaw.com>

Dear Court/Court Clerk,

My name is John Du Wors. I and my law firm represent non-party subpoena-recipient Scott Kraemer in relation to the attached third-party subpoena, issued under the caption identified in the subject line of this email. We write to respectfully request an LR 26(i) telephonic conference with Judge Zilly's clerk in relation to a motion Mr. Kraemer may wish to bring regarding the attached subpoena. I have copied all counsel to the matter on this email.

Would Judge Zilly's clerk be available to convene a teleconference with all counsel to discuss this matter tomorrow at-or-after 2 pm? The Parties' counsel and I have agreed to convene a meet-and-confer on this issue tomorrow at 1:30 pm pacific. If we cannot resolve this matter through that meet-and-confer, I suspect it may be important to have all counsel speak with Judge Zilly's clerk tomorrow afternoon, as I understand this issue to be time-sensitive under the Court's current scheduling order.

Thank you very much for you attention to this matter.

Best regards,

John Du Wors

──── Attachments: ────

2023-05-31 Subpoena to S. Kraemer.pdf                                                         258 KB