# EXHIBIT C

## Case No. 21-CV-0811-TSZ

**(Motion to Substitute Expert Witness)**

RE: Bungie Inc v. Aimjunkies.com et al -- W.D. WA Case No. 2:21-cv-00811-TSZ -- Request for telephonic hearing pu...

Case 2:21-cv-00811-TSZ   Document 148-3   Filed 07/12/23   Page 2 of 2

**Subject:** RE: Bungie Inc v. Aimjunkies.com et al -- W.D. WA Case No. 2:21-cv-00811-TSZ -- Request for telephonic hearing pursuant to W.D.WA LR 26(i)
**From:** "Marcelo, Christian W. (SEA)" <CMarcelo@perkinscoie.com>
**Date:** 6/7/23, 9:18 AM
**To:** Tyler Lichter <Tyler_Lichter@wawd.uscourts.gov>, John Du Wors <John@newmanlaw.com>
**CC:** "Rava, William C. (SEA)" <WRava@perkinscoie.com>, "Dini, Jacob (SEA)" <JDini@perkinscoie.com>, Phil Mann <phil@mannlawgroup.com>, Chy Eaton <chy@newmanlaw.com>, Alexis Brewer <alexis@newmanlaw.com>

Mr. Lichter,

Plaintiff's counsel is not available at 2:30pm today. As the parties have yet to confer on the underlying matter or to even learn what the issue is—Mr. Du Wors contacted us yesterday afternoon for the first time—we'd ask that the teleconference be moved to tomorrow or Friday so that we have time to confer with our client before any teleconference with the Court.

Thank you,

**Christian Marcelo | Perkins Coie LLP**
D. +1.206.359.3315

---

**From:** Tyler Lichter <Tyler_Lichter@wawd.uscourts.gov>
**Sent:** Wednesday, June 7, 2023 8:11 AM
**To:** John Du Wors <John@newmanlaw.com>
**Cc:** Rava, William C. (SEA) <WRava@perkinscoie.com>; Dini, Jacob (SEA) <JDini@perkinscoie.com>; Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>; Phil Mann <phil@mannlawgroup.com>; Chy Eaton <chy@newmanlaw.com>; Alexis Brewer <alexis@newmanlaw.com>
**Subject:** RE: Bungie Inc v. Aimjunkies.com et al -- W.D. WA Case No. 2:21-cv-00811-TSZ -- Request for telephonic hearing pursuant to W.D.WA LR 26(i)

Mr. Du Wors,

For clarification, do you wish to bring a telephonic motion pursuant to LCR 7(i)?

I am available today, June 7, 2023, at **2:30 p.m. PT** for a short teleconference to learn about the nature of the dispute. Judge Zilly might be available for a teleconference later this week if necessary.  Please see below for dial-in information and let me know if the parties resolve the matter.

Best,

Tyler Lichter
Law Clerk to Hon. Thomas S. Zilly


**Dial-In Information:**

**Conference Bridge Number (888-273-3658)**
**Access Code (9930491#)**

**From:** John Du Wors <John@newmanlaw.com>