# EXHIBIT L

## Case No. 21-CV-0811-TSZ

**(Motion to Substitute Expert Witness)**

**Subject:** Bungie v. Aimjunkies et al. (2:21-cv-811-TSZ) -- withdrawal of Kraemer as expert?
**From:** "Rava, William C. (SEA)" <WRava@perkinscoie.com>
**Date:** 7/6/23, 11:15 AM
**To:** Phil Mann <phil@mannlawgroup.com>, John Du Wors <John@newmanlaw.com>
**CC:** "Marcelo, Christian W. (SEA)" <CMarcelo@perkinscoie.com>, "Dini, Jacob (SEA)" <JDini@perkinscoie.com>, "Carter, Tim (PAO)" <TCarter@perkinscoie.com>

Phil and John,

Honeywell hired counsel at Adams and Reese regarding the document subpoena who just informed me that they understand that "Mr. Kraemer will no longer be serving as an expert witness."

Do you still intend to offer Mr. Kraemer as an expert witness in this matter?

Will

**William Rava | Perkins Coie LLP**
PARTNER
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.6338
F. +1.206.359.7338
E. WRava@perkinscoie.com

---

**From:** Phil Mann <phil@mannlawgroup.com>
**Sent:** Monday, June 12, 2023 6:06 PM
**To:** Rava, William C. (SEA) <WRava@perkinscoie.com>; Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>; Dini, Jacob (SEA) <JDini@perkinscoie.com>
**Cc:** John Du Wors <John@newmanlaw.com>
**Subject:** Bungie v. Aimjunkies et al. (2:21-cv-811-TSZ)


Dear Counsel,

Attached for service on you is the Expert Report of Scott A. Kraemer.

Very truly yours,

*Philip P. Mann*

**Mann Law Group PLLC**
403 Madison Ave. N, Ste. 240
Bainbridge Island, WA 98110
206-436-0900
www.mannlawgroup.com