# EXHIBIT M

## Case No. 21-CV-0811-TSZ

**(Motion to Substitute Expert Witness)**

**Subject:** Bungie v. Aimjunkies/Phoenix Digital, et al (2:21-cv-811-TSZ)
**From:** John Du Wors <John@newmanlaw.com>
**Date:** 7/7/23, 12:10 PM
**To:** "Rava, William C. (SEA)" <WRava@perkinscoie.com>, "Dini, Jacob (SEA)" <JDini@perkinscoie.com>, Phil Mann <phil@mannlawgroup.com>
**CC:** "christoper.joseph@arlaw.com" <christoper.joseph@arlaw.com>, "darryl.wilson@honeywell.com" <darryl.wilson@honeywell.com>, "scott@scottkraemer.com" <scott@scottkraemer.com>

Dear Mr. Rava, Mr. Dini and Mr. Mann,

I write to report on Scott Kraemer's behalf that he is withdrawing as expert witness for the Defendants in the above-styled matter. Mr. Kraemer will have no further participation in this lawsuit.

Thank you and best regards,

John Du Wors