# EXHIBIT N

## Case No. 21-CV-0811-TSZ

**(Motion to Substitute Expert Witness)**

**Subject:** RE: Bungie v. Aimjunkies/Phoenix Digital, et al (2:21-cv-811-TSZ)
**From:** "Rava, William C. (SEA)" <WRava@perkinscoie.com>
**Date:** 7/7/23, 12:33 PM
**To:** John Du Wors <John@newmanlaw.com>, "Dini, Jacob (SEA)" <JDini@perkinscoie.com>, Phil Mann <phil@mannlawgroup.com>
**CC:** Christopher Joseph <christopher.joseph@arlaw.com>, "darryl.wilson@honeywell.com" <darryl.wilson@honeywell.com>, "Carter, Tim (PAO)" <TCarter@perkinscoie.com>

Thank you, Mr. Du Wors. [And removing Mr. Kraemer, to avoid any concerns in that regard.]

Messrs. Joseph and Wilson, based on this report, Honeywell can consider the subpoena withdrawn.

Messrs. Du Wors and Mann, pursuant to the Protective Order governing information and documents in this case, which Mr. Kraemer acknowledged reviewing and signing, please ensure and confirm that Mr. Kraemer permanently deletes all CONFIDENTIAL and AEO designated materials that he may have reviewed or had access to.

Will

**William Rava | Perkins Coie LLP**
**PARTNER**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.6338
F. +1.206.359.7338
E. WRava@perkinscoie.com

---

**From:** John Du Wors <John@newmanlaw.com>
**Sent:** Friday, July 07, 2023 12:11 PM
**To:** Rava, William C. (SEA) <WRava@perkinscoie.com>; Dini, Jacob (SEA) <JDini@perkinscoie.com>; Phil Mann <phil@mannlawgroup.com>
**Cc:** christoper.joseph@arlaw.com; darryl.wilson@honeywell.com; scott@scottkraemer.com
**Subject:** Bungie v. Aimjunkies/Phoenix Digital, et al (2:21-cv-811-TSZ)

Dear Mr. Rava, Mr. Dini and Mr. Mann,

I write to report on Scott Kraemer's behalf that he is withdrawing as expert witness for the Defendants in the above-styled matter. Mr. Kraemer will have no further participation in this lawsuit.

Thank you and best regards,

John Du Wors

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.