THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation, | Cause No. 2:21-cv-811 TSZ |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SUBSTITUTE EXPERT WITNESS** |
| v. | |
| AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual, | **Note on Motion Calendar: July 21, 2023** |
| Defendants. | |

This Court, having received and reviewed Defendants' Motion To Substitute Expert Witness:

IT IS HEREBY ORDERED that Defendants' Motion is Granted:

Mr. Brad LaPorte is substituted for Mr. Scott Kreaemer as Defendants' testifying expert in this matter.

Dated this __ day of July, 2023.

_____
Hon. Thomas S. Zilly

Presented by:

MANN LAW GROUP PLLC

Attorneys for Defendants

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900

By:

*/Philip P. Mann* _____

Philip P. Mann, WSBA # 28860
Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
(206) 436-0900
phil@mannlawgroup.com

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ

Page 2

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900