THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC.,

    Plaintiff,

v.

AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,

    Defendants.

No. 2:21-cv-811-TSZ

**[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S UNOPPOSED MOTION TO SEAL**

    THIS MATTER came before the Court for consideration on Plaintiff Bungie, Inc.'s ("Bungie") Unopposed Motion to Seal (the "Motion"). Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, it is hereby ORDERED as follows:

    Bungie's Motion is GRANTED. Exhibits 7-12, 18, 25, 26, and 36 to the Declaration of William C. Rava in Support of Bungie's Motion for Summary Judgment, Exhibit 2 to the Declaration of Edward Kaiser in Support of Bungie's Motion for Summary Judgment, and the accompanying references to these exhibits and information in Bungie's Motion for Summary Judgment may be filed under seal.

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

162979091.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this _____ day of _____, 2023.

```
                                        _____
                                        Honorable Thomas S. Zilly
                                        UNITED STATES DISTRICT JUDGE
```

Presented by:

*/s/William C. Rava*
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:    WRava@perkinscoie.com
          CMarcelo@perkinscoie.com
          JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

162979091.1