THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC.,

        Plaintiff,

v.

AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,

        Defendants.

No. 2:21-cv-811-TSZ

**[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S MOTION FOR SUMMARY JUDGMENT**

THIS MATTER came before the Court for hearing on Plaintiff Bungie, Inc.'s ("Bungie") Motion for Summary Judgment ("Motion"). Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, it is hereby ORDERED that Bungie's Motion is GRANTED. It is further:

ORDERED that judgment is entered in favor of Bungie and against Defendants AimJunkies.com, Phoenix Digital Group LLC, David Schaefer, Jordan Green, Jeffrey Conway, and James May (collectively "Defendants") on Bungie's first cause of action for copyright infringement, 17 U.S.C. § 501, *et seq.*, of Bungie's software code and audiovisual copyrights in *Destiny 2* (Reg. Nos. TX 8-933-658 and PA 2-282-670) and *Destiny 2: Beyond Light* (Reg. Nos. TX 8-933-658 and PA 2-280-030);

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

163007207.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

ORDERED that judgment is entered in favor of Bungie and against Defendants AimJunkies.com, Phoenix Digital Group LLC, David Schaefer, Jordan Green, and Jeffrey Conway on Bungie's second cause of action for trademark infringement, 15 U.S.C. § 1114;

ORDERED that Bungie is awarded statutory damages of $300,000 against all Defendants, jointly and severally, pursuant to 17 U.S.C. § 504(c) for their willful infringement of Bungie's registered copyrights in *Destiny 2: Beyond Light* (Reg. Nos. TX 8-933-658 and PA 2-280-030);

ORDERED that Bungie is awarded statutory damages of $300,000 against Defendants AimJunkies.com, Phoenix Digital Group LLC, David Schaefer, Jordan Green, and Jeffrey Conway, jointly and severally, pursuant to 15 U.S.C. § 1117(c) for their willful infringement of Bungie's registered DESTINY (& design) mark (U.S. Reg. No. 4,321,315);

ORDERED that Bungie is awarded its attorneys' fees and costs as the prevailing party pursuant to 17 U.S.C. § 505 and because this is an exceptional case pursuant to 15 U.S.C. § 1117(a), and that, within 21 days of this order, Bungie shall submit a declaration accounting for its attorneys' fees and costs expended in connection with this case; and

ORDERED that Bungie's request for a permanent injunction against Defendants is GRANTED in the form issued herewith.

**IT IS SO ORDERED**

DATED this _____ day of _____, 2023.

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 2

163007207.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Honorable Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ William C. Rava
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:        WRava@perkinscoie.com
                   CMarcelo@perkinscoie.com
                   JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 3

163007207.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000