THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; AND JAMES MAY,<br><br>　　　　　Defendants. | No. 2:21-cv-811-TSZ<br><br>DECLARATION OF EDWARD KAISER IN SUPPORT OF PLAINTIFF BUNGIE, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>EXHIBIT 2<br>FILED UNDER SEAL |

I, Edward Kaiser, declare as follows:

1. I am an Engineering Lead for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Plaintiff Bungie, Inc.'s Motion for Summary Judgment. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. I earned a Bachelor of Applied Science in Computer Engineering from the University of Waterloo in 2003. In 2010, I graduated from Portland State University with a Ph.D. in Computer Science, Network Security.

3. I have been employed by Bungie since October 2010. From October 2010 through September 2011, I was an Associate Engineer, working on preproduction of the video game *Destiny*. I was then promoted to Engineer at Bungie, a position that I held for over four years. As

KAISER DECL. ISO BUNGIE'S MOT. FOR
SUMMARY JUDGMENT
(No. 2:21-cv-811-TSZ) – 1

162100978.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

an Engineer, I worked on the video game *Destiny* as part of the Matchmaking team. My responsibilities at that time included designing and implementing core game systems for both *Destiny* and *Destiny 2*. In October 2015, I was again promoted to Senior Engineer, during which time my responsibilities included working on research and development for future versions of *Destiny* and *Destiny 2*, collaborating with designers and other engineers to develop feature specifications, and working with other engineers to overhaul and modernize the *Destiny* and *Destiny 2* game engines, i.e., the software that supports gameplay, networking, and display, among other functions.

4. I became an Engineering Lead at Bungie in June 2018. In this role, I led the *Destiny* games-as-a-service Vanguard Engineering team. I was responsible for the technical aspects of shipping major releases quarterly, and frequent (sometimes weekly) hotfixes in between major releases. I built technical plans, evaluated technical and design risks, and ensured new game experiences fit within memory and perf budgets.

5. Since October 2021, I have led the Product Security Team within the Central Technology group. I am responsible for the technical aspects of software security for all Bungie products. I manage a team of senior engineers and security analysts. I review technical plans, evaluate technical risks, and ensure that Bungie products are as secure as possible.

6. *Destiny 2* is a video game that was released in September 2017, that is now a free-to-play game with paid expansions, continually refreshed downloadable content ("DLC"), and an estimated player base of over 30 million players. Among other DLC, one of Bungie's recent expansions is *Destiny 2: Beyond Light*, released on November 10, 2020.[1]

7. I am intimately familiar with the *Destiny* and *Destiny 2* game engines, including the software code on which they are based, having developed and improved core systems since *Destiny* preproduction in October 2011. Specifically, I have written and helped develop code for

---

[1] For ease of reference, *Destiny 2* and *Destiny 2: Beyond Light* are collectively referred to hereafter as "*Destiny 2*".

KAISER DECL. ISO BUNGIE'S MOT. FOR
SUMMARY JUDGMENT
(No. 2:21-cv-811-TSZ) –2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

162100978.2

1  networking that directly interacts with player inputs, and player and combatant positioning data
2  structures.

3        8.     I also have substantial experience identifying, investigating, and implementing
4  fixes to stop cheaters and other bad actors in *Destiny 2*. Cheat software is computer code that
5  copies, modifies, and/or interacts with a game engine, such as the engine for *Destiny 2*, in order to
6  enable the user of the cheat software to perform certain actions or see certain information within
7  *Destiny 2* that non-cheating players cannot do or see. For example, cheat software may enable a
8  cheat user to see non-cheating players through solid walls, to automatically aim their weapon at a
9  non-cheating player without requiring any input by the cheat user, or to modify the cheat user's
10 character or weapon attributes.

11       9.     My experience identifying, investigating, and implementing fixes to stop cheaters
12 includes my Ph.D thesis, which incorporated novel techniques for identifying cheaters and
13 proportionally limiting their access based on the scale of their negative impact within the game,
14 advising on various security features within the *Destiny 2* game engine including special
15 networking to prevent Distributed-Denial-of-Service attacks on players as well as matchmaking
16 and game designs to mitigate some of the impact of cheaters on non-cheating players, and
17 investigations into *Destiny 2* cheat software and those who develop it.

18      10.    I am familiar with the cheat software sold by Defendants AimJunkies.com, Phoenix
19 Digital Group LLC, David Schaefer, and James May (collectively, "Defendants") through the
20 website AimJunkies.com (hereafter, the "Cheat Software"). I first learned of the Cheat Software
21 on October 13, 2021 as I took over leadership of the Product Security team and was debriefed on
22 the status of a number of ongoing investigations. Bungie routinely collects information about
23 cheat activity detected in *Destiny 2*, including information about the hardware, account, and IP
24 addresses used to access the software; and collects reports from impacted non-cheating players.
25 In the case of AimJunkies, having identified a large volume of cheating activity, Bungie purchased
26

KAISER DECL. ISO BUNGIE'S MOT. FOR
SUMMARY JUDGMENT
(No. 2:21-cv-811-TSZ) –3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

162100978.2

access to the Cheat Software. The team operated the cheat software to verify its features. I have reviewed and understand this analysis, which I describe in detail below.

11. I am also familiar with the operation of the "Cheat Loader" that has been distributed through AimJunkies.com and that provides access to and works in tandem with the Cheat Software to perform the Cheat Software's functions.

12. The Cheat Software purports to include a feature titled Extra-Sensory Perception ("ESP"), which allows users of the Cheat Software to see the location of other *Destiny 2* players and non-player characters, including through solid walls, by displaying a distinct box around the other players, displaying the players' names, and their distance from the cheat user. In order to show the cheat users the location of players in *Destiny 2*, the Cheat Software needs to (a) ascertain the location of other players and (b) display the relevant information to the cheat user. Both of these actions require copying and modifying Bungie's software code in *Destiny 2*.

13. One part of Bungie's software code for *Destiny 2* consists of data structures that correspond to certain attributes of *Destiny 2*, including, for example, player positioning (i.e., where each *Destiny 2* player and non-player character is located in *Destiny 2* at any given moment). The data structures provide a precise layout for individual pieces of data stored and organized in a computer's memory so that the video game functions as intended when running on the players' computers. For example, the player positioning data tells the software where a player is located within the world of *Destiny 2*, including the player's position, movement, and facing.

14. Another part of Bungie's software code for *Destiny 2* consists of data structures and functions dedicated to *Destiny 2*'s rendering, which determines what each player sees from their character's perspective and where the player is aiming their character's weapon while playing *Destiny 2*.

15. To enable the Cheat Software's ESP feature, the Defendants needed to copy the data structures associated with player positioning in *Destiny 2* to ascertain the location of other characters, and reverse engineer the software code for *Destiny 2*'s rendering functions to modify

KAISER DECL. ISO BUNGIE'S MOT. FOR
SUMMARY JUDGMENT
(No. 2:21-cv-811-TSZ) –4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

162100978.2

what is displayed. Defendants then had to incorporate cheat software derived from copied *Destiny 2* code into every copy of the Cheat Software that they sold or distributed.

16. To use the Cheat Software, the cheat user runs an authentic copy of *Destiny 2* on their computer while also running a copy of the Cheat Software. In order for the Cheat Software features to work while playing *Destiny 2*, the Cheat Software injects into (i.e., runs its software code inside) the *Destiny 2* engine. The Cheat Software is injected by the "Cheat Loader" component of the Cheat Software. The injected code extracts information to which the cheat user does not ordinarily have access from the player positioning data structures and then manipulates the rendering data structures and calls the camera and display functions (that are ordinarily only called by other game functions within authentic copy of *Destiny 2*) to create the modified *Destiny 2* that displays boxes and player information around other characters.

17. The Cheat Software includes another feature titled "AIMBOT," which allows Cheat Software users to aim their weapons automatically and accurately at other *Destiny 2* player and non-player characters with little to no input (i.e., movement of the mouse and/or controller joystick) by the cheat users.

18. As with the ESP feature, the AIMBOT feature of the Cheat Software could only function in *Destiny 2* if Defendants copied the *Destiny 2* software code that corresponds to the data structures for player positioning (i.e., which includes where the player is aiming their weapon), and/or reverse engineered the *Destiny 2* software code that calculates the angle deltas for mouse movements (i.e., software code used to calculate how far the weapon cursor moves in *Destiny 2* in response to inputs). Defendants then incorporated cheat software derived from copied *Destiny 2* code into every copy of Defendants' Cheat Software that they sold or distributed.

19. In order for the Cheat Software to call the necessary functions within *Destiny 2* to enable Cheat Software users to automatically aim at other players, the Cheat Software must inject code into the authentic copy of *Destiny 2* on the users' computers. The injected code modifies the player input data structures and calls functions in *Destiny 2* to automatically aim at other players.

KAISER DECL. ISO BUNGIE'S MOT. FOR
SUMMARY JUDGMENT
(No. 2:21-cv-811-TSZ) –5

162100978.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

20.     The Cheat Software includes another feature known as "One Position Kill" ("OPK"), similar to another feature referred to as "teleport to crosshair," which allows Cheat Software users to cause other players and characters to either respawn at or move (teleport) to a single position so that they may all be damaged by area-of-effect abilities at once, accelerating the rate at which cheat users accumulate rewards and accolades. In other words, the OPK cheat feature automatically teleports characters to a position advantageous to the cheat user, something that is not permitted in the normal operation of *Destiny 2*. The OPK feature does not change the victim's display, so that they are often unaware of exactly how they have been victimized.

21.     As with the ESP feature, the OPK feature of the Cheat Software could only function in *Destiny 2* if Defendants copied the *Destiny 2* software code that corresponds to the data structures for player and combatant positioning. Defendants would then have had to incorporate cheat software derived from copied *Destiny 2* code into every copy of Defendants' Cheat Software that they sold or distributed.

22.     In order for the Cheat Software to call the necessary functions and manipulate the character positions to enable Cheat Software users to teleport other characters to one position, the Cheat Software must inject code into the authentic copy of *Destiny 2* on the cheat users' computers. The injected code modifies the player input data structures and calls functions in *Destiny 2* to teleport the other characters.

23.     Bungie periodically modifies or updates the *Destiny 2* software code when new DLC is released or to fix known errors or bugs in the software code. These modifications or updates frequently include changes to the software code associated with the player positioning data structures, the rendering code, and other relevant data structures. If an update to the *Destiny 2* software code included updates to any code that the Cheat Software copies and/or modifies in order to provide its features, Defendants would need to update the Cheat Software to correspond with the changes to the *Destiny 2* software code. This would necessarily entail creating new copies

KAISER DECL. ISO BUNGIE'S MOT. FOR
SUMMARY JUDGMENT
(No. 2:21-cv-811-TSZ) –6

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

162100978.2

of the updated *Destiny 2* data structures and software code, and incorporating those new copies into Defendants' updated Cheat Software.

24. Through at least December 2020, Bungie received over 6,000 reports from non-cheating *Destiny 2* players that other *Destiny 2* players were using the Cheat Software to obtain unfair advantages over non-cheating players. Based on these reports, Bungie has been able to identify 99 users of the Cheat Software and has banned those users from *Destiny 2*. Attached hereto as **Exhibit 1** is a true and correct copy of a spreadsheet generated from Bungie's reporting database aggregating over 6,000 reports from players about cheaters caught using AimJunkies software. Bungie has spent hundreds of thousands of dollars combatting cheaters and cheat developers such as Defendants in order to protect its player base.

25. Attached hereto as **Exhibit 2** is a true and correct copy of a spreadsheet that is an export of data from Bungie's database corresponding to the bans of all account that have been identified as associated with Defendant James May. This document was produced bearing Bates number BUNGIE_WDWA_0000409. Column 2 describes the reason why May was banned, and Column 3 identifies evidence supporting the reason why May was banned, including the file paths and MD5 hashes associated with files that May attempted to connect to *Destiny 2* and/or that were running on the machine at the same time that *Destiny 2* was operating, which were detected by the *Destiny 2* process that obtains metadata (e.g., file headers containing file path information) from files that connect to or are running while *Destiny 2* was operating. Among other things, this spreadsheet shows at least 102 instances in which May attempted to reverse engineer *Destiny 2* and circumvent Bungie's technological protection measures against such reverse engineering.

26. An MD5 hash is an industry standard cryptographic method for verifying the integrity of bits of data in question. As relevant here, it is a string of numbers and letters that serves as a unique identifier of a particular file.

KAISER DECL. ISO BUNGIE'S MOT. FOR
SUMMARY JUDGMENT
(No. 2:21-cv-811-TSZ) –7

162100978.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

27. Attached hereto as **Exhibit 3** is a true and correct screenshot from *Destiny 2* without the Cheat Software operating. This document was produced bearing Bates number BUNGIE_WDWA_0000326.

28. Bungie used the Cheat Software once to conclude that the various features of the Cheat Software were functional. After its first use, the Cheat Software stopped working and Bungie was unable to relaunch it. Bungie has never had a copy of the Cheat Software on a machine capable of analyzing it.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20 day of July, 2023.

Edward Kaiser

KAISER DECL. ISO BUNGIE'S MOT. FOR
SUMMARY JUDGMENT
(No. 2:21-cv-811-TSZ) –8

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

162100978.2

# EXHIBIT 1

| Column1 | Column2 | Column3 | Column4 | Column5 | Column6 | Column7 |
|---|---|---|---|---|---|---|
| AccountId | Description | Evidence | DateInfractionDetected | DateInfractionOccurred | EvidenceHash | IPAddress |
| 4611686018489747288 | Reverse Engineering Tool Attached | c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3) | 2019-10-02 23:44:11.937 | 2019-10-02 23:37:10.013 | NULL | 174.97.110.18 |
| 4611686018492287262 | Reverse Engineering Tool Attached | c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3) | 2019-10-16 12:22:11.800 | 2019-10-14 20:21:02.553 | NULL | 174.97.110.18 |
| 4611686018492533333 | Reverse Engineering Tool Attached | c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3) | 2019-10-16 21:42:29.103 | 2019-10-16 16:32:09.140 | NULL | 174.97.110.18 |
| 4611686018492633712 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-10-17 19:48:17.493 | 2019-10-17 19:48:17.427 | NULL | 174.97.110.18 |
| 4611686018492641557 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-10-17 21:48:19.567 | 2019-10-17 21:48:19.520 | NULL | 174.97.110.18 |
| 4611686018492641557 | Reverse Engineering Tool Attached | c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3) | 2019-10-17 21:49:28.757 | 2019-10-17 21:30:56.767 | NULL | 174.97.110.18 |
| 4611686018492887002 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-10-20 02:56:35.483 | 2019-10-20 02:56:35.423 | NULL | 174.97.110.18 |
| 4611686018492887002 | Reverse Engineering Tool Attached | c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3) | 2019-10-20 03:00:07.350 | 2019-10-20 02:41:13.607 | NULL | 174.97.110.18 |
| 4611686018492957059 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-10-20 16:09:29.003 | 2019-10-20 16:09:28.943 | NULL | 174.97.110.18 |
| 4611686018493059627 | Reverse Engineering Tool Attached | c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3) | 2019-10-21 19:04:54.133 | 2019-10-21 17:52:34.837 | NULL | 174.97.110.18 |
| 4611686018493077722 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-10-21 22:22:19.980 | 2019-10-21 22:22:19.923 | NULL | 174.97.110.18 |
| 4611686018493084226 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-10-21 23:39:58.117 | 2019-10-21 23:39:58.070 | NULL | 174.97.110.18 |
| 4611686018493089147 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-10-22 00:59:36.877 | 2019-10-22 00:59:36.667 | NULL | 174.97.110.18 |
| 4611686018493089147 | Reverse Engineering Tool Attached | c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3) | 2019-10-22 01:00:44.603 | 2019-10-22 00:57:00.783 | NULL | 174.97.110.18 |
| 4611686018493137319 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-10-22 20:44:47.643 | 2019-10-22 20:44:47.570 | NULL | 174.97.110.18 |
| 4611686018493137319 | Reverse Engineering Tool Attached | c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3) | 2019-10-22 21:04:42.607 | 2019-10-22 21:03:37.427 | NULL | 174.97.110.18 |
| 4611686018493168821 | Reverse Engineering Tool Attached | c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3) | 2019-10-23 02:02:06.590 | 2019-10-23 01:22:40.183 | NULL | 174.97.110.18 |
| 4611686018493223399 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-10-28 18:14:34.183 | 2019-10-28 18:14:33.950 | NULL | 174.97.110.18 |
| 4611686018493659725 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-10-28 21:54:35.040 | 2019-10-28 21:54:34.970 | NULL | 174.97.110.18 |
| 4611686018493717398 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-10-29 20:55:25.653 | 2019-10-29 20:55:25.580 | NULL | 174.97.110.18 |
| 4611686018493729046 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-10-30 17:15:44.713 | 2019-10-30 17:15:44.583 | NULL | 174.97.110.18 |
| 4611686018496674221 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-10 22:15:23.623 | 2019-12-10 22:14:52.953 | NULL | 174.97.110.18 |
| 4611686018496674221 | Reverse Engineering Tool Attached | c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3) | 2019-12-10 22:16:09.613 | 2019-12-10 21:57:13.673 | NULL | 174.97.110.18 |
| 4611686018496692792 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-11 04:15:15.267 | 2019-12-11 03:57:25.127 | NULL | 174.97.110.18 |
| 4611686018496756613 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-12 17:03:11.263 | 2019-12-12 17:02:35.917 | NULL | 174.97.110.18 |
| 4611686018496759033 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-12 18:22:46.190 | 2019-12-12 18:15:37.820 | NULL | 174.97.110.18 |
| 4611686018496766601 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-12 21:42:51.693 | 2019-12-12 21:32:50.903 | NULL | 174.97.110.18 |
| 4611686018496769019 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-12 22:42:50.537 | 2019-12-12 22:41:15.953 | NULL | 174.97.110.18 |
| 4611686018496775818 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-13 01:42:49.917 | 2019-12-13 01:26:17.977 | NULL | 174.97.110.18 |
| 4611686018496775818 | Reverse Engineering Tool Attached | g:\work files\reclass\x64\renamedreclass.exe (360B1FE16603C1106CD8DEF992846B1B) | 2019-12-13 01:43:49.417 | 2019-12-13 01:33:57.580 | NULL | 174.97.110.18 |
| 4611686018496777696 | Reverse Engineering Tool Attached | g:\work files\reclass\x64\renamedreclass.exe (360B1FE16603C1106CD8DEF992846B1B) | 2019-12-13 17:43:28.150 | 2019-12-13 17:40:11.400 | NULL | 174.97.110.18 |
| 4611686018496777696 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-13 19:02:47.807 | 2019-12-13 19:00:15.267 | NULL | 174.97.110.18 |
| 4611686018496811247 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-13 20:02:55.677 | 2019-12-13 19:54:31.650 | NULL | 174.97.110.18 |
| 4611686018496816978 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-13 22:02:48.560 | 2019-12-13 21:58:37.170 | NULL | 174.97.110.18 |
| 4611686018496862882 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-15 19:03:13.757 | 2019-12-15 18:49:25.353 | NULL | 174.97.110.18 |
| 4611686018496946496 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-15 20:43:09.617 | 2019-12-15 20:23:13.113 | NULL | 174.97.110.18 |
| 4611686018496950450 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-15 23:22:57.583 | 2019-12-15 23:18:24.607 | NULL | 174.97.110.18 |
| 4611686018496957418 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-16 00:42:59.443 | 2019-12-16 00:40:28.607 | NULL | 174.97.110.18 |
| 4611686018496960184 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-16 19:42:58.557 | 2019-12-16 19:41:45.220 | NULL | 174.97.110.18 |
| 4611686018496994114 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-16 21:03:04.000 | 2019-12-16 21:00:12.850 | NULL | 174.97.110.18 |
| 4611686018496997497 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-16 22:43:00.293 | 2019-12-16 22:38:17.347 | NULL | 174.97.110.18 |
| 4611686018497000009 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-16 23:42:54.323 | 2019-12-16 23:37:02.397 | NULL | 174.97.110.18 |
| 4611686018497003700 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-17 01:02:54.590 | 2019-12-17 00:59:35.603 | NULL | 174.97.110.18 |
| 4611686018497007001 | GameCheats.AimJunkies binary found | \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) \??\c:\anobx14.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2020-01-03 23:24:01.700 | 2019-12-17 02:37:28.413 | GameCheats.AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| 4611686018497030021 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-17 18:22:52.537 | 2019-12-17 18:17:29.427 | NULL | 174.97.110.18 |
| 4611686018497039107 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-17 22:23:15.980 | 2019-12-17 22:06:44.493 | NULL | 174.97.110.18 |
| 4611686018497067752 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-18 17:02:59.437 | 2019-12-18 16:57:51.760 | NULL | 174.97.110.18 |
| 4611686018497071115 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-18 18:23:16.457 | 2019-12-18 18:06:01.643 | NULL | 174.97.110.18 |
| 4611686018497074765 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-18 21:03:20.287 | 2019-12-18 20:46:09.050 | NULL | 174.97.110.18 |
| 4611686018497078336 | Played on soft banned device | Swifty's Reverse Engineering Machine (rule 19) | 2019-12-19 15:23:17.483 | 2019-12-19 15:08:53.197 | NULL | 174.97.110.18 |
| 4611686018498080495 | GameCheats.AimJunkies binary found | \??\c:\9w3x5pps7bsvyi.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2020-01-04 18:24:19.933 | 2020-01-04 18:12:54.867 | GameCheats.AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 174.97.110.18 |
| 4611686018498083507 | Ban Evasion | Sw1fty dev | 2020-01-06 00:00:00.000 | 2020-01-06 00:00:00.000 | NULL | NULL |
| 4611686018498187281 | Ban Evasion | Alt of 4611686018498083507 | 2020-01-06 00:00:00.000 | 2020-01-06 00:00:00.000 | NULL | NULL |
| 4611686018498189735 | Ban Evasion | Sw1fty Dev Box | 2020-01-06 00:00:00.000 | 2020-01-06 00:00:00.000 | NULL | NULL |
| 4611686018498190646 | Ban Evasion | sw1fty dev box | 2020-01-06 00:00:00.000 | 2020-01-06 00:00:00.000 | NULL | NULL |

| AccountId | Description | Evidence | DateInfractionDetected | DateInfractionOccurred | EvidenceHash | IPAddress |
|---|---|---|---|---|---|---|
| 4611686018498223179 | Ban Evasion | Sw1fty dev box | 2020-01-07 00:00:00.000 | 2020-01-07 00:00:00.000 | NULL | NULL |
| 4611686018498245097 | Ban Evasion | Sw1fty dev box | 2020-01-08 00:00:00.000 | 2020-01-08 00:00:00.000 | NULL | NULL |
| 4611686018498285340 | Ban Evasion | Sw1fty dev box | 2020-01-09 00:00:00.000 | 2020-01-09 00:00:00.000 | NULL | NULL |
| 4611686018500552040 | GameCheats.AimJunkies binary found | \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) | 2020-03-10 18:41:46.317 | 2020-03-10 18:26:32.940 | GameCheats.AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| 4611686018500552040 | Reverse Engineering Tool Attached | g:\work files\reclass\x64\renamedreclass.exe (360B1FE16603C1106CD8DEF992846B1B) | 2020-03-10 18:45:03.527 | 2020-03-10 18:30:46.920 | NULL | 174.97.110.18 |
| 4611686018500556439 | GameCheats.AimJunkies binary found | \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) \??\c:\ydhtxrue.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2020-03-10 22:40:44.983 | 2020-03-10 22:24:23.337 | GameCheats.AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| 4611686018506275939 | AimJunkies binary found | \??\c:\21pvaokvimh4e9.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2020-08-05 17:26:59.550 | 2020-08-05 17:11:42.770 | AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 67.219.146.74 |
| 4611686018506305298 | AimJunkies binary found | \??\c:\jmryvv9hcu.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2020-08-06 16:27:08.193 | 2020-08-06 16:13:14.213 | AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 67.219.146.76 |
| 4611686018506332946 | AimJunkies binary found | \??\c:\ph1jonb5hyg8.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2020-08-06 22:26:54.307 | 2020-08-06 22:02:08.137 | AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 67.219.146.74 |
| 4611686018506342576 | AimJunkies binary found | \??\c:\o44n8.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2020-08-07 01:06:56.573 | 2020-08-07 00:36:27.013 | AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 174.97.110.18 |
| 4611686018506487694 | Played on soft banned device | Repeated Ban Evasion Sw1fty box (rule 388) | 2020-08-11 17:08:24.460 | 2020-08-11 17:04:34.737 | NULL | 67.219.146.73 |
| 4611686018509182098 | AimJunkies binary found | \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) | 2020-11-11 04:47:27.237 | 2020-11-11 04:30:28.810 | AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 67.219.146.77 |
| 4611686018509182098 | Reverse Engineering Tool Attached | g:\work files\reclass\x64\reclass.net.exe (360B1FE16603C1106CD8DEF992846B1B) | 2020-11-11 04:47:56.237 | 2020-11-11 04:29:53.170 | NULL | 67.219.146.77 |
| 4611686018509183407 | Played on soft banned device | Repeated Ban Evasion Sw1fty box (rule 388) | 2020-11-11 05:26:11.203 | 2020-11-11 05:23:24.387 | NULL | 174.97.110.18 |
| 4611686018509183407 | AimJunkies binary found | \??\c:\m4az3h6x42w7.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2020-11-11 05:27:16.013 | 2020-11-11 05:08:46.957 | AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 174.97.110.18 |
| 4611686018509184525 | Played on soft banned device | Repeated Ban Evasion Sw1fty box (rule 388) | 2020-11-11 06:07:37.930 | 2020-11-11 05:54:34.160 | NULL | 174.97.110.18 |
| 4611686018509184525 | AimJunkies binary found | \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) | 2020-11-11 06:09:16.953 | 2020-11-11 05:50:23.333 | AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| 4611686018509204329 | Reverse Engineering Tool Attached | c:\users\james\desktop\reclass\blah64.exe (4D09FFB3B8CFE53A8250D1A112C4CDE3) | 2020-11-11 16:27:50.740 | 2020-11-11 16:17:23.097 | NULL | 174.97.110.18 |
| 4611686018509204329 | Cheat Engine Attached | c:\program files\cheat engine 6.8.3\cheatengine-x86_64.exe (07DD6163D84ED70969EA55A2CECD7F86) | 2020-11-11 16:44:55.317 | 2020-11-11 16:36:18.977 | MD5 or Certificate match Cheat Engine | 174.97.110.18 |
| 4611686018509204329 | Played on soft banned device | Repeated Ban Evasion Sw1fty box (rule 388) | 2020-11-11 16:46:45.350 | 2020-11-11 16:36:54.270 | NULL | 174.97.110.18 |
| 4611686018509204329 | AimJunkies binary found | \??\c:\y2qiexp1.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2020-11-11 16:48:58.940 | 2020-11-11 16:21:34.840 | AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 174.97.110.18 |
| 4611686018509206618 | AimJunkies binary found | \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) | 2020-11-11 17:47:51.770 | 2020-11-11 17:29:22.493 | AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| 4611686018509209406 | Played on soft banned device | Repeated Ban Evasion Sw1fty box (rule 388) | 2020-11-11 21:28:35.333 | 2020-11-11 21:15:18.827 | NULL | 67.219.146.72 |
| 4611686018509209406 | AimJunkies binary found | \??\c:\0658wqvm144y38.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2020-11-11 22:08:59.803 | 2020-11-11 21:50:20.157 | AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 67.219.146.72 |
| 4611686018509220524 | Played on soft banned device | Repeated Ban Evasion Sw1fty box (rule 388) | 2020-11-11 22:46:21.237 | 2020-11-11 22:28:21.583 | NULL | 67.219.146.74 |
| 4611686018509220524 | AimJunkies binary found | \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) | 2020-11-11 23:09:03.870 | 2020-11-11 22:29:30.173 | AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 67.219.146.74 |
| 4611686018512407923 | AimJunkies binary found | \??\c:\s513d1q822.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2021-02-09 20:08:29.820 | 2021-02-09 19:49:29.727 | AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 68.235.33.133 |
| 4611686018512407923 | AimJunkies binary found | \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) \??\c:\s513d1q822.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2021-02-09 20:28:44.247 | 2021-02-09 20:06:51.103 | AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 68.235.33.133 |
| 4611686018512409000 | AimJunkies binary found | \??\c:\5d6tiw05.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2021-02-09 21:09:15.733 | 2021-02-09 20:48:53.973 | AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 68.235.38.237 |
| 4611686018512409000 | AimJunkies binary found | \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) \??\c:\5d6tiw05.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2021-02-09 21:27:54.673 | 2021-02-09 20:48:08.213 | AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 68.235.38.237 |
| 4611686018512411450 | AimJunkies binary found | \??\c:\nfenyu2umjoq.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2021-02-10 00:27:29.200 | 2021-02-09 23:57:54.680 | AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 68.235.38.251 |
| 4611686018512412684 | AimJunkies binary found | \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) | 2021-02-10 01:47:15.503 | 2021-02-10 00:33:59.667 | AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 68.235.38.242 |
| 4611686018512430464 | AimJunkies binary found | \??\c:\sbohr4.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2021-02-10 18:47:26.030 | 2021-02-10 18:31:55.210 | AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 68.235.33.171 |
| 4611686018512658043 | AimJunkies binary found | \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) | 2021-02-17 23:56:39.540 | 2021-02-17 23:15:38.397 | AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 38.101.74.24 |
| 4611686018512659109 | AimJunkies binary found | \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) | 2021-02-18 00:36:38.857 | 2021-02-18 00:07:49.410 | AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| 4611686018512680599 | AimJunkies binary found | \??\c:\jhpqfd52h8r4.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2021-02-18 19:37:37.123 | 2021-02-18 19:21:16.733 | AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 38.101.74.27 |
| 4611686018512680599 | AimJunkies binary found | \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) \??\c:\jhpqfd52h8r4.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2021-02-18 20:09:23.680 | 2021-02-18 19:15:50.467 | AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 38.101.74.27 |
| 4611686018512681840 | AimJunkies binary found | \??\c:\3cm1qeirrpwo.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2021-02-18 20:57:07.517 | 2021-02-18 20:42:33.230 | AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 38.101.74.27 |
| 4611686018512736520 | AimJunkies binary found | \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) | 2021-02-21 00:03:21.547 | 2021-02-20 23:46:15.003 | AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |

| Column1 | Column2 | Column3 | Column4 | Column5 | Column6 | Column7 |
|---|---|---|---|---|---|---|
| AccountId | Description | Evidence | DateInfractionDetected | DateInfractionOccurred | EvidenceHash | IPAddress |
| 4611686018512749374 | AimJunkies binary found | \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) | 2021-02-21 00:45:20.917 | 2021-02-21 00:20:22.897 | AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| 4611686018512750184 | AimJunkies binary found | \??\c:\nsd0lol1k.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2021-02-21 17:03:33.590 | 2021-02-21 16:47:46.057 | AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 174.97.110.18 |
| 4611686018512850281 | AimJunkies binary found | \??\c:\wdia5a3d.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2021-02-24 20:02:58.550 | 2021-02-24 19:40:42.320 | AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 174.97.110.18 |
| 4611686018512851748 | AimJunkies binary found | \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) | 2021-02-24 21:43:00.987 | 2021-02-24 20:53:35.793 | AimJunkies (8D98DB3A27112A9C92558FF90A1D6206) | 174.97.110.18 |
| 4611686018512853457 | AimJunkies binary found | \??\c:\2wqkjrh8x5ow4ai.sys (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 2021-02-24 22:42:52.763 | 2021-02-24 22:15:49.073 | AimJunkies (6E73A01E5DFC8D8DEA4D8A99E9273A04) | 174.97.110.18 |
| 4611686018512854352 | repeated ban evasion | swifty box - many aimjunkies account bans | 2021-02-24 00:00:00.000 | 2021-02-24 00:00:00.000 | NULL | NULL |
| 4611686018514677605 | Played on soft banned device | Repeated Ban Evasion (rule 417) | 2021-05-12 23:27:17.010 | 2021-05-12 23:24:40.830 | NULL | 38.101.74.28 |
| 4611686018515012622 | Played on soft banned device | Repeated Ban Evasion (rule 417) | 2021-05-25 23:14:37.500 | 2021-05-25 23:09:15.807 | NULL | 38.101.74.29 |

83 Total Accounts (Some Duplicates)

# EXHIBIT 2
# FILED UNDER SEAL

# EXHIBIT 3



BUNGIE_WDWA_0000326