THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY, <br><br> Defendants. | No. 2:21-cv-811-TSZ <br><br> **NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK** |

The following is being filed in paper or physical form with the Clerk's Office for the Western District of Washington:

**EXHIBIT 12 TO DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF PLAINTIFF BUNGIE, INC.'S MOTION FOR SUMMARY JUDGMENT (FILED UNDER SEAL)**

Exhibit 12 is a native excel file and was not e-filed, due to its size. A copy of this exhibit has been placed on a flash drive.

The item(s) will remain in the Clerk's custody until appropriate Disposition pursuant to the Local Rules of the Western District of Washington.

NOTICE OF FILING PAPER OR PHYSICAL
MATERIALS WITH THE CLERK
(No. 2:21-cv-811-TSZ) – 1

163023177.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED this 20th day of July, 2023.

*/s/William C. Rava*
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:     WRava@perkinscoie.com
           CMarcelo@perkinscoie.com
           JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

NOTICE OF FILING PAPER OR PHYSICAL
MATERIALS WITH THE CLERK
(No. 2:21-cv-811-TSZ) – 2

163023177.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# EXHIBIT 12
# FILED UNDER SEAL

**Note: Due to the large size of this native excel file, this exhibit has been manually filed.**