THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DECLARATION OF PHILIP P. MANN IN SUPPORT OF DEFENDANTS' OPPOSITION TO BUNGIE'S MOTION FOR SUMMARY JUDGEMENT**<br><br>**Note on Motion Calendar: August 11, 2023**<br><br>**Oral Argument Requested** |

I, Philip P. Mann, under penalty of perjury under the laws of the United States, state and declare as follows:

1. I am counsel for all Defendants in the above captioned matter.

2. Attached as Exhibit A (filed under seal) is a true and correct copy of the transcript of the deposition of Dr. Edward Kaiser taken October 4, 2022.

3. Attached as Exhibit B (filed under seal) is a true and correct copy of the transcript of the Rule 30(b0(6) deposition of Bungie, Inc. taken October 5, 2022.

4. Attached as Exhibit C (filed under seal) is a true and correct copy of the Expert Report provided by Mr. Scott Kraemer in this action.

Mann Declaration
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900

5. Attached as Exhibit D is a true and correct copy of excerpts from the deposition of David Schaefer taken by Plaintiff on October 28, 2022.

6. Attached as Exhibit E is a true and correct copy of excerpts from the deposition of James May taken by Plaintiff on October 25, 2022.

7. Attached as Exhibit F is a true and correct copy of excerpts from the deposition of Jordan Green taken by Plaintiff on October 12, 2022.

8. Attached as Exhibit G is a true and correct copy of the Expert Report of Mr. Steven Guris submitted on behalf of Bungie in connection with this action.

9. Attached as Exhibit H is a true and correct copy of an excerpt from the deposition of "Mr. Doe" taken by Defendants on May 9, 2023.

10. Attached as Exhibit I is a true and correct copy of "Exhibit 16" presented to "Mr. Doe" during his May 9, 2023 deposition.

Dated August 7, 2023.

> /s/ Philip P. Mann
> Philip P. Mann

Mann Declaration
Cause No. 21-CV-0811-TSZ
Page 2

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900