# EXHIBIT  D

## Declaration of Philip P. Mann

## Case No. 21-CV-0817-TSZ

```
 1                    ARBITRATION BEFORE JAMS

 2   _____

 3   BUNGIE, INC.,                   )
                                     )
 4                Claimant,          )     CERTIFIED COPY
                                     )
 5   vs.                             )  No. 5160000075
                                     )
 6   AIMJUNKIES.COM; PHOENIX         )
     DIGITAL GROUP LLC; DAVID        )
 7   SCHAEFER; JORDAN GREEN;         )
     JEFFREY CONWAY; and JAMES MAY,  )
 8                                   )
                                     )
 9                Respondents.       )
     _____

10

11     VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF

12                      DAVID SCHAEFER

13   _____

14

15                    *** CONFIDENTIAL ***

16

17                        9:15 A.M.

18                 FRIDAY, OCTOBER 28, 2022

19              1201 THIRD AVENUE, SUITE 4900

20                   SEATTLE, WASHINGTON

21

22

23   Reported by: Tami Lynn Vondran, CRR, RMR, CCR/CSR

24   WA CCR #2157; OR CSR #20-0477; CA CSR #14435

25   JOB NO.: 928464
```

Page 22

1    A.   No.
2         It's WordPress.
3    Q.   The AimJunkies.com website is WordPress?
4    A.   Yes.
5    Q.   Do you have any other experience or training
6  in programming or coding?
7    A.   No.
8    Q.   Did you ever have employment in the line of
9  computer technology work?
10   A.   No.
11   Q.   When you've played online multiplayer video
12 games, have you ever used any cheats in those video
13 games?
14   A.   Absolutely.
15   Q.   You mentioned, I think, Battlefield.  Did you
16 ever use cheats playing Battlefield?
17   A.   Yes.
18   Q.   Where did you get the cheats for Battlefield?
19   A.   From other vendors.
20   Q.   When you say, "other vendors," can you name
21 who the vendors are?
22   A.   I know what their names are -- what their
23 name -- their website name is now.  I don't know what it
24 was then, but it wasn't then what it was now.  So I
25 can't give you a quality answer on that.  I know they

Page 23

1  did a name change, and I can't -- if I think of it, I'll
2  pop it out.
3    Q.   What's the website now?
4    A.   Ilikecheats.com.
5    Q.   Very descriptive.
6    A.   Yes.
7    Q.   Why when you played video games did you use
8  cheats?
9    A.   Because when I got divorced, my son was into
10 gaming.  And this is a story that you are going to hear
11 from 50 million individuals like me.  It's kind of like
12 vaping.  Everybody says that vaping is a bad thing, but
13 if you need to quit smoking, vaping is a good thing.
14        And it's the same instance as what it is with
15 video games.  My son who lives on a computer plays video
16 games 24/7.  And I want to find a way to connect with
17 him, so I decide to play.
18        Well, you know, some of us just suck at
19 playing games.  So I thought I'd go out and find me
20 something that would help me be more competitive against
21 him because he was just owning me.  So that's why I went
22 out and seeked a cheat.
23        Well, it took him about four and a half
24 minutes to figure out what I was doing, and so that kind
25 of shot that idea in the ass.

Page 24

1         But the -- I -- I liked -- it was kind of fun.
2  There's a whole -- there's a whole -- there's a whole
3  different world that the -- that the people that make
4  games like Bungie don't understand out there.  There's a
5  whole different mindset out there -- other than these
6  people that whine in Bungie's forums all day long,
7  there's a whole nother onset of people out there that
8  enjoy competitive gaming that isn't boring and slow.
9  And, you know, you can put all the cute graphics in the
10 world you want, but if the game sucks, people don't want
11 to play it.
12        And so we offered things that made it more
13 fun.  And we found -- like I said, I get an idea of what
14 the clientele likes.  We found that there is a large
15 portion of the world out there that does like playing
16 with gaming enhancements.  They're not cheats; they're
17 gaming enhancements.  They're features that the gaming
18 company doesn't want to put in their games.
19        What they're ignorant -- too ignorant to know
20 is that there's a market out there that wants it, and
21 that's the reason why it's out there.  So what they're
22 doing right now like with me is they're competing --
23 they're trying to shut down the aftermarket.
24   Q.   You're aware online multiplayer video games
25 generally prohibit the use of cheats; right?

Page 25

1    A.   So they say.
2    Q.   And that's especially true for multiplayer
3  games because they don't want people competing with
4  other people while cheating; right?
5    A.   I don't know what their rationale is.
6    Q.   You've agreed to license agreements in
7  connections with the video games you've played?
8    A.   I'm sure I have in years past, yes.
9    Q.   Did you ever read those license agreements?
10   A.   As with everyone else, you click right
11 through.  Just like you guys did with our terms of
12 service, you clicked right through.
13   Q.   So is that a no, you haven't read those
14 license agreements?
15   A.   No.
16        MR. MANN:  Object to the form.
17   A.   I've never played Bungie, so I can't address
18 Bungie.
19   Q.   (BY MR. MARCELO)  But you were generally aware
20 that cheating in those video games was prohibited;
21 right?
22        MR. MANN:  Object to the form.
23   A.   Cheating is not against the law.  They have
24 terms in there that they say of things you can't do.
25 But there's nothing in there that says in any terms of