# EXHIBIT E

# Declaration of Philip P. Mann

# Case No. 21-CV-0817-TSZ

```
 1                    ARBITRATION BEFORE JAMS
 2   _____
 3
     BUNGIE, INC.                        )
 4                                       )     CERTIFIED COPY
               Claimant,                 )
 5                                       )
         v.                              )     No. 5160000075
 6                                       )
     AIMJUNKIES.COM; PHOENIX             )     CONFIDENTIAL
 7   DIGITAL GROUP LLC; DAVID            )
     SCHAEFER; JORDAN GREEN;             )
 8   JEFFERY CONWAY; and JAMES MAY,      )
                                         )
 9             Respondents.              )
10
11   _____
12
           REMOTE VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
13
                                  OF
14
                               JAMES MAY
15   _____
16
                              9:01 A.M.
17
                          October 25, 2022
18
          (All participants appeared via videoconference.)
19
20
21
22
23
24   LAURA GJUKA, CCR #2057
25     JOB NO.: 928458
```

Page 122

1  software operates.
2  Q. Do you know what security measures Bungie has in
3  place to prevent cheating in Destiny 2?
4  A. I do not.
5  Q. Did you -- do you ever -- strike that.
6     Did you ever know what security measures
7  Bungie's had in place to prevent cheating in Destiny 2?
8  A. No, I -- I've never known what Bungie has in
9  place.
10 Q. Did you ever know what security measures Bungie
11 has in place to prevent infringement of its copyrights
12 for Destiny 2?
13 A. No, I -- I've never known what Bungie has in
14 place for any of that.
15 Q. And I believe you answered this, but do you know
16 where the cheat software for Destiny 2 specific to
17 AimJunkies was stored?
18 A. I do not.
19 Q. Do you know what the process is to purchase the
20 Destiny 2 cheat software from AimJunkies?
21 A. I do not, as I've never had to purchase anything
22 through AimJunkies.
23 Q. We had discussed the cheat launcher used by
24 AimJunkies. Are you aware of their -- the launcher
25 program they use to use the cheat software?

Page 123

1  A. I just know of it, but I don't know any -- I
2  don't know how it works or operates.
3  Q. Do you know who created the launcher program?
4  A. I'm not sure who created it, no.
5  Q. Do you know how the launcher works?
6  A. I don't know how it works. I just know how to
7  select a cheat and then load a cheat. That's it.
8  Q. Do you think you know how that launcher would
9  operate?
10 A. No, I do not.
11    MR. MANN: Object to the form.
12 Q. (BY MR. MARCELO) And you -- you've developed
13 cheats, though, for other video games, right? We had
14 talked about that, or at least ▊
15 ▊ [sic], right?
16 A. Yeah, correct.
17 Q. Have any other cheats come to mind that you have
18 developed and distributed through AimJunkies?
19 A. Sorry, I really wasn't thinking over that over
20 the break, to be honest. I should have, but I wasn't
21 thinking about it. So as of now, I can't think of what
22 else comes to mind right now.
23 Q. Okay. I want to walk through your development
24 of one of those cheats. Do you have a -- do you
25 remember the development of any particular cheat best?

Page 124

1  A. I mean, they're all different, so I couldn't
2  really say. It's all dependent on game engine and
3  everything else.
4  Q. Sure. Let's walk through your development of
5  the cheat for ▊ okay?
6  A. Okay.
7  Q. When you start to develop a cheat, walk me
8  through that process.
9  A. Basically you try to -- to figure out what
10 player -- where the player position is, where player
11 structures are, try to figure out the --
12    COURT REPORTER: Sorry, you try to
13 figure out the what?
14 A. Sorry, which part? Once you figure out the
15 player --
16    COURT REPORTER: Sorry.
17 A. Once you figure out the player position and
18 create a world-to-screen, you can draw that position of
19 the enemy on the screen. That's basically where you
20 start out as, just trying to get the basic thing set up.
21 Q. And I think I missed one of the words, so player
22 positioning and something screen.
23 A. World-to-screen.
24 Q. Can you spell that for me?
25 A. It's w-o-r-l-d, t-o, s-c-r-e-e-n,

Page 125

1  world-to-screen.
2  Q. World-to-screen.
3  A. Yeah.
4  Q. And what is world-to-screen?
5  A. It -- it grabs the player's camera position and
6  turns the player's position into a world -- or the
7  screen position.
8  Q. Okay. And how do you find those portions of the
9  code within the video game?
10 A. You just try to figure out what accesses the --
11 the -- or where the view matrix is and everything and
12 calculate the view matrix.
13 Q. Do you use any reverse engineering tools like
14 the ReClass tool to do this?
15 A. Yes.
16 Q. And for ▊ did you use the ReClass tool
17 to do this?
18 A. Yes.
19 Q. Did you use your modified ReClass tool to do
20 this?
21 A. No.
22 Q. Okay. Okay. So you've used ReClass tool and
23 you've figured out the code for player position and
24 world-to-screen. What's the next step in developing the
25 cheat?

Page 126

1  A. You can -- there's multiple things you can do.
2  It just depends on the game and what the game needs
3  really. So with ▇▇▇ you want to find -- well,
4  basically all you need after that's the aimbot
5  coordinates -- or not -- sorry, the screen coordinates
6  to calculate the aimbot to the player position.
7  Q. And that's what you did to create the aimbot
8  feature for ▇▇▇ The ▇▇▇ cheat?
9  A. Yes.
10 Q. What were the other features of your ▇▇▇
11 cheat?
12 A. Like I said before, speed hack.
13 Q. How did you develop the speed hack feature?
14 A. Just found where the -- the speed setting, the
15 mult- -- speed multiplier was and -- and set it to,
16 like, 2 or 3 instead of 1.
17 Q. And, again, to find where the speed setting is,
18 is that -- are you using the ReClass tool to figure out
19 where that data is?
20 A. In this case, no.
21 Q. How did you find the speed hack?
22 A. In this case there's a directory that they have
23 in their game that you can modify all their -- or change
24 certain things in their game, and speed was one of them.
25 Q. And for the aimbot feature, did you use the

Page 127

1  ReClass tool to determine where the various data
2  structures that needed to be affected were?
3  A. No, not for the aimbot.
4  Q. How did you find the data structures for the
5  aimbot?
6  A. Well, I already had it from the entity list, the
7  position for it, so I just grabbed it from there. I
8  didn't have to reuse ReClass again to do that.
9  Q. You had used ReClass at the beginning to figure
10 out where the various data structures were?
11 A. To find out the data, yes.
12 Q. Were there any other features of The ▇▇▇
13 cheat?
14 A. I can't remember offhand. This was back in
15 2016, I think.
16 Q. Was one position kill a feature of The ▇▇▇
17 cheat?
18 A. I do not recall if it was or not.
19 Q. Let's walk through the ▇▇▇ cheat --
20 developing the ▇▇▇ cheat.
21 A. Okay.
22 Q. How did -- how did you begin to develop that
23 cheat?
24 A. Same process.
25 Q. And so do you have to first download the game

Page 128

1  that you're creating the cheat for?
2  A. Yeah.
3  Q. And so you download ▇▇▇ and then how --
4  what's your next step in developing the cheat?
5  A. Just try to -- well, since the game engine is
6  known and there were lots of public files and stuff on
7  it, it was -- it was easy for ▇▇▇ I mean, they
8  basically show you where everything is, so it wasn't
9  very complicated.
10 Q. I appreciate that. But what was the next step
11 once you had downloaded the game to the --
12 A. Oh, I'm sorry. The next step, like I said, you
13 just -- you got to find the player coordinates, the
14 world-to-screen, and in some cases, if you want to --
15 like, a bone name bot or something, you've got to find
16 the bone structures in the class that have the bone
17 coordinates.
18 Q. And, again, are you doing this using a reverse
19 engineering tool?
20 A. It was mostly all done through ReClass.
21 Q. Once you have a cheat -- well, let me step back.
22     After you have found those sections of the
23 code, the player positioning, the world-to-screen, the
24 other sections of code you need, are there any more
25 steps in developing the cheat?

Page 129

1  A. I mean, it depends on what features and stuff
2  you plan on adding. I mean, it's all basically the same
3  thing for any cheat, really.
4  Q. And so once the cheat has been fully developed,
5  how do you get the cheat -- let me step back.
6     Do you give the cheat, then, to AimJunkies?
7  A. I do.
8  Q. And how do you get the cheat to AimJunkies?
9  A. I give it to David Schaefer, and then they take
10 care of it from then -- from there.
11 Q. How do you transfer the cheat to Mr. Schaefer?
12 A. Over the -- the -- what's it called? -- the
13 upload system on there.
14 Q. The upload system where?
15 A. They just have a place to upload a cheat, and
16 that's it. I don't -- I don't know what happens after
17 that.
18 Q. When you say "they," are you referring to
19 AimJunkies.com?
20 A. I'm just saying -- so Dave -- Dave Schaefer, he
21 takes care of that. I just upload it, and then he takes
22 care of it from there.
23 Q. But where do you upload the cheat?
24 A. I just upload it right to their site.
25 Q. The site being AimJunkies.com?