# EXHIBIT H

**Declaration of Philip P. Mann**

**Case No. 21-CV-0817-TSZ**

```
                UNITED STATES DISTRICT COURT

           FOR THE WESTERN DISTRICT OF WASHINGTON
_____
                                )
BUNGIE, INC., a Delaware        )
corporation,                    )
                                )
               Plaintiff,       )
                                )
          vs.                   )   NO. 2:21-cv-0811 TSZ
                                )
AIMJUNKIES.COM, a business of   )
unknown classification;         )
PHOENIX DIGITAL GROUP LLC, an   )
Arizona limited liability       )
company; JEFFREY CONWAY, an     )
individual; DAVID SCHAEFER, an  )
individual; JORDAN GREEN, an    )
individual; and JAMES MAY, an   )
individual,                     )
                                )
               Defendants.      )
_____

       DEPOSITION UPON ORAL EXAMINATION OF YS (AKA JOHN DOE)
_____




                         May 9, 2023

                    Via Zoom Videoconference
```

Page 57

```
 1            can make it bigger, have at it.
 2                    MR. RAVA:  I don't think I can.
 3     A      I don't think I've ever seen -- I don't know what this is.
 4     Q      (By Mr. Mann)  We're not too sure either.
 5               Let's go to Exhibit 8.  This was a document produced to
 6            us by Bungie under Bungie production control number
 7            Bungie_WDWA_0000479.  Mr. Doe, do you recognize this
 8            document?
 9     A      No.
10     Q      Do you recognize -- it says order, "134194515" or
11            "1.0 Bitcoin"?
12     A      No.
13     Q      Does any of this stuff refresh your recollection?
14     A      No.  I have no idea what this is.
15     Q      Do you have any idea how this came into the possession of
16            Bungie?
17     A      No, I don't think so.
18     Q      So as we sit here today, you can't tell me anything about
19            what Exhibit 8 is.  Is that correct?
20     A      Yeah, I don't know what that is.  I mean, it certainly
21            appears to be a receipt for something.  I just don't know
22            what or for who.
23     Q      Give me a moment, please.
24                    MR. MANN:  If we can go a little bit out of order,
25            if we can pull up Exhibit 16.  Again, if we can zoom in on
```

Page 58

```
 1        this, that would be nice.  A bit more, if we could, please.
 2        That should work.
 3   Q    (By Mr. Mann)  This was a document that was produced to us
 4        under Bungie production control numbers Bungie_WDWA_0000606
 5        and 607.  Do you recognize what this is?
 6   A    Vaguely.
 7   Q    I believe you testified earlier that when you made a
 8        purchase at the AimJunkies site, Destiny 2 cheat software,
 9        that you had a page to complete the purchase.  Do you recall
10        that testimony?
11   A    I do.
12   Q    Is this what you saw when you had to complete the purchase?
13   A    Don't remember exactly.
14   Q    Is it possible you saw this?
15   A    Yep.
16   Q    And in order to complete the purchase, you would have had to
17        fill out this form and submit it.  Correct?
18   A    It appears that way, but, again, I don't remember exactly.
19   Q    You don't deny seeing this form, do you?
20   A    I don't remember.
21   Q    So it's possible you saw it?
22   A    Don't remember.
23   Q    Again, is it possible you saw it?
24   A    Yeah, sure.
25               MR. RAVA:  Is it possible to scroll down to the
```