# EXHIBIT I

**Declaration of Philip P. Mann**

**Case No. 21-CV-0817-TSZ**

YS (AKA MR. DOE) EXHIBIT 16
5-9-23
REBECCA LINDAUER, CCR 2402



BUNGIE_WDWA_0000606

BX073.001



BUNGIE_WDWA_0000607