UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., | |
| Plaintiff, | |
| v. | C21-0811 TSZ |
| AIMJUNKIES.COM, et al., | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion to substitute expert witness, docket no. 148, is GRANTED. A motion to substitute an expert witness "is properly analyzed under Federal Rule of Civil Procedure 16, which provides that a pretrial schedule 'may be modified only for good cause and with the judge's consent.'" *Jones v. Nat'l R.R. Passenger Corp.*, No. 15-cv-02726, 2022 WL 689000, at *2 (N.D. Cal. Feb. 23, 2022) (quoting Fed. R. Civ. P. 16(b)(4)). The Court concludes that good cause exists to permit defendants to substitute Brad LaPorte for Scott Kraemer. LaPorte's opinions, however, shall be limited to those expressed in Kraemer's June 12, 2023 Expert Report and June 23, 2023 deposition testimony. Plaintiff's request for an award of costs and fees incurred because of the substitution of defendants' expert witness is GRANTED in part, and plaintiff is AWARDED its reasonable attorneys' fees for its preparation and attendance at Kraemer's deposition. Plaintiff shall file within ten (10) days of the date of this Minute Order a declaration setting forth its reasonable attorneys' fees. Having granted

MINUTE ORDER - 1

defendants' motion to substitute expert witness, the Court amends the case schedule[1] as follows:

| | |
|---|---|
| Defendants' disclosure of Brad LaPorte's expert report is due by | August 28, 2023 |
| Limited discovery regarding Brad LaPorte's expert testimony must be completed by | September 28, 2023 |
| Plaintiff must file any motion related to Brad LaPorte (e.g., Daubert motion) by and note the motion no later than the third Friday thereafter (see LCR 7(d)) | October 12, 2023 |

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of August, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

---

[1] All other deadlines contained in the Minute Order entered May 25, 2023, docket no. 139, shall remain in full force and effect.

MINUTE ORDER - 2