THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

                        Plaintiff,

v.

AIMJUNKIES.COM; PHOENIX
DIGITAL GROUP LLC; DAVID
SCHAEFER; JORDAN GREEN;
JEFFREY CONWAY; and JAMES MAY,

                        Defendants.

No. 2:21-cv-811-TSZ

SUPPLEMENTAL DECLARATION OF
WILLIAM C. RAVA IN SUPPORT OF
PLAINTIFF BUNGIE, INC.'S REPLY IN
SUPPORT OF ITS MOTION FOR
SUMMARY JUDGMENT

EXHIBIT 41
FILED UNDER SEAL

I, William C. Rava, declare as follows:

1.      I am an attorney licensed to practice law before the courts of the State of
Washington.  I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff Bungie,
Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Plaintiff Bungie, Inc.'s Reply
in Support of Its Motion for Summary Judgment. I have personal knowledge of the facts stated
herein and, if called upon, could and would testify competently thereto under oath.

2.      Attached hereto as **Exhibit 37** are true and correct copies of excerpts of Bungie's
Objections and Responses to Phoenix Digital Group LLC's First Set of Interrogatories dated
September 12, 2022.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3.      Attached hereto as **Exhibit 38** are true and correct copies of excerpts of Bungie's Supplemental Objections and Responses to Phoenix Digital Group LLC's First Set of Requests for Production dated September 16, 2022.

4.      Attached hereto as **Exhibit 39** is a true and correct copy of a September 16, 2022 letter from Jacob Dini to Phil Mann regarding Bungie's second document production in this case, which included copies of Bungie's object code for *Destiny 2* and *Destiny 2: Beyond Light*, which were produced bearing Bates numbers BUNGIE_WDWA_0000557 and BUNGIE_WDWA_0000558.

5.      Attached hereto as **Exhibit 40** are true and correct copies of additional excerpts from the March 23, 2023 deposition of James May.

6.      Attached hereto as **Exhibit 41** are true and correct copies of excerpts from the June 23, 2023 deposition of Scott Kraemer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of August, 2023.

*/s/William C. Rava*
William C. Rava

RAVA DECL. ISO BUNGIE'S REPLY ISO
MOT. FOR SUMMARY JUDGMENT
(No. 2:21-cv-811-TSZ) – 2

163375835.1

# EXHIBIT 37

1    THE HONORABLE THOMAS S. ZILLY

2

3

4

5

6
UNITED STATES DISTRICT COURT
7    WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
8

9    BUNGIE, INC.,                              No. 2:21-cv-811-TSZ

10              Plaintiff,                       BUNGIE, INC.'S OBJECTIONS AND
                                                RESPONSES TO DEFENDANT
11        v.                                    PHOENIX DIGITAL GROUP LLC'S
                                                FIRST SET OF INTERROGATORIES
12   AIMJUNKIES.COM; PHOENIX DIGITAL
     GROUP LLC; DAVID SCHAEFER; JORDAN
13   GREEN; JEFFREY CONWAY; JAMES MAY,

14              Defendants.

15

16                        **PRELIMINARY STATEMENT**

17        The objections and responses set forth below are based upon such information that is

18   presently available to Bungie.  Bungie provides these objections and responses without prejudice

19   to its right to assert additional objections and amend or supplement any or all of the information

20   contained in its responses as additional facts are ascertained, analyses are made, and research is

21   completed.  These objections and responses are made without waiving or intending to waive, but

22   on the contrary preserving:

23        a.    all assertions as to competency, relevancy, materiality, privilege, and

24   admissibility as evidence for any purpose of the responses or subject matter thereof, in any

25   proceeding in this action, including trial, or in any other action;

26

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF ROGS – 1
(NO. 2:21-CV-811-TSZ)

157996047.4

1   12.     Bungie further objects to Definition 2 of Phoenix Digital's First Set of Requests

2   for Production, which have been incorporated into Phoenix Digital's First Set of Interrogatories

3   on the grounds that it is vague and ambiguous, specifically as to the meaning of the term

4   "indirectly."  For purposes of these objections and responses, Bungie interprets this definition to

5   encompass only legal entities owned directly by Bungie.

6   **RESPONSES**

7   **INTERROGATORY NO. 1:**

8       Identify by specific reference, (e.g., page and line number) to any documents produced by

9   Bungie in response to Phoenix Digital's Document Interrogatories Nos. 1-4, served June 23, 2022,

10  any and all portions of the "Destiny...computer software code" that you contend have been

11  "copied' by Defendants as alleged in Paragraph 105 of the Amended Complaint filed May 19,

12  2022.

13  **RESPONSE TO INTERROGATORY NO. 1:**

14      In addition to its General Objections, Bungie objects to this Interrogatory as premature.

15  Despite prior representations regarding their possession of the source code for the cheat software

16  at issue, Defendants have not produced such source code in response to Bungie's discovery

17  requests.  Bungie expressly reserves its rights to supplement this response when such source code

18  has been produced.  Bungie further objects to this request as vague, ambiguous and unduly

19  burdensome.  Identifying copied object code for *Destiny 2* by "page and line number" is not

20  reasonably feasible or practical.

21      Subject to and without waiving these objections, Bungie responds as follows:  Bungie

22  contends that Defendants have made copies of the entirety of the object code for *Destiny 2*, as well

23  as specifically copied and modified object code that corresponds to the data structures for player

24  positioning, combatant positioning, rendering functions and the angle deltas for mouse

25  movements.  Bungie is willing to meet and confer regarding other methods to identify the copied

26  object code.

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF ROGS – 5
(NO. 2:21-CV-811-TSZ)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157996047.4

1  Discovery, expert discovery, and Bungie's investigation into this matter is ongoing, and

2  Bungie reserves the right to supplement its answer to this Interrogatory as it learns more

3  information.

4

5  **INTERROGATORY NO. 2:**

6  Identify all "derivative works" that Bungie contends have been created, prepared and/or

7  distributed by Defendants as alleged in Paragraph 105 of the Amended Complaint filed May 19,

8  2022.

9  **RESPONSE TO INTERROGATORY NO. 2:**

10  In addition to its General Objections, Bungie objects to this Interrogatory as premature.

11  Despite prior representations regarding their possession of the source code for the cheat software

12  at issue, Defendants have not produced such source code in response to Bungie's discovery

13  requests.  Bungie expressly reserves its rights to supplement this response when such source code

14  has been produced.

15  Subject to and without waiving these objections, Bungie responds as follows:  Bungie

16  contends that Defendants have created, prepared, and/or distributed derivative works of Bungie's

17  *Destiny 2* copyrights in at least the following ways: incorporating software code derived from

18  Bungie's *Destiny 2* data structures into Defendants' *Destiny 2* cheat software; incorporating

19  software code that consists of reverse-engineered software code from *Destiny 2* into Defendants'

20  *Destiny 2* cheat software; distributing the *Destiny 2* cheat software that injects code into the *Destiny*

21  *2* game engine while running, thus creating a derivative work; and creating a modified display of

22  *Destiny 2*'s original audiovisual output.

23  Discovery, expert discovery, and Bungie's investigation into this matter is ongoing, and

24  Bungie reserves the right to supplement its answer to this Interrogatory as it learns more

25  information.

26

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1

Dated: September 12, 2022

2

By: _s/ Jacob P. Dini_

William C. Rava, Bar No. 29948

3

Jacob P. Dini, Bar No. 54115

**Perkins Coie LLP**

4

1201 Third Avenue, Suite 4900

Seattle, Washington 98101-3099

5

Telephone: +1.206.359.8000

Facsimile: +1.206.359.9000

6

WRava@perkinscoie.com

JDini@perkinscoie.com

7

*Attorneys for Plaintiff BUNGIE, INC.,*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF ROGS – 12
(NO. 2:21-CV-811-TSZ)

157996047.4

1

## VERIFICATION OF INTERROGATORY ANSWERS

2

   I, Edward Kaiser, am an Engineering Lead for Bungie, Inc. and I believe, based on

3

reasonable inquiry, that the foregoing answers are true and correct to the best of my knowledge,

4

information, and belief.

5

   I verify under penalty of perjury that the foregoing is true and correct.

6

Executed on September 12, 2022.

7

8

9

   By: _Edwi_____

10

   Edward Kaiser

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

BUNGIE'S OBJ. AND RESP. TO PHOENIX
DIGITAL'S FIRST SET OF ROGS – 13
(NO. 2:21-CV-811-TSZ)

157996047.4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1

## CERTIFICATE OF SERVICE

2        The undersigned hereby certifies that they served a copy of the foregoing Bungie, Inc.'s

3   Objections and Responses to Defendant Phoenix Digital Group LLC's First Set of Interrogatories

4   to the following on September 12, 2022, via email at the address below:

5

6        Philip P. Mann, WSBA No. 28860
         Mann Law Group PLLC
7        403 Madison Ave. N.
         Suite 240
8        Bainbridge Island, WA 98110
         Email: phil@mannlawgroup.com

9

10       Dated: September 12, 2022

11                                              s/ Christian W. Marcelo
                                                _____
12                                              Christian W. Marcelo

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(No. 2:21-cv-811-TSZ)

157996047.4

# EXHIBIT 38

THE HONORABLE THOMAS S. ZILLY

1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
8                                  AT SEATTLE

9    BUNGIE, INC.,                              No. 2:21-cv-811-TSZ

10                      Plaintiff,              BUNGIE, INC.'S SUPPLEMENTAL
                                               OBJECTIONS AND RESPONSES TO
11          v.                                 DEFENDANT PHOENIX DIGITAL
                                               GROUP LLC'S FIRST SET OF
12   AIMJUNKIES.COM; PHOENIX                    REQUESTS FOR PRODUCTION
     DIGITAL GROUP LLC; DAVID
13   SCHAEFER; JORDAN GREEN;
     JEFFREY CONWAY; JAMES MAY,,
14
                        Defendants.
15

16                         **PRELIMINARY STATEMENT**

17          The objections and responses set forth below are based upon such information that is

18   presently available to Bungie.  Bungie provides these objections and responses without prejudice

19   to its right to assert additional objections and amend or supplement any or all of the information

20   contained in its responses as additional facts are ascertained, analyses are made, and research is

21   completed.  These objections and responses are made without waiving or intending to waive, but

22   on the contrary preserving:

23          a.      all assertions as to competency, relevancy, materiality, privilege, and

24   admissibility as evidence for any purpose of the responses or subject matter thereof, in any

25   proceeding in this action, including trial, or in any other action;

26

BUNGIE'S SUPP. OBJ. AND RESP. TO                          **Perkins Coie LLP**
PHOENIX DIGITAL'S FIRST SET OF RFPS – 1        1201 Third Avenue, Suite 4900
(No. 2:21-cv-811-TSZ)                          Seattle, Washington 98101-3099
                                               Phone: +1.206.359.8000
158220504.1                                    Fax: +1.206.359.9000

1

**SUPPLEMENTAL RESPONSES**

2

**REQUEST FOR PRODUCTION NO. 1:**

3

A true and correct copy of the source code for the "Destiny 2" work identified in Copyright

4

Registration No. TX 8-933-655.

5

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

6

Subject to and without waiving its General Objections, Bungie will produce non-privileged

7

documents responsive to this Request that are in Bungie's possession, custody, or control, if any,

8

that are located after a reasonably diligent search.

9

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

10

Pursuant to the parties' September 7, 2022 meet and confer, Bungie will produce non-

11

privileged documents sufficient to show the portions of the object code of the "Destiny 2" work

12

identified in Copyright Registration No. TX 8-933-655 that were copied that are in Bungie's

13

possession, custody, or control, if any, that are located after a reasonable search.

14

15

**REQUEST FOR PRODUCTION NO. 2:**

16

A true and correct copy of the source code for the "Destiny 2: Beyond Light" work

17

identified in Copyright Registration No. TX 8-933-658

18

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

19

Subject to and without waiving its General Objections, Bungie will produce non-privileged

20

documents responsive to this Request that are in Bungie's possession, custody, or control, if any,

21

that are located after a reasonably diligent search.

22

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

23

Pursuant to the parties' September 7, 2022 meet and confer, Bungie will produce non-

24

privileged documents sufficient to show the portions of the object code of the "Destiny 2: Beyond

25

Light" work identified in Copyright Registration No. TX 8-933-658 that were copied that are in

26

Bungie's possession, custody, or control, if any, that are located after a reasonable search.

BUNGIE'S SUPP. OBJ. AND RESP. TO
PHOENIX DIGITAL'S FIRST SET OF RFPS – 5
(No. 2:21-cv-811-TSZ)

158220504.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

2      Pursuant to the parties' September 7, 2022 meet and confer, Bungie will produce non-

3  privileged documents responsive to this request that are in Bungie's possession, custody, or

4  control, if any, that are located after a reasonable search.

5

6

7  Dated: September 16, 2022

By: _/s/ Jacob P. Dini_
      William C. Rava, Bar No. 29948
      Christian W. Marcelo, Bar No. 51193
      Jacob P. Dini, Bar No. 54115
      **Perkins Coie LLP**
      1201 Third Avenue, Suite 4900
      Seattle, Washington 98101-3099
      Telephone: +1.206.359.8000
      Facsimile: +1.206.359.9000
      WRava@perkinscoie.com
      CMarcelo@perkinscoie.com
      JDini@perkinscoie.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

BUNGIE'S SUPP. OBJ. AND RESP. TO
PHOENIX DIGITAL'S FIRST SET OF RFPS – 8
(No. 2:21-cv-811-TSZ)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

158220504.1

1

**CERTIFICATE OF SERVICE**

2        The undersigned hereby certifies that they served a copy of the foregoing Bungie, Inc.'s

3   Supplemental Objections and Responses to Defendant Phoenix Digital Group LLC's First Set of

4   Requests for Production to the following on September 16, 2022, via email at the address below:

5
        Philip P. Mann, WSBA No. 28860
6        Mann Law Group PLLC
        403 Madison Ave. N.
7        Suite 240
        Bainbridge Island, WA 98110
8        Email: phil@mannlawgroup.com

9

10       Dated: September 16, 2022

11                                        /s/ Jacob P. Dini
                                         Jacob P. Dini
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# EXHIBIT 39

# PERKINScoie

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

● +1.206.359.8000
● +1.206.359.9000
PerkinsCoie.com

September 16, 2022

Jacob P. Dini
JDini@perkinscoie.com
D.   +1.+1.206.359.3832
F.   +1.+1.206.359.4832

**VIA EMAIL**

Philip P. Mann
Mann Law Group PLLC
403 Madison Ave. N.
Suite 240
Bainbridge Island, WA 98110
phil@mannlawgroup.com

**Re:**   ***Bungie, Inc. v. AimJunkies.com, et al.*, No. 2:21-cv-811 (W.D. Wash.)**
**Bungie, Inc., W.D. Wash. Document Production Vol. 2**

Dear Mr. Mann:

We are producing via LeapFile Bungie, Inc.'s second document production Volume BUNGIE_WDWA_002, bearing Bates Nos. BUNGIE_WDWA_0000481 through BUNGIE_WDWA_0000615. Confidential and Highly Confidential documents are marked accordingly and shall be treated as such under the Stipulated Protective Order entered in this case. Dkt. No. 60.

You will receive an email from LeapFile that will include instructions for accessing the documents. The .zip file containing BUNGIE_WDWA_002 is password protected, and the password is:

Gc%fdB7Ngargb$q

Please let me know if you have any questions about how to access the production.

Sincerely,

Jacob P. Dini

JPD:jpd

Perkins Coie LLP
158282621.1

# EXHIBIT 40

1               IN THE UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
2                            AT SEATTLE

3 BUNGIE, INC.                )
                              )
4      Plaintiff,             )
                              )
5 vs.                         ) CASE NO. 2:21-cv-811-TSZ
                              )
6 AIMJUNKIES.COM; PHOENIX     )
  DIGITAL GROUP LLC; DAVID    )
7 SCHAEFER; JORDAN GREEN;     )
  JEFFREY CONWAY; and JAMES   )
8 MAY,                        )
                              )
9      Defendants.            )

10

11

12               ORAL VIDEOTAPED ZOOM DEPOSITION

13                          JAMES MAY

14                        March 23, 2023

15

16      ORAL VIDEOTAPED ZOOM DEPOSITION OF JAMES MAY,

17 produced as a witness at the instance of the Plaintiff

18 and duly sworn, was taken in the above-styled and

19 numbered cause on the 23rd day of March, 2023, from

20 7:58 a.m. to 11:45 a.m., via Zoom, before Debra K.

21 Zebert, Registered Professional Reporter, reported by

22 computerized stenotype machine, pursuant to the Federal

23 Rules of Civil Procedure and the provisions stated on

24 the record or attached hereto.

25 Job No.: 971992

**CERTIFIED COPY**

Bungie, Inc. vs Aimjunkies.com, et al.                James May 03/23/2023

Page 2

```
 1                    APPEARANCES

 2

 3 FOR PLAINTIFF:

 4      Jacob Dini, Esquire
        PERKINS COIE, LLP
 5      1201 Third Avenue, Suite 4900
        Seattle, Washington  98101
 6      206.359.8000
        JDini@perkinscoie.com
 7
   FOR DEFENDANT, JAMES MAY:
 8
        Philip P. Mann, Esquire
 9      MANN LAW GROUP PLLC
        403 Madison Avenue, North, Suite 240
10      Bainbridge Island, Washington  98110
        206.855.8839
11      phil@mannlawgroup.com

12
   ALSO PRESENT:
13
        Scott Norton, Videographer
14      James Barker, In-house Counsel, Bungie, Inc.
        Ed Kaiser, PhD
15

16

17

18

19

20

21

22

23

24

25
```

Bungie, Inc. vs Aimjunkies.com, et al.                    James May 03/23/2023

```
 1                       INDEX

 2                                               PAGE

 3 JAMES MAY

 4 Examination by Mr. Dini .........................4
   Signature Page  ...............................175
 5 Signature Page - No Changes  ..................178
   Court Reporter's Certificate ..................179
 6

 7                      EXHIBITS

 8

 9 EXHIBIT              DESCRIPTION            PAGE

10 70          PDX02                          16

11 71          Defendants' Answer and Amended  42
               Counterclaims
12
   72          Defendant James May's          67
13             Supplemental Response to
               Plaintiff's Interrogatory No. 8
14
   73          Invoice                        102
15
   74          Counterclaim Exhibit D         160
16
   75          Counterclaim Exhibit B         172
17

18

19

20

21

22

23

24

25
```

Bungie, Inc. vs Aimjunkies.com, et al.                    James May 03/23/2023

Page 4

 1                    THE VIDEOGRAPHER:  Good morning, everyone.

 2 Here begins the remote deposition of James May in the

 3 matter of Bungie, Inc. versus AimJunkies.com et al.

 4 This case is in the United States District Court,

 5 Western District of Washington, at Seattle.  The case

 6 number is 2:21-CV-811-TFZ.  Today's date is Thursday,

 7 March 23rd, 2023, and the current time is 7:58 a.m.

 8 Pacific time.

 9                    This is a remote deposition through Zoom

10 videoconferencing.  Our videographer is Scott Norton,

11 appearing on behalf of Centext Litigation Services.

12 Would counsel please introduce yourselves, state whom

13 you represent.

14                    MR. DINI:  My name is Jacob Dini.  I'm

15 counsel for Bungie.  I'm also joined today by in-house

16 counsel, James Barker -- or in-house counsel for Bungie.

17                    MR. MANN:  My name is Philip Mann.  I'm

18 here on behalf of Mr. May.

19                    THE VIDEOGRAPHER:  Thank you both.  Our

20 reporter today is Kathy Zebert, with Centext.  Would the

21 reporter please swear in our witness.

22                         JAMES MAY,

23 having been first duly sworn, testified as follows:

24                          ***

25                       EXAMINATION

Page 125

1 accessed your external hard drive?

2    A.   Yes.

3    Q.   What was that based on?

4    A.   The documents that were provided by Bungie.

5    Q.   Anything else?

6    A.   They could have accessed anything on that drive

7 just -- other than the files if they were able to access

8 that file -- or those files.  They could have poked

9 around any file they wanted to on that drive.

10    Q.   Was there any damage to your external hard

11 drive as a result of Bungie's alleged access to it?

12    A.   No.

13    Q.   Were you ever unable to use that external hard

14 drive after Bungie accessed it?

15    A.   No.

16    Q.   Do you have any reason to believe that Bungie's

17 access to your -- alleged access to your hard drive

18 affected the performance of that hard drive?

19    A.   No.

20    Q.   Do you still have that hard drive?

21    A.   Yes.

22    Q.   Are the files on that external hard drive that

23 you allege Bungie accessed in the same condition that

24 they were after Bungie allegedly accessed them?

25    A.   I believe so.

Bungie, Inc. vs Aimjunkies.com, et al.                    James May 03/23/2023

Page 126

1    Q.   Have you modified any of the files on that hard

2 drive in the time since Bungie allegedly accessed the

3 hard drive?

4    A.   Yes, I've modified other files, but not the

5 ones that I produced to Bungie.

6    Q.   So, Mr. May, why did you get new hardware if

7 there was nothing wrong with the old hardware, as a

8 result of Bungie's alleged access?

9    A.   Because they could track my old hardware

10 easily.  Anybody can.  It was out there for anybody to

11 see through this whole thing.

12    Q.   Did you find any indications that Bungie was

13 tracking any of your hardware on the computer itself?

14    A.   They said they had hardware ID -- hardware

15 ID-banned me, so they were definitely tracking my

16 hardware.

17    Q.   Did that hardware apply to your monitor?

18    A.   Yes.

19    Q.   So you believe that Bungie was -- was tracking

20 your -- excuse me.  So you believe that Bungie was

21 monitoring your hardware -- or your -- your monitor?

22    A.   I believe that Bungie was monitoring any

23 hardware, as a lot of companies do.  They monitor

24 hardware.

25    Q.   Okay.  Mr. May, can you please identify every

Page 127

1 **technological measure that you allege Bungie**

2 **circumvented to access your computer?**

3    A.   Yeah, sure.  They got around the firewall by

4 already being on my computer when the game was loaded.

5 I had a VPN on.  I mean, I had several passwords on my

6 work folders.

7    **Q.   Any others besides firewall, VPN and passwords?**

8    A.   Firewalls, VPN, passwords.  I can't think of

9 any others off the top of my head.

10    **Q.   So the only technological measures that you**

11 **allege Bungie circumvented in accessing your computer**

12 **are firewalls, VPN and passwords?**

13    A.   Correct.  Those are the ones I believe right

14 now.  There could be -- well, I don't know of any other

15 technological measures right now that I had in place.

16 So I believe that's it.

17    **Q.   Do you -- that was going to be my next**

18 **question.  Do you have any technological measures other**

19 **than those three that protect access to your computer?**

20    A.   I believe those are the only ones.

21    **Q.   Do you have any technological measures other**

22 **than firewalls, VPNs or passwords that protect any files**

23 **or folders on your computer?**

24    A.   Yes, I have passwords for my work folders.

25    **Q.   Okay.  So -- but that's encompassed within the**

Bungie, Inc. vs Aimjunkies.com, et al.                    James May 03/23/2023

1              REPORTER'S CERTIFICATE

2       ORAL VIDEOTAPED ZOOM DEPOSITION OF JAMES MAY

3                   March 23, 2023

4

5      I, the undersigned Registered Professional Reporter,

6 certify that the facts stated in the foregoing pages are

7 true and correct.

8      I further certify that I am neither attorney or

9 counsel for, related to, nor employed by any parties to

10 the action in which this testimony is taken and,

11 further, that I am not a relative or employee of any

12 counsel employed by the parties hereto or financially

13 interested in the action.

14      SUBSCRIBED AND SWORN TO under my hand on this the

15 28th day of March, 2023

16

17

18

19

20

21      _____
        Debra K. Zebert, BS, RPR, CSR
        RPR No. 839015
22      Expiration:  12/31/23

23

24

25

# EXHIBIT 41
# FILED UNDER SEAL