THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANTS' NOTICE OF INTENT TO STRIKE THE SUPPLEMENTAL DECLARATION OF DR. EDWARD KAISER AND THE ARGUMENTS APPEARING IN SECTION "3." ON PAGE 17 OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Please take notice that Defendants intend to file a surreply pursuant to Local Rules W.D. Wash. LCR 7(g) to strike the Supplemental Declaration of Dr. Edward Kaiser (Dkt#183) and the arguments appearing in section "3." on page 17 of Plaintiff's Reply in Support of their Motion for Summary Judgment (Dkt. No. 182).

Dated August 17, 2023.

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington 98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

Notice of Intent
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900