THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC., a Delaware corporation,

Plaintiff

v.

AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,

Defendants.

Cause No. 2:21-cv-0811 TSZ

**DECLARATION OF PHILIP P. MANN IN SUPPORT OF DEFENDANTS' SURREPLY IN OPPOSITION TO BUNGIE'S MOTION FOR SUMMARY JUDGEMENT**

I, Philip P. Mann, under penalty of perjury under the laws of the United States, state and declare as follows:

1. I am counsel for all Defendants in the above captioned matter.

2. Attached as Exhibit A (filed under seal) is a true and correct copy of an email thread Bungie has produced under document production control numbers BUNGIE_JAMS_0000820-824.

3. Attached as Exhibit B (filed under seal) is a true and correct copy of an email thread Bungie has produced under document production control number BUNGIE_JAMS_0000915-916.

Mann Declaration
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900

4. Attached as Exhibit C (filed under seal) is a true and correct copy of an email thread Bungie has produced under document production control numbers BUNGIE_JAMS_0000851-852.

5. Attached as Exhibit D (filed under seal) is a true and correct copy of an email thread Bungie has produced under document production control numbers BUNGIE_JAMS_0000841-845.

Dated August 17, 2023.

*/s/ Philip P. Mann*
Philip P. Mann

Mann Declaration
Cause No. 21-CV-0811-TSZ

Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900