THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY, <br><br> Defendants. | No. 2:21-cv-811-TSZ <br><br> DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF BUNGIE, INC.'S REQUEST FOR ATTORNEYS' FEES IN CONNECTION WITH THE DEPOSITION OF SCOTT KRAEMER |

I, William C. Rava, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Bungie, Inc.'s Request for Attorneys' Fees in Connection the Deposition of Scott Kraemer. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Bungie seeks an award of attorneys' fees totaling $35,652 in connection with its preparation for and attendance at the June 23, 2023 deposition of Defendants' prior expert witness, Scott Kraemer (the "Kraemer Deposition"). This amounts to 27 hours for myself at $1145/hour;

RAVA DECL. ISO BUNGIE'S
REQUEST FOR ATTORNEYS' FEES RE KRAEMER
(No. 2:21-cv-811-TSZ) – 1

163440859.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

0.4 hours for Jacob Dini at $670/hour; 3.4 hours for Tim Carter at $665/hour; and 4.8 hours for Patricia Marino at $460/hour.[1]

3. Tim Carter is an associate with Perkins Coie. Mr. Carter represents, counsels, and defends clients in intellectual property, right of publicity, false advertising, unfair competition, and consumer protection matters. He has litigated on behalf of major media, entertainment, technology, and consumer goods clients in a broad range of IP, consumer protection, and false advertising matters in state and federal courts across the country.

4. Patricia Marino is a senior paralegal with Perkins Coie. Ms. Marino has been a paralegal at Perkins Coie for 23 years and has significant experience with complex litigation and deposition preparation.

5. As I stated in paragraph 6 of my declaration in opposition to Defendants' motion to substitute expert witness (Dkt. No. 153), I and my team invested substantial time and effort to prepare for and take the Kraemer Deposition. That time and effort, and a description of the work performed, is reflected in the time entries in the invoice attached hereto as **Exhibit 1**.

6. The total amount of hours expended preparing for and conducting Mr. Kraemer's deposition was reasonable. This deposition was important to this case. Mr. Kraemer was Defendants' only expert witness, and his report addressed liability issues for at least May's three Computer Fraud and Abuse Act counterclaims, as well as Phoenix Digital's breach of contract counterclaim. The deposition also involved highly technical issues, including purported reverse engineering of software code, purported access of IP addresses and methods associated with AimJunkies.com, and interpretation of data related to MD5 hashes and system drivers. Mr. Kraemer also referenced and relied upon dozens of documents, several of which were technical in nature, in support of his report, which my team and I were required to review to understand the purported basis of Mr. Kraemer's opinions. Moreover, the requested time does not include

---

[1] Descriptions of my practice and Jacob Dini's practice, as well as our biographies, were provided with my July 7, 2023 declaration submitted in support of Bungie's request for attorneys' fees and costs in connection with the March 20, 2023 deposition of Phoenix Digital Group LLC. Dkt. No. 143.

RAVA DECL. ISO BUNGIE'S
REQUEST FOR ATTORNEYS' FEES RE KRAEMER
(No. 2:21-cv-811-TSZ) – 2

163440859.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

substantial time these timekeepers invested in researching and considering responses to Mr. Kraemer's report not directly related to preparation for his deposition.

7. As explained in my prior fees declaration (Dkt. No. 143), the requested rates are reasonable in this market. In fact, in connection with the fee request in the parallel arbitration proceeding (which this Court has confirmed), Defendants did not object to or otherwise respond to Perkins Coie's rates. *See* Final Award (Dkt. No. 89-1) at 2-3 ("I [Judge Cox] directed the parties to provide briefing on the amount of such [attorneys' fees] and award. Bungie provided that briefing. Aimjunkies and the other respondents elected not to provide any briefing."). Defendants similarly did not seriously challenge the reasonableness of the Perkins Coie rates in connection with the fee award for the Phoenix Digital March 2023 deposition, other than to comment (without any supporting evidence or reasoning) that Bungie's counsel charged "premium" or "hefty" rates. *See* Dkt. No. 172.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of August, 2023.

/s/William C. Rava
William C. Rava

RAVA DECL. ISO BUNGIE'S
REQUEST FOR ATTORNEYS' FEES RE KRAEMER
(No. 2:21-cv-811-TSZ) – 3

163440859.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000