# EXHIBIT 1

**SUMMARY OF ATTORNEYS' FEES SOUGHT BY PLAINTIFF BUNGIE, INC.**

| Tkpr Name | Title | Date | Description of Work | Billed Hrs Seeking Recovery | Billing Rate | Billed Amount Seeking Recovery |
|---|---|---|---|---|---|---|
| Rava, William C. | Partner | 6/13/2023 | Review Kraemer expert report, including with cited documents (.6); [REDACTED]; emails with opposing counsel regarding deposition scheduling for Kraemer and related issues (.3); | 0.9 | $ 1,145.00 | $ 1,030.50 |
| Marino, Patricia | Senior Paralegal | 6/13/2023 | Compile/organize expert deposition preparation materials/potential exhibits for attorney further review/evaluation and update litigation team working file; | 1.8 | $ 460.00 | $ 828.00 |
| Marino, Patricia | Senior Paralegal | 6/14/2023 | Revise/update attorney expert deposition preparation/potential exhibit materials; | 0.9 | $ 460.00 | $ 414.00 |
| Rava, William C. | Partner | 6/15/2023 | [REDACTED]; begin to prepare for Kraemer deposition, including review of report, review of materials reviewed by expert, review of counterclaims, review of case law and other materials (2.5); emails with opposing counsel regarding deposition scheduling (.1); [REDACTED]; | 2.6 | $ 1,145.00 | $ 2,977.00 |
| Marino, Patricia | Senior Paralegal | 6/15/2023 | Review/search database in response to attorney request for information/documents regarding expert deposition preparation and related follow-up; | 0.6 | $ 460.00 | $ 276.00 |
| Rava, William C. | Partner | 6/16/2023 | Emails with opposing counsel, Unit221, and team regarding Kraemer deposition scheduling issues (.4); work on deposition preparation for Kraemer deposition next week (.6); prepare for and telephone conference with client regarding Kraemer deposition issues (.7); related team follow up (.1); | 1.8 | $ 1,145.00 | $ 2,061.00 |
| Dini, Jacob P. | Associate | 6/16/2023 | Conference with team and client regarding Kraemer deposition preparations and related issues (.4); [REDACTED]; | 0.4 | $ 670.00 | $ 268.00 |

## SUMMARY OF ATTORNEYS' FEES SOUGHT BY PLAINTIFF BUNGIE, INC.

| Tkpr Name | Title | Date | Description of Work | Billed Hrs Seeking Recovery | Billing Rate | Billed Amount Seeking Recovery |
|---|---|---|---|---|---|---|
| Carter, Timothy M. | Associate | 6/16/2023 | Conference with team and client regarding Kraemer deposition preparations and related issues; | 0.4 | $ 665.00 | $ 266.00 |
| Rava, William C. | Partner | 6/19/2023 | **[REDACTED]**; deposition preparations, including review of documents and cases (.5); | 0.5 | $ 1,145.00 | $ 572.50 |
| Rava, William C. | Partner | 6/20/2023 | Coordinate deposition logistics for court reporter etc. (.2); prepare and serve notice of subpoena and deposition subpoena (.2); emails with opposing counsel regarding deposition issues (.1); **[REDACTED]**; review documents, cases, and materials regarding deposition preparation for S. Kraemer deposition on Friday (2.6); | 3.1 | $ 1,145.00 | $ 3,549.50 |
| Marino, Patricia | Senior Paralegal | 6/20/2023 | Revise/update litigation team file and attorney deposition preparation materials (.3); **[REDACTED]**; | 0.3 | $ 460.00 | $ 138.00 |
| Rava, William C. | Partner | 6/21/2023 | Prepare and circulate internally draft deposition outline for Kraemer (2.1); review Unit221b comments on Kraemer expert and coordinate incorporation into deposition outline, with related team and client emails (.8); deposition planning with Unit221b, team, and client (.5); | 3.4 | $ 1,145.00 | $ 3,893.00 |
| Carter, Timothy M. | Associate | 6/21/2023 | Review S. Kraemer deposition outline (.8); revise the same (1.6); email W. Rava regarding the same (.3); | 1.5 | $ 665.00 | $ 997.50 |
| Rava, William C. | Partner | 6/22/2023 | Prepare for deposition, including revising and circulating outline, working on logistics with opposing counsel and internally, and organizing potential exhibits (4.2); client telephone conference regarding same and approach to deposition strategy (1.3); | 5.5 | $ 1,145.00 | $ 6,297.50 |

**SUMMARY OF ATTORNEYS' FEES SOUGHT BY PLAINTIFF BUNGIE, INC.**

| Tkpr Name | Title | Date | Description of Work | Billed Hrs Seeking Recovery | Billing Rate | Billed Amount Seeking Recovery |
|---|---|---|---|---|---|---|
| Marino, Patricia | Senior Paralegal | 6/22/2023 | Compile/organize/finalize potential deposition exhibit materials per attorney instruction and update litigation team file; | 0.6 | $ 460.00 | $ 276.00 |
| Carter, Timothy M. | Associate | 6/22/2023 | Conference with W. Rava, J. Barker, S. Gallagher, A. Noble, and E. Kaiser regarding S. Kraemer deposition outline (1.2); revise deposition outline in connection with the same (.2); email W. Rava regarding the same (.1); | 1.5 | $ 665.00 | $ 997.50 |
| Rava, William C. | Partner | 6/23/2023 | Prepare for (1.6) and attend (7.2) deposition of S. Kraemer, with related team communications and follow up (.4), including review of court order on sanctions and asset search; | 9.2 | $ 1,145.00 | $ 10,534.00 |
| Marino, Patricia | Senior Paralegal | 6/23/2023 | Conference with W. Rava regarding defendant's expert deposition and respond to additional information/document requests regarding same (.6); **[REDACTED]**; | 0.6 | $ 460.00 | $ 276.00 |
| **Total Attorneys' Fees Seeking Recovery** | | | | **35.6** | | **$ 35,652.00** |

| | | |
|---|---|---|
| 1201 Third Avenue, Suite 4900 | Email: clientacct@perkinscoie.com | **PERKINSCOIE** |
| Seattle, Washington 98101 | Accounting: 206.359.3143 | |
| Phone: 206.359.8000 | Fax: 206.359.9000 | |

| | | |
|---|---|---|
| **Bungie, Inc.** | Invoice No. | 6849543 |
| Attn: Don McGowan | Matter No. | ▮▮▮▮▮ |
| EMAIL INVOICES TO: invoices@bungie.com | Bill Date | July 10, 2023 |
| 550 106th Avenue NE, Suite 207 | Due Date | Due Upon Receipt |
| Bellevue, WA 98004 | | |

## INVOICE SUMMARY

**Re:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

For Professional Services rendered through June 30, 2023

| | |
|---|---|
| Services | ▮▮▮ |
| Disbursements and Other Services | ▮▮▮ |
| **Total Invoice Amount** | ▮▮▮ |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: ▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 139303 and Invoice 6849543**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP** | **Bank:** US Bank |
| **Attn: Client Accounting** | 1420 Fifth Avenue |
| PO Box 24643 | Seattle, WA |
| **Seattle, WA 98124-0643** | ABA # 125000105 |
| | Swift Code # US BK US 44I MT |
| | Account Name: Perkins Coie LLP |
| | Account Number: ▮▮▮▮▮ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



Invoice No. 6849543
Bungie, Inc.

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| 06/13/2023 | W. Rava | Review Kraemer expert report, including with cited documents (.6); ███ emails with opposing counsel regarding deposition scheduling for Kraemer and related issues (.3); | ███ |
| 06/13/2023 | P. Marino | Compile/organize expert deposition preparation materials/potential exhibits for attorney further review/evaluation and update litigation team working file; | 1.80 |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| 06/14/2023 | P. Marino | Revise/update attorney expert deposition preparation/potential exhibit materials; | 0.90 |
| ███ | ███ | ███ | ███ |
| 06/15/2023 | W. Rava | ███ begin to prepare for Kraemer deposition, including review of report, review of materials reviewed by expert, review of counterclaims, review of case law and other materials (2.5); emails with opposing counsel regarding deposition scheduling (.1); ███ | ███ |
| 06/15/2023 | P. Marino | Review/search database in response to attorney request for information/documents regarding expert deposition preparation and related follow-up; | 0.60 |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| 06/16/2023 | W. Rava | Emails with opposing counsel, Unit221, and team regarding Kraemer deposition scheduling issues (.4); work on deposition preparation for Kraemer deposition next week (.6); prepare for and telephone conference | 1.80 |

Invoice No. 6849543
Bungie, Inc.
███████████████████████████

PERKINSCOIe

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
|  |  | with client regarding Kraemer deposition issues (.7); related team follow up (.1); |  |
| 06/16/2023 | J. Dini | Conference with team and client regarding Kraemer deposition preparations and related issues (.4); ███████████████████████ | ███ |
| 06/16/2023 | T. Carter | Conference with team and client regarding Kraemer deposition preparations and related issues; | 0.40 |
| 06/19/2023 | W. Rava | ███████████████████████████ deposition preparations, including review of documents and cases (.5); | ███ |
| 06/20/2023 | W. Rava | Coordinate deposition logistics for court reporter etc. (.2); prepare and serve notice of subpoena and deposition subpoena (.2); emails with opposing counsel regarding deposition issues (.1); ████████████████████████ review documents, cases, and materials regarding deposition preparation for S. Kraemer deposition on Friday (2.6); | ███ |
| 06/20/2023 | P. Marino | Revise/update litigation team file and attorney deposition preparation materials (.3); ████████████████████ | ███ |
| 06/21/2023 | W. Rava | Prepare and circulate internally draft deposition outline for Kraemer (2.1); review Unit221b comments on Kraemer expert and coordinate incorporation into deposition outline, with related team and client emails (.8); deposition planning with Unit221b, team, and client (.5); | 3.40 |
| ████ | ████ | ████ | ███ |
| 06/21/2023 | T. Carter | Review S. Kraemer deposition outline (.8); revise the same (1.6); email W. Rava regarding the same (.3); | 1.50 |
| 06/22/2023 | W. Rava | Prepare for deposition, including revising and circulating outline, working on logistics with opposing counsel and internally, and organizing potential exhibits (4.2); client telephone conference regarding same and approach to deposition strategy (1.3); | 5.50 |
| 06/22/2023 | P. Marino | Compile/organize/finalize potential deposition exhibit materials per attorney instruction and update litigation team file; | 0.60 |
| 06/22/2023 | T. Carter | Conference with W. Rava, J. Barker, S. Gallagher, A. Noble, and E. Kaiser regarding S. Kraemer deposition outline (1.2); revise deposition outline in connection with the same (.2); email W. Rava regarding the same (.1); | 1.50 |
| 06/23/2023 | W. Rava | Prepare for (1.6) and attend (7.2) deposition of S. Kraemer, with related team communications and follow up (.4), including review of court order on sanctions and asset search; | 9.20 |
| 06/23/2023 | P. Marino | Conference with W. Rava regarding defendant's expert deposition and respond to additional information/document requests regarding same (.6); | ███ |





Invoice No. 6849543  
Bungie, Inc.



| | | | | |
|---|---|---|---|---|
| P. Marino | Paralegal | | 460.00 | |

**Total Services**

### Disbursements and Other Detailed Services through 06/30/2023

| Description | Amount |
|---|---|
| ███ | ███ |
| **Total** | ███ |

Total Disbursements and Other Services

Total Invoice Amount

### Billing History
(Including this invoice)

| | Fees | Costs | Charges | Total |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |

Page 7