THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>AIMJUNKIES.COM;<br>PHOENIX DIGITAL GROUP LLC;<br>DAVID SCHAEFER; JORDAN GREEN;<br>JEFFREY CONWAY; JAMES MAY,<br><br>        Defendants. | No. 2:21-cv-811-TSZ<br><br>**JOINT STATEMENT OF MEDIATION COMPLIANCE** |

On August 24, 2023, the parties participated in a mediation conducted by Western District of Washington panel mediator Brian McMahon. The case was not resolved.

DATED:

By:   */s/ William C. Rava*
    William C. Rava, WSBA No. 29948
    Jacob P. Dini, WSBA No. 54115
    **Perkins Coie LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000
    Email: WRava@perkinscoie.com
    Email: JDini@perkinscoie.com

    *Attorneys for Plaintiff Bungie, Inc.*

By:   */s/ Philip P. Mann*
    Philip P. Mann, WSBA No. 28860
    **Mann Law Group PLLC**
    403 Madison Ave. N.
    Suite 240
    Bainbridge Island, WA 98110
    Telephone: 206.855.8839
    Facsimile: 866.341.5140
    Email: phil@mannlawgroup.com

    *Attorney for Defendants*

JOINT STATEMENT OF MEDIATION COMPLIANCE
(No. 2:21-cv-811-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

163747769