THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY, <br><br> Defendants. | No. 2:21-cv-811-TSZ <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S MOTION TO AMEND JURY TRIAL DATE AND RELATED DEADLINES** |

THIS MATTER came before the Court for hearing on Plaintiff Bungie, Inc.'s ("Bungie") Motion to Amend Jury Trial Date and Related Deadlines (the "Motion"). Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, it is hereby ORDERED as follows:

Bungie's Motion is GRANTED. The schedule for the case shall be as follows:

| | **DEADLINE** |
|---|---|
| **JURY TRIAL DATE** | April 1, 2024 |
| Length of Trial | 3 to 4 days |
| Limited discovery regarding Brad LaPorte's expert testimony must be completed by | September 28, 2023 |

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

163751422.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | | |
|---|---|---|
| 1 | Plaintiff must file any motion related to Brad LaPorte (e.g., Daubert motion) by and note the motion not later than the third Friday thereafter (see LCR 7(d)) | October 12, 2023 |
| 2 | | |
| 3 | | |
| 4 | All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference (See LCR 7(d)(4)) | February 19, 2024 |
| 5 | | |
| 6 | | |
| 7 | Pretrial Order due by | March 4, 2024 |
| 8 | Trial Briefs to be submitted by | March 11, 2024 |
| 9 | | |
| 10 | Proposed Voir Dire/Jury Instructions due by | March 11, 2024 |

DATED this _____ day of _____, 2023.

_____
Honorable Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ William C. Rava*
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:        WRava@perkinscoie.com
                   CMarcelo@perkinscoie.com
                   JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

163751422.1