THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AMEND JURY TRIAL DATE AND RELATED DEADLINES**<br><br>**Note on Motion Calendar: September 15, 2023** |

In opposition to Plaintiff's Motion to Amend Jury Trial Date and Related Deadlines, Defendants state as follows:

1.   This case has been pending for over two years. If tried as scheduled in early December, 2023, it will have been pending over two-and-one-half-years.  To put this in perspective, the United States' entire involvement in World War I was more than one year shorter.  It is time for this matter to come to a close.

2.   Bungie's claim that no prejudice will result from delaying the trial yet again is disingenuous.  True, for Bungie, maintaining the status quo is no problem.  For Defendants, it is devastating.  The practical effect of Bungie's lawsuit, combined with it self-admitted campaign "to put cheaters on notice that Bungie will not tolerate cheating in Destiny2" has been to put Phoenix Digital out of business and destroy the livelihoods of four men who have broken no laws. Defendants' only hope is to present the facts to a jury of their peers and put Bungie's alleged, but increasingly ambiguous and unstated "proof" to the test.  Why, after more than two

Response to Motion To Amend
Cause No. 21-CV-0811-TSZ

Page 1

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900

years of litigation, Bungie would *not* want its day in Court is facially perplexing but not difficult to understand, given the increasingly apparent fact that Bungie not only lacks evidence to show any "copying" on the part of Defendants but has even admitted it never conducted any sort of actual analysis of the "cheat software" it claims was copied from Destiny 2.

3.     Bungie's purported grounds for further delay are preposterous.  To date, Bungie has taken at least two depositions (at apparently $35,000 or more per deposition) of each of the four individual Defendants, and has deposed Defendant David Schaefer on at least four separate occasions.  Bungie has already deposed Defendants' prior expert witness who Bungie successfully intimidated into withdrawing from the case, and is scheduled to take the deposition of Defenants' substitute expert later this month.  How Bungie and its high-priced counsel *could not* be prepared for trial at this late date despite what is now certain to be millions in incurred legal fees is hard to believe and calls into question just what services these name-brand firms provide in return for such fees.  If this simple copyright and trademark case, involving a mere $60,000 in overall gross sales, is as one-sided and as open and shut as Bungie claims, how difficult can it be to demonstrate such to a jury?  How can it take more than two-and-one-half years to prepare what should (if Bungie is telling the truth) be a slam-dunk case?  Again, major wars have been fought in less time.

4.     Bungie's lack of basic candor with this Court is further evidenced by that fact that, although it claims there is insufficient time (after more than two years) to prepare for trial, it nevertheless has the time and resources to file separate actions in state courts to discover assets and attempt to enforce its arbitration award against the individual defendants. Contemporaneous with its request that this Court postpone the trial, Bungie has had no difficulty in filing separate actions in multiple state courts, and serving discovery requests, in its effort to enforce the arbitration award it obtained earlier.  Again, Bungie is not playing it straight and engages in situational ethics in electing which arguments to provide to which tribunal.

5.     As Defendants see it, this Court has been quite clear that it is not inclined to delay this case any further, and Defendants have been as diligent as possible in meeting this Court's various deadlines and doing their best to be prepared for trial on December 4, 2023. Why Bungie apparently believes this Court was only joking when issuing it various orders and schedules is unexplained.  This case, which has taken a severe toll on the individual defendants needs to be brought to a resolution, either by way of settlement or disposition on the merits.

Response to Motion To Amend
Cause No. 21-CV-0811-TSZ

Page 2

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900

Nothing brings about settlement better than an impending firm trial date.  And if that is not in the cards, placing the evidence before a jury is equally as good.  Bungie's ill-considered and unsupported request for a further delay serves the interests of no one other than Bungie itself.  Neither Defendants, this Court nor the public interest are served by further delaying the day of reckoning and determining once and for all whether Bungie's purported case is based on actual facts or smoke and mirrors.

For all the foregoing reasons, Bungie's request to postpone the trial should be denied.

Dated September 13, 2023.

>*/s/ Philip P. Mann*
>
>Philip P. Mann, WSBA No: 28860
>**Mann Law Group PLLC**
>403 Madison Ave. N. Ste. 240
>Bainbridge Island, Washington  98110
>Phone (206) 436-0900
>phil@mannlawgroup.com
>Attorneys for Defendants

Response to Motion To Amend
Cause No. 21-CV-0811-TSZ                Page 3

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900