UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

        Plaintiff,

v.

AIMJUNKIES.COM, et al.,

        Defendant.

C21-0811 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed all papers filed in support of, and opposition to, the motion, the Court DENIES Plaintiff's motion to amend the trial date, docket no. 195.

(2) The Court CLARIFIES that motions in limine are due on October 26, 2023.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of October, 2023.

        Ravi Subramanian
        Clerk

        s/Laurie Cuaresma
        Deputy Clerk

MINUTE ORDER - 1