THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY, <br><br> Defendants. | No. 2:21-cv-811-TSZ <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S MOTION TO STRIKE EXPERT TESTIMONY OF BRAD LAPORTE |

THIS MATTER came before the Court for hearing on Plaintiff Bungie, Inc.'s ("Bungie") Motion to Strike Expert Testimony of Brad LaPorte ("Motion"). Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, it is hereby ORDERED that Bungie's Motion is GRANTED, it is further:

ORDERED that any of Brad LaPorte's report and/or testimony concerning the following subjects is excluded and may not be presented at trial:

A. Any opinions or testimony concerning the meaning of Exhibit D to Defendants' Amended Counterclaims (Dkt. No. 72-4) and/or BUNGIE_WDWA_0000367.

B. Any opinions or testimony concerning Bungie's claims in this matter, or Bungie's expert witness Steven Guris or his expert report.

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

C. Any opinions or testimony that the system drivers in Exhibit C to Defendants' Amended Counterclaims (Dkt. No. 72-3) and/or BUNGIE_WDWA_0000409 (such as \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206)) were not attributable to Defendant Phoenix Digital Group LLC.

**IT IS SO ORDERED**

DATED this _____ day of _____, 2023.

						_____
						Honorable Thomas S. Zilly
						UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ William C. Rava*
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:		WRava@perkinscoie.com
			CMarcelo@perkinscoie.com
			JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000