THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC.,<br><br>           Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,<br><br>           Defendants. | No. 2:21-cv-811-TSZ<br><br>DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF PLAINTIFF BUNGIE, INC.'S MOTION TO STRIKE EXPERT TESTIMONY OF BRAD LAPORTE |

I, William C. Rava, declare as follows:

1.    I am an attorney licensed to practice law before the courts of the State of Washington. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Plaintiff Bungie, Inc.'s Motion to Strike Expert Testimony of Brad LaPorte. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of the June 12, 2023 Expert Report of Scott Kraemer.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of the August 28, 2023 Expert Report of Brad LaPorte.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    4.    Attached hereto as **Exhibit 3** are true and correct copies of excerpts from the

2  September 28, 2023 deposition of Brad LaPorte.

3

4    I declare under penalty of perjury under the laws of the United States that the foregoing is

5  true and correct.

6

7    Executed this 12th day of October, 2023.

8                                                    */s/William C. Rava*
                                                    William C. Rava
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

RAVA DECL. ISO BUNGIE'S MOT. TO STRIKE
LAPORTE TESTIMONY
(No. 2:21-cv-811-TSZ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000