# EXHIBIT 2

THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
WASHINGTON


BUNGIE, INC., a Delaware corporation,
Plaintiff

v.

AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP
LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID
SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an
individual,
Defendants.

Case no. 2:21-cv-811-TSZ


Expert Report of Mr. Brad A. LaPorte

**Table of Contents**

I.   **INTRODUCTION**                                                        **2**
     A.   PROFESSIONAL QUALIFICATIONS AND EXPERTISE       2
     B.   SCOPE OF ENGAGEMENT                                           4
     C.   INFORMATION CONSIDERED                                     5
     D.   SUMMARY OF OPINIONS                                          6
     E.   PRIOR CASES                                                           9

I.   **INTRODUCTION**

A.   **PROFESSIONAL QUALIFICATIONS AND EXPERTISE**

I am an information security and IT consultant and currently serve as owner of High Tide Advisors. High Tide Advisors is based in Juno Beach, Florida, and is a boutique consulting firm created to help software companies create and execute go-to-market strategies. I operate out of Juno Beach, FL, and Portsmouth, RI. Among other things, High Tide Advisors provides consulting, research, and analysis services to information security and technology companies in the areas of product positioning and messaging, product-led growth strategies and execution, business development and partnerships, and sales strategy and execution.  In addition, I am an Advisor with Lionfish Tech Advisors. Lionfish Tech Advisors is incorporated out of Delaware, and I operate out of Juno Beach, FL, and Portsmouth, RI.  I provide strategic development and Go-To-Market consulting and advisory services to market-leading cybersecurity firms, merger and acquisition consulting, startup fundraising consulting, and business development services.  I also volunteer for the Department of Defense as the Cyber Range Co-lead for Cyber Yankee, one of the largest annual joint cyber training exercises in the U.S. supporting the Department of Homeland Security (DHS), Federal Bureau of Investigation (FBI), Federal Energy Regulatory Commission (FERC), ISO New England (ISO-NE), and all branches of the U.S. Military. I am responsible for designing, implementing, operating, and maintaining a realistic multi-domain virtual training environment with adversarial emulation to simulate and evaluate joint force operational readiness for real-world cyber intrusion campaigns. As part of this role, I coordinate across department leadership on critical milestones and deliverables.

I have 18 years of experience as a consultant in the cybersecurity industry, spanning various industry segments. Prior to forming High Tide Advisors, I served as a

high-ranking Gartner Research Analyst, including but not limited to the following specialties: (i) Security Information and Event Management ("SIEM"), (ii) Security Orchestration, Automation, and Response ("SOAR"), (iii) Threat and Exposure Management, (iv) Vulnerability Management, (v) Pen Testing, (vi) Cloud Security, (v) Managed Security Service Provider ("MSSP"), (vi) Managed Detection and Response ("MDR"), (vii) endpoint protection platforms/endpoint detection and response ("EPP/EDR"), (viii) Extended Detection & Response ("XDR"), (ix) Threat Intelligence, (x) Digital Risk Protection ("DRP"), (xi) Social Media Protection, (xii) Attack Surface Management ("ASM"), (xiii) Digital Forensics and Incident Response ("DFIR"). I was credited with creating several market categories at Gartner, including ASM, DRP, XDR, Auto-Pen Testing, Pen Testing as a Service, and Auto-Red Teaming. I was the lead author of the Magic Quadrant and Critical Capabilities for Endpoint Protection Platforms, Gartner Market Guide for Threat Intelligence, Market Guide for EDR, and two Ransomware publications. I personally covered hundreds of vendors and solutions at Gartner. Likewise, my consulting work has covered all segments of the information security industry. It has involved research and analysis concerning buyer personas, market size segments, and geographies for all vendors in this space.

In addition to the above consulting and research experience, I have approximately 20 years of experience working as an IT and Information Security Leader.  I pioneered many solutions in multiple roles for the past 14 years. This experience includes roles with corporations such as  Dell Secureworks, IBM, Acquia, and Kasada, as well as a veteran of the U.S. Army.  While at Dell, I launched the first-ever MDR service and Managed EDR service in 2014, as well as the first commercially available on-premise hardware appliance.

Additionally, I led the growth of the top 2 Managed Security Service Providers (MSSPs) and MDR, providers Dell Secureworks and IBM, to where they are today, as recognized by Gartner Magic Quadrant, Forrester Wave, and IDC MarketScape reports, to where they are today.

I have applied my skills in these areas to serve as a consultant on various matters ranging from marketing research analysis to specific go-to-market strategies for information security and IT companies.  I have also worked with end-users seeking to select vendors for cybersecurity solutions and services.

Throughout my career, I have frequently been called upon to assess the effectiveness of go-to-market programs or to develop and deliver quantitative marketing research projects.  I have conducted over 50 speaking engagements and written over 60 pieces

of content, as documented in Exhibit 2. This equates to approximately 1-2 publications a week for my clients.

Some broad examples of how I have been retained as a consultant that is relevant to this project are described here. I provide strategic development and Go-to-Market strategy design services where I help develop, review, test, and refine specific strategies to bring clients' products to market. I provide analyst relations and influencer engagement strategy, which includes developing plans to achieve specific goals from relationships with analysts and influencers. I provide product strategy and development, including providing guidance, writing, reviews, and strategy brainstorming for the following product management activities, pitch and briefing coaching, messaging guidance, customer and market target, persona development, pitch deck development, product roadmap development, product marketing materials development, as well as how to navigate the complex world of analyst relations.  As needed, project deliverables and services that are mutually agreed upon for the contract term.

I am an expert in digital forensics and incident response, penetration testing (Black, Grey, White), reverse engineering (static, dynamic), intrusion analysis, malware analysis, and I have had similar experience throughout my entire career. My CV explains my experience in the US military, working at top MSSP providers Dell SecureWorks and IBM, being a top research analyst at Gartner, product leader at Acquia, a web hosting company, and an executive at Kasada, a bot mitigation company. Gaming companies were customers of Dell, IBM, Gartner, Acquia, and Kasada. I am an industry expert in multiple attack vector techniques, including but not limited to malware exploits, RAT, RCE, credential stuffing and account takeover (ATO) attacks, binary exploitation, memory exploits, and many other applicable tactics and techniques. The majority of my experience is overseeing experts in a managerial role, a practitioner, a product management role (building and delivering services and products), and advisory and consulting roles.

I received a Bachelor of Science degree in Business Management from the University of Rhode Island in 2006.  In 2016, I received a Masters in Business Administration from Ithaca College.  At the time of this report, I have not provided an expert report, deposition, or trial testimony in U.S. litigation.  A complete list of my prior publications and presentations can be found in my *curriculum vitae*, which is appended to this report as **Exhibit 1,** as well as my LinkedIn profile located here - https://www.linkedin.com/in/brad-laporte/.

## B.   SCOPE OF ENGAGEMENT

4

On or about August 14, 2023[date], I was engaged by Defendants Phoenix Digital Group LLC ("Phoenix Digital") and David Schaefer ("Mr. Schaefer") to examine and opine on issues with regard to the matter styled Bungie, Inc. v. AIMJUNKIES.COM, et al., W.D. WA case no. 2:21-cv-811-TSZ. Specifically, I was asked to review documents and potentially write one or more reports and/or declarations and to testify as an expert witness in this action with regard to the Counter Claims made by Phoenix Digital and Mr. Schaefer in this matter concerning (1) the validity of Expert Report of Scott A. Kraemer ("Mr. Kraemer); and (2) whether forensic evidence appears to support the conclusion that Plaintiff Bungie, Inc. ("Bungie") reverse engineered, de-compiled and/or otherwise analyzed a certain "loader" software product distributed by Phoenix Digital; and (3) whether Bungie appears from the evidence I reviewed to have accessed certain private files on the computer of James May ("Mr. May").

I am billing for my work for the current assignment at my customary hourly rate of $600/hr.  No part of my compensation is contingent on the outcome of this litigation or the nature of the opinions I render.

## C.   INFORMATION CONSIDERED

In preparing this report, I have reviewed information from a variety of sources. These include, for example, (a) documents filed with the Court by the parties; (b) documents produced by the parties; (c) deposition testimony; (d) information from publicly available sources; and (e) information from industry subscription sources. In addition, I have relied on my experience and training in the cybersecurity/information security field, as well as my professional consulting experience in the specific industries related to those involved in this matter.

A complete list of the materials I have reviewed in connection with my analysis of this matter is listed below:

01_Amended Answer and Amended Counterclaims (Nov 21, 2022)
02_Bungie Privacy Policy (Ex B)
03_BUNGIE_WDWA_0000002 (Highly Confidential)
04_BUNGIE_WDWA_0000251 (Highly Confidential)
05_BUNGIE_WDWA_0000368 (Highly Confidential)
06_BUNGIE_WDWA_0000409
07_BUNGIE_WDWA_0000410 (Highly Confidential)
08_BUNGIE_WDWA_0000412_Highly Confidential – Attorney Eyes' Only
09_BUNGIE_WDWA_0000483
10_BUNGIE_WDWA_0000488

11_BUNGIE_WDWA_0000493
12_BUNGIE_WDWA_0000497
13_BUNGIE_WDWA_0000518
14_BUNGIE_WDWA_0000522
15_BUNGIE_WDWA_0000525
16_BUNGIE_WDWA_0000528
17_BUNGIE_WDWA_0000536
18_BUNGIE_WDWA_0000551
19_BUNGIE_WDWA_0000552
20_BUNGIE_WDWA_0000597
21_Exhibit C
22_Exhibit D
23_Expert Report of Scott A. Kraemer
24_FINAL - Steven Guris Expert Witness Report (Federal)
25_Limited Software License Agreement (Ex A)
26_Phoenix (Aimjunkies) Terms of Service (Ex E)
27_BUNGIE_WDWA_0000416 (Highly Confidential)
28_BUNGIE_WDWA_0000421 (Highly Confidential)

I anticipate using some of the documents referenced above, as well as other documents that have been or may be produced during the course of this action or as a result of my analysis, to support my testimony at deposition and at trial in this action. Also, I may use representations, charts, and graphs based on these documents or other demonstrative materials.

It is my understanding that fact discovery in this matter is ongoing as of the date that I submit this report. I reserve the right to revise my opinions and supplement this report based on information that has not yet been produced in this matter, if necessary. This could include additional deposition testimony and documents that have not yet been produced or any other new documents or information that become available during the course of this matter.

## D.  SUMMARY OF OPINIONS

I am basing my opinion solely on the contents of the documents provided and my knowledge as to what these documents reasonably demonstrate, show, and mean from a technical standpoint.

With respect to certain of the documents that have been provided in this matter, my conclusions and basis for my conclusions are as set out below:

**BUNGIE_WDWA_0000368.** The Export Report of Mr. Kraemer is correct in that this document appears to be a memory dump of notepad.exe. It is also correct that the primary way to produce a document like this would be to utilize a tool or debugger to dump the contents of it. There are a multitude of free and readily available tools online that could be used to conduct this activity. The Kraemer Export Report states that this is a document prepared and produced by Bungie, which is stated in other documents I have reviewed, which includes Exhibit D and 01_Amended Answer and Amended Counterclaims (Nov 21, 2022). I agree with Mr. Kraemer that only Bungie would be able to state where this document originated from and what tool was used to produce this document.

**BUNGIE_WDWA_0000410.** The Export Report from Mr. Kraemer is correct in that this document discusses obtaining the cheat methodology and how to initiate setting up the cheat loader. This document also specifies attempts to detect it, as made apparent in part from the quote below: "Stage 1: The clear sign would be the IP connections 172.67.73.48 and 104.26.1.138. To establish these HTTPS connections the cheat loader first injects itself into notepad.exe". This sentence gives the IP addresses of where the cheat communicates with. The Expert Report from Mr. Kraemer is correct in that in order to get these IP addresses, either a tool for monitoring network traffic from a PC using the AimJunkies Cheat Loader and subsequent Notepad process must have been used, or the Cheat Loader/or Notepad was decompiled. Mr. Kraemer is correct in stating that this information is not freely available and would only be determined by conducting digital forensics on the device.

**BUNGIE_WDWA_0000412**. The Expert Report from Mr. Kraemer is correct in stating that this document shows that Bungie ran a tool called Process Monitor to the notepad process to monitor its Process and Thread activity and dumped the activity to a CSV file. Mr. Kraemer is correct in his Expert Report, where he states that this is an attempt to find out what AimJunkies Cheat is doing. More on Process Monitor can be found on Microsoft's website here -
https://learn.microsoft.com/en-us/sysinternals/downloads/procmon.

**MD5 Hash.** The Expert Report from Mr. Kraemer is correct in stating that an MD5 Hash was located on all of the Mr. James Files that were found. Mr. Kraemer is correct in stating that in the Exhibit C Document \??\g:\work files\reclass\x64\plugins\reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) g:\work files\reclass\x64\reclass.net.exe (360B1FE16603C1106CD8DEF992846B1B) has 32 length Numbers and Letters in Parenthesis and are MD5 Hashes.

I agree with Mr. Kraemer, and it is also my expert opinion that the technological evidence showed Bungie searched and found files and used an MD5 Hash Generator to access James May's Files to Generate the Hash. An example of a tool is located here - https://www.md5hashgenerator.com/. The MD5 Tool/API they used read the full contents of the file to generate and produce the hash values.

**System Drivers.** The Expert Report from Mr. Kraemer is correct in stating that the System Drivers found in Exhibit C Example \??\g:\work files\reclass\x64\plugins \reclasskernel64.sys (8D98DB3A27112A9C92558FF90A1D6206) System Drivers are loaded into a computer system's Kernel, specifically Mr. May's system, and not attached to the game. There is no way to confirm that the system drivers contain cheat codes for Destiny 2 or any other cheat program.

Given Mr. May's involvement with AimJunkies, it would be expected that he would have binaries and files with the name 'AimJunkies.' There is no way to know from Exhibit C what these files contain or what their purpose may be.

The Expert Report from Mr. Kraemer states that VirusTotal.com shows this file to contain no detected malware or being flagged for malicious content and that this specific driver file was first submitted to VirusTotal.com on 2022-03-08. This information is located in the Expert Report of Mr. Steven Guris. I could not find a reference to the date of 2022-03-08, but I was able to find a date of 2022-09-15. It is my expert opinion that there is no way to provide any definitive evidence or conclusion to the results of this analysis conducted by Mr. Guris. Since the file was a .zip file and the origin and validity of the file that was uploaded can not be verified, there is no way to confirm whether this file is, in fact, the property of the Defendant, who the actual owner is, or if it is in any way malicious.

**Exhibit D to Amended Counterclaims.** The Expert Report from Mr. Kraemer and 01_Amended Answer and Amended Counterclaims (Nov 21, 2022) states that Bungie found "(C:\Users\james\Desktop\ReClass.NET-KernelPlugin-master\bin \ReClassKernel64.pdb)." I agree with Mr. Kraemer that this file is a symbols / Debug file used when compiling ReClassKern64.sys. I also agree with Mr. Kraemer that a system driver would never be attached to the game and was apparently located by other means undertaken by Bungie, which is not explained in Exhibit D or BUNGIE_WDWA_0000409.XLSX by column identification "AimJunkies binary found." It is my opinion Bungie searched for and accessed these private files and system drivers outside of the Destiny 2 game directory structure and into personal space.

8

## E.    PRIOR CASES

1.  Civil Action No. Case No. 2:21-cv-03362

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA.

RED CANARY, INC., Plaintiff, v. MAGNARI, INC. DBA RED CANARI, Defendant.

2.  Civil Division Docket No. 953-10-19 Cncv

IN THE UNITED STATES SUPERIOR COURT FOR THE STATE OF VERMONT.

BLACKBERRY CORPORATION, AND CYLANCE INC. (d/b/a BLACKBERRY CYLANCE), Plaintiffs, v. CHRIS COULTER, and SENTINEL LABS, INC. (d/b/a SENTINELONE and SENTINELONE.COM), Defendants.

3.  Case no. 2019-016333-CA-01

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ALEXANDER OTAOLA, Plaintiff v. DESCEMER BUENO, Defendent.


**Signed by Expert Witness:**

Brad LaPorte

8-28-2023

Date

# BRAD A. LAPORTE

331 Zenith Lane ● Juno Beach, FL 33408 ● Phone: (706) 726-1502 ● brad@hightide-advisors.com

## CERTIFICATIONS
**GCIA -** GIAC Certified Intrusion Analyst
**CISM -** Certified Information Security Manager
**ITIL -** IT Infrastructure Library Foundation
**Pragmatic Marketing -** Level 3 Certification
**CompTIA -** Security+
**Cisco Networking Academy –** IT Essentials I: PC Hardware and Software (aligned to CompTIA A+)

## EDUCATION
**Ithaca College** – Ithaca, NY
Masters of Business Administration (3.9 GPA, 05/16)
**University of Rhode Island** – Kingston, RI
Bachelor of Science, Business Management (Cum Laude, 05/06)

## AWARDS
- Gartner Performance Awards – Q4 2019, Q2 2020
- IBM Security Employee of the Quarter – Q2 2018
- Dell SecureWorks Employee of the Month Nomination – 2013 & 2014
- Dell SecureWorks Merit Based Achievement Award – 2012, 2013, & 2014
- Received 5 achievement awards for outstanding leadership and excellent performance while serving in the military
- Three-year University Scholarship Recipient and Merit-Based Grant Recipient, #1 ranked graduate in the Army ROTC Program

## PROFESSIONAL EXPERIENCE

**Lionfish Tech Advisors**                                                                                      Portsmouth, RI
**Advisor**                                                                                                          Dec 2021-Present
- Co-led company formation, daily business operations, and Go-To-Market strategy
- Provide strategic development and Go-To-Market consulting and advisory services to market-leading cybersecurity firms
- Merger & Acquisition consulting
- Startup fundraising consulting
- Business development for double-digit clients

**High Tide Advisors**                                                                                          Portsmouth, RI
**Partner**                                                                                                          March 2021-Present
- Provide Go-To-Market Consulting and advisory services to over 30 cybersecurity firms
- Strategic Advisor to 4 early-stage tech startup companies
- Led the Small Business Innovation Research (SBIR) award for a startup
- Led the Seed Funding for 2 startups
- Produced over 100 pieces of content for clients across 10 different tech domains

**US Department of Defense**                                                                              Portsmouth, RI
**Cyber Range Lead (Volunteer)**                                                                      Aug 2021-Present
- Cyber Range Co-lead for Cyber Yankee, one of the largest annual joint cyber training exercises in the US supporting Department of Homeland Security (DHS), Federal Bureau of Investigation (FBI), Federal Energy Regulatory Commission (FERC), ISO New England (ISO-NE), and all branches of the US military
- Design, implement, operate, and maintain a realistic multi-domain virtual training environment with adversarial emulation to simulate and evaluate joint force operational readiness to real-world cyber intrusion campaigns
- Coordinate across department leadership on critical milestones and deliverables

**Kasada**                                                                                                          Portsmouth, RI
**Chief Evangelist & Strategy Officer**                                                               Nov 2020-March 2021
- Over 40 analyst briefings in under 2 months across 15 top research analyst firms
- Led the achievement of 5 industry-leading awards – SC Media 2021 Trust Award, Globee Cyber Security Global Excellence Award, Cyber Security Excellence Award, Tech Trailblazers, Tag Cyber Distinguished Vendor
- Forrester publication mention based on primary research conducted

**Gartner**                                                                                                          Boston, MA
**Senior Director, Research & Advisory**                                                             May 2019-Nov 2020
- **Ubiquitous:** 900 total interactions in the first 12 months (7th of all Gartner analysts during that period); 4.9/5 Quality Rating

# BRAD A. LAPORTE

11 Cindy Lane ● Portsmouth, RI 02871 ● Phone: (706) 726-1502 ● blaporte29@gmail.com

- **Expert:** Lead analyst in the top 2 security initiatives – Endpoint Security and Threat Intelligence; authored essential research
- **Top Performer:** Directly supported sales with $1.9m worth of risky renewals and net contract value increase

**Acquia**                                                                                              Boston, MA
**Associate Director, Security & Performance**                                          July 2018-May 2019
- **Leader**: Promoted to Associate Director within 3 months of being hired, led the growth of 3 portfolios worth over $20 Million
- **Business Results:** Identified $500,000 in savings, increased revenue by 30%, launched 9 new products in one quarter. Achieved 123% above the target bookings quota, 158% of net new bookings and expansion quota, renewal rate of 96%, & increased gross margins by 3% for the fourth quarter. Best quarterly performance for this division in corporate history.
- **Agile:** Product owner of the Security Engineering Team, co-led company to achieve FedRAMP Compliance

**IBM**                                                                                                  Boston, MA
**Senior Technical Product Manager & Team Lead, Endpoint Security**       December 2015-July 2018
- **Business Results:** Designed, implemented, and grew the Endpoint Security Service portfolio from concept to a multimillion-dollar revenue business with over a 25% growth rate in less than 10 months
- **Innovative:** Co-led the acquisition and integration of Resilient Systems, setting the standard for the most successful acquisition in IBM history by exceeding the original business case by 3 times projected amounts

**DELL SECUREWORKS**                                                                 Ithaca, NY
**Senior Product Manager, Endpoint Security & Mobility**               February 2014-December 2015
- **First to Market:** Creator of the first ever Managed Detection & Response (MDR) service offering to the global market
- **Exceeds Standards:** Led the implementation of the most successful service launch in Dell SecureWorks history in the shortest amount of time as well as being the most complex and fastest-grossing
- **Innovative:** Designed and managed 2 innovation proposals to develop a cutting-edge intellectual property-driven platform that will allow the company to differentiate itself in the market and become a global leader in the endpoint industry

**DELL SECUREWORKS**                                                                 Providence, RI
**Technical Program Manager**                                                      January 2012-February 2014
- **Effective:** Managed 3 programs and completed over 20 projects in less than a year; many of which were behind schedule, without adequate resources, and were part of Dell SecureWork's top priorities
- **Pioneer:** Led the establishment of the Training and Documentation Team along with the Knowledge Management program; implemented 2 learning management systems to improve education across operational teams & reduce onboarding times by 75%

**DELL SECUREWORKS**                                                                 Providence, RI
**Security Operations Center Senior Manager Level II**                   February 2011-January 2012
- **Adaptive Leadership:** Maintained 100% of all service level goals while incurring a 94% turnover
- **Employee Development:** Inspired and developed 11 employees to be promoted above their peers
- **Cost Savings:** Saved the company over 4 headcount, or roughly $250K, by implementing process improvement techniques which allowed senior management to reallocate resources to other critical locations at a crucial time
- **Quality Management:** Reduced the meantime to contribution from 6 to 2 months by implementing training improvements
- **Client Service Support:** Reduced client issues from 1 a day to 1 a month by implementing auditing and quality of service improvement methodologies

**DELL SECUREWORKS**                                                                 Providence, RI
**Security Operations Center Shift Supervisor**                           August 2010-February 2011
- **Efficient:** Used innovation to streamline & automate processes & procedures, saving thousands in costs improving quality
- **System Integration:** Improved an existing collaboration area to allow teammates to communicate more effectively across multiple shifts and track issues more efficiently; increasing productivity by over 25%
- **Client Service Support:** Updated and improved escalations for the company's top 40 customers, resulting in more accurate and timely escalations, maintaining the highest level of client satisfaction

# BRAD A. LAPORTE

11 Cindy Lane ● Portsmouth, RI 02871 ● Phone: (706) 726-1502 ● blaporte29@gmail.com

- **Leader:** Reduced lateness by 95% by communicating clear expectations to all employees

## UNITED STATES ARMY NATIONAL GUARD                                          Milford, MA
**IT Services Support Branch Chief**                                    **July 2010-June 2012**
- **Trustworthy:** Able to obtain & maintain a Top-Secret Security Clearance with access to Special Compartmented Information
- **Responsible:** Subject matter expert in charge of all the Army and Air Force tactical communications in Massachusetts
- **Auditor:** Inspected and validated the Region 1 Weapons of Mass Destruction Response Team's communication equipment, ensuring the safety of millions of nearby residents; this was used to respond to the Boston Marathon Bombing in 2013
- **Project Management:** Strategic architect for integrating a Worldwide Interoperability for Microwave Access (WiMAX) communications network across 6 states; provided a high-speed redundant network & increased bandwidth & resiliency by 300%
- **Technical:** Co-organizer for starting the first Federal Bureau of Investigation (FBI) Symposium and Signal Conference, which resulted in expanding vital relationships in the northeast
- **Planner:** Key planner for a multi-government agency and joint military emergency response exercise that increased overall readiness for a natural disaster. Implemented two new capabilities that allowed leaders to view on-site situations in real time

## UNITED STATES ARMY                                          Fort Shafter, HI
**Systems Administration Branch Chief**                                    **January 2009-June 2010**
- **Technical:** Lead architect capable of fully engineering and protecting a wide variety of different information technology environments; managed over 400 endpoint devices covering over four different security domains
- **Time Management Skills:** Successfully completed over 50 projects working with technical and non-technical teams. Implemented new processes to effectively track and report strategic plans, critical tasks, and milestones to senior management
- **Communication Skills:** Volunteered to work with cross-functional teams to plan, coordinate, and execute the Pacific Region Federal Campaign Fundraiser; exceeded goals by raising over $1 million dollars from over 25,000 contributors
- **Projects Future Deliverables:** Anticipated future customer growth and increased data storage capabilities by 300%

## UNITED STATES ARMY                                          Schofield Barracks, HI
**Executive Officer, Supervisor, and Operations Officer**                    **December 2006- January 2009**
- **Works Effectively with Senior Management**: Ranked "number one" by the CEO and recommended to work at the Executive Directorate Level and to attend the National Training Center for four weeks to mentor peers in communications support
- **Works Extremely Well Under Pressure**: Orchestrated the transportation of hundreds of employees to a safe area during dangerous flood while simultaneously providing alternate power support for the installation's internet service provider
- **Established Policy and Procedure:** Implemented innovative ideas that met the company's needs. Implemented the unit's first standard operating procedure for rapid deployable communications support, increasing capabilities by over 50%
- **Global Impact:** Directly involved with setting up the Department of Homeland Security point of presence in the Pacific Region after Hurricane Katrina, tested the first Wideband Global SATCOM (WGS) satellite, and led the response team for the Avian Influenza scare and the destruction of the National Reconnaissance Office satellite in 2008
- **Leadership Skills:** Acted as the company's first Communication Detachment Supervisor and led the first overseas mission, resulting in excellent performance and commendation by the Senior Director
- **Communication Skills:** Understands how to articulate concepts clearly and effectively. Provided input to the Joint Chiefs of Staff on how to provide timely communications support to the country of Myanmar during the cyclone disaster in May 2008.

| Type | Date | Organization/Publication | Title | Link |
|---|---|---|---|---|
| LI Post | 8/21/2023 | BluSapphire | Here is how Consolidation of Cybersecurity is going to be the future. | https://www.linkedin.com/posts/blusapphire_expert-expertopinion-expertanswers-activity-7097909973686374402-o7Ru?utm_source=share&utm_medium=member_desktop |
| LI Post | 8/7/2023 | BluSapphire | Is it even possible? Can you maintain your Cyber Resilience while also having a tight budget? | https://www.linkedin.com/posts/blusapphire_sapphire-show-activity-7092859167949934592-Hz7t?utm_source=share&utm_medium=member_desktop |
| LI Post | 7/28/2023 | BluSapphire | How do #cisos prepare for the evolving threat landscape? Is it possible for them to keep up with Attackers? | https://www.linkedin.com/posts/blusapphire_sapphire-show-activity-7085249018800308224-QIZA?utm_source=share&utm_medium=member_desktop |
| Blog, LI Post | 6/20/2023 | NetRise | Firmware Security is Only as Good as its Source | https://www.netrise.io/xiot-security-blog/firmware-security-is-only-as-good-as-its-source |
| Blog, LI Post | 6/6/2023 | NetRise | IT Security Needs a FIRM Grasp on XIOT Device Vulnerabilities | https://www.netrise.io/xiot-security-blog/firmware-security-is-only-as-good-as-its-source |
| Webinar | 3/21/2023 | InfoSec Magazine | How To: Ensure Your Cybersecurity Insurance Policy Works for Your Business | https://www.infosecurity-magazine.com/profile/brad-laporte/ |
| Webinar, Ebook, LI Post | 1/19/2023 | Ordr | Healthcare's Guide to Connected Device Security Maturity Model – The Road to Zero Trust | https://www.linkedin.com/feed/update/urn:li:activity:7003456600594108417/?updateEntityUrn=urn%3Ali%3Afs_feedUpdate%3A%28V2%2Curn%3Ali%3Aactivity%3A7003456600594108417%29 |
| Podcast, LI Post | 12/1/2022 | Crucial Tech w/ Lou Covey | As tech investors cower, Cybersecurity looks like a good bet - Crucial Tech with Lou Covey | https://www.linkedin.com/feed/update/urn:li:activity:7003037064090673264/ |
| Press Release | 11/29/2022 | Ordr | Ordr Publishes Connected Device Security Maturity Model to Guide Healthcare Organizations on the Path to Zero Trust | https://www.prnewswire.com/news-releases/ordr-publishes-connected-device-security-maturity-model-to-guide-healthcare-organizations-on-the-path-to-zero-trust-301688726.html |
| Webinar, LI Post | 11/10/2022 | Centripetal, GreyNoise | Panel Discussion on Why Operationalizing Threat Intelligence is so hard | https://www.linkedin.com/feed/update/urn:li:activity:6998318271250710530/?updateEntityUrn=urn%3Ali%3Afs_feedUpdate%3A%28V2%2Curn%3Ali%3Aactivity%3A6998318271250710530%29 |
| Podcast, LI Post | 10/11/2022 | RunSafe Security | Brad LaPorte: Free to Choose, But Accept Consequences | https://www.linkedin.com/feed/update/urn:li:activity:6988570381406068736/?updateEntityUrn=urn%3Ali%3Afs_feedUpdate%3A%28V2%2Curn%3Ali%3Aactivity%3A6988570381406068736%29 |
| Blog | 10/6/2022 | Ordr | The Secure Path to Digital Transformation for Manufacturers, Utilities and Healthcare Organizations | https://ordr.net/blog/the-secure-path-to-digital-transformation-for-manufacturers-utilities-and-healthcare-organizations/ |
| Podcast, LI Post | 10/1/2022 | Secure Ventures w/ Kyle McNulty | Brad Laporte and Rob Smith on Trends with Security Analyst firms (e.g. Gartner) | https://www.linkedin.com/feed/update/urn:li:activity:6973294545597833216/?updateEntityUrn=urn%3Ali%3Afs_feedUpdate%3A%28V2%2Curn%3Ali%3Aactivity%3A6973294545597833216%29 |
| Blog, LI Post | 9/29/2022 | NetRise | With NetRise, Security Teams No Longer Left to Their Own Devices | https://www.linkedin.com/feed/update/urn:li:activity:6973976842647044096/?updateEntityUrn=urn%3Ali%3Afs_feedUpdate%3A%28V2%2Curn%3Ali%3Aactivity%3A6973976842647044096%29 |
| Webinar, LI Post | 9/28/2022 | InfoSec Magazine | Latest Trends in Nation-State Cyber-Threats | https://www.linkedin.com/feed/update/urn:li:activity:6975161554614796289/?updateEntityUrn=urn%3Ali%3Afs_feedUpdate%3A%28V2%2Curn%3Ali%3Aactivity%3A6975161554614796289%29 |
| Magazine | 9/7/2022 | InfoSec Magazine | Q3 2022 / Volume 19 / Issue 3; page 8-10. Quantum Co | https://www.linkedin.com/posts/activity-6973255233674035200-sWHl?utm_source=share&utm_medium=member_desktop |
| Magazine, LI Post | 9/1/2022 | InfoSec Magazine | Is your organization ready for the 'Ticking Quantum Time Bomb?' | https://www.linkedin.com/feed/update/urn:li:activity:6975832405030887424/?updateEntityUrn=urn%3Ali%3Afs_feedUpdate%3A%28V2%2Curn%3Ali%3Aactivity%3A6975832405030887424%29 |
| LI Post | 9/1/2022 | rThreat | Summary of a few hundred conversations with #cisos over the past couple months. | https://www.linkedin.com/feed/update/urn:li:activity:6976313942126014464/?updateEntityUrn=urn%3Ali%3Afs_feedUpdate%3A%28V2%2Curn%3Ali%3Aactivity%3A6976313942126014464%29 |
| Conference Speaker | 8/10/2022 | Black Hat, Team Cymru | Future of ASM: ASM v2.0 | Not Available, live event that was not recorded |
| Panel | 7/18/2022 | ISMG, Team Cymru | Virtual Roundtable - Future of ASM | Not Available, live event that was not recorded |
| Webinar | 6/30/2022 | InfoSec Magazine | Attack Surface Management: Discover and Secure Your Uknown Internet Exposure at Scale | https://www.infosecurity-magazine.com/webinars/attack-surface-management/ |
| Podcast | 6/28/2022 | Team Cymru | Future of Cyber Risk: Inside the Mind of a Modern CISO | https://futureofcyberrisk.podbean.com/e/inside-the-mind-of-a-modern-ciso-with-brad-laporte-former-gartner-analyst/ |
| Panel | 6/16/2022 | Team Cymru | 2nd Annual Tribal Cybersecurity Summit | Not available, live event that was not recorded; https://www.tribalhub.com/tribal-hub-cybersecurity-summit-pressrelease/ |
| Conference Speaker | 6/7/2022 | RSA Conference, Team Cym | Future of ASM: ASM v2.0 | https://www.rsaconference.com/usa/agenda/session/What%20is%20Attack%20Surface%20Management%20ASM%20x20%20And%20Why%20You%20Need%20It |
| Conference Speaker | 6/6/2022 | AGC | AGC Conference - ASM Panel | https://em.meetmax.com/ls/click?upn=8-2F4WJjLerwnvESrYtRGEvlgedSaW2rYOJgpn6vN2vH655gDfQOiZUJb1vwDI1MrmgrL1_5eh91rBrTyBVQ-2FfXkQ-3D-3DNosK_K9eKGOOJ6QPePy-2FJwkpWAhhP20kF0dGre70EQEEc8Rp0iK-2BhjrHTNG5amAAkti7pYUhfwhiXk6ox68nEu8BZC6q7sYLJt0FZI2KLNeJWIZreXeN4gBNEZgMWIhyKqEh-2FC-2BEcsUhamep-2BYsVRq4k8jcQ4Xfs-2FBRrkWHFEaP-2B9JmcNALIp3JBasVpMVIIq-2FAZHtsQnlSW-2FmPL2GQKHL01-2BqhgYKGKHL-2B3QDD-2Fhz3CprEXy6hKxMiWG9dYZ4eDYP5-2B6d5Y13KpYC2190G3D9F8sRPsmUsbndT0DzwF41aoqSP9UCnUgyi7DQeyly-2Fz-2FR7enlsUfoVCjm5sL0dRo9YdeyW2Z3WZL78XFY-2BhFuuggdchC7e-2FdsKf2rvYjmuHtuf1vtiLOUpPiJ6XO-2BkbJIgyMhajjr2gXXBEqQP5Ir8Spefhubrgz36ydm1uk9kClpI46S-2FGorRb8sbqkOjFPMZI2ygPzQAmxGfSVB6zisUEfk0lTjfOULjEoJwApaiZmH7CVOINKdT-2FSg0XGItMXCIq376JFFFLnyAZx1vNtweczX2RUCy2skDokfT3fpIFWuxrLaXrlnotQXMRinN7XM-2FA-3D-3D |
| Webinar | 4/19/2022 | SANS, GreyNoise | Mass Exploitation - How to Defend the Next Log4j | https://www.linkedin.com/posts/greynoise_mass-exploitation-how-to-defend-the-next-activity-6923335871932895232-OP1d?utm_source=share&utm_medium=member_desktop |
| Webinar | 4/14/2022 | InfoSec Magazine | Password Security in 2022: An IT Managers Guide | https://www.infosecurity-magazine.com/webinars/password-security-in-2022/ |
| Social Post | 4/12/2022 | Panther, GreyNoise | Webinar Promotion - How to reduce alert fatigue with Panther and GreyNoise | https://www.linkedin.com/posts/runpanther_how-to-reduce-alert-fatigue-with-panther-activity-6919685732416593920-CFrr?utm_source=linkedin_share&utm_medium=member_desktop_web |
| Blog | 4/7/2022 | Morphisec | THE CYBER THREAT LANDSCAPE FOR 2022 DAR | https://blog.morphisec.com/the-cyber-threat-landscape-2022 |

| Blog | 4/7/2022 | Ordr | The Evolution of Network Security Systems: How they've changed in response to ever-greater threats | https://resources.ordr.net/blog/evolution-of-network-security-systems |
| Blog | 4/6/2022 | InfoSec Magazine | Electric Vehicle Chargers Hacked to Show Porn | https://www.infosecurity-magazine.com/news/electric-vehicle-chargers-hacked |
| Webinar | 4/6/2022 | Morphisec | WHY AV & EDR ARE FAILING TO STOP RANSOMWARE | https://engage.morphisec.com/why-av-edr-are-failing-to-stop-ransomware-on-demand-typ |
| Webinar | 4/6/2022 | Panther Labs, GreyNoise | How To Reduce Alert Fatigue with Panther and GreyNoise | https://panther.com/resources/webinars/how-to-reduce-alert-fatigue-with-panther-and-greynoise/ |
| Blog | 4/5/2022 | Panther Labs, GreyNoise | GreyNoise and Panther - A TRUE Better Together Story | https://www.greynoise.io/blog/greynoise-and-panther-a-true-better-together-story?preview=true |
| Webinar | 3/24/2022 | Team Cymru | ASM v2.0 | https://team-cymru.com/the-future-of-attack-surface-managemen |
| Ebook | 3/24/2022 | Team Cymru | The Future of Attack Surface Management | https://partners.team-cymru.com/e/711363/nagement-v2-0-Brad-LaPorte pdf/s11jq/644868092?h=k-gwxw9sp125qxOw1S4lMQdxWyM-4Hg2Cj3JFUoHWxQ |
| Virtual Event | 3/23/2022 | Cybersixgill | re:con 2022 Cybersixgill & C-Vision. Cybersecurity in the Age of Digitalization and Data Overload CISO Virtual Think Tank | https://www.cvisionintl.com/events/virtual-think-tank/2022-mar-23- cybersixgill-think-tank-us-1/register/ |
| Webinar | 3/23/2022 | Ordr, Gigamon | Triaging the Ransomware Healthcare Crisis | https://www.brightalk.com/service/player/en US/theme/default/channel/15843/webcast/532379/play?showChannelList =true |
| Blog | 3/22/2022 | NopSec | What is Vulnerability Management and the VM Lifecycle Stages? | https://www.nopsec.com/blog/what-is-vulnerability-management-and-the-vm-lifecycle-stages/ |
| LI Post | 3/21/2022 | Team Cymru | ASM v2.0 | https://www.linkedin.com/posts/brad-laporte_asm-attacksurface attacksurfacemanagement-activity-6912043689317920768- DiVd?utm_source=linkedin_share&utm_medium=member_desktop_web |
| Interview | 3/15/2022 | NewsNET | Russian Cyber Concerns with Brad LaPorte | https://www.yournewsnet.com/story/46073374/russian-cyber-concerns-with-brad-laporte |
| Blog | 3/4/2022 | InfoSec Magazine | Ask the experts - Stay Cyber Hygiene | https://www.infosecurity-magazine.com/magazine-features/ask-the-experts-stay-cyber-hygiene/ |
| Magazine | 3/1/2022 | InfoSec Magazine | Q3 2021 / Volume 18 / Issue 3 | https://edition.pagesuite- professional.co.uk/html5/reader/production/default.aspx?pubname=&edid =7ae111c1-6132-4f02-bb8d-1c3147e6775b |
| Virtual Event | 3/1/2022 | The Demo Forum | The Cybersecurity Meetup | https://www.linkedin.com/posts/lionfish-tech-advisors_join-us-at-the- cybersecurity-meetup-activity-6901559409332625408- TNYg?utm_source=linkedin_share&utm_medium=member_desktop_web |
| Panel | 2/22/2022 | The Demo Forum | Analyst Panel: Zero Trust: Where Are We Now? John Kindervag \| Richard Stiennon \| Brad LaPorte \| Dr Chase Cunningham | https://www.demosondemand.com/dod_staging/app.js/html5/sessID/THE D019/promotion_id/3871/startTime/0/reseller_id/1571?eo=10411611611 2115058047047119119119046116104101100101109111102111114117 1090460991111090471161001020470771011011161171120470831160 9710310104669711511212006308407206906804804905712412407011 4105032065112114032048056032050048050050032049048058052056 0580500560320710770840450480520480480320400690971151161011 1411003206809712110810510310411603208410510910101041 |
| Webinar | 2/22/2022 | The Demo Forum | Market Maps - Cloud Security & Security Analytics | https://www.dropbox.com/scl/fo/cfaoknduf2sg6yopuumli/h?dl=0&previ w=High+Tide+Advisors+-+Demo+Forum+- +Brad+Laporte.mp4&rlkey=2sb6un9569xefceues8bk7bd7 |
| Blog | 2/14/2022 | NopSec | Why you Need a Vulnerability Management Program – Starting Now | https://www.nopsec.com/blog/why-you-need-a-vulnerability-management-program-starting-now/ |
| Webinar, LI Post | 2/11/2022 | EM360 | Meet Lionfish Tech Advisors | https://www.linkedin.com/posts/brad-laporte_meet-lionfish-tech-advisors-activity-6997985483683176448-3Do6?utm_source=share&utm_medium=member_desktop |
| White Paper, LI Post | 2/1/2022 | Noetic Cyber | White Paper - Making the Case for Cyber Asset Attack Surface Management (CAASM) | https://www.linkedin.com/feed/update/urn:li:activity:6991495356987387904/?updateEntityUrn=urn%3Ali%3Afs_feedUpdate%3A%28V2%2Curn%3Ali%3Aactivity%3 A6991495356987387904%29 |
| Webinar | 1/27/2022 | InfoSec Magazine | Ransomware is Headline News, but What's Behind the Headlines? | https://www.infosecurity-magazine.com/webinars/ransomware-whats-behind-the/ |
| Blog | 1/25/2022 | Ordr | 9 Cybersecurity Predictions For 2022 | https://resources.ordr.net/blog/9-cybersecurity-predictions-for-202 |
| Ebook | 1/5/2022 | Cybersixgill | The 5 Levels of Cyber Threat Intelligence Development | https://www.cybersixgill.com/wp content/uploads/2021/12/TI_maturiy_FINAL.pdf |
| Ebook | 1/5/2022 | Cybersixgill | Top 5 Cybersecurity Risks - Cybersixgill | Top 5 Cybersecurity Risks - Cybersixgill |
| Fireside Chat | 1/5/2022 | Noetic Cyber | Fireside Chat: Paul Ayers and Gartner veteran Brad LaPorte talk all thing's CAASM | https://noeticcyber.com/resources/fireside-chat-paul-ayers-and-gartner- veteran-brad-laporte-talk-all-things-caasm/?utm_content=193810337&utm_medium=social&utm_source=link edin&hss_channel=lcp-76684133 |
| Blog | 1/4/2022 | InfoSec Magazine | Protecting the Most Crucial Software Supply Chain Targets | https://www.infosecurity-magazine.com/opinions/protecting-software-supply-chain/ |
| Blog/Webinar | 12/16/2021 | Noetic Cyber | The Hype of CAASM | https://noeticcyber.com/the-hype-about-caasm |
| Panel | 12/15/2021 | Demo Forum | Preparing for the Cloud Security Demo Form | https://www.linkedin.com/pulse/preparing-cloud-security-demo-forum richard-_stiennon/?trackingId=bSIT7CLIQPKN%2B6fHbEC5xw%3D%3D |
| Ebook | 12/15/2021 | NopSec | Celebrity Vulnerabilities 101 for Security Practitioners | https://resources.nopsec.com/celebrity-vulnerabilities-101-for-security- practitioners?submissionGuid=a1fe8817-cffa-4786-8d5d-42a1e274531a |

| Type | Date | Source | Title | Link |
|---|---|---|---|---|
| Blog | 12/8/2021 | Ordr | Why Software Supply Chains Are an Attractive Target | https://ordr.net/blog/why-software-supply-chains-are-an-attractive-target/ |
| Blog | 11/19/2021 | NopSec | Implementing and Maintaining Security Program Metrics | https://www.nopsec.com/blog/implementing-and-maintaining-security-program-metrics/ |
| White Paper | 11/15/2021 | NopSec | Don't Let Celebrity Vulnerabilities Steal Your Focus | https://f.hubspotusercontent30.net/hubfs/20334580/Content/Whitepapers%20and%20eBooks/2021/Don%E2%80%99t%20Let%20Celebrity%20Vulnerabilities%20Steal%20Your%20Focus%20-%20NOV21.pdf? hstc=83873161.160385ec6de4884dfb95b2c32e9704a 3.1629164311889.1638561746006.1639414751399.18& hssc=838731 61.3.1639414751399& hsfp=4051722266 |
| Blog | 11/12/2021 | NopSec | Why IAM is Critical to Your VM Program | https://www.nopsec.com/blog/why-iam-is-critical-to-your-vm-program |
| Blog | 11/2/2021 | RunSafe Security | Linux Open Source Software Evolutions Can Leave You Vulnerabl | https://runsafesecurity.com/blog/software-security-linux |
| Webinar | 10/21/2021 | InfoSec Magazine | Machine ID Management and Digital Transformation: Building a Secure Future | https://www.infosecurity-magazine.com/webinars/machine-id management-digital/ |
| Blog | 10/20/2021 | NopSec | Why Your Attack Surface is Critical to Your Vulnerability Management Program | https://www.nopsec.com/blog/why-your-attack-surface-is-critical-to-your vulnerability-management-program/ |
| Webinar | 10/20/2021 | RunSafe Security | Changing Landscape of Linux Distributions Webinar | https://immunize.runsafesecurity.com/changing-linux-distribution webinar-registration |
| Virtual Event | 10/15/2021 | The Demo Forum | Security Analytics & XDR Demo Forum | https://www.thedemoforum.com/tdf/SecurityAnalyticsXDR/register.aspx |
| Panel | 10/15/2021 | The Demo Forum | Analyst Panel: Security Analytics: Anton Chuvakin | Richard Stienno | Brad LaPorte | Dr Chase Cunningham | https://www.demosondemand.com/dod_staging/app.js/html5/sessID/ZER O013/promotion_id/3801/startTime/0/reseller_id/1571?eso=10411611611 2115058047047711911911904611610410110010110911110211111417 109046099111110904711610010204708310109911711410511612106517 100971081211161050991115088068082047072111109101046097117 |
| Webinar | 10/14/2021 | InfoSec Magazine | How MDR Can Shelter Organizations From the Cyber Storm | https://www.infosecurity-magazine.com/webinars/how-mdr-can-shelter organizations/ |
| Webinar | 10/7/2021 | InfoSec Magazine | Third-Party Vulnerabilities: Demystifying the Unknown | https://www.infosecurity-magazine.com/webinars/thirdparty vulnerabilities/ |
| Webinar | 10/7/2021 | OnSystem Logic | Prevent attackers and alert fatigue through the power of automation | https://www.linkedin.com/events/bestwaytopreventcyberattacksand68487 37011440893952/ |
| Ebook | 10/1/2021 | Morphisec | 10 TIPS TO STOP RANSOMWARE AND BOOST SECURITY WITH MICROSOFT DEFENDER AV | https://engage.morphisec.com/2021-morphisec-threat-report-typ-0 0?submissionGuid=7d84c55e-00a4-4db8-9030-f894dc075394 |
| Blog | 9/27/2021 | InfoSec Magazine | #IMOS21: Global Threat Brief - The Most Dangerous Attack Techniques in 2021 | https://www.infosecurity-magazine.com/news/imos21-dangerous-attack techniques/ |
| Blog | 9/25/2021 | NopSec | 5 Reasons Why Attack Surface Management MUST Be | https://www.nopsec.com/blog/5-why-attack-surface-management-must-be-part-of-your-va-program/ |
| Blog | 9/23/2021 | Ordr | How to Build a Resilient IoT Framework | https://resources.ordr.net/blog/how-to-build-a-resilient-iot-framewor |
| Virtual Event | 9/22/2021 | InfoSec Magazine | #IMOS21 Global Threat Brief: The Most Dangerous Attack Techniques in 2021 | https://www.brighttalk.com/webcast/8325/502883?utm_source=Infosecu ity%Magazine&utm_medium=brighttalk&utm_campaign=502883 |
| Blog | 9/9/2021 | Varada | Rethinking SIEM Platforms | https://varada.io/blog/data-lake/rethinking-siem-platforms |
| Webinar | 9/1/2021 | NopSec | Cyber Exposure Management – The Evolution of Vulnerability Management | https://www.nopsec.com/resources/webinars/cyber-exposure-management-evolution-of-vulnerability-management/ |
| Ebook | 9/1/2021 | NopSec | Cyber Exposure Management – The Evolution of Vulnerability Management | https://f.hubspotusercontent30.net/hubfs/20334580/Content/Whitepapers %20and%20eBooks/2021/Cyber%20Exposure%20Management%20Whit epaper%20-%20OCT21.pdf? hstc=83873161.160385ec6de4884dfb95b2c32e9704a 3.1629164311889.1647976328814.1649119621903.34& hssc=838731 61.14.1649119621903& hsfp=908776442 |
| Webinar | 9/1/2021 | Panther Labs | AWS Security Logging Best Practices: Real-Time Alerts and Detection-as-Code | https://panther.com/resources/webinar-thank-you/aws-security-logging best-practices-real-time-alerts-and-detection-as-code wa/?submissionGuid=d46de9df-3360-49fd-884d-6c1f72cc248a |
| Blog | 8/30/2021 | Varada | Cyber SIEM Data Lake | https://varada.io/blog/data-lake/cyber-siem-data-lake |
| Webinar | 8/20/2021 | Ordr | Ransomware From the Healthcare Frontlines | https://resources.ordr.net/webinars/ransomware-from-the-healthcare- frontlines?noform=&mkt_tok=OTc2LU9KQS00MzcAAAF_HVWO-l4bgx5OTPK08XZ8J9I9Yhkuxxvlwdprq41odVDCzA6ahFLQ6wIiCSAp Udw9UFGJ_UDRtrIBOEHEhvxePj-esRIm1H83ocBc9cOCRw |
| Ebook | 8/20/2021 | Ordr | Ransomware: These Four Best Practices Could Save You $4M | https://resources.ordr.net/whitepapers/ransomware-these-four-best- practices-could-save-you $4M?noform=&mkt_tok=OTc2LU9KQS00MzcAAAF_HVWO-eD4A9JBLz6r9UIcZOYxrmuU1wd- zXEgmOnTznwDIg8snvSHd7V_7RB7_37d8hWCET0LZBUsgraGPt0ng H4JWfR0ZO3joR0gyCkPSg |
| Podcast | 8/15/2021 | Panther Labs | Detection at Scale Podcast: EP 1 - High Tide Advisors's Brad LaPorte: Operational Readiness and EDR | https://www.linkedin.com/posts/brad-laporte_cybersecurity-podcast-edr activity-6839293057007931392-Xu5o?utm_source=linkedin_share&utm_medium=member_desktop_web |

| | | | | |
|---|---|---|---|---|
| Ebook | 8/4/2021 | Cybersixgill | re:con 2021 Cybersixgill & C-Vision - The Future of Cyber Threat Intelligence | https://www.cybersixgill.com/wp-content/uploads/2021/08/Recon21 Summary-Report.pdf |
| Blog | 8/4/2021 | Cybersixgill | Building the Cyber Threat Intelligence System of Tomorrow: Key Takeaways from Re:con21 | https://www.cybersixgill.com/blog/building-the-cyber-threat-intelligence system-of-tomorrow/ |
| Keynote | 8/2/2021 | Cybersecurity Observatory | Keynote - Why Top Analyst Firms Listed BAS As A Top Priority for Security & Risk Management | https://www.youtube.com/watch?v=y9NuAfazZwA |
| Webinar | 7/23/2021 | Panther Labs | Revolutionize Your SIEM Strategy | https://panther.com/resources/webinar-thank-you/revolutionize-your-siem-strategy-wa/?submissionGuid=f488b574-6fb0-4833-a960-536d360c73e5 |
| Ebook | 7/23/2021 | Panther Labs | 5 Reasons You Should Rethink Your SIEM Strategy | https://panther.com/resources/ebooks/5-reasons-you-should-rethink-your siem-strategy/ |
| Fireside Chat | 6/25/2021 | CISO Platform | Continuous Security Validation & Practical Strategie | https://www.youtube.com/watch?v=fITmnASW8PI |
| Fireside Chat | 6/25/2021 | CISO Platform | Continuous Security Validation & Practical Strategies - Brad LaPorte & Bikash Barai | https://www.youtube.com/watch?v=fITmnASW8PI |
| Webinar | 6/24/2021 | InfoSec Magazine | How To Navigate the Critical Intersection Between Data Security and Data Privacy | https://www.infosecurity-magazine.com/webinars/intersection-data security-privacy/ |
| Blog | 3/7/2021 | Security Boulevard | Pandemic Unmasks Vulnerability to Automated Bot Attacks | https://securityboulevard.com/2021/03/pandemic-unmasks-vulnerability to-automated-bot-attacks/ |
| Blog | 2/23/2021 | Security Boulevard | The Story of the Counterfeit Misfit | https://securityboulevard.com/2021/02/the-story-of-the-counterfeit-misfit/ |
| Blog | 1/15/2021 | Vmblog.com | Kasada 2021 Predictions: Feel The Need... The Need need-the-need-for-speed For Speed! | https://vmblog.com/archive/2021/01/15/kasada-2021-predictions-feel-the need-the-need-for-speed.aspx#.YIXiAtPMI.0p |
| Blog | 1/15/2021 | HELPNETSECURITY | What analytics can unveil about bot mitigation tactic | https://www.helpnetsecurity.com/2021/01/15/bot-mitigation-tactics |
| Blog | 1/6/2021 | The Enterprisers Project | IT security: 10 essentials for CIOs in 2021 | https://enterprisersproject.com/article/2021/1/it-security-10-tips-cios 2021 |
| Webinar | 1/5/2021 | NopSec | Celebrity Vulnerabilities 201 for Security Executives | https://www.nopsec.com/resources/webinars/celebrity-vulnerabilities-201 for-security-executives/ |
| Webinar | 1/2/2021 | NopSec | CVE-2021-44228 – Log4j "Log4Shell" Vulnerability – Attack Surface and Exploitation | https://www.nopsec.com/resources/webinars/cve-2021-44228-log4j log4shell-vulnerability-triage/ |
| Blog | 11/24/2020 | Kasada | Why I Joined Kasada: Putting Trust Back Where It Belongs – Best of Breed Bot Detection | https://www.kasada.io/putting-trust-back-where-it-belongs/ |
| Gartner Publication | 11/16/2020 | Gartner | How to Prepare for Ransomware Attacks | https://www.gartner.com/document/3993171 |
| Webinar | 6/18/2020 | Gartner | Virtual Briefing: How Security Vendors Can Respond to a Changing Threat Landscape | https://www.gartner.com/en/webinars/3986154/virtual-briefing-how midsize-enterprises-and-security-vendors-ca.html |
| Gartner Publication | 5/20/2020 | Gartner | Market Guide for Threat Intelligence | https://www.gartner.com/document/code/720431 |
| Gartner Publication | 5/5/2020 | Gartner | Cool Vendors in Security Operations and Threat Intelligence | https://www.gartner.com/document/3984636?ref=solrAll&refval=32155 616 |
| VBlog | 4/1/2020 | Gartner | Marketing 101 for Startups | https://share.vidyard.com/watch/3LdtWarTeTA6um74mMtWo |
| VBlog | 4/1/2020 | Gartner | Ransomware and Covid Scams | https://share.vidyard.com/watch/mbBZXEDxvWrY4XVXgzhAN |
| VBlog | 4/1/2020 | Gartner | Threat Intelligence Market Update | https://share.vidyard.com/watch/adNorbg3AqMBRSng7zS7jL |
| VBlog | 4/1/2020 | Gartner | CART - Continuous Automated Red Teams | https://share.vidyard.com/watch/TubXtM2RNpMf35CAuHR596 |
| VBlog | 4/1/2020 | Gartner | Contract Negotiations | https://share.vidyard.com/watch/PadQfVb4q8xAnq4LkcnePp |
| Gartner Publication | 12/26/2019 | Gartner | Defend Against and Respond to Ransomware Attacks | https://www.gartner.com/document/3978727?ref=solrAll&refval=32155 616 |
| Gartner Publication | 12/23/2019 | Gartner | Market Guide for Endpoint Detection and Response Solutions | https://www.gartner.com/document/3978685?ref=solrAll&refval=32155 616 |
| Gartner Publication | 9/26/2019 | Gartner | How to Address the Skills Gap in Endpoint Security | https://www.gartner.com/document/3969729?ref=solrAll&refval=32155 616 |
| Blog | 1/28/2019 | Acquia | Once More Unto the (Data) Breach | https://www.acquia.com/blog/once-more-unto-data-breach |
| Webinar | 11/1/2018 | Acquia | Security: Start Optimizing Your Acquia Experience Edge | https://www.acquia.com/resources/webinars/security-start-optimizing your-acquia-experience-edge |
| Ebook | 11/1/2018 | Acquia | Security and Performance for Our Customers: Why it Matter | Archived |

| | | | | |
|---|---|---|---|---|
| Blog | 10/28/2018 | Acquia | CYBERSECURITY MONTH: DIFFERENCES IN 'SECURITY PROTECTION' | https://www.acquia.com/blog/cybersecurity-month-differences-security-protection |
| Webinar | 7/12/2017 | IBM | Back to School – Endpoint Security Basics Webinar | https://securityintelligence.com/events/back-to-school-endpoint-security-basics/ |
| Webinar | 5/22/2017 | IBM | Traditional Anti-Virus: You're Fired!!! - An IBM Security Services and Carbon Black Webinar | https://event.on24.com/eventRegistration/EventLobbyServlet?target=reg 0.jsp&referrer=&eventid=1414568&sessionid=1&key=A6C6108110A51A262C2997CE209D6B8C&regTag=&sourcepage=register |