THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY, <br><br> Defendants. | No. 2:21-cv-811-TSZ <br><br> DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF PLAINTIFF BUNGIE, INC.'S OMNIBUS MOTION *IN LIMINE* <br><br> EXHIBITS 2-6 <br> FILED UNDER SEAL |

I, William C. Rava, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Plaintiff Bungie, Inc.'s Omnibus Motion *in Limine*. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Defendants did not identify Bungie's General Counsel, Don McGowan, as a potential witness in either their June 6, 2022 Initial Disclosures or May 12, 2023 Supplemental Initial Disclosures.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Defendants' Pretrial Statement dated October 31, 2023.

RAVA DECL. ISO BUNGIE'S
OMNIBUS MOT. *IN LIMINE*
(No. 2:21-cv-811-TSZ) – 1

164280552.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

4. Attached hereto as **Exhibit 2** are true and correct copies of excerpts from October 31, 2022 30(b)(6) deposition of Phoenix Digital.

5. Attached hereto as **Exhibit 3** are true and correct copies of excerpts from October 28, 2022 deposition of David Schaefer.

6. Attached hereto as **Exhibit 4** are true and correct copies of excerpts from October 19, 2022 deposition of Jeffrey Conway.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from October 12, 2022 deposition of Jordan Green.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from October 25, 2022 deposition of James May.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Seattle, Washington on this 26th day of October, 2023.

/s/William C. Rava
William C. Rava

RAVA DECL. ISO BUNGIE'S
OMNIBUS MOT. *IN LIMINE*
(No. 2:21-cv-811-TSZ) – 2

164280552.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000