THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-811 TSZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTIONS IN LIMINE**<br><br>**Note on Motion Calendar: November 17, 2023** |

This Court, having received and reviewed Defendants' Motions In Limine:

IT IS HEREBY ORDERED that:

1. Defendants' Motion To Preclude Reference At Trial To The Arbitration Proceedings And Arbitration Award is Granted:

2. Defendants' Motion To Preclude Reference To Pre-Trial Discovery Matters Including Motions For Sanctions And Sanctions Awards is Granted.

3. Defendants' Motion To Preclude Reference To "Cheat" Software is Granted.

4. Defendants' Motion To Preclude Expert Testimony That Goes Beyond Scope Of Expert Reports Or Deposition Testimony is Granted.

5. Defendants' Motion To Preclude Testimony Of Undisclosed Or Late Disclosed Expert(s) is Granted.

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900

  6. Defendants' Motion To Preclude Reference To Bungie Lawsuits Against Others is Granted.

  7. Defendants' Motion To Exclude Reference To, Or Admission Of, Bungie Source Code Not Produced In Discovery is Granted.

  8. Defendants' Motion To Preclude Theories Of Liability Based On "Loader" Rather Than The Software Actually Alleged In Original And Amended Complaint is Granted.

  9. Defendants' Motion To Preclude Introduction Of Irrelevant, Prejudicial Deposition Videos And/Or Transcripts  is Granted.

  Dated this __ day of November, 2023.

_____
Hon. Thomas S. Zilly

Presented by:

MANN LAW GROUP PLLC

Attorneys for Defendants

By:

*/Philip P. Mann*_____

Philip P. Mann, WSBA # 28860
Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
(206) 436-0900
phil@mannlawgroup.com

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ
Page 2

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900