THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

    Plaintiff,

v.

AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,

    Defendants.

No. 2:21-cv-811-TSZ

SUPPLEMENTAL DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF PLAINTIFF BUNGIE, INC.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE EXPERT TESTIMONY OF BRAD LAPORTE

I, William C. Rava, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Plaintiff Bungie, Inc.'s Reply in Support of Its Motion to Strike Expert Testimony of Brad LaPorte. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Attached hereto as **Exhibit 4** are true and correct copies of excerpts from the September 28, 2023 deposition of Brad LaPorte.

SUPP. RAVA DECL. ISO BUNGIE'S REPLY ISO MOT. TO STRIKE LAPORTE TESTIMONY
(No. 2:21-cv-811-TSZ) – 1

164293701.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of October, 2023.

                                      */s/William C. Rava*
                                      William C. Rava

SUPP. RAVA DECL. ISO BUNGIE'S REPLY ISO MOT.
TO STRIKE LAPORTE TESTIMONY
(No. 2:21-cv-811-TSZ) – 2

164293701.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000