THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC., a Delaware corporation,

Plaintiff

v.

AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,

Defendants.

Cause No. 2:21-cv-0811 TSZ

**DEFENDANTS' NOTICE OF INTENT TO FILE SURREPLY**

Please take notice that Defendants intend to file a surreply pursuant to Local Rules W.D. Wash. LCR 7(g) to strike: (1) the Supplemental Declaration of William Rava (Dkt. No. 214); (2) Exhibit 4 to the Supplemental Declaration of William Rava (Dkt. No. 214-1); and (3) the arguments appearing in section "II A" on pages 1-3 of Plaintiff's Reply in Support of their Motion to Strike Expert Testimony of Brad LaPorte  (Dkt. No. 213).

Dated November 2, 2023.

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

Notice of Intent
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900