THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP, LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY, <br><br> Defendants. | No. 2:21-cv-00811 <br><br> [PROPOSED] SPECIAL JURY VERDICT FORM |

Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff") and Defendants AimJunkies.com, Phoenix Digital Group, LLC ("Phoenix Digital"), David Schaefer, Jordan Green, Jeffrey Conway, and James May (collectively, "Defendants") jointly submit the following proposed special jury verdict form.

[PROPOSED] SPECIAL VERDICT FORM
(No. 2:21-cv-00811) –1

164447018.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Dated: November 9, 2023

By: *s/Jacob P. Dini*
William C. Rava, Bar No. 29948
Christian W. Marcelo, Bar No. 51193
Jacob P. Dini, Bar No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
WRava@perkinscoie.com
CMarcelo@perkinscoie.com
JDini@perkinscoie.com

By: *s/Philip P. Mann*
Philip P. Mann, WSBA No. 28860
**Mann Law Group PLLC**
403 Madison Ave., Ste 240
Bainbridge Island, Washington 98110
Phone (206) 436-0900
phil@mannlawgroup.com

*Attorneys for Defendants*

[PROPOSED] SPECIAL VERDICT FORM
(No. 2:21-cv-00811) –2

164447018.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# VERDICT FORM

**Instructions**

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout.  Your answer to each question must be unanimous.  Some of the questions contain legal terms.  These terms are defined and explained in detail in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

[PROPOSED] SPECIAL VERDICT FORM
(No. 2:21-cv-00811)

164447018.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case:

**Plaintiff Bungie's Copyright Infringement Claim**

**QUESTION 1**

Did any of the Defendants infringe Bungie's copyright in any of the Destiny 2 Copyrighted Works?

YES   _____

NO    _____

*If the answer to Question 1 is "YES," please continue to Question 2.  If the answer to Question 1 is "NO," please continue to Question 7.*

**QUESTION 2**

If you answered "YES" to Question 1, please indicate with an "X" which Defendant(s) directly infringed Bungie's copyright in the Destiny 2 Copyrighted Works?

James May                    _____

Phoenix Digital Group        _____

David Schaefer               _____

Jordan Green                 _____

Jeffrey Conway               _____

*If the answer to Question 1 is "YES," please continue to Question 3.  If the answer to Question 1 is "NO," please continue to Question 7.*

[PROPOSED] SPECIAL VERDICT FORM
(No. 2:21-cv-00811)

164447018.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**QUESTION 3**

If you answered "YES" to Question 1, please indicate with an "X" which Defendant(s) contributorily infringed Bungie's copyright in the Destiny 2 Copyrighted Works?

| | |
|---|---|
| James May | _____ |
| Phoenix Digital Group | _____ |
| David Schaefer | _____ |
| Jordan Green | _____ |
| Jeffrey Conway | _____ |

*If the answer to Question 1 is "YES," please continue to Question 5.  If the answer to Question 1 is "NO," please continue to Question 7.*

**QUESTION 4**

If you answered "YES" to Question 1, please indicate with an "X" which Defendant(s) vicariously infringed Bungie's copyright in the Destiny 2 Copyrighted Works?

| | |
|---|---|
| James May | _____ |
| Phoenix Digital Group | _____ |
| David Schaefer | _____ |
| Jordan Green | _____ |
| Jeffrey Conway | _____ |

*If the answer to Question 1 is "YES," please continue to Question 5.  If the answer to Question 1 is "NO," please continue to Question 7.*

[PROPOSED] SPECIAL VERDICT FORM
(No. 2:21-cv-00811)

164447018.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**QUESTION 5**

If you answered "YES" to Question 1, please indicate with an "X" which Defendant(s) willfully infringed Bungie's copyright in the Destiny 2 Copyrighted Works?

| | |
|---|---|
| James May | _____ |
| Phoenix Digital Group | _____ |
| David Schaefer | _____ |
| Jordan Green | _____ |
| Jeffrey Conway | _____ |

*If the answer to Question 1 is "YES," please continue to Question 6. If the answer to Question 1 is "NO," please continue to Question 7.*

**QUESTION 6**

What amount do you award in actual damages for Defendants' copyright infringement? Answer in dollars and cents the amount you award.

$ _____

*Please continue to Question 7.*

[PROPOSED] SPECIAL VERDICT FORM
(No. 2:21-cv-00811)

164447018.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**Counterclaimant James May's DMCA Claim**

**QUESTION 7**

Did Bungie circumvent any technological measure that effectively controls access to a work protected by copyright on James May's computer?

YES  _____

NO  _____

*If the answer to Question 7 is "YES," please continue to Question 8.  If the answer to Question 7 is "NO," please proceed to the final instructions.*

**QUESTION 8**

What amount do you award in actual damages for Bungie's circumvention of any technological measure on James May's computer?

Answer in dollars and cents the amount you award.

$ _____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.  The Presiding Juror should then sign and date the verdict form in the spaces below and notify the courtroom deputy that you have reached a verdict.  The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: _____   By: _____
                                                 Presiding Juror

[PROPOSED] SPECIAL VERDICT FORM
(No. 2:21-cv-00811)

164447018.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000