THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-0811 TSZ<br><br>**DEFENDANTS' [PROPOSED] SPECIAL VERDICT FORM AND PROPOSED VOIR DIRE QUESTIONS** |

Defendants provide the following proposed jury verdict form as Appendix A, and proposed voir dire question as Appendix B hereto.

Defendants reserve the right to revise, supplement or amend this proposed jury verdict form as the need arises. Defendants are available to confer with Bungie to resolve any issues and submit a complete verdict form to the Court.

Dated November 9, 2023.

*/s/ Philip P. Mann*

Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington 98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

Defendants' Proposed Special Verdict Form and
Voir Dire Questions
Cause No. 21-CV-0811-TSZ          Page 1          Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206.436.0900

# **APPENDIX A**

# **VERDICT FORM**

## Instructions

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout. Your answer to each question must be unanimous. Some of the questions contain legal terms. These terms are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

Defendants' Proposed Special Verdict Form and
Voir Dire Questions                    Page 2
Cause No. 21-CV-0811-TSZ

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case:

**Plaintiff Bungie's Copyright Infringement Claim**

**QUESTION 1**

Did any of the Defendants infringe Bungie's copyright in the *Destiny 2* game?

YES_____

NO_____

*If the answer to Question 1 is "YES," please continue to Question 2. If the answer to Question 1 is "NO," please continue to Question 7.*

**QUESTION 2**

If you answered "YES" to Question 1, please indicate with an "X" which Defendant(s) infringed Bungie's copyright in the *Destiny 2* game?

James May                          _____

Phoenix Digital Group        _____

David Schaefer                    _____

Jordan Green                      _____

Jeffrey Conway                   _____

*If the answer to Question 1 is "YES," please continue to Question 3. If the answer to Question 1 is "NO," please continue to Question 7.*

**QUESTION 3**

If you answered "YES" to Question 1, please indicate with an "X" which Defendant(s) willfully infringed Bungie's copyright in the *Destiny 2* game?

James May                          _____

Phoenix Digital Group        _____

Defendants' Proposed Special Verdict Form and
Voir Dire Questions
Cause No. 21-CV-0811-TSZ

Page 3

Mᴀɴɴ Lᴀᴡ Gʀᴏᴜᴘ ᴘʟʟᴄ
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900

David Schaefer                    _____

Jordan Green                      _____

Jeffrey Conway                    _____

*If the answer to Question 1 is "YES," please continue to Question 4. If the answer to Question 1 is "NO," please continue to Question 7.*

## QUESTION 4

If you answered "YES" to Question 1, please indicate with an "X" which Defendant(s) contributorily infringed Bungie's copyright in the *Destiny 2* game?

James May                         _____

Phoenix Digital Group             _____

David Schaefer                    _____

Jordan Green                      _____

Jeffrey Conway                    _____

*If the answer to Question 1 is "YES," please continue to Question 5. If the answer to Question 1 is "NO," please continue to Question 7.*

## QUESTION 5

If you answered "YES" to Question 1, please indicate with an "X" which Defendant(s) vicariously infringed Bungie's copyright in the *Destiny 2* game?

James May                         _____

Phoenix Digital Group             _____

David Schaefer                    _____

Jordan Green                      _____

Jeffrey Conway                    _____

*If the answer to Question 1 is "YES," please continue to Question 6. If the answer to Question 1 is "NO," please continue to Question 7.*

Defendants' Proposed Special Verdict Form and
Voir Dire Questions                          Page 4
Cause No. 21-CV-0811-TSZ

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900

**QUESTION 6**

What amount do you award in actual damages for Defendants' copyright infringement?

Answer in dollars and cents the amount you award.

$ _____

*Please continue to Question 7.*

**QUESTION 7**

Did any of the Defendants infringe Bungie's copyright in the *Destiny 2: Beyond Light* game?

YES_____

NO_____

*If the answer to Question 7 is "YES," please continue to Question 8. If the answer to Question 7 is "NO," please continue to Question 13.*

**QUESTION 8**

If you answered "YES" to Question 1, please indicate with an "X" which Defendant(s) infringed Bungie's copyright in the *Destiny 2: Beyond Light* game?

James May                    _____

Phoenix Digital Group        _____

David Schaefer               _____

Jordan Green                 _____

Jeffrey Conway               _____

*If the answer to Question 7 is "YES," please continue to Question 3. If the answer to Question 7 is "NO," please continue to Question 13.*

Defendants' Proposed Special Verdict Form and
Voir Dire Questions                    Page 5
Cause No. 21-CV-0811-TSZ

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900

**QUESTION 9**

If you answered "YES" to Question 1, please indicate with an "X" which Defendant(s) willfully infringed Bungie's copyright in the *Destiny 2: Beyond Light* game?

James May                        _____

Phoenix Digital Group     _____

David Schaefer               _____

Jordan Green                   _____

Jeffrey Conway               _____

*If the answer to Question 7 is "YES," please continue to Question 4. If the answer to Question 7 is "NO," please continue to Question 13.*

**QUESTION 10**

If you answered "YES" to Question 1, please indicate with an "X" which Defendant(s) contributorily infringed Bungie's copyright in the *Destiny 2: Beyond Light* game?

James May                        _____

Phoenix Digital Group     _____

David Schaefer               _____

Jordan Green                   _____

Jeffrey Conway               _____

*If the answer to Question 7 is "YES," please continue to Question 5. If the answer to Question 7 is "NO," please continue to Question 13.*

Defendants' Proposed Special Verdict Form and
Voir Dire Questions                        Page 6
Cause No. 21-CV-0811-TSZ

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900

**QUESTION 11**

If you answered "YES" to Question 1, please indicate with an "X" which Defendant(s) vicariously infringed Bungie's copyright in the *Destiny 2: Beyond Light* game?

James May                    _____

Phoenix Digital Group        _____

David Schaefer               _____

Jordan Green                 _____

Jeffrey Conway               _____

*If the answer to Question 7 is "YES," please continue to Question 6. If the answer to Question 7 is "NO," please continue to Question 13.*


**QUESTION 12**

What amount do you award in actual damages for Defendants' copyright infringement?

Answer in dollars and cents the amount you award.

$ _____


**COUNTERCLAIM OF JAMES MAY**

**QUESTION 13**

Did Bungie violate the rights of James May by accessing copyrighted materials on James May's personal computer without authorization?

YES_____

NO_____

*If the answer to Question 13 is "YES," please continue to Question 14. If the answer to Question 1 is "NO," please continue to Question 7.*

Defendants' Proposed Special Verdict Form and
Voir Dire Questions                    Page 7
Cause No. 21-CV-0811-TSZ

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## QUESTION 14

What amount do you award in actual damages for Bungie's unlawful access of James May's personal computer?

Answer in dollars and cents the amount you award.

*$* _____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the courtroom deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: _____        By:_____

Presiding Juror

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900

**APPENDIX B**

**VOIR DIRE QUESTIONS**

In addition to standard questions regarding potential conflicts, knowledge of the parties, counsel, case, etc., Defendants propose that the following additional questions be asked of potential jurors in this matter:

1.    Do you play video (or computer) games?

2.    Does anyone in your household play video games?

3.    Have you ever played video games?

4.    Are you familiar with video games?

5.    Have you ever played a video game distributed by Bungie?

6.    Has anyone in your household ever played a video game distributed by Bungie?

7.    Have you ever played "Destiny 2"?

8.    Has anyone in your household ever played "Destiny 2"?

9.    Have you ever played "Destiny 2, Beyond Light"?

10.    Has anyone in your household ever played "Destiny 2, Beyond Light"?

11.    Have you seen or read any publicity about this case?

12.    Have you seen or read any publicity about "cheating" in computer games?

13.    Are you aware of "cheating" in computer games?

14.    Do you have any thoughts or opinions about "cheating" in computer games?

15.    Do you believe that "cheating" in computer games is or should be unlawful?

16.    Do you have any opinion as to whether "cheating" in computer games is or should be unlawful?

16.    Do you believe that large companies are inherently more trustworthy than individuals?

Defendants' Proposed Special Verdict Form and
Voir Dire Questions                                    Page 9
Cause No. 21-CV-0811-TSZ

Mann Group pllc
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900

17.    Do you believe that large law firms are inherently more trustworthy than small firms?

18.    Have you ever created a copyrighted work?

19..   Have you ever believed you have suffered copyright infringement?

20.    Have you ever been in a lawsuit?

21.    Have you ever believed your rights have been violated in a court of law?

22.    Do you have confidence in the courts to reach just and proper decisions?

23.    Do you own or use a personal computer?

24.    Do you keep private information on your personal computer?

25.    Do you have any thoughts as to what extent private information should remain private?

26.    Have you ever suffered an invasion of your privacy?

27.    Have you ever had your personal banking information or credit card(s) hacked or otherwise compromised?

Defendants' Proposed Special Verdict Form and
Voir Dire Questions                                        Page 10
Cause No. 21-CV-0811-TSZ

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900