THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP, LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY AND JAMES MAY, <br><br> Defendants. | No. 2:21-cv-811 <br><br> **PLAINTIFF BUNGIE, INC.'S UNOPPOSED MOTION TO SEAL** <br><br> NOTE ON MOTION CALENDAR: November 9, 2023 |

At the request of Defendants AimJunkies.com, Phoenix Digital Group, LLC ("Phoenix Digital"), David Schaefer, Jordan Green, Jeffrey Conway, and James May (collectively, "Defendants"), Plaintiff Bungie, Inc. ("Bungie"), pursuant to LCR 5(g) and the Stipulated Protective Order entered by the Court in this matter (Dkt. No. 60), hereby moves to file under seal Appendix C to the Proposed Pretrial Order and the associated video files to be filed physically with the Court.

A party may file a document under seal without prior court approval "[i]f the party files a motion or stipulated motion to seal the document . . . at the same time the party files the sealed document." LCR 5(g)(2)(B). The contemporaneous motion must include a certification that the parties met and conferred about the need to file the document under seal, the ability to minimize the material filed under seal, and the possibility of exploring alternatives to filing under seal. LCR

PLAINTIFF'S MOT. TO FILE UNDER SEAL
(No. 2:21-cv-811) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

164452990.1

5(g)(3)(A).  Where the parties have entered a stipulated protective order, a party wishing to file confidential documents it obtained from another party in discovery may file a motion to seal but need not provide a specific statement of the applicable legal standard and the reasons for keeping a document under seal.  LCR 5(g)(3)(B).

    Here, Bungie intends to file under seal excerpts of deposition transcripts from Defendants that Bungie has designated for use at trial that were taken in the parallel JAMS arbitration proceeding between the same parties and which were designated in their entirety as Confidential by Defendants, as well as the video deposition files associated with these excerpts.  Bungie has an obligation to maintain the confidentiality of this information under the stipulated protective order in this case and the virtually identical order in the arbitration proceeding.

    On November 9, 2023, Bungie's counsel notified counsel for Defendants via email of its intent to file Appendix C in connection with the Proposed Pretrial Order, including the specific portions of the deposition testimony to be cited, and asked Defendants to confirm whether they intended to maintain their confidentiality designations over those portions of the transcripts. Defendants' counsel stated that the excerpts are still confidential and did not provide a basis for the confidential designations.

    A proposed order accompanies this motion.

    I certify that this memorandum contains 348 words, in compliance with the Local Civil Rules.

PLAINTIFF'S MOT. TO FILE UNDER SEAL
(No. 2:21-cv-811) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

164452990.1

| | |
|---|---|
| Dated: November 9, 2023 | By: /s/*Jacob P. Dini*<br>William C. Rava, Bar No. 29948<br>Christian W. Marcelo, Bar No. 51193<br>Jacob P. Dini, Bar No. 54115<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000<br>Facsimile: +1.206.359.9000<br>WRava@perkinscoie.com<br>CMarcelo@perkinscoie.com<br>JDini@perkinscoie.com<br><br>*Attorneys for Plaintiff Bungie, Inc.* |

PLAINTIFF'S MOT. TO FILE UNDER SEAL
(No. 2:21-cv-811) –3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

164452990.1