THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC.,

    Plaintiff,

v.

AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,

    Defendants.

No. 2:21-cv-811-TSZ

**[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S UNOPPOSED MOTION TO SEAL**

THIS MATTER came before the Court for consideration on Plaintiff Bungie, Inc.'s ("Bungie") Unopposed Motion to Seal (the "Motion"). Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, it is hereby ORDERED as follows:

Bungie's Motion is GRANTED. Appendix C to the Proposed Pretrial Order and the associated video files to be filed physical with the Court may be filed under seal.

DATED this _____ day of _____, 2023.

                                                                     _____
                                                                     Honorable Thomas S. Zilly
                                                                       UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

164452997.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Presented by:

*/s/Jacob P. Dini*
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:          WRava@perkinscoie.com
                    CMarcelo@perkinscoie.com
                    JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*
[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 2

164452997.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000