THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,<br><br>　　　　　Defendants. | No. 2:21-cv-811-TSZ<br><br>**NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK** |

The following is being filed in paper or physical form with the Clerk's Office for the Western District of Washington:

**BUNGIE'S DEPOSITION DESIGNATION VIDEOS PURSUANT TO LCR 32(e) [FILED UNDER SEAL]**

These files are video deposition testimony that corresponds with the highlighted deposition designations filed with the [PROPOSED] Pretrial Order. These were not e-filed due to the size of the videos.

The item(s) will remain in the Clerk's custody until appropriate Disposition pursuant to the Local Rules of the Western District of Washington.

NOTICE OF FILING PAPER OR PHYSICAL
MATERIALS WITH THE CLERK
(No. 2:21-cv-811-TSZ) – 1

164444133.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this 9th day of November, 2023.

/s/Jacob P. Dini
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:       WRava@perkinscoie.com
             CMarcelo@perkinscoie.com
             JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

---

NOTICE OF FILING PAPER OR PHYSICAL
MATERIALS WITH THE CLERK
(No. 2:21-cv-811-TSZ) – 2

164444133.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000