THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,<br><br>　　　　　Defendants. | No. 2:21-cv-811-TSZ<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS IN *LIMINE*** |

THIS MATTER came before the Court for consideration on Defendants' Aimjunkies.com, Phoenix Digital Group LLC, Jeffrey Conway, David Schaefer, Jordan Green and James May (collectively, "Defendants") Motions in *Limine* (Dkt. No. 212 (the "Motion")). Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, it is hereby ORDERED as follows:

Defendants' Motion is DENIED.

DATED this _____ day of _____, 2023.

_____
Honorable Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

164477714.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

/s/ William C. Rava
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:       WRava@perkinscoie.com
             CMarcelo@perkinscoie.com
             JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

164477714.1