THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., | No. 2:21-cv-811-TSZ |
| Plaintiff, | DECLARATION OF CHRISTIAN MARCELO ISO BUNGIE'S RESPONSE TO DEFENDANTS' MOTIONS *IN LIMINE* |
| v. | |
| AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY, | EXHIBITS A-D, N FILED UNDER SEAL |
| Defendants. | |

I, Christian Marcelo, declare as follows:

1.      I am an attorney at Perkins Coie LLP, and counsel in this action for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff").  I have personal knowledge of the facts stated herein.

2.      Attached to this declaration are true and correct copies of the following documents:

a.  **Exhibit A:**  Excerpts from the transcript of the October 25, 2022 deposition of James May.

b.  **Exhibit B:**  Excerpts from the transcript of the October 28, 2022 deposition of David Schaefer.

c.  **Exhibit C:**  Excerpts from the transcript of the October 12, 2022 deposition of Jordan Green.

MARCELO DECL.
(No. 2:21-cv-811-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

164471364.1

d.   **Exhibit D:**  Excerpts from the transcript of the October 19, 2022 deposition of Jeffrey Conway.

e.   **Exhibit E:**  December 17, 2019 AimJunkies email produced by Defendants.

f.   **Exhibit F:**  Acquisition announcement regarding AimJunkies produced by Defendants.

g.   **Exhibit G:**  Bungie's July 1, 2022 initial disclosures.

h.   **Exhibit H:**  Bungie's Certificate of Registration for *Destiny 2*, Reg. No. TX 8-933-655.

i.   **Exhibit I:**  Bungie's Certificate of Registration for *Destiny 2: Beyond Light*, Reg. No. TX 8-933-658.

j.   **Exhibit J:**  Bungie's Response to Defendants' Interrogatory No. 1.

k.   **Exhibit K:**  Bungie's Supplemental Responses to Defendants' First Set of Requests for Production Nos. 1-2.

l.   **Exhibit L:**  Expert report of Steven Guris.

m.   **Exhibit M:**  Bungie's Third Set of Requests for Production (Nos. 44-45) to Defendant Phoenix Digital Group, LLC.

n.   **Exhibit N:**  Excerpts from the transcript of the October 31, 2022 deposition of David Schaefer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of November, 2023.

/s/ Christian W. Marcelo
Christian W. Marcelo

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000