# EXHIBIT E





yahoo!mail Search your mailbox Dave Jensen Account Info Go Sign Out Home

destiny 2 | Contacts | Notepad | Calendar | Switch to the newest Yahoo Mail

Compose

Inbox 999+
Drafts 3
Sent
Archive
Spam
Trash

Folders Edit Hide
+ New folder
destiny 2 5

Compose

Delete Spam Actions Apply

d7958@ymail.com/destiny 2

**AimJunkies - Destiny 2 Cheat Released | 12 Days of Christmas Event Coming Dec 21st**

**AimJunkies** <admin@aimjunkies.com> Dec 17, 2019 at 11:10 AM
To: Springspecials <d7958@ymail.com>
Print Raw message

View in Browser

Home | Forums | Cheats

# DESTINY 2 CHEAT RELEASED

Full Player and NPC ESP cheat released now.

For a limited time subscribe to the ESP Only cheat and get upgraded to the full aimbot cheat for free when it is released in the near future.

MORE INFO HERE

# 12 DAYS OF CHRISTMAS EVENT STARTS DEC 21ST

MORE INFO HERE

# OTHER RECENT RELEASES

## GTFO

Know where everything is and keep yourself protected with features like god mode, unlimited ammo, aimbot, key esp, medkit esp, and more!

## DARKSIDERS GENESIS

Handle all your enemies with ease with features like a full aimbot, ESP, god mode, unlimited

Switch to DIRECTV STREAM
Sponsored by DIRECTV STREAM

coins, souls, potions, keys, and more!

## UPCOMING CHEATS

DESTINY 2 AIMBOT       HALO REACH              MINECRAFT

PAYDAY 2               WORLD OF TANKS          WORLD OF WARSHIPS

## TRUSTED CHEATS

Unsubscribe

© 2019 AimJunkies