# EXHIBIT H

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**TX 8-933-655**

**Effective Date of Registration:**
February 09, 2021

**Registration Decision Date:**
February 10, 2021

## Title

**Title of Work:** Destiny 2

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 09, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Bungie, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

- **Author:** Activision Publishing, Inc.
  **Author Created:** computer program, contributions to computer code
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bungie, Inc.
550 106th Ave NE, Suite 207, Bellevue, WA, 98004, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** computer program, previously published and third-party contributions to the computer code
**Previous registration and year:** TX0008047244, 2015

**New material included in claim:** computer program, new and revised computer code

BUNGIE_WDWA_0000355

## Rights and Permissions

**Organization Name:** Bungie Legal Department, Bungie, Inc.
**Email:** legal@bungie.com
**Address:** 550 106th Ave NE
Suite 207
Bellevue, WA 98004 United States

## Certification

**Name:** Patchen M. Haggerty
**Date:** February 09, 2021
**Applicant's Tracking Number:** 139303-6000.US01

**Correspondence:** Yes