# EXHIBIT I

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**TX 8-933-658**
**Effective Date of Registration:**
February 09, 2021
**Registration Decision Date:**
February 10, 2021

## Title

| | |
|---|---|
| **Title of Work:** | Destiny 2: Beyond Light |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | November 10, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Bungie, Inc. |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

| | |
|---|---|
| • **Author:** | Activision Publishing, Inc. |
| **Author Created:** | computer program, contributions to computer code |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bungie, Inc. |
| | 550 106th Ave NE, Suite 207, Bellevue, WA, 98004, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | computer program, previously published and third-party contributions to the computer code |
| **Previous registration and year:** | TX0008047244, 2015 |
| **New material included in claim:** | computer program, new and revised computer code |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Bungie Legal Department, Bungie, Inc. |
| **Email:** | legal@bungie.com |
| **Address:** | 550 106th Ave NE<br>Suite 207<br>Bellevue, WA 98004 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Patchen M. Haggerty |
| **Date:** | February 09, 2021 |
| **Applicant's Tracking Number:** | 139303-6000.US02 |

| | |
|---|---|
| **Correspondence:** | Yes |