# EXHIBIT K

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., | No. 2:21-cv-811-TSZ |
| Plaintiff, | BUNGIE, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT PHOENIX DIGITAL GROUP LLC'S FIRST SET OF REQUESTS FOR PRODUCTION |
| v. | |
| AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; JAMES MAY,, | |
| Defendants. | |

## **PRELIMINARY STATEMENT**

The objections and responses set forth below are based upon such information that is presently available to Bungie. Bungie provides these objections and responses without prejudice to its right to assert additional objections and amend or supplement any or all of the information contained in its responses as additional facts are ascertained, analyses are made, and research is completed. These objections and responses are made without waiving or intending to waive, but on the contrary preserving:

a.      all assertions as to competency, relevancy, materiality, privilege, and admissibility as evidence for any purpose of the responses or subject matter thereof, in any proceeding in this action, including trial, or in any other action;

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1

**SUPPLEMENTAL RESPONSES**

2

**REQUEST FOR PRODUCTION NO. 1:**

3      A true and correct copy of the source code for the "Destiny 2" work identified in Copyright

4   Registration No. TX 8-933-655.

5

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

6      Subject to and without waiving its General Objections, Bungie will produce non-privileged

7   documents responsive to this Request that are in Bungie's possession, custody, or control, if any,

8   that are located after a reasonably diligent search.

9

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

10      Pursuant to the parties' September 7, 2022 meet and confer, Bungie will produce non-

11   privileged documents sufficient to show the portions of the object code of the "Destiny 2" work

12   identified in Copyright Registration No. TX 8-933-655 that were copied that are in Bungie's

13   possession, custody, or control, if any, that are located after a reasonable search.

14

15

**REQUEST FOR PRODUCTION NO. 2:**

16      A true and correct copy of the source code for the "Destiny 2: Beyond Light" work

17   identified in Copyright Registration No. TX 8-933-658

18

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

19      Subject to and without waiving its General Objections, Bungie will produce non-privileged

20   documents responsive to this Request that are in Bungie's possession, custody, or control, if any,

21   that are located after a reasonably diligent search.

22

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

23      Pursuant to the parties' September 7, 2022 meet and confer, Bungie will produce non-

24   privileged documents sufficient to show the portions of the object code of the "Destiny 2: Beyond

25   Light" work identified in Copyright Registration No. TX 8-933-658 that were copied that are in

26   Bungie's possession, custody, or control, if any, that are located after a reasonable search.

BUNGIE'S SUPP. OBJ. AND RESP. TO
PHOENIX DIGITAL'S FIRST SET OF RFPS – 5
(No. 2:21-cv-811-TSZ)

158220504.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

2

Pursuant to the parties' September 7, 2022 meet and confer, Bungie will produce non-

3

privileged documents responsive to this request that are in Bungie's possession, custody, or

4

control, if any, that are located after a reasonable search.

5

6

7    Dated: September 16, 2022          By: */s/ Jacob P. Dini*

8                                           William C. Rava, Bar No. 29948
                                            Christian W. Marcelo, Bar No. 51193
                                            Jacob P. Dini, Bar No. 54115
9                                           **Perkins Coie LLP**
                                            1201 Third Avenue, Suite 4900
10                                          Seattle, Washington 98101-3099
                                            Telephone: +1.206.359.8000
11                                          Facsimile: +1.206.359.9000
                                            WRava@perkinscoie.com
12                                          CMarcelo@perkinscoie.com
                                            JDini@perkinscoie.com
13

14

15

16

17

18

19

20

21

22

23

24

25

26

BUNGIE'S SUPP. OBJ. AND RESP. TO
PHOENIX DIGITAL'S FIRST SET OF RFPS – 8
(No. 2:21-cv-811-TSZ)

158220504.1

1

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that they served a copy of the foregoing Bungie, Inc.'s

3

Supplemental Objections and Responses to Defendant Phoenix Digital Group LLC's First Set of

4

Requests for Production to the following on September 16, 2022, via email at the address below:

5

Philip P. Mann, WSBA No. 28860

6

Mann Law Group PLLC
403 Madison Ave. N.

7

Suite 240
Bainbridge Island, WA 98110

8

Email: phil@mannlawgroup.com

9

10

Dated: September 16, 2022

11

*/s/ Jacob P. Dini*

12

Jacob P. Dini

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(No. 2:21-cv-811-TSZ)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

158220504.1