UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

          Plaintiff,

v.

AIMJUNKIES.COM, et al.,

          Defendants.

C21-0811 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff's motion for reconsideration, docket no. 243, is DENIED. The claims at issue in the arbitration differ from the claims at issue in trial. In the alternative, the Court exercises its discretion not to grant a preclusive effect to the disputed findings. *See Beeman v. Anthem Prescription Mgmt., Inc.*, 780 F. App'x 486, 489 (9th Cir. 2019) (citing *SEC v. Stein*, 906 F.3d 823, 828 (9th Cir. 2018)).

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of November, 2023.

                          Ravi Subramanian
                          Clerk

                          s/Laurie Cuaresma
                          Deputy Clerk

MINUTE ORDER - 1