**Subject:** Bungie v. AimJunkies - witness list
**From:** "Marcelo, Christian W. (Perkins Coie)" <CMarcelo@perkinscoie.com>
**Date:** 11/21/23, 10:29 AM
**To:** Phil Mann <phil@mannlawgroup.com>
**CC:** "Rava, William C. (Perkins Coie)" <WRava@perkinscoie.com>, "Dini, Jacob (Perkins Coie)" <JDini@perkinscoie.com>, "Carter, Tim (Perkins Coie)" <TCarter@perkinscoie.com>, "Marino, Trisha (Perkins Coie)" <TMarino@perkinscoie.com>

Phil,

Per the Court's 11/17 Minute Order, we are writing to let you know Bungie is striking Mr. Buckmiller from its witness list and is not calling Mr. Hodgson. We'll let the Court know as well.

Best,

Christian

**Christian Marcelo | Perkins Coie LLP**
**COUNSEL**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3315
F. +1.206.359.4315
E. CMarcelo@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.