**Subject:** Voicemail Regarding Mr. Buckmiller and Mr. Hodgson, 2:21-cv-00811-TSZ Bungie Inc v. Aimjunkies.com et al
**From:** Alec Zatirka <Alec_Zatirka@wawd.uscourts.gov>
**Date:** 11/21/23, 4:19 PM
**To:** "JDini@perkinscoie.com" <JDini@perkinscoie.com>, "cmarcelo@perkinscoie.com" <cmarcelo@perkinscoie.com>, "WRava@perkinscoie.com" <WRava@perkinscoie.com>, "phil@mannlawgroup.com" <phil@mannlawgroup.com>

Good evening Counsel,

This morning the Court received an *ex parte* voicemail from Mr. Marcelo indicating that Plaintiff does not intend to call either Mr. Buckmiller or Mr. Hodgson as witnesses at trial. In light of the voicemail, no offer of proof regarding Mr. Buckmiller or Mr. Hodgson needs to be filed on the Docket.

Thank you,
Alec Zatirka
Law Clerk to the Hon. Thomas S. Zilly