THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-811 TSZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY EXECUTION OF ARBITRATION PARTIAL JUDGMENT**<br><br>**Note on Motion Calendar: December 29, 2023** |

THIS MATTER having come before the Court on Defendant's Motion to Stay Enforcement of this Court's June 23, 2023 Partial Judgment (Dkt. 141) Pending Appeal; and the Court having reviewed the motion and being otherwise fully advised, now, therefore:

IT IS HEREBY ORDERED that enforcement of the June 23, 2023 Partial Judgment (DKT#141) is hereby stayed as to all Defendants pending Defendants' pursuant to Fed. R. Civ. P. 62(b), and the bond requirement is hereby waived.

Dated this __ day of December, 2023.

_____
Hon. Thomas S. Zilly

Presented by:

MANN LAW GROUP PLLC

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900

Attorneys for Defendants

By:

*/Philip P. Mann*

Philip P. Mann, WSBA # 28860
Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
(206) 436-0900
phil@mannlawgroup.com

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ

Page 2

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900