THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

                Plaintiff,

     v.

AIMJUNKIES.COM; PHOENIX DIGITAL
GROUP, LLC; DAVID SCHAEFER; JORDAN
GREEN; JEFFREY CONWAY AND JAMES
MAY,

                Defendants.

No. 2:21-cv-811

**PLAINTIFF BUNGIE, INC.'S
MOTION TO SEAL**

NOTE ON MOTION CALENDAR:
January 12, 2024

At the request of Defendants AimJunkies.com, Phoenix Digital Group, LLC ("Phoenix Digital"), David Schaefer, Jordan Green, Jeffrey Conway, and James May (collectively, "Defendants"), Plaintiff Bungie, Inc. ("Bungie"), pursuant to LCR 5(g) and the Stipulated Protective Order entered by the Court in this matter (Dkt. No. 60), hereby moves to file under seal Exhibits 3-13 and 15 to the Declaration of William Rava in support of Bungie's Opposition to Defendants' Motion to Stay Execution of Arbitration Judgment and the accompanying references to these exhibits and information contained in Bungie's Opposition Brief (the "Opposition"). Defendants did not provide a reason for their request that the documents be filed under seal.

A party may file a document under seal without prior court approval "[i]f the party files a motion or stipulated motion to seal the document . . . at the same time the party files the sealed document." LCR 5(g)(2)(B). The contemporaneous motion must include a certification that the

PLAINTIFF'S MOT. TO FILE UNDER SEAL
(No. 2:21-cv-811) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

164837285.1

1  parties met and conferred about the need to file the document under seal, the ability to minimize

2  the material filed under seal, and the possibility of exploring alternatives to filing under seal.  LCR

3  5(g)(3)(A).  Where the parties have entered a stipulated protective order, a party wishing to file

4  confidential documents it obtained from another party in discovery may file a motion to seal but

5  need not provide a specific statement of the applicable legal standard and the reasons for keeping

6  a document under seal.  LCR 5(g)(3)(B).  Instead, the party who designated the document

7  confidential must satisfy LCR 5(g)(3)(B) in its response to the motion to seal or in a stipulated

8  motion.  *Id.*

9       Here, the exhibits that Bungie intends to file under seal are all documents designated by

10  Defendants as Confidential.  These exhibits consist of excerpts of deposition transcripts from

11  Defendants that were taken in the parallel JAMS arbitration proceeding between the same parties

12  and which were designated in their entirety as Confidential by Defendants, as well as Defendants'

13  PayPal account information sheets produced by PayPal in this case that have been designated as

14  Confidential by Defendants.

15       On December 20, 2023, Bungie's counsel notified counsel for Defendants via email of its

16  intent to file Exhibits 3-13 and 15 to the Declaration of William Rava in support of Bungie's

17  Opposition and the accompanying references to these exhibits and information contained in

18  Bungie's Opposition.  Bungie's counsel asked Defendants to confirm whether they intended to

19  maintain their confidentiality designations over those portions of the transcripts and documents,

20  and if so, to provide a statement of the applicable legal standard and the reasons for keeping the

21  documents under seal pursuant to LCR 5(g)(3)(B).  Defendants' counsel stated that "Defendants

22  wish to maintain the confidentiality of these documents," but did not provide a reason for their

23  request.

24       A proposed order accompanies this motion.

25

26

PLAINTIFF'S MOT. TO FILE UNDER SEAL
(No. 2:21-cv-811) –2

164837285.1

1    I certify that this memorandum contains 463 words, in compliance with the Local Civil

2  Rules.

3

4

5  Dated: December 26, 2023          By: /s/William C. Rava

6                                        William C. Rava, Bar No. 29948
                                         Christian W. Marcelo, Bar No. 51193
                                         Jacob P. Dini, Bar No. 54115

7                                        **Perkins Coie LLP**
                                         1201 Third Avenue, Suite 4900

8                                        Seattle, Washington 98101-3099
                                         Telephone: +1.206.359.8000
                                         Facsimile: +1.206.359.9000

9                                        WRava@perkinscoie.com
                                         CMarcelo@perkinscoie.com

10                                       JDini@perkinscoie.com

11                                       *Attorneys for Plaintiff Bungie, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFF'S MOT. TO FILE UNDER SEAL                    **Perkins Coie LLP**
(No. 2:21-cv-811) –3                                1201 Third Avenue, Suite 4900
                                                    Seattle, Washington 98101-3099
                                                    Phone: +1.206.359.8000
                                                    Fax: +1.206.359.9000

164837285.1