THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC.,

    Plaintiff,

v.

AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,

    Defendants.

No. 2:21-cv-811-TSZ

**[PROPOSED] ORDER [GRANTING/DENYING] PLAINTIFF BUNGIE, INC.'S MOTION TO SEAL**

THIS MATTER came before the Court for consideration on Plaintiff Bungie, Inc.'s ("Bungie") Motion to Seal (the "Motion"). Now, having reviewed the parties' briefing, declarations, and exhibits attached thereto, it is hereby ORDERED as follows:

Bungie's Motion is [GRANTE/DENIED]. Exhibits 3-13 and 15 to the Declaration of William Rava in support of Bungie's Opposition to Defendants' Motion to Stay Execution of Arbitration Judgment and the accompanying references to these exhibits and information contained in Bungie's Opposition [may/may not] be filed under seal.

DATED this _____ day of _____, 2023.

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

164837324.1

Honorable Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ William C. Rava*
William C. Rava, WSBA No. 29948
Christian W. Marcelo, WSBA No. 51193
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: WRava@perkinscoie.com
CMarcelo@perkinscoie.com
JDini@perkinscoie.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER
(No. 2:21-cv-811-TSZ) – 2

164837324.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000