# EXHIBIT 1

```
 1                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
 2                             AT SEATTLE

 3   _____

 4   BUNGIE, INC.,                  )
                                    )              CERTIFIED COPY
 5             Plaintiff,           )
                                    )
 6      vs.                         ) No. 2:21-cv-811-TSZ

 7   AIMJUNKIES.COM; PHOENIX        )

 8   DIGITAL GROUP, LLC; DAVID      )

 9   SCHAEFER; JORDAN GREEN;        )

10   JEFFREY CONWAY; and JAMES      )

11   MAY,                           )

12             Defendants.          )

13   _____

14   VIDEO RECORDED 30(B)(6) DEPOSITION UPON ORAL EXAMINATION

15              OF PHOENIX DIGITAL GROUP, LLC

16                    BY DAVID SCHAEFER

17   _____

18                        6:02 P.M.

19                     MARCH 20, 2023

20        WITNESS LOCATED AT:  UNDISCLOSED LOCATION

21

22

23

24   REPORTED BY:  BETSY E. DECATER, RPR, CCR 3109

25   JOB NO.: 971984
```

Bungie, Inc. vs Aimjunkies.com, et al.                30(b)(6) David Schaefer 03/20/2023

Page 2

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFF:

 4        CHRISTIAN W. MARCELO
          Perkins Coie LLP
 5        1201 Third Avenue
          Suite 4900
 6        Seattle, Washington 98101-3099
          (206) 359-8000
 7        cmarcelo@perkinscoie.com

 8

 9    FOR THE DEFENDANTS:

10        PHILIP P. MANN
          Mann Law Group
11        403 Madison Avenue North
          Suite 240
12        Bainbridge Island, Washington 98110
          (206) 855-8839
13        phil@mannlawgroup.com

14

15    ALSO PRESENT:    SCOTT NORTON, Videographer
                       JAMES BARKER
16

17

18

19

20

21

22

23

24

25
```

Bungie, Inc. vs Aimjunkies.com, et al.     30(b)(6) David Schaefer 03/20/2023

Page 3

```
 1                        I N D E X

 2

 3   EXAMINATION BY:                                    PAGE(S)

 4      MR. MARCELO                                        5

 5

 6

 7   EXHIBITS FOR IDENTIFICATION                          PAGE

 8
     Exhibit 60   Counterclaim Exhibit E                   13
 9
     Exhibit 61   Screen Shot AimJunkies
10                Website 3/19/23                          36

11   Exhibit 62   Notice of Deposition                     74

12   Exhibit 63   Notice of Deposition                     75

13   Exhibit 64   Phoenix Digital's Supplemental
                  Responses to Interrogatory 10            78
14
     Exhibit 65   Exhibit 5 to Bungie's
15                Amended Complaint                       101

16   Exhibit 66   Screen Shot of AimJunkies
                  Website with Post
17                Dated 3/19/23                           118

18

19

20

21

22

23

24

25
```

Page 4

1                    MARCH 20, 2023

2                       6:02 P.M.

3                        --oOo--

4

5           VIDEOGRAPHER:  Good evening, everyone.  Here

6   begins the remote deposition of Phoenix Group, LLC,

7   pursuant FRCP 30(b)(6).  This is in the matter of

8   Bungie, Inc. versus AimJunkies.com, et al.  This case is

9   in the United States District Court, Western District of

10  Washington at Seattle.  Case number is 2:21-cv-811-TSZ.

11          Today's date is Monday, March 20th, 2023.  The

12  current time is 6:02 p.m. Pacific time.  This is a

13  remote deposition through Zoom video conferencing.  The

14  videographer is Scott Norton, here on behalf Centex

15  Litigation Services.  Would counsel please introduce

16  yourselves and state whom you represent?

17          MR. MARCELO:  Christian Marcelo for

18  Plaintiff, Bungie.  I'm joined by James Barker, general

19  counsel for Bungie.

20          MR. MANN:  And I am Philip Mann.  I'm here

21  on behalf of all Defendants, in particular Phoenix

22  Digital for this particular 30(b)(6) deposition.

23          VIDEOGRAPHER:  Thank you all very much.  Our

24  reporter today is of Betsy Decater with Centex.  Will

25  the reporter please swear in the witness.

Page 5

```
 1                       DAVID SCHAEFER,
 2     sworn as a witness by the Certified Court Reporter,
 3                      testified as follows:
 4
 5                          EXAMINATION
 6  BY MR. MARCELO:
 7     A.  Now, is this the personal or the 30(b)(6)?
 8     Q.  This is the 30(b)(6) deposition of Phoenix
 9  Digital.  My hope is that we will get everything done in
10  this one deposition.  But we can always shift over to
11  the other deposition after if we need to.
12         Mr. Schaefer, you've been through this deposition
13  process before, right?
14     A.  Yes.
15     Q.  You were deposed in connection with the
16  arbitration?
17     A.  Yes.
18     Q.  Okay.  So same general rules apply.  I'm going to
19  kind of go through them again.  Remember to talk one at
20  a time, wait for me to finish the question before you
21  start answering.  If something's unclear, ask me, I'll
22  try to make the question more clear.  No nonverbal
23  answers.  We'll need answers on the record.  Okay?
24     A.  Yes.
25     Q.  And especially in video chats we tend to start
```

Page 9

1  category does that question relate to?
2           MR. MARCELO:  Sure.  It relates to the
3  foundational --
4           MR. MANN:  I do not see foundational --
5           MR. MARCELO:  Mr. Mann, Mr. Mann, you asked
6  a question, let me finish the answer.
7           MR. MANN:  Mr. Marcelo --
8           MR. MARCELO:  No.  Mr. Mann, when you ask a
9  question, let me finish the answer.
10          MR. MANN:  Answer my question.
11          MR. MARCELO:  I am.  This is a foundational
12 question as to one of the three members of Phoenix
13 Digital and their employment.
14          MR. MANN:  Okay.  Now, which category is
15 that by number?  My question to you is which 30(b)(6)
16 category does this come under?  You can answer that with
17 a number?
18          MR. MARCELO:  Sure.  Mr. Mann, this is a
19 normal foundational question.  If you're instructing the
20 witness not to answer, put that on the record, but keep
21 your objections to form.
22          MR. MANN:  I am not going to -- I have not
23 instructed my witness anything.  In fact, he raised it
24 on his own.  Mr. Schaefer, you know what the rules
25 are --

Page 10

1    A.  Yeah.  I believe -- am I interpreting this
2    correctly?  This is a 30(b)(6).  It means I'm a
3    representative of the corporation.  What -- there is no
4    relevance to my personal status in regards to my
5    personal employment when it comes to the corporation.
6    They're two different separate entities.  So if you want
7    to ask me questions about the corporation, you are
8    welcome to do so.  But when you delve into the personal
9    side of my life, then you're not doing 30(b)(6).
10   Q.  (BY MR. MARCELO)  Mr. Schaefer, are you refusing
11   to answer the question of whether you had any other
12   employment?
13   A.  Yes.
14   Q.  Where are you currently working?
15   A.  I'm not going to answer that.
16   Q.  You're refusing to answer where you're currently
17   working?
18   A.  When you're ready to get into a personal
19   deposition, then we can cross that bridge when we get
20   there.  But right now this is a 30(b)(6).
21   Q.  And, Mr. Schaefer, you're refusing to answer
22   where you're currently working?
23   A.  Yes.
24   Q.  What are your current sources of income?
25   A.  Yes.

Page 11

1   Q.  Yes what?

2   A.  I don't remember.

3   Q.  You don't recall what your current sources of
4   income are?

5   A.  No.

6       MR. MANN:  Objection.  What is the 30(b)(6)
7   category to which this question relates?

8   Q.  (BY MR. MARCELO)  Mr. Schaefer, did you do
9   anything to prepare for this deposition.

10  A.  Yes.

11  Q.  What did you do?

12  A.  I looked at all the categories that you listed
13  that I needed to have myself prepared for and none of
14  those included these questions.

15  Q.  And are you prepared to testify as to those
16  topics as Bungie's corporate representative?

17  A.  No.  I'm prepared to testify to the topics that
18  you listed that the corporate representative needed to
19  address.  There was nothing in that list that addressed
20  me personally, was there, Christian?

21  Q.  Mr. Schaefer, I'm going to ask that you listen to
22  the question.  What I said was are you prepared to
23  testify on each of the topics in the notice of
24  deposition as Bungie's corporate representative?

25  A.  Yes.  As Phoenix Digital's corporate

```
 1   representative.
 2       Q.  Thank you.  Did you review any documents to
 3   prepare for this deposition?
 4       A.  Yes.
 5       Q.  What documents?
 6       A.  What documents I had in my possession.
 7       Q.  Do you recall any of those documents?
 8       A.  Not off the top of my head, no.
 9       Q.  Did you review any e-mails?
10       A.  There weren't any e-mails to review.
11       Q.  Did you review Phoenix Digital's terms of
12   service?
13       A.  Yes, I did.
14       Q.  Any other documents you recall reviewing?
15       A.  I don't remember.
16       Q.  Did you --
17       A.  I looked at -- I looked at the list that you
18   provided me with, I followed up on it myself personally,
19   and I'm ready to answer the questions of them.  And I
20   didn't see anywhere in there where it asked Mr.
21   Schaefer's employment status, did it?  Were any of those
22   questions in there, Christian, address my employment
23   status personally?
24       Q.  Did you review your --
25       A.  Yes or no?
```

Page 107

1    A.  What does this have to do with copyright,
2    Christian?  What does this have to do with fair use?
3    Where's the relevance here in whether they let us know
4    or not?  Where's the relevance?
5    **Q.  (BY MR. MARCELO)  Mr. Schaefer, I'm going to ask**
6    **the question --**
7    A.  Not relevant.  I'm not answering the question.
8    **Q.  You're refusing to answer --**
9           MR. MANN:  I'm also -- I'm going to point
10   out the question has been asked and answered before.
11   A.  Yeah, I'm not answering the question.  I've had
12   enough.
13          MR. MANN:  Okay.  It's going to be -- it's
14   going to turn on the deposition transcripts and the
15   testimony at the arbitration which is a matter of
16   record, the words are written down, it's in black and
17   white, they say what they say.  Somebody's right and
18   somebody's wrong.  Mr. Schaefer, if you believe that
19   you're right on this thing, stick with your answer.  If
20   there's anything you want to change, now's your
21   opportunity to change it.
22          My recollection is Mr. Marcelo and others have
23   already asked this question.  It's already been
24   answered, but I'm not the witness, you are.
25   **Q.  (BY MR. MARCELO)  So, Mr. Schaefer, are you**

1    refusing to answer the question of whether Phoenix
2    Digital's developers inform Phoenix Digital of what
3    cheats they're working on?
4        A.  I don't remember.
5        Q.  Do you recall if they sometimes let Phoenix
6    Digital know what cheats they're working on?
7        A.  I don't remember.
8        Q.  Specifically as to the Destiny 2 cheat, Mr. May
9    told you he was working on a cheat for Destiny 2, right?
10       A.  No.
11       Q.  Mr. Banek informed Phoenix Digital he was
12   developing a cheat for the Destiny 2, right?
13       A.  Yes.
14       Q.  Did any other developers inform Phoenix Digital
15   they were developing a cheat for Destiny 2?
16       A.  No.
17           MR. MANN:  And, obviously, Mr. Marcelo knows
18   this because he's already asked these questions before,
19   but that's another matter.
20       Q.  (BY MR. MARCELO) Is Phoenix Digital currently
21   providing services for Mr. Banek?
22       A.  We process payments.  That's standalone from the
23   website.  That's all we're doing is processing payments
24   for him.
25           MR. MANN:  And, again, this is a matter of

Page 109

1  further inquiry previously.  This is in the record.  You
2  know it.
3      A.  No.  The status -- Phil --
4      Q.  (BY MR. MARCELO)  What I'm asking you is has --
5      A.  Hold on, Christian.  The status has changed.  The
6  last time you asked this question we were in the back
7  end of the website and processing payments.  That's --
8  that status has changed to where we're not in the
9  website in any way, shape or form.
10     Q.  And that is why we are asking these questions.
11     A.  And that's why I'm answering them.
12     Q.  Now, so Phoenix Digital processes payments for
13  AimJunkies.com right now, right?
14     A.  That is correct.
15     Q.  And is it the same process we discussed before
16  where if someone purchases a cheat it goes to a Phoenix
17  Digital account?
18     A.  Yes.
19     Q.  And then Phoenix Digital distributes that to a
20  cheat developer?
21     A.  And to Banek.
22     Q.  And then what portion does Phoenix Digital
23  retain?
24     A.  10 percent.
25     Q.  Does Mr. Banek still only accept payment in

1  bitcoin?
2     A.  Yes.
3     Q.  And so is there still a Phoenix Digital bitcoin
4  wallet?
5     A.  There never was a Phoenix Digital bitcoin wallet.
6     Q.  What bitcoin wallet -- strike that.  Who owns the
7  bitcoin wallet that pays Mr. Banek?
8     A.  I don't remember.
9     Q.  But there is a bitcoin wallet that's operated by
10  Phoenix Digital that makes payments to Mr. Banek, right?
11     A.  I have to think about that.  I don't remember.
12     Q.  Well, how does Mr. Banek receive payment?
13     A.  Through bitcoin.
14     Q.  Who pays Mr. Banek?
15     A.  I pay Mr. Banek.
16     Q.  And how do you transfer bitcoin to Mr. Banek?
17     A.  Phoenix Digital doesn't have a wallet.  The
18  website has a wallet, I believe, and -- and I got to
19  think about that one a little bit.  I don't know whose
20  fucking wallet that is, but whatever.  This will be a
21  good one in court.
22     Q.  But there's a wallet that Phoenix Digital has
23  control of, right?
24     A.  Yes.
25     Q.  And it's used to pay Mr. Banek, right?

Bungie, Inc. vs Aimjunkies.com, et al.                30(b)(6) David Schaefer 03/20/2023

Page 111

```
 1     A.  Yeah.  I don't know whose wallet it is.
 2     Q.  And when you say you don't know whose wallet it
 3  is, does that mean you don't know who created the
 4  wallet?
 5     A.  I don't know who created the wallet.  It's not
 6  one of our personal wallets.
 7     Q.  Who has access to that wallet?
 8     A.  I do.
 9     Q.  Does anyone else have access to that wallet?
10     A.  No.
11     Q.  How long have you been using that bitcoin wallet?
12     A.  For 20 days.
13     Q.  And you also have a personal bitcoin wallet,
14  right?
15     A.  No.
16     Q.  You previously had a bitcoin wallet?
17     A.  Yes.
18     Q.  When did you get rid of that?
19     A.  Last year.
20     Q.  What is the bitcoin wallet address of the wallet
21  that's used to pay Mr. Banek?
22     A.  I have no idea.
23     Q.  But you would have access to look it up, wouldn't
24  you?
25     A.  I would have to ask Banek what he's taking
```

Page 112

1    payments on.
2       Q.   But you just said you have control of the wallet
3    that makes payments to Banek, right?
4       A.   Yes.
5       Q.   So I'm wondering, you'd be able to look up the
6    wallet address of that wallet, right?
7       A.   I do not have access to that wallet.
8       Q.   You don't have access to the wallet that pays Mr.
9    Banek?
10      A.   No.
11      Q.   But you make the payments from that wallet to Mr.
12   Banek?
13      A.   Yes.
14      Q.   How do you not have access to it?
15      A.   Because I don't.
16      Q.   How do you make payments to Mr. Banek from a
17   wallet you have no access?
18      A.   Oh, my God.  You've already asked this question.
19      Q.   How do you make payments to Mr. Banek from a
20   wallet that you can't access?
21           MR. MANN:  Go ahead and answer it again if you
22   can.
23      A.   The money gets sent to a cold wallet and the cold
24   wallet gets sent to Banek, what's in the cold wallet.
25   The cold wallet is destroyed every month and it's sent

Page 113

```
 1    to Banek.
 2       Q.  (BY MR. MARCELO)  You said the money gets sent to
 3    a cold wallet.  That's money from a consumer purchasing
 4    a cheat?
 5       A.  Yes.
 6       Q.  Okay.  The cold wallet, is that the wallet that
 7    you use to send money to Mr. Banek?
 8       A.  Yes.
 9       Q.  And how do you actually send the money from the
10    cold wallet to Mr. Banek?
11       A.  It's bitcoin.
12       Q.  Don't you have to start a transaction?
13       A.  Oh, my God.  Do you deal in bitcoin at all?
14       Q.  Mr. Schaefer, I'm asking for you to explain it to
15    me.  Walk me through how you send money to Mr. Banek
16    from the cold wallet.
17       A.  I don't know.  I really don't know.
18       Q.  You -- you do not know how you send money to Mr.
19    Banek but you do it every month?
20       A.  Yes, I do.
21       Q.  You need Mr. Banek's wallet ID to send him money
22    for bitcoin, right?
23       A.  Yes.
24       Q.  What's Mr. Banek's --
25              MR. MANN:  I'm going to raise an objection
```

Page 114

1    at this point. What does this have to do with any of
2    the counterclaims and why couldn't these questions have
3    been asked before? In fact, you have asked before.
4             THE WITNESS: They're trying to sew the
5    fucking groundwork when it comes time to chase the money
6    down when they think they're going to get some money.
7    That's what this is about.
8             MR. MANN: Mr. Marcelo, what does this have
9    to do with the counterclaims and what -- how is this any
10   different than questions you did not already ask
11   previously? This is a question to you, a serious
12   question to you.
13            THE WITNESS: It's the exact same questions
14   he asked three months ago.
15            MR. MANN: Exactly. Exactly.
16            MR. MARCELO And, Mr. Mann --
17            MR. MANN: No, we covered -- Mr. Marcelo, we
18   covered this before. This -- you're going over the same
19   ground you covered three times before. How -- what does
20   this have to do with any of the counterclaims?
21            MR. MARCELO: This deposition is not limited
22   to the counterclaims.
23            MR. MANN: You may say that. You may say
24   that. I don't know. Dave, it's up to you. You want to
25   take your chances with Judge Zilly?

Page 129

1            REPORTER'S CERTIFICATE

2       I, BETSY E. DECATER, the undersigned Certified Court

3   Reporter, pursuant to RCW 5.28.010 authorized to

4   administer oaths and affirmations in and for the State

5   of Washington, do hereby certify that the sworn

6   testimony and/or proceedings, a transcript of which is

7   attached, was given before me at the time and place

8   stated therein; that any and/or all witness(es) were

9   duly sworn to testify to the truth; that the sworn

10  testimony and/or proceedings were by me stenographically

11  recorded and transcribed under my supervision, to the

12  best of my ability; that the foregoing transcript

13  contains a full, true, and accurate record of all the

14  sworn testimony and/or proceedings given and occurring

15  at the time and place stated in the transcript; that a

16  review of which was requested; that I am in no way

17  related to any party to the matter, nor to any counsel,

18  nor do I have any financial interest in the event of the

19  cause.

20      WITNESS MY HAND and DIGITAL SIGNATURE this 27th day

21  of  March, 2023.

22  *[signature: Betsy E. Decater]*

23  BETSY E. DECATER, RPR
    Washington Certified Court Reporter, CCR 3109
24

25