# EXHIBIT 2

Case 2:21-cv-00811-TSZ   Document 258-2   Filed 12/26/23   Page 2 of 12

Bungie, Inc. vs Aimjunkies.com, et al.                    James May 03/23/2023

Page 1

```
              IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
                          AT SEATTLE
BUNGIE, INC.                    )
                                )
     Plaintiff,                 )
                                )
vs.                             ) CASE NO. 2:21-cv-811-TSZ
                                )
AIMJUNKIES.COM; PHOENIX         )
DIGITAL GROUP LLC; DAVID        )
SCHAEFER; JORDAN GREEN;         )
JEFFREY CONWAY; and JAMES       )
MAY,                            )
                                )
     Defendants.                )
```

ORAL VIDEOTAPED ZOOM DEPOSITION
JAMES MAY
March 23, 2023

ORAL VIDEOTAPED ZOOM DEPOSITION OF JAMES MAY, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 23rd day of March, 2023, from 7:58 a.m. to 11:45 a.m., via Zoom, before Debra K. Zebert, Registered Professional Reporter, reported by computerized stenotype machine, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.
Job No.: 971992

Case 2:21-cv-00811-TSZ   Document 258-2   Filed 12/26/23   Page 3 of 12

Bungie, Inc. vs Aimjunkies.com, et al.                    James May 03/23/2023

```
                                                              Page 2
 1                         APPEARANCES
 2
 3   FOR PLAINTIFF:
 4        Jacob Dini, Esquire
          PERKINS COIE, LLP
 5        1201 Third Avenue, Suite 4900
          Seattle, Washington  98101
 6        206.359.8000
          JDini@perkinscoie.com
 7
     FOR DEFENDANT, JAMES MAY:
 8
          Philip P. Mann, Esquire
 9        MANN LAW GROUP PLLC
          403 Madison Avenue, North, Suite 240
10        Bainbridge Island, Washington  98110
          206.855.8839
11        phil@mannlawgroup.com
12
     ALSO PRESENT:
13
          Scott Norton, Videographer
14        James Barker, In-house Counsel, Bungie, Inc.
          Ed Kaiser, PhD
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:21-cv-00811-TSZ   Document 258-2   Filed 12/26/23   Page 4 of 12

Bungie, Inc. vs Aimjunkies.com, et al.                James May 03/23/2023

```
                                                           Page 3
 1                          INDEX
 2                                                         PAGE
 3    JAMES MAY
 4    Examination by Mr. Dini ............................4
      Signature Page  ..................................175
 5    Signature Page - No Changes  .....................178
      Court Reporter's Certificate .....................179
 6
 7                         EXHIBITS
 8
 9    EXHIBIT            DESCRIPTION                       PAGE
10    70        PDX02                                      16
11    71        Defendants' Answer and Amended             42
                Counterclaims
12
      72        Defendant James May's                      67
13              Supplemental Response to
                Plaintiff's Interrogatory No. 8
14
      73        Invoice                                    102
15
      74        Counterclaim Exhibit D                     160
16
      75        Counterclaim Exhibit B                     172
17
18
19
20
21
22
23
24
25
```

Case 2:21-cv-00811-TSZ   Document 258-2   Filed 12/26/23   Page 5 of 12

Bungie, Inc. vs Aimjunkies.com, et al.                    James May 03/23/2023

Page 4

1                THE VIDEOGRAPHER:  Good morning, everyone.
2     Here begins the remote deposition of James May in the
3     matter of Bungie, Inc. versus AimJunkies.com et al.
4     This case is in the United States District Court,
5     Western District of Washington, at Seattle.  The case
6     number is 2:21-CV-811-TFZ.  Today's date is Thursday,
7     March 23rd, 2023, and the current time is 7:58 a.m.
8     Pacific time.
9                This is a remote deposition through Zoom
10    videoconferencing.  Our videographer is Scott Norton,
11    appearing on behalf of Centext Litigation Services.
12    Would counsel please introduce yourselves, state whom
13    you represent.
14                MR. DINI:  My name is Jacob Dini.  I'm
15    counsel for Bungie.  I'm also joined today by in-house
16    counsel, James Barker -- or in-house counsel for Bungie.
17                MR. MANN:  My name is Philip Mann.  I'm
18    here on behalf of Mr. May.
19                THE VIDEOGRAPHER:  Thank you both.  Our
20    reporter today is Kathy Zebert, with Centext.  Would the
21    reporter please swear in our witness.
22                        JAMES MAY,
23    having been first duly sworn, testified as follows:
24                           ***
25                        EXAMINATION

Case 2:21-cv-00811-TSZ   Document 258-2   Filed 12/26/23   Page 6 of 12

Bungie, Inc. vs Aimjunkies.com, et al.                     James May 03/23/2023

Page 5

```
 1   BY MR. DINI:
 2        Q.   Okay.  Good morning, Mr. May.
 3        A.   Good --
 4        Q.   I know you've --
 5        A.   -- morning.
 6        Q.   I know you've done this before.  You were
 7   deposed in connection with the arbitration proceeding
 8   between these parties too, right?
 9        A.   Yes.
10        Q.   Okay.  I know Mr. Marcelo went through the
11   deposition rules during that deposition too, but I think
12   it's helpful for both of us just to have a brief
13   refresher at the top here too.
14        A.   Definitely.
15        Q.   Yeah.  So we, again, have a court reporter,
16   Ms. Kathy Zebert.  So I ask that you please answer all
17   questions verbally even if it's just a "yes" or a "no."
18   I'm going to ask you not to use sort of sounds like
19   "uh-huh" or "nuh-uh," because those are difficult to
20   record accurately.  And please avoid any nonverbal
21   answers like a nod or a shake of the head.  We need a
22   clear record in this case.  Do you --
23        A.   Gotcha.
24        Q.   -- understand that?
25        A.   Yeah.
```

Case 2:21-cv-00811-TSZ   Document 258-2   Filed 12/26/23   Page 7 of 12

Bungie, Inc. vs Aimjunkies.com, et al.                James May 03/23/2023

Page 8

1  contractor relationships with any other company since
2  October of 2022?
3      A.   Let me rephrase that.  Sorry.  I started
4  working for -- since October, right, of this year?
5      Q.   Since October -- yeah, your last deposition.
6      A.   Yeah.  In -- the end of January, I started
7  working for DoorDash.
8      Q.   Any other company --
9      A.   It has nothing to do with this, but, yeah.
10 Sorry.
11     Q.   Oh, no.  Sorry.  Any other companies besides
12 DoorDash that you've worked for since your last
13 deposition?  I'm sorry.  I didn't hear that answer.
14          MR. DINI:  Is anyone else having audio
15 issues?
16          THE VIDEOGRAPHER:  Yes.
17          MR. MANN:  Yeah.  I'm not hearing -- I'm
18 not hearing Mr. May either.
19          THE VIDEOGRAPHER:  He went out.  I think
20 he was just going to plug in.
21     A.   Is it working now?
22 BY MR. DINI:
23     Q.   Yes, now it is.
24     A.   That was weird.
25     Q.   No problem.  I'll reask the question.

Case 2:21-cv-00811-TSZ   Document 258-2   Filed 12/26/23   Page 8 of 12

Bungie, Inc. vs Aimjunkies.com, et al.                James May 03/23/2023

Page 9

```
 1      A.    Okay.
 2      Q.    Other than DoorDash, have you worked for any
 3   other companies since your last deposition in October of
 4   2022?
 5      A.    No, I have not.
 6      Q.    Okay.  Are you still working for DoorDash?
 7      A.    Yes.
 8      Q.    Is -- is that why we have to end the deposition
 9   at 5:00 p.m. Eastern time today?
10      A.    Yes.
11      Q.    Okay.  Got it.  You say you still work or you
12   still are an independent contractor for the website
13   AimJunkies.com.  Did I hear that right?
14      A.    Yes.
15      Q.    What do you do for AimJunkies.com still?
16      A.    I still do the same thing I did before; making
17   cheats and stuff like that that.  Yeah, still the exact
18   same thing.
19      Q.    So you're still making cheats for
20   AimJunkies.com?
21      A.    Yeah.
22      Q.    How are you paid by AimJunkies.com?
23      A.    I get paid through Bitcoin.
24            MR. MANN:  I'm going to raise an objection
25   at this point, because I don't see what this has to do
```

Case 2:21-cv-00811-TSZ   Document 258-2   Filed 12/26/23   Page 9 of 12

Bungie, Inc. vs Aimjunkies.com, et al.                James May 03/23/2023

Page 10

1  with the counterclaims, and this seems like we're going
2  over familiar ground.  Continue, but I want to make that
3  for the record.  I'll permit this for a while, but this
4  is not going to be a complete redo of the deposition
5  that has already been taken.  I would ask that it be
6  confined to the counterclaim issues that are properly
7  the subject matter for this deposition.  Please go
8  ahead.
9  BY MR. DINI:
10      Q.   Mr. May, I'll ask you the question again.  How
11 are you paid by AimJunkies.com?
12      A.   Through Bitcoin.
13      Q.   Are you paid through any other methods by
14 AimJunkies.com other than Bitcoin?
15      A.   No.
16      Q.   Who pays you from AimJunkies.com?
17      A.   It's still coming from -- I still think they're
18 handling the payments.  I'm not a hundred percent sure
19 on that, but I believe Dave Schaefer is still handling
20 the payments.
21      Q.   So you're still being paid by David Schaefer
22 for your work in connection with AimJunkies.com?
23      A.   I believe they're the payment provider, like
24 they handle the payments for them.  I'm not a hundred
25 percent sure, but I believe so.

Case 2:21-cv-00811-TSZ   Document 258-2   Filed 12/26/23   Page 10 of 12

Bungie, Inc. vs Aimjunkies.com, et al.                James May 03/23/2023

Page 11

```
 1      Q.    So who is the payment provider that pays you on
 2   behalf of AimJunkies.com?
 3      A.    I believe it's David Schaefer.
 4      Q.    Do you know your current Bitcoin wallet ID?
 5      A.    I do not.
 6      Q.    Do you have a Bitcoin wallet ID currently?
 7      A.    It's just through Coinbase.
 8      Q.    Do you have a Coinbase -- do you have a
 9   Coinbase account?
10      A.    Yes, I do.
11      Q.    And is that Coinbase account the one that is
12   paid -- is -- that you use to get paid by
13   AimJunkies.com?
14      A.    Yes.
15      Q.    Do you know David Schaefer's Bitcoin wallet ID?
16      A.    No.
17      Q.    Do you have a record of the payments being made
18   to your Coinbase account?
19      A.    No.
20      Q.    Coinbase does not keep a record of how much
21   Bitcoin you've been paid?
22      A.    They might, but I'm not sure.  I don't check.
23      Q.    Have you ever looked at the balance of your
24   Bitcoin wallet in Coinbase?
25      A.    I transfer it right away.  So it goes right to
```

Case 2:21-cv-00811-TSZ   Document 258-2   Filed 12/26/23   Page 11 of 12

Bungie, Inc. vs Aimjunkies.com, et al.                     James May 03/23/2023

Page 12

1  my bank account.
2      Q.   Is that transfer automatic, or is it manual?
3      A.   I automatically transfer it as soon as I get a
4  notification I've been paid.
5      Q.   What e-mail address do you use for your
6  Coinbase wallet or your Coinbase account?
7      A.   The same e-mail address that you guys have for
8  everything else.
9      Q.   Can you remind what that e-mail address is,
10 please?
11     A.   Yeah, it's james.q3abc@gmail.com.
12     Q.   Do you have access to that Coinbase account if
13 you wanted to access it?
14     A.   Yeah.
15     Q.   When was the last time you accessed it?
16     A.   Last time I got paid.  I don't know the exact
17 date.
18     Q.   Was it within the last week?
19     A.   Last month, probably.
20     Q.   So sometime in February 2023 was the last time
21 you accessed your Coinbase account?
22     A.   Yeah, correct.
23     Q.   Okay.  Do you have any other sources of income
24 other than for your work for AimJunkies.com and -- and
25 DoorDash currently?

Case 2:21-cv-00811-TSZ   Document 258-2   Filed 12/26/23   Page 12 of 12

Bungie, Inc. vs Aimjunkies.com, et al.                James May 03/23/2023

Page 178

1       REPORTER'S CERTIFICATE
2    ORAL VIDEOTAPED ZOOM DEPOSITION OF JAMES MAY
3              March 23, 2023
4
5    I, the undersigned Registered Professional Reporter,
6    certify that the facts stated in the foregoing pages are
7    true and correct.
8        I further certify that I am neither attorney or
9    counsel for, related to, nor employed by any parties to
10   the action in which this testimony is taken and,
11   further, that I am not a relative or employee of any
12   counsel employed by the parties hereto or financially
13   interested in the action.
14       SUBSCRIBED AND SWORN TO under my hand on this the
15   28th day of March, 2023
16
17
18
19
20
                                    _____
21                                  Debra K. Zebert, BS, RPR, CSR
                                    RPR No. 839015
22                                  Expiration: 12/31/23
23
24
25