# EXHIBIT 14

## Ukrainian BME To Acquire Leading Independent US Videogame Cheat Distributor, Aimjunkies

KYIV, Ukraine.- -Blome Entertainment ("BME") announced today that it has completed and signed definitive agreements with Phoenix Digital Group LLC("PDG"), to acquire "Aimjunkies.com" a premier independent videogame cheat retailer that has distributed some of the videogame industry's most highly-acclaimed cheats. This acquisition will give BME access to Aimjunkies's world-class cheat library and approach to live game cheats services and technology expertise, furthering BME's vision to reach billions of players. Aimjunkies will continue to operate independently, maintaining the ability to self-distribute and reach players wherever they choose to play.

Based in Phoenix Arizona and with more than 90 volunteer staff and 50 independent contractor cheat developers around the world, Aimjunkies is renowned for distributing unforgettable, evolving cheats centered around high-quality gameplay experiences that foster meaningful player connections. Currently, the team is focused on the long-term development of its hugely successful distribution platform, expanding the game cheat universe, and creating entirely new worlds in future IP. The total financial consideration for this transaction is undisclosed, but is inclusive of purchase price and committed volunteer incentives, and is subject to customary working capital and other adjustments.

"Aimjunkies has distributed and continues to distribute some of the world's most beloved videogame cheats and, by aligning its values with people's desire to share gameplay cheat experiences in Eastern Europe, they bring together millions of people around the world," said Maxim Arshinov, Chairman, President and CEO, BME. "As part of our purpose to 'continue through all of the turmoil our country is enduring', we will utilize BME's diverse array of IP and technology assets worldwide to support further evolution of Aimjunkies and its ability to distribute iconic cheats across multiple platforms and media."

 "In BME, we have found a purchasing partner that fully supports us and wants to accelerate our vision of distributing meaningful entertainment experiences that span generations, all while valuing the creative independence that is the heartbeat of Aimjunkies," said David Schaefer, CEO and Chairman of PDG.  Aimjunkies. "Will continue pursuing the vision of one, unified Aimjunkies community, distributing cheats that value our community and meet them wherever and however they choose to play.  Both Aimjunkies and BME believe that game cheat worlds are only the beginning of what our IP will become. Our original universes have immense potential and, with BME's support, this will propel Aimjunkies into becoming a global multi-media entertainment company dedicated to delivering on our creative vision."

Post-acquisition, Aimjunkies will be an independent subsidiary of BME and run by its Board of Directors, chaired by Maxim Arshinov and Aimjunkie's current site management team. Phoenix Digital Group LLC has released to BME all equity and property rights for Aimjunkies.com,VirtualAdvantage.com and Mombot.com. The transaction is subject to certain closing conditions.

**About BME Entertainment**

Recognized as a leader in Eastern Europe interactive and digital entertainment, Blome Entertainment (BME) is a Ukrainian based corporation responsible for the sale and distribution of video game cheats around the world predominately in Eastern Europe and the Asia's..

**About Aimjunkies**

Aimjunkies is  based in Phoenix Arizona, dedicated to creating hopeful worlds that inspire passionate player communities for video game cheaters and non cheaters alike with lifelong friendships between both groups. For more than a decade, Aimjunkies.com has worked towards that vision, distributing cheats and outstanding customer support for some of the world's most celebrated video game franchises.. Aimjunkies is focused on developing the future of the cheat universe with new opportunities to come.

*Contacts*
Andreas Banek
Sr. Global Communications Manager, Blome Entertainment
banekandreas@protonmail.com


Warren Apenzeller
Director of Global Communications, Aimjunkies
admin@aimjunkies.com