# EXHIBIT 16

```
 1                UNITED STATES DISTRICT COURT

 2          WESTERN DISTRICT OF WASHINGTON AT SEATTLE

 3   _____

 4   BUNGIE, INC.,                  )
                                    )
 5                  Plaintiff,      )
                                    )      CERTIFIED COPY
 6        vs.                       )   No. 2:21-cv-811-TSZ
                                    )
 7   AIMJUNKIES.COM; PHOENIX        )
     DIGITAL GROUP LLC; DAVID       )
 8   SCHAEFER; JORDAN GREEN;        )
     JEFFREY CONWAY; and JAMES      )
 9   MAY,                           )
                                    )
10                  Defendants.     )
     _____

11

12     VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF

13                       JORDAN GREEN

14       ALL PARTICIPANTS APPEARED REMOTELY VIA ZOOM

15   _____

16

17

18

19                       2:02 P.M.

20                    MARCH 28, 2023

21          LOCATION OF WITNESS: PORTLAND, OREGON

22

23

24

25   REPORTED BY:  JUDY STEENBERGEN-WEBB, RPR, WA CCR #2495
```

Case 2:21-cv-00811-TSZ   Document 258-16   Filed 12/26/23   Page 3 of 10

Bungie, Inc. vs Aimjunkies.com, et al.                               Jordan Green 03/28/2023

Page 2

```
 1                 A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFFS:

 4         WILLIAM C. RAVA
           Perkins Coie LLP
 5         1201 Third Avenue
           Suite 4900
 6         Seattle, WA  98101-3099
           206.359.8000
 7         wrava@perkinscoie.com

 8
     FOR THE DEFENDANTS:
 9
           PHILIP P. MANN
10         Mann Law Group PLLC
           403 Madison Avenue N.
11         Suite 240
           Bainbridge Island, WA  98110
12         206.855.8839
           phil@mannlawgroup.com
13

14   ALSO PRESENT:   SCOTT NORTON, video operator

15

16

17

18

19

20

21

22

23

24

25
```

Bungie, Inc. vs Aimjunkies.com, et al.                                   Jordan Green 03/28/2023

Page 3

1                           I N D E X

2

3    EXAMINATION BY:                                          PAGE

4    MR. RAVA                                                    5

5

6

7

8

9    EXHIBITS FOR IDENTIFICATION                              PAGE

10    Exhibit 1     Terms of Service                             16

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Bungie, Inc. vs Aimjunkies.com, et al.                Jordan Green 03/28/2023

```
                                                            Page 4
 1              PORTLAND, OREGON; MARCH 28, 2023
 2                        2:02 P.M.
 3                         --oOo--
 4
 5             VIDEOGRAPHER:  Good afternoon, everyone.
 6    Here begins the remote deposition of Jordan Green in
 7    the matter of Bungie Inc. versus Aimjunkies.com, et al.
 8             This case in the United States District Court,
 9    Western District of Washington at Seattle.  This case
10    Number is 2:21-cv-811-TSZ.
11             Today's date is Tuesday, March 28th, 2023.
12    Our current time is 2:03 p.m. Pacific time.  This is a
13    remote deposition through Zoom video conferencing.  Our
14    videographer is Scott Norton appearing on behalf of
15    Centex Litigation Services.
16             Would counsel please introduce yourselves and
17    state whom you represent.
18                 MR. RAVA:  William Rava from Perkins
19    Coie on behalf of plaintiff Bungie.
20                 MR. MANN:  And I'm Phillip Mann
21    representing the defendants and Mr. Green individually.
22                 VIDEOGRAPHER:  Thank you both.
23             Our court reporter is Judy Steenbergen with
24    Centex.  Would the reporter please swear in our
25    witness.
```

Page 5

```
 1                  (Pursuant to Washington Supreme Court
 2                   Order Number 25700-A-1311, a remote
 3                   oath was administered by the Certified
 4                   Court Reporter.)
 5
 6                         JORDAN GREEN,
 7     sworn as a witness by the Certified Court Reporter,
 8                       testified as follows:
 9
10                          EXAMINATION
11   BY MR. RAVA:
12       Q.  Good afternoon, Mr. Green.  Good seeing you
13   again.
14       A.  Good afternoon.
15       Q.  You've been this -- been through this before,
16   so you know how things go, and I'm interested in moving
17   as efficiently and quickly as possible.  Unless you
18   need a refresher on process, I can skip that today; is
19   that okay?
20       A.  Yeah.  That's fine.
21       Q.  Okay.  As before, you were sworn in by the
22   court reporter.
23           Is there anything preventing you from telling
24   the complete truth today?
25       A.  No.
```

Case 2:21-cv-00811-TSZ   Document 258-16   Filed 12/26/23   Page 7 of 10

Bungie, Inc. vs Aimjunkies.com, et al.                        Jordan Green 03/28/2023

Page 21

```
 1  not -- I don't know what else there could or could not
 2  be.
 3      Q.  Other than documents supplied by Bungie in
 4  this case, are you aware of any other evidence that
 5  Bungie decompiled, disassembled, reverse engineered,
 6  analyzed the software?
 7      A.  I'm not entirely sure.  I believe that any
 8  evidence that may support that claim has -- is already
 9  involved in the process.
10      Q.  How was Phoenix Digital damaged by those acts
11  by Bungie?
12      A.  I'm not sure I'm in a position to really
13  explain that.  But if you would like my personal
14  opinion, I can give that.
15      Q.  Yeah.  I would like your personal opinion.
16      A.  I believe that through the form and method of
17  analysis that would been had -- would have had to have
18  been performed to produce the evidence that we've seen,
19  Bungie may have gotten a -- and then, again, I'm
20  speculating.  I don't personally know.  This is not
21  something that I'm super involved in.
22          So I guess I don't feel like I'm properly
23  equipped to answer your question.
24      Q.  Okay.  Are you still a member of Phoenix
25  Digital?
```

Case 2:21-cv-00811-TSZ   Document 258-16   Filed 12/26/23   Page 8 of 10

Bungie, Inc. vs Aimjunkies.com, et al.                Jordan Green 03/28/2023

Page 22

```
 1      A.   Yes.
 2      Q.   Are there still just two members today?
 3      A.   Yes.
 4      Q.   Are you still providing any back-end support
 5   for the Aimjunkies.com website?
 6      A.   Yes.
 7      Q.   Do you control any of the content over that
 8   website?
 9      A.   No.
10      Q.   What, what sort of back-end support are you
11   currently doing for the Aimjunkies.com website?
12      A.   Just very basic server, like, low-level server
13   support, software support when it comes to just the raw
14   web hosting side of things.
15              MR. RAVA:  Thank you for your time,
16   Mr. Green.  I don't have anything further.
17              MR. MANN:  That was pleasantly short.  I
18   don't have any cross examination, and we'll reserve
19   signature.
20              MR. RAVA:  Thank you.  I -- yeah.  Thank
21   you.  I had intended to give you forewarning about
22   that, but I didn't -- I wasn't entirely sure.  I didn't
23   want to set expectations and then disappoint.  So thank
24   you, Mr. Green.  Appreciate it.  Judy and Scott and
25   same.
```

Case 2:21-cv-00811-TSZ   Document 258-16   Filed 12/26/23   Page 9 of 10

Bungie, Inc. vs Aimjunkies.com, et al.                              Jordan Green 03/28/2023

Page 23

1       THE REPORTER:  Everyone stay on the
2  record, please.
3           Are we ordering the transcript at this time,
4  Will?
5              MR. RAVA:  No, we're not.
6              THE REPORTER:  Okay.
7              MR. MANN:  And we don't need a copy of
8  the transcript either, Mr. Green and I don't.
9              VIDEOGRAPHER:  And video just for
10 Counsel Rava, only?
11             MR. RAVA:  Yes.
12             THE REPORTER:  And can we get your
13 location today, Mr. Green?
14             THE WITNESS:  Portland, Oregon.
15             THE REPORTER:  Portland.  Okay.  Thank
16 you.
17          Okay.  You want to go ahead and take us off,
18 Scott?
19             VIDEOGRAPHER:  Okay.  Sure.  The time is
20 now 2:31 p.m.  We're now off the record.
21             (Deposition concluded at 2:31 p.m.)
22             (Signature was reserved.)
23
24
25

Case 2:21-cv-00811-TSZ   Document 258-16   Filed 12/26/23   Page 10 of 10

Bungie, Inc. vs Aimjunkies.com, et al.                    Jordan Green 03/28/2023

Page 24

1                    REPORTER'S CERTIFICATE

2

3           I, JUDY STEENBERGEN-WEBB, the undersigned

4    Certified Court Reporter, pursuant to RCW 5.28.010 authorized

5    to administer oaths and affirmations in and for the State of

6    Washington, do hereby certify that the sworn testimony and/or

7    proceedings, a transcript of which is attached, was given

8    before me at the time and place stated therein; that any

9    and/or all witness(es) were duly sworn to testify to the

10   truth; that the sworn testimony and/or proceedings were by me

11   stenographically recorded and transcribed under my

12   supervision, to the best of my ability; that the foregoing

13   transcript contains a full, true, and accurate record of all

14   the sworn testimony and/or proceedings given and occurring at

15   the time and place stated in the transcript; that a review of

16   which was requested; that I am in no way related to any party

17   to the matter, nor to any counsel, nor do I have any financial

18   interest in the event of the cause;

19

20          WITNESS MY HAND AND SIGNATURE this 9th day of

21   May, 2023.

22

23   _____

24   JUDY STEENBERGEN-WEBB
     Certified Court Reporter, RPR, WA CCR #2495
25