# EXHIBIT B

# Case No. 21-CV-0811-TSZ

**High Tide Advisors, LLC**

331 Zenith Lane
Juno Beach, FL  33408 US
706-726-1502
brad@hightide-advisors.com

## INVOICE

| BILL TO | | INVOICE | 1010 |
|---|---|---|---|
| David Schaefer | | DATE | 10/12/2023 |
| David Schaefer | | TERMS | Net 30 |
| | | DUE DATE | 11/11/2023 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Hours | 9/18/23 - Deposition preparation, Review of Case Files, Session 1. 7hrs. | 7 | 600.00 | 4,200.00 |
| Hours | 9/19/23 - Deposition preparation, Review of Case Files, Session 2. 7hrs. | 7 | 600.00 | 4,200.00 |
| Hours | 9/27/23 - Deposition preparation, Review of Case Files, Session 3. 3hrs. | 3 | 600.00 | 1,800.00 |
| Hours | 9/28/23 - Deposition preparation, Review of Case Files, Session 4. 4hrs. | 4 | 600.00 | 2,400.00 |
| Hours | 9/29/23 - Deposition coordination, setup, and delivery. 7hr. | 7 | 600.00 | 4,200.00 |
| Hours | 10/4/23 - Transcript review - 195 pages. 2hrs. | 2 | 600.00 | 1,200.00 |

Chase Bank
Address: 5 E Main Rd, Middletown, RI 02842
Account Number: 532133777
Routing Number: 083000137
Recipient: High Tide Advisors, LLC
*Attention: Brad LaPorte
SWIFT: CHASU33
EIN - 93-2782311

**BALANCE DUE**          **USD 18,000.00**