# EXHIBIT C

# Case No. 21-CV-0811-TSZ

**Subject:** FW: Invoice - Reminder: Your payment to Expert Witness Brad LaPorte on behalf of High Tide Advisors, LLC is due in 3 days
**From:** "Rava, William C. (Perkins Coie)" <WRava@perkinscoie.com>
**Date:** 10/27/23, 3:06 PM
**To:** "Phil Mann" <phil@mannlawgroup.com>

Phil – we received the below from Mr. LaPorte.  We believe the fees sought are not reasonable, especially as to the inordinate amount of time preparing for the deposition and transcript review after the deposition.  Also, to the extent any fees are found to be reasonable, they will be offset against the amounts owed by Defendants to Bungie, including the attorneys' fees expended in connection with Defendants' prior expert, Mr. Kraemer.  As such, Bungie does not believe it owes any payments to Mr. LaPorte or Defendants at this time.  We will communicate as much to Mr. LaPorte directly.  We trust this resolves this matter.

Will

**William Rava | Perkins Coie LLP**
PARTNER
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.6338
F. +1.206.359.7338
E. WRava@perkinscoie.com

**From:** Brad LaPorte <brad@hightide-advisors.com>
**Sent:** Friday, October 27, 2023 2:12 PM
**To:** Rava, William C. (SEA) <WRava@perkinscoie.com>
**Subject:** Re: Invoice - Reminder: Your payment to Expert Witness Brad LaPorte on behalf of High Tide Advisors, LLC is due in 3 days

Afternoon Will,

Below is the invoice for the Expert Witness work I provided in September. Phil Mann stated you were the point of contact for this. The due date is today and I haven't received payment yet. Can you please confirm this will be received today?

Brad LaPorte
Partner, HighTide Advisors
e: brad@hightide-advisors.com
c: 706.726.1502


On Tue, Oct 24, 2023 at 4:39 PM High Tide Advisors, LLC <quickbooks@notification.intuit.com> wrote:

INVOICE 1010 DETAILS

**High Tide Advisors, LLC**

**DUE 10/27/2023**

## USD 18,000.00

**Review and pay**

Powered by QuickBooks

Dear William Rava,

I'm sending a reminder to let you know that invoice 1010 is due in 3 days. If you have any questions, let me know.

Brad LaPorte
High Tide Advisors, LLC

| **Bill to** | William Rava  Perkins Coie LLP |
|---|---|

| **Terms** | Net 15 |
|---|---|

| **Hours** | USD 4,200.00 |
|---|---|

9/18/23 - Deposition preparation, Review of Case Files, Session 1. 7hrs.

7 X USD 600.00

**Hours** USD 4,200.00

9/19/23 - Deposition preparation, Review of Case Files, Session 2. 7hrs.

7 X USD 600.00

**Hours** USD 1,800.00

9/27/23 - Deposition preparation, Review of Case Files, Session 3. 3hrs.

3 X USD 600.00

**Hours** USD 2,400.00

9/28/23 - Deposition preparation, Review of Case Files, Session 4. 4hrs.

4 X USD 600.00

**Hours** USD 4,200.00

9/29/23 - Deposition coordination, setup, and delivery. 7hr.

7 X USD 600.00

**Hours** USD 1,200.00

10/4/23 - Transcript review - 195 pages. 2hrs.

2 X USD 600.00

|  |  |
|---|---|
| Balance due | USD 18,000.00 |

Chase Bank
Address: 5 E Main Rd, Middletown, RI 02842
Account Number: 532133777
Routing Number: 083000137
Recipient: High Tide Advisors, LLC
*Attention: Brad LaPorte
SWIFT: CHASU33
EIN - 93-2782311

**Review and pay**

High Tide Advisors, LLC

331 Zenith Lane Juno Beach, FL 33408 US

706-726-1502     brad@hightide-advisors.com

If you receive an email that seems fraudulent, please check with the business owner before paying.

© Intuit, Inc. All rights reserved.     Privacy | Security | Terms of Service

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.