THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIMJUNKIES.COM, a business of unknown classification; PHOENIX DIGITAL GROUP LLC, an Arizona limited liability company; JEFFREY CONWAY, an individual; DAVID SCHAEFER, an individual; JORDAN GREEN, an individual; and JAMES MAY, an individual,<br><br>Defendants. | Cause No. 2:21-cv-811 TSZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PAYMENT OF EXPERT WITNESS DEPOSITION FEE**<br><br>**Note on Motion Calendar: January 12, 2024** |

THIS MATTER having come before the Court on Defendant's Motion to Compel Payment Of Expert Witness Deposition Fee; and the Court having reviewed the motion and being otherwise fully advised, now, therefore:

IT IS HEREBY ORDERED that Bungie Inc. immediately pay Mr. LaPorte's invoiced fees in the amount of $18,000 for preparing for, attending, and following up on the deposition of him demanded by Bungie, Inc.

Dated this __ day of January, 2024.

_____
Hon. Thomas S. Zilly

Presented by:

MANN LAW GROUP PLLC

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ

Page 1

Mann Law Group pllc
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone: 206.436.0900

1  Attorneys for Defendants

2

3  By:

4  /*Philip P. Mann*                          

5  Philip P. Mann, WSBA # 28860
   Mann Law Group PLLC
6  403 Madison Ave. N. Ste. 240
   Bainbridge Island, WA 98110
7  (206) 436-0900
   phil@mannlawgroup.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER
Cause No. 21-CV-0811-TSZ
Page 2

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900