UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM, et al., <br><br> Defendants. | C21-0811 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion to stay execution of arbitration judgment, docket no. 254, is DENIED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of January, 2024.

                                               Ravi Subramanian
                                               Clerk

                                               s/Laurie Cuaresma
                                               Deputy Clerk

MINUTE ORDER - 1