THE HONORABLE THOMAS S. ZILLY

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  BUNGIE, INC.,

No.  2:21-cv-811

10              Plaintiff,

11       v.

JOINT STATUS REPORT
REGARDING TRIAL
AVAILABILITY

12  AIMJUNKIES.COM, et al.

13              Defendants.

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STATUS REPORT REGARDING TRIAL
AVAILABILITY

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1    Further to the Court's December 15, 2023 order, and as extended further to the parties'

2 December 21, 2023 request, the parties have conferred and present their positions and availability

3 below:

4    Bungie's Position:

5    Bungie is interested in re-setting the trial as soon as possible, but various scheduling

6 conflicts present challenges.  For example, two of Bungie's attorneys who have been working on

7 this case for more than 2.5 years have a case in the Middle District of Florida scheduled for a 5-7

8 day trial on the April docket, meaning the trial could start on April 1 or any day thereafter.  In that

9 case, among other pretrial preparation activities, motions are due on February 9; the pretrial

10 statement is due on March 7 (and apparently requires an in-person meeting of counsel by late

11 February to discuss the issues); and the pretrial conference will take place, in person in court in

12 Tampa, Florida on March 14.  Two Bungie employees – one witness and one attorney – also have

13 conflicts in April.  Other work, travel, and personal conflicts for trial participants make aligning

14 schedules in May-September similarly difficult.  Thus, Bungie proposes the following dates:

15    - June 17

16    - June 24

17    - August 12

18    - August 26

19    - September 16

20    Defendants' Position:

21    As this case has taken, and continues to take a terrible toll on Defendants' interests and

22 financial condition, Defendants are interested in securing the earliest possible trial date.

23    Defendants are available for any trial date beginning February 29, 2024 or thereafter, with

24 the exceptions of May 6-10, May 27-31, and September 1-30, 2024.

25

26

JOINT STATUS REPORT REGARDING TRIAL
AVAILABILITY
(No.  2:21-cv-811) –2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1   Dated:  January 10, 2023

By: */s/William C. Rava*

William C. Rava, Bar No. 29948
Christian W. Marcelo, Bar No. 51193
Jacob P. Dini, Bar No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
WRava@perkinscoie.com
CMarcelo@perkinscoie.com
JDini@perkinscoie.com

*Attorneys for Plaintiff*

Dated:  January 10, 2023

By: */s/Phillip P. Mann*

Philip P. Mann, WSBA No. 28860
Mann Law Group PLLC
403 Madison Ave. N.
Suite 240
Bainbridge Island, WA 98110
Telephone:  206.855.8839
Facsimile:  866.341.5140
Email:     phil@mannlawgroup.com

*Attorney for Defendants*

JOINT STATUS REPORT REGARDING TRIAL
AVAILABILITY
(No.  2:21-cv-811) –3

165046949