UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

                Plaintiff,

    v.

AIMJUNKIES.COM, et al.,

                Defendant.

C21-0811 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' joint status report, docket no. 277, the Court sets the following dates and deadlines:

    Trial Length:               5 days

    Trial:                       May 20, 2024

    Pretrial Status Conference:    May 10, 2024, at 10:00 am

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of January, 2024.

                                    Ravi Subramanian
                                    Clerk

                                    s/Laurie Cuaresma
                                    Deputy Clerk

MINUTE ORDER - 1