UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

             Plaintiff,

  v.

AIMJUNKIES.COM, et al.,

             Defendants.

C21-0811 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    Defendants' motion to compel payment of expert witness deposition fee, docket no. 271, is GRANTED in part and DENIED in part. The motion is GRANTED as to $4,200 in deposition fees for Mr. Brad LaPorte. Because this is neither a complex case nor are there extenuating circumstances justifying additional payment, the motion is DENIED as to all other relief sought. *See, e.g.*, *Eclipse Grp. LLP v. Target Corp.*, Case No. 15-cv-1411, 2017 WL 5885544, at *3 (S.D. Cal. Nov. 29, 2017) ("The Court agrees with the cases holding that the deposing party should only be responsible for reasonable expert deposition preparation fees in complex cases or in extenuating circumstances."). Pursuant to Federal Rule of Civil Procedure 26(b)(4)(E), Plaintiff is ORDERED to pay $4,200 to Defendants no later than February 9, 2024. Any check must be made payable to both Mr. LaPorte and to Defendants.

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 19th day of January, 2024.

                                                   Ravi Subramanian
                                                   Clerk

                                                   s/Laurie Cuaresma
                                                 Deputy Clerk

MINUTE ORDER - 1