UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

        Plaintiff,

v.

PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY,

        Defendant.

C21-0811 TSZ

JURY QUESTION NO. 1

Question No. 1:

We are looking for Mr. Voth's report on the financials.

[redacted]

JURY QUESTION No. 1 - 1

Answer:

Exhibit No. 74 is a CV of Mr. Voth.  His actual report is not in evidence.  You must refer to your memory of the evidence.

Dated this 24th day of May, 2024.

_____
Thomas S. Zilly
United States District Judge

JURY QUESTION No. 1 - 2