UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., | Case No. C21-0811-TSZ |
| Plaintiff, | ORDER |
| v. | |
| PHOENIX DIGITAL GROUP LLC, et al., | |
| Defendants. | |

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 8-member jury currently in deliberations in the above-entitled action.

Dated this 24th day of May, 2024.

Thomas S Zilly
_____

THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

ORDER - 1