UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

        Plaintiff,

v.

PHOENIX DIGITAL GROUP LLC;
DAVID SCHAEFER; JORDAN
GREEN; JEFFREY CONWAY; and
JAMES MAY,

        Defendants.

C21-0811 TSZ

VERDICT

We, the jury, answer the questions submitted by the Court as follows:

Question No. 1

Do you find for Bungie on its theory of direct copyright infringement as to any Defendant or Defendants?

Answer:

| | | |
|---|---|---|
| Phoenix Digital Group LLC | Yes __X__ | No _____ |
| David Schaefer | Yes __X__ | No _____ |
| Jeffrey Conway | Yes __X__ | No _____ |
| Jordan Green | Yes __X__ | No _____ |
| James May | Yes __X__ | No _____ |

VERDICT - 1

Question No. 2

Do you find for Bungie on its theory of vicarious copyright infringement as to any Defendant or Defendants?

Answer:

| | | |
|---|---|---|
| Phoenix Digital Group LLC | Yes X | No ___ |
| David Schaefer | Yes X | No ___ |
| Jeffrey Conway | Yes X | No ___ |
| Jordan Green | Yes X | No ___ |
| James May | Yes X | No ___ |

Question No. 3

Do you find for Bungie on its theory of contributory copyright infringement as to any Defendant or Defendants?

Answer:

| | | |
|---|---|---|
| Phoenix Digital Group LLC | Yes X | No ___ |
| David Schaefer | Yes X | No ___ |
| Jeffrey Conway | Yes X | No ___ |
| Jordan Green | Yes X | No ___ |
| James May | Yes X | No ___ |

VERDICT - 2

If your answer to any portion of Question Nos. 1, 2, and/or 3 is "Yes" as to any Defendant, then proceed to Question No. 4. If your answer to all of Question Nos. 1, 2, and 3 is "No," then proceed to Question No. 5.

Question No. 4

What amount of Defendants' actual profits do you award to Bungie?

Answer:

| | | |
|---|---|---|
| Phoenix Digital Group LLC | $ 20,000.00 | N/A |
| David Schaefer | $ 10802.50 | N/A |
| Jeffrey Conway | $ 10802.50 | N/A |
| Jordan Green | $ 10802.50 | N/A |
| James May | $ 10802.50 | N/A |

Question No. 5

Do you find for Defendant James May on his circumvention of technological measures counterclaim against Bungie?

Answer:    Yes _____    No __X__

If your answer to Question No. 5 is "Yes," then proceed to Question No. 6. If your answer to Question No. 5 is "No," then sign and date the Verdict form.

VERDICT - 3

Question No. 6

What amount of actual damages do you award to Defendant James May for his circumvention of technological measures counterclaim?

Answer:     $ N/A

DATED this 24 day of May, 2024.

_____
Presiding Juror

VERDICT - 4