UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

_____

BUNGIE, INC., a Delaware corporation,       )
                                            )
                         Plaintiff,         ) CASE NO. C21-00881-TSZ
v.                                          )
                                            ) Seattle, Washington
PHOENIX DIGITAL GROUP LLC, an               )
Arizona limited liability company;          ) May 20, 2024
JEFFREY CONWAY, an individual;              ) 2:38 p.m.
DAVID SCHAEFER, an individual;              )
JORDAN GREEN, an individual; and            ) JURY TRIAL, Day 1 of 5
JAMES MAY, an individual,                   )
                                            ) (via Zoom)
                         Defendants.        )
                                            )

_____

VERBATIM REPORT OF PROCEEDINGS
BEFORE THE HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

_____

APPEARANCES:

 For the Plaintiff:        WILLIAM C. RAVA
                           JACOB P. DINI
                           CHRISTIAN W. MARCELO
                           Perkins Coie
                           1201 3rd Avenue, Suite 4900
                           Seattle, WA 98101-3099


 For the Defendants:       PHILIP P. MANN
                           Mann Law Group PLLC
                           403 Madison Avenue North, Suite 240
                           Bainbridge Island, WA 98110


 Reported by:              NANCY L. BAUER, CCR, RPR
                           Federal Official Court Reporter
                           700 Stewart Street, Suite 17205
                           Seattle, WA 98101
                           nancy_bauer@wawd.uscourts.gov

```
 1                          PROCEEDINGS
 2    _____

 3              (Jury voir dire commenced and concluded.)

 4         THE FOLLOWING PROCEEDINGS WERE HELD VIA ZOOM
                IN THE PRESENCE OF THE JURY:

 5         THE COURT:  Ladies and gentlemen, please give your

 6    attention to Mr. Rava as his presents the opening statement on

 7    behalf of the plaintiff, Bungie.

 8                     PLAINTIFF'S OPENING STATEMENT

 9         MR. RAVA:  Thank you, Your Honor, and thank you,

10    ladies and gentlemen of the jury.

11         This is a case about protecting the rights in a video game

12    owned by my client, Bungie.

13         You heard about it this morning.  The defendants took those

14    rights, my client's property, and they used that property to

15    alter the experience of playing my client's video game.  This

16    hurt my client.  This degraded the game experience for

17    thousands, maybe millions, of Destiny 2 players who play by the

18    rules.

19         So this case is about making sure that Bungie's rights are

20    not ignored and not trampled by cheaters.

21         As you heard this morning, Bungie makes the video game

22    Destiny 2 and owns all the rights in that game.  Bungie has

23    registered copyrights in Destiny 2, covering the computer code

24    and how the game looks and sounds.

25         These were the documents that were issued by the U.S.
```

1  Copyright Office granting those copyrights, and this is a case

2  about the violation of those copyrights.  These are Exhibits 1

3  through 4.

4      Owning these copyrights means that only Bungie can make

5  copies of the game, only Bungie can decide how the game looks

6  and plays, and only Bungie can distribute the game or its code.

7  It's Bungie's game.  Those are the owner's rights.

8      Here's the evidence you will hear this week:  Bungie is a

9  local video game studio.  Its most popular game is *Destiny 2*,

10 which is, as you've heard, a multiplayer, online, first-person

11 shooting game.  What does that mean?  It means you move your

12 player around the game, fighting aliens through various sci-fi,

13 futuristic scenes and landscapes, collecting loot, battling

14 enemies with your blaster, and millions of other players are

15 doing the same thing, often at the same time.  Sometimes you're

16 working with those players, and sometimes you're fighting

17 against them.

18     Here are some screenshots from the game.  This is what a

19 normal, non-cheating *Destiny 2* player might see while playing

20 the game.  This is the audiovisual output of the computer code

21 that runs the game, and all of it, the audiovisual output and

22 the code, is protected by Bungie's copyrights.

23     These are the materials that we submitted, that Bungie

24 submitted to the Copyright Office in order to obtain those

25 registrations I showed you.

 1          Tomorrow, a Bungie employee, Dr. Ed Kaiser, who's been

 2     working on the *Destiny 2* game -- or the *Destiny* franchise,

 3     rather, for more than a decade.  He'll tell you more about the

 4     company and more about the game, and he'll show you a video of

 5     the gameplay when we are in person in court.

 6          And Juror No. 8, we're sensitive to your concerns, and

 7     we'll give you a warning in advance.

 8          As you know, with any piece of valuable property, it can be

 9     attacked, and it needs to be defended, and Bungie defends what

10     it owns.  It tries to prevent people from copying, it tries to

11     prevent people from altering the code, from cheating, from using

12     cheats.  It has a team of people, the product security team, who

13     try to prevent such things and stop the cheating.  Dr. Kaiser,

14     who I mentioned, leads that team.  They use a lot of technology,

15     they use a lot of standard investigative techniques to try to

16     figure out what's going on and stop it.  The purpose is to

17     protect the integrity of the game.  Protect the integrity of the

18     game.

19          Why?  The problem is that cheats ruin Bungie's carefully

20     constructed video game ecosystem.  Here is the AimJunkies'

21     cheat.  Here's what we're talking about this week.

22          Imagine, ladies and gentlemen of the jury, that you

23     invested hundreds of hours into this game and that another

24     player beats you.  Now, if it was fair and square, if the other

25     player was just more skilled than you, I assume you'd be okay

1  with that.  That's just what's fair.

2      But if you get beat by a player using the cheat software

3  because that guy can see through walls, because that cheater

4  instantly teleported you in front of his gun, because the

5  cheater has perfect aim every single time, how do you feel then?

6  Cheated.

7      Cheats take the joy out of the game for anyone not using

8  the cheat.  For those who are playing by the rules, the game

9  goes from being fair and level, to pay to win and tilted.

10      You'll hear evidence about this, including from Steven

11  Guris, who has made a career out of analyzing cheat software

12  like AimJunkies and has spent thousands of hours learning and

13  playing *Destiny 2*.

14      So as I said, Bungie tries to protect its property.  It

15  uses the, sort of, digital equivalent of no trespassing signs,

16  locks, security cameras, motion detectors, those kind of things.

17  The digital equivalent of that, the same thing you might use to

18  protect your home and the valuable stuff that you have in it,

19  that's what Bungie uses to protect its video games.

20      Again, Dr. Ed Kaiser will tell you about this, because he

21  knows how the video game works.  He's been working on it for 14

22  years.  He has a Ph.D. in video game cheat detection.

23  Seriously.  He has a Ph.D. in video game cheat detection, and he

24  wrote some of the *Destiny* code to boot.

25      Let me introduce you to the defendants.  Here they are,

1   three of them.

2        In 2012, Jeffrey Conway, Jordan Green, and David Schaefer

3   meet online and decide to establish a company devoted to selling

4   the video game cheats.  The company is also a defendant.  It is

5   called Phoenix Digital Group, and they have a website called

6   "AimJunkies," where they sold the cheats, including the cheat at

7   issue here.

8        Where did the cheat come from?  And here's what you'll hear

9   and see:  In October of 2019, Bungie makes *Destiny 2* free to

10  play.  So instead of selling licenses to players, Bungie makes a

11  basic version of the game free to anyone, and it sells cosmetic

12  character accessories, and its expanded content and other things

13  instead.  So it's free to play, and you pay if you want more

14  content; you pay if you want to customize how you look.

15       Next slide:  With more players playing *Destiny 2*, the

16  defendants saw an opportunity.  And this is where the last

17  individual defendant comes in.  This is James May.  He lives in

18  Ohio, and the evidence will show that he was a cheat developer

19  who developed cheats for Phoenix Digital.  Phoenix Digital -- he

20  would develop the cheats, Phoenix Digital would sell them, and

21  they would split the revenue 50/50, 50 percent to Mr. May, 50

22  percent to Phoenix Digital.

23       Mr. May, over the course of this engagement with Phoenix

24  Digital, made a little bit less than $700,000 from Phoenix

25  Digital.  He used software tools provided by and signed by

1   Phoenix Digital to reverse engineer the copyrighted *Destiny 2*

2   code.

3        He hacked into Bungie's code more than 100 times between

4   October of 2019 and November of 2020; more than 100 times using

5   80-plus accounts.  He got paid for this work.

6        After the cheat got released in December of 2019, his

7   income from Phoenix Digital went to between $7- and $8,000 a

8   month from Phoenix Digital.

9        All right.  Back to the timeline.

10       October 2nd, 2019, the day after it became free to play,

11  Mr. May began developing the cheat for *Destiny 2*.  Again, he was

12  using reverse-engineering tools that Phoenix Digital had signed,

13  that they had provided for him.  He's using them because he

14  needs to figure out how the Bungie copyrighted software worked

15  so that he could copy the right sections of the code and get

16  them injected into the Bungie's original code in the right

17  places.

18       But Bungie caught him.  Those property protection methods

19  that I mentioned, the security cameras and the like, they got

20  tripped up.  They recognized that someone had trespassed onto

21  Bungie's property.  In fact, Mr. May left digital fingerprints.

22  Dr. Kaiser will tell you about this, too.

23       So it's free to play.  Mr. May is hacking into the game.

24       December 2019, Phoenix Digital launches the first version

25  of the cheat.  We've got the cheat back up here on the screen.

1    December 17th, they launch what is, basically, a beta version.

2    It's got one feature called "ESP," extrasensory perception.  It

3    allows cheaters to see through walls.  That's what you're seeing

4    with the little boxes on the right-hand side of the screen here.

5          About a week later, on December 23rd, 2019, they launched a

6    full cheat with a full suite of features.  You heard about some

7    of them earlier, I spoke about them, and you'll hear, in more

8    detail this week, ESP plus aimbot -- perfect aim -- and a

9    feature called "OPK," which allows the teleporting into a

10   particular spot.

11         These features give cheaters a clear advantage.  They

12   change the Bungie copyrighted game.

13         So in late 2019, Bungie detects this significant cheat

14   activity.  They see the reverse engineering.  Players are

15   complaining, noticing the negative impact of cheat software on

16   the gameplay.  Again, it goes from being a fair and level game

17   to being a game where people are paying to win, where the

18   playing field is tilted.

19         Cheating was degrading the gameplay.  That is the problem.

20   That is why Bungie investigates cheats, because it needs to

21   protect the integrity of its game.  It needs to protect the

22   experience for its users, and it needs to defends what it owns.

23         All right.  How does the cheat work?  That's the question

24   at the crux of this case.

25         The evidence you'll see this week that answers that

 1    question will show that the cheat works by infringing Bungie's

 2    copyrights.  Copy, inject, modify.  That's what the cheat

 3    software does.  Listen carefully throughout this week in this

 4    trial, and you'll hear that word and those exact words over and

 5    over and over from almost every witness for plaintiff and for

 6    the defendants.  Copy, inject, modify.

 7        Copy.  The cheat software copies Bungie's copyrighted

 8    protected *Destiny 2* code.  Pay attention to Dr. Kaiser here.  He

 9    not only wrote his Ph.D. thesis on cheat software detection and

10    defense, he also wrote part of and works every day with the very

11    software code that the defendants copied.

12        He'll tell you that the cheat software must copy the code

13    because it needs information from *Destiny 2* to work.  It needs

14    to know where those players are behind those walls in order to

15    frame them in the little boxes you saw on the screens.  It needs

16    to know how and where to aim the weapon in order to hit the

17    target every time, and the only place to get this information is

18    from *Destiny*'s code.  It's got to be copied for the cheat to

19    work.

20        Inject.  The cheat software also injects.  Again, Steven

21    Guris will talk about this.  I mentioned this earlier.  He'll

22    teach you about the loader, which is how the cheat code gets

23    injected into the original Bungie code, and he'll show you how

24    the defendants, in their instructions to cheat users, tell them

25    that they need to remove the computer firewalls and the defense

1  systems to allow the loader to inject the cheat back into the

2  original Bungie code.

3       Finally, modify.  Well, you've seen this already.  The

4  cheat modifies the game.  After copying the code and injecting

5  it back, the results on a cheater's screen is a modified version

6  of *Destiny 2*.  It gives those players those extra abilities;

7  those abilities to see through walls, to aim perfectly every

8  single time, and to teleport other characters directly in front

9  of their weapon.

10      These characteristics are not things that not anyone can do

11 in Bungie's *Destiny 2*.  They are only possible in the

12 defendants' modified version.

13      So the cheat software copies, it injects, and it modifies.

14      Well, back to the timeline here.  To recap:  You have the

15 free-to-play and the proliferation of reverse engineering and

16 the release of the games.  This is October, November, December

17 of 2019, and pay attention here, folks.  Things get really

18 interesting.

19      In November of 2020, Bungie sent letters to the defendants.

20 Here they are, three of them, three versions, almost identical

21 letters to Mr. Green, Conway, and Schaefer.  Bungie asks these

22 three defendants to stop selling the cheat, please; account for

23 your sales, please; and preserve all of your relevant documents

24 relating to the cheat.

25      The defendants get these letters, and what do they do?  Two

1  things.  Again, pay close attention here, because this is

2  important.  This is Exhibit 47.

3      They sent a letter to Bungie claiming that they had sold

4  the cheat website, quote, sometime ago to a Russian entity,

5  callofdutyhacks.ru.  Here's that letter highlighted.  You'll

6  hear this week that that was not true.  They still owned the

7  website, Phoenix Digital still owned the website as of November

8  20th, 2020, when they sent this letter back.

9      Second, the defendants deleted information.  Here's our

10 letter again, the Bungie letter to Phoenix Digital.  Here's the

11 paragraph asking Phoenix Digital to please preserve information

12 about the cheat.

13     What did Phoenix Digital do?  It deleted all the key

14 information that they had about the cheat.  You'll hear that the

15 defendants deleted data related to sales of the cheat.  They

16 deleted the pages on the website with information about the

17 cheat and information that could have described how the cheat

18 works.  They even deleted access to the cheat itself.  They

19 deleted access to the cheat itself.  So ask yourself why a

20 business would lie and delete in response to a letter.

21     It didn't stop, though.

22     After Bungie initiated this lawsuit in June of 2021 to

23 protect our copyrights, to keep the cheats off the game, to keep

24 the game fair, to protect the integrity of the game, after that

25 the defendants continued to lie and delete.

1        Phoenix Digital claims now that it sold the AimJunkies'

2   website in May of 2022.  Here is the press release, Exhibit 52.

3   The party purchasing AimJunkies was called B-l-o -- Blo --

4   m-e -- me Entertainment.  The sale price was approximately

5   $7,000 in Bitcoin.  At the bottom of the press release, Phoenix

6   Digital lists Warren Apenzeller as a contact.  That was a lie.

7        When asked at a deposition, here's how Mr. Schaefer

8   explained why he created false evidence in this case.  He

9   said -- he's speaking here to my colleague Christian Marcelo and

10  my colleague Jake Dini.  He said, Mr. Schaefer did, "Because I

11  wanted to watch you and Dini run around in circles and look like

12  fools.  I wanted to see how far you would run with Warren

13  Apenzeller and look like fools."

14       More lies to obstruct this lawsuit.

15       So because of the sale of -- the alleged sale of the

16  website, the defendants claim they no longer had the data and

17  documents related to the cheat.  During this whole period of

18  time, when the lawsuit is ongoing, they're deleting, on a

19  running basis, Bitcoin information, on a rolling basis during

20  this case.

21       And, again, when asked at a deposition, the same deposition

22  in October of 2022, here's how Mr. Schaefer described his

23  approach to providing documents in this case.  He said, "I only

24  give you what I want you to have."  "I only give you what I want

25  you to have," that's what he said, meaning the defendants

1   deleted what they don't want you to see.  They don't want us to

2   have it.  They don't want Bungie to have it, for sure, but they

3   really don't want you to see it.  That's the story you're going

4   to hear this week.

5       And that story leads to only one conclusion -- it's a legal

6   conclusion -- that the defendants infringed Bungie's copyrights

7   in *Destiny 2* in three ways.  It's not complex, and a lot of it,

8   frankly, is stipulated.

9       First, the defendants created or created a modified version

10  of *Destiny 2*.  This is called "direct infringement."

11      Second, the defendants have control over and profited from

12  other people that infringed Bungie's copyrights.  This is called

13  "vicarious infringement."

14      Third, the defendants knew that the people that created the

15  cheat and that the cheat users were infringing Bungie's

16  copyrights, and the defendants provided them the means to do

17  that.  It's called "contributory infringement."  So the

18  defendants directly and vicariously and contributorily infringed

19  Bungie's copyrights.  The judge will, as he said, tell you a lot

20  more about the law and how that works later this week, but it's

21  not complicated.

22      They created and sold an infringing cheat, they made a lot

23  of money, they got caught, and they lied and deleted it.  That's

24  the story.

25      Now, instead of presenting their own version of events, or

1    an explanation for how the cheat software actually works, you're

2    likely going to hear the defendants point to what evidence

3    Bungie does not have.

4         We don't have a copy of the cheat.  We don't because the

5    defendants deleted access to it.  Remember what Mr. Schaefer

6    first told us:  "I only give you what I want you to have."

7         We don't know how many copies of the cheat they sold or how

8    much money they made, again, because they deleted the financial

9    data, so we don't have that.

10        Now, we were able to get some partial financial records.

11   We got those from PayPal and Stripe, and they showed

12   approximately $43,000 in revenue from the cheat.  We don't know

13   about sales using Bitcoin, they deleted that, or Qiwi or

14   PaymentWall or Payssion.  There's a handful of other payment

15   processors that they use that we never got data from because it

16   was deleted.

17        It's a small amount of money, $43,000, but as I said, this

18   case isn't primarily about the money.  It's about the integrity

19   of the game.  It's about protecting the users who love the game

20   and have fun playing the game, and protecting the fairness of

21   the game for those users.

22        At the least, the defendants shouldn't get to keep the

23   money that they made selling this cheat, and that's what we're

24   asking.

25        As to the deletions, you could assume that all the evidence

 1    was unfavorable to the defendants.  They deleted it because it
 2    was bad for them.  That's what Mr. Schaefer said.  They deleted
 3    it because they didn't want you to see it.  They didn't want you
 4    to see the Bitcoin sales, they didn't want you to see the
 5    Payment Wall sales, all the rest.
 6         Mr. May has a counterclaim.  The judge mentioned that, too.
 7    He claims that Bungie circumvented technological measures to
 8    access copyrighted materials.  This relates to Bungie's
 9    collection of digital fingerprints that he left behind when he
10    was hacking into our code a hundred times.  He's saying it's
11    wrong that we investigated and tried to preserve the evidence
12    related to his repeated trespasses on our property.  Does that
13    make sense?  Oh, right.
14         Mr. May, he also deleted various files on his computer that
15    he claims Bungie accessed.  Why would he do this?  Mr. May's
16    claim, ladies and gentlemen, is it's just another attempted
17    distraction.  It's like the sale of the website that never
18    happened.  It's like Warren Apenzeller or Blome Entertainment,
19    another distraction.
20         On this record of lies and deletes, you have no reason to
21    believe the defendants or whatever story they might tell.  If
22    the defendants try to tell you that someone else created the
23    cheat, not Mr. May, you should ask, wait, why did Mr. May access
24    Bungie's server a hundred times, and why does his income go up
25    immediately after the cheat was released?  Why did he delete his

1    own files, and where is this person who they claim created the

2    cheat?

3         If the defendants try to tell you that they should win

4    because Bungie cannot show you the cheat software, think about

5    the cheat with the red boxes around the characters behind the

6    wall -- here it is again -- and ask how else could they create

7    the cheat software that knows player locations and automatically

8    aims a weapon, and ask yourself why the defendants told these

9    lies to obstruct this case -- this is Exhibit 52 again -- and

10   why did they delete information about their bad acts and about

11   the sales?

12        "I only give you what I want you to have."

13        At the conclusion of this trial, ladies and gentlemen, my

14   co-counsel Christian Marcelo will be here in this spot talking

15   to you, and he will explain how the evidence you have heard this

16   week can lead to only one conclusion.  We will ask that you

17   enter judgment for Bungie and against defendants on Bungie's for

18   copyright infringement and Mr. May's claim for violation of the

19   Digital Millennium Copyright Act.

20        We look forward working with you.  To that end, thank you

21   in advance for your service.

22                  DEFENDANTS' OPENING STATEMENT

23        MR. MANN:  Thank you, Your Honor, and thank you,

24   ladies and gentlemen.  I had a PowerPoint prepared, but I want

25   to make one point here.  Believe it or not, Mr. Rava has made my

1    case easier and my job easier.  I want you to remember the

2    promises that he's made to you what the evidence will show.  I

3    want you to remember what he says people said.  And at the end

4    of this case, I want you to remember and think about did he make

5    good on those promises.

6         He has attacked my clients.  He said they did these for

7    various reasons.  My clients are fully prepared to explain why

8    they did what they did, and having made it relevant now to this

9    case, we will hear from them about these charges that have been

10   made by Mr. Rava against my clients during his opening

11   statement.

12        As you know, there are two sides to every story, and

13   lawsuits are no different.  This is a case that should not have

14   been brought.  When the evidence is heard in this case and you

15   have a chance to deliberate, I believe you will come to that

16   conclusion.

17        In reverse of the usual parties, this is a Goliath versus

18   David case.  This is a case of Bungie suing first and asking

19   questions later.

20        You've heard that Bungie will not be able to prove more

21   than $43,000 in sales by my clients for the alleged -- for the

22   cheat software that was sold.

23        You will hear instructions from Judge Zilly at the end of

24   this case that upwards $43,000 in profits, should you be

25   inclined, and, of course, we will argue that you should not, but

 1   should you be inclined, that will total out to less than $10,000

 2   at the end of the case.

 3       So this case was brought -- and I can put it in the words

 4   of Bungie itself in the complaint that they filed.  This case

 5   was brought, quote, to put cheaters and those who assist them on

 6   notice that Bungie does not and will not tolerate cheating in

 7   *Destiny 2*.

 8       But at the end of this case, when Judge Zilly instructs you

 9   on the law -- and you've already heard this is a copyright case.

10   It's one claim being made by Bungie, and that is, does the cheat

11   software for *Destiny 2* that was distributed for a short period

12   of time by Phoenix Digital and my clients here, did that

13   infringe any copyright of Bungie?  It's not a question of does

14   this harm the game, it's not a question of does this harm the

15   experience, it's not a question of does it upset certain players

16   who think that other people are cheating.  It's a very limited

17   legal question, and that is, is there copyright infringement?

18   And, again, at the end of the case, Judge Zilly will instruct

19   you on what those various elements are of copyright

20   infringement.  I don't want to get into that now.  But, again,

21   we are in a court of law.  It's time for Bungie to present the

22   evidence of copyright infringement, and that is what my job will

23   be, to challenge and to demonstrate that they do not have the

24   evidence to do this.

25       Specifically, you will not hear any evidence in this case

1    that my clients -- and I forgot to introduce them.  I'd like to

2    do that at this time.  Technically, I represent Phoenix Digital

3    group, but you saw the slide that Mr. Rava put up with three men

4    in it.  It was David Schaefer, Jordan Green, and Jeffrey Conway.

5    That is Phoenix Digital Group.  Three members.  Today Jeffrey

6    Conway, who cannot be with us in person due to some health

7    issues, he may appear via remote testimony later on, but Jeffrey

8    Conway is not even in Phoenix Digital Group anymore.  Phoenix

9    Digital Group consists of David Schaefer and Jordan Green, who

10   will be with us tomorrow to hear the testimony and possibly

11   testify.

12        We're not talking about a huge corporation.

13        You're going to hear testimony from David Schaefer about

14   how Phoenix Digital was founded and what they tried to do.  He

15   will testify that Phoenix Digital serves as, sort of, a

16   clearinghouse for game cheats that were created by others.  As

17   you may recall, that's why I asked, during my voir dire, about

18   the word "cheats."  We're not here to decide whether cheats are

19   lawful or whether cheating is lawful.  We're using the word

20   "cheats" to describe the software that is at issue here.  We're

21   not here to decide whether it's good or bad.  We're here to

22   decide whether it infringes copyrights.

23        David Schaefer recognized several years ago that a number

24   of players in computer games were developing cheats, and there

25   was no real way to distribute them and get them out.  So he,

1   borrowing from the Amazon concept, essentially, created Phoenix

2   Digital.  He, along with Jordan Green and Jeffrey Conway,

3   created Phoenix Digital as a clearinghouse for cheats developed

4   by others.  Keyword there, "developed by others," the same way

5   Amazon does not actually write the books that it used to sell in

6   the early days, and it doesn't actually manufacture the

7   computers and so forth that you can buy on Amazon.  Phoenix

8   Digital does not actually create the cheats that are at issue

9   here.  These cheats are created by others.

10       You've heard some testimony that James May, one of the

11  other defendants, created cheats.  Importantly, James May did

12  not create the cheat that is at issue here.  That is a whole

13  separate issue that we're going to get into.  We have a theory

14  about what actually happened, but now is not the time to present

15  that.  That will be presented at the close of evidence.

16       Now, an important point is the various cheat developers are

17  not, nor have they ever been, employees, owners, directors, or

18  agents of Phoenix Digital.  The cheats are created by others,

19  and they are merely distributed by Phoenix Digital.

20       You heard some commentary from Mr. Rava earlier that they

21  divide up the profits 50/50 -- or I should say the revenue is

22  50/50.  The business model of Phoenix Digital, as David Schaefer

23  will tell you, is to make cheats available to those who want

24  them.  Money comes in; that money is split 50/50; 50 percent

25  goes directly to the chief developer; 50 percent remains with

 1    Phoenix Digital.

 2         Of that 50 percent that remains at Phoenix Digital, Phoenix

 3    Digital pays its expenses, and only after those expenses are

 4    paid are the remaining profits distributed to the initially

 5    three members of Phoenix Digital, and now only two members of

 6    Phoenix Digital.

 7         And I should also point out, you'll hear testimony from

 8    David Schaefer, that Phoenix Digital doesn't really exist

 9    anymore.  As a result of this lawsuit, it's been, essentially,

10    put out of business.

11         An important point that you will hear from David Schaefer

12    is Phoenix Digital makes a business decision not to sell or to

13    distribute every cheat that comes along.  They only do one cheat

14    per game.  I repeat that.  They only distribute one cheat per

15    game.  So if there's popular game, and a half dozen developers

16    develop cheats, Phoenix Digital will pick one of those cheats to

17    distribute, and tell the other five distributors, sorry, we

18    can't distribute this.

19         And it's, basically, just sound business, if you think

20    about it.  You don't want to be competing against yourself.

21    They want to pick what they think is the best cheat, distribute

22    the one they think is the best, and the rest can be distributed

23    elsewhere.

24         Now, another thing you're going to hear from David

25    Schaefer, part of his business model -- again, he's being

 1    smeared in this case, but we'll get to that when you hear the

 2    testimony straight from the horse's mouth.

 3         He has a policy that he's maintained -- he and Phoenix

 4    Digital have a policy that they've maintained throughout the

 5    existence of the company, and that is, they don't want trouble

 6    with others.  The overwhelming majority of the time they sell

 7    cheats, nobody complains about that.

 8         Again, the overwhelming majority of game distributors who

 9    are out there apparently do not mind the cheats, or they

10    certainly have not complained to Phoenix Digital about them.

11         David Schaefer -- I forget the numbers, but he'll clear it

12    up -- on maybe one or two occasions, somebody has complained to

13    Phoenix Digital, saying we don't want you selling cheats for

14    this game.  Phoenix Digital says, fine, we'll withdraw it from

15    our catalog.  We'll no longer make it available.  That is

16    exactly what happened in this case.

17         You saw the three cease and desist letters that came in.

18    And let's get the timing right, because timing will be important

19    in this case.  No need to take notes now.  We'll get into it in

20    detail.

21         But the *Destiny 2* cheat that was distributed by Phoenix

22    Digital entered the market in December of 2019.  December of

23    2019.  Eleven months later, Bungie sent out the three cease and

24    desist letters to Phoenix Digital and Mr. Schaefer, Conway --

25    I'm not sure if Green got one or not, but, again, it is what it

1   is.

2       Eleven months later, they sent out their cease and desist

3   letters.  Mr. Schaefer immediately took the *Destiny 2* cheat off

4   of the catalog and made it no longer available.  There were a

5   few stragglers.  I think there was some evidence that, perhaps,

6   the last distribution was made, possibly, in February of 2021.

7   That would be about two, three months after the letters came

8   out.  But, again, we'll get into the details.  You'll see it

9   with your own eyes.

10       After the cease and desist letters were received,

11  Mr. Schaefer/Phoenix Digital voluntarily took the cheat down,

12  again, because they don't want trouble and it's not worth it.

13  Again, this cheat made them $43,000, which is less than they've

14  made on most of their other cheats.  So, again, they don't want

15  trouble, and it's not making them much money anyway.  No

16  problem, Bungie, we'll take it down.

17       Nearly six months later, in June of 2021, nearly three

18  years ago, Bungie filed this lawsuit.  Here we are, three years

19  later on a case that will, at best, make them $9,000.

20       Mr. Rava asked rhetorical questions.  Why would a large

21  company like that spend three years and whatever money has been

22  spent on a $9,000 case?

23       Again, you will hear evidence from the witnesses in this

24  case that the discovery that was done was not intended to

25  discover how many units were sold, how much money was made.  It

 1  was literally an international campaign to find out who is

 2  behind this.

 3      You saw the deposition testimony that they put up of

 4  Mr. Schaefer.  You will hear from Mr. Schaefer that he was

 5  subjected to close to 16 hours of depositions on at least three

 6  different occasions.  Bungie took his deposition at least three

 7  different times and grilled him for hour after hour.  You will

 8  hear why he gave the answers he did.

 9      Again, this case is not about copyright infringement, it's

10  not about any potential damages, it's a discovery campaign to

11  find out who Bungie thinks is behind this international

12  conspiracy to develop cheats.

13      You'll also hear testimony -- I alluded to this earlier --

14  but the effect of this lawsuit has put Phoenix Digital out of

15  business and to take away the major source of income from an

16  independent developer, James May, who is also sitting here in

17  the courtroom, and you'll hear from him tomorrow.  We'll get to

18  James May in due course.

19      Now, when I get a chance to cross-examine Dr. Kaiser, here

20  is what you will hear from Bungie.  These will be the admissions

21  I expect to get from him.

22      Dr. Kaiser has not actually reviewed the source code for

23  the supposed cheat software.  In fact, Dr. Kaiser himself has

24  not seen the cheat software itself.  Dr. Kaiser will tell you --

25  he will admit that he's never actually reviewed the object code

1    for the supposed cheat.  In fact, he's never seen it.

2         Dr. Kaiser will testify that he has never, in fact, even

3    used the accused *Destiny 2* cheat software that was distributed

4    by Phoenix Digital.  He will say he's never seen anyone actually

5    use it.  He will testify that, to the best of his knowledge, no

6    one at Bungie has ever seen the object code or source code for

7    the cheat software.

8         Despite these admitted facts, Dr. Kaiser will say that the

9    cheat software copies Bungie's copyrights because that's the

10   only way it can be done.  He will say they have to have copied

11   it because that's the only way it can be done.

12        And Mr. Rava said Dr. Kaiser's Ph.D. is in detecting cheats

13   and detecting cheating.  Dr. Kaiser will admit that he's never

14   himself actually created a cheat.  His expertise is not in cheat

15   development.  His expertise is in detecting cheats.  These are

16   different -- it's sort of the difference between being able to

17   write a good book and being a literature critic; the difference

18   between being an art critic and actually being able to create

19   paintings.  Dr. Kaiser, again, has never actually created a

20   cheat.

21        Again, the only evidence that you're going to hear that

22   there's any sort of copying going around is Dr. Kaiser's opinion

23   that they must have copied it, "because I can't think of any

24   other way of doing it."

25        Also touch on this that -- I'll move on here.

1    I don't think you're going to hear anyone testify, and I

2    don't think the court will instruct this jury at the end of the

3    case that cheating is in and of itself illegal.

4    Again, the instructions that you will hear will go to the

5    issue of copyright infringement, and, again, there are some

6    specific questions that need to be answered in order to

7    determine whether copyright infringement as a matter of law, or

8    the legal requirements of copyright infringement, have been met.

9    Those will await at the end of the case when Judge Zilly

10   instructs you on the law.

11   One of the things that you're going to be asked to consider

12   is whether there is a substantial similarity between the code

13   for the cheat and the code for the *Destiny 2* game.  We'll get

14   into that in some detail about what exactly has to be copied,

15   but I intend to develop that fully.

16   One of the questions will be, is there substantial

17   similarity?  Not just a similarity, but a substantial

18   similarity.  And, again, Judge Zilly will instruct you as to the

19   law on those things.

20   The other question, an important question of copyright

21   infringement, is access.  It's part of a commonsense concept.

22   If I never saw your copyrighted work, how could I copy it?  So

23   in order to show that somebody copies something, they have to

24   say that the item that was copyrighted, the work that was

25   copyrighted, was available to the person claimed to have copied

1  it.  Now, I can't copy something I don't have.

2      We're going to get into some issues of just to what extent

3  the code has, in fact, been made available to the public, or,

4  what's important, was the code, in fact, made available to the

5  people who are accused of infringing the copyright here.  I want

6  you to pay attention to the evidence, if any, as it required

7  access elements of that.

8      Now, I want to turn a little bit to James May.  Have you

9  ever seen those puzzles, which one doesn't belong, and they'll

10  throw in three apples and a polar bear, something like that?

11  Here, the very question is which one doesn't belong, and which

12  one doesn't belong is James May.

13      James May is not, nor has he ever been, a part of Phoenix

14  Digital.  He's not an owner of Phoenix Digital, he's not one of

15  the founders of Phoenix Digital, he does not participate in the

16  profits of Phoenix Digital.  What he was is a chief developer

17  who, over several years ago, developed a number of cheats for

18  Phoenix Digital.

19      And, as Mr. Rava pointed out, during those years, this is a

20  sole source of income, so over the course of several years,

21  Mr. Rava says Phoenix Digital paid Mr. May $700,000.

22      The important point is you will not hear evidence that not

23  one dollar -- not one dollar -- was paid to Mr. May as part of

24  the revenues received by Phoenix Digital for the distribution of

25  the *Destiny 2* cheat software that is the issue here.

1          Now, how is that?  Very simple.  Mr. May did not create the
2     *Destiny 2* cheat software that is at issue here.  He's going to
3     testify to that.  Bungie can cross-examine him all they want on
4     that.  You'll make the decision on that.  But Mr. May will
5     testify that he did not create the cheat, and that's important,
6     because if he did not create the cheat, he did not share in any
7     of the revenues.

8          And, again, as I recall, or I reminded you, Phoenix Digital
9     will only sell one cheat per game, and in this case they found a
10    cheat for *Destiny 2* that they chose to sell.

11         Now, that cheat, we're going to get into this, it's going
12    to be a little bit of international intrigue, but that cheat was
13    created by an overseas developer who goes by the name "Andreas
14    Banek."  Now, whether that's a true name or not, we don't know,
15    but you're going to hear testimony as to where the *Destiny 2*
16    cheat came from.  And when you hear accusations that we did not
17    provide that cheat software, the answer for that is, we never
18    had it in the first place.

19         And what you are going to hear is the mysterious John Doe
20    witness.  You are going to hear that someone at Bungie, a Bungie
21    employee, did, in fact -- and this is during the relevant time,
22    this is during the time that Phoenix Digital was, in fact,
23    distributing the cheat software -- "Mr. Doe" will testify that
24    he, actually, went to the Phoenix Digital website and obtained a
25    copy of the cheat software.  He did it under a fictitious name,

1  but he paid the money to get the legitimate copy.  Phoenix

2  Digital, they'll sell to anyone, so  they provided it.

3        That particular copy of the cheat software was loaded into

4  a computer in the Bungie offices.  It's conflicting testimony

5  what exactly they did with it, but, apparently, it ran for maybe

6  10 minutes, and never ran again, and Dr. Kaiser never actually

7  saw it running.

8        So when Bungie says they never had access to the software,

9  that is not true.  Well, you'll hear conflicting testimony about

10  that.  You'll decide what is true and what isn't.  But you will

11  hear testimony from Bungie itself that they did, in fact, obtain

12  a copy of the *Destiny 2* software, and they did, at least, look

13  at or made some sort of analysis.  And if they didn't, that

14  raises the question of why are we even here.

15        Remember, sue first, ask questions later.

16        Now, this brings us to James May's counterclaim.

17        Now as I said, James May is not, nor has he ever been, an

18  owner, employee, shareholder, or anything like that with Phoenix

19  Digital.  All he is somebody -- a third-party software creator

20  who, from time to time, would provide cheat software for other

21  games -- very critical that you remember, this is not for

22  *Destiny 2* -- for other games that Phoenix Digital would, from

23  time to time, distribute.  And, again, to the extent people

24  bought those cheats, Phoenix Digital would share half the money

25  with Mr. May.

1    Why is Mr. May here?  It's a good question.  The reason

2  Mr. May is here -- and, again, Mr. Rava alluded to this but did

3  not actually tell the precise story of what's happening -- he

4  said, well, we were doing investigations into who was invading

5  the *Destiny 2* game.  No.

6    Ms. Rashan, can you put up the exhibit -- and, Your Honor,

7  this is an exhibit from the case, but I believe it's been

8  stipulated as to its admissibility.  This is Defense Exhibit 4.

9    So what you see here, ladies and gentlemen, this is a

10  spreadsheet.  Now, this was produced to us by Bungie itself.

11  This is not something we created.  In the course of discovery,

12  they produced it to us.  And you see up at the top, it says,

13  Bungie_WAWD_0000409.  That is a document that Bungie produced to

14  us.

15    Now, what you'll see -- and there's no reason to look at

16  this in a lot of detail.  I'm sure we're going to spend time on

17  this.  But what this shows is, at least, a hundred instances

18  where Bungie accessed files on Mr. May's computer.  This is not

19  instances of them recording Mr. May coming into their computer.

20  This is where they're looking on his computer.  And you see some

21  of these things say C drive.  I'm sure you're probably familiar

22  with C drives or hard drives, but there's also some G drives on

23  here, and that's the basis of Mr. May's counterclaim; that

24  Bungie has violated -- in its zeal to bring this lawsuit, Bungie

25  has violated the privacy rights of Mr. May, and that is what

 1  this counterclaim is all about in a nutshell.  And, again, Judge

 2  Zilly will advise you as to -- instruct you as to the

 3  particulars of what the law is involved and what you have to do

 4  to infringe the law.  But this, in essence, is the gist of

 5  Mr. May's counterclaim.

 6      They were coming after him so hard that the rules didn't

 7  apply to Bungie, and this is a document that they produced to us

 8  themselves.  We didn't gin this up.  We'll have a lot of

 9  discussion about this, and I'm sure we'll have some fireworks as

10  the case proceeds, but now is not the time to make a decision on

11  this.

12      So, in essence, ladies and gentlemen, that is the other

13  side of the story.

14      Again, keep your mind open, as Judge Zilly instructed.  I

15  would ask you, again, to keep your minds open until you get all

16  the evidence in the case.  Keep in mind the promises that

17  Mr. Rava made.  If the case goes my way, there will be some

18  deficiencies, but that remains to be seen.

19      And, again, I want to thank you for joining us in this

20  case.  I know jury service can be an imposition and take time.

21  I'll do my best to keep the case interesting, get to the point,

22  and get you on your way as soon as possible.

23      Thank you.

24          THE COURT:  Ladies and gentlemen, you've heard the

25  opening statements.  We're going to take our recess in just a

1   minute, and you'll be free to go until tomorrow.

2        Again, I remind you, you cannot talk about the case.  You

3   can't do any independent research.  You must wait and hear the

4   evidence and decide the case on the evidence that's presented to

5   you during the trial.

6        Tomorrow morning, I'd ask you to be here about 8:30.

7   You're going to have go through security.  I think there are two

8   other trials with other witnesses and jurors that will be coming

9   into the courthouse, so it will be busy this week.

10        You will go to the jury assembly room.  Security, we call

11   them "CSOs," will point you in that direction.  It's right on

12   the first floor.  And the clerk will then come down and give you

13   badges.  It will be a lot easier for you to get into the

14   courthouse when you have these badges, juror badges, and she'll

15   bring you up and show you where our jury room is on the 15th

16   floor, and that will be your home while you're in the courthouse

17   during the trial this week.

18        So have a pleasant evening, ladies and gentlemen.  We'll

19   ask you to be timely so we can all begin at nine o'clock.  And,

20   again, we'll take a break about 10:30; we'll take a break at

21   noon for one hour; and we'll let you be on your way not later

22   than four o'clock each day during the trial.

23        Have a pleasant evening, and we'll be in recess.  Take

24   care.

25                THE CLERK:  Juror No. 4 did you have a question?

1        JUROR NO. 4:  I just wondered, like, are there -- I

2   have two questions.  We're on our own for lunch?  Like, it's not

3   a lunch-provided thing, right?

4        THE COURT:  You're on your own for lunch.

5        JUROR NO. 4:  Okay.  And are there rules about what we

6   can and can't bring into the courtroom, in terms of bag size or

7   electronic stuff or water bottles or whatever?

8        THE COURT:  Those are good questions.  We'll instruct

9   the CSOs that you can bring in water, you can bring sandwiches

10  or whatever you want for lunch, or you can go out for lunch.

11  But, obviously, if we're just taking an hour for lunch, there

12  are some places close at hand where you can get lunch.  And

13  there is a courthouse cafe.  That will all be explained more

14  tomorrow, but you'll be able to get through security.

15      Did you have another question?

16        JUROR NO. 4:  No.

17        JUROR:  I have one.

18        THE COURT:  Yes?

19        JUROR:  Your Honor, is there recommended parking if we

20  have to drive in?

21        THE COURT:  The answer is no.  You're going to have to

22  do a little scouting.  You'll have to plan ahead a little bit.

23  Parking is a problem, but I think, within a couple of blocks, it

24  is expensive.  But I think you get reimbursed for parking.

25        THE CLERK:  Yes.

1          THE COURT:  Make it as convenient as you can, and

2    we'll reimburse you for parking.

3        All right.  Have a pleasant evening folks.  We'll see you

4    tomorrow.  We'll be in recess.

5                  THE FOLLOWING PROCEEDINGS WERE HELD
                   OUTSIDE THE PRESENCE OF THE JURY:
6

7          THE COURT:  Anything we need to talk about?

8          MR. MANN:  Just for planning purposes, Your Honor, to

9    get an idea of who is going to be called as witnesses tomorrow.

10          MR. RAVA:  I believe it's consistent, I think,

11    Mr. Mann, with the emails.

12        We are going to call Dr. Ed Kaiser, to begin with, and

13    then, next, Steven Guris.  We think we should be able to get

14    through the two of them tomorrow.  Of course, it will depend on

15    Mr. Mann's cross; followed by Mr. Conway, who is going to be a

16    remote witness.

17          MR. MANN:  I'll give him notice today that you're

18    expecting him tomorrow.

19          MR. RAVA:  Yes.  And because we are -- we don't know

20    exactly the pace, but next would be Mr. Voth, and he will be

21    here and/or available this week, if we get to him.  If we got

22    through four witnesses, that would be quite ambitious, but

23    that's the plan.

24          THE COURT:  All right.  We'll go off the record.

25                  (Proceedings adjourned at 3:41 p.m.)

```
                              INDEX


     PLAINTIFF'S OPENING STATEMENT                        2


     DEFENDANTS' OPENING STATEMENT                       16
```

PLAINTIFF'S OPENING STATEMENT                        2

DEFENDANTS' OPENING STATEMENT                       16

```
                        PLAINTIFF EXHIBITS

        EXHIBIT            ADMITTED            WITHDRAWN

     N/A


                        DEFENSE EXHIBITS

        EXHIBITS            ADMITTED            WITHDRAWN

     N/A
```

# C E R T I F I C A T E


I, Nancy L. Bauer, CCR, RPR, Court Reporter for the United States District Court in the Western District of Washington at Seattle, do hereby certify that I was present in court during the foregoing matter and reported said proceedings stenographically.

I further certify that thereafter, I have caused said stenographic notes to be transcribed under my direction and that the foregoing pages are a true and accurate transcription to the best of my ability.



Dated this 27th day of May 2024.


/S/  Nancy L. Bauer

Nancy L. Bauer, CCR, RPR
Official Court Reporter