UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

_____

BUNGIE, INC., a Delaware corporation,    )
                                          )
                              Plaintiff,  ) CASE NO. C21-00881-TSZ
v.                                        )
                                          ) Seattle, Washington
PHOENIX DIGITAL GROUP LLC, an             )
Arizona limited liability company;        ) May 21, 2024
JEFFREY CONWAY, an individual;            ) 9:30 a.m.
DAVID SCHAEFER, an individual;            )
JORDAN GREEN, an individual; and          ) JURY TRIAL, DAY 2 of 5
JAMES MAY, an individual,                 )
                                          )
                              Defendants. )
                                          )

_____

VERBATIM REPORT OF PROCEEDINGS
BEFORE THE HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

_____

APPEARANCES:


  For the Plaintiff:        WILLIAM C. RAVA
                            JACOB P. DINI
                            CHRISTIAN W. MARCELO
                            Perkins Coie
                            1201 3rd Avenue, Suite 4900
                            Seattle, WA 98101-3099


  For the Defendants:       PHILIP P. MANN
                            Mann Law Group PLLC
                            403 Madison Avenue North, Suite 240
                            Bainbridge Island, WA 98110


  Reported by:              NANCY L. BAUER, CCR, RPR
                            Federal Official Court Reporter
                            700 Stewart Street, Suite 17205
                            Seattle, WA 98101
                            nancy_bauer@wawd.uscourts.gov

```
1                            PROCEEDINGS
2     _____
3                  THE FOLLOWING PROCEEDINGS WERE HELD
                   IN THE PRESENCE OF THE JURY:
4
5              THE COURT:  Good morning.  The court apologizes to the
6     counsel and the parties for starting late this morning.  We're
7     hoping it won't happen again.
8          Call your first witness.
9              MR. MANN:  Your Honor, I have a preliminary matter
10    having to do with Rule 615, in particular.
11         There are some people sitting here.  I recognize some as
12    witnesses.  I would like to invoke the rule excluding witnesses
13    and limit Bungie to one party representative.
14             MR. RAVA:  Well...
15             THE COURT:  I have no choice.  That's a rule that
16    requires me to grant the motion if it's made, and it's been
17    made, so any witness who is going to testify, other than your
18    party representative, needs to be excluded from the courtroom.
19             MR. RAVA:  Including experts, Your Honor?
20             MR. MANN:  I believe so.
21             THE COURT:  Well, I don't know why it doesn't include
22    experts as well.  I'll exclude them.
23             MR. RAVA:  All right.
24             MR. MANN:  Thank you, Your Honor.
25             MR. RAVA:  Plaintiff calls Dr. Ed Kaiser.
```

1                              EDWARD KAISER,
                having been first duly sworn, testified as follows:
2

3            THE CLERK:  State your name for the record, and spell

4     your last name for the court reporter.

5            THE WITNESS:  Yes.  My name is Edward Kaiser, spelled

6     K-a-i-s-e-r.

7            THE COURT:  We need an address for the record.  It can

8     be an office address or a home address.

9            THE WITNESS:  Home address is 12927 East 6th Place,

10    Bellevue, Washington 98005.

11           THE COURT:  You may inquire.

12                           DIRECT EXAMINATION

13    BY MR. RAVA:

14    Q.    Good morning, Dr. Kaiser.

15    A.    Good morning.

16    Q.    What is your current title at Bungie?

17    A.    Yes.  I am the engineering lead of the product security

18    team at Bungie.

19    Q.    What is Bungie, Dr. Kaiser?

20    A.    Bungie is a well-known, triple-A studio that has made a

21    number of very well-known video games.

22    Q.    What do you mean by "triple-A studio"?

23    A.    Triple A studio is an industry term for a studio that makes

24    blockbuster games that have wide and broad appeal and has

25    millions and millions of players.

1  Q.    So what distinguishes a triple-A game from a non-triple --
2  or a double-A game, maybe?
3  A.    Often, it is the development effort.  It takes years and
4  hundreds and hundreds of people to make such large games, and it
5  takes a lot of investment, monetarily, as well.
6  Q.    What's the mission of Bungie?
7  A.    Yeah.  Bungie has a core mission to build worlds that
8  inquire friendship.  That's at the heart of every game that we
9  make.  We want to make worlds that players enjoy playing in,
10  spending time, and then, eventually, can make friends and form
11  real-world friendships.
12  Q.    What are some of the games that Bungie has published over
13  the years, Dr. Kaiser?
14  A.    Bungie has been around for 30 years -- 33 years, actually,
15  and has made a number of games.  It started with *Myth* and
16  *Marathon* and *Oni*.  In the early 2000s, we were well known for
17  the *Halo* franchise, when we were partnered with Microsoft.  And
18  then in the 2010s, we've been well-known for the franchise
19  *Destiny*, including *Destiny* 1 and *Destiny* 2.
20  Q.    Let's focus that, Dr. Kaiser, on *Destiny* 2, which is at
21  issue here.
22        Tell the jury a little more about the *Destiny* franchise.
23  A.    Yeah.  So *Destiny* is in the genre of a first-person
24  shooter, meaning that you're from the perspective of the
25  character in the world.  You're running around the world and

1  engaging enemies and finding loot, you're exploring dungeons and

2  caves.

3       It is -- we, sort of, invented the genre of a mix of a

4  first-person shooter and a D&D game, so we, sort of, coined the

5  term "a looter shooter."  And so you end up spending a lot of

6  time investing in a character as you're exploring the world and

7  finding new gear and new loot.

8  Q.    Tell us -- you referenced D&D.  For those who may not know,

9  what's your reference there?

10 A.    Yeah.  So D&D is a pen-and-paper game from a long time ago

11 that's been turned into a lot of other video games, and the idea

12 there is, you have a character that you're personally invested

13 in.  You have a persona, you have a way that your character may

14 dress or appear in the world, and you're playing this character

15 like an outlet of expression.

16 Q.    Is there a plot or a story line to the *Destiny* franchise,

17 Dr. Kaiser?

18 A.    Yes.  So *Destiny* is a massively multiplayer online

19 persistent game, so you can login at any time and resume playing

20 your character at any moment, and there are millions of other

21 players who can be online at the same time, and you'll encounter

22 them.

23      We built this really large, narrative world in *Destiny,* set

24 500 years in the future.  Humanity had this great Golden Age,

25 and we, sort of, explored the solar system and made colonies on

1  all the planets and moons in the solar system.  And then

2  something happened and it mysteriously nearly wiped out

3  humanity, and so we're reduced back to this one last city on

4  earth.  And, mysteriously, there's this large sphere called "The

5  Traveler."  It has this magic that -- (phone ringing) sorry --

6  it has this magic that protects this last city, and this magic

7  bestows on the humans, and those are the player characters, the

8  guardians.  And so they have this magic power where they can use

9  their abilities.  They can cast lightning and fireballs and

10  stuff like that.  We call it "space magic," the genre that we're

11  in.

12  Q.   Who is the target audience for a game like *Destiny*,

13  Dr. Kaiser?

14  A.   We have a broad audience.  It is, I believe, rated PG.  So

15  we -- essentially, youth to adults.  Anyone is welcome to play

16  the game.  We stay away from gore and other, sort of, mature

17  topics, so we have a broad, international appeal.

18  Q.   Dr. Kaiser, I'd like now to play a clip from what has been

19  marked as Trial Exhibit 5, which has been stipulated.

20       MR. RAVA:  So I'd move the admission of Trial Exhibit

21  5.  It is a video, and I'd ask to publish that.

22       THE COURT:  Counsel, if the exhibit has been

23  stipulated in the pretrial order, all of those exhibits are

24  admitted pursuant to my ruling at the pretrial conference.

25       MR. RAVA:  And may they be published, or would you

1    like "permission to publish"?

2          THE COURT:  Anything that's admitted can always be

3    published.

4          MR. RAVA:  Thank you.

5    Q.   (By Mr. Rava)  Dr. Kaiser, we are showing you on the

6    screen -- well, what is the beginning of the clip from the video

7    that was submitted to the copyright office as part of a

8    copyright application.  We'll talk about that later.  We're

9    going to play the video, and then I'll ask you some questions

10   about it afterwards.

11         And to the Juror No. 8, we're going to play this video.

12   It's about a minute long, and I hope it doesn't cause any

13   problems.

14         Please play the video.

15                        (Video is played.)

16   Q.   (By Mr. Rava)  Dr. Kaiser, tell us what's happening in this

17   clip.  What are you seeing?

18   A.   Yeah.  So at the beginning of that clip, we saw some of the

19   fantastic environments that our artists and designers have

20   created, and then we started seeing a little bit of gameplay

21   footage.

22         We saw the character who was pulled in to third person

23   while they're riding their speeder bike, sort of like the *Star*

24   *Wars* have their hoverbikes.  And then we're going as a group on

25   a mission.

1    There were two other players in front of them.  You can see

2  by the name tags that those were players, and they had a little

3  green tag aside them, indicating they were friends that you were

4  playing with.  In that tag, it also showed a little number

5  there, which is, sort of, like, a representation of your

6  character's power, and that is, sort of, the thing that keeps

7  players engaged in playing for a long time.  You want to be like

8  your friends and you, kind of, are competing and trying to get a

9  better power and a higher score.

10    As they were riding their bikes up the hill, they were

11  going to into a dungeon.

12    I think I forgot to mention before.

13    So the players are protected by this traveler.  At the same

14  time, other alien races have come into the solar system to try

15  to steal that power, and so the game is a mystery of trying to

16  figure out what happened to humanity and, at the same time,

17  protect our power and protect the city.

18    So in this case, we were going into a dungeon that had

19  these -- an alien race that are technology pirates, and they

20  had, like, that big, floating eyeball, which is one of their

21  machines.  It's for harvesting technology.

22    At the very end there, I think you saw a little bit of a

23  player using their icibility, where they froze all the enemies,

24  and they created that wall so that the enemies who are behind

25  couldn't rush in.

1    Q.    Do you play *Destiny 2*, Dr. Kaiser?

2    A.    Yes.  I'm speaking a little fast because I'm a very avid

3    *Destiny* player and I'm very passionate about this.

4    Q.    How much do you play?

5    A.    I probably play 900 to 1,000 hours.

6    Q.    Why do you invest that time in the game, Dr. Kaiser?

7    A.    I find the game very enjoyable, but it's a great outlet for

8    my family and friends.  I play it often with them.

9          *Destiny* and Bungie games have this designed philosophy.  We

10   call it the 30 seconds of fun, the 30 minutes of fun, and the 30

11   hours of fun.

12         *Destiny* and Bungie games have that 30 seconds of fun, that

13   just sitting down and playing with the controller feels satisfy.

14   Like, you can just play and just have fun.

15         The 30 minutes of fun is that we, like, stretch and create

16   little narrative missions and things that are compelling for you

17   to play with your friends.  And you have objectives and a thing

18   to, like, log-on in the evening and say, hey, let's go do

19   something together, and you go on these little missions.

20         Then the 30 hours of fun is the, sort of, character

21   progression, the thing that brings you back every weekend to

22   play with your friends, and, you know, over time, you're

23   investing in your character.

24         And so, yeah, all three of those aspects I find very deeply

25   satisfying and very engaging, and millions of other players do,

1    too.

2         MR. RAVA:  Mr. Blackturn, would you please pull up

3    TX-1, which has been admitted and published, and TX- -- yes.

4    Actually, you can go back to the other one, Mr. Blackturn, which

5    was Trial Exhibit 1 and 2.

6    Q.    (By Mr. Rava)  Doctor, are you familiar with these

7    documents, generally speaking?

8    A.    Yes, I am.

9    Q.    Does Bungie own intellectual property rights in *Destiny*

10   *Destiny 2*?

11   A.    Yes, we do.

12   Q.    What are we seeing here?

13   A.    On the left-hand side, we're looking at the certificate of

14   registration the United States Copyright Office, and the

15   left-hand one is for *Destiny 2*, originally published in 2017,

16   and it is the copyright for the audiovisual and music and sounds

17   for the game.

18         THE COURT:  Counsel, it would be helpful if you would

19   identify the exhibit number for the record.

20         MR. RAVA:  This is Exhibit 1, Your Honor, on the left;

21   Exhibit No. 2 on the right.

22         THE COURT:  Thank you.

23   Q.    (By Mr. Rava)  Focusing on Exhibit 2, what is this

24   document?

25   A.    This is a certificate of registration, also with the United

1  States Copyright Office for *Destiny 2*.  It was published in

2  2017, on September 9th.  But this second copyright is for the

3  computer program, the software that represents the game.

4  Q.   All right.  And you mentioned the software that represents

5  the game.  Was that software submitted to the copyright office

6  in support of this application?

7  A.   Yes.  The *Destiny* software and code base is very large.

8  It's about 25 million lines of code, and so it would be

9  overwhelming to submit the whole code base.  So the copyright

10 office requires us to submit about a thousand lines of source

11 code, and so we selected a random sample of a thousand lines of

12 source code and submitted that with the copyright.

13 Q.   You mentioned "source code," Dr. Kaiser.  What is -- can

14 you explain for the jury what source code is?

15 A.   As a software engineer, source code is what we work in.  It

16 looks, sort of, like English.  It's stilted in a sense that

17 certain words have very specific meaning, and so a computer

18 programmer would write source code to represent the

19 instructions.  It's, essentially, like a very tersely worded

20 recipe for cooking, but instead it's instruction for the

21 computer.

22 Q.   What is "object code," Dr. Kaiser?

23 A.   So object code is what the computer actually runs.  It's

24 represented by the 1s and 0s.  Computers, essentially, are just

25 big calculators.  And there's a process that's known as a

1  compilers that takes the source code that is, more or less,

2  human readable, and compiles it down into the objects code that

3  the 1s and 0s that the computer runs.

4  Q.    All right.  Thank you.

5              MR. RAVA:  Mr. Blackturn, can you please pull up

6  Exhibits 3 and 4, side by side?

7  Q.    (By Mr. Rava)  Dr. Kaiser, focusing on Exhibit 3, which is

8  on the left, can you tell us what this is?

9  A.    Yes.  This is another certificate of registration with the

10  United States Copyright Office.  And this time, it is for the

11  *Destiny* 2 expansion, *Beyond Light*, that was published in 2020,

12  in November.

13        The left-hand certificate here is, again, for the

14  audiovisual representation of the game.

15  Q.    And let's focus on the exhibit on the right, which is

16  Exhibit 4.  What is that document, Dr. Kaiser?

17  A.    This is the certificate of registration, also for *Destiny*

18  *2: Beyond Light* extension, filed in 2020, but this time for the

19  software, the computer program.

20  Q.    Dr. Kaiser, you mentioned, in connection with *Beyond Light*,

21  "expansion."  What do you mean by "expansion" in this context?

22  A.    Yeah.  *Destiny* is, as I said earlier, a long-lived virtual

23  world.  We have expansions that we frequently release that

24  update the world and adds new missions and new things like that.

25        *Destiny 2* was the base game that came out in 2017, and then

1    pretty much yearly we have an expansion that adds a large amount

2    of new activities, new missions to go on.  At that cadence, we

3    file a new copyright on that.

4        We also have quarterly, sort of, events.  We call those

5    "seasons."  And so we'll have things around, sort of, a version

6    of the Halloween or a version of summer solstice or things like

7    that.

8    Q.   And those get released to the public on a regular cadence?

9    A.   Yeah.  Those get released quarterly, and then within those

10   quarters, we also have monthly releases to fix bugs and add, you

11   know, updates, and sometimes we'll have weekly releases in order

12   to fix urgent issues.

13   Q.   Dr. Kaiser, does Bungie value its intellectual property

14   rights?

15   A.   Yes, very much so.

16   Q.   Tell me a little bit how that manifests.

17   A.   Well, we have a very strong culture of protecting our

18   intellectual property.  We, very much, look to keep our secrets

19   secret and try not to leak things ahead of time.  We want

20   players to experience the game as it was designed, not as things

21   get leaked or modified.  And we are very diligent about our

22   development processes to keep our intellectual property secure.

23   Q.   What sorts of things do you do to keep it secure,

24   Dr. Kaiser?

25   A.   When I first started, we were very, very cautious, and we

1    had no windows in the studio.  We had all the windows blocked

2    out so that people couldn't even take binoculars and possibly

3    read our screens or look in and see what we were doing?

4    Q.    Wait.  You guys were working in the dark?

5    A.    We had lights --

6    Q.    Okay.

7    A.    Yes.  The studio was, generally, very dark.

8    Q.    Okay.  Do you now have windows in the studio?

9    A.    Yes.

10   Q.    Okay.  Do you take other measures to ensure that people

11   can't access the studio?

12   A.    Yeah.  We regularly refresh employees on best practices for

13   not leaking information.  We use code names for all our projects

14   so that we don't accidentally talk about something and reveal

15   what we're working on.  Then, obviously, we take legal measures

16   with copyright and trademark protections.

17   Q.    Dr. Kaiser, we're showing you and the jury -- this has been

18   published -- Exhibit 11, which is an admitted exhibit that is a

19   compilation exhibit.

20         Are you familiar with this document, Dr. Kaiser?

21   A.    Yes, I am.

22   Q.    What does it appear to be?

23   A.    This is the Bungie, specifically for *Destiny* 2, limited

24   software license agreement.

25   Q.    And are you generally familiar with it?

1    A.    Yes, I am.  This is a document that describes what the

2    players can and can't do with the game, and what Bungie upholds

3    on their end of the contract.

4    Q.    All right.  I'd like Mr. Blackturn to go to page 19 of --

5    page 19.  There we go.

6          Dr. Kaiser, do you see, in the right-hand exhibit, which is

7    page 19 of Exhibit 11, at the top, do you see a date there?

8    A.    Yes, I do.

9    Q.    What is that date?

10   A.    It says July 23rd, 2019.

11   Q.    All right.  And you mentioned that this document defines

12   the relationship between the players and the company.  Why is

13   that important to do?

14   A.    Well, we want to protect our property.  Bungie is a

15   commercial company, and we want to protect our property from

16   commercial exploitation, unauthorized tampering and other

17   modification.

18         Our team works very hard at crafting a particular

19   entertainment experience, and we want the players to experience

20   it as intended.

21   Q.    All right.  Let's turn now to page 20 of Exhibit 11,

22   Dr. Kaiser, and I want to focus on the middle paragraph called

23   "License Conditions."  Do you see that?

24   A.    Yes, I do.

25   Q.    And what is your understanding of what this paragraph is

1  doing?

2  A.   This paragraph is talking about the conditions and the

3  restrictions that a user of the software has.

4  Q.   All right.  Let's focus on Restriction No. 1, which, I

5  believe, Mr. Blackturn is highlighting here.

6       What is the intent of this particular prohibition?

7  A.   Yeah.  This prohibition clearly rates that the user cannot

8  exploit this program for commercial use.  We, basically, want to

9  prevent derivative works and, you know, other exploitation of

10  the game, for commercial purpose.

11  Q.   Are you saying that only Bungie should be able to make

12  money off of Bungie's work?

13  A.   Yes.  That is our goal.

14  Q.   Okay.  What about No. 3 a couple lines down; do you see

15  that?

16  A.   Yes.

17  Q.   And what is this getting at?

18  A.   This condition says that they cannot copy or reproduce the

19  works in any way, except for those expressly authorized.

20  Q.   Tell us why this is important.

21  A.   We want to control and have, you know, all copies of the

22  game.

23  Q.   All right.  Now --

24       MR. MANN:  Your Honor, objection, Your Honor.  This is

25  a fascinating discussion, but I have a relevancy objection.

1        Unless there's been any evidence that my clients have

2   signed this LSLA or are bound by it, I don't see what the

3   relevance is to the issues in this lawsuit.  It's a foundational

4   question.  There's no evidence that my clients have signed this

5   or agreed to it.

6              MR. RAVA:  Your Honor, we haven't called -- well, a

7   couple things:  One is, we haven't, obviously, called those

8   witnesses yet; and second, it is a stipulated fact that Mr. Mann

9   agreed to this document.

10             THE COURT:  It's in evidence?

11             MR. RAVA:  It is in evidence.

12             THE COURT:  All right.  The objection will be

13  overruled.

14  Q.   (By Mr. Rava)  Focus now, Dr. Kaiser, on a little further

15  down, Nos. 7 and 8.  Do you see those?

16  A.   Yes, I do.

17  Q.   And what are these prohibitions getting at?

18  A.   These prohibitions are talking about modifying the

19  software.  Prohibition No. 7 says you cannot reverse engineer or

20  derive source code or try to understand how the game works in

21  its implemented form.

22        And then No. 8 is saying that you cannot, you know, hack it

23  or make alternate programs or modify it and change the

24  experience for yourself or for other players.

25  Q.   Why is this important?

1    A.    Bungie games are multiplayer.  You're often interacting

2    with other people, and our players expect fairness and they

3    expect consistent experience, and that's the primary function of

4    my team, especially, is to maintain the integrity of the game so

5    that players are given a fair experience.

6    Q.    Thank you, Dr. Kaiser.

7          I'd like to pivot and talk a little bit more about --

8    eventually, talk more about your team.

9          You understand today, Dr. Kaiser, that you are here to

10   speak on behalf of Bungie, right?

11   A.    Yes, I do.

12   Q.    And that you've also been designated as an expert in this

13   case to testify about the game and the code and the systems?

14   A.    Yes, I have.

15   Q.    Let's walk through your credentials that support your

16   testimony.

17         What is your educational background, Dr. Kaiser, starting

18   with college?

19   A.    Yeah.

20   A.    I went to the University of Waterloo in Canada.  It is the

21   top engineering school in Canada, and I graduated with a

22   bachelor's of science in computer engineering in 2003.

23   Q.    What was your course of study in computer engineer at

24   Waterloo?

25   A.    Yeah.  Computer engineering is the study of both hardware

 1  and software.  So I learned how to build a computer from first
 2  principles, all the way from, you know, core components of
 3  hardware.  And then in the latter years of my study, I learned
 4  to write software, including an operating system and software to
 5  run on that computer that we had learned to build.
 6  Q.    In addition to the academic work, did you have any
 7  practical exposure at Waterloo?
 8  A.    Yes.  The program was an internship-based program, which
 9  meant every four months I alternated between a term studying at
10  school and a term doing a practical internship abroad,
11  elsewhere.  I, basically, by turned a four-year program into a
12  five-year program.  I was there from 1998 to 2003.
13  Q.    Were any of these internships particularly interesting,
14  Dr. Kaiser?  Tell us about some.
15  A.    Yeah.  Some of the internships, I learned how to write
16  software for medical robots that would do with pipette medicine.
17  This happened to be in the early 2000s, so the dot com era was
18  happening, and so I worked at one of the biggest startups, IPOs
19  in Canada, that was working on a precursor to Apps, an app
20  store, so we worked with the Palm Pilot and Blackberry and built
21  an app that would do stockmarket tickers and deliver alerts to
22  your device.
23        And then at the tail end, I came to the United States and
24  worked at a research lab at university, and I did research on,
25  basically, the precursor to Netflix.  It was figuring out how to

1  stream video to people across the Internet in an efficient way.

2  Q.    You said you graduated from Waterloo in 2003?

3  A.    That's correct.

4  Q.    What did you do next, Dr. Kaiser?

5  A.    The research lab that I had worked in, they invited me to

6  come back and come do a Ph.D.  So I came to the United States

7  and began my Ph.D. in network security.

8  Q.    And where were you studying, Dr. Kaiser?

9  A.    That was at the Portland State University, down in

10  Portland.  I graduated in 2010, after having defended my thesis.

11  Q.    What did you write your thesis on while at Portland State?

12  A.    It was, sort of, an alliteration.  My thesis was titled,

13  "Addressing Automated Adversaries of Network Applications."

14  Q.    Can you translate that for the jury, and for me, too,

15  Dr. Kaiser?

16  A.    Sure.  I was, basically, very interested in understanding

17  how people in software attack network protocols and Internet

18  applications.  The first bunch of my research was against denial

19  service attacks, so I did research in how to stop bots that

20  would overwhelm Ticketmaster or websites that had a particular

21  quantity of product to sell and deny legitimate human users

22  access to it by gobbling it all up really quickly.

23        I protected and did research on more fundamental Internet

24  protocols, like the dynamic name service, which is the service

25  that translates, like, www.google.com into the IP address that

1   it resolves in to.  There are frequent development service

2   attacks against that service, and I was interested in figuring

3   out how to stop that.

4   Q.   Did your thesis also go into automated adversaries in the

5   video game context, Dr. Kaiser?

6   A.   Yes.  I have always been a very keen video game player, and

7   shortly after starting my thesis -- those other two projects

8   were in the first two years of my study -- the funding changed,

9   and my advisor and I were granted funding that had no particular

10  designation, and so we were free to research what we wanted, and

11  being very keen on video games, I wanted to figure out how to

12  stop automation and exploitation of video games.

13       So I spent a number of years in the back half of my thesis

14  figuring out how to stop cheats in video games.  And so I'm

15  probably one of the few people in the world with a Ph.D. in

16  anti-cheat.

17  Q.   Tell us a little bit more about what you were studying and

18  doing in that regard with respect to the anti-cheat work.

19  A.   Yeah.  I spent a lot of time, particularly at the time

20  *Warcraft* was a very popular game.  I focused on *Warcraft III*,

21  the realtime strategy game, because it had well-established sets

22  of cheats around it.  It was well understood.

23       And I was working at it sort of like an antivirus approach,

24  understanding how the game should operate, and when a cheat is

25  attacking it, seeing how it deviates from normal operation so

1    that you can, sort of, find the part that is being tampered with

2    and identify that.

3    Q.    Why would you want to identify the part that's been

4    tampered with?  What's the practical value of that?

5    A.    That's the fingerprint.  That's the

6    hands-caught-in-the-cookie-jar, so to speak.

7    Q.    What did you do after you successfully defended your thesis

8    at Portland State?

9    A.    Again, as a very avid game player, I went on job hunt, and

10   I focused my job search primarily on video game companies, and

11   very shortly after, I was hired at Bungie.  They saw my

12   credentials and were very impressed, and for me it was a dream

13   come true, because Bungie, at that point, was already a

14   well-known triple-A studio, and it is exceptionally unheard for

15   a person to come straight out of school and go to Bungie.

16   Q.    What was the job you were hired into in, approximately,

17   2010, was it?

18   A.    Yes, 2010.

19   Q.    What were you hired to do, Dr. Kaiser?

20   A.    I was hired in a new role as a network engineer.  They had

21   created the role as an opportunity hire.  This was in

22   preproduction, so we hadn't yet officially started on *Destiny,*

23   but we knew we were going to be working on a large title in

24   between, or upcoming.  And so I was first tasked -- I'm a little

25   bit of a math nerd as well, so my first tasks were on

1    overhauling the math libraries and the math foundation of the

2    game engine.

3    Q.    What is the map library in a game engine, Dr. Kaiser?

4    A.    It's, like, some of the most foundational technology.  The

5    hardware that runs has been improving over time.  A number of

6    instruction sets that made math operations faster if you did

7    them in batch, called "vectorization."

8         I was, basically, making the game more performant and

9    optimizing its math libraries for the first couple months I was

10   there.

11        And we actually started preproduction, and that's when I

12   started working diligently on the networking protocols.

13   Q.    What was your next job after the networking job at Bungie,

14   Dr. Kaiser?

15   A.    So after having spent a bunch of time on the networking

16   protocols, which involved all the -- how you transmit objects in

17   the state around the world so that you have a coherent

18   simulation that the players can see each other, the company

19   started the match-making team.  This was a brand-new team at the

20   studio.  It consisted of a lead who, sort of, directed the work,

21   and then myself.  I was the sole worker on the team.

22        Match-making was sort of, like -- it's the algorithms

23   behind the scenes that lets you find other players in the world.

24   So as you're running around in this large, virtual world,

25   match-making is going on in the background to say, Oh, there's

1    someone else who is, in the virtual world, very close to you,

2    let's connect to them.  So it's the next step beyond the

3    networking protocols.

4    Q.    Sort of like the dating app of video games?

5    A.    Yeah, but it's behind the scenes.  It's under the covers.

6    Q.    Okay.  So if you play the game, you're signed up, whether

7    or not you like it?

8    A.    Yeah.  And that's part of the -- part that makes the game

9    engaging.  It makes it feel populated.  You run into other

10   people.  You see them.  It's, sort of, core to the ability to

11   meet new people and make new friends.  So it's one of the

12   back-of-the-box features of *Destiny* that, prior to then, didn't

13   really exist.  It was pretty novel at the time.

14   Q.    And that stuff, what you just described there, that's not

15   easy, right?

16   A.    No, it's not.

17   Q.    And you and the team worked hard on that?

18   A.    Yep.  I was on the match-making team for, I think, just shy

19   of three years.  We grew the team.  We hired additional

20   engineers to help me out.  I think by the end there were three

21   or four of us.  Yeah, it was a lot of hard work.

22   Q.    And would you say that the result of that hard work helped

23   to distinguish the *Destiny* game in the marketplace?

24   A.    Yeah.  As I mentioned, by referring to it as a

25   back-of-the-box feature is one of the selling points that

1  distinguished *Destiny* from any other games that were on the

2  market at the time.

3     We had a big E3 presentation where we revealed it to the

4  world, and it, like, was groundbreaking.

5  Q.    What's E3?  Tell the jury what E3 is.

6  A.    E3 is one of the big electronics expo conferences in

7  which -- in the floor that we had, we were presenting on new

8  video games, and it was, sort of, introducing the world to a new

9  big game that was about to come out.

10 Q.    What did you work on next after the match-making team,

11 Dr. Kaiser?

12 A.    Yeah.  After my time on the match-making team, *Destiny 1*

13 was out.  We were starting to get into a cadence where we were

14 having to do regular hot fixes and patches.  We were trying to

15 increase our velocity in which we could deliver new content to

16 players, and we were sort of constrained by some of the

17 technological designs that we had around the previous generation

18 of hardware consoles.  And so I pivoted to one of the R&D teams

19 that was reengineering how we structured our content so that it

20 was more efficient to create it and that our designers and

21 artists could work more quickly, and then as a result of that,

22 we could make more frequent releases and keep players for

23 content to play.

24 Q.    How long were you working on this R&D team, Dr. Kaiser?

25 A.    I was on the R&D team for about two and a half years.

1    Q.    Where'd you go next?

2    A.    After that, an exciting opportunity to came up to lead the

3    live operations team.  That was the team that was actually

4    responsible for the last mile of every release that went out.

5          As an engineering lead on that team, I was responsible for

6    validating that the game and the code was performant, that it

7    didn't crash on people's machines.

8          I would periodically do security audits and make sure that

9    our security protocols were met for what we were shipping out,

10   and I dealt with a lot of urgent and critical issues that arose

11   in the live game that would require those hot fixes, either on a

12   weekly or on a monthly basis.

13   Q.    What was the period of time that you were in that last-mile

14   role?  Approximately what years was that, Dr. Kaiser?

15   A.    I believe that was, approximately, 2017 to 2021, so it was

16   about three and a half years, and in that time we had three

17   major expansions, four seasons a year, and then hundreds of hot

18   fixes.  So, overall, hundreds of releases.

19   Q.    So in your first decade at Bungie, from 2010 until 2021,

20   were you actually writing codes in these roles, Dr. Kaiser?

21   A.    Yes.  One of the key components of my job responsibility

22   was writing software, reviewing other people's code, and,

23   essentially, being a very high-functioning individual

24   contributor.

25   Q.    Is your code that you wrote, is it still part of the game?

1    A.    Yes.  I'm very happy to say a lot of my code is, yeah, in

2    the game.  It's still part of the engine.  We are still building

3    upon it, but it's foundational.

4    Q.    Is part of your code part of what we saw in Exhibits 2 and

5    4, those copyrights that were submitted?  Do you have code that

6    was part of that?

7    A.    Yes.  I have a little bit of code that was in those

8    submissions to the copyright office.

9    Q.    You didn't write all of the code for *Destiny*, did you?

10   A.    No, certainly not.

11   Q.    All right.  I believe you mentioned earlier that *Destiny*'s

12   got a massive code base, right?

13   A.    Yeah.  It's about 25 million lines.

14   Q.    Are there a lot of you working on it?

15   A.    When I started, there were 30 engineers.  Now, I think

16   there were about 160 engineers.  So, yeah, over time we've grown

17   the engineering team, and there are a lot of good engineers

18   working on it.

19   Q.    That brings us up to your current job, Dr. Kaiser.  I think

20   you said were the engineering lead on the product security team.

21   Did I get that right?

22   A.    That's correct.

23   Q.    Tell us what you do in that role, Dr. Kaiser.

24   A.    Yeah.  In 2021, I was given another great opportunity.

25   This time the opportunity was return to my roots and get to lead

1  and manage the whole entire product security team.  At the time

2  it was known as the game security team, but we have since

3  expanded our mandate to not just focus on just the client

4  software that is shipped to the players, but the server code.

5  And we have a web app and a bunch of other software that Bungie

6  is responsible for.

7  Q.    So what exactly are your roles and responsibilities as the

8  engineering lead on the product security team, Dr. Kaiser?

9  A.    As the engineering lead of this team, I manage the

10  day-to-day operations of the team.  We are about 10 people

11  strong.  It varies a little bit over time.  Target size is about

12  15.

13       We deal with the day-to-day operations of security and

14  monitoring what is happening to the game.  We do investigations

15  into who's attacking the game.  We have engineers on the team

16  who are building countermeasures and other preventions to, sort

17  of, make it harder for people to attack the game.

18       And then we also have a sub team that is responsible for

19  machine learning and, sort of, more high-level intelligence

20  gathering.

21  Q.    Could you define what you mean by "game security," just at

22  a high level?  What are you talking about when you talk about

23  game security?

24  A.    Yeah.  Game security is all about protecting the integrity

25  of the game experience.  Our goal is to make sure the players

1    have a fair experience in the game, and so our main mission on

2    our team is to identify ways that the game is being exploited

3    and manipulated, and to technologically shut that down as best

4    as we can.

5    Q.    And why is this role in your function important to Bungie?

6    A.    Beyond the pure goal that we want players to experience the

7    game as it was designed and have the authentic experience,

8    Bungie, and *Destiny* specifically, has pivoted to a free-to-play

9    model, meaning that, in order to play the game, you don't have

10   to pay a cent.  You can log-on and play the game as much as you

11   want.

12         We occasionally have specific missions that you may have to

13   buy, an expansion form, and pay a little money for, but most of

14   our money is made by players enjoying the game, and then

15   eventually wanting to buy vanity items in the game.

16         And if they don't have a good time in the game, they'll

17   leave, and they never spend money on us.  I think of it like a

18   restaurant where the food is free, but if they enjoyed it,

19   they'll give us a good tip at the end, and if they're not having

20   fun, they're not going to give us a tip.

21   Q.    What do you mean by "vanity items," Dr. Kaiser?  What can

22   you buy that you would say is a vanity item?

23   A.    You can buy special cool-looking clothing, you can buy --

24   one of my favorite ones is what we call emotes, the way that you

25   would express yourself in the world.  You can use special little

1   commands to do dances or, you know, wave at people, or things

2   like that.  And we have a very rich store where you can buy

3   these emotes so that you can communicate, you know, with

4   gestures and that to other players.

5   Q.    Do the vanity items allow the players to be better players,

6   more skillful?

7   A.    No.  Bungie has a core principle to sell not power, to not

8   pay for power.  Players don't like that, and that's core to our

9   business model.

10  Q.    How do you know players don't like that, Dr. Kaiser?

11  A.    They have expressed it many times.  We have forms, and we

12  have a regular discourse of players.  And, yeah, they often

13  complain when they have suffered unfairly.

14  Q.    Did you say "forums," f-o-r-u-m-s, or "forms," f-o-r-m-s?

15  A.    I did say forms.  Forums, f-o-r-u-m-s, those are,

16  essentially, web -- a board where people can post messages and

17  our community members can read it.

18       We do, also, have forms, spelled f-o-r-m-s, which is

19  like -- they can send direct notes to us, and that is how

20  players would register complaints or, you know, tell us what

21  they're thinking.

22  Q.    And that's information that you track and find valuable?

23  A.    Yes.  Bungie, as a whole, finds this information very

24  valuable to the business, but my team as well.  Often, I get

25  signal and valuable information from these player-submitted

1    reports.

2    Q.    Dr. Kaiser, it's a little awkward to toot your own horn,

3    but is there anyone at Bungie who you think knows more about

4    Bungie's game software, as related to security, than you?

5    A.    No, I don't believe so.  I believe I'm uniquely positioned

6    to testify here today.  I have written a lot of code.  I'm very

7    familiar in the engineering process and the game code and that.

8    I'm familiar as a player.  But also I've been the person who's

9    been leading the team for a last three and a half, almost four

10   years.

11         I've personally conducted probably over a hundred

12   investigations.  I've overseen my analysts conduct hundreds

13   more.  I guide the engineers on my team on the technological

14   measures they implement.

15         Sometimes, on a rare moon, I still get to write code.  I

16   like to write code, occasionally.

17         But I'm involved in the day-to-day operations and have been

18   for the last three years, three and a half years.  I'm very,

19   very knowledgeable in this space.

20   Q.    You mentioned investigations, Dr. Kaiser.  I'd like to

21   drill down a little bit there.

22         What are some examples of things that your team generally

23   investigates?

24   A.    There are generally three types of things we investigate.

25   The first is players.  When we get reports from other players

1  that they've observed someone who appears to be cheating or is

2  doing something they don't like in the game, we have, between

3  the forums and the forms, we have four or five different ways

4  that players can communicate and share that experience with us.

5  And so that's often the beginning of investigations into

6  suspected cheating and suspected abuse of the game.

7  Q.    All right.  I believe you said there were three different

8  targets, so that was one, players.  What was number two?

9  A.    Yeah.  The second is machines and hardware.  Generally, if

10  we see a pattern of abuse or exploitation coming from a number

11  of accounts that have been playing on the same device, we will

12  investigate that device and, potentially, identify it as a

13  device generally used for attacking the game.

14  Q.    What sorts of devices might you be investigating,

15  Dr. Kaiser?

16  A.    So players connect to our game either using a computer or

17  using a game console, like the Xbox or a PlayStation, and so

18  that's what I mean by "device."

19  Q.    All right.  So I believe we've now covered two of the

20  three, players and machines.  What's the third typical

21  investigation target?

22  A.    The third is software.  Other software that is used to

23  attack the game, we do research and investigations on how it is

24  modifying the game, how it is manipulating the game, and then we

25  look at ways that we can create detections so that we can,

1  through automation, more regularly reject that software from

2  manipulating the game.

3  Q.    What's the goal of an investigation, Dr. Kaiser, generally

4  speaking?

5  A.    First and foremost, the goal is to stop an immediate threat

6  that is attacking the game.  We want to either prevent that

7  player from continuing their thing or prevent that machine from

8  connecting repeatedly or preventing the software from attacking

9  the game.

10      More long form, though, these investigations are to learn

11  and to understand, broadly, how these attacks are perpetrated,

12  and how we can then build preventions and more general purpose

13  technology that can stop this sort of attack on software.

14  Q.    I wanted to focus on that second goal, the building

15  automated fixes.

16      Why is that something that the company focuses on?

17  A.    There are, as I said, 10 to 15 people on my team, depending

18  on the time.  There are millions of players, and within those

19  millions of players there are thousands of people.  Like, if you

20  think of just a fraction of a percent of players that would

21  stray and do harm, but those thousands of players are still

22  overwhelming for our analysts and our team.  So we're always

23  looking for ways that we can come up with more efficient ways

24  that we can produce software security for Bungie.

25  Q.    Why, from a business perspective again, is software

1  security important to the company?

2  A.    Software security has this balance that if there isn't

3  something valuable there to protect, security doesn't matter.

4  You can build a really robust fence around a dirt lot, and if

5  that's a really uninteresting amusement park, you're going to

6  get no customers coming to your amusement park.  So you have to

7  have something worth protecting, and so there's always this

8  balance as a business between investing in the product and

9  investing in new expansions and design and stuff.  But, at the

10 same time, you do need to invest in some amount of protections,

11 and so there's a pragmatism there.

12 Q.    Do you have an understanding for whether or not your player

13 base even understands or appreciates the investment that you

14 make in security?

15 A.    Oh, yes, they very, very much do.  We get a lot of

16 thank-you notes from players for the work we do.

17        Players are especially attentive when they see that we have

18 done a great job, at a given time, in addressing, in particular,

19 a threat that has been prominent and they've either experienced

20 themselves, or they've seen popular streamers experience it.

21 Q.    And where are you seeing this feedback on the forums and

22 forms?

23 A.    Yes.

24 Q.    Both?

25 A.    Yes; all of them, yeah.

1    Q.   All right.  Dr. Kaiser, I want to pivot now and talk

2    about -- talk about the defendants, in particular, the

3    investigation.

4         Now, you weren't here yesterday, but those of us who were,

5    or who were in West Seattle or Enumclaw or Capitol Hill, those

6    of us who were heard Mr. Mann say that this was a

7    sue-first-ask-questions-later investigation.

8         Would you agree with that, Dr. Kaiser?

9    A.   No, not at all.

10   Q.   Did the company investigate the defendants here?

11   A.   Yes, we did.

12   Q.   Starting around when, Dr. Kaiser?

13   A.   In October of 2019, *Destiny* had its first release on PC --

14   prior to that, it was only on console -- and at the same time

15   went free-to-play.  And that meant overnight we saw a major

16   shift in the type of attacks that were happening against the

17   game.

18        In the first day or two after that launch, we saw a number

19   of people reverse engineering and attacking the game, and one of

20   those people, we later came to understand, is James May, who

21   went by the handle "Swifty."

22   Q.   What else were you doing to investigate the AimJunkies'

23   cheat, Dr. Kaiser?

24   A.   We were getting a lot of reports from players that they

25   were suffering.  We got leads from them.  They -- a number of

1  players did their own, sort of, investigations to point us at

2  the AimJunkies' website that was selling the software.

3      We had a lot of -- we were ramping up and creating a lot of

4  detections and trying to figure out how to identify all

5  software, not just AimJunkies, but, in this case, AimJunkies --

6          MR. MANN:  Your Honor, I need to enter an object here,

7  maybe more of a clarification.

8      I don't know if a foundation has been established for how

9  Dr. Kaiser knows all this.  I believe it may be based on

10 hearsay.  I would like to, at least, have some foundation laid

11 as to how Dr. Kaiser actually knows what he's testifying to.

12         THE COURT:  Well, I think that's appropriate, but why

13 don't we do it on a question-by-question basis.

14     So go ahead, counsel.

15 Q.  (By Mr. Rava)  Dr. Kaiser, we spoke earlier about your

16 current role as the engineer of the product security team,

17 right?

18 A.  Yes.

19 Q.  When you came into that role in 2021, did you speak to your

20 team about ongoing investigations?

21 A.  Yes, I spoke to my team, both their ongoing investigations

22 but about also historical investigations.  We were -- for the

23 purpose of this case, we were before discovery, and I was the

24 person who took point on doing all the discovery.  So I went

25 through all our databases of information.  I reviewed all the

1  facts.  I was the person preparing all of the reports that we

2  produced in discovery in this case.

3          MR. MANN:  Your Honor, I'm not sure if that is based

4  on personal knowledge or matters that were told to Dr. Kaiser by

5  someone else.  That's the basis of my objection.

6          THE COURT:  That objection is overruled at this time.

7  He's answered the question that was posed.

8  Q.   (By Mr. Rava)  All right.  Dr. Kaiser, did your

9  investigation into the AimJunkies' cheat and Mr. May continue

10  past October of 2019?

11  A.   Yes.  What particularly stood out is James May was

12  relentless in continuing.  We would repeatedly ban his accounts,

13  and he would come back and continue to reverse engineer against

14  the game.

15          Over that period of time -- I think it went on several

16  months -- he kept reverse engineering, and then the cheat was

17  released.

18          After the cheat was released, we wanted to demonstrate to

19  leadership the impact that such cheats have on the game, and so

20  we acquired the loader and attempted to show leadership the

21  cheat in operation.

22  Q.   Were you successful in showing leadership the cheat in

23  operation?

24  A.   We were not.  The cheat operated once, and then failed to

25  operate when -- later that day, when we went to go show the

1    C-Suite, the executives at Bungie.

2    Q.    Do you have an understanding, Dr. Kaiser, of whether the

3    company notified the defendants of the company's concerns at

4    some point?

5    A.    Yes.  Almost a year later, after repeated updates to the

6    game, and then the cheat would have to make subsequent updates

7    to work again, and repeated reverse engineering hundreds of

8    times, we notified -- at that point, we had identified the

9    principals of the company and notified them that we wanted them

10   to stop, and that -- we really wanted them to stop.

11   Q.    This was in November of 2020, to your recollection?

12   A.    That is my recollection.

13   Q.    All right.

14         Dr. Kaiser, I'm going to turn specifically now to the

15   AimJunkies' cheat.

16         Did you have a chance to review the AimJunkies' cheat code?

17   A.    I have not.

18   Q.    Have you had a chance to see the AimJunkies' cheat code

19   interacting with the Bungie game engine?

20   A.    I have not.

21   Q.    Have you played with the AimJunkies' cheat code?

22   A.    I have not.

23   Q.    Do you know, Dr. Kaiser, what the AimJunkies' cheat does?

24   A.    Yes.  We've seen its promotional materials that's on its

25   website, and that one time, we did get it to work, and the

1    analysts on my team was able to confirm that the functionality

2    experienced in the game matched those promotional materials.

3    Q.   And what does the AimJunkies' cheat do, Dr. Kaiser, to your

4    understanding?

5    A.   AimJunkies' cheat offers three features that create

6    abilities and things that should not be possible in the game.

7         The first is extrasensory perception, commonly referred to

8    as "ESP."  It's the ability to see opponents and other enemies

9    through the wall, when you shouldn't be able to; sort of like

10   Superman X-ray vision.

11   Q.   What are the other features, Dr. Kaiser, other than ESP?

12   A.   Yeah.  The second feature is referred to as aimbot,

13   generally, in the industry.  That is perfect aim.  So without

14   having to move the mouse or the controller to aim at your

15   target, you can just push the button, and it automatically finds

16   the nearest enemy, locks on to their head or their critical

17   spot, and then fires the weapon for you.  So it, basically,

18   takes skill out of the game.

19   Q.   Are there other features, that you're aware of, the

20   AimJunkies' cheat has?

21   A.   Yeah.  The third major feature is a feature more or less

22   pretty specific to *Destiny*.  It's called One Position Kill, and

23   it is, sort of, the opposite of aimbot, in that instead of

24   moving your target to -- your aim to the target, it takes all

25   the targets and puts them right in front of your crosshairs so

1    you can level up really fast by just not even having to go find

2    them on the map.

3    Q.    You said "level up."  What does that mean, "level up"?

4    A.    So part of the game -- again, before, we talked about D&D.

5    Your character gets experience points as you're progressing.

6    Generally, it's supposed to be hard to kill these space aliens

7    and that.

8         And so the game has a design that gives you experience

9    points that helps your character progress and get that higher

10   number, a higher number level.  It sort of represents how

11   seasoned you are at fighting aliens in the world.

12   Q.    So if you OPK a whole bunch of aliens right in front of

13   you, you get a whole bunch of points?

14   A.    It is a massive way of getting ESP very quickly.

15   Q.    How do these features, the ESP and the aimbot and OPK, how

16   do they impact the game-playing user experience?

17   A.    Fundamentally, they make the gameplay very differently.

18   There are some competitive modes in the game where you can try

19   your skill against other guardians.  Being on the receiving end

20   of ESP or aimbot means that you have, like, zero chance to even

21   have a competitive shot in that match.  It's very frustrating.

22        If you are playing in world, as you're running around,

23   someone who is using OPK and killing all the enemies is hoarding

24   all the XP.  It prevents you from playing the game, and also

25   killing monsters and gaining XP.  So it is very frustrating to

1    play with or around players that are cheating.

2    Q.   It goes to game integrity?

3    A.   Yes.

4    Q.   Dr. Kaiser, were you able to form an opinion about how you

5    believe the AimJunkies' cheat software works?

6    A.   Yes.

7    Q.   How did you go about forming that opinion?

8    A.   First, I have spent a lot of time writing a bunch of the

9    software that's underpinning a lot of these systems that are

10   primarily attacked.

11        I've also seen in the diagnostics and in the telemetry, the

12   data that we collect out of the game that says it's being

13   manipulated or how it's being attacked.

14        I've had personal experience analyzing other cheats,

15   including their source code that have offered similar features

16   and how they're implemented, especially similar cheats that use

17   an injection mechanism.

18   Q.   And what is your view on how this cheat software works, the

19   AimJunkies' cheat software, Dr. Kaiser?

20   A.   At the high level, it copies, it injects, and it modifies.

21   It has to, through reverse engineering, understand and copy a

22   bunch of the game code in order to make their cheat software

23   line up correctly with how the game should normally work.  They

24   have to inject that code into the game process to get it to even

25   run.  And then to fix it all up and make sure that the game

1    still operates a little bit while they're still running their

2    injected payload.  They have to modify a bunch of code that was

3    in the game process.

4    Q.    And you can reach this opinion, Dr. Kaiser, without having

5    seen the code in operation?

6    A.    I believe so, yes.

7    Q.    How can you do that?

8    A.    There are limited ways that an injection-based cheat can

9    work.  Through my experience having both seeing these things

10   academically and professionally, I have a very broad

11   understanding of the range and the types of cheats that are

12   possible within this class of cheats.  It is pretty confident in

13   my mind that this is how it works.

14   Q.    Is there any other reasonable alternative that you're aware

15   of?

16   A.    I know of no other reasonable alternative.

17   Q.    All right.  Dr. Kaiser, I want to slow it down so we can

18   explain to the jury, with some specificity, feature by feature.

19   A.    Sure.

20   Q.    How the code works.

21         THE COURT:  Perhaps this is a good time to take our

22   morning recess.

23         MR. RAVA:  It would be.

24         THE COURT:  Sounds like we're going in a different

25   direction.

 1          Ladies and gentlemen, we're going to take approximately a

 2   15-minute morning recess.  You are reminded not to discuss this

 3   case during the recesses when you're together.

 4          We'll be in recess.

 5              (Court in recess 10:38 a.m. to 10:55 a.m.)

 6   Q.   (By Mr. Rava)  Dr. Kaiser, we've published for you

 7   Exhibit 29.

 8   A.   Okay.

 9   Q.   Page 2 of Exhibit 29, and I'd like to talk about the aimbot

10   feature that you mentioned earlier.

11          Are you familiar with this document, generally?

12   A.   I am, this is...

13   Q.   So looking at page 2 of 29, do you see those two visuals

14   there?

15   A.   Yes, I do.

16   Q.   So how is the aimbot represented in the middle image,

17   Dr. Kaiser?

18   A.   Yes.  So this here is the game running with the cheat in

19   it.  You can see two features.  You can see the ESP feature in

20   play, but you can also indirectly see the aimbot.

21          It would probably be a little more clear if this was video.

22   But you see the sights of the weapon that the player is aiming

23   down, and then it is aimed directly at the head of the enemy.

24   There is a little red X there that is showing where exactly the

25   shot is landing.  In this case, the shot has hit its mark dead

1  on.

2      The ESP feature, as I was mentioning, are those red boxes

3  around the enemies.  This is not a great example of ESP because

4  they're not actually behind cover, but you'd see those red boxes

5  regardless of whether they're behind cover or not, with the ESP

6  feature, and that's not part of the *Destiny* game.

7  Q.   Which part isn't part of the *Destiny* game, Doctor?

8  A.   The ESP feature, so those red boxes around the enemy.

9  Q.   But the enemy is part of the game?

10  A.   Yes.

11  Q.   All right.  We're talking about the aimbot feature.  In

12  your opinion, Dr. Kaiser, how does this feature work in the

13  AimJunkies' cheat?

14  A.   So in order to aim precisely, you need to figure out a

15  couple of things.  You need to know where the current weapon is

16  aimed, and then what a reasonable target is.

17      So you need to exploit and understand the code and the

18  structures behind how those enemies are represented and how that

19  is updated in the game.

20      And then you need to exploit the code that is responsible

21  for moving the weapon around.

22      Both of those are extremely complex in a game like *Destiny*.

23  Those functions are represented by layers of functions,

24  thousands and thousands of lines of code.  They're not a simple,

25  like, just a number that's in memory.

1      I mentioned earlier the 30 seconds of fun, why *Destiny* is a

2   really satisfying game to play.

3      There is a lot of design and effort put into making the

4   aiming smooth and feel good.  And so it is not simple math, like

5   I would like to believe, of just simply moving from Point A to

6   Point B.  There's a lot of other functions and things that you

7   have to work against in order to precisely move the aim through

8   code to another spot.

9   Q.   Where is the cheat finding that information about the

10  weapon and where it's pointing?

11  A.    Yeah.  So it's finding some of that information in some of

12  our compound data structures.  Those are complex data structures

13  made of multiple different data structures.

14      There's, essentially, layers upon layers of indirection

15  here.  Like, when you look at the screen there, and you see a

16  combatant enemy, it looks like just a person or thing there, but

17  it's actually composed of a lot of little pieces put together.

18  It has a skeleton, and, like, there's all these things that go

19  together to make it connect together as an entity.

20      And so figuring out precisely where any of that is is

21  complex in the first place, but then also interpolating and

22  knowing how to manipulate the aim to find that and aim towards

23  that is also complex.

24  Q.   Those pieces of code that you've described there,

25  Dr. Kaiser, does Bungie make efforts to make it difficult to

1    identify those codes, manipulate those codes?

2    A.    Yes, absolutely.  Those are --

3    Q.    What sorts of things do you do?

4    A.    We employ obfuscation.  So those are cryptographic

5    techniques to make it harder to, one, find them, and then, two,

6    to understand what they're doing.

7         So obfuscation is, sort of, like a lightweight

8    cryptography, that you, like, make it really hard to read, even

9    harder than the ones and zeros, if they're there in the first

10   place.

11        We have all sorts of other detections.  And this goes to

12   the diagnostics I referred to earlier.  We have guards checking

13   for manipulation.  So there are other routines in the game that

14   will see has the code for, you know, moving the aim been

15   manipulated and has it been overwritten or changed.

16        We have a whole guard network that's, actually, complex,

17   because you have guards guarding guards, and there's a whole

18   network of these to protect, ultimately, the most sensitive

19   parts of the game that we've identified.

20   Q.    Those most sensitive parts include the aiming function, for

21   example?

22   A.    They include the aiming, they include player position, they

23   include combatant positions, they include ammo, they include

24   rendering.

25        Some of them, in my experience, the most targeted by

1    cheats -- the software that is most targeted by cheats.

2    Q.    What do you mean by "rendering," Dr. Kaiser?  Can you put

3    that in layperson's terms, maybe?

4    A.    Rendering is a software engineering term for how you

5    display stuff on the screen.  Making the pixels and colors and

6    all those effects, the cinematics of the game is, generally,

7    what we call "rendering. "

8    Q.    So did creating this aimbot feature that we see here in

9    Exhibit 29, on page 2, in your opinion, did that involve copying

10   Bungie's copyrights or modifying the computer code or the AV

11   aspects?

12   A.    Yes.

13   Q.    How?

14   A.    Well, they've, clearly, modified the experience visually

15   that's displayed to players.  There's stuff shown on the screen

16   that normally wouldn't be there.  I think that's the primary AV

17   one that I can think of at the moment.

18   Q.    And when we're talking about AV, what are we talking about?

19   A.    Oh, sorry.  The audio and visual aspects of game.

20   Q.    Okay.  And what about the code aspects that would need to

21   be copied?

22   A.    Yeah.  In order to make this function, you could,

23   potentially, render just red boxes anywhere, but in order to

24   make them the right size and shape as the enemies, and as you're

25   turning around, that they follow the enemies, and as you're

1  holding still and the enemies are moving, they track around

2  that, you have to copy and exploit a bunch of the code in order

3  to get that to actually show up on the screen.

4  Q.    Is there any way, other -- is there any other way to get

5  the information about where the combatants are going and moving,

6  other than in the code?

7  A.    Not really, no.

8  Q.    All right.  So, Dr. Kaiser, to help the jury understand a

9  little bit more about what we're saying, we've created a simple

10 diagram, and we'd like to show this demonstrative to you and the

11 jury and have you talk about it, please.  So we're going to get

12 it and present it.

13         THE COURT:  Let's give it a number, Madam Clerk.

14         THE CLERK:  Counsel, your last exhibit number is 78,

15 so this will be 79, Demonstrative 79.

16         THE COURT:  All right.  We're going to mark this as

17 79, ladies and gentlemen, so we can find it if we need to.

18     Demonstrative exhibits will not go into the jury room when

19 you deliberate.  The lawyers will be able to use them to,

20 hopefully, demonstrate whatever it is they wish to demonstrate.

21 They may refer to them in final argument or otherwise, but you

22 won't see them in the jury room.

23     Is that for the jury's benefit?

24         MR. RAVA:  Yes.  It's also on the screen.

25         THE COURT:  I understand it's on the screen.  If you

1   want it for the jury, why don't you put it a little closer to

2   them so they can see it?

3            MR. RAVA:  We were hoping you'd be able to see it,

4   Your Honor.

5            MR. MANN:  And please don't obstruct my view of the

6   jury.

7            THE COURT:  Yeah.

8            MR. MANN:  That's fine.  Thank you.

9   Q.    (By Mr. Rava)  Dr. Kaiser, do you have -- you can see the

10  demonstrative, can't you?

11  A.    Yeah.

12  Q.    And you can also see it on your screen?

13  A.    Yes.

14  Q.    This is a Demonstrative D-79, I believe.  What is

15  represented here, Dr. Kaiser?  Start on the left, please.

16  A.    Yeah.  This is showing and representing the *Destiny* code.

17  For the purposes of these figures, blue identifies code

18  belonging to *Destiny 2*, the game.  And what is, sort of, shown

19  here is -- the game is massive.  It has many thousands of

20  functions that, in this case, we have identified and found out a

21  couple of those particularly of interest to the example at point

22  here.

23        But in the background, all of those -- that blue code is

24  what is running in the computer memory and all works together to

25  make the overall experience of playing the game *Destiny 2*.

1  Q.   All right.  So we've pulled out, in the middle, under the

2  term "example," do you see "example, firing weapon"?  What is

3  represented in the little box there, A, B, C, and D?

4  A.   So this is, sort of, really simplified down, but those

5  would represent functions and, like, core pieces of -- the

6  recipe that makes the game work.

7       In this case, these are the functions we would string

8  together for firing your weapon.  So the first function, A,

9  might, for example, be checking that the player has, you know,

10 pushed the button on their mouse or keyboard to fire the weapon.

11      The second function, B, for example, would be doing a whole

12 bunch of checks to see do you have enough ammo, have you been

13 stung by something; generally, are you in a character state

14 where you can use your weapon.

15      C would be, then, like, figuring out what trajectory the

16 shot would take.  So it's figuring out the aim direction.

17      And then function D here would be effectively taking the

18 shot and sending the shot.  If there was a combatant or an enemy

19 alien on the other side, it would, perhaps, kill them, and then

20 it would be responsible for showing other players in the world

21 that you fired your weapon and shot them -- shot the alien, and

22 that it had an effect.

23           MR. MANN:  Your Honor, I have to make an objection

24 here and move to strike this entire line of testimony.  There

25 was a motion in limine that Your Honor granted in this case that

1   limited Dr. Kaiser's testimony to opinions previously expressed

2   in the expert witness disclosures and the depositions and a

3   declaration that he previously filed.  I believe this goes far

4   beyond that.  This didn't appear in any of those and is in

5   direct violation of the motion in limine that you granted in

6   pretrial matters.

7          MR. RAVA:  Your Honor, Dr. Kaiser was designated as an

8   expert on these exact issues on how it is that the cheat

9   software works, and that's exactly what he's talking about here.

10         MR. MANN:  But I asked him that specifically at the

11  deposition and did not get these answers, Your Honor.

12         THE COURT:  Well, I'm going to permit the testimony to

13  stand.  This is just demonstrating the testimony that he did

14  give you at the deposition.

15         MR. MANN:  Okay.  I'm going to maintain my objection

16  for the record, of course.  Thank you.

17  Q.   (By Mr. Rava)  Dr. Kaiser, and what is represented, then,

18  on the right side of this demonstrative?

19  A.   Ultimately, this would be what you would see in game.  I

20  don't know if I can draw on the screen, but, basically, all of

21  this code runs in a big loop.  So once it's, sort of, completed,

22  D, it would go back to the beginning.  But that's, basically,

23  what we call the "game loop."

24         Overall, all of the code runs in a large loop, but

25  that's -- the game engine is looping through all these

1    functions, it's seeing if there's inputs, what it needs to do

2    based on those inputs, and then every loop, it's going to render

3    and show the player the image and the resulting stuff on screen.

4    Q.   All right.  I'd like to go to page 2 of this Demonstrative

5    D-79.  Let's see if I can clear this.

6         Dr. Kaiser, I'd like you to talk us through what this

7    demonstrative represents.  And let's start, again, I think,

8    where we ended, with the last page, the far left, with A, B, C,

9    and D.  What are you talking about there?

10   A.   Yes.  So, again, in this figure, everything that's blue is

11   representing Bungie code, the *Destiny 2* game.  The left-hand

12   column, there, is honing in on just those four functions that we

13   had shown in the previous figure.

14        The reverse-engineering process is the process of

15   understanding and trying to find this code and these data

16   structures within the game.  That's, sort of, represented there

17   by the arrow pointing -- they found C in the example of aimbot.

18   They want to manipulate the aiming of the player, so they'd look

19   for the code responsible for aiming.

20   Q.   Dr. Kaiser, would it be helpful if you could --

21        MR. RAVA:  Permission for him to approach the

22   demonstrative, Your Honor?

23        THE COURT:  Certainly.

24        MR. RAVA:  Because I -- could you show --

25        MR. MANN:  Your Honor, may I observe?

1          THE COURT:  Yes.

2          MR. MANN:  Thank you.

3  A.    So this here is the original unmodified *Destiny 2* process.

4  The reverse-engineering step is, you know, inclusively done.

5  They're looking for essential functions and functions that are

6  worth attacking.  In this case, they've identified C, which

7  we've indicated on the previous slide, is the function only for

8  having to move the aim of the player.

9  Q.    (By Mr. Rava)  Dr. Kaiser, thank you.

10        What is represented on the middle column that says "copy,"

11 then?

12 A.    So after they've identified the function that they need to

13 exploit to use, they would make a copy of that and, essentially,

14 what will become their payload.  They write a bunch of other

15 code around it that is figuring out, you know, how much they

16 want to move it, and, basically, in the cases of, like, the ESP,

17 what color the boxes will be or other, sort of, details like

18 that.  But it's, ultimately, written around functions and

19 leveraging code that belongs to Bungie.

20 Q.    All right.  And what's represented in the next column over

21 that says "inject"?

22 A.    So this here is just the cheat payload on its own.  It

23 doesn't do anything unless it's actually inserted into the

24 *Destiny 2* process.

25        So the cheat has what is called a "loader," and the

1    technique is called "injection."  It is injecting that code into

2    the memory space of the *Destiny 2* process.  And so after the

3    loader has taken the payload and injected it, you have the

4    *Destiny 2* code in there, as well as the cheat code that is

5    operating inside the game process.

6    Q.    So on the far right, then, talk the jury through exactly

7    what is happening.

8    A.    Yeah.  So in the far right, after you've injected, you have

9    to do a little bit of fix-up work in order to get the cheat code

10   to run.

11        The computer operates by running instructions in sequence,

12   and as I mentioned before, there's normally, sort of, a tight

13   loop here between these functions.  In order to get it to run

14   extra code, you have to insert a -- a "trampoline" is what it's

15   referred to -- a jump so that it, basically, can run the cheat

16   payload as well as the copy code, and then it has a trampoline

17   back to D so that it can resume the loop and keep looping so

18   that the game continues to function.

19   Q.    And is it important, Dr. Kaiser, that C comes between B and

20   D for the original code to work?

21   A.    Yes.  The structures that are at play here have -- are,

22   during a game loop, incrementally updated and reordering or

23   omitting any of these core game steps are extremely likely going

24   to crash the game and make the game not work.  So you need to

25   strictly keep the order A, B, C, D in order, but you can inject

1  a payload in between.

2  Q.    All right.  Thank you.

3         MR. RAVA:  If you could please pull up Exhibit 29 and

4  go to page 3 of that.  This is, again, the AimJunkies' cheat.

5  Q.    (By Mr. Rava)  Dr. Kaiser, I want to switch to the ESP

6  feature and focus here on the middle image of Exhibit 29,

7  page 3.  Do you see that?

8  A.    Yes, I do.

9  Q.    And how is the ESP feature represented here?

10 A.    This is a better example of the ESP feature.  Although the

11 lights are a little bright and there's a glare on the screen,

12 you can, sort of, see these thin red and green lined boxes drawn

13 around characters in the world.

14      Notably, those boxes on the right-hand edge of the screen

15 are drawn around what looks like just wall, and that is

16 indicating to a player who is experienced with an ESP that there

17 is a combatant or an enemy behind that wall.

18      In this case, the cheat is rendering green for people who

19 are on your team, so it's letting you know that people on your

20 team are, sort of, there in the middle foreground and that there

21 are enemies throughout this destination right here, or, at

22 least, non-team members, and there are a number of those behind

23 the wall just to the right.

24 Q.    In your opinion, Dr. Kaiser, did creating this feature also

25 involve copying Bungie's copyrighted code or modifying it?

1    A.    Yes, it had to.

2    Q.    It had to?

3    A.    Yeah.

4    Q.    How so?

5    A.    Similar to the aimbot, in order to locate those entities to

6    scale and figure the right dimensions, and then also to end

7    up -- rather than moving the mouse in that case, but rendering

8    on the screen you had to hook into and manipulate the rendering

9    functions of the game.

10   Q.    You have to know where these folks are to put them in a

11   box?

12   A.    Yep.

13   Q.    All right.

14         It's hard to come up with a visualization of the OPK

15   feature, so we'll just leave this one up.

16         Did you form an opinion about whether the OPK feature

17   involves copying Bungie's copyrighted code or modifying the code

18   or AV aspects?

19   A.    Yes.  Similar to aimbot and ESP cheats, in order to, one,

20   identify the combatants, the enemies in the game, and then to

21   manipulate the data structures and the code around them, those

22   enemies have to briefly exist in front of your weapons, exactly

23   when you're firing, and so you have to inject that at precisely

24   the right time.  So that is, effectively, injecting a C right

25   before D to take the shot again.

1  Q.   So the functionality of OPK in the cheat is described in

2  the Demonstrative 79?

3  A.   Yeah, that figure represents the general implementation of

4  all three of those features.

5  Q.   All right.  Dr. Kaiser, earlier in your testimony you

6  mentioned investigating a person who you came to understand to

7  be Mr. May.

8       Why did your team commence that investigation?

9  A.   Again, *Destiny 2: Beyond Light* had just released.  We were

10 new on the PC platform and had just switched to free-to-play,

11 and we were concerned, rightfully so, that cheat developers

12 would start to attack the game.

13      Mr. May distinguished himself as a person who kept coming

14 back time over time.  He had to create new accounts every time

15 we caught him and banned one of his old accounts.  And by my

16 estimate, we banned at least 81 accounts that he created in the

17 course of his reverse engineering and developing a cheat for the

18 *Destiny 2* game.

19 Q.   What exactly did you do?  What tools and techniques did you

20 use to conduct this investigation, Dr. Kaiser?

21 A.   So we have a number of diagnostics that are part of the

22 toolbox of security tools that are at our disposal.  That

23 diagnostics include game telemetry.  So we were observing actual

24 higher frequencies -- on the downstream side, higher frequencies

25 of kills or things in the game.  Early on in the reverse

1   engineering, we were observing that reverse-engineering tools

2   were being attached to the game.  They have a particular

3   signature, and the game has its own diagnostics to understand

4   when other software is trying to manipulate it.  That's part of

5   security measures that we are continually trying to learn and

6   develop, or other ways that we can add diagnostics into the

7   game.

8   Q.   All right.  I'd like to pull up another admitted exhibit.

9   This is Exhibit 56, and this is a version of which is shown by

10  Mr. Mann yesterday.

11       Dr. Kaiser, do you know what this document is?

12  A.   Yes, I do.

13  Q.   What is it, generally speaking?

14  A.   So we have a database of all accounts that we've ever

15  banned or restricted or taken action against.  This is a

16  filtered query of that database of all the bans that have been

17  applied to accounts belonging to James May.

18  Q.   And what was your role in the creation of this document,

19  Dr. Kaiser?

20  A.   I created this document by doing the query against the

21  database, to reduce it down to just the rows responsive.

22  Q.   All right.  And what, generally speaking, does this

23  document show, Dr. Kaiser?

24  A.   Column A shows the Bungie account ID, so that is,

25  effectively, the character.  Like, so each one of those is

1    unique and represents someone who has gone through the whole

2    registration process, they've gone through the sign-in, they've

3    agreed to the limited software license agreement that is shown

4    at the beginning of the game.  They've created an account and

5    they've created a character, and then they proceed to getting

6    into the game.

7    Q.    And what's in column B?  What's in column B of this Exhibit

8    56?

9    A.    I don't have the header there, but I'm pretty sure it's the

10   description I've come to here, the description.  That is,

11   essentially, the infraction or the policy that was encountered

12   when this player was banned.

13   Q.    And what's the source of that -- those entries in column B?

14   A.    There are two possible sources.  One are manually.  So as

15   part of an investigation, our analysts or I would manually enter

16   this value.  A number of these, though, are entered by automated

17   detections.  Once we've taught them a pattern, it will find this

18   and will enter one of these rows.

19   Q.    Who or what will enter one of these rows?

20   A.    The automated detection or an investigator.

21   Q.    All right.  Let's move to the next column on the right,

22   column C or column 3.  What is represented here?

23   A.    Yes.  We have, sort of, a rigorous set of policies that we

24   uphold, for any given infraction, we, sort of, require some

25   amount of evidence in order for it to be logged along with that.

1    And so, here, for those -- if we were to zoom out a little

2    bit, these are the cases where a reverse-engineering tool was

3    attached to the game.  So the detection observed a

4    reverse-engineering tool was attached to the game.  The evidence

5    there is the process name of that reverse-engineering tool being

6    attached to the game.

7    Q.    All right.  I'm going to ask Mr. Blackturn here to

8    highlight -- let's just take the row 3, and please include

9    columns A, B, and C.  Make it a little easier on all of us to

10   read.

11        So what is -- so, then, focusing here in column 3, and that

12   first line that is highlighted says C: backslash.  Do you see

13   that?

14   A.    Yes.

15   Q.    What is that information?

16   A.    So on a computer, software runs in memory and is known as a

17   process.  So you can think of Windows Operating System.  You're

18   running apps or applications on the computer.  You may have your

19   email and something else open, like Notepad or whatever.  Those

20   processes can run at the same time, and they can affect each

21   other if they're programmed to do so.

22        Windows supports the ability to query what a process is

23   doing to another process, and part of that data includes the

24   name of the file on the computer that was used to start and load

25   and run that process.

1    So what is shown here is a file path to the file that was

2    clicked or ran that represented the process that was then

3    attaching as a reverse-engineering tool to *Destiny*, the game.

4    Q.    So how did Bungie get these file paths, Dr. Kaiser?

5    A.    This is part of the diagnostics within *Destiny 2*.  It

6    recognizes when other processes are attaching to it.  That is

7    the telltale sign that the game is being manipulated.

8    And then it'll query a bunch of details that it can from

9    the operating system about that process that is attached to it.

10   And then, periodically, it will report that data, its telemetry,

11   back to our server so that we know who is running copies of the

12   game that is being manipulated by another process.

13   Q.    And do you know what this particular file reclassedblah64

14   is?

15   A.    Not by its name, no.  What is shown below there, in

16   numbers, is what is known as an MD5 cryptographic hash.

17   Q.    We're going to need translation there.  What is an MD5

18   hash?

19   A.    So in the production of software, especially with the

20   Internet, there's this need to be able to confirm the integrity

21   and understand what is being shared.

22   So cryptographers have developed this concept of a

23   cryptographic hash.  It, basically, generates a serial number

24   that uniquely identifies software.  It doesn't identify anything

25   about the contents in the software, but if the software were to

1    be changed, it would generate a different MD5 hash.

2        And this is generally used for the distribution of, say,

3    open-source software, where you may not know exactly what you're

4    downloading is what people say it is.  They will share the MD5

5    hash, saying, before you run the software, you should also --

6    the thing you downloaded, and make sure those two numbers match,

7    and if those two numbers match, then you know the software you

8    have is the software purported to be.  This has come to be --

9    Q.    Wait.  I want to step in, Doctor.

10       So is an MD5 hash unique to any piece of software?

11   A.    Cryptographically, it is probabilistically unique.  It is

12   designed so that any tweak in the software is going to generate

13   a different number.  But it is deterministic so that if you take

14   the same software and run it again, you'll get the same number.

15   But probabilistically, it is very extremely unlikely that you'll

16   get two numbers that match for two different pieces of software.

17   That's the cryptographic part about it.

18       Since it is a 128-bit number, that is like a 1-in-128

19   chance that you have a collision, which is one in many, many,

20   many, many billion chance of having a collision or an

21   inappropriate match.  So it is almost certainly unique.

22   Q.    And where is this MD5 hash coming from, Dr. Kaiser?

23   A.    This is an MD5 hash of the software that was associated

24   with the process attached to the game.

25   Q.    And how was it created?

1    A.    It was created by running the file through the MD5

2    algorithm, which is a global standard.  It is used by antivirus

3    software.  It is how virus researchers and computer programmer

4    researchers talk about software.  It is, essentially, the serial

5    number, or, like, if you're a book reader, the ISPN number.  It

6    is the number to identify software, and a particular version of

7    the software.  If the software changes, it would be updated.

8    Q.    All right.  Let's expand this look over to columns D and E

9    here.  What is represented in columns D and E with respect to

10   this row 3, Dr. Kaiser?

11   A.    Yes.  Column D represents the date that the detection ran

12   and, basically, identified this evidence was worthy of violating

13   a policy and created this record.

14         Column E was when that data was actually sampled and when

15   the evidence was collected.  And that, sort of, shows there that

16   the time delta between all the steps through a processing

17   between, it's being sampled on the game client, makes it through

18   a number of our databases, and then eventually our software.  It

19   matches some rules, and then is able to take some action.  So it

20   represents about a 40-, 45-minute lag, in many cases.

21   Q.    And overall, what -- what -- could you sum up for the jury

22   what it is that you see being represented by row 3?

23   A.    So row 3 demonstrates, beyond a shadow of a doubt in our

24   mind, that a reverse-engineering tool was attached to *Destiny 2*

25   and was being used to explore through the memory, look for

1    functions, and find sensitive code and structures.

2    Q.    On October 2nd of 2019?

3    A.    This particular infraction, yes.

4    Q.    Is that the day after you launched *Destiny 2*?

5    A.    I believe so.  I believe *Beyond Light* was launched on

6    October 1st of that year, so this is the day after.

7    Q.    Let's scroll down to the bottom row.  I believe it's 102.

8          We're now looking at row 102, which I would ask -- there it

9    is.  It's pulled up here.  Let's talk about this row in some

10   detail.

11         What is represented, again, in column A there that you see

12   on the left?

13   A.    That is another account identifier to another account.

14   Since it doesn't match, it tells me that it's a new account.

15   Q.    Okay.  And what is represented in column B?

16   A.    So that's the description of the policy infraction.  I can

17   tell, because it's not properly capitalized, that it was done by

18   manual investigator.

19         But the policy at heart here was, we've seen repeated

20   evasion around bans, and this is the shortcut to say, look,

21   we've already seen this person do bad things many, many, many

22   times.  We don't want that player and that machine connecting to

23   the game.  So this is a shortcut to saying we don't need to

24   compile more evidence, we already know who this person is.

25   Q.    And column C, what is represented there?

1    A.    That is the short, little, manually entered evidence in

2    this case.  In this case, it's saying, you know, we've

3    identified this is the machine corresponding to a lot of these

4    accounts.  It has also corresponded to a lot of bans

5    corresponding to the AimJunkies' software as well.

6    Q.    All right.  Dr. Kaiser, what can you conclude from the data

7    represented on this report that is Exhibit 56?

8    A.    We can conclude that the individual here, James May, has

9    created a lot of accounts and used them to reverse engineer and

10   attack the *Destiny 2* process.

11        He's also demonstrated that he has been running the

12   AimJunkies' software against the *Destiny 2* process.

13        And I believe there represents 81 accounts here.

14   Q.    Eighty-one separate accounts are represented on this

15   document?

16   A.    Yes.

17   Q.    What is the date on row 102 there?

18   A.    Row 102 appears to be February 24th of 2021.

19        MR. RAVA:  Thank you, Dr. Kaiser.  I have no further

20   questions at this time.

21        THE COURT:  Cross, Mr. Mann?

22        MR. MANN:  Thank you, Your Honor.

23

24

25

1                        CROSS-EXAMINATION

2   BY MR. MANN:

3   Q.    Good morning, Dr. Kaiser.  I'd like to ask you a few

4   questions, if you don't mind.

5   A.    All right.  Sure.

6   Q.    I'd like to clarify a little bit more about what your role

7   actually is here as an expert witness.  I understand you are

8   testifying as an expert.  Correct?

9   A.    Yes, I am.

10  Q.    Okay.  Now, you're not testifying as an independent expert

11  hired by Bungie to provide an unbiased opinion, correct?

12  A.    I'm not an independent expert.

13  Q.    Are you aware that sometimes experts are hired for purposes

14  of providing an unvarnished opinion?  They say, Look, I don't

15  care who wins or loses; this is what my opinion is.

16        Have you sometimes heard of experts testifying in that

17  capacity?

18  A.    Sure, that's feasible.

19  Q.    But are you testifying in that capacity?

20  A.    I'm the designated corporate representative of Bungie.  I'm

21  not an independent expert.

22  Q.    Sure.  And you're head of -- what is your title again?  I

23  apologize.

24  A.    I'm the lead engineer of the product security team at

25  Bungie.

1    Q.    That's the product security team?

2    A.    Yes.

3    Q.    And, of course, you're interested in securing the -- or

4    keeping your products secured, correct?

5    A.    That's correct.

6    Q.    Okay.  So, again, you have a vested interest in tracking

7    down those who you think are violating the rights of Bungie.

8    A.    That is part of my job.

9    Q.    Okay.  And does that color your opinion in any way, shape,

10   or form?

11   A.    I don't believe it does.

12   Q.    You don't believe that it colors your opinion?  So you

13   would -- if I asked you a question that disagrees with -- or

14   that forces a conclusion other than one that you've given here

15   today, you'll readily say, Yes, I agree with you, Mr. Mann, my

16   previous testimony was wrong?

17   A.    Yes.  My goal as a scientist and a security researcher is

18   to seek the truth, so I am here to speak the truth.

19   Q.    Okay.  And if I expose the truth, you'll readily agree with

20   me that I have exposed the truth and your testimony was

21   incorrect?

22   A.    I believe you've exposed the truth, yes.

23   Q.    The truth is, you have not actually seen the source code

24   for the so-called cheat software here, correct?

25   A.    No.  It was never produced for us.

1   Q.   Okay.  Let's now -- let's -- okay.  Interesting language

2   you used.

3        My question was have you seen it, not whether it was

4   produced to you.

5   A.   I have said no, I have not seen it, and also it was never

6   produced to me to see.

7   Q.   Okay.  Isn't it a fact that somebody operating on behalf of

8   Bungie, the mysterious John Doe, who we may hear from, on

9   January 3, 2021, using a fictitious name, purchased a copy of

10  the *Destiny 2* cheat code from AimJunkies' website; isn't that

11  true?

12  A.   They purchased the loader; did they not purchase source

13  code.

14  Q.   Did they obtain the loader?  Incidentally, does the term

15  "loader" appear anywhere in the complaint that Bungie has filed

16  in this case?

17  A.   I would have to review that.  I don't know.

18  Q.   If I represent to you that it doesn't, would you have any

19  reason to quarrel with me?

20  A.   I think we defined "cheat software," and the loader is

21  one-half of the software.

22  Q.   But the fact of the matter is, the word "loader" does not

23  actually appear in the complaint that Bungie has filed in this

24  lawsuit, correct?

25  A.   I don't recall.  You could show me the --

1    Q.   I could do that, but I'll represent to you -- we'll have a

2    lunch break shortly, and if I'm wrong, you can let me know.  But

3    I'd like to move on.

4         Now, you mentioned that you purchased a loader.  Now, did

5    that loader enable the mysterious John Doe to access a copy of

6    the cheat software?

7    A.   The loader operates by a command-and-control structure.  It

8    has to, essentially, contact back to the AimJunkies' server to

9    download the payload, but it does not download it to the file

10   system, it downloads it to memory and is erased as soon as the

11   operation is done.

12        MR. MANN:  Your Honor, move to strike as

13   nonresponsive.

14   Q.   (By Mr. Mann)  My question is, does a loader enable Bungie

15   to get access to the *Destiny 2* cheat code?

16   A.   It does not.

17   Q.   Does not?

18        So the fact of the matter is, Bungie never actually had the

19   *Destiny* 2 cheat, correct?

20   A.   We had downloaded the software -- the loader -- and ran it

21   once to demonstrate its capabilities and confirmed its

22   capabilities, but we had not downloaded the source code, seems

23   what you're asking.

24   Q.   My question is, did you download the source of the -- the

25   software of the *Destiny 2* cheat, whether it's our source code,

1    whether it's object code, whether it's red, I don't know,

2    whatever; did you download?

3    A.    We did not.  We downloaded the loader.

4    Q.    So you have not actually looked at the *Destiny* 2 cheat

5    itself; isn't that correct?

6    A.    I haven't looked at the source code nor the object code,

7    that's correct.

8    Q.    Okay.  I want to break this down a little bit.  When you're

9    referring to "you," I want to pin down the difference between

10   you and somebody else associated with Bungie.

11         Have you personally ever operated the *Destiny* 2 cheat?

12   A.    I've not personally operated the *Destiny* 2 AimJunkies'

13   cheat.

14   Q.    Have you personally ever seen the *Destiny* 2 source code?

15   A.    Yes.

16   Q.    You have seen -- I'm sorry.  I apologize.  We got to be

17   very precise here.

18         Have you personally seen the source code for that *Destiny* 2

19   cheat distributed by Bungie?

20         And I want to make this very clear.  In this lawsuit, we

21   are talking about alleged cheat software -- well, what is cheat

22   software?  We're not hiding anything.  We know what the software

23   does, but the lawsuit --

24              THE COURT:  Just a moment.  Ask a question.

25              MR. MANN:  Certainly.

1    Q.    (By Mr. Mann)  I just wanted the clarification here.

2          When I'm talking about the *Destiny* 2 cheat software, I'm

3    referring to the *Destiny* 2 cheat software distributed by Phoenix

4    Digital, not by anyone else.  Can we have that understanding?

5    A.    We can.

6    Q.    Okay.  Thank you.

7    A.    But you were just describing cheat software distributed by

8    Bungie, which is --

9    Q.    I understand.  That was a misstatement on my part.  I'm

10   sorry.  So I'll rephrase my question.

11         Have you personally seen the source code for the *Destiny* 2

12   cheat distributed by Bungie?

13   A.    Again, Bungie does not distribute cheats.

14   Q.    I'm sorry.  Distributed by Phoenix Digital.  I apologize.

15         Let's start over again.

16         Have you personally seen the source code for the *Destiny* 2

17   cheat distributed by the defendant in this case, Phoenix

18   Digital?

19   A.    I have not seen the source code.

20   Q.    Good.  Now let's try it again with the object code.

21         Have you personally seen the object code for the *Destiny* 2

22   cheat distributed by the defendant, Phoenix Digital?

23   A.    I have not personally seen the object code.

24   Q.    Good.  Now let's change it slightly.

25         Has anyone at Bungie personally seen the source code for

1    the *Destiny* 2 cheat distributed by the defendant, Phoenix

2    Digital?

3    A.    No, I don't think so.

4    Q.    That's a "no"?

5    A.    No.

6    Q.    Thank you.

7          Again, now, has anyone at Bungie personally seen the object

8    code for the *Destiny* 2 cheat distributed by the defendant,

9    Phoenix Digital?

10   A.    No, I don't believe so.

11   Q.    And the fact of the matter is -- well, let me back up a

12   little bit.

13         As I said, John Doe, based on the information that we

14   developed in deposition I took, my understanding is John Doe is

15   the Bungie employee or the Bungie agent that actually went to

16   the AimJunkies' website and downloaded either the loader or

17   whatever else for the *Destiny* 2 cheat, correct?  Do you have any

18   reason to believe it wasn't John Doe?

19   A.    Can you repeat the question?  It was a long question.

20   Q.    Certainly.

21         John Doe, my understanding is, is the person who went to

22   the AimJunkies' website -- he's a Bungie person who went to the

23   AimJunkies' website, and obtained whatever could be obtained

24   regarding the *Destiny* 2 cheat distributed by Phoenix Digital.

25   Is that your understanding?

1    A.    That is my understanding, yes.

2    Q.    Okay.  We're in agreement it was John Doe; it wasn't anyone

3    else?

4    A.    That's correct.

5    Q.    Okay.  Do you know who at Bungie -- and I'm not asking for

6    a name.  If this is top secret, you don't have to give me a

7    name.  Do you know who at Bungie actually operated the *Destiny* 2

8    cheat obtained from the AimJunkies' website operated by Phoenix

9    Digital?

10   A.    Yes.  I believe it's that same person.

11   Q.    Same person?

12         Do you know if anyone other than Mr. Doe operated the

13   *Destiny 2* cheat software obtained from Phoenix Digital?

14   A.    I believe no one else has operated the software,

15   unfortunately.

16   Q.    Do you know where that software was operated, physical

17   location?

18   A.    Sorry.  By "physical location," you mean, like, where in

19   the world?

20   Q.    No.  What I mean is, what I'm really getting at is, I

21   assuming somebody was sitting down at a computer, got the

22   *Destiny* cheat, and fired it up.  What I'm asking is, do you know

23   where that computer was located?

24   A.    Yes.

25   Q.    Where was that?

1  A.   It was air-gapped from Bungie property.  The operations

2  around cheat software is sensitive, in that cheat software is

3  not too far from other malware and things --

4       MR. MANN:  Your Honor, my question was a simple do you

5  know where it was located.

6       THE WITNESS:  I'm working to that answer.

7       THE COURT:  Just a moment, Mr. Mann.  You asked the

8  question.  Now he gets to answer it.  That's how it works.

9  A.   We have specific dedicated hardware that is separate from

10  development hardware that we operate and investigate cheat

11  samples.

12      MR. MANN:  Move to strike, Your Honor.  My question

13  was simple.  Do you know where it's located?

14      THE COURT:  It's overruled.  The answer will stand.

15  Q.   (By Mr. Mann)  My question stands again.  I'm looking for a

16  location.

17      Where was this computer?

18  A.   It was at Bungie.

19  Q.   And Bungie, is that here in the Seattle area?

20  A.   Yes.

21  Q.   Okay.  Was that within a Bungie facility?

22  A.   Yes, I believe so.

23  Q.   You believe so?

24  A.   Yeah.  I'm almost certain that it was at a Bungie facility.

25  Q.   Okay.  Thank you.  I'm not trying to put words in your

1    mouth, sir.

2        Now, you mentioned "air-gapped."  What does that mean?

3    A.   That it is not connected to any Bungie development

4    networks.

5    Q.   And why would you do that?

6    A.   Cheat software is known for harvesting information off of

7    both the computer and the network.  It is often tightly

8    associated with malware.  And we neither wanted to lose any

9    other intellectual property in investigating this software, and

10   demonstrating and understanding that it actually had the

11   features that were advertised, nor did we want to -- yep -- put

12   our other assets at risk.

13   Q.   Dr. Kaiser, do you know how long, approximately, the cheat

14   software obtained by Bungie from the AimJunkies' site operated

15   by Phoenix Digital actually worked?

16   A.   I believe it worked for about a day.  It worked once.

17   Q.   If I told you it was about ten minutes, would you have any

18   reason to disagree with me?

19   A.   I think it was longer than that.  I think that the

20   individual reported having played several activities to

21   demonstrate the breadth of the features, but I believe less than

22   an hour.

23   Q.   Again, did it operate for more than about ten minutes?

24           THE COURT:  I think he's answered the question.

25           MR. MANN:  Okay.

1   Q.    (By Mr. Mann)  Then what happened?  Why couldn't you

2   operate it anymore?

3   A.    I am not sure.

4   Q.    If I told you -- go ahead.

5          THE COURT:  I think he answered the question.

6          MR. MANN:  "I'm not sure."

7   Q.    (By Mr. Mann)  Is it possible that the *Destiny 2* cheat

8   software has a function built into it that if you tried to

9   install it on a different machine, it will automatically shut

10  down?

11  A.    The software, my understanding, is part of the purchase

12  process.  You have to give up the hardware-identifying

13  information so that the software does only run on one machine,

14  yes.

15  Q.    And isn't it likely -- is it probable that the reason it

16  stopped running was because Bungie attempted to install it on a

17  different machine?

18  A.    No, that is extremely unlikely.

19  Q.    That is extremely unlikely?

20  A.    Yeah.

21  Q.    That is your expert opinion?

22  A.    Yes.

23  Q.    Thank you.

24         Now, Dr. Kaiser, the fact of the matter is, you first

25  learned of the cheat software on October 13, 2021, correct?  And

1    by "the cheat software," I'm referring to the cheat software

2    that is at issue in this lawsuit.

3    A.    That is when I learned of it in its full capacity.  I was

4    taking over responsibility as lead of the team, and I was being

5    debriefed on all investigations and things that were in flight.

6              MR. MANN:  Ms. Nassar, can you pull up Defense Exhibit

7    128?

8         Your Honor, this is stipulated for admission.

9              THE COURT:  What is it?

10             MR. MANN:  That is Defense Exhibit TX-128.

11             THE COURT:  Well, that's not helpful.  Tell us what it

12   is.

13             MR. MANN:  It's a declaration.  It's a declaration

14   signed by Dr. Kaiser.  It's Docket No. 35.  In fact, it may be

15   in the books that you have in front of you, if that would be

16   easier.

17             THE WITNESS:  I have no papers in front of me.  Well,

18   I guess I have these napkins, but no papers.

19             THE COURT:  Exhibit 35?

20             MR. MANN:  No, it's 128.

21             THE COURT:  Do you wish it published, counsel?

22             MR. MANN:  Yes.  This is from plaintiff.

23             THE COURT:  You told me it was a stipulated exhibit.

24             MR. MANN:  It was, uh-huh.

25             THE COURT:  Let's publish it.  Let the jury see what

1  we're looking at.

2          MR. MANN:  Okay, maybe it's not a major point.  We can

3  move on.

4          THE COURT:  Well, he's got a copy of it.  If you wish

5  to inquire about it, go ahead.

6          MR. MANN:  Sure.

7  Q.   (By Mr. Mann)  If you could turn to paragraph 10 of your

8  declaration.  This will be on page 3, Dr. Kaiser.

9  A.   I am flipping there now.  I see it.

10 Q.   Okay.  If you look at the second sentence of paragraph 10,

11 could you read that for us, please?

12 A.   Pardon me?  Which sentence do you want me to read?

13 Q.   The second sentence that says, "I first learned of the

14 cheat software."

15 A.   "I first learned of the cheat software on October 13th,

16 2021, as I took over leadership of the product security team and

17 was debriefed on the status of a number of ongoing

18 investigations."

19 Q.   And if you turn to the last page of the declaration.  This

20 is on page 7.  Do you see that?

21 A.   I see this.

22 Q.   Can you read the sentence beginning, "I declare under

23 penalty of perjury"?

24 A.   "I declare under penalty of perjury, under the laws of the

25 United States, that the foregoing is true and correct."

1    Q.    And is that your signature?

2    A.    That is my signature.

3    Q.    Thank you.

4          Now, this lawsuit was filed in June of 2021, correct?

5    A.    I believe so.

6    Q.    Okay.  That is significantly before October 13, 2021,

7    correct?

8    A.    That --

9    Q.    It is what it is.  It's three or four months before.

10   A.    Sure.

11   Q.    You don't dispute that, I assume?

12   A.    Yes.

13   Q.    So fact of the matter, the lawsuit was filed before you

14   first learned of the cheat software, correct?

15   A.    Before I personally learned of the cheat software?  Yes.

16   Q.    Right.  So everything you know about the cheat software is

17   what other people have told you, correct?

18   A.    That is not correct.

19   Q.    Let's go back a little bit.

20         The only time Bungie had a copy of the cheat software was

21   on January 3, 2021, when Mr. Doe obtained a copy of it, correct?

22   A.    No, that's not correct.

23   Q.    Okay.  I believe your testimony earlier was you couldn't

24   get another copy of the cheat software because Phoenix Digital

25   wouldn't give it to you.  Did you testify to that this morning?

1    A.    Yes.  Phoenix Digital has never produced a copy of the

2    software.

3    Q.    So is it safe to say, by your own testimony and by your own

4    admission, that the only review -- if you can call it that -- of

5    the cheat software was what occurred on January 3, 2021.

6    A.    No.  We still have all the diagnostics and all the records,

7    which I person- --

8    Q.    Have you produced all the records and diagnostics in this

9    case?

10   A.    I believe we have.

11   Q.    Can you point to any of them?

12   A.    Do you want me to physically point?  I don't know what

13   you're asking me to do here.

14   Q.    Okay.  During your testimony this morning, you did not

15   point to any diagnostics, did you?

16   A.    In part, I did.  We had the one exhibit, in particular,

17   that had all the bans for James May, and within there, there are

18   diagnostics that identifies the software.

19   Q.    We will get to that.  Believe me, we will get to that.  But

20   that's for James May.

21        And while we're on that subject --

22            MR. RAVA:  Your Honor --

23            THE COURT:  Just a moment.  I don't want you

24   commenting on what we will or will not do, Mr. Mann.  That's not

25   appropriate.

1    MR. MANN:  I understand, Your Honor.  I apologize.

2    THE COURT:  All right.

3  Q.    (By Mr. Mann)  That exhibit of James May, what were the

4  dates on that, do you recall?

5  A.    I believe it covered October 2nd of 2019 to February 24th

6  of 2021.

7  Q.    Now, does any of that -- do any of those records show the

8  *Destiny 2* cheat software that is at issue in this case?

9  A.    A number of those records, indeed, in the evidence column

10 refer to the specific MD5 hash of the AimJunkies' software, yes.

11 Q.    Of the AimJunkies' software?  Now, do you know what

12 particular AimJunkies' software that is?

13 A.    I believe it is the loader that was manipulating the

14 *Destiny 2* process to inject the payload.

15 Q.    Now, I want to be very, very clear on this.  It's an

16 important point.

17        Is it Bungie's position that the *Destiny 2* cheat was

18 present on his computer?

19 A.    Was present on Mr. May's computer?

20 Q.    Mr. May's computer.

21 A.    Yes, the records show that.

22 Q.    That's your testimony?  Okay.  Thank you.

23        Now, is there any other diagnostic -- besides that exhibit

24 we saw earlier, in the green -- that helps you understand how

25 the *Destiny 2* cheat software distributed by Phoenix Digital

1   operates?

2   A.    I am processing the question.

3         I believe the answer is "yes" to that.

4   Q.    There's other information?

5         Can I have my question read back, please, and answer?

6                        (The court read back.)

7              MR. MANN:  Thank you, Your Honor.

8   Q.    (By Mr. Mann)  I'm asking you to describe what those

9   additional diagnostics are.

10  A.    I believe those are the runtime guards that were tripped.

11  Q.    What are "runtime guards"?

12  A.    As I mentioned earlier, there are functions that, within

13  the game, monitor other parts of code in memory that are

14  manipulated.  Those are referred to as "guards."

15  Q.    And this is during the game as it's been manipulated,

16  correct?

17  A.    This is at all times of the operation of the game.  It is

18  keeping guard against manipulation.

19  Q.    But Bungie only operated the *Destiny 2* cheat software on

20  one single occasion for no more than an hour, correct?

21  A.    We -- yes.

22  Q.    And were those guards tripped during that brief period that

23  the *Destiny 2* cheat software was operated by Bungie?

24  A.    That was not the purpose of running the software at that

25  time, so I, actually, don't know the answer to that.

1    MR. MANN:  Move to strike as nonresponsive.

2    Q.   (By Mr. Mann)  My question to you --

3              THE COURT:  Just a moment.  Do you wish me to rule

4    on --

5              MR. MANN:  No, Your Honor.  I would just appreciate

6    if -- we would go a lot faster if I got answers to my questions.

7              THE COURT:  Don't comment on whether you're getting

8    answers or not getting answers.  If you make an objection, you

9    need to wait for me to rule on it.

10             MR. MANN:  Understand, Your Honor.

11             THE COURT:  Ask another question.

12             MR. MANN:  Certainly.

13   Q.   (By Mr. Mann)  Did those trip guards, those would have

14   occurred only during that brief period that the *Destiny 2* cheat

15   software was operated by Bungie, correct?

16   A.   No.

17   Q.   How can that be?

18   A.   They would trip whenever anyone was running, for example,

19   AimJunkies' software.

20   Q.   Okay.  But I believe we've established that the AimJunkies'

21   software was used only on a single occasion for ten minutes,

22   maybe an hour, on January 3.  If that's the single occasion that

23   it was being used, how can it trip the trip guards days, months,

24   years later?

25   A.   Because there are many customers of AimJunkies using

1    AimJunkies' software out there.  Bungie employees running the

2    software once was not the only time the software was ever used

3    in history.

4    Q.    But when somebody is running the software, that doesn't

5    enable you to look at the source code or the object code of the

6    cheat, does it?

7    A.    It informs our understanding of what the modifications and

8    manipulations of the process are.

9    Q.    If you could understand the operation -- and let's just

10   remember, we're talking about cheating here.

11         If you could understand the source code structure or the

12   object code structure of the *Destiny 2* cheat by monitoring

13   people using the cheat, why would it be necessary to obtain a

14   copy of the *Destiny 2* cheat from Phoenix Digital?

15   A.    We were -- we were suffering a large increase in cheat

16   development and cheat use in the game.  We obtained the

17   AimJunkies' cheat to demonstrate to the C-Suite the range of

18   capabilities the software had.  Our goal here was, essentially,

19   to get more resources for the team.

20         At this point, when we obtained it, it was not for the

21   purposes of reverse engineering it or understanding its internal

22   operation.

23   Q.    But the fact of the matter is, you weren't even part of

24   this because you did not know about this until October 12th of

25   2021, correct?

 1  A.    I have taken over the team and I'm Bungie's representative,

 2  so I believe I speak for the team and what Bungie knows.

 3  Q.    Did you personally report to the C-Suite about the Bungie

 4  or the AimJunkies' cheat software?

 5  A.    At the time, I did not.

 6  Q.    Okay.  So the decision to file the lawsuit was not made

 7  with your input?

 8          MR. RAVA:  I'm going to object to the form to the

 9  extent it calls for attorney-client privilege.

10          MR. MANN:  These are matters --

11          THE COURT:  Just a moment, Mr. Mann.

12          MR. MANN:  Terribly sorry, Judge.

13          THE COURT:  Is this a good time to take our noon

14  recess --

15          MR. MANN:  It would be nice --

16          THE COURT:  Pardon?

17          MR. MANN:  Pardon me?

18          THE COURT:  I don't want to interrupt a train of

19  questions, but is this a good time to take our break?

20          MR. MANN:  I believe it is.  I don't want to belabor

21  this point.

22          THE COURT:  Ladies and gentlemen of the jury, we're

23  going to take an hour recess.  You're reminded not to talk about

24  it, and please be back in the jury room prior to 1:05.

25      We'll be in recess.  We'll see you at 1:05.

1        (Court in recess 12:08 p.m. to 1:12 p.m.)

2        THE COURT:  Good afternoon, ladies and gentlemen.

3    You may continue.

4        MR. MANN:  Thank you, Your Honor.

5   Q.   (By Mr. Mann)  Good afternoon, Dr. Kaiser.  I'd like to ask

6   you a few more questions -- several more questions, if I may.

7        Do you know what a first-person shooter game is?

8   A.   Yes, I believe so.

9   Q.   Can you describe to the jury what one is?

10  A.   It's a game played from the first-person perspective.  You

11  usually have a weapon of some sort, and you're running around in

12  a world.  I think that is the basic components.

13  Q.   And the shooter aspect of the game, that implies you're

14  shooting others?  Virtually, no bullets.  Aren't you running

15  around shooting other people?

16  A.   You are shooting targets or combatants.  Sometimes it's

17  player versus player.

18  Q.   Now, player versus player, the combatant would be another

19  player; there's a representation of another human, correct?

20  A.   Yes.

21  Q.   And that's what the first-person-shooter game is really.

22  That's what *Destiny 2* is about.  That's its appeal, isn't it?

23  A.   I believe the appeal is broader than that.

24  Q.   I believe you said the purpose of the game was to build

25  worlds and friendships.  My question is:  Do you build worlds

1    and friendships by having contestants, in essence, blow away

2    each other?

3    A.    The majority of the game is player versus environment,

4    meaning player versus monsters.

5    Q.    Okay.  And --

6    A.    The fictional narrative of why you would be playing against

7    players is to, in the spirit of the Olympics or, sort of, in

8    game competition, there's narrative around it of, like, this is

9    practice mode, and this is how the guardians are getting more

10    skilled at their abilities.

11        There is -- especially around the seasonal times, there is

12    a mode that is -- or a game -- a competition that is akin to the

13    Olympics.  Players can earn medals for their teams based on how

14    they demonstrate their skills.

15    Q.    And demonstrating skill in this game primarily involves

16    being able to quickly access a target, get a weapon on the

17    target very quickly, and fire an accurate shot very quickly.

18    Isn't that how you, basically, advance in the game?

19    A.    That is part of the 30 seconds of fun.  It is part of the

20    core experience.  It is not, I think, the only way that people

21    demonstrate mastering the game.  Having knowledge of the

22    universe and world and where particular objectives might be,

23    particular loot or other things.

24        There's a great deal of the game that is exploration.  It

25    is not just first-person shooter.

1    Q.    Have you completed your answer?

2    A.    Sure.

3    Q.    Thank you.

4    A.    Now, I believe you testified, also, that the game has a

5    broad audience, youth to adult; does that sound accurate?

6    A.    Yes.

7            THE COURT:  Mr. Mann, I'm not seeing where this is at

8    all relevant to the one issue, and that is whether there was

9    copyright infringement.

10            MR. MANN:  I agree, Your Honor.

11            THE COURT:  What the purpose of the game is or whether

12    it has a broad audience or not is really not relevant, is it?

13            MR. MANN:  I believe it is.  I'll clarify that with a

14    couple of more questions, if I may.  What I'm getting at is for

15    the purpose why cheats exist and why they may have legitimate

16    uses.

17            THE COURT:  Cheats may have legitimate uses.  The

18    question here is whether there was copyright infringement, of

19    this copyright, by the plaintiff -- the plaintiffs' copyright

20    and whether any of the defendants --

21            MR. MANN:  I don't mean --

22            THE COURT:  So I'm not seeing the relevance.

23            MR. MANN:  I --

24            THE COURT:  So let's move on.

25            MR. MANN:  I don't mean to be argumentative, Your

 1    Honor, but, for the record, I will state that this is part of

 2    the direct testimony of Dr. Kaiser.  We heard several minutes of

 3    what the game is, what it involves, how its community works.

 4    That is the --

 5            THE COURT:  All right.  I didn't hear you object.  But

 6    it seems like we've -- we've got a narrow issue here.  Was there

 7    infringement on this copyright?

 8            MR. MANN:  Fantastic.  That is absolutely correct,

 9    Your Honor, and I would like to address the real issue in this

10    case, which is the copyright infringement.

11            THE COURT:  Proceed.  We're on the same page.

12            MR. MANN:  Good.

13        Can we pull up Exhibits 1 through 4?  These are Plaintiff's

14    Exhibits 1 through 4.  Ms. Nassar, if you can have those ready,

15    I'd like to go through those.  These are the copyright

16    registrations, the four copyright registrations that have been

17    identified as the ones being infringed in this lawsuit.

18        Okay.  Ms. Nassar, can you scroll through very quickly?

19    We'll get to this in detail.

20        Your Honor, can I publish this?  This is an admitted

21    exhibit.

22            THE COURT:  Of course.

23            MR. MANN:  Okay.  Please publish.

24        Sorry.  Ladies and gentlemen, can you all see it now?

25    Thank you.

1          Okay, very quickly scroll through this, and go down even

2     farther down and we see a number of pictures there and scroll

3     all the way to the bottom.  There are many, many pictures here

4     in the registration.

5          Now if we can scroll up to the top.

6     Q.   (By Mr. Mann)  What this one says -- let's scroll down a

7     little more.  It says, "author created audiovisual material,

8     including music and sounds."

9          Would you agree with me, Dr. Kaiser, that this is one of

10    those copyrighted registrations that covers the visuals of the

11    *Destiny 2* game?

12    A.   Yes.

13    Q.   Okay.  Now, the visuals that this copyright covers are the

14    ones that we see below it.

15          MR. MANN:  And, again, Ms. Nassar, if you can scroll

16    down a little bit.  Let's stop with that one.

17    Q.   (By Mr. Mann)  Now, that is an image that appears in the

18    *Destiny 2* game, correct?

19    A.   Yes.

20    Q.   Okay.  Is it your contention -- and by "your," I mean,

21    Bungie's contention -- that the *Destiny 2* cheat software copies

22    that image?

23    A.   I don't think the *Destiny 2* cheat software copies this

24    exact image, no.

25    Q.   Let's go -- we'll scroll down, and I don't want to be here

1   all day, but does it copy that image?

2   A.   I don't believe the cheat software copies that image, no.

3   Q.   Does it copy any of the images that we see in this

4   copyright registration?

5   A.   I don't know.  I don't think so.

6   Q.   Okay.  I mean -- I think -- I want to get to the point, and

7   the point I'm trying to make here is:  Does the *Destiny 2* cheat

8   software actually create the images?  Does it actually create

9   what we see here?

10  A.   Sorry.  Please repeat the question.

11  Q.   Sure.

12       Does the *Destiny 2* cheat software that is at issue here

13  actually copy any of these images?

14  A.   I don't know if it explicitly copies any of the images in

15  this copyright.

16  Q.   And for the record, I'd like you to identify, if you can,

17  any of the images we see here in Exhibit 1 that Bungie contends

18  were copied by the *Destiny 2* cheat software.

19  A.   Sorry.  Can you repeat the question?

20  Q.   I'll try.

21       I'm asking you to identify which, if any, images that we

22  see here in Exhibit 1 that Bungie contends was copied by the

23  *Destiny 2* cheat software that is at issue here.

24  A.   I believe these images are an example of the images in the

25  game.  They're provided as a small example.  And I don't believe

 1  the cheat software itself copies any of these images.

 2  Q.   You don't believe the cheat software itself copies any of

 3  these images, correct?

 4  A.   I don't believe the software itself copies any of these

 5  images.

 6  Q.   Thank you.

 7       Now let's go to Exhibit 2.

 8       MR. MANN:  Again, this is admitted into evidence, Your

 9  Honor, and I believe -- can the jury see this?  Thank you.

10       Again, Ms. Nassar, can you scroll -- stop there.

11  Q.   (By Mr. Mann)  We see the difference here is -- it says,

12  "author created," where it says "author," and it says, "author

13  created computer program."

14       So, Dr. Kaiser, will you agree with me that, unlike the

15  copyright registration that we saw earlier which related to

16  images, this copyright registration we see here, Exhibit 2, this

17  one registers a copyright for the computer program itself,

18  correct?

19  A.   Yes.

20  Q.   Not the images; the programming?

21  A.   Yes.

22       MR. MANN:  Now, if you could scroll down again,

23  Ms. Nassar, don't stop at every page, but just a very quick

24  overview of what we see here.

25       Okay.  This looks like computer code.  Would you agree --

1    let's stop right there, for example.

2    Q.    (By Mr. Mann)  Doesn't mean much to me, but this is a

3    computer code, correct?

4    A.    Yes, and it means much to me.

5    Q.    Would this be an example of source code?

6    A.    Yes.

7    Q.    Okay.  So this is what you mean, when you say "source

8    code," this is the type of information that we were talking

9    about; is that correct?

10   A.    Yes.

11   Q.    Okay.  Thank you.

12          MR. MANN:  Now, let's scroll up to the top here.  Go

13   back to the first page.  Let's stop right there.

14   Q.    (By Mr. Mann)  Now, you see, Dr. Kaiser, where it says

15   "limitation of copyright claim" near the bottom?

16   A.    I do see that.

17   Q.    And it says "material excluded from this claim."  See that?

18   A.    Yes.

19   Q.    And it says the material that is not covered by this

20   copyright is what we see listed here, correct?

21   A.    Yes, that's what that reads, I believe.

22   Q.    And the material that was excluded from this claim is

23   computer program previously published and third-party

24   contributions to the computer code.

25          So what it's basically saying is, if there's any previously

1    published computer code, that doesn't count, that's not covered

2    by this registration, correct?

3    A.    That is how I would interpret that.

4    Q.    Thank you.  And it says "previous registration and year."

5    It has number TX-O blah, blah, blah, but the year is 2015?

6    A.    That looks -- yes, that's what that reads.

7    Q.    And scrolling up a little bit, it says "date of

8    publication, September 9, 2017."  Did I read that correctly?

9    A.    Yes.

10   Q.    Okay.  So is it safe to interpret this as saying this is a

11   registration that covers computer programs that were created

12   between 2015, when the earlier works ended, and 2017, when this

13   was created.  Correct?

14         MR. RAVA:  Objection to the extent it calls for a

15   legal conclusion, Your Honor.

16         THE COURT:  I can't hear your objection, counsel.

17         MR. RAVA:  I'm sorry.

18      Objection to the extent it calls for a legal conclusion.

19         THE COURT:  I'll overrule the objection.  You may

20   answer the question.

21   A.    Sir, I didn't quite understand the question.  You were

22   asking if this was between 2015 and 2017?

23   Q.    (By Mr. Mann)  Basically.  My question may have been a

24   little inartful.

25      It says here the prior stuff is up to 2015.  This

1  application was filed in 2017.  Is it a reasonable

2  interpretation that this application or this registration covers

3  the materials between 2015 and 2017?

4  A.    That is not my understanding or how I would interpret it.

5  Q.    How would you interpret it?

6  A.    I would interpret it that this is talking about the

7  materials ready to be published in 2017 and that the previous

8  copyright referenced talks about and covers materials produced

9  between 2015 and, at this point, 2017.

10 Q.    We're only covering materials up to 2017.  This

11 registration doesn't cover materials created in 2019 or 2020,

12 does it?

13 A.    That's correct.  This is talking about *Destiny 2* that is

14 about to be published in 2017.

15 Q.    Thank you.

16       MR. MANN:  Now, what I'd like you to do, Ms. Nassar,

17 if you could do a Control F on this document for the word

18 "copyright."

19 Q.    (By Mr. Mann)  And, Dr. Kaiser, you understand what

20 "Control F" means?

21 A.    I believe she is trying to find, in the document, some

22 words.

23 Q.    Okay.  I'm asking her to find in this document the word

24 "copyright."

25       Okay.  So let's see the first instance of this.  It says,

1    "Copyright Bungie 2012," does it not?

2    A.    Yes.

3    Q.    So under the face -- on the face of this document, this

4    copyright registration wouldn't control, wouldn't protect what

5    we see here.  This is a work prior to 2015, correct?

6    A.    I believe that this is stating that these -- this code at

7    this point is re-copyrighted.

8    Q.    And it's copyrighted 2012?

9    A.    That file was first created in 2012.

10   Q.    And 2012, obviously, is before 2015?

11   A.    Yes.

12   Q.    Okay.  Let's go to the next instance of copyright.  See

13   this one.  It says "Copyright Bungie 2016," so this would fall

14   within the period covered by this particular copyright, correct?

15   A.    Yes.

16   Q.    Okay.  Let's go to the next instance of "copyright."  This

17   one is 2013, correct?  So now we're back to before 2015.

18   A.    Yes.

19   Q.    Going back to the 2016, and scrolling through this, I would

20   like you to tell me, sir, what portion of this code, if any, was

21   copied by the *Destiny 2* game -- the *Destiny 2* cheat?

22   A.    Our contention is that -- sorry, back up.  What do you mean

23   by "the *Destiny 2* cheat"?

24   Q.    The subject matter of this lawsuit.  My understanding is --

25   Judge Zilly pointed out this is a copyright infringement case,

1    and I fully agree.  I'm trying to see where, if anywhere, you

2    can show me actual copying.

3    A.    So to be clear, we're talking about the cheat software

4    issued by AimJunkies.

5    Q.    Is there another product that's at issue in this lawsuit?

6    A.    And --

7         MR. RAVA:  Your Honor, Mr. Mann is again commenting

8    and not asking a question.

9         THE COURT:  Just ask questions.  I think --

10        MR. MANN:  Yes, Your Honor.

11   Q.    (By Mr. Mann)  Again, Dr. Kaiser, can we agree, when I'm

12   referring to the *Destiny 2* cheat software, I'm referring to the

13   *Destiny 2* cheat software that Bungie accuses of infringing

14   copyrights in this lawsuit?  Can we have that agreement?

15   A.    The loader and the payload, yes.

16   Q.    Okay.  Fine.  Thank you.

17        In this source code that we see here between those two

18   points, between the 2016 copyright and the 2013, can you show me

19   where the *Destiny 2* cheat copies that source code?

20   A.    My understanding is that the copyright applies to the

21   source code and the object code derived from that.  It is the

22   compiled version of it, the 1s and 0s --

23   Q.    Okay, show me --

24   A.    -- in -- you're not going to see the 1s and 0s in this.  If

25   it were listed on this document, it would be not human readable.

1    It would be binary garbage.  You wouldn't be able to see the

2    object code listed in this document.  So for purposes of the

3    copyright, only the source code is demonstrated in the exhibit.

4    Q.   Okay.  Can you tell me, does any of this source code that

5    we see here -- I don't want to go through this whole thing with

6    all of these copyrights, or we'll be here all day.

7         But can you show me anywhere in Exhibit 2 where any of the

8    source code that we see here that was written before 2015 and

9    the 2017, where any of that converts to object code that was

10   copied by the *Destiny 2* game?

11   A.   I don't know.  I would have to re-review all the source

12   code in here.

13   Q.   You realize this is the crux of this lawsuit?  Bungie has

14   to show substantial similarity.  I'm giving you the opportunity

15   to show substantial similarity.

16        MR. RAVA:  Your Honor, he's not asking a question,

17   again.

18        MR. MANN:  I'm asking -- sorry, Your Honor.

19        THE COURT:  Rephrase the question, and put it in

20   proper form.

21        MR. MANN:  Certainly.

22   Q.   (By Mr. Mann)  Looking at Exhibit 2, can you identify for

23   me what, if any, source code or object code is copied by the

24   *Destiny 2* game that is at issue in this lawsuit?

25   A.   In order to steal a source code, that would require,

1    likely, a breach of *Destiny* property.

2         The copying we believe is at hand here is the object code,

3    the 1s and 0s representation of the source code.

4    Q.    Did you finish your answer?

5    A.    Yes.

6    Q.    I'm asking you -- yes, I understand the source code

7    converts the object code.

8         I'm asking you, can you point to any source code here that

9    converts the object code that Bungie contends was copied by the

10   *Destiny 2* game?

11   A.    I believe I can.  There, right on the screen, are ability

12   interfaces, the ability manager.

13        As I mentioned before in the demonstrative, the code has

14   many layers of functions, and this includes -- the copyright

15   here includes samples of functions throughout the code base,

16   which is definitely representative of code that is in the very

17   functions that we called out.

18   Q.    Good.  I want to ask you to point to that specific code you

19   refer to in this exhibit.

20   A.    Here, the ability interfaces is part of, essentially,

21   Function B in the diagram there.  If you are having to check

22   whether you have the energy or the magic in order to cast your

23   abilities, that is the code referring to the abilities that you

24   would be using in the game.

25   Q.    And that is copied by the *Destiny 2* cheat?

1  A.   I believe when it was compiled into object code, yes, some

2  of that object code is possibly copied.

3  Q.   So your testimony is the Bungie *Destiny 2* game copies what

4  we see on the screen here?

5  A.   Again, I don't believe they have copied the source code.

6  That would require, essentially, having infiltrated Bungie

7  machines to get at our development environment and to get at our

8  source code.  I believe they're copying the object code that is

9  produced by that source code and is also covered by the

10  copyright.

11         MR. MANN:  Let's make sure we're on the same page

12  here.  Ms. Nassar, can you hit "previous."  I want to see...

13  Q.   (By Mr. Mann)  But the testimony you just gave is with

14  respect to code that says "Copyright Bungie 2014."  That's

15  before 2015, correct?

16  A.   2014 is before 2015.  Those, what you're seeing there, is

17  the header of the file that is autogenerated when it is first

18  created.  The code within the file is updated over time, and

19  those are the functions that we were calling out.

20  Q.   Now, Dr. Kaiser, are you telling us that what we're seeing

21  under the heading "Copyright Bungie 2014" is not the material

22  that was created in 2014?  Is that what you're telling me?

23  A.   That line, almost certain, is, but the remaining lines in

24  the file, for example, will be continual development between

25  2014 and this date.

1  Q.    Now, am I to understand that Bungie is claiming copyrights

2  in materials that it did not actually create on the date it says

3  it created it?  I'm getting confused.

4  A.    The copyright in the file is the first day it was created,

5  so that is when the copyright began.

6  Q.    Well, let's go to the next occurrence of "copyright."  This

7  says "Copyright Bungie 2015."  Can't we conclude that the

8  materials referred to between copyright 2014 and 2015, copyright

9  2015, that is the section of code that was actually created and

10  copied in 2014.  Isn't that a reasonable assumption?

11  A.    I don't believe so.

12  Q.    But you do understand, we have testimony, that this

13  copyright registration does not protect materials created prior

14  to 2015, correct?

15  A.    I'm not a lawyer, so I don't exactly understand that.

16        MR. MANN:  Ms. Nassar, can you do a search for

17  "Microsoft"?

18        Okay, now, here it says -- and for the record this is Trial

19  Exhibit 002.078, I would imagine.  Can we scroll down just to

20  verify?  Yes, "78."

21  Q.    (By Mr. Mann)  Do you see there it says "Copyright

22  Microsoft Corporation 2004"?

23  A.    Yes.

24  Q.    Okay.  Now, this would be an example of copyrighted

25  material created by others, correct?

1  A.    No.

2  Q.    Bungie is Microsoft?

3  A.    We were owned by Microsoft at that time.

4  Q.    Okay.  But it says it was owned -- okay.  So -- but this is

5  Microsoft?  Who owns it at this point?

6  A.    When we parted with Microsoft, we were granted rights to

7  use the code that had been generated while under ownership of

8  Microsoft.

9  Q.    So this code was generated by a company called Microsoft at

10 the time, correct?

11 A.    It was created by a subsidiary of Microsoft known as

12 Bungie.

13 Q.    But what we see here is "Copyright C Microsoft Corporation

14 2004, all rights reserved."  Did I read that correctly?

15 A.    I believe that was the macro that was used at the time,

16 yes.

17 Q.    So my point, is this an example of the kind of code that

18 existed prior to 2015 and, therefore, would not be protected by

19 this particular copyright registration?

20 A.    I don't believe so, again.

21 Q.    You don't believe so what?

22 A.    That it's not covered by the copyright.

23 Q.    You don't believe this is protected by this particular

24 copyright registration; do I understand --

25 A.    Sorry.  I used a double negative there.

1  Q.    Wait.

2  A.    I don't believe it is not covered by the copyright.  So

3  that it is covered by the copyright.

4  Q.    Even though the copyright says materials that existed prior

5  to 2015 are excluded from this claim?

6  A.    Yes.

7  Q.    And, again, the fact is, because Bungie, by your own

8  admission, has never had the source code to the *Destiny 2* game,

9  it's impossible for you, or anyone acting on behalf of Bungie,

10 to point to a one-to-one correspondence between the source code

11 for the *Destiny 2* game and the source code that we see here in

12 Exhibit 2; is that correct?

13 A.    I don't believe that question was formed well.  You asked

14 if Bungie never had the source code for *Destiny 2*, and it's my

15 contention that Bungie has always had the source code for

16 *Destiny 2*.

17 Q.    I'm terribly sorry.  The *Destiny 2* cheat software.  Let's

18 start over again.

19       If I heard your testimony this morning correctly, Bungie

20 admits it never had the source code for the *Destiny 2* cheat

21 software, correct?

22 A.    That is correct.

23 Q.    And if Bungie doesn't have the source code for the *Destiny*

24 *2* cheat software, it cannot point to where the source code for

25 the *Destiny 2* cheat source code is substantially similar to what

1    we see here in Exhibit 2.

2    A.    I think your statement is correct that we cannot compare

3    source code against source code if we do not have one of the

4    source codes.

5    Q.    Thank you.  And I'm going to ask the same question with

6    regard to the object code.

7         I believe you testified that Bungie has never had the

8    object code for the *Destiny 2* cheat software; is that correct?

9    A.    In terms of the cheat software, divided into two halves,

10   the loader and the payload, we've never had the object code and

11   scrutinized it with the payload, and we had the object code for

12   the loader but did not have a chance to scrutinize it.

13   Q.    Okay.  Let's break this down a little bit.  With respect to

14   the *Destiny 2* cheat software distributed by Phoenix Digital --

15   A.    Uh-huh.

16   Q.    -- you do not have the object code for the game?

17   A.    You used the word "game."  Repeat the question, please.

18   Q.    "Product."

19        Once again, your testimony has been that Bungie does not

20   have the object code for the *Destiny 2* cheat software that is

21   the subject of this lawsuit, correct?

22   A.    We do not have it currently, no.

23   Q.    You don't have the object code?

24   A.    We don't have the object code.

25   Q.    And, obviously, if you don't have the object code, you

1  cannot point to substantial similarities between the object code

2  of the cheat software and the *Destiny 2* game, correct?

3  A.   I don't believe I could point at exact object code that was

4  copied without the object code.

5  Q.   Can you do that with respect to the loader?

6  A.   Our contention is not that the loader has copied any

7  software; it was the payload.

8  Q.   I want to make sure I understood you correctly.

9       It is Bungie's contention that the *Destiny 2* cheat software

10  loader -- well, actually, that's a bad -- let me rephrase.

11      It is not Bungie's contention that the loader used by

12  Phoenix Digital Group infringe's Bungie copyrights; is that

13  correct?

14  A.   The loader does not, as far as I know, contain object code

15  from the game itself.  Bungie has never been in the business of

16  building cheat loaders, cheat injectors.

17  Q.   And then the loader used by Phoenix Digital Group -- again,

18  just to make sure we dot all the i's -- you're not contending

19  that the source code of the Phoenix Digital loader infringes any

20  copyright of Bungie, correct?

21  A.   I don't believe the source code for the loader infringes.

22  Q.   Thank you.

23      Now, Dr. Kaiser, you testified earlier, I believe, that

24  what we see here in Exhibit 102 -- I'm sorry -- Exhibit 2 is not

25  the entire source code for the *Destiny 2* game, correct?

1    A.    Correct, it is an example.

2    Q.    Okay.  So the overwhelming majority of the source code for

3    *Destiny 2*, the game, is not publicly available, correct?

4    A.    That is correct.

5    Q.    Okay.  So would you agree with me that you can't copy

6    something that you can't see, or that you don't have access to?

7    A.    You can't copy something you cannot see?  I don't --

8    Q.    Let me give you an example, unless you want to finish your

9    answer.  I'm sorry.

10   A.    I mean, I think you're comparing apples and oranges.  They

11   definitely have access to and can see the object code.  That is

12   literally what we publish and what players download.  And they

13   have access to that and they can see it.  That is the process of

14   reverse engineering.  That is definitively looking at the object

15   code and trying to get back at that source code.

16   Q.    Well, let's use an interesting word scene.  Let's draw an

17   example here.

18         I don't know who the best-selling authors are today, but

19   let's say there's a best-selling author, and he or she creates a

20   best-selling book that's selling like hotcakes, making millions

21   of dollars.  Obviously, the author of that book could get a

22   copyright on that book, correct?

23             MR. RAVA:  I object to the relevance of this, Your

24   Honor.

25             THE COURT:  That calls for a legal conclusion.

1          MR. MANN:  Okay.  Well --

2          THE COURT:  Let's --

3    Q.  (By Mr. Mann)  Is Bungie contending that reading -- reading

4    a copyrighted work is an act of copyright infringement?

5    A.    Isn't that asking for a legal conclusion?  The act of

6    reading the book is not copyright infringement.

7    Q.    There's a difference between reading something and copying

8    something, correct?

9    A.    I'm not a lawyer, but I believe the copyright for a book is

10   different than a copyright for a computer program.

11   Q.    I understand.  I'm speaking as a laymen, though.  But I can

12   read a copyrighted book all I want, correct?

13   A.    Sure.

14   Q.    It's when I start making copies of it and selling it,

15   that's when people get upset, correct?

16   A.    For a book?  I agree.

17   Q.    And, again, there's no contention here that the *Destiny 2*

18   cheat software distributed by Phoenix Digital serves as a

19   substitute for the *Destiny 2* game, correct?

20   A.    Wait.  Can you say that again, please?

21   Q.    Sure.

22         If somebody wants to play the *Destiny 2* game, would merely

23   buying or subscribing to the cheat software of Phoenix Digital

24   enable the person to play the *Destiny 2* game without also

25   contacting and making an agreement with Bungie?

1  A.    Yes.  You would need both the *Destiny 2* client's and the

2  modified version after the cheat is installed.

3  Q.    Okay.  So going back to my analogy of if I make an

4  unauthorized copy of a book and I sell it, the legitimate author

5  of that book can say, Hey, wait a minute, the infringing copy

6  you sold is one less than I sold, and therefore I don't get that

7  money.

8         MR. RAVA:  Object; calls for a legal conclusion.

9         THE COURT:  Sounds like it.  I'll sustain.

10  Q.    (By Mr. Mann)  When somebody signs up for a *Destiny 2*

11  cheat, don't they still have to make a deal with Bungie in order

12  to use that cheat?

13  A.    Then that person has been induced into violating the

14  copyright, yes.

15  Q.    Sorry.  Can I have that answer back, please?

16         THE COURT:  Did you say you wanted it read?

17         MR. MANN:  I'd like that answer back, please.  I

18  didn't understand it.

19                      (The court read back.)

20         THE COURT:  You're going to have ask it again.  I'm

21  sorry.

22  Q.    (By Mr. Mann)  My question is very simple.

23         In order to use the *Destiny 2* cheat, I would, nevertheless,

24  have to sign up with Bungie for the *Destiny 2* game, correct?

25  A.    The cheat software is not enough to stand on its own,

1    that's correct.

2    Q.    So, therefore, the cheat software does not replace *Destiny*

3    *2*, does it?

4    A.    In what regard?

5    Q.    In regard that somebody can play *Destiny 2* without entering

6    into an agreement with Bungie and downloading the game from

7    Bungie.

8    A.    Are we talking about players using the cheat or not using

9    the cheat in this case?

10    Q.    I'm talking about the cheat itself.

11          If I can draw an analogy:  If I use a magnifying glass to

12    read a best-selling book, am I taking away sales of the

13    best-selling book?

14    A.    I don't think that analogy tracks here because you've

15    altered the work, you're not just reading the work.

16    Q.    Well, if I buy a best-selling book and I own that copy, I

17    can rip the pages out of it, can't I?  I can take a Magic Marker

18    and write on it.  That's my copy, I can do what I want with that

19    without violating the copyright, right?

20          MR. RAVA:  Objection; calls for a legal conclusion.

21          THE COURT:  Sustained.

22          MR. MANN:  And we'll get into that later.

23    Q.    (By Mr. Mann)  The fact of the matter is, the cheat

24    software simply draws a box around certain of the images that

25    are created by the *Destiny 2* game, correct?

Edward Kaiser - Cross by Mr. Mann                May 21, 2024

1  A.    It has many features.  That is part of one of those

2  features.  And it's not a simple task.  It involves reverse

3  engineering and understanding all the rendering code and the

4  code supporting that.

5  Q.    But I believe earlier this morning you showed some exhibits

6  that had images of the *Destiny 2* game with boxes drawn on

7  certain portions of it.  Do you remember that testimony?

8  A.    I remember those -- those were adverts from -- in cookies.

9  Q.    And it's Bungie's contention that drawing these boxes onto

10  the images, that violates the copyrights of Bungie, correct?

11  A.    They have modified and copied -- they've copied Bungie

12  software, injected their payload into the game, and modified the

13  game in order to get those boxes to be drawn on the screen.

14  Q.    If I can get this working here, I'll try a little

15  demonstration.

16       Here is an exhibit, Trial Exhibit 0001.0003.

17       Dr. Kaiser, do you recognize that as one of the copyrighted

18  images of the game?

19  A.    It looks like one from Exhibit 1.

20       THE COURT:  Counsel, can you rotate it if you want to

21  look at it?

22       MR. MANN:  Okay.  Sure, I'll just put it up here.  And

23  I'm trying to get the highlighted feature on this thing to work.

24  Q.    (By Mr. Mann)  Now, you see here, this is an image,

25  correct?

1    A.    Yes.

2    Q.    One of the copyrighted images of Bungie's *Destiny 2* game.

3    A.    It is a picture of an image, yes.  It is not computer

4    rendered.

5    Q.    But it's electronically rendered.  We have it on this

6    machine right here that the court actually provides for us, very

7    helpfully.

8    A.    That is a printout.  It is not a product of a computer

9    program at this moment.

10          MR. MANN:  Your Honor, again, I hate to keep making

11   objections, but I would appreciate if I can get answers to the

12   questions I ask.

13          THE COURT:  All right.  Well, ask another question.

14          MR. MANN:  Certainly.  Let me give this a try here.

15   Q.    (By Mr. Mann)  You see I've drawn a rectangular box on this

16   image?

17   A.    You have drawn some arrows.

18   Q.    Do you see on the screen a rectangular box drawn in blue?

19   A.    I see the rectangular box drawn in blue.

20          THE COURT:  Mr. Mann, you're going to have to train

21   yourself on your time, not on our time.

22          MR. MANN:  May I approach the witness?

23          THE COURT:  No.

24   Q.    (By Mr. Mann)  Dr. Kaiser, do you see any blue rectangle on

25   this image?

1    A.    Not currently.

2    Q.    You saw it on the screen, though?  Did I actually change

3    this copyrighted image when I drew that blue square on the

4    image?

5    A.    I don't believe so.

6    Q.    Did this make any permanent change to the original

7    copyrighted image?

8    A.    No, I don't believe so, but --

9    Q.    Did it make a temporary change to this piece of paper?

10   A.    No.

11   Q.    This piece of paper remains entirely unchanged, even though

12   I drew a blue box on it, correct?

13   A.    Yes, but blue box was meaningless to us all.  There was

14   nothing relevant in that image you put in the blue box.  You're

15   not moving the blue box; you're not looking at the computer code

16   that generated that image to draw the blue box.

17         The example doesn't really make sense to me.

18   Q.    I don't want to belabor this, but I can put this back up

19   there, I can draw a blue box, I can move it around.

20         My point is did, I make any permanent change to this piece

21   of paper?

22   A.    You did not make any permanent change to that piece of

23   paper.

24   Q.    Did I infringe your copyright by drawing that blue box on

25   the image we saw on the screen?

1    MR. RAVA:  Object to the extent it calls for a legal

2   conclusion.

3    THE COURT:  Overruled.  You may answer.

4   A.   I don't know.  I don't think so.

5    THE COURT:  How much longer with this witness,

6   counsel?

7    MR. MANN:  I probably have, at least, 20 more minutes,

8   maybe a half an hour.

9    THE COURT:  All right.  Let's continue.

10    MR. MANN:  I'll try and finish up before break.

11   Q.   (By Mr. Mann)  Does the word "glimmer" have any meaning to

12   you?

13   A.   Yes.

14   Q.   Can you tell me what glimmer means in the context of

15   *Destiny 2*?

16   A.   In the context of *Destiny 2,* glimmer is the fictional

17   currency that is like money; it's like dollars.

18   Q.   And if I'm playing *Destiny 2,* I can find glitter [sic]

19   laying on the ground and I can pick it up, correct?

20   A.   You said "glitter," but it's "glimmer," but, yes, you can

21   run around and find glimmer on the ground.

22   Q.   Now, glimmer is something that appears on the screen while

23   someone is playing the *Destiny 2* game, correct?

24   A.   Yes.  You would see it when you're running around the

25   world, yes.

1  Q.   And --

2  A.   Some of that loot that players would be chasing after and

3  finding.

4  Q.   And why do players want to find it?

5  A.   You can use it to upgrade your weapons; you can power up

6  and level-up your gear.

7  Q.   So you can upgrade your weapons, correct?

8  A.   Yes.

9  Q.   And you can level-up your gear, correct?

10  A.   Yes.

11  Q.   And that gives you an advantage in playing the game, does

12  it not?

13  A.   Yes.

14  Q.   So that gives somebody that has an upgraded weapon and

15  somebody that has upgraded gear has an advantage in playing the

16  *Destiny 2* game, correct?

17  A.   By playing the game you find loot, which includes glimmer,

18  and you get more powerful over time.  Yes, it rewards

19  participation in the game.

20  Q.   Are you aware of what a "season pass" is in the context of

21  *Destiny 2*?

22  A.   Yes.

23  Q.   Are you aware that -- now, in order to get a season pass,

24  you have to pay money for that, correct?

25  A.   Yes.

1    Q.    You have to pay actual American greenbacks or actual U.S.

2    money; no funny money.  This is actual U.S. money you pay for a

3    season pass, correct?

4    A.    Our game is international so it's not limited to just U.S.

5    dollars, but, yes, with the first-party platform buy entitlement

6    to the season pass.

7    Q.    Through a medium that's typically considered money,

8    something you can take to a bank?

9    A.    Yes.  We're not dealing in cryptocurrency.

10   Q.    Now, if you get the season pass, doesn't that enable you to

11   pick up more glitter -- glimmer?  Glimmer.

12   A.    I don't recall.

13   Q.    Isn't there the possibility, if you have a season pass, you

14   can scroll down and get a multiplier, which, basically, means if

15   you pick up one quantity of glimmer, you'll be credited with six

16   quantities of glimmer; isn't that how it works?

17   A.    I don't recall that being part of season pass.

18   Q.    So you really don't know, one way or the other, how that

19   works?

20   A.    I don't know, specifically, what you're talking about.

21   Q.    But if you get the season pass that you pay actual money

22   for, and that enables you to pick up more glimmer than you would

23   be able to pick up than if you didn't have the season pass,

24   doesn't that enable you to upgrade faster than somebody who

25   doesn't have a season pass?

1    A.    Yes and no.  The complex answer there is, glimmer is a

2    minor currency in the game.  Generally, players earn thousands

3    and thousands of glimmer.  Glimmer itself is more a shiny, a

4    sparkly on the ground to be, sort of, exciting.  It is not the

5    primary currency.  "Currency," I mean in terms of materials or

6    other resources that you'd need for upgrading your gear.  It is

7    a minor currency, and you're spending in the hundreds of

8    thousands to, you know, unlock a new ability on your gear or

9    weapon.

10   Q.    And one of those abilities is a more powerful weapon,

11   greater shields and things like that, better armament; isn't

12   that correct?

13   A.    Glimmer is a component to the upgrade process.

14   Q.    And it enables somebody to get an advantage in playing the

15   game; it takes more hits to kill me if I have better armament,

16   correct?

17   A.    In PvE, yes; in PvP, no.

18   Q.    And the fact is, if you buy a season pass, you can get more

19   of this glimmer than you could if you didn't pay the money,

20   correct?

21   A.    I don't recall that detail.

22   Q.    You don't deny it, though, do you?

23   A.    The season pass is different every season.  We've had, at

24   this point, 30 seasons.  There are different sweeteners on every

25   season.  It is possible that one of the seasons had a slight

1    bonus on glimmer.  Most players hit the glimmer cap, and it's

2    not really a factor for a player that plays a bunch of *Destiny*.

3    Q.   But the fact remains that if somebody is willing to pay

4    money to get a weapons upgrade can do that on the *Destiny 2*

5    game, correct?

6    A.   No.  You still need to explore the world, fight the

7    enemies, find the loot, find the treasure.  You still need to be

8    playing the game.

9    Q.   But I get a multiplier; in other words, if I find a little

10   bit of loot, if I pay for the season pass, I'll be credited for

11   more than it.  Instead of finding a one-dollar bill, it's like

12   finding a ten-dollar bill.  Isn't that how it works?  And you

13   get that by paying money to the *Destiny 2* game, to Bungie?

14   A.   That is not the primary thing on the season pass, and it

15   is, at best, a minor feature.

16   Q.   But it is a feature.

17   A.   If it were part of a season pass, I guess.

18   Q.   So the fact remains that it's okay to get weapons upgrades,

19   get armament upgrades, so long as you pay Bungie, not Phoenix

20   Digital, correct?

21   A.   No.  The main components to those weapon upgrades are other

22   materials that are not glimmer and that are not part of the

23   season pass.

24   Q.   But glimmer will obtain some of those upgrades.  I believe

25   that you testified that glimmer enables you to get weapons and

1   gear upgrades, correct?

2   A.   It is a minor component in that transaction, yes.

3   Q.   Whether it is a minor or major component, it is,

4   nevertheless, a component, correct?

5   A.   I believe so.

6        MR. MANN:  If I may have a moment, Your Honor.  I may

7   be getting close.

8        THE COURT:  Certainly.

9   Q.   (By Mr. Mann)  Now, Dr. Kaiser, do you recall when I took

10  your deposition in this case in October of 2021, I believe?

11  No -- yes -- 2022, was it -- 2022?

12  A.   I believe it was October of 2022.

13  Q.   I actually took two depositions, the 4th and 5th.  But I

14  took your personal deposition --

15       MR. MANN:  Ms. Nassar, can we punch this up?  And

16  before you do, can you -- Mr. Rava, do you --

17       THE COURT:  Where are we going with this deposition

18  business?

19       MR. MANN:  I want to compare what he testified to

20  during his deposition, as opposed to what he testified to today.

21  It goes to credibility, Your Honor.

22       THE COURT:  Well, we do that answer by answer.  I'm

23  not going to have you read the whole deposition.

24       MR. MANN:  I just want to compare his answer -- I want

25  to show him an answer that he gave in his deposition and have

 1  him compare it to what he said today.

 2          THE COURT:  All right.  Find the deposition.  Let me

 3  just tell the --

 4          MR. MANN:  Ms. Nassar --

 5          THE COURT:  Just a moment, please.

 6          MR. MANN:  Certainly.

 7          THE COURT:  I want to explain to the jury what a

 8  deposition is.

 9      When we have a lawsuit pending, the lawyers have a right to

10  take a statement under oath, just like a trial, except that

11  they're not in court.  Lawyers are present, the witness is

12  sworn, and the witness is asked questions and gives answers.

13      And the purpose of the use of this deposition, or any

14  deposition during the course of this trial, is to, apparently,

15  try to impeach the witness by saying, "Under oath at an earlier

16  time, you made a statement which is different than your

17  testimony today."

18      So that's what's happening.  A deposition is taken, it's

19  under oath, and we'll see to what extent it impeaches the

20  witness's testimony.

21      All right.

22          MR. MANN:  Thank you, Your Honor.

23  Q.  (By Mr. Mann)  Now, Dr. Kaiser, do you recall earlier this

24  morning you went into extensive testimony about how the aimbot

25  feature of the *Destiny 2* cheat software works; do you recall

1   that?

2   A.    Yes.

3   Q.    Okay.  I'd like you to look at page 183 of your deposition,

4   and focus your attention on line 4.  Do you see that?

5           MR. RAVA:  Your Honor, this is published.

6           THE COURT:  Read the question and the answer that you

7   want to give to the jury.

8           MR. MANN:  Certainly.

9   Q.    (By Mr. Mann)  I asked you the direct question --

10          THE COURT:  Just ask the questions exactly as it is in

11  the deposition.

12  Q.    (By Mr. Mann)  Okay.

13          "QUESTION:  Okay.  Do you know how the aimbot feature on

14  AimJunkies' *Destiny 2* cheat software works?

15          "ANSWER:  I have not looked at the source code."

16          Did I read that correctly?

17  A.    Yes.

18  Q.    And the reason you did not answer my question or you

19  answered -- you said you have not looked at the source code,

20  correct?

21          THE COURT:  Well, that's the answer he gave, counsel.

22          MR. MANN:  Okay.  Fine.  Thank you, Judge.  We see it

23  here.

24  Q.    (By Mr. Mann)  And this was under oath, was it not,

25  Dr. Kaiser?

```
 1   A.    It was under oath.

 2              MR. MANN:  If I may have just a moment here.

 3         Now, Ms. Nassar, punch up Docket 158.  This is a

 4   declaration.

 5              THE COURT:  Is it Exhibit 158?

 6              MR. MANN:  No, it is not an exhibit.  This is an

 7   impeachment document.  I don't think this is part of the

 8   exhibits.  This is one we have reserved for impeachment.

 9              THE COURT:  Ladies and gentlemen, when we refer to a

10   docket number, that means it was filed previously in the case.

11   Every time something is filed, it gets a docket number.

12         So tell us what is Docket No. 158, please.

13              MR. MANN:  Certainly.

14         This is a declaration of Edward Kaiser in support of

15   plaintiff's motion for summary judgment.  This was filed July

16   20th of 2023, and it was signed under oath by Dr. Kaiser.

17              THE COURT:  All right.

18              MR. MANN:  And, here, we're looking at the first

19   page --

20              MR. RAVA:  Hold on.  I'm sorry.  Do you have a copy?

21   Thank you.

22   Q.    (By Mr. Mann)  Do you recognize that?

23   A.    It appears familiar, yes.

24   Q.    Now, if we can go to paragraph 28 of this.  I think it will

25   be --
```

1    MR. MANN:  Can we publish this, Your Honor?

2    THE COURT:  It looks like it is published.  Go ahead.

3    THE CLERK:  No, it's not.

4    THE COURT:  You can publish it to the jury.

5    MR. MANN:  Thank you.

6  Q.  (By Mr. Mann)  Now, if we go to the last page, I'm looking

7  for paragraph 28.

8    Okay.  I'm going to read what this says.

9    "Bungie used the cheat software once to conclude that the

10 various features of the cheat software were functional.  After

11 its first use, the cheat software stopped working, and Bungie

12 was unable to relaunch it.  Bungie has never had a copy of the

13 cheat software on a machine capable of analyzing it.

14   "I declare under penalty of perjury under the laws of the

15 United States that the foregoing is true and correct, executed

16 this 20th day of July 2023," signature "Edward Kaiser."

17   Did I read that correctly?

18 A.  It sounds like you read it correctly.

19 Q.  And you've stated under oath that Bungie has never had a

20 copy of the cheat software on a machine capable of analyzing it,

21 correct?

22 A.  That's correct.

23   MR. MANN:  If I can have just one more moment, Your

24 Honor.

25   Okay.  Thank you, Your Honor.  I have no further questions.

1    THE COURT:  All right.  Redirect of the witness?

2    REDIRECT EXAMINATION

3    BY MR. RAVA:

4    Q.    Dr. Kaiser, Mr. Mann asked you some questions about

5    glimmer.

6    A.    That's right.

7    Q.    Do you recall that line of questioning?

8    A.    I do.

9    Q.    And the season pass as well?

10   A.    I do.

11   Q.    Do you think the glimmer and the season pass are comparable

12   to the advantages gained by using the AimJunkies' cheat

13   software?

14   A.    No, not at all.

15   Q.    Why not?

16   A.    One, glimmer, players already have so much glimmer that

17   they don't know what to do with it, so it's mostly, like, a

18   sweetener, as I said, if it were in the season pass.

19         But, two, it's not the only -- there are other things not

20   listed there that would be a barrier for upgrading.

21         And second of all, that sort of power that we're talking

22   about on those sorts of upgrades are certainly not translatable

23   to player-versus-player activities.

24         We have a strong level cap.  We cap every player at the

25   same actual level when playing in competitive modes.

1    Q.    Does glimmer allow you to automatically aim your weapon?

2    A.    No.

3    Q.    Does glimmer allow you to OPK all your opponents right in

4    front of your weapon?

5    A.    No.

6    Q.    Does the cheat software allow that?

7    A.    Yes.  Those are two of the three features of the cheat

8    software.

9    Q.    And you've built glimmer into your ecosystem, right?

10   A.    Yes.

11   Q.    So Bungie made the decision to create an ecosystem and an

12   economy that includes glimmer, right?

13   A.    Yes.

14   Q.    Did Bungie make the decision to include OPK, Mr. Kaiser?

15   A.    Not at all.

16   Q.    Who made that decision?

17   A.    In this case, Phoenix Digital.

18   Q.    Dr. Kaiser, you were shown some of the source code.  I

19   believe that source code attached to Exhibit 2.  Do you remember

20   that?

21   A.    Yes, I do.

22   Q.    Approximately how many million lines of code are in the

23   computer programs that covered by this copyright?

24   A.    About 25 million lines.

25   Q.    Is that code static?

1    A.    No.   There are hundreds -- about 160 engineers working it

2    on an daily basis, and it changes daily.

3    Q.    It gets updated all the time?

4    A.    Yes.

5    Q.    And when it's updated, does it update the historical

6    markers Mr. Mann showed you?

7    A.    No, it does not update the markers.

8    Q.    Those are static?

9    A.    Those are static.

10   Q.    But the code that's running the game, that's changing?

11            MR. MANN:   Your Honor, these are leading questions.  I

12   object to that.

13            THE COURT:   It does sound leading, counsel.  Let's not

14   lead the witness.

15            MR. RAVA:   Understood, Your Honor.

16   Q.    (By Mr. Rava)  Dr. Kaiser, Mr. Mann asked you some

17   questions at the beginning, earlier this morning, about your

18   involvement in the investigation of the AimJunkies' cheat.  Do

19   you recall those questions, generally, speaking?

20   A.    I do, generally.

21   Q.    Before offering your opinion about how the AimJunkies'

22   cheat worked, Dr. Kaiser, what materials did you review?

23   A.    I reviewed all materials available at Bungie.  I had talked

24   to my team members, and I had reviewed all our emails and the

25   telemetry that we collected from the game clients.  We had

1  reviewed the promotional materials that we collected from the

2  AimJunkies' website.  I had crosschecked with the analysts on my

3  team that those features had been witnessed.  Yeah, I scoured

4  the collective knowledge at Bungie before performing my

5  written -- what do you call it?  Sorry -- testimony.

6  Q.   Does the collective knowledge include information that's

7  provided through forums and forms, for example?

8  A.   Yes.  Certainly there were a lot of player complaints that

9  both identified AimJunkies but also identified accounts that we

10  should investigate that later turned out to be users of

11  AimJunkies.

12  Q.   And what was your involvement in participating in this

13  litigation, as it related to forming your opinion, Dr. Kaiser?

14  A.   I took over the team, I think, between when the litigation

15  was first filed and before discovery was conducted, and I was

16  involved in producing all the discovery.  So I was firsthand in

17  collecting all these materials, reviewing what anyone and

18  everyone at Bungie knew about AimJunkies, and was responsible

19  for compiling all of that and producing that information and

20  creating the expert report.

21  Q.   And did you attend any of the depositions that were

22  conducted in this case?

23  A.   Yes.  I attended any of the depositions that had technical

24  information in them.  Those all happened after my own

25  deposition.

1    Q.    And, Dr. Kaiser, have you testified under oath in

2    connection with this dispute before?

3    A.    Yes.  I've testified three separate days.

4            MR. MANN:  Your Honor, in an abundance of caution,

5    this may get into the subject of the motion in limine.

6            THE COURT:  The court is familiar with the motions.

7            MR. MANN:  Thank you.

8            THE COURT:  Go ahead and ask another question.

9    Q.    (By Mr. Rava)  Dr. Kaiser, did you submit the 25 million

10   lines of code in connection with the copyright applications?

11   A.    I did not submit the 25 million lines of code, but I was

12   involved in the production of the thousand lines of code that

13   were produced.  My role was primarily to review and make sure

14   that nothing particularly sensitive was included in that

15   production.

16   Q.    Because that production -- why is that important not to

17   include particularly sensitive information?

18   A.    We did not want to give a real solid jumping point for

19   reverse engineering to find the object code that we produced by

20   that.

21   Q.    Okay.  And does the copyright registration, to your

22   understanding, cover more than simply those thousand lines of

23   code?

24   A.    Yes.  My understanding is it covers the whole source code,

25   all 25 million lines.

1    Q.    And the object code as well?

2    A.    Yes, and the resulting object code.

3              MR. RAVA:  Thank you.

4              THE COURT:  Mr. Mann, anything further of the witness?

5              MR. MANN:  Yes, Your Honor.  I'll keep it very brief.

6                            RECROSS-EXAMINATION

7    BY MR. MANN:

8    Q.    Dr. Kaiser, with reference to the 25 million lines of code

9    that were not submitted with the copyright registration -- I

10   believe I already asked you this -- but that does not change

11   your answer that that code is not available to the public,

12   correct?

13   A.    That's correct, it is not publicly available.

14             MR. MANN:  No further questions, Your Honor.

15             THE COURT:  All right.  Thank you.  Thank you, Doctor.

16   You stay step down.  You're excused.  Have a nice day.

17        Why don't we take a recess now so not to interrupt our next

18   witness.

19        Who is our next witness going to be?

20             MR. RAVA:  Mr. Steven Guris.

21             THE COURT:  All right.  Not remote?

22             MR. RAVA:  No, he'll be live and in person.

23             THE COURT:  All right.  Ladies and gentlemen, we'll

24   take approximately 15 minutes.  Please rise for the jury.

25                (Court in recess 2:22 p.m. to 2:39 p.m.)

1      FOLLOWING PROCEEDINGS WERE HELD
       IN THE PRESENCE OF THE JURY:
2

3          THE COURT:  Call your next witness.

4          MR. DINI:  We calling Mr. Steven Guris.

5          MR. MANN:  I have an objection.

6          THE COURT:  Certainly.

7          MR. MANN:  Your Honor, Mr. Guris has not provided any

8  evidence or any testimony regarding copyright infringement in

9  this case.  The entire gist of his expert report is to the

10  damage -- theoretical damage cheating does to the overall

11  *Destiny 2.*

12         THE COURT:  Mr. Mann, he's been on the witness list

13  since the pretrial order was entered long ago, as you know.

14  This type of objection should have been brought up at the

15  pretrial conference.

16     I'm going to permit the witness to testify.  I assume it's

17  not going to be overly lengthy.  But you've known forever that

18  he was going to be a witness --

19         MR. MANN:  Well, as I'm free to cross-examine...

20         THE COURT:  Pardon me?

21         MR. MANN:  As I said, I will have an opportunity to

22  cross-examine.  Thank you.

23         THE COURT:  As always.

24         MR. MANN:  Of course.

25         THE COURT:  All right.  Call your witness.

1                            STEVEN GURIS,
       having been first duly sworn, testified as follows:
2

3           THE CLERK:  Please state your name for the record, and

4    spell it for the court reporter.

5           THE WITNESS:  Yes, ma'am.  My name is Steven Guris.

6    That's G- "as in good" -u-r-i-s.

7           THE COURT:  And can you give us an address for the

8    records?

9           THE WITNESS:  Yes, sir.  My current address is 438

10   Orchid Lane, Canton, Georgia 30114.

11          THE COURT:  Welcome to Seattle.

12          THE WITNESS:  Thank you, sir.

13          THE COURT:  You may inquire.

14                        DIRECT EXAMINATION

15   BY MR. DINI:

16   Q.    Good afternoon, Mr. Guris.

17   A.    Good afternoon.

18   Q.    Could you please introduce yourself to the jury?

19   A.    Yes.

20         Good afternoon, everybody.  As I said, my name is Steven

21   Guris.  I'm the director of threat investigations at Unit 221B.

22   Q.    Mr. Guris, what are you here to tell us about today?

23   A.    So today I'm here to talk about my experience with cheats,

24   particularly cheats for Bungie's *Destiny 2*.

25   Q.    Before we get into that, Mr. Guris, I want to talk a little

1   bit about your background.

2            MR. DINI:  If we could please let's pull up Exhibit

3   66, which is a stipulated exhibit, and publish it to the jury.

4   Q.   (By Mr. Dini)  Mr. Guris, can you tell us what we're

5   looking at here?

6   A.   What you're looking at is a copy of my resumé.

7   Q.   And is this a true and correct copy of your resumé from the

8   time you submitted it?

9   A.   This copy has several changes that need to be made

10  following its submission back in 2022, I believe.

11  Q.   Okay.  Let's talk about those later, but for now, I want to

12  start at the beginning of your background.  Let's talk about

13  your education.  Can you tell me where you went to college?

14           MR. MANN:  Your Honor.

15           THE COURT:  Just a moment.

16           MR. MANN:  Your Honor, in the interest of saving time,

17  we'll stipulate that Mr. Guris is an expert.  We don't question

18  his qualifications or background.

19           MR. DINI:  Your Honor, I appreciate that stipulation,

20  but I think it's important for the jury to understand

21  Mr. Guris's qualifications and why he's able to talk about what

22  he's here to talk about today.

23           THE COURT:  Is this an agreed exhibit?

24           MR. DINI:  Yes, it is.

25           THE COURT:  It's in evidence.  And the jury will have

1    a chance to see it when they deliberate, so give us only the

2    highlights.

3              MR. DINI:  Yes, Your Honor, absolutely.

4    Q.   (By Mr. Dini)  Mr. Guris, where'd you go to college?

5    A.   I went to college at Kennesaw State University in Kennesaw,

6    Georgia.

7    Q.   And what'd you study?

8    A.   Software engineering.

9    Q.   And did you graduate?

10   A.   I did, in 2021.

11   Q.   And what's your degree in?

12   A.   Software engineering.

13   Q.   Awesome.

14        After you graduated, where'd you go to work?

15   A.   I began working at Unit 221B as I was finishing my degree,

16   and moved into a full-time role there immediately upon

17   graduation.

18   Q.   Unit 221B, the company you work for, can you tell us about

19   that?  What do they do?

20   A.   Yes, sir.

21        So Unit 221B is a private cybersecurity consulting firm.

22   We provide boutique services to private-public clients, handling

23   offensive operations, which would be vulnerability assessments,

24   penetration testing, red teaming, as well as threat

25   investigation and intelligence services.

1   Q.   You said you work for a variety of clients.  Can you tell

2   us, briefly, about the types of clients that you work for?

3   A.   Yes, sir.

4        Obviously, we do work for video game companies as a portion

5   of our business, but we also do work with financial companies,

6   pharmaceutical companies; really, across the gamut of industry.

7   Most industries these days have cybersecurity problems and the

8   need for our services.

9   Q.   How long have you been working at Unit 221B?

10  A.   I've been working at Unit 221B for four years.

11  Q.   What's your current title at Unit 221B?

12  A.   I am currently the director of threat investigation.

13  Q.   What does that mean to be the director of threat

14  investigations at Unit 221?

15  A.   I lead the day-to-day operations of our threat

16  investigations, threat intelligence program, which revolves

17  primarily around OSIN work, which is open source intelligence,

18  attributable cybercrime to real-world physical identities,

19  things like ransomware, harrassment, abuse, and attempting to

20  make sure that, you know, a criminal, regardless of their user

21  name, is found.

22  Q.   There's a lot of technical lingo, at least in my

23  experience, Mr. Guris.

24       Can you maybe translate that for us, and tell us, in

25  layman's terms, what is it you do every day?

1  A.   In as lay of terms as it gets, I look for bad guys on the

2  Internet and show police where they are.

3  Q.   Earlier, you talked about the methods and skills that

4  you've acquired in this.  Can you remind me, as relevant to your

5  investigation of the cheat software today, what are the main

6  experiences that you drew upon?

7  A.   Related to cheat investigation, my work on offensive

8  engineering, primarily red teaming, malware analysis definitely

9  comes into play for cheats.  We look at cheats the same way we

10 look at ransomware or malware or other potentially harmful

11 software on a commuter.

12      Additionally, my experience dealing with threat actor

13 communities, the groups that are publishing cheats or other

14 methods of abuse for a platform, we embed ourselves in those

15 communities, learn their language, learn how they communicate,

16 what they care about, and that enables us to take a more

17 holistic view of investigating their activities.

18 Q.   I want to break a couple of those things down, because they

19 sound important.

20      The first one is -- I think it was called "red teaming"?

21 A.   Yes, sir.

22 Q.   What does that mean?

23 A.   We look at red teaming -- well, I shouldn't say "we."  It's

24 an industry standard security practice.  Essentially, it's a

25 simulated war game.

1        We, at Unit 221B, take on the role of the red team, the

2    adversary, the attacker, and we are engaged in an exercise with

3    the blue team, which is the internal security team for the

4    company that has retained us.

5        We take on an adversarial mindset, and we attempt to

6    breach, gain access to systems that would be considered the

7    crown jewels of the company that has hired us.

8    Q.    Simplify that for us a little bit.

9        In the context of investigating cheat software, what does

10   red teaming mean, or how is that applicable?

11   A.    Thinking like an attacker so that you can preempt an attack

12   coming in.

13   Q.    So you're thinking like someone developing cheat software?

14   A.    Yes, sir.

15   Q.    And the other one you mentioned was investigating threat

16   actor communities.  That's a lot of lingo.  Tell me a little

17   more about that one.

18   A.    Absolutely.  Very few cyber criminals of any variety work

19   in a void.  They have mentors, they have people they're

20   training, they have a collection of individuals, they get what

21   we call TTPs, from "tactics, techniques, procedures."  So when

22   we are embedding ourselves into these threat actor communities,

23   we're staying abreast of those tactics.  As they're being

24   developed, we're keeping an eye on new procedures, and we are

25   learning the language they use to obfuscate their activities.

Steven Guris - Direct by Mr. Dini                May 21, 2024

1    Q.    What's some of the language that you've seen used in cheat

2    communities, like AimJunkies?

3    A.    My personal favorite one is "chair."  If you get a better

4    gaming chair, you bought some cheats.

5    Q.    So in that context, if someone is referring to gaming

6    chair, they mean cheats?

7    A.    Correct.

8    Q.    Those are the types of things you're learning when you're

9    inside these communities?

10   A.    That's a very low-level one, but, yes, that is an example.

11   Q.    How many investigations into cheat software have you done

12   in your career?

13   A.    At this point in my career, over a dozen.

14   Q.    How many of those have been related to *Destiny 2* cheats?

15   A.    Say, three to four.

16   Q.    So three to four times, you've investigated cheats for

17   *Destiny 2*?

18   A.    For *Destiny 2* specifically, yes.

19   Q.    Does that include the one that we're going to talk about

20   today?

21   A.    Yes.

22   Q.    Great.

23         Now, before we get into that, Mr. Guris, I want to take a

24   little bit of a step back here and just ask you, generally, I

25   guess:  Have you played *Destiny 2* before?

1   A.    I have.

2   Q.    How many hours have you invested in *Destiny 2*?

3   A.    As of this morning, when I checked, I have played over

4   2,700 hours of *Destiny 2* over the last five years.

5   Q.    Thank you for the specificity.

6   A.    You're welcome.

7   Q.    That's a lot of hours.  Why have you invested over 2,700

8   hours in *Destiny 2*?

9   A.    As I said, that time is extended over the years.  I really

10  want to make sure that we all don't think I did that today.

11        I play *Destiny 2* because my friends play.  You know, I'm

12  32, my friends and I all live fairly distant from each other,

13  and games like *Destiny* are our method of connecting, and it's

14  how we communicate.  It gives us something to do, a structure,

15  an activity, and *Destiny* always has something to come back to.

16  There's always something new, there's a new season, or -- yeah,

17  there's always some new thing for us to experience together.

18        And because it has been such a consistent factor, we don't

19  have to learn a new thing, we don't have to get a new thing, we

20  don't have to spend money.  We can just do the thing that we've

21  done forever, and have a great time.

22  Q.    Mr. Guris, are you familiar with the skills that it takes

23  to be proficient at *Destiny 2*, to be good at the game?

24  A.    At nearly 3,000 hours, I would hope so.

25  Q.    Would you be able to list, sort of, the most important

1    skills?

2    A.    Yeah, absolutely.  It might be easier for me to write those

3    down.

4        MR. DINI:  Your Honor, permission for the witness to

5    step down and use the sketchpad.

6        THE COURT:  Well, he could probably just tell us.

7        MR. DINI:  Okay.  That's fine, too.

8    Q.    (By Mr. Dini)  So, Mr. Guris, can you tell us, what are the

9    skills that are the most important when playing *Destiny 2*?

10   A.    Yes, sir.

11       So the first and most important is aiming.  That is the

12   primary skill of *Destiny 2*.  If you can aim well, you can hit

13   your shots, you are accomplishing the primary goal of the game.

14   So that, at its core, is the most foundational skill you can

15   have.

16   Q.    How do players get better at aiming?

17   A.    By playing the game.  Pretty much exclusively by playing

18   the game.

19   Q.    I imagine there are other skills important to playing

20   *Destiny 2,* too.  Can you tell us what one of those might be?

21   A.    I would say the second biggest one is spatial awareness.

22   It's a similar skill that you would see in baseball or football.

23   You need to know what is going on around you.

24       It's a little different in the confines of, you know, a

25   monitor or a TV, but the skill remains the same.  You want to

1    know where your team is, you want to know -- have an idea of

2    where your opponents are, what the map looks like.  All of these

3    things enable you to move around more successfully and keep

4    track of what's going on.

5    Q.    Are there any other skills, I guess, high-level, main

6    skills that are important for being good at *Destiny 2*?

7    A.    The third biggest one, and I kind of touch on it in my

8    previous answer, is movement.  You know, these games move very,

9    very quickly.  You are designed to be moving at all times.  I

10   think that some high-skilled players would make the argument

11   that if you stop, well, you're already losing.

12        So between those three -- aiming, spatial awareness, and

13   movement -- I would say those are the key factors for a

14   successful player.

15   Q.    Now that we've talked about the main skills in *Destiny 2*,

16   let's talk about cheat software, the reason we're here today.

17   We've heard a lot about it today, but I want to get your

18   thoughts on it.

19        What is cheat software in the context of video games?

20   A.    In the context of video games, any third-party tool,

21   script, piece of code that fundamentally alters the way that the

22   game is played in a manner that is unexpected and unintended by

23   the developers is cheat software.

24   Q.    Are you familiar with the *Destiny 2* cheat software sold on

25   aimjunkies.com that's at issue today?

1    A.    I am familiar with aspects of it.

2    Q.    Are you familiar with the features of that cheat software?

3    A.    I am familiar with the features of the cheat software.

4    Q.    Okay.  Let's talk about those.  Give me one of the first

5    features.

6    A.    One of the first features that AimJunkies listed, and this

7    is the most common feature for a cheat for a game like *Destiny*

8    *2*, is the aimbot, which supplants the user's skill and practice

9    at aiming with a computer.  You, essentially, turn into a laser

10   pointer on a mouse.  That is offered by AimJunkies and is

11   considered, you know, I think, one of the most necessary

12   functions of a successful cheat.

13   Q.    I think this might be self-evident from the name, but can

14   you tell me what skill in *Destiny 2* does aimbot supplant for a

15   player?

16   A.    Aiming, it supplants aiming.

17   Q.    So if I'm a player playing *Destiny 2*, how do I aim my

18   weapon?

19   A.    So it depends on your input.  If you have a mouse, you're

20   going to move your mouse around; if you have a controller, it

21   will be your joystick; whatever your primary method of

22   interacting with the game world will be.

23   Q.    And if someone is using the aimbot feature of the

24   AimJunkies' *Destiny 2* cheat, how do they aim?

25   A.    They don't.  The aimbot aims.  For a well-designed aimbot,

1    you can move your hand from your controller entirely, and it

2    will take care of the rest for you.

3    Q.    Okay.  So aimbot is the first feature of the AimJunkies'

4    *Destiny 2* cheat software.  What's the second feature?

5    A.    The second feature is what's known as "ESP," or

6    extrasensory perception, like a psychic power.  That gives you

7    the ability to see the positions of all your opponents at all

8    times, know their exact distance to you.  It, essentially, gives

9    you an omnipresence over the game.

10   Q.    And what skill for a normal, non-cheating *Destiny 2* player

11   is supplanted or replaced by the ESP feature?

12   A.    Primarily, the spatial awareness, but, honestly,

13   everything.  Having the ability to know where your opponent is

14   is going to factor into your choices for movement.  Knowing

15   where your opponent is is going to factor into any type of aim

16   decision you might have to make.

17         Your spatial awareness, obviously, but the movement itself,

18   all of it, it hits all of it.  It's got to.

19   Q.    Are there any other features of the defendant's AimJunkies'

20   *Destiny 2* cheat software?

21   A.    I think the most notable one was OPK, which stands for "One

22   Position Kill."  As I've seen that, essentially, it manipulates

23   information to teleport the target directly in front of you.  No

24   aim, no movement, no skill required.  One position, and that

25   position is right in front of you.

1  Q.    And what skills, if any, does that cheat feature supplant?

2  A.    All of them.

3  Q.    Do people that use cheat software in *Destiny 2* have an

4  effect on other non-cheating players?

5  A.    Absolutely, absolutely, every single player they come into

6  contact with.

7  Q.    How so?

8  A.    So it's a bit like poisoning the well.  *Destiny 2* and games

9  like it are free at their core.  I can go spin it up on my

10 laptop right now.  But when you're encountering cheaters like

11 this -- right? -- the investment that you're hitting is the

12 time.  And so the cheaters are going to be constantly

13 successful, they're going to remain entirely within the gameplay

14 loop, especially if you like to play against other people, which

15 is, I mean, half of the *Destiny 2* game.

16      So if you are in an environment where you are going through

17 a 15-minute match, and you've got three hours to play, you're

18 now playing -- what was that, 12? -- 12 matches.

19      And the more cheaters that affect a game, the more common

20 those experiences are.  And for most players, if you have 12

21 matches, and two of them have a cheater, you had a bad night.

22 Q.    Mr. Guris, how are you familiar with the *Destiny 2* cheat

23 software sold by defendants in this case?

24 A.    I have reviewed the loader of the AimJunkies' cheat

25 software, I've reviewed their promotional materials, including

1    screenshots and videos, as well as the features advertisement

2    listed on the AimJunkies' website.

3    Q.    Do you have an opinion how defendants' *Destiny 2* cheat

4    software functions?

5    A.    I do.

6    Q.    What is your opinion about how the *Destiny 2* cheat software

7    sold by the defendants functions?

8              MR. MANN:  Your Honor, I have to object at this point.

9    This was never a subject of the expert report issued by

10   Mr. Guris, and is going far beyond any testimony he's given

11   before or anything in his expert disclosures.

12             THE COURT:  I haven't seen the report or the expert

13   disclosure.  So do you have a copy?

14             MR. MANN:  I do have a copy, Your Honor.  I intend to

15   use it during my cross-examination.

16             THE COURT:  Well, let me see, Mr. Dini, what is your

17   view of the objection?

18             MR. DINI:  Your Honor, I believe Mr. Guris is more

19   than qualified to offer these opinions, and they were included

20   in his expert report.  He's just testifying that he reviewed

21   promotional materials related to the AimJunkies' cheat, the

22   description of the features for the AimJunkies' cheat, and

23   downloaded the loader component of the AimJunkies' cheat

24   software.

25        As an expert who has analyzed at least three to four

1    *Destiny 2* cheats and more cheats more broadly, is familiar with

2    the terminology of this particular cheat community, Mr. Guris

3    has ample support to offer this testimony, and it has been

4    disclosed in his report.

5                THE COURT:  I think what we should do is proceed.  I'm

6    going to defer a ruling.  If I conclude at the end of the day,

7    looking at the disclosures, that they weren't covered, I'm going

8    to strike the testimony.

9                MR. MANN:  Okay.  Thank you, Your Honor.  The report

10   says what it says and --

11               THE COURT:  I understand that, but I haven't seen it.

12   Nobody's given it to me.

13               MR. MANN:  Understood, Your Honor.  Thank you.

14               THE COURT:  All right.

15   Q.   (By Mr. Dini)  So, Mr. Guris, I'll ask you again.  What is

16   your opinion about how the *Destiny 2* cheat software functions?

17   A.   From my understanding, the cheat software works primarily

18   through DLL injection with two components, a loader and then a

19   game-specific cheat file.  The combination of those two

20   components allows the cheat to inject itself into the *Destiny 2*

21   process and execute without being detected.

22   Q.   I want to slow down a little bit and talk about the parts

23   of your answer there.

24        You mentioned there's two different components to what I've

25   been, sort of, broadly referring to as the *Destiny 2* cheat

1    software.

2         Can you tell us, again, what are those two components?

3    A.    Yes, sir.  So those two components are the loader and the

4    game-specific cheat file, in this case a *Destiny 2*-specific

5    cheat file.

6              MR. DINI:  And, Mr. Blackburn, if we can pull up

7    Demonstrative 79.  We can go ahead and publish this to the jury.

8    Q.    (By Mr. Dini)  So, Mr. Guris, you said there were two

9    components:  Loader, game-specific cheat software.  Looking at

10   this diagram here, can you tell us at what step in the process

11   is the loader involved in?

12   A.    So the loader is involved in the injection step of this

13   process.

14   Q.    And what does the loader do?

15             THE COURT:  Well, isn't this repetition for what we

16   already heard about this demonstrative exhibit and how it works?

17   I mean, you can't have two experts testifying on the same

18   subject.

19             MR. DINI:  Your Honor, Mr. Guris downloaded and

20   analyzed the loader itself from the AimJunkies' website.  So his

21   opinion is different and more detailed than Dr. Kaiser's was.

22             THE COURT:  Well, we don't need to see this particular

23   exhibit again.  It's been shown to the jury and testified about.

24   So let's proceed with this witness's additional supplemental

25   opinions, to the extent he has them.

1          MR. DINI:  Yes, Your Honor.  If we could please pull

2    down this demonstrative.

3    Q.   (By Mr. Dini)  So, Mr. Guris, what is a loader?

4    A.   The loader operates as the primary driver of the cheat

5    software.  So the loader authenticates a user's subscription, in

6    this case, through the AimJunkies' servers.  It downloads the

7    game to the specific cheat file, which is considered the

8    sensitive part of the arrangement, and then it handles the

9    injection of the cleat into the *Destiny 2* process.

10   Q.   Did you examine the aimjunkies.com cheat loader?

11   A.   I did examine the aimjunkies.com cheat loader.

12   Q.   From where did you download the defendants' loader

13   software?

14   A.   I downloaded the loader from defendants' website, from

15   aimjunkies.com.

16   Q.   When did you download it?

17   A.   September 15th of 2022.

18   Q.   Do you have any reason to believe that the loader software

19   that you downloaded in 2022 functioned differently from any

20   loader that might have distributed in December 2019 through

21   early 2021?

22          MR. MANN:  Your Honor, I have a foundation question

23   for this.

24       How does the witness have any knowledge about what was in a

25   prior loader?  Before he can compare them, we need to establish

1    that he knew what was in the prior loader.

2              MR. DINI:  You know, I'm asking Mr. Guris to explain

3    why he's able to say that right now.

4              MR. MANN:  The question was do you have any reason to

5    believe there was any difference --

6              THE COURT:  Just a moment.

7              MR. MANN:  Thank you.

8              THE COURT:  I'm going to sustain the objection to the

9    question that was asked.  Ask another question.

10   Q.   (By Mr. Dini)  Mr. Guris, you said you downloaded the

11   loader in 2022?

12   A.   That's correct.

13   Q.   How did you know how to download the loader?

14   A.   Taking the persona of someone seeking the cheat, I went to

15   the AimJunkies' website, went to their storefront, and looked

16   for a cheat to buy.  It gave me instructions on how to download

17   the loader from there.

18   Q.   Showing you 67 and 68, Mr. Guris, do you recognize these?

19   A.   I do.

20             THE COURT:  Are these agreed exhibits?

21             MR. DINI:  They're not, so they're not being published

22   to the jury.

23             THE COURT:  Okay.

24   Q.   (By Mr. Dini)  Mr. Guris, can you explain to us what these

25   are?

1    A.    Yes, sir.  These are the screenshots I took of the

2    AimJunkies' loader installation instructions at the time I

3    downloaded the loader in September of 2022.

4    Q.    Did you capture these screenshots yourself?

5    A.    I did.

6    Q.    And from which website did you capture these screenshots?

7    A.    From the aimjunkies.com forums.

8          MR. DINI:  Your Honor, Bungie moves to admit Exhibit

9    67 and 68 into evidence.

10         MR. MANN:  Your Honor, we have a relevance objection

11   into this.  As you know, we have a timing issue as to who was

12   actually operating the website on the date in question.  That is

13   going to be the subject of further testimony from Mr. Schaefer.

14        So I don't want to -- I'm careful in what I'm saying here,

15   but it hasn't been established that this is the website that's

16   actually being operated by the defendants in this action.

17         THE COURT:  I understand.  I'm going to admit the

18   exhibits and deal with that issue at the appropriate time.

19              (Plaintiff Exhibits 67 and 68 admitted.)

20         MR. DINI:  May I publish?

21         THE COURT:  You may.

22   Q.    (By Mr. Dini)  Mr. Guris, what is the net effect of

23   following these instructions on the aimjunkies.com website?

24   A.    Following these instructions allows a user to install the

25   cheat and then successfully inject it into the *Destiny 2*

1   process, avoiding detection.

2   Q.    You said something there called "the *Destiny 2* process."

3   What do you mean by the *Destiny 2* process?

4   A.    So any process is a program executing.  It is a thing

5   actively happening on your computer.  When you click on the Word

6   icon, Word becomes a process.  So the *Destiny 2* process is the

7   game as you are playing it, the game as it is running.

8   Q.    So the *Destiny 2* process in memory, is that object code?

9   A.    Yes.

10  Q.    Now, you used the word "inject," and I see that on Exhibit

11  68 in one of the headings and the bullet point immediately below

12  that.  If we can blow that out.

13        Now, Mr. Guris, can you please read that heading in the

14  first highlighted bullet point?

15  A.    Of course.  The heading says, "Understanding how to set up,

16  inject, and use the cheat."

17        The first bullet point:  "Do not just start using the cheat

18  without knowing how to inject it properly.  This could result in

19  you getting yourself banned."

20  Q.    What does it mean to inject into the *Destiny 2* process?

21  A.    Injecting into a process, the way that I would describe it

22  is through a technique called DLL injection, which is part of

23  the MITRE ATT&CK®, which is an industry-standard way of looking

24  at Adversarial Tactics, Techniques, and Common Knowledge.

25  That's what "ATT&CK" stands for.  So when you are injecting into

1  a process, you are strongarming your way into that privileged

2  space, and making it do something unintended, making it do

3  something that was never designed for that code to do.

4  Q.   Let's translate that a little bit.  I think you said

5  "inject into privileged space."  What do you mean by that?

6  A.   The memory space of a program or a process that is

7  currently executing is privileged.  It's reserved.  With very

8  few exceptions, no other program should be able to access that

9  space.  Collisions between executing processes are one of the

10 foundational concerns of computer architecture.

11 Q.   So in the simplest terms you can, what does "inject" mean?

12 A.   Getting a process to do something it shouldn't by being

13 inside the house.

14 Q.   And you used a phrase earlier called "DLL injection."  Is

15 that the same thing that we've just been talking about?

16 A.   Yes.  DLL injection specifically refers to using a DLL,

17 which is a type of file.  This could be a 30 -minute explanation

18 of what a DLL is, but it's a file that does stuff.  It's getting

19 it to execute inside one of those privileged memory spaces.

20 Q.   Mr. Guris, why would cheat software, like the AimJunkies'

21 cheat software, need to inject itself into a video game process?

22 A.   I believe I said it in response to several other questions,

23 but cheat software is, by its nature, a third-party tool

24 designed to make the game do something it shouldn't.  And to do

25 that, it has to make the game think that it should be there, and

1    to do that, it has to be inside the process.  It has to sound

2    like it is a natural part of the environment.

3    Q.    I want to discuss a few other of these instructions.

4    First, the disable UAC set of instructions on Exhibit 67.  What

5    is a UAC?

6    A.    "UAC" stands for "User Account Control."  I think anyone

7    with a modern Windows PC has like seen one of these

8    notifications.  You try to install something, and a dialogue box

9    pops up and says, Hey, you tried to do that.  Are you sure you

10    about that?

11    Q.    Why is that important?

12    A.    You should never assume that the user of a computer is

13    technically adept.  You should assume that they're going to make

14    mistakes, they're going to click on things they shouldn't.  And

15    so a UAC notification provides a speed bump, a roadblock.  It,

16    generally, has some way to denote that the software in question

17    is questionable, suspicious, or even potentially malicious, and

18    it's designed to say, Hey, you tried to do this thing, you might

19    want to think about that.

20    Q.    So why would the AimJunkies' website instruct cheat users

21    to disable their user account controls when they're installing

22    the loader?

23    A.    To remove the speed bump.  Installing cheat software is

24    going to throw a UAC notification every single time, every time.

25    Q.    I want to move now to Exhibit 68 and ask a few questions

1    about the middle set of instructions here labeled "Understanding

2    how to set up, inject, and use the cheat software."

3         Looking at the last bullet point on there -- if we can

4    highlight that -- Mr. Guris, could you please read that bullet

5    point?

6    A.   It says, "Remember, you must start the loader with admin

7    rights.  Right click the loader, and click 'run as

8    administrator.'"

9    Q.   What does it mean to "start the loader with admin rights"

10   or "run as administrator"?

11   A.   So, very briefly, every computer in the world has at least

12   one administrator account.  That might be the owner, that might

13   be the most knowledgeable user in the house.  But the

14   administrator user has broad access and rights to make changes

15   to that device.  They are given access to make changes that

16   would generally be considered unsafe by other users.  So when

17   you run a program as an administrator, you confer those rights

18   and privileges to that program, regardless of its source or

19   providence.

20   Q.   So why would the aimjunkies.com website instruct a user to

21   give its loader administrator rights on their own computer?

22   A.   Specifically because of the injection component.  Operating

23   within the privileged memory space of another process requires

24   administrator rights.

25   Q.   Okay.  So we've talked about the aimjunkies.com loader and

1    its operation.  I want to ask you some questions about the other

2    component of the *Destiny 2* cheat software, the game-specific

3    component.

4           MR. DINI:  If we could please pull up Exhibit 29,

5    which is a stipulated exhibit.  Go ahead and publish that to the

6    jury.

7    Q.   (By Mr. Dini)  Mr. Guris, have you seen this document

8    before?

9    A.   I have.

10   Q.   What is it?

11          THE COURT:  Just tell us what 29 is.

12          THE WITNESS:  Okay.

13   Q.   (By Mr. Dini)  Mr. Guris, go ahead.

14   A.   This appears to be the features listing for the *Destiny 2*

15   cheat sold by AimJunkies; came off of the AimJunkies' forum.

16   Q.   I want to talk about a few of the features listed at the

17   bottom of this page here.  If we can please spotlight those.

18   First is "aimbot."

19          Mr. Guris, we talked about this earlier, but I want to

20   break down some of these other terms that we're seeing here.  It

21   says, "Aim at players."  What does that mean?

22   A.   Automatically aim at players.  There are other human

23   beings, living, breathing people with a keyboard and mouse

24   around.

25   Q.   This one might be a little less straightforward, but what

1    does that second one mean, "aim at NPCs"?

2    A.    Non-player character is an enemy that is not a living,

3    breathing person.  It is 1s and 0s exclusively.

4    Q.    Mr. Guris, would cheat software need to inject itself into

5    *Destiny 2* for this aimbot feature to function?

6    A.    Yes.  Yes.  The way that this particular aimbot was

7    advertised to function, yes.

8    Q.    Why is that?  How do you know that?

9    A.    Because it is relying on information -- from the videos

10   that I've seen and the images of cheat, it has the ability to

11   rely on information not visible to the player, information that

12   could only be gathered from the game state of *Destiny 2*, which

13   is all of the bits of information and data that define the world

14   around a player.

15   Q.    I want to talk next about the ESP feature and a couple of

16   the bullet points here.  I don't want to belabor this too much,

17   but just the first one, "Player name ESP," what does that mean?

18   A.    Player name ESP, yeah, pretty briefly, just means that you

19   know the endgame name of the players that you are targeting and

20   that you can see through the extrasensory perception feature.

21   Q.    What about "Player box EPS"?

22   A.    That will draw a colored box around an opposing player; in

23   this instance, specifically, a player, making it so you can see

24   them through walls, on the other side of objects, that sort of

25   thing.

1  Q.    Skipping down a few there, "NPC box ESP."  I think we might

2  be able to guess, but why don't you tell us.

3  A.    It's the same concept as the previous box, except this is

4  applied to a non-player character instead of a player character.

5              MR. DINI:  I want to look at page 2 of Exhibit 29,

6  please, specifically focusing on that middle screenshot.  If we

7  could blow that up.

8  Q.    (By Mr. Dini)  Mr. Guris, which, if any, cheat features are

9  being shown here?

10  A.    So it's a little hard to see the aimbot being shown here in

11  a static image.  You're going to see the aimbot through motion,

12  although I believe that is in use here.  The primary is the NPC

13  ESP.  That is the non-player character box extrasensory

14  perception.  And so if you see -- I drew arrows.  There we go.

15  Q.    Let me clear those.

16  A.    Yeah.

17  Q.    But you're referring to the thin red lines there?

18  A.    Yes.  There we go.  Those thin red bracketed lines are the

19  NCP box ESP.

20  Q.    I think I know the answer, but would these screenshots look

21  different for someone that's not using the AimJunkies' *Destiny 2*

22  cheat software?

23  A.    Someone not using the cheat would not see these colored

24  boxes, they would not see this text underneath the various

25  enemies.

1    Q.    Would cheat software need to inject itself into the *Destiny*

2    *2* process for this cheat feature to function?

3    A.    Absolutely.  This cheat -- again, it's hard to tell from a

4    still image, but these boxes will follow along with the targets

5    they have selected.  And there's simply no way to do that

6    without updating and reading the information on a constant

7    basis.  It's under seconds.  You would need to be reading that

8    information at all times.

9              MR. DINI:  Thank you, Mr. Guris.

10         No further questions at this time, Your Honor.

11              THE COURT:  Cross of the witness?

12              MR. MANN:  Thank you, Your Honor.

13                        CROSS-EXAMINATION

14   BY MR. MANN:

15   Q.    Good afternoon, Mr. Guris.

16   A.    Afternoon, Mr. Mann.

17   Q.    I'd like a little bit of background information, if I can,

18   on your exact relationship with Bungie.

19         My understanding is you are a principal or associated with

20   a business called Unit 221B, correct?

21   A.    Yes, sir.

22   Q.    And if you'll tell me a little more about what 221B does.

23   A.    How detailed of an answer would you like, sir?

24   Q.    Well, let me put it another way.

25         You're not here as an employee for Bungie, are you?

1    A.    No, sir.

2    Q.    You're here as a paid expert for Bungie, correct?

3    A.    Yes, sir.  I've been brought out by 221B to offer my

4    background and knowledge.

5    Q.    Okay.  So, in essence, Bungie has retained you to provide

6    some opinions regarding the issues in this lawsuit, that we'll

7    into, correct?

8    A.    I believe so.

9    Q.    Okay.  And can you tell me how many times, if you know,

10   that Unit 221B has been retained by Bungie?

11   A.    Maybe a dozen.  I think that sounds correct.

12   Q.    And that's assignments in addition to the one that you were

13   given, correct?

14   A.    Yes, sir.  You asked if -- for all of our projects for them

15   over the years?

16   Q.    Well, what I'm trying to get at is, is this a one-off thing

17   where this is the first time Unit 221B has been retained by

18   Bungie, or do you have an ongoing relationship with Bungie?

19   A.    We have a project-by-project relationship with all of our

20   clients, sir.

21   Q.    And this is not the first project you've done for Bungie,

22   correct?

23   A.    No, sir.

24   Q.    You've done several over the years, correct?

25   A.    Yes, sir.

1    Q.    And Unit 221B has been paid for those projects, correct?

2    A.    That is, generally, a requirement for retaining our

3    services, yes, sir.

4    Q.    Sure.  And you where paid for your services and, in fact,

5    you're being paid for your testimony here today, correct?

6    A.    Correct.

7    Q.    Can you tell the jury how much you are charging per hour?

8    A.    Yes, sir.  Unit 221B charges $750 an hour for

9    expert-witness services.

10   Q.    Thank you.

11         Now, the fact of the matter is you never -- well, let's

12   back up a little bit here.

13         You are aware that this is a lawsuit for copyright

14   infringement, correct?

15   A.    Yes, sir.

16   Q.    And you are aware that the sole issue -- sole claim made by

17   Bungie is that cheat software distributed by Phoenix Digital,

18   between the time period of December 2019 and, roughly, January,

19   February of 2021, has infringed one or more copyrights of

20   Bungie; do you understand that?

21   A.    Yes, sir.

22   Q.    And you understand that the sole question here to be

23   decided by the jury is whether that cheat software infringes any

24   copyrights of Bungie, correct?

25   A.    Yes, sir.

1  Q.   Okay.  Now, the fact of the matter is, you never saw -- and

2  just so we can avoid misunderstandings or so we can communicate

3  a little better, when I refer to the "cheat software," can we

4  have an understanding of what I'm referring to is the *Destiny 2*

5  cheat software that was distributed by the defendant in this

6  case, Phoenix Digital?

7  A.   You're specifically referring to the game-specific file?

8  Q.   What I'm saying is, there is one cheat that is being

9  accused of infringement in this lawsuit.  It was a cheat that

10 was distributed by Phoenix Digital during a certain period of

11 time.  There may be other cheats distributed by other people

12 that relate to *Destiny 2*, I don't know, and --

13         MR. DINI:  Objection, Your Honor.  Counsel is

14 testifying --

15         MR. MANN:  No, I'm just trying -- I'm trying to avoid

16 the issue before, where every time I say "cheat software," you

17 say, "What chief software?"  I wanted to make sure we have a

18 common language here.

19 Q.   (By Mr. Mann)  So when I say "cheat software," you

20 understand I'm referring to the cheat software that is at issue

21 in this case; can we have that understanding?

22 A.   I believe so, sir.

23 Q.   Thank you.  Thank you.

24     Okay.  Now, the question I have for you is, it's a fact

25 that you've never actually seen the cheat software itself,

1    correct?

2    A.    Physically in my hands?  No, sir, that is correct, I've

3    never seen the cheat software.

4    Q.    And you've never actually operated the cheat software, have

5    you?

6    A.    No, sir.

7    Q.    Okay.  You never saw the source code for the cheat

8    software, have you?

9    A.    No, sir.

10   Q.    Okay.  You've never seen the object code for the cheat

11   software, correct?

12   A.    That's correct.

13   Q.    Okay.  So if I ask you to point to the substantial

14   similarities between the source code for the cheat software and

15   the *Destiny 2* game, you would be unable to do that?

16   A.    Having never seen the source code for either, no, sir.

17   Q.    Okay.  Thank you.

18         And same question:  You haven't seen the object code,

19   either, correct?

20   A.    No, sir.

21   Q.    So, again, you can't testify that there's substantial

22   similarities between the object code of the cheat software and

23   the *Destiny 2* game, correct?

24   A.    I don't believe I've been asked to, sir.  Correct.

25   Q.    True.

1      And as I understand it, from -- you did issue a report in

2   this case, did you not?

3   A.    Yes, sir.

4   Q.    An expert report.

5           MR. MANN:  And this has not been made a trial exhibit,

6   Your Honor, so I would like to publish it to the witness but not

7   to the jury.  I would like to ask some questions of the witness

8   regarding the expert report that he provided.

9           MR. DINI:  Your Honor, I would just ask that I be

10  provided a copy of whatever Mr. Mann is referring to.

11          MR. MANN:  It is the expert report that -- the expert

12  report, actually, doesn't have a date on it, but it was one that

13  was provided us by the expert report date in this lawsuit.

14          THE COURT:  Well, I think, given the fact that it's

15  plaintiff's expert report, I'm going to let you publish it to

16  the jury as well to expedite your questioning.

17          MR. MANN:  Okay.  Let's publish it.  I'm not sure I

18  want to introduce it into evidence --

19          THE COURT:  It's not coming into evidence.

20          MR. MANN:  Okay.  Thank you.

21      Let's publish it to the jury.

22  Q.    (By Mr. Mann)  Mr. Guris, what you see here, is that the

23  expert report that you prepared in connection with this case?

24  A.    It appears to be, yes, sir.

25  Q.    Okay.  Now, you were retained in this matter on August 1st,

1    2022, correct?

2    A.    Yes, sir.

3    Q.    Okay.  And that was more than a year after the case was

4    filed, if you know.

5    A.    I believe so.

6    Q.    And do you know whether the cheat software that is at issue

7    in this case -- in other words, the cheat software that was

8    distributed by Phoenix Digital -- do you know whether it was

9    still on the market on August 1, 2022?

10   A.    The *Destiny 2* specific cheat?

11   Q.    Exactly.

12   A.    When I reviewed the AimJunkies' website in 2022, I did not

13   see it listed for sale.

14   Q.    Okay.  So when you reviewed the AimJunkies' website in

15   2022 -- what was it, late October?  In October something?

16   A.    September.

17   Q.    September.  I'm sorry.  September.

18         But in the fall of 2022, it was not available on the

19   AimJunkies' website?

20   A.    That is correct.

21   Q.    And what was available was a loader, correct?

22   A.    Yes, sir.

23   Q.    Now, in fact, you state in your report that it was not

24   possible for you to directly examine the specific *Destiny 2*

25   cheat produced and sold by AimJunkies.  And I will refer you --

1    MR. MANN:  Ms. Nassar, if we can go to the report,

2    page 18, and I'm looking for paragraph 94.

3    Q.   (By Mr. Mann)  It says here you examined other cheats for

4    *Destiny 2*.  "Other cheats," you're referring to cheats other

5    than the one that's here in this courtroom, at issue, correct?

6    A.   I'm sorry, Mr. Mann.  Can you repeat the question?

7    Q.   Certainly.

8         I'm looking at what you state here in paragraph 94 of your

9    expert report.  It says, "While I have examined other cheats for

10   *Destiny 2*," and does that mean that you've looked at cheats for

11   *Destiny 2*, other than the one that's at issue in this lawsuit?

12   A.   Yes, sir.

13   Q.   Okay.  But you haven't looked at this one?

14   A.   No, sir; that's correct.

15   Q.   Okay.  So it says, "It does not, at present, appear to be

16   possible to directly examine the specific *Destiny 2* cheat

17   produced and sold by AimJunkies," and that's because you

18   couldn't get your hands on it, correct?

19   A.   That's correct, sir.

20   Q.   Okay.  So then, in fact, what you did review is the

21   currently available loader.  And I'm going to direct your

22   attention to report page -- well, we're on, actually, paragraph

23   95.  I'm getting a little punchy in the late afternoon.

24        It says what you have done is a static and dynamic analysis

25   of the currently available cheat loader, correct?

 1    A.    Yes, sir.

 2    Q.    And the currently available cheat loader was the one that

 3    was available and the one you downloaded in September of 2022?

 4    A.    Yes, sir.

 5    Q.    Okay.  And just to belabor the point, you have not examined

 6    a loader that was available to the public between December 2019

 7    and February 2021, correct?

 8    A.    Correct.

 9    Q.    Now, in your report -- let me rephrase.

10          Were you asked to opine as to whether the cheat software

11    that was at issue in this case infringes any Bungie copyright?

12    A.    I don't believe so, sir.

13    Q.    So the fact is, you were not asked to render an opinion as

14    to copyright infringement in this case, the substantive merits

15    of copyright infringement, correct?

16    A.    I don't believe so, sir.

17          MR. MANN:  Okay.  Now, again, Your Honor, this goes to

18    the objection I raised earlier, that this report, by Mr. Guris's

19    own admission, does not purport to opine as to whether the

20    actual *Destiny 2* software that is at issue in this case

21    infringes any copyright.

22          That's the basis for my earlier objection and my request

23    and motion that the testimony be stricken.

24          MR. DINI:  Your Honor, just because Mr. Guris wasn't

25    asked to render a legal conclusion about whether copyright

1    infringement occurred by the operation of the cheat software,

2    Mr. Guris was asked to and did provide opinions regarding how

3    the cheat software works, in his opinion, based on his review of

4    the materials that were made available to him and the

5    AimJunkies' *Destiny 2* cheat software.

6        So Mr. Guris's opinion should not be excluded because he

7    wasn't asked to provide a legal conclusion.

8            THE COURT:  First, let's take this down from the

9    screen.

10        I'm going to deny your motion to, essentially, strike his

11   testimony.  I think it goes to the weight, and to what extent it

12   is relevant, that's for the jury to decide.

13       Do you have further questions?

14           MR. MANN:  I certainly do, Your Honor.  Let's go back

15   to the report.  And, Ms. Nassar, if we can do another Control F,

16   search for the word "copy."

17   Q.   (By Mr. Mann)  Let's go through all of those.

18       Is that the first occurrence?

19       Is that the only occurrence of the word "copy" in this

20   report?

21       Let's go to the first one.  We'll scroll through them and

22   take them one by one.

23           MR. DINI:  As we scroll through, I'd ask the witness

24   be given the opportunity to review the instances that are being

25   show here and flashed on the screen.

 1          MR. MANN:  No objection, Your Honor.  We'll put them

 2   up one at a time, and the witness can look at them all he'd

 3   like.

 4   Q.   (By Mr. Mann)  Okay.  Now, if we look at 94, do you see

 5   where it says "copy"?

 6   A.   Yes, sir.

 7   Q.   Okay.  This does not express an opinion as to whether

 8   Phoenix Digital or the AimJunkies' *Destiny 2* cheat software

 9   copied anything.  You're just referring -- you have not seen a

10   copy of the cheat, correct?

11   A.   Correct.

12          THE COURT:  He's already told us he doesn't have an

13   opinion on that subject, so I don't know why you would ask that

14   question.

15          MR. MANN:  Well, it goes to my relevance question of

16   what this has to do with the issue actually before this court.

17          THE COURT:  You've made your point.  I'm just telling

18   you I'm not going to strike the testimony, but it goes to the

19   weight as to whether and to what extent it's relevant.

20          MR. MANN:  Okay.

21   Q.   (By Mr. Mann)  One final question on that subject:  Your

22   report does not express any opinion whatsoever as to whether the

23   *Destiny 2* cheat software sold by Phoenix Digital infringes any

24   Bungie copyright, right?

25          MR. DINI:  Objection; asked and answered.

1     THE COURT:  Just a moment.

2     Overruled, you can answer the question.

3     THE WITNESS:  Could you repeat the question?

4          (The court read back.)

5  A.   My report does not draw any legal conclusions.

6  Q.   (By Mr. Mann)  Now, your report does state that the

7  AimJunkies' loader is not overtly destructive, and I'm referring

8  to page 29 of your report at paragraph 140.

9     MR. MANN:  Can you put that up?

10    MR. DINI:  Your Honor, at this time, I would object to

11 the relevance of this line of questioning.  If Mr. Mann wants to

12 ask questions about Mr. Guris's opinions, he's here and can

13 testify on the stand.  We don't need to walk through his report.

14    MR. MANN:  Want me to address, Your Honor?

15    THE COURT:  Just a moment.

16    MR. MANN:  Thank you.

17    THE COURT:  I'll overrule the objection.

18 Q.   (By Mr. Mann)  Now, you were testifying earlier, before,

19 about all the bad things that happen when people use the cheat

20 software, but right here in paragraph 140 of your expert report,

21 you state, "therefore, the AimJunkies' loader is not overtly

22 destructive."  Did I read that correctly?

23 A.   You did read that correctly, sir.  I'm just having trouble

24 remembering what I said earlier, because I don't believe I

25 talked about the user's computer.

1   Q.   (By Mr. Mann)  Again, but this is in your written expert

2   report, correct?

3   A.   Yes, sir.

4   Q.   Thank you.

5        Now, let's go to page 31, paragraph 154, and I'll direct

6   your attention to the last paragraph -- sorry -- the last

7   sentence of that paragraph.

8        It says, "While not malware in and of itself, the loader

9   makes use of multiple evasion and circumvention techniques most

10  commonly seen in malware executables."

11       But, again, you're stating that the loader is not malware

12  in and of itself, correct?

13  A.   Correct.

14  Q.   Now, if we can go to paragraph 138.  That would be on page

15  29 of your report.  I'm looking at the second sentence.  I'll

16  read it.

17       "Game-specific cheat files likely direct the loader to the

18  memory spaces used by a game, such as *Destiny 2*, during

19  operation, allowing the loader to illegitimately read game-state

20  data from memory."

21       Did I read that correctly?

22  A.   Yes, sir.

23  Q.   Now, what you're saying is -- if I'm interpreting this

24  correctly, and correct me if I'm wrong -- you're saying that the

25  game-specific cheat files allow the loader to read game-state

 1   data from memory.  And the point I'm trying to make here is, it
 2   does not say --
 3            MR. DINI:  Objection, Your Honor.  The witness wasn't
 4   allowed to answer the question.
 5            MR. MANN:  Oh, I'm sorry.  If you can answer.
 6            THE COURT:  Go ahead and answer.
 7   A.   It's hard to say.  Can you ask me -- can I have the
 8   question one more time?  It's hard to follow.
 9   Q.   (By Mr. Mann)  Sure.  That's what I was trying to do.  It
10   makes it a little easier.
11        It says here that it's reading game-state data; does it
12   not?
13   A.   Yes, sir.
14   Q.   And it's not altering game-state data, is it?
15   A.   That is not what that sentence says.
16   Q.   It says "read."
17   A.   Yes, sir.
18   Q.   Thank you.
19        Are you aware of what -- I don't want to embarrass you.
20   You are aware of what a DLL is, of course?
21   A.   Yes, sir.
22   Q.   Okay.  Thank you.
23        And that's a dynamically linked library?
24   A.   Dynamic linked library.
25   Q.   Dynamic linked library.

1    Can we take a look at your report at page 28, again,

2    paragraph 135.

3    It says here that, "Upon execution of the second process,

4    the AimJunkies' loader uses a technique known as DLL

5    side-loading to inject itself into the Microsoft Internet

6    Explorer application."  Did I read that correctly?

7    A.    Yes, sir.

8    Q.    And isn't it a fact that DLLs are used with the Microsoft

9    operating system?

10   A.    Yes, sir.

11   Q.    In fact, DLL was something that was invented by Microsoft,

12   correct?

13   A.    Yes, sir.  It is a basic component of Windows.

14   Q.    And the function of the DLL is to inject code, as it states

15   right here, into the Internet Explorer.

16   A.    The function of which DLL?

17   Q.    It says -- well, DLL -- "one using a DLL loader."  It says

18   right here, "The AimJunkies' loader uses a technique known as

19   DLL side-loading to inject itself into the Microsoft Internet

20   Explorer application," correct?

21   A.    Yes, sir.

22   Q.    And the Microsoft Internet Explorer application is not the

23   *Destiny 2* game engine, is it?

24   A.    I should hope not, no, sir.

25   Q.    So if there's any injection going on here, it's being

1    injected into the Microsoft operating system, not the *Destiny 2*

2    game engine, correct?

3    A.    Here, in the context of the sentence, but I don't think

4    that's comprehensive.

5    Q.    But this is what you said in your report, correct?

6    A.    Yes, sir.

7    Q.    And your report nowhere says that the DLL is injected into

8    the *Destiny 2* game engine, does it?

9    A.    I was never given the game-specific cheat file, so, no,

10   sir.

11         MR. MANN:  Your Honor, let me review my notes.  I may

12   be done.

13   Q.    (By Mr. Mann)  One final question here.

14         On page 29, paragraph 140, the last paragraph, it says, "By

15   hijacking the Internet Explorer application, the loader actively

16   attempts to hide itself from the operating system and frustrate

17   attempts to reverse engineer, unpack, and debug the loader

18   executable."  I read that correctly?

19   A.    Yes, sir, I believe so.

20   Q.    And, again, what you're saying here is the AimJunkies'

21   loader hijacks the Internet Explorer application, correct?

22   A.    As part of the its initial process yes.

23   Q.    And the Internet Explorer application is a Microsoft

24   product, not a Bungie product, correct?

25   A.    Yes, sir.

1          MR. MANN:  Thank you, Your Honor.  I have no further

2   questions.

3          THE COURT:  Redirect examination?

4                     REDIRECT EXAMINATION

5   BY MR. DINI:

6   Q.    Good afternoon, again, Mr. Guris.

7   A.    Good afternoon.

8   Q.    Is Bungie the only client you work for at Unit 221B?

9   A.    No, sir, not by any stretch.

10  Q.    How many other clients have you worked for besides Bungie?

11  A.    Several dozen.  It's hard to keep track.  A lot.

12  Q.    Do those clients also pay Unit 221B for your services?

13  A.    Yes, sir.  To hire contractors and consultants, you,

14  generally, need to pay us.

15  Q.    Have you ever delivered bad news to your client?

16  A.    All the time.

17  Q.    Why?

18  A.    Because my commitment is to honesty and truth, and I work

19  in security, which is an incredibly trust-dependent field.  So I

20  can't tell my clients good news that they want to hear if it's

21  not true.

22        Take the example of an offensive security activity.

23        If I tell a client, "Your network is fine, you got no

24  holes, no problems," that's what you want to hear, and I walk

25  out the door with my check and they get hacked the next day,

1   well, they're going to have questions for me.

2        And even if it's not a fun conversation, it is my ethical

3   responsibility to say to them, "Here's your problems, here's how

4   you fix them."

5   Q.   Mr. Mann highlighted a lot of opinions that you expressed

6   in your expert report.  Were the opinions that you discussed

7   with him the only opinions you expressed in that report?

8   A.   No, sir.  That report is about 30 pages.  It's got a lot of

9   opinions in it.

10  Q.   Specifically, you guys talk about injection into the

11  Internet Explorer process.

12  A.   Yes, sir.

13  Q.   Is that the only opinion you have about injection that you

14  expressed in your report?

15  A.   No, sir.

16  Q.   What is your opinion about the role of injection as

17  relevant to defendants' *Destiny 2* cheat software?

18  A.   I think that injection is the only manner in which the

19  *Destiny 2* cheat software could have interacted with *Destiny 2*.

20       As that was not made available to me by the defendants to

21  review in this case, I have to go with what I have in front of

22  me, and that is the loader, which injects into another process

23  to hide itself, and there you go.

24  Q.   And which process is it injecting into?

25  A.   It injects into Internet Explorer, which is a deprecating

1   process.

2   Q.   Any other processes?

3   A.   The loader that I reviewed only used Internet Explorer.

4   Q.   Do you have an opinion about whether the loader injects

5   into video game processes?

6   A.   Yes.  Considering that the installation instructions

7   describe injection as the ultimate goal, and considering the

8   behavior of the other very similar cheats that I've looked at,

9   injection into the *Destiny 2* process is the only way it could

10  have achieved that functionality.

11          MR. DINI:  Thank you, Mr. Guris.

12      No further questions at this time, Your Honor.

13          MR. MANN:  Brief recross, Your Honor.

14                          RECROSS-EXAMINATION

15  BY MR. MANN:

16  Q.   Among these many opinions that Mr. Dini referred to, none

17  of those opinions is as to whether *Destiny 2* cheat software that

18  is at issue here infringes a Bungie copyright, right?

19          MR. DINI:  Objection, Your Honor; asked and answered.

20          THE COURT:  Overruled.  You may answer.

21  A.   Yes, sir.

22          MR. MANN:  Now, Ms. Nassar, if we can put up the

23  expert report again.

24          THE COURT:  Let me ask the lawyers, is the report

25  itself a marked exhibit not agreed to?

 1          MR. DINI:  I believe it's a marked exhibit in this

 2    case.

 3          THE COURT:  Well, look at your exhibit list, and let

 4    me know.  We need to get a handle on finding it.

 5          MR. MANN:  Certainly, Your Honor.  I intend it as an

 6    impeachment exhibit, but, again, if it's an exhibit, the record

 7    is what it is.  We'll figure it out.

 8          THE COURT:  Well, let's figure it out before we go

 9    home tonight.

10          MR. DINI:  Yes, Your Honor.

11          MR. MANN:  Ms. Nassar, can we punch up the -- there it

12    is.  What I'd like you to do a Control F on the word

13    "injection."  Okay.  How many of them were there?

14          MS. NASSAR:  Two.

15          MR. MANN:  Okay.  Let's look at that paragraph 136.

16    Q.   (By Mr. Mann)  Now, again, paragraph 136 is referring to

17    a -- says, "The AimJunkies' loader is a 32-bit PE application.

18    The Internet Explorer instance exploited by the loader is also a

19    32-bit application."

20          Is this referring to injection into the Internet Explorer

21    product?

22    A.   Yes, sir.

23    Q.   And let's go down to the next instance of "injection."  Oh,

24    that's the same -- it's the same thing.  Doesn't it say, "I'm

25    referring, again, to an Internet Explore -- Windows Internet

 1  Explorer application"?

 2  A.   I'm not sure I understand the question.

 3  Q.   What I'm wondering is, does this say anything about

 4  injecting into the *Destiny 2* game engine?

 5  A.   No, sir.

 6  Q.   Thank you.

 7          MR. MANN:  No further questions, Your Honor.

 8          MR. DINI:  Brief redirect, Your Honor?

 9          THE COURT:  I think you had two opportunities to

10  examine the witness, and there's been two opportunities to

11  cross.  That's kind of the rules of the game.

12      Thank you, sir.  You're excused as a witness.  Have a safe

13  trip back.

14          THE WITNESS:  Thank you, sir.  I appreciate it.

15          THE COURT:  Call your next witness.

16          MR. MARCELO:  Thank you, Your Honor.  Before we call

17  the next witness, I wanted to raise an issue.

18      I know the witnesses were excluded under Rule 615.

19          THE COURT:  After they testified, assuming they're not

20  going to testify again, may remain in the courtroom.

21          MR. MARCELO:  Well, and Dr. Kaiser, who is Bungie's

22  expert, may be called, I understand, adversely by defendants

23  here.  But under the rule, there is also an exception which

24  applies to expert witnesses.

25          THE COURT:  We can deal with this -- call your next

 1   witness.

 2              MR. MARCELO:  Okay.  Plaintiffs call James May.

 3                          JAMES MAY,
          having been first duly sworn, testified as follows:
 4

 5              THE CLERK:  Please state your name, and spell it for

 6   the record.

 7              THE WITNESS:  My name is James May.

 8              THE COURT:  We need an address for the record.

 9              THE WITNESS:  I live at 2217 Polo Park Drive, Dayton,

10   Ohio.

11                      DIRECT EXAMINATION

12   BY MR. MARCELO:

13   Q.    Good afternoon.

14   A.    Good afternoon.

15   Q.    You're a cheat developer?

16   A.    Correct.

17   Q.    You develop cheats for video games?

18   A.    Correct.

19   Q.    And you develop cheats for video games exclusively for

20   Phoenix Digital?

21   A.    Yes, correct.

22   Q.    When you develop cheats, you reverse engineer the video

23   games, right?

24   A.    Yes.

25   Q.    And you use reverse engineer tools to do that?

1    A.    Correct.

2    Q.    You are aware of the *Destiny 2* cheat at issue in this case?

3    A.    Yes.

4    Q.    You've used the cheat before?

5    A.    I've used it once or twice but did not create it.

6    Q.    And you have reversed engineered *Destiny 2*?

7    A.    I attempted to.  I didn't get anywhere.

8    Q.    Well, you attached reverse-engineering tools to it, didn't

9    you?

10   A.    Yes.

11   Q.    Multiple occasions?

12   A.    Yes.

13   Q.    For months?

14   A.    Yes.

15   Q.    And when you were reverse engineering *Destiny 2*, you were

16   working to develop a cheat.

17   A.    For my own personal reasons, but I didn't get anywhere,

18   like I said.

19   Q.    Right.  And, Mr. May, my question was just:  When you were

20   reverse engineering *Destiny 2*, you were working to develop a

21   cheat?

22   A.    I was attempting to, yes.

23   Q.    Let's go back.

24         From 2024 through present, you've worked for Phoenix

25   Digital?

1    A.    Around that time, yes.

2    Q.    Developing cheats for them?

3    A.    Yes, correct.

4    Q.    And the way you develop a cheat, you would create it, and

5    then you would give a copy to Phoenix Digital?

6    A.    Yes.

7    Q.    And your work developing cheats, the only party you've ever

8    provided your cheats to distribute is Phoenix Digital?

9    A.    That's correct.

10   Q.    You've never given them to some other cheat seller, right?

11   A.    No.

12   Q.    When you were deciding what cheat to develop, you know,

13   what game to develop a cheat for, you would ask Mr. Schaefer,

14   right, the defendant over here, whether you could work on that

15   cheat?

16   A.    Yes.

17   Q.    Because if somebody else were already developing a cheat

18   for the game, he'd say, Nope, you can't do it?

19   A.    That's correct.

20   Q.    And then after you develop a cheat, you have to provide it

21   directly to Mr. Schaefer?

22   A.    Yes.

23   Q.    And you would upload it to the aimjunkies.com website?

24   A.    Correct.

25   Q.    And then Mr. Schaefer gives you a call?

1    A.    Yes, correct.

2    Q.    Confirms, Hey, we got the cheat, thanks?

3    A.    Correct.

4    Q.    And it's all done by phone, right?

5    A.    Yes, or TeamSpeak back in the day.

6    Q.    Yeah, no record with you and Phoenix Digital?

7    A.    No.

8    Q.    When Phoenix Digital sold your cheats, you'd get a profit,

9    a cut of the profits?

10   A.    Yes, I'd get 50 percent of the sales.

11   Q.    You made a decent amount of money selling cheats with

12   Phoenix Digital?

13   A.    Over the years, yes.  It's helped me live, yes.

14   Q.    Yeah, understandable.  And just the amount -- so in,

15   roughly, six years, you earned $700,000, right?

16   A.    I want to say the timeline was more around 2013, but you're

17   close to it, yes.

18   Q.    Six, seven years; is that fair?

19   A.    Yeah, that's about right.

20          MR. MARCELO:  Mr. Blackburn, if we can pull up --

21   don't publish, but pull up Exhibit 13, please.

22   Q.    (By Mr. Marcelo)  Mr. May, before you on the screen, can

23   you see this document?

24   A.    Yes, I can.

25   Q.    And this is Exhibit 13.  You recognize it?

 1    A.    Yes, I recognize it.

 2    Q.    It's the PayPal cover sheet for your PayPal account?

 3    A.    Yes.

 4    Q.    It appears to be an accurate copy?

 5    A.    I assume so.  PayPal kept their records.

 6              MR. MARCELO:  Plaintiff moves to admit Exhibit 13.

 7              MR. MANN:  Just a minute, Your Honor.

 8         We have a relevance objection on this exhibit.  I'm not

 9    sure where this is going.  Mr. May has admitted what he does,

10    he's admitted he's been paid by Phoenix Digital.  This is

11    cumulative, and I'm not sure what the purpose of this is.

12              THE COURT:  What's the relevance?

13              MR. MARCELO:  Certainly, Your Honor.

14         This is the account, Mr. May will testify, that he was paid

15    by Phoenix Digital for the cheats that he sold, and, of course,

16    directly profiting from the sale of the cheats is an element of

17    Bungie's claims.

18              THE COURT:  Does this particular exhibit, in any way,

19    relate to a payment done for work he did for Phoenix Digital?

20              MR. MARCELO:  It shows the underlying document, which

21    will also be admitted -- or we'll move to admit -- shows the

22    underlying transactions, but it doesn't have the information

23    which would show that it's connected to Mr. May.

24         So, essentially, this lays the foundation for the next

25    exhibit.

1          MR. MANN:  Your Honor, no foundation has been laid

2     that Mr. May has profited from the cheat software that is at

3     issue in this case.  He admitted Mr. May had sold other cheat

4     software, but there's no -- I haven't heard any evidence so far,

5     I haven't heard any admission from Mr. May, that he had anything

6     to do with the sale of the cheat software that is at issue in

7     this lawsuit.  That is the foundational element that I haven't

8     heard, and I don't think it's been established here.

9          THE COURT:  Well, I think you need to lay a better

10     foundation for the exhibit.  You can ask more questions.

11          MR. MARCELO:  Certainly.

12     Q.   (By Mr. Marcelo)  Mr. May, when you were paid by Phoenix

13     Digital, you were paid into a PayPal account, right?

14     A.   Yes, correct.

15     Q.   On the screen is Exhibit 13.  This is the account where you

16     received payments from Phoenix Digital?

17     A.   I would assume so.  I only have one account.

18     Q.   And that would be any time you received payment into this

19     PayPal account, it came from Phoenix Digital, correct?

20     A.   Yes, correct.

21     Q.   And every payment from Phoenix Digital was for cheats you

22     developed?

23     A.   Yes, correct.

24     Q.   And so if you had developed the *Destiny 2* cheat at issue

25     here -- and I understand there is not an agreement there -- if

1  you had, it would go into this account?

2          MR. MANN:  Objection, Your Honor; calls for

3  speculation; again, facts not in evidence.

4          THE COURT:  It's overruled.  You may answer.

5  A.   If I were the creator of the *Destiny 2* cheat, I would have

6  gotten paid through here, if -- but I don't believe this PayPal

7  account was active, or I wasn't being paid through PayPal at the

8  time of the *Destiny 2* cheat.  That was going through anyways.

9  Q.   (By Mr. Marcelo)  Mr. May, actually, you were paid through

10  PayPal all the way up until June of 2021, at least, right?

11  A.   Oh, was I?  Yeah, then if that's what the record show,

12  then, yes.  I haven't looked at the records.

13          MR. MARCELO:  At this time, we move to admit

14  Exhibit 13.

15          MR. MANN:  Well, as I said, I maintain my relevance

16  objection, but Your Honor may rule...

17          THE COURT:  I'll admit the exhibit.  The jury will

18  decide whether it's relevant or not.

19              (Plaintiff Exhibit 13 admitted.)

20          MR. MARCELO:  Permission to publish?

21          THE COURT:  Certainly.

22  Q.   (By Mr. Marcelo)  Mr. May, as we were discussing, this is

23  the cover seat for your PayPal account, right?

24  A.   If that's what PayPal says it is the cover sheet, then,

25  yes, it is.

1    Q.    And we had discussed this before.  The amount you received

2    under "financials," it says "total amount received, $670,161."

3    Do you see that?

4    A.    Yes.

5    Q.    All of that is payments from Phoenix Digital, right?

6    A.    Correct.

7    Q.    Now, let's turn to the transactions that underlie this.

8          MR. MARCELO:  Mr. Blackburn, if you could pull up

9    Exhibit 15, but please don't publish at this time.

10          THE COURT:  Tell me what it is for the record, please.

11          MR. MARCELO:  Certainly.

12          This is a filtered section of the underlying transactions

13    from the documents produced by PayPal regarding the transactions

14    to this -- Mr. May's account.

15          THE COURT:  All right.  Go ahead and ask your

16    questions.

17    Q.    (By Mr. Marcelo)  Mr. May, you're familiar with this

18    document, right?

19    A.    I am, yes.

20    Q.    It shows some of the individual transactions you received

21    into your PayPal account?

22    A.    Correct.

23    Q.    And if you look at column AL, under "counterparty name," it

24    says, "Netnoobs."  Do you see that?

25    A.    Yes.

1    Q.   Every time we see that "Netnoobs" payment, that's a payment

2    from Phoenix Digital to you?

3    A.   Correct.

4    Q.   And it's for cheat that you had developed for Phoenix

5    Digital, and you got 50 percent of the profits, right?

6    A.   Yes.

7           MR. MANN:  Your Honor, again, that misstates his

8    testimony.  They got 50 percent of the revenues, not profits.  I

9    would ask that counsel be accurate in his questions and not

10   misstate testimony.

11          MR. MARCELO:  And, Your Honor, Mr. May said "profits."

12          THE COURT:  The answer will stand.  You'll get your

13   chance to ask questions, counsel.

14   Q.   (By Mr. Marcelo)  If you look at column AZ and BA, it will

15   show a month and a year of the payment you received, right?

16   A.   Correct.

17   Q.   And if you look at column J to the left, it will show how

18   much you were paid for that month?

19   A.   Yes.

20   Q.   So let's go to the fourth row down, it's November 2019.

21          Mr. May, you see that entry that's highlighted, "November

22   2019"?  It's too hard to see, we can zoom in on the date.

23          THE COURT:  Can you blow that up, please?

24          MR. MARCELO:  Yeah.  Could you call that out or blow

25   that up?

1    A.    Yes, I see it.

2    Q.    (By Mr. Marcelo)  Okay.  Now, the payment amount there is

3    $4,792.99?

4    A.    Correct.

5    Q.    That's how much you were paid in the month of November of

6    2019 for cheats?

7    A.    Correct.

8    Q.    Okay.  Next row, 2019, right below it, $4,049.05, right?

9    A.    Right below it?  Yes.

10   Q.    And that's the payment you received in December of 2019.

11   A.    Correct.

12   Q.    And then the cheat was released in December of 2019?

13   A.    I don't know when it was released.  I believe you guys

14   testified it was released in 2018 -- I mean -- sorry -- in

15   October of 2019.

16   Q.    Okay.  Well, let's look at what your payments did in

17   January of 2020.  Next down, it jumped down to $7,706.84, right?

18   A.    Correct.

19   Q.    And then it continues, and if you zoom out a bit, it

20   maintains that payment, roughly, between $7,000, $8,000, all the

21   way through June of 2020; is that right?

22   A.    Yes, correct.

23   Q.    And the last payment on this chart is June 2020, and that's

24   because you stopped receiving your payments from Phoenix Digital

25   through PayPal.

1    A.    Yes.

2    Q.    You started getting paid by Bitcoin.

3    A.    Correct.

4    Q.    Are you aware that the AimJunkies' website was allegedly

5    sold by the other defendants during this litigation in May of

6    2022?

7    A.    I was only aware of it during the lawsuit when I was

8    told -- aware of it through the lawsuit.

9    Q.    Understood.

10         After May of 2022, though, Mr. Schaefer continued to pay

11   you for cheats that you had uploaded to aimjunkies.com?

12   A.    Yes.  He was the payment processor for them.

13   Q.    And, in fact, as recently January of 2024, you were still

14   receiving payments from Mr. Schaefer for cheats you uploaded to

15   aimjunkies.com?

16   A.    Yes.  That was the last payment.

17         MR. MARCELO:  Your Honor, I understand the time -- I

18   can keep going, if you'd like.  I understand that it's just past

19   4:00, and so...

20         THE COURT:  Well, we're going to have cross of the

21   witness, so we're not going to finish him today.

22         MR. MARCELO:  And I'm not finished, either.  I'm just

23   trying to be cognizant of time.

24         THE COURT:  It's four o'clock.  I think we should let

25   the jury go home.

1          So, ladies and gentlemen of the jury, have a pleasant

2     evening.  You're reminded not to discuss the case or do any

3     independent research or play any games that might relate to the

4     case.

5          Have a pleasant evening, and please be back a little early

6     so we can start promptly at nine o'clock.  Have a pleasant

7     evening, folks.  We'll be in recess.  Leave your notes, please,

8     in the jury room, and you can collect them in the morning.

9                    THE FOLLOWING PROCEEDINGS WERE HELD
                    OUTSIDE THE PRESENCE OF THE JURY:
10

11          THE COURT:  Let's give that expert report a number.

12          MR. MARCELO:  I think it would make sense, the last

13     exhibit --

14          MR. MANN:  Yeah, we intentionally -- we can put it as

15     the last number on ours.

16          THE COURT:  It will be marked 136.  It hasn't been

17     admitted yet, but it's certainly been referred to.  It does have

18     some information in it that the jury is not going to be told

19     about, so I'm not sure it's going to come into evidence.

20          But, in any event, it's got a number now, and we can -- so

21     you need to get a copy of the exhibit so the clerk will have it

22     and so I'll have a copy, so a couple of copies for the court in

23     the morning.

24          All right.  Let's go off the record.

25                    (Proceedings adjourned at 4:04 p.m.)

May 21, 2024                    225

                              INDEX

        EXAMINATION OF                                    PAGE

    EDWARD KAISER          DIRECT EXAMINATION        39
                           BY MR. RAVA

                           CROSS-EXAMINATION        102
                           BY MR. MANN

                           REDIRECT EXAMINATION     159
                           BY MR. RAVA

                           RECROSS-EXAMINATION      164
                           BY MR. MANN

    STEVEN GURIS           DIRECT EXAMINATION       166
                           BY MR. DINI

                           CROSS-EXAMINATION        192
                           BY MR. MANN

                           REDIRECT EXAMINATION     208
                           BY MR. DINI

                           RECROSS-EXAMINATION      210
                           BY MR. MANN

    JAMES MAY              DIRECT EXAMINATION       213
                           BY MR. MARCELO




                     PLAINTIFF EXHIBITS

      EXHIBIT            ADMITTED            WITHDRAWN

    13                  219

    67                  184

    68                  184

                     DEFENSE EXHIBITS

      EXHIBITS              ADMITTED         WITHDRAWN
    N/A

C E R T I F I C A T E


        I, Nancy L. Bauer, CCR, RPR, Court Reporter for the United States District Court in the Western District of Washington at Seattle, do hereby certify that I was present in court during the foregoing matter and reported said proceedings stenographically.

        I further certify that thereafter, I have caused said stenographic notes to be transcribed under my direction and that the foregoing pages are a true and accurate transcription to the best of my ability.



            Dated this 27th day of May 2024.



                        /S/  Nancy L. Bauer

                        Nancy L. Bauer, CCR, RPR
                        Official Court Reporter