```
                  UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON AT SEATTLE
_____

BUNGIE, INC., a Delaware corporation,  )
                                       )
                         Plaintiff,    ) CASE NO. C21-00881-TSZ
v.                                     )
                                       ) Seattle, Washington
PHOENIX DIGITAL GROUP LLC, an          )
Arizona limited liability company;     ) May 24, 2024
JEFFREY CONWAY, an individual;         ) 2:11 p.m.
DAVID SCHAEFER, an individual;         )
JORDAN GREEN, an individual; and       ) JURY TRIAL, DAY 5 of 5
JAMES MAY, an individual,              )
                                       )
                         Defendants.   )
                                       )
_____

                VERBATIM REPORT OF PROCEEDINGS
            BEFORE THE HONORABLE THOMAS S. ZILLY
               UNITED STATES DISTRICT JUDGE
_____

APPEARANCES:


  For the Plaintiff:        WILLIAM C. RAVA
                            JACOB P. DINI
                            CHRISTIAN W. MARCELO
                            Perkins Coie
                            1201 3rd Avenue, Suite 4900
                            Seattle, WA 98101-3099


  For the Defendants:       PHILIP P. MANN
                            Mann Law Group PLLC
                            403 Madison Avenue North, Suite 240
                            Bainbridge Island, WA 98110



  Reported by:              NANCY L. BAUER, CCR, RPR
                            Federal Official Court Reporter
                            700 Stewart Street, Suite 17205
                            Seattle, WA 98101
                            nancy_bauer@wawd.uscourts.gov
```

1    PROCEEDINGS
2    _____

3        THE COURT:  The jury has informed us they have a
4    verdict.  Let's bring in the jury and take the verdict.

5        THE FOLLOWING PROCEEDINGS WERE HELD
     IN THE PRESENCE OF THE JURY:
6
     VERDICT
7

8        THE COURT:  Good afternoon, ladies and gentlemen of
9    the jury.

10       Please be seated.

11       Ms. Montgomery, I understand you are the presiding juror.
12   Has the jury reached a unanimous verdict?

13       THE PRESIDING JUROR:  We have, Your Honor.

14       THE COURT:  Have you filled out the verdict form,
15   dated it, and signed it?

16       THE PRESIDING JUROR:  We have, Your Honor.

17       THE COURT:  Please hand it to the clerk.

18   I'm going to read the verdict, and then I'm going to ask
19   each of you if it's your individual verdict and the unanimous
20   verdict of the jury.

21   Question 1:  Do you find for Bungie on its theory of direct
22   copyright infringement as to any defendant or defendants?

23   Answer:  Phoenix Digital Group, yes; David Schaefer, yes;
24   Jeffrey Conway, yes; Jordan Green, yes; James May, yes.

25   Question 2:  Do you find for Bungie on the theory of

vicarious liability as to any of the defendants?  The answer as to all defendants is yes.

Question 3:  Do you find on the theory of contributory copyright infringement?  The answer is as to all defendants is yes.

Question 4:  What amount of actual profits do you award to Bungie?

Answer:  Phoenix Digital Group LLC, $20,000; David Schaefer, $10,802.50; Jeffrey Conway, $10,802.50; Jordan Green, $10,802.50; James May, $10,802.50.

Question 5:  Do you find for defendant James May on the circumvention of technological measures counterclaim against Bungie?

Answer:  No.

Question 6, the answer is "not applicable," "N/A."

Dated today, the 24th day of May, signed by the presiding juror.

Juror No. 1, is this your individual and the unanimous verdict of the jury?

JUROR NO. 1:  Yes.

THE COURT:  Juror No. 2, is this your individual and the unanimous verdict of the jury?

JUROR NO. 2:  Yes.

THE COURT:  Juror No. 3, is this your individual and the unanimous verdict of the jury?

```
 1              JUROR NO. 3:  Yes.

 2              THE COURT:  Juror No. 4, is this your individual and

 3   the unanimous verdict of the jury?

 4              JUROR NO. 4:  Yes.

 5              THE COURT:  Juror No. 5, is this your individual and

 6   the unanimous verdict of the jury?

 7              JUROR NO. 5:  Yes.

 8              THE COURT:  Juror No. 6, is this your individual and

 9   the unanimous verdict of the jury?

10              JUROR NO. 6:  Yes.

11              THE COURT:  Juror No. 7, is this your individual and

12   the unanimous verdict of the jury?

13              JUROR NO. 7:  Yes.

14              THE COURT:  And, finally, Juror No. 8, is this your

15   individual and the unanimous verdict of the jury?

16              JUROR NO. 8:  Yes, Your Honor.

17              THE COURT:  All right.  The court accepts the verdict.

18   It will be filed.  The court will enter judgment in accordance

19   with the verdict.

20         Let me take this opportunity to thank the jurors for their

21   service as jurors.  I know we impose upon your time, and

22   whatever else you had planned for this week, to bring you in

23   here.  We all appreciate the work that you've done, and we

24   appreciate, all of us, both sides, that you've reached a verdict

25   so that we don't have to have a retrial and that you've provided
```

1    us with that verdict, and we thank you.

2        You're excused as jurors in this case.

3        Madam Clerk, do they need to go down to the jury

4    coordinators.

5            THE CLERK:  No, Your Honor.  They're free to leave.

6            THE COURT:  You're free to leave.

7        Let me invite you, if you wish, to come into chambers and

8    meet with me off the record.  I'm not going to get into any of

9    your deliberations.  That's something you should keep to

10   yourselves.  But I would be pleased to welcome you into my

11   chambers for 10 or 15 minutes, answer any questions about how we

12   do what we do and the like and thank you personally.

13       You don't have to stay.  If you wish to leave immediately,

14   you're free to leave.  If you wish to come in, just tell the

15   clerk, and we'll bring you into chambers.

16       We have a rule in the Ninth Circuit -- we're part of the

17   Ninth Circuit -- that jurors are not supposed to talk to the

18   lawyers or their representatives or the parties, if you will,

19   after you've done your jury service and you've reached a

20   verdict.  So that's our policy, so I'm going to instruct you not

21   to talk to them.

22       You're free, otherwise, to talk to friends and anyone else

23   you want to talk about the case to.  I would only suggest that,

24   perhaps, some of the discussions that you had were what you felt

25   was confidential, and you might not wish to share with third

1  parties, perhaps, things were said during the course of

2  deliberations.  But you have to make those decisions, and you're

3  free to talk to anyone else, other than the lawyers and the

4  parties, about the case and about your experience as jurors.

5       And if you come into chambers, you're also free to talk to

6  anyone about what might have been said there.

7       But, again, I want to thank you for your willingness to

8  serve as jurors.  I don't know that "willingness" is the right

9  word, because we did subpoena you, but occasionally people don't

10  honor their subpoenas.  But you did, and I hope you have had a

11  valuable experience, and we thank you, again, for your service.

12       You're free to leave now.  Remember to, please, leave your

13  notes in there.  The clerk will today or Tuesday destroy those

14  notes, nobody will read them.  And make sure you take whatever

15  belongings you have.

16       Have a pleasant weekend, ladies and gentlemen of the jury.

17  You're now excused.

18       Please stand for the jury.

19            THE FOLLOWING PROCEEDINGS WERE HELD
             OUTSIDE THE PRESENCE OF THE JURY:

20

21       THE COURT:  Once again, ladies and gentlemen, it was a

22  pleasure having you in my courtroom.  I think it was well tried

23  by both sides, and it was done in an efficient way, which is

24  always helpful to everybody.

25       The verdict form will be filed, and the court clerk will

1    enter a judgment consistent with the verdict.

2         And I instruct the jury, and I have ever since I've been a

3    judge, based on that Ninth Circuit opinion that says the lawyers

4    and the parties can't talk to the jury.  And I know that's

5    frustrating on lawyers, particularly the lawyers, and, perhaps,

6    the parties, but that's kind of the guidelines we have from the

7    Ninth Circuit as a result of one of their opinions, and so we

8    choose to follow it.

9         So have a nice day, and we'll be in recess.

10        MR. MANN:  Your Honor, just a little housekeeping.  We

11   do have our Rule 50 motion pending.  Do I need to renew that, or

12   is that something --

13        THE COURT:  We'll deal with it in a post-trial ruling.

14        MR. MANN:  Okay.  Just for the record, just to be on

15   safe side, we do renew that motion and we do intend for that

16   motion to continue.

17        THE COURT:  All right.

18        MR. MANN:  Thank you, Your Honor.

19        THE COURT:  All right.  We'll be in recess.

20

21             (Proceedings concluded at 2:20 p.m.)

22

23

24

25

C E R T I F I C A T E

          I, Nancy L. Bauer, CCR, RPR, Court Reporter for

the United States District Court in the Western District of

Washington at Seattle, do hereby certify that I was present in

court during the foregoing matter and reported said proceedings

stenographically.

          I further certify that thereafter, I have caused

said stenographic notes to be transcribed under my direction and

that the foregoing pages are a true and accurate transcription

to the best of my ability.


          Dated this 27th day of May 2024.


                         /S/  Nancy L. Bauer

                         Nancy L. Bauer, CCR, RPR
                         Official Court Reporter