# EXHIBIT C

**Declaration of Philip P. Mann**

**Case No. 21-CV-0817-TSZ**

Bungie v. AimJunkies.com
USDC Western District of Washington-Seattle
Case No. 2:21-cv-811

**PARTIES' COMBINED REVISED TRIAL EXHIBIT LIST**

| Exhibit No. | Party | Description | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Date Offered/ Admitted | Objection? |
|---|---|---|---|---|---|---|---|
| 1 | **Plaintiff** | Bungie Destiny 2: Audiovisual Copyright Registration & Deposit Materials re U.S. Copyright Registration Number: PA 2-282-670 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 2 | **Plaintiff** | Bungie Destiny 2: Software Code Copyright Registration & Deposit Materials re U.S. Copyright Registration Number: TX 8-933-655 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 3 | **Plaintiff** | Bungie Destiny 2: Beyond Light Audiovisual Copyright Registration & Deposit Materials re U.S. Copyright Registration Number: PA 2-280-030 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 4 | **Plaintiff** | Bungie Destiny 2: Beyond Light Software Code Copyright Registration & Deposit Materials re U.S. Copyright Registration Number: TX 8-933-655 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 5 | **Plaintiff** | Bungie Destiny 2: Beyond Light Copyright Registration & Deposit Materials - video file titled: Beyond_Light_Launch_B_Roll_16x9_1080p30_H264.mp4 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 6 | **Plaintiff** | 2020-11-02 Video advertising cheat software | | | X | | |
| 7 | **Plaintiff** | 2020-11-02 Screenshot TikTok page with video | | | X | | |

1

Bungie v. AimJunkies.com
USDC Western District of Washington-Seattle
Case No. 2:21-cv-811

# PARTIES' COMBINED REVISED TRIAL EXHIBIT LIST

| Exhibit No. | Party | Description | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Date Offered/ Admitted | Objection? |
|---|---|---|---|---|---|---|---|
| 8 | **Plaintiff** | Screenshots of cheat | | | X | | |
| 9 | **Plaintiff** | D2 Base (v1.0.5.0) Object Code.zip | | | X | | |
| 10 | **Plaintiff** | D2 BeyondLight (v3.0.0.1) Object Code.zip | | | X | | |
| 11 | **Plaintiff** | Bungie LSLAs from January 2019 – August 24, 2021 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 12 | **Plaintiff** | Phoenix Digital Group, LLC Agreement (January 2016) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 13 | **Plaintiff** | J. May PayPal Account Information Sheet | | X | | 5/21/2024 | Offered; no obj- ADMITTED |
| 14 | **Plaintiff** | J. May PayPal Account Transaction Sheet | | X | | | |
| 15 | **Plaintiff** | J. May PayPal Account Transaction Sheet | | X | | 5/22/2024 | Offered; no obj- ADMITTED |
| 16 | **Plaintiff** | '7696 PayPal Account Information Sheet (AimJunkies.com account) | | X | | 5/22/2024 | Offered; no obj- ADMITTED |
| 17 | **Plaintiff** | Excel Spreadsheet filename: Transactions for PayPal Account 1609691869551427696.xlsx *(AimJunkies.com account)* | | X | | | |
| 18 | **Plaintiff** | 3990 PayPal Account Information Sheet | | X | | | |

Bungie v. AimJunkies.com
USDC Western District of Washington-Seattle
Case No. 2:21-cv-811

**PARTIES' COMBINED REVISED TRIAL EXHIBIT LIST**

| Exhibit No. | Party | Description | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Date Offered/ Admitted | Objection? |
|---|---|---|---|---|---|---|---|
| 19 | **Plaintiff** | 3990 PayPal Account Transaction Sheet | | X | | | |
| 20 | **Plaintiff** | '1346 PayPal Account Information Sheet (Virtual Advantage Account) | | X | | 5/22/2024 | Offered; no obj- ADMITTED |
| 21 | **Plaintiff** | '1346 PayPal Account Transaction Sheet (Virtual Advantage Account) | | X | | | |
| 22 | **Plaintiff** | '0031 PayPal Account Information Sheet (PDG Business account) | | X | | 5/22/2024 | Offered; no obj- ADMITTED |
| 23 | **Plaintiff** | '0031 PayPal Account Transaction Sheet (PDG Business Account) | | X | | 5/22/2024 | Offered; no obj- ADMITTED |
| 24 | **Plaintiff** | '0031 PayPal Account Transaction Sheet (PDG Business Account) | | X | | | |
| 25 | **Plaintiff** | 0761 PayPal Account Information Sheet (Mombot Account) | | X | | | |
| 26 | **Plaintiff** | 0761 PayPal Account Transaction Sheet (Mombot Account) | | X | | | |
| 27 | **Plaintiff** | '3104 PayPal Account Information Sheet (Velocity Cheats account) | | X | | 5/22/2024 | Offered; no obj- ADMITTED |
| 28 | **Plaintiff** | '3104 PayPal Account Transaction Sheet (Velocity Cheats account) | | X | | | |

Bungie v. AimJunkies.com
USDC Western District of Washington-Seattle
Case No. 2:21-cv-811

**PARTIES' COMBINED REVISED TRIAL EXHIBIT LIST**

| Exhibit No. | Party | Description | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Date Offered/ Admitted | Objection? |
|---|---|---|---|---|---|---|---|
| 29 | **Plaintiff** | Screenshot from AJ website re Destiny 2 - Cheat Information | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 30 | **Plaintiff** | Aimjunkies.com Subscription Information page for Destiny 2 VIP Access cheat. Payment page. | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 31 | **Plaintiff** | Screenshot from AJ website support forum thread | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 32 | **Plaintiff** | Screenshot of Virtual Advantage website | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 33 | **Plaintiff** | Screenshot of archive.today historical web page re AJ website | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 34 | **Plaintiff** | Screenshot of AJ website | | X | | | |
| 35 | **Plaintiff** | AimJunkies web page captured on December 20, 2022 | | X | | | |
| 36 | **Plaintiff** | 2019-10-12 User report | | | X | | |
| 37 | **Plaintiff** | Weekly Game Security Reports | | | X | | |
| 38 | **Plaintiff** | November 2019 - January 2020 emails from AimJunkies.com to Schaefer | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 39 | **Plaintiff** | J. May login notifications | | X | | | |

4

Bungie v. AimJunkies.com
USDC Western District of Washington-Seattle
Case No. 2:21-cv-811

**PARTIES' COMBINED REVISED TRIAL EXHIBIT LIST**

| Exhibit No. | Party | Description | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Date Offered/ Admitted | Objection? |
|---|---|---|---|---|---|---|---|
| 40 | **Plaintiff** | PayPal receipt for purchase of cheat | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 41 | **Plaintiff** | 2020-10-14 Emails | | | X | | |
| 42 | **Plaintiff** | 2020-11-04 Letter from M. Humphrey to J. Conway (Schaefer DX 43 ) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 43 | **Plaintiff** | 2020-11-09 MSK Email to J. Green with letter attached | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 44 | **Plaintiff** | 2020-11-09 Email from MSK to Schaefer with letter attached | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 45 | **Plaintiff** | AimJunkies Twitter | | X | | | |
| 46 | **Plaintiff** | Screenshot of 2020-11-11 Tweet by AimJunkies account | | X | | 5/22/2024 | Offered; no obj- ADMITTED |
| 47 | **Plaintiff** | 2020-11-20 LTR Conway to Humphrey | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 48 | **Plaintiff** | 2021-06-29 Letter from K. Martin (prior counsel) to H. Simpkins | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 49 | **Plaintiff** | 2021-08-26 Email sent by D. Schaefer to Bungie's CEO, Pete Parsons | X | | | 5/21/2024 | Stipulated - ADMITTED |

5

Bungie v. AimJunkies.com
USDC Western District of Washington-Seattle
Case No. 2:21-cv-811

## PARTIES' COMBINED REVISED TRIAL EXHIBIT LIST

| Exhibit No. | Party | Description | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Date Offered/ Admitted | Objection? |
|---|---|---|---|---|---|---|---|
| 50 | **Plaintiff** | 2022-01-31 Press Release "Sony Interactive Entertainment to Acquire Leading Independent Videogame Developer, Bungie" <br><br>https://www.sie.com/en/corporate/release/2022/220201.html (captured on June 9, 2022) |  | X |  |  |  |
| 51 | **Plaintiff** | Website Asset Purchase Agreement. | X |  |  | 5/21/2024 | Stipulated - ADMITTED |
| 52 | **Plaintiff** | "Press release" from PDG / Blome | X |  |  | 5/21/2024 | Stipulated - ADMITTED |
| 53 | **n/a** | [removed] |  |  |  |  |  |
| 54 | **Plaintiff** | Banned player spreadsheet |  |  | X |  |  |
| 55 | **Plaintiff** | Banned player appeal spreadsheet |  |  | X |  |  |
| 56 | **Plaintiff** | James May ban history | X |  |  | 5/21/2024 | Stipulated - ADMITTED |
| 57 | **Plaintiff** | Spreadsheet: 2022 09 15 Bungie - In Game Cheater Reports Oct 2019 through Feb 2021.csv | X |  |  | 5/21/2024 | Stipulated - ADMITTED |
| 58 | **Plaintiff** | Stripe sales records produced by Defendants in first document production. October 2020 through January 2021 | X |  |  | 5/21/2024 | Stipulated - ADMITTED |
| 59 | **Plaintiff** | Stripe Spreadsheet | X |  |  | 5/21/2024 | Stipulated - ADMITTED |

6

Bungie v. AimJunkies.com
USDC Western District of Washington-Seattle
Case No. 2:21-cv-811

**PARTIES' COMBINED REVISED TRIAL EXHIBIT LIST**

| Exhibit No. | Party | Description | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Date Offered/ Admitted | Objection? |
|---|---|---|---|---|---|---|---|
| 60 | **Plaintiff** | 2022-01-10 Declaration of David Schaefer in Support of Defendants' Motion to Dismiss and/or Refer to Mandatory Arbitration (Dkt 28-5, 28-6) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 61 | **Plaintiff** | 2023-04-10 Declaration of David Schaefer in Opposition to Plaintiff's Motion for Sanctions and to Compel Discovery (Dkt 107-4) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 62 | **Plaintiff** | 2023-08-07 Declaration of James May in Opposition to Plaintiff's Motion for Summary Judgment (Dkt 175) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 63 | **Plaintiff** | 2022-09-02 Defendant Phoenix Digital Group LLC's Responses to Plaintiff's First Set of Interrogatories Nos. 2, 6, 7 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 64 | **Plaintiff** | 2023-03-03 Defendant James May's Responses to Plaintiff's Second Set of Interrogatories Nos. 6-8 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 65 | **n/a** | [removed] | | | | | |
| 66 | **Plaintiff** | Expert CV of Steven Guris | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 67 | **Plaintiff** | Screenshot filename: aimjunkies-install-instructions-1.png | | | X | 5/21/2024 | Offered-obj overruled ADMITTED |
| 68 | **Plaintiff** | Screenshot filename: aimjunkies-install-instructions-2.png | | | X | 5/21/2024 | Offered-obj overruled ADMITTED |
| 69 | **Plaintiff** | Screenshot filename: destiny2-ads-1.png | | | X | | |

7

Bungie v. AimJunkies.com
USDC Western District of Washington-Seattle
Case No. 2:21-cv-811

**PARTIES' COMBINED REVISED TRIAL EXHIBIT LIST**

| Exhibit No. | Party | Description | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Date Offered/ Admitted | Objection? |
|---|---|---|---|---|---|---|---|
| 70 | Plaintiff | Screenshot filename: destiny2-ads-2.png | | | X | | |
| 71 | Plaintiff | Screenshot filename: virustotal-aimjunkies-loader-archive.png | | | X | | |
| 72 | Plaintiff | Screenshot filename: virustotal-aimjunkies-loader-executable.png | | | X | | |
| 73 | Plaintiff | Virustotal screenshot | | | X | | |
| 74 | Plaintiff | Expert CV of Drew Voth | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 75 | Plaintiff | Bungie GST guidelines | | | X | | |
| 76 | Plaintiff | Data Ingestion Pipeline | | | X | | |
| 77 | Plaintiff | 2020-10-14 Email Re: Bungie + CheckPoint/NovaCoast sync | | | X | | |
| 78 | Plaintiff | 2021-01-06 Email Re: Bungie + CheckPoint/NovaCoast sync (with attachment) | | | X | | |
| 79 (D) | Plaintiff | Original Destiny 2 Code DEMONSTRATIVE | --- | --- | --- | 5/21/2024 | *DEMONSTRATIVE PURPOSES ONLY- NOT ADMITTED* |
| 100 | Defendants | Expert Report – Brad LaPorte | | X | | | |

8

Bungie v. AimJunkies.com
USDC Western District of Washington-Seattle
Case No. 2:21-cv-811

**PARTIES' COMBINED REVISED TRIAL EXHIBIT LIST**

| Exhibit No. | Party | Description | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Date Offered/ Admitted | Objection? |
|---|---|---|---|---|---|---|---|
| 101 | Defendants | Brad LaPorte Resume | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 102 | Defendants | Brad LaPorte Publications | | | X | | |
| 103 | Defendants | Amended Answer and Counterclaim (DKT#72) | | X | | | |
| 104 | Defendants | BUNGIE_WDWA_0000409.XLSX | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 105 | Defendants | Bungie Privacy Policy (DKT#66-1) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 106 | Defendants | Bungie LSLA (Dkt#34-1) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 107 | Defendants | BUNGIE_WDWA_0000367 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 108 | Defendants | BUNGIE_WDWA_0000479 | | X | | | |
| 109 | Defendants | BUNGIE_WDWA_0000481 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 110 | Defendants | BUNGIE_WDWA_0000482 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 111 | Defendants | BUNGIE_WDWA_0000516-7 | | X | | | |
| 112 | Defendants | BUNGIE_WDWA_0000539 | X | | | 5/21/2024 | Stipulated - ADMITTED |

Bungie v. AimJunkies.com
USDC Western District of Washington-Seattle
Case No. 2:21-cv-811

**PARTIES' COMBINED REVISED TRIAL EXHIBIT LIST**

| Exhibit No. | Party | Description | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Date Offered/ Admitted | Objection? |
|---|---|---|---|---|---|---|---|
| 113 | Defendants | BUNGIE_WDWA_0000540 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 114 | Defendants | BUNGIE_WDWA_0000541 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 115 | Defendants | BUNGIE_WDWA_0000368 (AEO) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 116 | Defendants | BUNGIE_WDWA_0000410 (AEO) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 117 | Defendants | BUNGIE_WDWA_0000412 (AEO) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 118 | Defendants | BUNGIE_WDWA_0000416 (AEO) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 119 | Defendants | BUNGIE_WDWA_0000417 (AEO) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 120 | Defendants | BUNGIE_WDWA_0000419 (AEO) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 121 | Defendants | BUNGIE_WDWA_0000420 (AEO) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 122 | Defendants | BUNGIE_WDWA_0000421 (AEO) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 123 | Defendants | BUNGIE_WDWA_0000463 (AEO) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 124 | Defendants | Mann Declaration Exhibit A (DKT#191-1) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 125 | Defendants | Mann Declaration Exhibit B (DKT#191-2) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 126 | Defendants | Mann Declaration Exhibit C (DKT#191-3) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 127 | Defendants | Mann Declaration Exhibit D (DKT#191-4) | X | | | 5/21/2024 | Stipulated - ADMITTED |

Bungie v. AimJunkies.com
USDC Western District of Washington-Seattle
Case No. 2:21-cv-811

**PARTIES' COMBINED REVISED TRIAL EXHIBIT LIST**

| Exhibit No. | Party | Description | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Date Offered/ Admitted | Objection? |
|---|---|---|---|---|---|---|---|
| 128 | Defendants | Kaiser Declaration (DKT#36) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 129 | Defendants | Kaiser Declaration (DKT#66) | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 130 | Defendants | BUNGIE_JAMS_0001026 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 131 | Defendants | BUNGIE_JAMS_0001059 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 132 | Defendants | BUNGIE_JAMS_0001061-2 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 133 | Defendants | BUNGIE_JAMS_0001153 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 134 | Defendants | BUNGIE_JAMS_0001383 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 135 | Defendants | BUNGIE_JAMS_0000720 | X | | | 5/21/2024 | Stipulated - ADMITTED |
| 136 | | Expert Report of STEVEN GURIS | | | | | |