THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMJUNKIES.COM; PHOENIX DIGITAL GROUP LLC; DAVID SCHAEFER; JORDAN GREEN; JEFFREY CONWAY; and JAMES MAY, <br><br> Defendants. | No. 2:21-cv-811-TSZ <br><br> DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF PLAINTIFF BUNGIE, INC.'S RESPONSE TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND/OR FOR A NEW TRIAL |

I, William C. Rava, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"). I submit this declaration in support of Plaintiff Bungie, Inc.'s Response to Defendants' Renewed Motion for Judgment as a Matter of Law and/or for A New Trial. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Attached hereto as **Exhibit A** are true and correct copies of excerpts from the May 22-24, 2024 (volumes 2-4) trial transcripts.

3. Attached hereto as **Exhibit B** are true and correct copies of excerpts from the November 17, 2023 pretrial hearing transcript.

RAVA DECL. ISO BUNGIE'S RESPONSE
TO DEFS.' RENEWED MOTION FOR JUDGMENT
(No. 2:21-cv-811-TSZ) – 1

168356077.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. Attached hereto as **Trial Exhibit 1** is a true and correct copy of Bungie's *Destiny 2*: Audiovisual Copyright Registration and Deposit Materials re U.S. Copyright Registration Number: PA 2-282-670.

5. Attached hereto as **Trial Exhibit 2** is a true and correct copy of Bungie's *Destiny 2*: Software Code Copyright Registration and Deposit Materials re U.S. Copyright Registration Number: TX 8-933-655.

6. Attached hereto as **Trial Exhibit 3** is a true and correct copy of Bungie's *Destiny 2: Beyond Light* Audiovisual Copyright Registration and Deposit Materials re U.S. Copyright Registration Number: PA 2-280-030

7. Attached hereto as **Trial Exhibit 4** is a true and correct copy of Bungie's *Destiny 2: Beyond Light* Software Code Copyright Registration and Deposit Materials re U.S. Copyright Registration Number: TX 8-933-655.

8. Attached hereto as **Trial Exhibit 29** is a true and correct copy of a screenshot from the AimJunkies.com website re *Destiny 2* – Cheat Information.

9. Attached hereto as **Trial Exhibit 38** is a true and correct copy of November 2019 – January 2020 emails from AimJunkies.com to David Schaefer.

10. Attached hereto as **Trial Exhibit 56** is a true and correct copy of the James May ban history.

11. Attached hereto as **Trial Exhibit 63** is a true and correct copy of Defendant Phoenix Digital Group LLC's September 2, 2022 Responses to Plaintiff's First Set of Interrogatories Nos. 2, 6, and 7.

12. Attached hereto as **Trial Demonstrative 79** is a true and correct copy of Plaintiff's Demonstrative (page numbered 79.002) which was used during the May 2024 trial.

RAVA DECL. ISO BUNGIE'S RESPONSE
TO DEFS.' RENEWED MOTION FOR JUDGMENT
(No. 2:21-cv-811-TSZ) – 2

168356077.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1       I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

      Executed at Seattle, Washington on this 25th day of July, 2024.

                                        /s/William C. Rava
                                        William C. Rava

RAVA DECL. ISO BUNGIE'S RESPONSE
TO DEFS.' RENEWED MOTION FOR JUDGMENT
(No. 2:21-cv-811-TSZ) – 3

168356077.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000